IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC. <br><br> Defendant/ <br> Third-Party Plaintiff <br><br> v. <br><br> ENVIRONMENTAL ELEMENTS CORPORATION <br><br> and <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Third-Party Defendants | Civ. No. 04-1282-JJF |

## NOTICE OF SERVICE

On March 7, 2005, Plaintiff served Plaintiff's First Set of Document Requests, along with a copy of this Notice of Service, by hand delivery, as follows:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>1220 Market Street, Suite 600
>Wilmington, Delaware 19801

and provided a copy by facsimile as follows:

>Anthony F. Vittoria, Esq.
>James E. Edwards, Esq.
>Ober, Kaler, Grimes & Schriner
>Fax: (410) 547-0699

        Respectfully submitted,


        /s/ John S. Spadaro
        John S. Spadaro
        Bar No. 3155
        MURPHY SPADARO & LANDON
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        Tel. (302) 472-8100
        Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: March 7, 2005    Attorneys for AES Puerto Rico, L.P.

00118350.DOC