IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION PRO HAC VICE

Counsel for Defendant moves, pursuant to Local Rule 83.5, for the admission pro hac vice of Anthony F. Vittoria, Esquire of Ober, Kaler Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643 to represent Defendant. Mr. Vittoria's certification is attached to this motion.

**RICHARD R. WIER, JR., P.A.**

_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222
DScialpi@wierlaw.com

Of Counsel:

John Anthony Wolf, Esquire
James E. Edwards, Jr., Esquire
Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., certify that on this _20th_ day of ~~November~~ March, ~~2004~~ 2005, have caused two copies of the attached motion for admission pro hac vice to be sent by first-class mail, postage prepaid to:

> John S. Spadaro, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
>
> Dane H. Butswinkas, Esquire
> R. Hackney Wiegmann, Esquire
> Mary Beth Long, Esquire
> Daniel D. Williams, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005

Attorneys for plaintiff.

~~Richard R. Wier, Jr.~~ Daniel W. Scialpi

761574