IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*

### RULE 7.1.1 DISCLOSURE

Counsel for Defendant, pursuant to Local Rule 7.1.1, states that the opposing attorneys in this case do not oppose the attached motion for admission pro hac vice of Anthony F. Vittoria, Esquire.

**RICHARD R. WIER, JR., P.A.**

_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222
DScialpi@Wierlaw.com

Of Counsel:

John Anthony Wolf, Esquire
James E. Edwards, Jr., Esquire
Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120

*Attorneys for Defendant*