IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

### CERTIFICATION OF ANTHONY F. VITTORIA, ESQUIRE

Now comes Anthony F. Vittoria, Esquire, under oath, and pursuant to Local Rule 83.5, who certifies that he is eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bars of Virginia, Maryland and the District of Columbia, and submits himself, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct that could occur in the preparation or course of this action. Mr. Vittoria also certifies that he is generally familiar with this Court's Local Rules, and that he is not a resident in Delaware, regularly employed in Delaware or regularly engaged in business, professional, or other similar activities in Delaware.

_____
Anthony F. Vittoria

SWORN TO AND SUBSCRIBED before me this 17th day of March, 2005.

Dianna Fowler
Comm Exp 2-1-09