IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

**MOTION FOR ADMISSION PRO HAC VICE**

Counsel for Defendant moves, pursuant to Local Rule 83.5, for the admission pro hac vice of Michael A. Schollaert, Esquire of Ober, Kaler Grimes & Shriver, 120 East Baltimore Street, Baltimore, MD 21202-1643 to represent Defendant. Mr. Schollaert's certification is attached to this motion.

                 RICHARD R. WIER, JR., P.A.

                 _/s/_____
                 Richard R. Wier, Jr. (#716)
                 Daniel W. Scialpi (#4146)
                 1220 Market St., Suite 600
                 Wilmington, DE 19801
                 (302) 888-3222
                 Dscialpi@wierlaw.com

Of Counsel:

John Anthony Wolf, Esquire
James E. Edwards, Jr., Esquire
Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., certify that on this 20th day of March, 2005, have caused two copies of the attached motion for admission pro hac vice to be sent by first-class mail, postage prepaid to:

> John S. Spadaro, Esquire
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
>
> Dane H. Butswinkas, Esquire
> R. Hackney Wiegmann, Esquire
> Mary Beth Long, Esquire
> Daniel D. Williams, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005

Attorneys for plaintiff.

_____
Richard R. Wier, Jr.  Daniel W. Scialpi

761576