IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

### RULE 7.1.1 DISCLOSURE

Counsel for Defendant, pursuant to Local Rule 7.1.1, states that the opposing attorneys in this case do not oppose the attached motion for admission <u>pro hac vice</u> of Michael A. Schollaert, Esquire.

**RICHARD R. WIER, JR., P.A.**

_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222
Dscialpi@wierlaw.com

Of Counsel:

John Anthony Wolf, Esquire
James E. Edwards, Jr., Esquire
Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120

*Attorneys for Defendant*