IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*

### CERTIFICATION OF MICHAEL A. SCHOLLAERT, ESQUIRE

Now comes Michael A. Schollaert, Esquire, under oath, and pursuant to Local Rule 83.5, who certifies that he is eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bar of Maryland and submits himself, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct that could occur in the preparation or course of this action. Mr. Schollaert also certifies that he is generally familiar with this Court's Local Rules, and that he is not a resident in Delaware, regularly employed in Delaware or regularly engaged in business, professional, or other similar activities in Delaware.

_____
Michael A. Schollaert

SWORN TO AND SUBSCRIBED before me this 17th day of March, 2005.

_____
Dianna Fowler
Comm. Exp. 2-1-09

[Notary Seal: Dianna Fowler, Notary Public, Anne Arundel Co., MD]