IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 04-1282 JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

### ORDER

Upon presentation of Defendants motion for admission <u>pro hac vice</u>, IT IS ORDERED this _____ day of _____, 2004:

1. The motion is GRANTED;

2. Michael A. Schollaert, Esquire is admitted to practice before this Court in the above litigation.

_____
The Honorable Joseph J. Farnan, Jr.