IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | * |
| Plaintiff, | * |
| v. | * |
| ALSTOM POWER, INC., | * |
| Defendant. | * |

* * * * * * *     C.A. No. 04-1282-JJF

| | |
|---|---|
| ALSTOM POWER, INC., | * |
| Third-Party Plaintiff, | * |
| v. | * |
| ENVIRONMENTAL ELEMENTS CORPORATION | * |
| and | * |
| LIBERTY MUTUAL INSURANCE COMPANY, | * |
| Third-Party Defendants. | * |

* * * * * * * * * * * * *

## NOTICE OF DISMISSAL

Defendant/Third-Party Plaintiff, ALSTOM Power, Inc., by and through undersigned counsel, and pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, its Third-Party Complaint against Third-Party Defendants Environmental Elements Corporation and Liberty Mutual Insurance Company.

ALSTOM POWER INC.

*Richard R. Wier* (signature)
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222

John Anthony Wolf, Esquire
James E. Edwards, Esquire
Anthony F. Vittoria, Esquire
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:    (410) 547-0699

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this ____11th____ day of April, 2005, a copy of the foregoing Notice of Dismissal was served, via electronic mail and first-class mail, postage prepaid, on:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware  19805

Dane H. Butswinkas, Esquire
R. Hackney Wiegmann, Esquire
Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff

*Richard R. Wier* (signature)
Richard R. Wier, Jr.

762810

2