IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALSTOM POWER, INC. )<br>)<br>    Defendant/ )<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL ELEMENTS )<br>CORPORATION and LIBERTY MUTUAL )<br>INSURANCE COMPANY, )<br>)<br>    Third-Party Defendants. ) | Civ. No. 04-1282JJF |

**NOTICE OF SUBPOENA DUCES TECUM TO**
**LIBERTY MUTUAL INSURANCE COMPANY**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff has served a subpoena for the production of documents, as described in "Attachment A" of the subpoena attached to this Notice, on Liberty Mutual Insurance Company; and that documents responsive to the subpoena are to be produced at the offices of James Burke, Burke Investigation Services, P.O. Box 51576, Boston, MA 02205 on or before May 6, 2005.

                                                      /s/ John S. Spadaro
                                                      John S. Spadaro
                                                      Bar No. 3155
                                                      MURPHY SPADARO & LANDON
                                                      1011 Centre Road, Suite 210
                                                      Wilmington, DE 19805

119205

                                                                          Tel. (302) 472-8100  
                                                                          Fax (302) 472-8135

Dated: April 13, 2005            Attorneys for AES Puerto Rico, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC. )<br>)<br>Defendant/ )<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL ELEMENTS )<br>CORPORATION and LIBERTY MUTUAL )<br>INSURANCE COMPANY, )<br>)<br>Third-Party Defendants. )<br>) | Civ. No. 04-1282JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

119436

                                  Respectfully submitted,

                                  /s/ John S. Spadaro
                                  John S. Spadaro, No. 3155
                                  MURPHY SPADARO & LANDON
                                  1011 Centre Road, Suite 210
                                  Wilmington, DE 19805
                                  Tel. (302) 472-8100
                                  Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: April 13, 2005                    Attorneys for AES Puerto Rico, L.P.

119436