# AFFIDAVIT OF SERVICE

**State of MARYLAND**          County of          **United States Distri Court**

Case Number: 04-1282 JJF

Plaintiff:
**AES PUERTO RICO, L.P.**

vs.

Defendant:
**ALSTOM POWER INC.**

For:
John Spadaro
MURPHY SPADARO & LANDON P.A.
1011 Centre Road
Suite 210
Wilmington, DE 19805

Received by TOTAL PROCESS SERVICE, LLC. to be served on **CORPORATION TRUST, R/A ENVIRONMENTAL ELEMENTS CORPORATION, 300 E. LOMBARD STREET, BALTIMORE MD 21202.**

I, Guy Ben-Hayon, being duly sworn, depose and say that on the **14th day of April, 2005 at 12:45 pm, I:**

Served the within named corporation by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, ATTACHMENT A, DOCUMENT REQUESTS** with the date and hour of service endorsed thereon by me to MARY HELMNICK as FULLFILLMENT SPECIALIST of the within named corporation, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 48+, Sex: F, Race/Skin Color: Wht, Height: 5'8", Weight: 165, Hair: Blond, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

the 15th day of April, 2005 Subscribed and Sworn to before me by the affiant who is personally known to me

NOTARY PUBLIC

Embossed Hereon Is My
Anne Arundel County, Maryland Notary Public Seal
My Commission Expires June 25, 2007
SALOMON BEN-HAYON

Guy Ben-Hayon
Process Server

**TOTAL PROCESS SERVICE, LLC.**
3723 Mactavish Ave
Baltimore, MD 21229
(410) 644-3553

Our Job Serial Number: 2005000238

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: April 19, 2005                    Attorneys for AES Puerto Rico, L.P.

119645