IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

**NOTICE OF SERVICE**

On April 27, 2005, Plaintiff served Plaintiff's Responses and Objections to ALSTOM Power, Inc.'s First Set of Requests for Documents and Inspection, along with a copy of this Notice of Service, by hand delivery, as follows:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, DE 19801

and provided a copy by facsimile as follows:

> James E. Edwards, Esq.
> Anthony F. Vittoria, Esq.
> Michael Schollaert, Esq.
> Ober, Kaler, Grimes & Schriner
> Fax: (410) 547-0699

> Respectfully submitted,
>
> /s/ John S. Spadaro
> John S. Spadaro, Bar No. 3155
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> Tel. (302) 472-8100
> Fax (302) 472-8135

119895

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: April 27, 2005                                  Attorneys for AES Puerto Rico, L.P.