IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282JJF |
| | ) |
| ALSTOM POWER, INC. | ) |
| | ) |
| Defendant/ | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ENVIRONMENTAL ELEMENTS | ) |
| CORPORATION and LIBERTY MUTUAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | ) |

_____

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on May 16, 2005, I caused true and correct copies of Plaintiff's Responses to Alstom Power, Inc.'s First Set of Interrogatories to be served on all counsel of record by electronic filing.

In addition, the following party was served in the manner indicated:

**HAND DELIVERY**
Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax:  (410) 547-0699

120412

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  May 16, 2005                    Attorneys for AES Puerto Rico, L.P.

120412