# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, John S. Spadaro, hereby certify that on May 18, 2005, I caused true and correct copies of Plaintiff's AES Puerto Rico, L.P.'s First Set of Interrogatories to be served on all counsel of record by electronic filing.

In addition, the following party was served in the manner indicated:

**HAND DELIVERY**
Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

                                               Respectfully submitted,

                                               /s/ John S. Spadaro
                                               John S. Spadaro, No. 3155
                                               MURPHY SPADARO & LANDON
                                               1011 Centre Road, Suite 210
                                               Wilmington, DE 19805
                                               Tel. (302) 472-8100
                                               Fax (302) 472-8135

120506

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  May 18, 2005                              Attorneys for AES Puerto Rico, L.P.

120506