UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. ) | Civ. No. 04-1282-JJF |

## ORDER

Upon consideration of Plaintiff's Motion To Compel, any response thereto, and any argument thereupon, IT IS HEREBY ORDERED THAT the Motion To Compel is GRANTED; and

IT IS FURTHER ORDERED THAT Defendant is to segregate documents responsive to Plaintiff's requests from those that are not responsive and to organize and label the responsive documents according to Plaintiff's individual document requests.

_____                                          _____
Date                                                                                United States District Judge