IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Compel Production of Documents filed by Plaintiff, AES Puerto Rico, L.P. ("AES"), the Opposition to that Motion filed by ALSTOM Power Inc. ("ALSTOM"), and any argument by the parties, the Motion to Compel is hereby **DENIED**. Further, AES shall pay to ALSTOM the fees and costs incurred in proctoring the production should AES return to complete its inspection of the documents.

**ORDERED**, this _____ day of June, 2005.


                                                       _____
                                                       Judge Joseph J. Farnan, Jr.
                                                       United States District Court for
                                                       The District of Delaware


cc:   John S. Spadaro, Esquire
       Richard R. Wier, Jr., Esquire
       Daniel W. Scialpi, Esquire