# Exhibit 3

Filed in conventional format pursuant to CM/ECF Rule J3