IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

NOTICE OF SUBPOENA DUCES TECUM TO
TASC CONSULTING SERVICES, LLC

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 45, Plaintiff AES Puerto Rico, L.P. has served a subpoena for the production of documents, as described in "Attachment A" of the subpoena attached to this Notice, on TASC Consulting Services, LLC; and that documents responsive to the subpoena are to be produced at the offices of Keating & Walker, 1 Beekman Street, Suite 406, New York, NY 10038-2209 on or before August 8, 2005.

/s/ John S. Spadaro
John S. Spadaro, Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: July 15, 2005          Attorneys for AES Puerto Rico, L.P.

122020