IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, LP | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1282-JJF |
| | : | |
| ALSTROM POWER, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **1st** day of **August, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 4, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the matter. **Plaintiff's counsel shall initiate the teleconference call.**

IT IS FURTHER ORDERED that a continued mediation has been scheduled for **Monday, January 30, 2006 at 10:00 a.m.** Casual dress for the mediation. Counsel are to provide the Magistrate Judge in a separate letter the work, cellular and home telephone numbers for all participants. Supplemental submissions of the parties shall be limited to no more than **ten (10) pages, double-spaced, 12 pt. font,** and shall be due on or before **Friday, January 20, 2006.** All other provisions of the Court's Order of February 8, 2005 shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE