# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

August 5, 2005

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 King Street
Wilmington, DE 19801

      **RE: AES Puerto Rico, L.P. v. Alstom Power, Inc.**
      **C.A. No.: 04-1282JJF**

Dear Judge Farnan:

    I write on behalf of plaintiff AES Puerto Rico, L.P. concerning the case schedule for the above-captioned action. By order dated January 7, 2005, this Court referred this matter to Magistrate Judge Thynge for the purpose of exploring settlement. Earlier this week the parties held a mediation session with Magistrate Judge Thynge but were not able to resolve this dispute.

    In order to facilitate discovery, Magistrate Judge Thynge suggested writing to you to request that the Court set a case schedule for this matter. The parties already have exchanged document requests and initial interrogatories, and pending before the Court is a motion to compel filed by plaintiff on May 23, 2005.

                                                                       Respectfully,

                                                                  /s/ John S. Spadaro

                                                                  John S. Spadaro

JSS/slr

122799

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: August 5, 2005         Attorneys for AES Puerto Rico, L.P.

122809