IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP., :
: 
    Plaintiff, :
:
v. : Civil Action No. 04-1282-JJF
:
ALSTROM POWER, INC., :
:
    Defendant. :

### RULE 16 SCHEDULING ORDER

IT IS ORDERED THAT:

I. **Discovery**

(a) All discovery, fact and expert, shall be initiated so as to be completed by **March 10, 2006.**

(b) The parties are limited to:

    1. Maximum of **20** interrogatories

    2. Maximum of **10** requests for admission by each side

    3. Maximum of **7** depositions and an additional **3** Rule 30(b)(6) depositions for each side.

II. **Discovery Disputes.**

The Court will conduct one (1) discovery dispute hearing on **Wednesday, December 7, 2005 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The parties shall

submit Memoranda on any disputes with Responses by **December 5, 2005.**

      III. **Case Dispositive Motions**.

Any case dispositive motion shall be filed with an Opening Brief on March 24, 2006.

      IV. **Pretrial Conference.**

A Pretrial Conference will be held on **Thursday, May 4, 2006 at 10:00 a.m., in Courtroom** No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

      V. **Trial.**

Trial will commence at **9:30 a.m. on Monday, May 22, 2006,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 7, 2006
DATE

UNITED STATES DISTRICT COURT JUDGE