## ATTACHMENT A

## DEFINITIONS AND INSTRUCTIONS

(a) The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

(b) The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

(c) Documents "sufficient to identify" a person provide any or all of the following: name, occupation, title, present home address and telephone number, present work address and telephone number, past home and work addresses and telephone numbers, and all present and past e-mail addresses.

(d) The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

(e) The terms "you" or "your" mean Altran Corporation, its officers, employees, and any agents acting on its behalf.

(f) The term "AES-PR" means AES Puerto Rico, L.P., its officers, employees, and any agents acting on its behalf.

(g) The term "ALSTOM" means ALSTOM Power Inc., Combustion Engineering Systems, Combustion Engineering, Inc., any predecessor or successor corporations of these corporations, any officers or employees of these corporations, and any agents acting on behalf of these corporations.

(h) The term "D/FD" means Duke/Fluor Daniel Caribbean, S.E., its officers, employees, and any agents acting on its behalf.

(i) The term "Plant" means AES-PR's power plant located in Guayama, Puerto Rico.

(j) The term "ESP" means electrostatic precipitators, including but not limited to circulating dry scrubbers associated with the precipitators.

(k) The terms "all" and "each" shall be construed as all and each.

(l) The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

(m) These requests are continuing in character. You are thus required to produce for inspection and copying any documents not previously produced that you may from time to time obtain, locate, identify, or acquire the ability to produce.

(n) Should you make a claim that a requested document is not subject to discovery by reason of privilege or the work product doctrine, you are required to identify separately each document for which such a privilege or doctrine is claimed, together with the following information:

  (1) the date of, or appearing on, the document;

  (2) the document's author(s);

  (3) the addressee(s) and/or recipient(s) of the document, if any;

  (4) a description of the document, including its title, if any, as well as the type of document (for example, handwritten note);

Case 1:04-cv-01282-JJF   Document 37-2   Filed 10/21/2005   Page 3 of 4

 (5) a description of the contents and/or subject matter of the document; and

 (6) the privilege or doctrine claimed.

## DOCUMENT REQUESTS

**REQUEST NO. 1**

Documents sufficient to identify all employees at Altran Corporation who worked in any way on the effort to analyze the causes of corrosion of the Plant's ESP collecting plates, rigidtrodes, or other components of the ESP.

**REQUEST NO. 2**

All documents concerning corrosion of the Plant's ESP collecting plates, rigidtrodes, or other components of the ESP, including but not limited to analyses of the cause of such corrosion.

**REQUEST NO. 3**

All documents referring or relating to any actual or potential warranty claim by AES-PR, ALSTOM, or D/FD with respect to the Plant's ESP or other pollution-control equipment.

**REQUEST NO. 4**

All documents discussing the design of the ESP, including but not limited to the ESP collecting plates, rigitrodes, or other components of the ESP.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1282-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

                                        Respectfully submitted,

                                        /s/ John S. Spadaro
                                        John S. Spadaro, No. 3155
                                        MURPHY SPADARO & LANDON
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE 19805
                                        Tel. (302) 472-8100
                                        Fax (302) 472-8135

Dated: October 21, 2005                Attorneys for AES Puerto Rico, L.P.

122809