IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | * |
| Plaintiff, | * |
| v. | *   C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * |
| Defendant. | * |

* * * * * * * * * * *

### ORDER

Upon consideration of the Motion to Compel Production of Electronic Documents filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is **GRANTED**; and

IT IS FURTHER ORDERED THAT Plaintiff produce, within 30 days and in the format agreed to by Plaintiff by letter dated August 12, 2005, all electronic documents and e-mail in its possession, custody or control that are responsive to ALSTOM's First Request for Production of Documents and Things and Entry Upon Land for Inspection.

**ORDERED**, this _____ day of _____, 2005.

 

Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc: John S. Spadaro, Esquire
    Richard R. Wier, Jr., Esquire
    Daniel W. Scialpi, Esquire