## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff AES Puerto Rico, L.P. will take the deposition of Frank Gabrielli on December 15, 2005 at 9:30 a.m. The deposition will take place at the offices of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005. The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed.

      /s/ John S. Spadaro
John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: October 24, 2005         Attorneys for AES Puerto Rico, L.P.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 24th day of October, 2005, a copy of the foregoing NOTICE OF DEPOSITION was served, via facsimile, on:

Richard R. Wier
1220 Market Street, Suite 600
Wilmington, DE 19801
Fax: 302-888-3225

Anthony Vittoria
Ober Kaler Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643
Fax: 410-230-7272

                                                       /s/ John S. Spadaro
                                                       John S. Spadaro