**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1282 JJF |
| | : | |
| ALSTOM POWER INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Daniel W. Scialpi, certify that on October 28, 2005 Plaintiff was served by co-counsel,

a copy of Notice of Deposition of Corporate Designee by first-class mail, postage prepaid.

**RICHARD R. WIER, JR., P.A.**


___/s/ Daniel W. Scialpi___
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of November 2005, I electronically filed the Notice of

Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s)

to the following:

John S. Spadaro, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**RICHARD R. WIER, JR., P.A.**


   /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com