IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | * |
| Plaintiff, | * |
| v. | *   C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion to Compel Corporate Designee Deposition or, in the Alternative, to Postpone "Discovery Dispute" Hearing filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is **GRANTED**; and

IT IS FURTHER ORDERED THAT Plaintiff produce, on any business day prior to November 24, 2005, a corporate designee who is prepared to testify to the matters set forth in ALSTOM's Notice of Deposition of Corporate Designee dated October 28, 2005.

**ORDERED**, this _____ day of _____, 2005.

 

Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:   John S. Spadaro, Esquire
      Richard R. Wier, Jr., Esquire
      Daniel W. Scialpi, Esquire