IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Compel Corporate Designee Deposition or, in the Alternative, to Postpone "Discovery Dispute" Hearing filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is **GRANTED**; and

IT IS FURTHER ORDERED THAT the "Discovery Dispute" Hearing currently scheduled for December 7, 2005, and corresponding deadline for memoranda, is continued. Counsel for ALSTOM will contact chambers immediately after it takes AES's corporate designee deposition and the Court will issue an order scheduling the hearing for a date at least 14 days after the deposition. The deadline for memoranda will be two days prior to the hearing.

**ORDERED**, this _____ day of _____, 2005.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:  John S. Spadaro, Esquire
    Richard R. Wier, Jr., Esquire
    Daniel W. Scialpi, Esquire