# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

November 18, 2005

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 King Street
Wilmington, DE 19801

      RE: AES Puerto Rico, L.P. v. Alstom Power, Inc.
          C.A. No.: 04-1282JJF

Dear Judge Farnan:

      We are in receipt of ALSTOM's letter to the Court from earlier today. This afternoon, we will be filing an Opposition addressing ALSTOM's motion to compel the Rule 30(b)(6) deposition and alternatively to postpone the Court's December 7 discovery conference. Our belief is that the motion should be denied, there is no basis to delay the scheduling conference, and all discovery disputes can be resolved at that time.

                            Respectfully,

                            /s/ John S. Spadaro

                            John S. Spadaro

JSS/slr

126048