# Exhibit B

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 24, 2005

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Re:   **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

I just received your letter dated October 12, 2005 concerning Alstom's e-discovery liaison, which was sent by regular mail. To prevent similar mailing delays in the future, I would suggest that we send our letters to each other by e-mail attachment or by facsimile.

AES-PR's e-discovery liaison in this matter is Carl Schimke. If Mr. Corwin would like to have a teleconference with Mr. Schimke, please ask him to contact me and I will facilitate a call.

Sincerely,

Daniel D. Williams