# Exhibit C

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 6, 2005

**VIA E-MAIL AND FIRST CLASS MAIL**

Michael A. Schollaert, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Re:   **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Mike:

      Thank you for your November 4, 2005 letter. As we explained to you in our September 6, 2005 letter, your copy service made copies of a copy-set of the documents we produced. Based on a review of the documents on your list, it appears to us that your copy service had trouble copying documents in which the text was light. We are happy to make the documents on your list available to you in my office for your re-review whenever you'd like. After reviewing our copies, if you still believe you need to see any of the originals of the documents, we will make them available to you. The originals are in Puerto Rico and we can make them available there.

      Please let me know what would work best for your schedule.

Sincerely,

Daniel D. Williams