# Exhibit E

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Anthony F. Vittoria
afvittoria@ober.com
410-347-7692

Offices In
Maryland
Washington, D.C.
Virginia

November 16, 2005

*VIA FACSIMILE AND FIRST-CLASS MAIL*
Jeb Boatman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re: *AES Puerto Rico, LP v. ALSTOM Power Inc.*
Civil Action No. 04-1282-JJF

Dear Jeb:

We are in receipt of your e-mails dated November 14, and 16, 2005 regarding the documents located in ALSTOM's Windsor office.

ALSTOM could not disagree more with the assertion made in your November 14 e-mail that Judge Farnan's Order denying AES's Motion to compel "contemplates" requiring ALSTOM to produce documents to AES for a second time. The Order contains no such language. Indeed, Judge Farnan expressly noted in his Order that ALSTOM spent many thousands of dollars in making the documents in question available to AES. AES simply chose not to fully avail itself of the opportunity to review or copy those documents.

That being said, ALSTOM would be willing to provide AES with another opportunity to review ALSTOM's documents on the condition that AES agree to reimburse ALSTOM for all costs and fees associated with that second review. The fees would include not only those incurred during the actual production, but also those incurred as a result of the need to have ALSTOM's attorneys travel to Windsor prior to AES's arrival to prepare the documents for production. The costs would include all travel, lodging and food expenses incurred during both time periods. Payment would be required within 30 days of invoicing.

Please let me know proposal is acceptable to AES.

Sincerely,

Anthony F. Vittoria

AFV
cc: ALSTOM Power, Inc.
James E. Edwards, Jr., Esq.
Michael A. Schollaert, Esq.

776677