IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 04-1282JJF |
| vs. ) | |
| ) | |
| ALSTOM POWER, INC. ) | |
| ) | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Jeb Boatman to represent Plaintiff AES Puerto Rico, L.P. in the above captioned matter.

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Jeb Boatman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5000

Attorneys for Plaintiff
AES Puerto Rico, L.P.

SO ORDERED.

_____
The Hon. Joseph J. Farnan, Jr.

126123

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, the State of Okalahoma, and the United States Court of Appeals for the Tenth Circuit, and that, pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jeb Boatman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Dated: November 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

In addition, I certify that the following attorneys were served with the document by facsimile at the number shown:

Anthony F. Vittoria
James E. Edwards
Ober Kaler, Grimes & Schriner
Fax: (410) 547-0699

                                          Respectfully submitted,

                                          /s/ John S. Spadaro
                                          John S. Spadaro, No. 3155
                                          MURPHY SPADARO & LANDON
                                          1011 Centre Road, Suite 210
                                          Wilmington, DE 19805
                                          Tel. (302) 472-8100
                                          Fax (302) 472-8135

Dated: November 22, 2005                Attorneys for AES Puerto Rico, L.P.

126124