IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1282-JJF |
| | ) | |
| ALSTOM POWER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF AES PUERTO RICO, L.P.'S MOTION
FOR CLARIFICATION OF SCHEDULING ORDER**

Plaintiff AES Puerto Rico, L.P. ("AES-PR"), by undersigned counsel, respectfully requests clarification from this Court of its October 7, 2005 Scheduling Order.

In light of the highly technical nature of this dispute, testimony from expert witnesses will play a significant role in the trial of this case. Both parties anticipate calling one or more expert witnesses at trial. To ensure complete expert discovery, AES-PR has attempted to work with counsel for Alstom Power, Inc. ("ALSTOM") to craft a joint stipulation asking for clarification of two points in this Court's October 7, 2005 Scheduling Order. Although ALSTOM appears to agree with most of AES-PR's proposal, for reasons that remain unclear it has refused to agree to the relief AES-PR requests. *See* Correspondence (Tab A). Therefore, AES-PR requests clarification of the following two items related to expert discovery.

First, the Order does not establish dates by which the parties must make the expert disclosures required by Federal Rule of Civil Procedure 26(a)(2). To promote efficient discovery and to allow the parties sufficient time to depose all experts in this matter, AES-PR requests that this Court order all parties to make the expert disclosures and reports required by Federal Rule of Civil Procedure 26(a)(2)(B) no later than February 27, 2006. AES-PR further requests that this

Court order all parties to serve reports "intended solely to contradict or rebut evidence on the same subject matter identified by another party," Fed. R. Civ. Pro. 26(a)(2)(C), no later than March 27, 2006, and that all parties take any depositions of experts within four weeks of service of the expert reports.

Second, the Scheduling Order permits each party to depose seven witnesses and to conduct three Rule 30(b)(6) depositions, but does not specify whether depositions of parties' experts count toward those totals. AES-PR requests that this Court order that expert depositions shall not count against the limitation in Paragraph 1(b)(3) of this Court's October 7, 2005 Scheduling Order.

For the foregoing reasons, AES-PR respectfully requests that this Court issue the above-mentioned clarifications to its November 7, 2005 Scheduling Order.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: November 28, 2005

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Attorneys for AES Puerto Rico, L.P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P.,<br><br>                    Plaintiff,<br>v.<br><br>ALSTOM POWER, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 04-1282JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Daniel W. Scialpi
1220 Market Street, Suite 600
Wilmington, DE 19801

Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimire, MD 21202-1643

                              Respectfully submitted,

                              /s/ John S. Spadaro
                              John S. Spadaro, No. 3155
                              MURPHY SPADARO & LANDON
                              1011 Centre Road, Suite 210
                              Wilmington, DE 19805
                              Tel. (302) 472-8100
                              Fax (302) 472-8135

Dated: November 28, 2005         Attorneys for AES Puerto Rico, L.P.

126237