**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AES PUERTO RICO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 04-1282-JJF |
| | ) | |
| ALSTOM POWER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion For Clarification Of Scheduling Order, any response thereto, and any argument thereupon, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS FURTHER ORDERED that all parties must make the expert disclosures and reports required by Federal Rule of Civil Procedure 26(a)(2)(B) no later than February 27, 2006; that all parties must serve reports "intended solely to contradict or rebut evidence on the same subject matter identified by another party," Fed. R. Civ. Pro. 26(a)(2)(C), no later than March 27, 2006; and that all parties must take any depositions of experts within four weeks of service of the expert reports. Expert depositions shall not count against the limitation in Paragraph 1(b)(3) of this Court's October 7, 2005 Scheduling Order.

_____            _____
Date                                       United States District Judge