UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

### ORDER

Upon consideration of Plaintiff's Motion To Compel, any response thereto, and any argument thereupon, IT IS HEREBY ORDERED THAT the Motion To Compel is GRANTED; and

IT IS FURTHER ORDERED THAT Defendant is to reassemble the documents responsive to Plaintiff's requests and make those documents available to AES-PR within thirty days.

_____      _____
Date                                                                  United States District Judge