# Tab D

Case 1:04-cv-01282-JJF    Document 49-6    Filed 11/28/2005    Page 1 of 2



**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 443-263-7535
www.ober.com

**Michael A. Schollaert**
maschollaert@ober.com
410-347-7335

**Offices In**
Maryland
Washington, D.C.
Virginia

May 13, 2005

**VIA E-MAIL & FIRST-CLASS MAIL**

Jeb Boatman, Esquire
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

      Re:  AES Puerto Rico v. ALSTOM Power, Inc.

Dear Jeb:

  This is in response to your letter dated May 11, 2005. As we have indicated earlier, the documents have been available for your review in Windsor since May 7, 2005. Further, we can accommodate your inspection on May 19 and 20, 2005. ALSTOM's office is located at 2000 Day Hill Drive, Windsor, CT 06095. Upon arrival, proceed to the security gate and tell them you are here to visit Ed Bulewich in Building 19. I will have our paralegal, Michelle Fowler, meet you in the lobby of Building 19 at a predetermined time.

  It is up to you to make arrangements for a copy service. In the past, we have used IKON. I can forward you their contact information upon request. ALSTOM's only requirement is that all of the copies be sent to one vendor in one location. If you have any questions, please do not hesitate to contact me.

            Very truly yours,

            Michael Schollaert

cc:  Daniel D. Williams, Esquire
    James E. Edwards, Jr., Esquire
    Anthony F. Vittoria, Esquire