# Tab F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, LP | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1282 (JJF) |
| ALSTROM POWER, INC., | : |
| Defendant. | : |

## MEMORANDUM ORDER

Plaintiff has filed a Motion To Compel (D.I. 30) requesting the production of documents from Defendant in an orderly fashion. Plaintiff complains the production by Defendant was in a disorganized manner with the vast majority of the documents produced having no relevance to this litigation. Defendant responds that it spent many hours and thousands of dollars separating a large quantity of non-responsive documents from those produced (D.I. 31).

The Court has read the parties papers and finds that it may be that Defendant's production may have been less than efficient; however, the deficiencies that the Court can discern from the arguments do not amount to a clear violation of Defendant's duties under Rule 34. Therefore, Plaintiff's Motion To Compel (D.I. 30) is **DENIED**.

October 7, 2005
DATE

UNITED STATES DISTRICT JUDGE