# Tab G

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JEB BOATMAN
ATTORNEY AT LAW
(202) 434-5974
jboatman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 8, 2005

**Via E-Mail and First Class Mail**
Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

**Re:    AES Puerto Rico, L.P. v. Alstom Power, Inc.**

Dear Tony:

I would like to review documents at Alstom's Windsor, Connecticut office on November 17 and 18, 2005 and then again on December 1 and 2, 2005. Please let me know who I should contact to make arrangements for the visit. I would also like to confirm whether all of Alstom's responsive documents will be at the Windsor office during my visit.

I look forward to hearing from you.

Sincerely,

Jeb Boatman