# Tab H

OBER | KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Anthony F. Vittoria**
afvittoria@ober.com
410-347-7692

**Offices In**
Maryland
Washington, D.C.
Virginia

November 10, 2005

Jeb Boatman, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   *AES Puerto Rico, LP v. ALSTOM Power Inc.*
       Civil Action No. 04-1282-JJF

Dear Jeb:

We are in receipt of your letter of November 8, 2005 regarding AES's request to review documents at ALSTOM's headquarters in Windsor, Connecticut on November 17 and 18, 2005 and again on December 1 and 2, 2005.

As you know, in response to AES's First Set of Document Requests, ALSTOM provided AES with access to ALSTOM's hard-copy documents in Windsor (the "Windsor Documents") on May 19 and 20, 2005. In advance of that production, ALSTOM incurred thousands of dollars of fees and costs in segregating the Windsor Documents produced to AES from the considerably larger collection of documents relating to the Project from which this action arose. Indeed, in denying AES's motion to compel ALSTOM to produce these documents in a different form, Judge Farnan recognized that ALSTOM had incurred these costs and approved the form of the production.

By agreement of counsel, ALSTOM set aside two days in May, 2005 for AES to inspect the Windsor Documents and had a member of this Firm's staff travel to Windsor to ensure that the production was complete and documents marked for copying would be timely copied and provided to AES. At the first day of the production, however, AES apparently chose to review a "sample of twelve boxes" and then left ALSTOM's Windsor offices within several hours. Those documents that AES did mark for copying were copied by an outside vendor and provided to AES, as agreed.

Since the production of the Windsor Documents in May of 2005, ALSTOM has produced to AES any and all additional responsive hard-copy documents it has located that are responsive to AES's Requests. As a result, there are no new documents located in Windsor, Connecticut that are responsive to AES's Requests that have not already been produced to AES.

OBER | KALER
A Professional Corporation

Jeb Boatman, Esquire
November 10, 2005
Page 2

      ALSTOM has satisfied fully its obligations and does not intend to incur the additional cost of reassembling the responsive Windsor Documents and making them available to AES for a second time for what is now said to be a four-day inspection over the course of two separate weeks.

      If you have any questions regarding the foregoing, please contact me.

                Sincerely,

                Anthony F. Vittoria

AFV/tnj
cc:    ALSTOM Power, Inc.
        James E. Edwards, Jr., Esq.
        Michael A. Schollaert, Esq.

776035.v2