## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ———————————————————— ) | |
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| Alstom POWER, INC., ) | |
| ) | |
| Defendant. ) | |
| ———————————————————— ) | |

### NOTICE OF SERVICE

On November 28, 2005, Plaintiff AES Puerto Rico, L.P. served Plaintiff's

Responses and Objections to Alstom Power, Inc.'s Second Set of Requests for Production, along

with a copy of this Notice of Service, by first class mail, postage prepaid, on:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, Delaware 19801
>
> James E. Edwards, Esq.
> Anthony F. Vittoria, Esq.
> Michael Schollaert, Esq.
> Ober, Kaler, Grimes & Schriner
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

Respectfully submitted,


/s/ John S. Spadaro
John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  November 28, 2005                    Attorneys for AES Puerto Rico, L.P.