IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

On November 28, 2005, Plaintiff served Plaintiff's Responses to ALSTOM Power, Inc.'s Second Set of Interrogatories, along with a copy of this Notice of Service, by first class mail, postage prepaid, on:

    Richard R. Weir, Esq.
    Daniel W. Scialpi, Esq.
    1220 Market Street, Suite 600
    Wilmington, Delaware 19801

    Anthony F. Vittoria, Esq.
    James E. Edwards, Esq.
    Ober, Kaler, Grimes & Shriver
    120 East Baltimore Street
    Baltimore, Maryland 21202-1643

    Respectfully submitted,

    /s/ John S. Spadaro
    John S. Spadaro
    Bar No. 3155
    MURPHY SPADARO & LANDON
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    Tel. (302) 472-8100
    Fax (302) 472-8135

2

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  November 28, 2005          Attorneys for AES Puerto Rico, L.P.