IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
|  | ) |
| ALSTOM POWER, INC., | ) |
|  | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

On November 28, 2005, Plaintiff served Plaintiff's Responses to ALSTOM Power, Inc.'s First Set of Requests for Admission, along with a copy of this Notice of Service, by first class mail, postage prepaid, on:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, Delaware 19801
>
> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

> Respectfully submitted,
>
> /s/ John S. Spadaro
> John S. Spadaro
> Bar No. 3155
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> Tel. (302) 472-8100
> Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: November 28, 2005          Attorneys for AES Puerto Rico, L.P.