# TAB
# 1

## Vittoria, Anthony

| | |
|---|---|
| **From:** | Vittoria, Anthony |
| **Sent:** | Friday, May 13, 2005 9:36 AM |
| **To:** | Williams, Daniel |
| **Cc:** | 'Boatman, Jeb'; Schollaert, Michael; Edwards, James |
| **Subject:** | AES v. ALSTOM |

Dan,

We wholeheartedly agree with the notion expressed in your recent letter that we should be addressing the electronic discovery issue in a cooperative and collegial manner. That is exactly what we are attempting to do. In that regard, set forth below are the metadata fields that we propose be included in any electronic document exchange. This metadata will make the electronic documents fully searchable. That is, you would be able to conduct computer searches for specific authors, recipients and date ranges. You would also be able to conduct key words searches in the text of the e-mails. Such search capability is simply impossible with TIF or PDF image files. The ability to conduct searches on the metadata would enable both sides to utilize the information and documentation far more efficiently -- and far more quickly -- than if PDF or TIF only files are produced. Indeed, considering the amount of electronic documentation that is ultimately going to be produced, the only realistic way either side will be able to review and analyze the produced documentation prior to the mediation would be if the metadata were included.

There are other drawbacks to TIF and PDF image files, including the fact that the image only files contain only a portion of the information that is associated with each particular electronic document, and the fact that attachments (such as spreadsheets) do not translate well to image files. Indeed, it is our belief that if we started producing TIF or PDF image only files now, we will simply have to go back and produce the metadata at a later date. This would be a waste of both of our clients' time and resources.

That being said, here are the metadata fields that we propose should be exchanged:

1.  Folder
2.  File Size
3.  Email Subject
4.  From
5.  To
6.  CC
7.  BCC
8.  Date Sent
9.  Time Sent
10. Date Received
11. Time Received
12. Attachment
13. Filename
14. Pages
15. Document Extension
16. Source
17. OCR Text

In addition, we propose that the following metadata fields be produced for the attachments:

1.  Subject
2.  Author
3.  Keywords
4.  Comments
5.  Date Created
6.  Last Modified

We have a test sample we are ready to produce to you immediately. If AES is ready to produce its sample, it is simply most logical to do so, talk next week about the metadata, and then start producing electronic documents with all of the metadata, rather than simply the TIF or PDF files.

We will call later this morning to discuss these issues.

Thanks,
Tony

**Anthony F. Vittoria**
410-347-7692
afvittoria@ober.com

O B E R | K A L E R
*Attorneys at Law*

www.ober.com
443-263-4192 — Fax
120 East Baltimore Street
Baltimore, Maryland 21202

# TAB 2

**Vittoria, Anthony**

| | |
|---|---|
| **From:** | Williams, Daniel [DWilliams2@wc.com] |
| **Sent:** | Tuesday, May 17, 2005 11:06 AM |
| **To:** | Schollaert, Michael |
| **Cc:** | Vittoria, Anthony; Boatman, Jeb |
| **Subject:** | ALSTOM electronic documents |

Mike, I received the electronic sample you sent.  The format is
acceptable to us.

I repeat my request from several weeks ago, which I reiterated last
Friday, that you begin immediately a rolling production of your
electronic documents.  As you know, I have not received any of these
documents to date.

Best regards, Dan

Daniel D. Williams
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
tel.  (202) 434-5263
fax  (202) 434-5029

1

# TAB 3

OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Anthony F. Vittoria**
afvittoria@ober.com
410-347-7692

**Offices In**
Maryland
Washington, D.C.
Virginia

August 3, 2005

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

> **Re:**   ***AES Puerto Rico, LP v. ALSTOM Power Inc.***
> **Civil Action No. 04-1282-JJF**

Dear Dan:

I am in receipt of your letter dated August 3, 2005 regarding the production of electronic documents in this matter.  While we agree that it is important for the parties to begin production of their electronic documents, we believe that, prior to commencing that production, it is imperative for the parties to resolve certain issues regarding the format of the electronic documents to be produced.

As you will recall, the parties exchanged samples so that they could confirm the proposed format of the production of electronic documents.  Unfortunately, we have concerns regarding the sample produced by AES and want to confirm that AES's production will be comparable to ALSTOM's.

First, unlike ALSTOM's sample production, the electronic documents in AES's sample were not Bates numbered.  Please confirm that AES intends to Bates number the electronic documents it will produce in this matter.

Second, there is no indication in AES's sample as to whether any of the electronic documents are attachments to the single e-mail produced.  It is critical for there to be some kind of indication or link between e-mails and their attachments – such as the "Parent Document ID" (PDOCID) metadata provided by ALSTOM.  Please confirm that AES will provide similar linking information in its production.

Third, there was a significant difference between the two samples in the manner in which certain document types were produced.  Specifically, ALSTOM's sample contained e-mails with Excel spreadsheet (.XLS) and .JPG attachments.  Rather than producing those documents as .TIF images, ALSTOM produced them in native format.  Conversely, AES provided an Excel spreadsheet that had been converted to .TIF images.  As demonstrated by pages 6 through 12 of

Afv
770568

OBER | KALER
A Professional Corporation

Daniel D. Williams, Esquire
August 3, 2005
Page 2

the first document in AES's sample, .XLS documents translate poorly to .TIF images. Specifically, the information contained in the spreadsheet is regularly rendered unintelligible and unusable. In addition, converting Excel spreadsheets into .TIF images often results in the production of a great number of blank or almost blank pages. Likewise, converting .JPG documents into .TIF images significantly reduces the clarity and resolution of the image contained in the electronic document. Accordingly, it is essential that those electronic documents be produced in their native format, as demonstrated by ALSTOM's sample. In addition to .XLS and .JPG documents, .DWG, .P3, .PCX, and .DGN – essentially anything that cannot be viewed by QuickView – are other types of electronic documents that should be produced in native format. Accordingly, please confirm that AES intends to produce the electronic document types enumerated above in native format.

ALSTOM's sample production contained 89 separate electronic documents, all of which were Bates numbered and 22 of which were electronic documents in their native format. In addition, ALSTOM provided information indicating which electronic documents were attachments to other electronic documents. AES, on the other hand, produced a sample containing only four electronic documents, none of which were Bates numbered or in native format. AES also failed to provide any information as to whether any of the electronic documents were attachments to the single e-mail produced. Because of the considerable disparity between the two samples, it is appropriate for AES to provide ALSTOM with another sample production which contains (1) Bates numbered electronic documents, (2) information linking attachments to their "parent" electronic documents and (3) samples of the electronic documents identified above in their native format. Please confirm that AES will provide such a sample.

I look forward to hearing from you in the near future regarding these matters.

Sincerely,

Anthony F. Vittoria

AFV:rgj
cc:    James E. Edwards, Jr., Esquire
       Michael A. Schollaert, Esquire

Afv
770568

# TAB
# 4

Header

```
DOCID            :  P152B1I2S0
ITEMNO           =    2
ATTACHNO         =    0
FOLDER           :  001
MD5HASH          :
FILESIZE         :  61211
EMAIL_SUBJEC     :  Report on Opacity
FROM             :  /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE
                    GROUP/CN=RECIPIENTS/CN=PAUL.STINSON
TO               :  Puerto Rico Leaders, /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE
                    GROUP/CN=RECIPIENTS/CN=PuertoRico.leaders; Puerto Rico Lead Operator, /O=THE AES
                    CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PuertoRicoLeadOperator;
CC               :
BCC              :
DATESENT         = 01/02/2004
TIMESENT         :  07:09:50 PM
DATERCVD         = 01/02/2004
TIMERCVD         :  07:09:50 PM
ATTACH           :
FILENAME         :
PAGES            =    1
DOCEXT           :
NATIVEFILE       :
OUTPUTFILE       :  IE
TITLE            :
SUBJECT          :  MS-Outlook
AUTHOR           :  Paul Stinson
KEYWORDS         :
COMMENTS         :
DATECREATED      :
LASTMODIFIED     :
ATTACHMENTS      :
ATTACHMT         :  SAMPLE-028141-SAMPLE-028145
BEGATTACH        :  SAMPLE-028141
ENDATTACH        :  SAMPLE-028145
BEGNO            :  SAMPLE-028141
ENDNO            :  SAMPLE-028141
CUSTODIAN        :
SOURCE           :  True
PBATES           :
PDOCID           :
RECORDTYPE       :
OCR_TEXT         :  From: Paul Stinson [/O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE

                    GROUP/CN=RECIPIENTS/CN=PAUL.STINSON]

                    Sent: Friday, January 02, 2004 7:10 PM

                    To: Puerto Rico Leaders; Puerto Rico Lead Operator

                    Subject: Report on Opacity


                    Here is what I learned today.


                    I started the day with a meeting with Elias, Harry, Csaba, WeiLi and Ernest about what has been learned
                    since I was last here.


                    It seems probable that the problems we had with the "paired rapping" and the early set-up of the new PLC for
                    the rapping controls
```

Header

was just related to fact that we were running the higher temperature on the CDS outlet (175

o

F). This was reported to me earlier

by AI, but I was skeptical. Today, Csaba obtained EtaPro opacity data and the CDS spray-water quality data from the water

treating lab. He was able to show that when we first began running the higher temperature at Unit 1,  on or about 23 November, in

response to the corrosion we found in Unit 2 ESP, the water quality was quite good. Conductivity was about 200 and chlorides at

about 150 ppm. By Dec 3

rd

, we had started to have trouble with opacity on Unit 1, but we attributed it to unreliable rapping, as we

had not yet completed the installation of the new PLC and the paired rapping scheme. By this time, conductivity on the spray-

water had risen to about 9,000 and chlorides to 2000 ppm.


It seems to me that since we dropped temperature back to the old range of 155

0

F, we have been able to get opacity fairly well

under control, although not quite as good on unit 2 as we'd like to see. So, the problem now is not so much about opacity, as it is

about corrosion of the ESP internals. I am focusing my efforts in that direction.


Today we tried another experiment by increasing CDS outlet temperature on Unit 1 from 159 to 175

o

F. We only got to about 167

when opacity was clearly rising out of control. When we reduced temperature back to 160

o

F, opacity soon came back to

excellent. The effect was unmistakable.


We next tried some changes on Unit 2, somewhat by accident. I was investigating the T/R settings on Unit 2 with the idea of

perhaps reducing voltages. I was running trends and V-I plots on the EEC computer. Apparently there is a glitsch in the software,

because every time I ran a V-I plot on a T/R set, the computer reduced the secondary voltage to 45 kV and the spark rate limit to

50 sparks per minute. After a while, I noticed that several T/R sets had reduced voltages and surprise!, the opacity got much

better, from an average of 6 % to about 1.5%. I tested it by raising voltages back to where they had been and sure enough, the

opacity came right back up. Just as surely when I reduced them again, opacity came right back down. The table below gives the

old and new settings:

We next increased the Unit 2 CDS outlet temperature from 157 to 161 oF. This tended to increase opacity enough to about off-set

the gains we had seen from lowering the T/R voltages. But we were able to control the opacity, except during a period when we

were attempting to make some revised rapping parameters.

On the rappers, we tried operating with the 1 PL rappers in service on unit 2. It was clear this did not help opacity, and it may have

hurt slightly. I tried for a brief time to reduce rapping frequency from 2:30 to 5:00 minutes, but it was clear this was not helping

right away, and it was getting late in the day. I ended by returning the rappers to their previous settings (see attached

spreadsheet) and will try again tomorrow.

Paul Stinson

T/R set, Unit 2 Original Sec Voltage,

kV

Original Spark rate

(actual) spm

New Sec Voltage, kV New Spark rate

(actual,) spm

1 Off (by choice) Off 45 0

2 65 61 45 3

3 70 82 54 10

4 70 68 60 0

5 70 60 51 6

6 Off (short) Off off Off

7 70 70 62 28

8 70 66 67 35

9 70 3 70 1

10 70 0 70 0

11 70 0 70 0

12 70 0 70 0

# TAB
# 5

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 12, 2005

Anthony F. Vittoria, Esq.
Ober Kaler Grimes & Schriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Re:   **AES Puerto Rico, LP v. ALSTOM Power, Inc.**

Dear Tony:

In response to your letter of August 3, 2005, in which you request that AES Puerto Rico ("AES-PR") make additional changes to its electronic document production, with the hope of expediting this process, AES-PR agrees to your suggestions. I have enclosed the same sample, updated per your requests, to confirm that it is now acceptable. AES-PR will produce all of its electronic documents in this format.

Please confirm whether ALSTOM is ready to begin rolling production of its electronic documents.

We look forward to hearing from you soon, so that we can get this process underway.

Sincerely,

Daniel D. Williams

cc:   Michael A. Schollaert, Esq.

# TAB
# 6

OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Anthony F. Vittoria**
afvittoria@ober.com
410-347-7692

**Offices In**
Maryland
Washington, D.C.
Virginia

September 1, 2005

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

> Re:  *AES Puerto Rico, LP v. ALSTOM Power Inc.*
> Civil Action No. 04-1282-JJF

Dear Dan:

I am writing regarding AES's woefully deficient and defective electronic document production in this matter. Despite a series of conversations and correspondence – including the exchange of sample productions – AES has failed to produce what was agreed upon by the parties. Indeed, aspects of AES's initial electronic document production raise questions regarding the loss or destruction of relevant information and evidence.

**A.    The Deficiencies In AES's Electronic Document Production**

AES produced a total of 544 separate electronic documents, which comprised a total of 622 megabytes (.6 gigabytes) of memory. In contrast, ALSTOM simultaneously produced to AES 37,519 separate electronic documents, which comprised a total of 3.7 gigabytes – approximately six times the amount of information provided by AES.

Of the 544 separate documents, AES produced only 136 electronic e-mail documents. Of those 136 e-mails, 28 electronic e-mail documents had been produced in such a manner that some, or most, of the metadata that should have accompanied those electronic documents was lost or destroyed. Specifically, there were 18 electronic e-mail documents (Bates numbers AESPR-028499 to AESPR-020519) that were produced in PDF format. Apparently, all but one of those e-mails required some sort of redaction.[1]

To accomplish this "redaction", it appears that AES first converted those electronic documents to hard-copy form by printing them and then redacted certain portions of the newly created hard-copy documents. Following the redaction, AES converted the hard-copy documents into PDF files and included them in its production of electronic documents. In this process, however, AES lost or destroyed much of the crucial metadata that originally

---

[1] In addition, AES failed to provide a basis for the redaction of a portion of these electronic e-mail documents.

OBER | KALER
A Professional Corporation

Daniel D. Williams, Esquire
September 1, 2005
Page 2

accompanied the non-redacted electronic documents, including (1) the subject of the e-mail, (2) from whom the e-mail was sent, (3) to whom the e-mail was sent, (4) to whom the e-mail was carbon-copied (e.g. the "CC" information), (5) the date the e-mail was sent, (6) the time the e-mail was sent, (7) the date the e-mail was received, (8) the time the e-mail was received and (9) the author of the e-mail. Most importantly, however, the metadata for these 18 e-mails contained no optical character recognition ("OCR") data, thereby rendering essentially useless the production of these 18 e-mails in "electronic" format.[2]

In addition to the 18 "redacted" e-mails, there were 10 other electronic e-mail documents that were produced in some format other than the MS-Outlook format in which the other 108 electronic e-mail documents had been produced.[3] For some reason, AES failed to produce all of the required metadata for these e-mails, as well. Specifically, all 10 of these e-mails were missing the following metadata: (1) from whom the e-mail was sent, (2) to whom the e-mail was sent, (3) to whom the e-mail was carbon-copied (e.g. the "CC" information), (4) the date the e-mail was sent, (5) the time the e-mail was sent, (6) the date the e-mail was received, (7) the time the e-mail was received and (8) the author of the e-mail. In addition, only 1 of those 10 e-mails (Bates number AESPR-028520 to AESPR-029521) had the "e-mail subject" metadata. A list containing the Bates numbers for the subject e-mails is attached hereto.

Another problem with AES's initial electronic document production is that it produced electronic e-mail documents for a very limited period of time. Specifically, the e-mails contained in AES's first electronic document production date from September 16, 2003 through May 12, 2005. ALSTOM has repeatedly explained to AES that there is a great deal of information and documentation – whether in hard-copy or electronic format – dating prior to the fall of 2003 that is relevant and material to the issues in this case.

Incredibly, AES also failed to produce a single e-mail that was sent by or to someone at D/FD, AES's primary contact on the Project. It is simply not credible that there was not a single e-mail exchanged between the twelve AES individuals whose e-mails were allegedly produced and anyone at D/FD – the entity to whom AES paid over $400M – relating to the ESP, CDS or FBHE handcuff equipment during the entire seven years in which D/FD was involved with this Project.

Finally, AES represented that it produced e-mails from 12 separate individuals, including Al Dyer, AES's Project Manager. Unbelievably, however, AES produced only 44 e-mails that were either received (either directly or by "CC") or sent by Mr. Dyer. AES's production would suggest that AES's Project Manager sent or received only about 2 e-mails a month (for the 20 month period provided by AES) relating to the two issues about which AES is now claiming

---

[2] Another document, Bates numbered AESPR-029085 through AESPR-029096, was produced in PDF format resulting in the loss or destruction of all of the same metadata that had been lost or destroyed for the 18 "redacted" e-mails.

[3] Those 10 e-mails had document extensions of either OFT, HTM or TXT.

O B E R | K A L E R
A Professional Corporation

Daniel D. Williams, Esquire
September 1, 2005
Page 3

over $14 million in damages. Contradicting that, however, is AES's own hard-copy document production which shows that Mr. Dyer received more "responsive" e-mails during this period than were produced in electronic form. Specifically, there were several e-mails that AES produced in hard-copy format that it did not produce in electronic format, including at least 5 e-mails received by Mr. Dyer during the 20 month period produced by AES.[4] Moreover, ALSTOM has in its database a total of 117 e-mails that were sent either by or to Mr. Dyer – and ALSTOM's database does not include any e-mails exchanged solely between AES and D/FD, AES's primary contact on the Project.

Likewise, it is apparent that AES has failed to produce a significant number of e-mails sent either to or by all of the other people whose e-mails were allegedly produced, including Paul Stinson, an engineer who was intimately involved with the corrosion issue, Elias Sostre, AES's Operation Team Leader/Control Room Supervisor, Weili Yu, AES's E&I Maintenance Team Leader, and Ron McParland, AES's Project Engineering Manager. ALSTOM has in its database 98 e-mails that were sent either by or to Paul Stinson. AES, however, only produced a total of 76 e-mails that were sent by or to Paul Stinson. ALSTOM has 93 e-mails that were sent by or to Elias Sostre. In stark contrast, AES produced only 21 e-mails sent by or to Mr. Sostre. ALSTOM has a total of 48 e-mails that were sent by or to WeiLi Yu in its database; AES, on the other hand, produced only 15. Finally, ALSTOM has a total of 451 e-mails that were sent by or to Ron McParland; incredibly, AES produced only 14.

The facts that (1) AES failed to produce any e-mails to or from D/FD, its primary contact on this project, (2) AES failed to produce e-mails in electronic format that it had already produced in hard-copy format, and (3) ALSTOM is in possession of hundreds of AES e-mails in its own limited electronic document database that were not produced by AES establishes that AES has failed to produce even a semblance of the responsive electronic e-mail documents in its possession, custody or control.

**B.    The Defects In AES's Electronic Document Production**

Despite the exchange and review of electronic document production samples, AES failed to provide some of the metadata that it agreed to produce. Specifically, AES failed to produce any of the "Custodian" metadata information. This data indicates from whose computer/file/directory the subject electronic document was retrieved. Accordingly, while AES has represented that it produced electronic documents from 12 different individuals, ALSTOM has no way of confirming that representation. In addition, ALSTOM has no way of determining from whose custody a specific electronic document was retrieved. This information is critical for a myriad of reasons, including authentication issues.

In addition, AES failed to provide the relative file path information in the "NativeFile" metadata field that automatically links the user to the subject document in its native file format.

---

[4] The Bates numbers of those five e-mails are (1) AESPR 004147, (2) AESPR 025862, (3) AESPR 025858, (4) AESPR 025854 and (5) AESPR 025743.

OBER | KALER
A Professional Corporation

Daniel D. Williams, Esquire
September 1, 2005
Page 4

AES provided this information/link (highlighted in yellow) in its sample, but failed to do so in this initial electronic document production. As a result, ALSTOM is essentially unable to move between the metadata of the subject document and the document in its native format.

Likewise, AES failed to produce any "BCC" metadata for any of the electronic documents that it produced.

There were also some apparently inadvertent defects in AES's production. First, there were 15 electronic documents that should have had data in the "ParentID" metadata field, but did not. A list containing the Bates numbers of those documents is attached hereto. In addition, there were no TIF or PDF images associated with the metadata for the document or documents at Bates numbers AESPR-029160 through AESPR-029171. Finally, the images associated with the electronic documents with "GIF" extensions were completely undecipherable. A list containing the Bates numbers of those documents is attached hereto.

Because AES has (1) failed to produce highly relevant and responsive electronic documents, (2) may have lost or destroyed certain relevant and material information, and (3) failed to produce certain metadata agreed to by the parties, it is imperative that AES immediately supplement its electronic document production and cure the defects in its first production.

I look forward to hearing from you in the near future regarding these matters.

Sincerely,

Anthony F. Vittoria

Attachment
cc:    James E. Edwards, Jr., Esquire
       Michael A. Schollaert, Esquire
AFV
772096

## Bates Numbers of Defective AES Electronic Documents

### Defective "Redacted" E-Mails With Missing Metadata

AESPR-028499 to AESPR-020519

### Defective OFT, HTM Or TXT E-Mails With Missing Metadata

AESPR-028436 to AESPR-028438
AESPR-028520 to AESPR-028521
AESPR-028522
AESPR-028551
AESPR-028590 to AESPR-028591
AESPR-028623 to AESPR-028625
AESPR-029020
AESPR-029053 to AESPR-029054
AESPR-029055 to AESPR-029056
AESPR-029098.

### Electronic Document Attachments Missing "ParentID" Metadata

AESPR-028480 to AESPR-028486
AESPR-028531 to AESPR-028535
AESPR-028536 to AESPR-028540
AESPR-028541 to AESPR-028544
AESPR-028546 to AESPR-028547
AESPR-028583 to AESPR-028585
AESPR-028627 to AESPR-028628
AESPR-029044 to AESPR-029045
AESPR-029063
AESPR-029064
AESPR-029065
AESPR-029072 to AESPR-029077
AESPR-029098
AESPR-029111 to AESPR-029113
AESPR-029136 to AESPR-029152

### Undecipherable "GIF" Electronic Documents

AESPR-028274
AESPR-028296
AESPR-028361
AESPR-028365

AFV
772073

# TAB
# 7

OBER | KALER

A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Anthony F. Vittoria**
afvittoria@ober.com
410-347-7692

**Offices in**
Maryland
Washington, D.C.
Virginia

September 19, 2005

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

> **Re:** *AES Puerto Rico, LP v. ALSTOM Power Inc.*
> Civil Action No. 04-1282-JJF

Dear Dan:

I am writing to respond to your letter of September 9, 2005 which, in turn, was in response to my letter of September 1, 2005 regarding AES's deficient electronic document production in this matter. The reliance placed upon the Court's Default Standard for Discovery of Electronic Documents in your letter is of great concern to ALSTOM because it ignores the parties' express agreement to exchange electronic documents in a specific format with specific metadata. AES now appears to be reneging on its agreement.

As you will recall, the parties spent a great deal of time and resources reaching an agreement regarding the format of their respective electronic document productions. Indeed those efforts spanned over three months and included several conferences and the exchange of numerous letters and e-mails. Included in that exchange of correspondence was an e-mail that I sent to you dated May 13, 2005 in which I listed the types of metadata that should accompany the electronic documents exchanged by the parties. For electronic e-mail documents, that metadata included, but was not limited to, information as to the folder, sender, recipient (whether direct or by carbon or blind carbon copy), date and time sent and received, and an OCR text version of the e-mail. AES never objected to the types of metadata ALSTOM proposed be exchanged.

Thereafter, the parties agreed to exchange sample electronic document productions to ensure that there were no misunderstandings regarding the format of each parties' electronic document production. The exchange of those samples occurred on or around May 16, 2005. By e-mail of May 17, 2005 you agreed to the proposed format of ALSTOM's electronic production.

There were, however, certain issues regarding AES's sample production, including the lack of Bates numbering of the documents, the lack of "Parent" identification for attachments



OBER | KALER
A Professional Corporation

Daniel D. Williams, Esquire
September 19, 2005
Page 2

and, importantly, the failure to produce certain types of files in native format. I addressed those issues to you in a letter dated August 3, 2005.

On August 12, 2005, AES forwarded a second sample production. AES's second sample included both e-mail correspondence and e-mail correspondence with attachments of electronic documents. Importantly, all of the electronic e-mail documents included metadata information as to the sender, recipient (whether direct or by carbon copy), date and time sent and received, information regarding attachments and OCR text of the e-mail. In addition, all of those electronic e-mail documents included "space-holders" for "Custodian" and blind carbon copy ("BCC") recipient metadata information, thereby indicating that that metadata would be produced.

AES's second sample also included electronic documents that were attachments to some of the electronic e-mail documents contained in the sample. Several of those attachments were produced in native format. Importantly, the metadata of each of the electronic documents produced in native format contained a highlighted hyper-link to the electronic document in its native format.

Importantly, in the cover-letter accompanying that second sample, you expressly stated "AES-PR will produce all of its electronic documents in this format." Based upon that representation, ALSTOM notified AES on August 18, 2005 that AES's proposed electronic document production format, as demonstrated by the second sample, was acceptable.

The introduction to the Default Standard expressly states that it applies only in the event that the parties have not reached an agreement on how to conduct e-discovery. As evidenced by the foregoing – and most specifically your express representation that "AES-PR will produce all of its electronic documents in this format" – there was an agreement between the parties as to how to conduct e-discovery. Accordingly, your reliance on the Default Standard to explain or excuse AES's deficient and defective electronic document production is completely improper. Further, your assertion that there was "no agreement to provide hyperlinks between documents" is in direct contradiction to your representation that "AES-PR will produce all of its electronic documents in this format" – a format which included hyperlinks.

As to the assertion made in numbered paragraph 1 of your September 19, 2005 letter, you attempt to explain the discrepancy between the amount of electronic documentation produced by ALSTOM and AES by alluding to the "rolling production" agreed to by the parties. However, the fact that AES has only prepared 136 electronic e-mail documents for production in the 6 months since ALSTOM served its Document Requests and in the 4 months since AES stated that it was ready to begin a rolling production of its electronic documents, provides convincing evidence that AES is not expending reasonable efforts to fulfill its discovery obligations. Further, you failed to address the fact that AES did not produce a single electronic e-mail

O B E R | K A L E R
A Professional Corporation

Daniel D. Williams, Esquire
September 19, 2005
Page 3

document that had been sent by or to someone at D/FD, which provides further evidence that AES is not proceeding in good faith with its electronic document production.

Finally, in regard to the fact that AES failed to produce any "Custodian" metadata information for its electronic e-mail documents, your understanding is incorrect regarding whether or not that information was ever created. AES produced 108 electronic e-mail documents that were Microsoft Outlook e-mails. It is undeniable that, in Microsoft Outlook, "Custodian" metadata information is created when an e-mail arrives in an individual's "Inbox". That metadata information will remain unless it is lost or deleted, either purposefully or inadvertently through improper retrieval techniques. Accordingly, the "Custodian" metadata information unquestionably existed at some point for all of the Microsoft Outlook e-mails, and should have been produced by AES.

As shown above, AES has failed to live up to its agreement regarding the format of electronic document production and has failed to proceed in good faith and with due diligence in the production of its electronic documents. As a result, and as stated in my September 1, 2005 letter, it is imperative that AES immediately supplement its electronic document production and cure the defects in its first production. If AES fails to do so, ALSTOM will be forced to take whatever steps are necessary and appropriate.

Sincerely,

Anthony F. Vittoria

cc:     James E. Edwards, Jr., Esquire
        Michael A. Schollaert, Esquire
        Kevin S. Corwin, Esquire

AFV
773069

# TAB
# 8

Header

| | | |
|---|---|---|
| DOCID | : | P168B1Q1S0 |
| ITEMNO | = | 1 |
| ATTACHNO | = | 0 |
| FOLDER | : | 001 |
| MD5HASH | : | D3A32F777F7A8ADDC5116330905AEBB6 |
| FILESIZE | : | 30720 |
| EMAIL_SUBJEC | : | EEC |
| FROM | : | /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ERIC.LUNDBERG23873233 |
| TO | : | Calvin Kotrla, /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Calvin.Kotrla; Ron McParland, /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Ron.McParland; Al Dyer, /O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Al.Dyer; |
| CC | : | Ron McParland; Al Dyer |
| BCC | : | |
| DATESENT | = | 12/05/2003 |
| TIMESENT | : | 01:36:37 PM |
| DATERCVD | = | 12/05/2003 |
| TIMERCVD | : | 01:36:37 PM |
| ATTACHMENT | : | |
| FILENAME | : | C:\batches\WC\1010rn\cd1\Al Dyer Docs\Al Dyer Docs - Collection Plates\EEC.msg |
| PAGES | = | 1 |
| DOCEXT | : | MSG |
| TITLE | : | |
| NATIVEFILE | : | |
| OUTPUTFILE | : | IE |
| SUBJECT | : | MS-Outlook |
| AUTHOR | : | Eric Lundberg |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | |
| LASTMOD | : | 05/17/2005 |
| ATTACHMENTS | : | AESPR-028435-028435 |
| ATTACHMT | : | C:\batches\WC\1010rn\cd1\Al Dyer Docs\Al Dyer Docs - Collection Plates\EEC.msg |
| BEGINATTACH | : | AESPR-028435 |
| ENDATTACH | : | AESPR-028435 |
| BEGNO | : | AESPR-028435 |
| ENDNO | : | AESPR-028435 |
| CUSTODIAN | : | |
| SOURCE | : | True |
| OCR_TEXT | : | From: Eric Lundberg [/O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE |

GROUP/CN=RECIPIENTS/CN=ERIC.LUNDBERG23873233]

Sent: Friday, December 05, 2003 1:37 PM

To: Calvin Kotrla

Cc: Ron McParland; Al Dyer

Subject: EEC


Terms


?AES PR will cut a PO to EEC.

?EEC will provide copies of their POs to the suppliers.

?AES PR will cut two-party checks the suppliers and send to EEC (for instance check will be made out to EEC

& the supplier, EEC will endorse and forward to the supplier who will sign and cash the check).

?EEC will have the material assigned to AES PR.

?AES PR will pay the amounts due to EEC (the difference between our PO with EEC and the total of the POs to

EEC's suppliers upon shipment of the material (this sounds like when the final installment would be due from

discussions with Calvin)

Eric Lundberg

AES Puerto Rico, LP

Office: 787-866-8117 x250

Cell: 787-671-9589

Fax: 787-866-8139

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged.  If you are not a named recipient, please delete the email

and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any

medium.  All information contained in the email and any attachments is sent without Prejudice.

```
VIEWIMAGE           =
PARENTID            :
PRODUCED_BY         :
DATEPRODUCED        :
```

# TAB
# 9

Header

| | | |
|---|---|---|
| DOCID | : | I_KHognefelt-000027 |
| ITEMNO | = | 26 |
| ATTACHNO | = | 0 |
| FOLDER | : | Karl Hognefelt (Local Current)\AES-PUERTO RICO |
| MD5HASH | : | 536FB55699AE88B07277AE34DA7C5ADA |
| FILESIZE | : | 3470 |
| EMAIL_SUBJEC | : | RE: CDS Nozzle quote |
| FROM | : | Calvin Kotrla <Calvin.Kotrla@AES.com> |
| TO | : | Paul Stinson <Paul.Stinson@AES.com> |
| CC | : | Elias Sostre <Elias.Sostre@AES.com>; Ernest Pagaduan <Ernest.Pagaduan@AES.com>; WeiLi Yu <WeiLi.Yu@AES.com>; Karl Hognefelt/USKNL01/Power/ALSTOM@GA; ijmconsult@comcast.net |
| BCC | : | |
| DATESENT | = | 02/05/2004 |
| TIMESENT | : | 19:48:59 |
| DATERCVD | = | 02/05/2004 |
| TIMERCVD | : | 19:47:56 |
| ATTACH | : | |
| FILENAME | : | |
| PAGES | = | 1 |
| DOCEXT | = | HTM |
| NATIVEFILE | : | E:\Imaged\KHognefelt\I_KHognefelt\Karl Hognefelt (Local Current)\AES-PUERTO RICO\0026.htm |
| OUTPUTFILE | : | Karl Hognefelt (Local Current)\AES-PUERTO RICO\0026.tif |
| TITLE | : | |
| SUBJECT | : | |
| AUTHOR | : | |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | |
| LASTMODIFIED | : | |
| ATTACHMENTS | : | |
| ATTACHMT | : | |
| BEGATTACH | : | |
| ENDATTACH | : | |
| BEGNO | : | HOGN-EMAIL-000048 |
| ENDNO | : | HOGN-EMAIL-000048 |
| CUSTODIAN | : | KHognefelt |
| SOURCE | : | eMail |
| PBATES | : | HOGN-EMAIL-000048 |
| PDOCID | : | I_KHognefelt-000027 |
| RECORDTYPE | : | Image |
| OCR_TEXT | : | From: Calvin Kotrla <Calvin.Kotrla@AES.com> |
| | | Sent:  Thursday, February 5, 2004 7:49 PM |
| | | To:  Paul Stinson <Paul.Stinson@AES.com> |
| | | Cc: Elias Sostre <Elias.Sostre@AES.com>; Ernest Pagaduan <Ernest.Pagaduan@AES.com>; WeiLi Yu <WeiLi.Yu@AES.com>; Karl Hognefelt/USKNL01/Power/ALSTOM@GA; ijmconsult@comcast.net |
| | | Subject:  RE: CDS Nozzle quote |

No lance modifications are necessary with the new sized nozzles.

Calvin

-----Original Message-----
From: Paul Stinson
Sent: Thu 2/5/2004 8:31 AM
To: Calvin Kotrla
Cc: Elias Sostre; Ernest Pagaduan; WeiLi Yu; karl.hognefelt@power.alstom.com; ijmconsult@comcast.net
Subject: FW: CDS Nozzle quote

As far as the nozzles themselves, I don't see this as a significant extra cost, and I would like to see us go for the more dispersed nozzle spray configuration.

I do wonder if the lances themselves have to be modified or replaced and what this will cost? If so, that might be a more significant cost that we need to consider.

A decision to go to the five nozzles instead of four will also increase a bit the cost of nozzle replacements, as we will be replacing five instead of four each time. This I consider to be minor.

I would like for WeiLi to add to his worklist some investigation of the pressure control valve that controls the spray header pressure. I want to know if that control valve is in good shape. Can it be checked on line or is it an outage item? I am concerned that if this valve wears a lot, we may not be able to control header pressure as high as we like, thus requiring more nozzles to be in operation (at lower pressure) than would be the case if the valve was in good shape. Operating the nozzles at lower pressure will produce a less satisfactory atomization.

Paul Stinson

-----Original Message-----
From: Calvin Kotrla
Sent: Wednesday, February 04, 2004 4:05 PM
To: Elias Sostre; Paul Stinson; Ernest Pagaduan
Subject: <u>CDS</u> Nozzle quote


This quote is for the 5 nozzle operation instead of the 4 nozzle presently installed.  The 5 nozzles will use same flow and pressure as the 4 original nozzles.
Note 6 weeks delivery!

Calvin


-----Original Message----
From: Rob Van Durme [mailto:RobVanDurme@lechlerusa.com]
Sent: Wednesday, February 04, 2004 11:55 AM
To: Calvin Kotrla
Subject: Nozzle Quote

Hello Calvin.  Attached is the quote per your request.  Let me know if you need any additional information.

Kindest Regards

Robert Van Durme, P.E.

Phone (800)-777-2926 x-6812
Fax: (630)-845-6912
email: robvandurme@lechlerusa.com

  <<SCAN0421_000.pdf>>

_____
This email has been scanned for all viruses by the MessageLabs service.

_____
This email has been scanned for all viruses by the MessageLabs service.

DATEPRODUCED        = 01/20/0009
PRODUCED_BY         = Alstom

# TAB
# 10

```
DOCID            :  EDOC0002488
ITEMNO           =    0
ATTACHNO         =    0
FOLDER           :  Disc57\Carlos Alequin\WT Daily Notes
MD5HASH          :  C6DA6AD90757FBE735CCC8A71A41D6CD
FILESIZE         :  17289
EMAIL_SUBJEC     :  Day Shift 8/5/2005
FROM             :  Carlos Alvarado
TO               :  Puerto Rico Watertreatment; Puerto Rico Lead Operator; Carlos Alequin; Luis Alequin
CC               :
BCC              :
DATESENT         = 08/05/2005
TIMESENT         :  17:44:21
DATERCVD         = 08/05/2005
TIMERCVD         :  17:44:21
ATTACH           :
FILENAME         :
PAGES            =    2
DOCEXT           :  HTM
NATIVEFILE       :
OUTPUTFILE       :
TITLE            :
SUBJECT          :
AUTHOR           :
KEYWORDS         :
COMMENTS         :
DATECREATED      :
LASTMOD          :
ATTACHMENTS      :
ATTACHMT         :
BEGATTACH        :
ENDATTACH        :
BEGNO            :  AESPR-075660
ENDNO            :  AESPR-075661
CUSTODIAN        :
SOURCE           :
PBATES           :
PDOCID           :
RECORDTYPE       :
OCR_TEXT         :  From:  Carlos Alvarado
                    Sent:  Friday, August 5, 2005 5:44 PM
                    To:  Puerto Rico Watertreatment; Puerto Rico Lead Operator; Carlos Alequin; Luis Alequin
                    Subject:  Day Shift 8/5/2005


                    WATER TRATMENT SHIFT REPORT


                    DATE: 08/05/05          TIME: 06:00 TO 18:00          SHIFT: B


                    BACKWASH

                         MONOSCOUR FILTERS              OK

                         SS MULTI MEDIA FILTERS

                         SS GREENSANDS                  OK

                         M/UP MEDIA FILTERS             OK
```

Header

WELLS

START: 17:00

STOP: Next Shift will stop at 2050

PS-1 DESTINATION

18MM POND

PATILLAS CANAL FLOW

1060

18MM

1275 ms

CHLORIDES

U-1   420

CT

U-2   300

17070 ms

SSRO CARTRIDGE FILTERS         OK

M/UP RO CARTRIGE FILTERS        OK

WORK ORDERS

Comments:

Clean Screen Cooling tower U1

Move Diesel pump to CPROP and hose for next shift to connect and put in service

Change chlorine 150lb cylinder and did neww requisition for wednesday

U2 Circulating pump was postpone to put in service tommorrow morning

Turn off storm water pumps low level

Loto agitator 510C to fix holding cable

Fill 2mm and turn off chemical swicth to 18mm

I&E  fix Patillas canal valve and put in auto service

I&E fix Soda ash bin activator interval

Received acid truck

Mr eddie Rivera start working with intalation of new Chlorine booster pump.

Thank you

Carlos Alvarado & Jose E. Ortiz

```
DATEPRODUCED    :  11/04/2005
PRODUCED_BY     :  AES
NAMESORT        :
VIEWIMAGE       :  AESPR-075660-075661
```

# TAB
# 11

Header

| | | |
|---|---|---|
| DOCID | : | EDOC0001031 |
| ITEMNO | = | 0 |
| ATTACHNO | = | 0 |
| FOLDER | : | Disc54\CDS & ESP\Opacity report |
| MD5HASH | : | 834028FF1485FD32F394DF1FAB8FDD9B |
| FILESIZE | : | 125818 |
| EMAIL_SUBJEC | : | |
| FROM | : | |
| TO | : | |
| CC | : | |
| BCC | : | |
| DATESENT | = | 00/00/0000 |
| TIMESENT | : | |
| DATERCVD | = | 00/00/0000 |
| TIMERCVD | : | |
| ATTACH | : | |
| FILENAME | : | Report on Opacity022604.htm |
| PAGES | = | 2 |
| DOCEXT | : | HTM |
| NATIVEFILE | : | |
| OUTPUTFILE | : | |
| TITLE | : | The opacity in Unit 1 continues to be good, with an average of 1-2%, but with ocational spikes of 3-4% |
| SUBJECT | : | |
| AUTHOR | : | |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | 2/27/2004 7:05:00 AM |
| LASTMOD | : | 2/27/2004 7:05:00 AM |
| ATTACHMENTS | : | |
| ATTACHMT | : | |
| BEGATTACH | : | |
| ENDATTACH | : | |
| BEGNO | : | AESPR-071358 |
| ENDNO | : | AESPR-071359 |
| CUSTODIAN | : | |
| SOURCE | : | |
| PBATES | : | |
| PDOCID | : | |
| RECORDTYPE | : | |
| OCR_TEXT | : | From: Elias Sostre |

From: Elias Sostre
Sent: Thursday, February 26, 2004 1:34 PM
To: Paul Stinson (Paul.Stinson@AES.com); Al Dyer (Al.Dyer@AES.com); Harry Bonilla
(Harry.Bonilla@AES.com); Karl E. Hognefelt (karl.hognefelt@power.alstom.com); Puerto Rico
Leaders; JToher; Radames Rodriguez (Radames.Rodriguez@AES.com); Fernando Rodriguez
(Fernando.Rodriguez@AES.com); Harold Bernier (Harold.Bernier@AES.com); Luis Lasanta
(Luis.Lasanta@AES.com)
Subject: Report on Opacity
The opacity in Unit 1 continues to be good, with an average of 1-2%, but with occasional spikes of 3-
4%. The CDS differential pressure is at 3 inwc.  The temperature at the CDS outlet is 170.5 °F.

The problems with TRs 1-3 and 1-4 are getting worse. These TRs were showing high sparking rates for
the last few days and now they are off most of the time. They trip on under voltage right away when
they are placed in service. If the status of these TRs doesn't change, by tomorrow they will be placed
on
half side operation.

The water blending that the CDS water tanks is receiving is 200 gpm filtered water and 65 gpm clarified
by pass water. The CDS water composition is: Chlorides - 870 ppm, TDS – 2080uS, Conductivity –
4020 uS.

Unit 2 opacity is at 3%, while at lower loads is at 1-2%. The outlet temperature still at 170°F and the
CDS dp is being controlled at 3 inwc at full load. When the load is at minimum, the CDS dp has to be
decreased to 2.6 inwc because the CDS hopper gets high level alarms quite frequent. The water
composition at the CDS water tank is: Chlorides –ppm, TDS – 2660 uS, Conductivity – 5990 uS. TRs 2-
2 and 2-6 continue out of service.

Footer
November 28, 2005 7:05 pm

Header

TR 2-3 is also showing higher than normal sparking rates. Is very likely that we could loose this TR at any moment.

The following are the average power readings during the day from Unit 1 ESP:

| TR Set | Primary Volts | Primary Amps | Secondary Volts (Kv) | Ma | Spark Rate |
|---|---|---|---|---|---|
| 1 | 208 | 40 | 49 | 95 | 0 |
| 2 | 265 | 7/ | 54 | 180 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 | 0 |
| 5 | 150 | 38 | 50 | 67 | 0 |
| 6 | 380 | 110 | 75 | 475 | 38 |
| 7 | 470 | 205 | 69 | 675 | 0 |
| 8 | 448 | 215 | 70 | 1098 | 0 |
| 9 | 465 | 278 | 69 | 1103 | 0 |
| 10 | 575 | 276 | 69 | 1074 | 0 |
| 11 | 470 | 275 | 67 | 1101 | 0 |
| 12 | 457 | 275 | 64 | 1081 | 0 |

The average power readings on Unit 2 ESP during the day are the following:

Elias

| TR Set | Primary | | Secondary | | Spark Rate |
|---|---|---|---|---|---|
| | Volts | Amps | Volts (Kv) | Ma | |
| 1 | 180 | 36 | 44 | 93 | 0 |
| 2 | 0 | 0 | 0 | 0 | 0 |
| 3 | 35 | 11 | 14 | 6 | 70 |
| 4 | 155 | 13 | 44 | 45 | 0 |
| 5 | 85 | 7 | 27 | 22 | 62 |
| 6 | 0 | 0 | 0 | 0 | 0 |
| 7 | 140 | 10 | 45 | 31 | 0 |
| 8 | 301 | 70 | 52 | 309 | 0 |
| 9 | 452 | 194 | 68 | 787 | 0 |
| 10 | 487 | 246 | 70 | 1101 | 0 |
| 11 | 363 | 161 | 69 | 620 | 0 |
| 12 | 477 | 276 | 68 | 1158 | 0 |

DATEPRODUCED      :  11/04/2005
PRODUCED_BY       :  AES
NAMESORT          :
VIEWIMAGE         :  AESPR-071358-071359

# TAB
# 12

Header

```
DOCID              :  EDOC0002672
ITEMNO             =    0
ATTACHNO           =    0
FOLDER             :  Disc58\Turnover\betz\emails
MD5HASH            :  1D982708951A5E7CBAD1BC0B5CA81A87
FILESIZE           :  51200
EMAIL_SUBJEC       :
FROM               :
TO                 :
CC                 :
BCC                :
DATESENT           =  00/00/0000
TIMESENT           :
DATERCVD           =  00/00/0000
TIMERCVD           :
ATTACHMENT         :
FILENAME           :  AES Puerto Rico - Ayerst Wyeth discharge.doc
PAGES              =    1
DOCEXT             :  DOC
NATIVEFILE         :
OUTPUTFILE         :
TITLE              :  Carlos,
SUBJECT            :
AUTHOR             :  Computer User
KEYWORDS           :
COMMENTS           :
DATECREATED        :  3/28/2002 12:46:00 PM
LASTMOD            :  3/28/2002 12:46:00 PM
ATTACHRANGE        :
ATTACHMT           :
ATTACHBEGIN        :
ATTACHEND          :
BEGNO              :  AESPR-077117
ENDNO              :  AESPR-077117
CUSTODIAN          :
SOURCE             :
PBATES             :
PDOCID             :
RECORDTYPE         :
OCR_TEXT           :
```

From: Lichtner, Fred W.
Sent: Thursday, December 16, 1999 11:15 AM
To: 'Pineda, Carlos (AES  PR)'
Cc: Torres, Jose H; Hernandez-Chinique, Francisco; 'Singh, Vijai (AES)'
Subject: AES Puerto Rico - Ayerst Wyeth discharge

Importance: High

Carlos,

Attached is an analysis of the discharge water from the Ayerst Wyeth facility.  The sample was taken on 15 November.  This water is of relatively good quality and should not be a problem if used as partial cooling tower makeup at AES.

J1122003.RTF

Regards,

Fred W. Lichtner
Consultant, Project Engineering
BetzDearborn – A Division of Hercules Incorporated
Global New Construction Group

Phone:  215-942-3057

Header

Fax: 215-942-3993
e-mail: fred.w.lichtner@betzdearborn.com

```
DATEPRODUCED        :
PRODUCED_BY         :
NAMESORT            :
VIEWIMAGE           :
TEMPATTACHRA        :
TEMPATTACHBE        :
TEMPATTACHEN        :
FATTACHRANGE        :
FATTACHBEG          :
FATTACHEND          :
TEMPBEGDOC          :
TEMPENDDOC          :
FINALBEGDOC         :
FINALENDDOC         :
ATTACHBEG           :
DUPCOUNT            =    0
```

# TAB
# 13

| | | |
|---|---|---|
| DOCID | : | P168B1Q2S0 |
| ITEMNO | = | 2 |
| ATTACHNO | = | 0 |
| FOLDER | : | 001 |
| MD5HASH | : | 2C4B92F760177BC22CEB15803869F82F |
| FILESIZE | : | 42496 |
| EMAIL_SUBJEC | : | |
| FROM | : | |
| TO | : | |
| CC | : | |
| BCC | : | |
| DATESENT | = | 00/00/0000 |
| TIMESENT | : | |
| DATERCVD | = | 00/00/0000 |
| TIMERCVD | : | |
| ATTACHMENT | : | |
| FILENAME | : | C:\batches\WC\1010rn\cd1\Al Dyer Docs\Al Dyer Docs - Collection Plates\RE    Invoice #0111015-IN Dated 5604 -$264320.00.oft |
| PAGES | = | 3 |
| DOCEXT | : | OFT |
| TITLE | : | |
| NATIVEFILE | : | |
| OUTPUTFILE | : | OS-associated |
| SUBJECT | : | |
| AUTHOR | : | |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | |
| LASTMOD | : | 06/14/2005 |
| ATTACHMENTS | : | AESPR-028436-028438 |
| ATTACHMT | : | C:\batches\WC\1010rn\cd1\Al Dyer Docs\Al Dyer Docs - Collection Plates\RE    Invoice #0111015-IN Dated 5604 -$264320.00.oft |
| BEGINATTACH | : | AESPR-028436 |
| ENDATTACH | : | AESPR-028438 |
| BEGNO | : | AESPR-028436 |
| ENDNO | : | AESPR-028438 |
| CUSTODIAN | : | |
| SOURCE | : | True |
| OCR_TEXT | : | _ |

Sent: Friday, July 23, 2004 11:48 AM

To: Calvin Kotrla

Cc: Al Dyer; Hector Marquez

Subject: RE: Invoice #0111015-IN Dated 5/6/04 -$264,320.00

8/16/2005

Calvin:


Payment to EEC has been issued, but Al put it on hold. He will review this with you and with Rod Jorgensen to make sure all

the material is here and in good condition.


I will be out of office due to Training Trip next week but check has been forward to Don Hector in case it is released before I

come.

Please advise him of payment release and he will get check approvals. Check will be sent by UPS and Carmen has the

address.


Thanks to all.


Lillian I. Alicea Amaro

Accounts Payable Manager

AES Puerto Rico, L.P

Tel. (787)866-8117 ext. 219

Fax (787)866-8139

lillian.alicea@aes.com

-----Original Message-----

From: Calvin Kotrla

Sent: Thursday, July 22, 2004 4:23 PM

To: Lillian Alicea

Subject: FW: Invoice #0111015-IN Dated 5/6/04 -$264,320.00



Can we pay this invoice before you leave?


Calvin


 -----Original Message-----

From: Coll, Pat [mailto:pjcoll@eec1.com]

Sent: Thursday, July 22, 2004 2:20 PM

To: Calvin Kotrla

Cc: Hug, Don; Titus, Joe; Coll, Pat

Subject: Invoice #0111015-IN Dated 5/6/04 -$264,320.00


Calvin,

        We would greatly appreciate your response as to a payment date for the subject invoice.

Regards,

Pat Coll

410-368-6767


-----Original Message-----

From: Coll, Pat

Sent: Monday, June 28, 2004 1:27 PM

To: 'Calvin.Kotrla@AES.com'

Cc: Hug, Don; Titus, Joe

Subject: RE: Invoice #0111015-IN Dated 5/6/04 -$264,320.00


Calvin,

    With only three truck of collecting plates remaining to ship, could you now advise payment of the subject invoice?


Thanks,

Pat Coll

410-368-6767



  -----Original Message-----

From: Coll, Pat

Sent: Wednesday, June 16, 2004 2:57 PM

To: 'Calvin.Kotrla@AES.com'

Cc: Hug, Don; Titus, Joe

Subject: Invoice #0111015-IN Dated 5/6/04 -$264,320.00


Calvin,

    We would greatly appreciate a payment date on the subject invoice. My management is getting restless due

to the lack of response to our previous e-mails.


Thank you,

Pat Coll

410-368-6767

-----Original Message-----

From: Coll, Pat

Sent: Friday, June 11, 2004 9:25 AM

To: 'Calvin.Kotrla@AES.com'

Cc: Titus, Joe; Coll, Pat; Hug, Don

Subject: Invoice #0111015-IN Dated 5/6/04

Calvin,

    Can you advise the status of the subject invoice?

Regards,

Pat Coll

410-368-6767

-----Original Message-----

From: Coll, Pat

Sent: Thursday, June 03, 2004 9:01 AM

To: 'Calvin.Kotrla@AES.com'

Cc: Titus, Joe; Coll, Pat

Subject: Shipment 2890

Calvin,

    Enclosed are photographs taken by TECO regarding shipment 2890 for your information. Also, could you

you advise the status of our invoice # 0111015-In dated 5/6/04 in the amount of $264,320.00. should there be any

questions contact us.

Regards,

Header

Pat Coll

410-368-6767

-----Original Message-----

From: BOWHUNT89@aol.com [mailto:BOWHUNT89@aol.com]

Sent: Thursday, June 03, 2004 8:32 AM

To: Coll, Pat

Subject: Re: Shipment 2890

Pat

8/16/2005

I have attached pictures of the plate truck that left yesterday. When the truck pulled out the driver ran over

a tree stump and blew one of his tires. When the tire blew the tractor bottomed out on the pavement and was

damaged. We also noticed that one of the bundles bowed when the truck bottomed out. We straightened the

bundle after the driver free the truck from the pavement. I just wanted to let you know this in case you get any

complaints about a bowed bundle. The first picture is of the plates before they left our building. The second picture

is on the street after the driver freed the load up.

Mike

_____

This email has been scanned for all viruses by the MessageLabs service.

8/16/2005

VIEWIMAGE          =
PARENTID           :
PRODUCED_BY        :
DATEPRODUCED       :

# TAB
# 14

Header

| | | |
|---|---|---|
| DOCID | : | EDOC0000953 |
| ITEMNO | = | 0 |
| ATTACHNO | = | 0 |
| FOLDER | : | Disc54\CDS & ESP |
| MD5HASH | : | CAECDE1C728E8FEE5715ED59F9ED5DB3 |
| FILESIZE | : | 6053 |
| EMAIL_SUBJEC | : | |
| FROM | : | |
| TO | : | |
| CC | : | |
| BCC | : | |
| DATESENT | = | 00/00/0000 |
| TIMESENT | : | |
| DATERCVD | = | 00/00/0000 |
| TIMERCVD | : | |
| ATTACH | : | |
| FILENAME | : | Controlling Opacity.rtf |
| PAGES | = | 2 |
| DOCEXT | : | RTF |
| NATIVEFILE | : | |
| OUTPUTFILE | : | |
| TITLE | : | |
| SUBJECT | : | |
| AUTHOR | : | |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | 9/2/2003 10:38:00 AM |
| LASTMOD | : | 9/2/2003 10:38:00 AM |
| ATTACHMENTS | : | |
| ATTACHMT | : | |
| BEGATTACH | : | |
| ENDATTACH | : | |
| BEGNO | : | AESPR-071052 |
| ENDNO | : | AESPR-071053 |
| CUSTODIAN | : | |
| SOURCE | : | |
| PBATES | : | |
| PDOCID | : | |
| RECORDTYPE | : | |
| OCR_TEXT | : | From:Al Dyer |

From:Al Dyer
Sent:Saturday, August 30, 2003 6:53 AM
To:Puerto Rico Leaders
Cc:Bill Vela; Ron Petley; 'Paul Stinson'; Rick Ames; Bill Uphold; Gary Bates; Gary Martin
Subject:Controlling Opacity
Importance:High
My Thoughts on Controlling Opacity Excursions
First I would like to point out; I've learnt a lot on the CDS/ESP process in the last 4 weeks as I
believe we all have.  We've improved the system in many ways:
?Instrumentation:
   oThe ESP hopper Rotary Valves now indicate on/off from the control room.
   oThe level probes are hardwired to the control room DCS.
   oThe level probes are more reliable.
   oVibrators are capable of Auto operation.
   oCDS DP set-point is now an operator function.
   oDCS will alarm Low CDS DP
   oDSC will close the "Dosing Valves on MFT.
?Operations:
   oWe understand the relationship between low hopper levels and opacity spikes.
   oWe can verify hoppers levels locally by open a valve to verify vacuum.
   oBoiler Operators are more aware of the importance of verifying levels locally.
   oWe understand that the CDS DP set-point is a function of CDS flow and therefore a
     function of how much we are loading the ESP.
   oThe use of the vacuum truck is not a solution to getting hoppers levels under control.
   oTHE ESP IS FUNTIONING ACCORDING TO DESIGN!
As of this moment it appears that we can be in control of opacity excursions if we are in control of
our inventory. (This may be a premature assumption).  We are doing this by operating at a lower

CDS DP set-point of 2.4".

Thoughts going forward:

1. If we assume that the lower CDS DP decreases the ash loading of the ESP we can optimize by exploring some of the following parameters/points:
   a. We still need reliable level probes
   b. We need to get to a point where we can measure (TO SOME DEGREE) that OUR ASH INPUT INTO THE ESP IS EQUAL TO THE ASH OUTPUT OF THE ESP, AT LEAST ON A DAILY BASIS.
   c. Solving "a" and "b" above will solve a lot.
2. We need to get the dump valves installed on one unit and then to evaluate before proceeding to the next Unit.
3. We may want to explore some periodic operational practices:
   a. For Example:  The Automated dump sequence using the Diverting valves.
   b. Raising the CDS DP for X number of minutes/hours to clean the walls?  We may understand this better after conversing with experts.  Ron is still working on getting

some experts to the Plant.  Nonetheless we can conference with Gillette to go through
our lessons leant.  My understanding from Gary Bates is that they have become
experts on this CDS/ESP process.  Paul Stinson will be on site on the 8
th
of
September and he does have knowledge on CDS applications.
   c.Periodically we may want to start the 2
nd
LP Blower to clear the Air-Slides?
4.Reconsider the Unknown issues?
   a.Why is it so difficult to put the Unit 2 CDS  into Service?
   b.Why is the CDS bouncing during normal operation on Unit 2?
   c.Can we operate with flyash reinjection as we know that this is good for the CFB
    process (consumables)?
   d.Do we have the proper ESP rapping sequence and if so why are we finding them
    different when we check them as was the case on August 29.  My advice would be to
    have this "PASSWORD PROTECT" allowing access only to Elias and WeiLi.
   e.More DSC integration.
   f.Explore the automation of the hopper vibrators.
   g.Explore decreasing the operator intervention with some form of automation; we can
    not operate in the current mode forever.
5.LAST BUT NOT LEAST WE NEED TO CONTINUE TO BRAIN-STORM AS WE
  HAVE IN THE PAST WEEKS ON SOLUTIONS AND STEPS GOING FORWARD AS I
  KNOW THAT MANY OF YOU HAVE SOME VERY GOOD IDEAS.  BASICALLY
  POINTS I'VE STATED ABOVE ARE THE ISSUES AND CONCEPTS I'VE
  RECEIVED FROM THE TEAM.
Good Luck, we're on our way to beating this enormous problem.
Thanks
ABD
Al Dyer
AES Puerto Rico
(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you
are not a named recipient,
  please notify the sender immediately and do not disclose the contents to another person, use it for
any purpose or store or copy the
information in any medium. Without Prejudice.

| | | |
|---|---|---|
| DATEPRODUCED | : | 11/04/2005 |
| PRODUCED_BY | : | AES |
| NAMESORT | : | |
| VIEWIMAGE | : | AESPR-071052-071053 |

# TAB 15

Header

```
DOCID              :  P168B1Q28S0
ITEMNO             =  28
ATTACHNO           =  0
FOLDER             :  001
MD5HASH            :  F19DDBBF1A19A7F99C76D994FE4C0A17
FILESIZE           :  4295
EMAIL_SUBJEC       :  FW: 3/22/2004 10:16:04 AM
FROM               :
TO                 :
CC                 :
BCC                :
DATESENT           =  00/00/0000
TIMESENT           :
DATERCVD           =  00/00/0000
TIMERCVD           :
ATTACHMENT         :
FILENAME           :  C:\batches\WC\1010rn\cd1\Csaba Kiss Docs - Misc\FW 3222004 101604 AM.txt
PAGES              =  2
DOCEXT             :  TXT
TITLE              :
NATIVEFILE         :
OUTPUTFILE         :  ASV
SUBJECT            :  ASP
AUTHOR             :
KEYWORDS           :
COMMENTS           :
DATECREATED        :
LASTMOD            :  05/04/2005
ATTACHMENTS        :  AESPR-028520-028521
ATTACHMT           :  C:\batches\WC\1010rn\cd1\Csaba Kiss Docs - Misc\FW 3222004 101604 AM.txt
BEGINATTACH        :  AESPR-028520
ENDATTACH          :  AESPR-028521
BEGNO              :  AESPR-028520
ENDNO              :  AESPR-028521
CUSTODIAN          :
SOURCE             :  True
OCR_TEXT           :  From: Csaba Little
```

Sent: Wednesday, May 04, 2005 10:40 AM

To: Maria Torres

Subject: FW: 3/22/2004 10:16:04 AM

-----Original Message-----

From: JToher [mailto:ijmconsult@comcast.net]

Sent: Tuesday, March 23, 2004 3:58 PM

To: Csaba Little

Subject: RE: 3/22/2004 10:16:04 AM

This does not make sense if it is suppose to be the amount of lime consumed for just this one day.  Is it possible

that this number is the total amount of lime fed into the process since the plant started to feed lime?


John Toher, dba IJM Consulting

Ph  (443) 745-5763

Fax (410) 429-0921

-----Original Message-----

From: Csaba Little [mailto:csaba.little@AES.com]

Sent: Tuesday, March 23, 2004 7:53 AM

To: ijmconsult@comcast.net

Subject: RE: 3/22/2004 10:16:04 AM

John

The hydrated lime is  pounds/hour. This number includes only the gravimetric feeder, it does not include the

emergency rotary. Today we well try to combine the  rotary valve into this amount! Yes it is four hundred two

thousand five hundred sixty-eight

Does it makes sense to you? If it does not, Pls let me know!

Csaba

-----Original Message-----

From: JToher [mailto:ijmconsult@comcast.net]

Sent: Monday, March 22, 2004 7:12 PM

To: Csaba Little

Subject: RE: 3/22/2004 10:16:04 AM

Csaba,

In the daily report, there is a number for hydrated lime which is identified as "k#" and has a value of 402.568.

What does this represent?  Do I read the 402.568 k# as four hundred two thousand five hundred sixty-eight?

Obviously it means something else!  Please explain.

John Toher, dba IJM Consulting

Ph  (443) 745-5763

Fax (410) 429-0921

-----Original Message-----


From: Csaba Little [mailto:csaba.little@AES.com]

Sent: Monday, March 22, 2004 7:24 AM

To: ijmconsult@comcast.net

Subject: FW: 3/22/2004 10:16:04 AM

-----Original Message-----

From: EPReporter Reports [mailto:smtp.ashb.aes.com]

Header

Sent: Monday, March 22, 2004 10:16 AM

To: Puerto Rico Leaders

Subject: 3/22/2004 10:16:04 AM

This message was sent by General Physics' EPReporter reporting tool. The report files are attached.  If you

have questions, please contact your EtaPRO administrator.

_____

This communication is for use by the intended recipient and contains information that may be privileged,

confidential or copyrighted under law. If you are not the intended recipient, you are hereby formally notified that

any use, copying or distribution of this e-Mail, in whole or in part, is strictly prohibited. Please notify the sender by

return e-Mail and delete this e-Mail from your system.  Unless explicitly and conspicuously stated in the subject

matter of the above e-Mail, this e-Mail does not constitute a contract offer, a contract amendment, or an

acceptance of a contract offer. This e-Mail does not constitute consent to the use of sender's contact information

for direct marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses by the MessageLabs service.

_____

This email has been scanned for all viruses by the MessageLabs service.

_____

This communication is for use by the intended recipient and contains information that may be privileged,

confidential or copyrighted under law. If you are not the intended recipient, you are hereby formally notified that

any use, copying or distribution of this e-Mail, in whole or in part, is strictly prohibited. Please notify the sender by

return e-Mail and delete this e-Mail from your system.  Unless explicitly and conspicuously stated in the subject

matter of the above e-Mail, this e-Mail does not constitute a contract offer, a contract amendment, or an

acceptance of a contract offer. This e-Mail does not constitute consent to the use of sender's contact information

for direct marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses by the MessageLabs service.

_____

This email has been scanned for all viruses by the MessageLabs service.

VIEWIMAGE          =
PARENTID           :
PRODUCED_BY        :

Header

DATEPRODUCED        :

# TAB
# 16

| | | |
|---|---|---|
| DOCID | : | EDOC0010880 |
| ITEMNO | = | 0 |
| ATTACHNO | = | 0 |
| FOLDER | : | Disc67\punch lsit\Support Data Pictures\70049 |
| MD5HASH | : | FA48C2947FE95D0A8BB18A7F901AAF01 |
| FILESIZE | : | 371 |
| EMAIL_SUBJEC | : | |
| FROM | : | |
| TO | : | |
| CC | : | |
| BCC | : | |
| DATESENT | = | 00/00/0000 |
| TIMESENT | : | |
| DATERCVD | = | 00/00/0000 |
| TIMERCVD | : | |
| ATTACHMENT | : | |
| FILENAME | : | AB relays for LS prep PLC |
| PAGES | = | 1 |
| DOCEXT | : | <NONE> |
| NATIVEFILE | : | |
| OUTPUTFILE | : | |
| TITLE | : | |
| SUBJECT | : | |
| AUTHOR | : | |
| KEYWORDS | : | |
| COMMENTS | : | |
| DATECREATED | : | 1/10/2001 1:26:00 PM |
| LASTMOD | : | 1/10/2001 1:26:00 PM |
| ATTACHRANGE | : | |
| ATTACHMT | : | |
| BEGINATTACH | : | |
| ENDATTACH | : | |
| BEGNO | : | AESPR-100790 |
| ENDNO | : | AESPR-100790 |
| CUSTODIAN | : | |
| SOURCE | : | |
| PBATES | : | |
| PDOCID | : | |
| RECORDTYPE | : | |
| OCR_TEXT | : | Friday, January 05, 2001 5:24:03 PM |

Message
From:Anthony.Current@d-fd.com
Subject:Confirmation of discussion on use of Allen Bradley Relays
To:Ron McParland
Cc:bob.dayjr@d-fd.com
Ron,
I am sending this note as confirmation of our discussion on using Allen
Bradley 700-P400A1 relays for the Limestone Processing PLC system.
Thanks
Andy

| | | |
|---|---|---|
| DATEPRODUCED | : | 11/21/05 |
| PRODUCED_BY | : | AES |
| NAMESORT | : | |
| VIEWIMAGE | : | |
| TEMPATTACHRA | : | |
| TEMPATTACHBE | : | |
| TEMPATTACHEN | : | |
| FATTACHRANGE | : | |
| FATTACHBEG | : | |
| FATTACHEND | : | |
| TEMPBEGDOC | : | |
| TEMPENDDOC | : | |
| FINALBEGDOC | : | |
| FINALENDDOC | : | |
| ATTACHBEG | : | |

# TAB
# 17

Header

```
DOCID              :  P168B1Q27S0
ITEMNO             =    27
ATTACHNO           =     0
FOLDER             :  001
MD5HASH            :  1B4DB55596FAD09DC17D0497834CB928
FILESIZE           :  45195
EMAIL_SUBJEC       :
FROM               :
TO                 :
CC                 :
BCC                :
DATESENT           = 00/00/0000
TIMESENT           :
DATERCVD           = 00/00/0000
TIMERCVD           :
ATTACHMENT         :
FILENAME           :  C:\batches\WC\1010rn\cd1\Csaba Kiss Docs - ESP\Status.PDF
PAGES              =    1
DOCEXT             :  PDF
TITLE              :
NATIVEFILE         :
OUTPUTFILE         :  Adobe
SUBJECT            :  Adobe
AUTHOR             :  CLFLI
KEYWORDS           :
COMMENTS           :
DATECREATED        :
LASTMOD            :  08/15/2005
ATTACHMENTS        :  AESPR-028519-028519
ATTACHMT           :  C:\batches\WC\1010rn\cd1\Csaba Kiss Docs - ESP\Status.PDF
BEGINATTACH        :  AESPR-028519
ENDATTACH          :  AESPR-028519
BEGNO              :  AESPR-028519
ENDNO              :  AESPR-028519
CUSTODIAN          :
SOURCE             :  True
OCR_TEXT           :
VIEWIMAGE          =
PARENTID           :
PRODUCED_BY        :
DATEPRODUCED       :
```

Footer