IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Compel Production of Electronic Documents filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is **GRANTED**; and

IT IS FURTHER ORDERED THAT Plaintiff conduct a thorough search of all of the possible sources of e-mail and produce, within 30 days, any and all electronic documents that are responsive to ALSTOM's First Request for Production of Documents and Things and Entry Upon Land for Inspection. Further, those responsive electronic documents must be produced in the format and with the metadata agreed to by Plaintiff by letter dated August 12, 2005.

**ORDERED**, this _____ day of _____, 2005.

                                                      _____
                                                      Judge Joseph J. Farnan, Jr.
                                                      United States District Court for
                                                      The District of Delaware

cc:    John S. Spadaro, Esquire
        Richard R. Wier, Jr., Esquire
        Daniel W. Scialpi, Esquire

777755