IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to for Clarification of Scheduling Order, filed by AES Puerto Rico, L.P., the Response to that Motion filed by ALSTOM Power Inc. ("ALSTOM"), and the argument by the parties, IT IS HEREBY ORDERED THAT the Motion for Clarification is **Granted In Part and Denied in Part**; and

IT IS FURTHER ORDERED THAT (1) expert depositions in this matter will not count towards the 7 witness and 3 Rule 30(b)(6) depositions provided to the parties in this matter and (2) Plaintiff must make its Rule 26(a)(2) expert disclosures on or before February 21, 2006 and Defendant must make its Rule 26(a)(2) expert disclosures on or before March 23, 2006.

**ORDERED**, this _____ day of _____, 2005.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:    John S. Spadaro, Esquire
       Richard R. Wier, Jr., Esquire
       Daniel W. Scialpi, Esquire