IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Compel Answer to Interrogatory filed by Defendant, ALSTOM Power Inc., any Opposition to that Motion filed by Plaintiff AES Puerto Rico, L.P., and any argument by the parties, the Motion to Compel is hereby **GRANTED**. Within 14 days, AES is to supplement its answer to Interrogatory No 2. of ALSTOM's First Set of Interrogatories to identify all persons having personal knowledge of the Circulating Dry Scrubber ("CDS"), Electrostatic Precipitator ("ESP"), and Fluidized Bed Heat Exchanger ("FBHE") Handcuff equipment and to state the knowledge that each possesses.

**ORDERED**, this _____ day of _____, 2005.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:    John S. Spadaro, Esquire
       Richard R. Wier, Jr., Esquire
       Daniel W. Scialpi, Esquire