# Tab B

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JEB BOATMAN
ATTORNEY AT LAW
(202) 434-5974
jboatman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 28, 2005

**Via Federal Express**

Anthony F. Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD  21202-1643

Re:   **AES Puerto Rico, LP v. ALSTOM Power, Inc.**

Dear Tony:

Enclosed please find a DVD (bates range AESPR 034038 – 075687), containing 41,681 pages of electronic documents for Csaba Kiss, Weili Yu, Justo Echandy, and Carlos Alequin.  You also will find 5,338 pages of paper documents (bates ranges AESPR 029193 – 034037 and 075688 – 076179).

We will produce additional documents shortly.

Sincerely,

Jeb Boatman

JEB/cf
Enclosures