# Tab C

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JEB BOATMAN
ATTORNEY AT LAW
(202) 434-5974
jboatman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 9, 2005

**Via E-Mail and First Class Mail**

Mr. Anthony F. Vittoria, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Re:   **AES Puerto Rico, L.P. v. Alstom Power, Inc.**

Dear Tony:

Enclosed you will find 1970 pages of paper documents and 10,812 pages of electronic documents (bates numbered AESPR 076180 – 088961). The DVD contains electronic documents for Carlos Alequin, Fernando Rodriguez, Wilberto Diaz, and Harry Bonilla. In keeping with our agreement for a rolling production, you can expect another shipment of documents shortly.

I hope this letter finds you and your colleagues well.

Sincerely,

Jeb Boatman

Enclosures