# Tab D

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JEB BOATMAN
ATTORNEY AT LAW
(202) 434-5974
jboatman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 21, 2005

**Via Federal Express**

Anthony F. Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD  21202-1643

Re:  **AES Puerto Rico, LP v. ALSTOM Power, Inc.**

Dear Tony:

Enclosed please find a DVD (bates range AESPR 088962 – 116931) containing 27,970 pages of electronic documents for Csaba Kiss, John Toher, Millie Torres, and Geannette Siberon.

You can expect another rolling production of electronic documents shortly.

Sincerely,

Jeb Boatman

Enclosures