# Tab E

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 13, 2005

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Re:   **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

I write in response to your October 10, 2005 letter concerning supplemental production of documents. Your letter does not provide the time estimates for Alstom's supplemental paper and electronic document production, as I had requested in my September 26 and September 30 letters to you. In light of the scheduling order that the Court entered last week, I suggest that we agree to a date in the near future for both parties to complete their paper and electronic document productions. I propose November 18, 2005. Please let me know at your earliest convenience whether that date is agreeable.

Sincerely,

Daniel D. Williams