# Tab F

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 24, 2005

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

      Re:    **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

      I have not heard back from you in response to my October 19, 2005 letter asking that Alstom either (1) agree to the deadline for completion of the parties' document productions that I proposed, November 18, or (2) propose an alternate date. Time is running short – please let me know your position as soon as possible.

      With respect to Alstom's production of paper documents, your October 12 letter to me states that, except as noted, Alstom does not have any "other personal files in any Ober Kaler office." That statement does not address my inquiry – whether the paper documents Alstom is making available to AES-PR in its Windsor document repository now includes <u>all</u> responsive paper documents, including personal files, for each of the persons Alstom identified in its interrogatory responses as having information relating to the subject-matter of this lawsuit. By the end of this week, please answer that question directly so that we can proceed to review Alstom's paper documents without making multiple trips to Windsor.

      Finally, we received a supplemental production of electronic documents from you at the end of last week. According to my records, Alstom has not yet produced the electronic files of the following persons it identified in its interrogatory responses:

WILLIAMS & CONNOLLY LLP

Anthony F. Vittoria, Esquire
October 24, 2005
Page 2

      Mike Borden
      Tom Coleman
      Joe Corole
      John Corrini
      Vincent Costa
      John Ferguson
      John Fishburn
      Frank Gabrielli
      Ron Gratton
      Brett Grigsby
      Ernest Hartman
      Ray Hickey
      Rodney Hinds
      William Jarvis
      Kurt Johnson
      Hank Lachut
      Gary Mattice
      Mike McDonough
      Steve McNary
      Mike Mosley
      William Rice
      Jeff Rode
      Robert Thrieu
      Jeff Tuncay
      Craig Winchester
      Edward Zielinksi

It is critical that we receive these documents in the near future so that all fact and expert discovery in this matter can be completed by March 10, 2006.

    We look forward to hearing from you soon.

                              Sincerely,

                              Daniel D. Williams