# Tab G

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 4, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

      Re:   <u>AES Puerto Rico, L.P. v. ALSTOM Power, Inc.</u>

Dear Tony:

      I write concerning upcoming depositions in this matter. As a preliminary matter, you repeatedly have refused to provide any date by which Alstom will complete its production of the documents AES-PR requested in its March 7, 2005 document requests, even though I have explained that these documents are necessary in order to take complete depositions of Alstom witnesses. AES-PR, therefore, will begin the depositions of Alstom witnesses on the dates for which they have been noticed, but will reserve the right to continue the depositions if documents subsequently produced by Alstom prompt further questions.

      With respect to Frank Gabrielli's deposition on December 15, 2005, you requested that the deposition be held at Alstom's headquarters in Windsor. We are happy to accommodate your request. The deposition will be videotaped. Please provide me with instructions to provide to the court reporter and videographer for them to gain access to the Windsor headquarters. An amended notice of deposition is attached.

      With respect to the Rule 30(b)(6) deposition Alstom recently noticed, the date you propose is not feasible. We propose to make the witness available on

WILLIAMS & CONNOLLY LLP

Anthony F. Vittoria, Esquire
November 4, 2005
Page 2

December 13, 2005. If that date is not convenient, please call me to discuss a mutually agreeable date. Also, we would like to conduct the deposition at our office in Washington, D.C.

Finally, enclosed please find notices of deposition for Alstom employees Karl Hogenfelt and Linda Rothe. If the dates proposed in the notices are not convenient, please let me know as soon as possible so that we can find mutually agreeable dates.

Sincerely,

Daniel D. Williams

Enclosures