# Tab H

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Anthony F. Vittoria
afvittoria@ober.com
410-347-7692

Offices In
Maryland
Washington, D.C.
Virginia

October 25, 2005

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re: *AES Puerto Rico, LP v. ALSTOM Power Inc.*
    Civil Action No. 04-1282-JJF

Dear Dan:

We are in receipt of your letter dated October 19, 2005 regarding the above-referenced case. In that letter you stated that AES "must insist" upon a deadline for the exchange of documents in this matter.

Regardless of whether you "insist", ALSTOM will not obligate itself to an arbitrary and unilaterally imposed deadline. Further, ALSTOM takes issue to the extent that AES intends to rely upon its arbitrary deadline for the production of its relevant and responsive hard-copy documents.

In that regard, your letter failed to address the production of AES's documents relating to the EPA permit and the "Test and Monitoring Plan." AES has admitted it is in possession of those documents, but has thus far failed or refused to produce them.

In addition, you also failed to address any supplementation to AES's electronic document production. Over two months ago, AES stated that it would produce additional electronic documents "in about a month", but has thus far failed or refused to do so. As you know, ALSTOM has been forced to file a motion to compel because of this failure on the part of AES.

In regard to ALSTOM personal files, I will repeat that ALSTOM is not aware of any responsive hard-copy documents that it has not produced. If you believe that ALSTOM has failed to produce certain documents, please inform us of those documents. Unlike AES, ALSTOM has been very responsive to such supplemental requests.

OBER|KALER
A Professional Corporation

Daniel D. Williams, Esquire
October 25, 2005
Page 2

                                              Sincerely,

                                              Anthony F. Vittoria

AFV:

cc:    James E. Edwards, Jr., Esquire
       Michael A. Schollaert, Esquire
       Kevin S. Corwin, Esquire

AFV
775017