# Tab I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JEB BOATMAN

I, JEB BOATMAN, declare as follows:

1. I am an attorney at Williams & Connolly LLP, and I represent AES Puerto Rico, L.P. ("AES-PR") in the above-captioned matter. This Court has granted my motion for admission *pro hac vice*. This declaration is based on my personal knowledge except where otherwise noted.

2. To date, AES-PR has collected well over 75,000 electronic documents (hundreds of thousands of pages of documents) to review for production.

3. AES-PR is formatting, reviewing, and producing those documents as part of an agreed-to rolling production of electronic documents. To date, AES-PR has produced over 80,000 pages of electronic documents.

4. On a number of occasions, ALSTOM has complained about the metadata included with AES-PR's electronic documents and has demanded that the parties' e-discovery liaisons meet to discuss the complaints. AES-PR believes that ALSTOM's complaints reflect a misunderstanding of several technological issues relating to electronic-document discovery.

2

AES-PR has offered to help facilitate a meeting between the parties' e-discovery liaisons to discuss ALSTOM's complaints. ALSTOM has never followed up to hold the meeting.

   I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of December, 2005, at Washington, D.C.

_____
Jeb Boatman

2