IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*

## ORDER

Upon consideration of the Motion to Compel Production of Documents filed by AES-Puerto Rico, L.P., plaintiff, and the Opposition to that Motion filed by ALSTOM Power Inc., defendant, it is this _____ day of December, 2005, by the United States District Court for the District of Delaware:

ORDERED, that the Motion to Compel Production of Documents be, and the same hereby is, DENIED;

AND IT IS FURTHER ORDERED, that counsel for AES Puerto Rico, L.P. and ALSTOM Power Inc. shall confer and determine a mutually agreeable date for the second production of documents by ALSTOM in Windsor, Connecticut and that AES Puerto Rico, L.P. shall reimburse ALSTOM Power Inc. for the reasonable fees and costs incurred in preparing such documents for production on the agreed date;

AND IT IS FURTHER ORDERED, that AES Puerto Rico, L.P. shall reimburse ALSTOM Power Inc. for the reasonable fees and costs incurred in responding to this Motion to Compel.

**ORDERED**, this _____ day of _____, 2005.

                                                          _____
                                                          Judge Joseph J. Farnan, Jr.
                                                          United States District Court for
                                                          The District of Delaware

cc:    John S. Spadaro, Esquire
        Richard R. Wier, Jr., Esquire
        Daniel W. Scialpi, Esquire