IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Compel Production of Documents filed by Defendant, ALSTOM Power Inc., any Opposition to that Motion filed by Plaintiff AES Puerto Rico, L.P., and any argument by the parties, the Motion to Compel is hereby **GRANTED**. Within 14 days, AES shall produce any and all documents responsive to Request Nos. 2, 3, 4, 5, 6, 9, 20, 45, 49, 52, 57, 58, 62, 64, 67, 68, 70, and 74 of ALSTOM's First Request for Production of Documents.

**ORDERED**, this _____ day of _____, 2005.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:   John S. Spadaro, Esquire
      Richard R. Wier, Jr., Esquire
      Daniel W. Scialpi, Esquire