# Tab A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP.,                  :
                                       :
            Plaintiff,                 :
                                       :
      v.                               : Civil Action No. 04-1282-JJF
                                       :
ALSTROM POWER, INC.,                   :
                                       :
            Defendant.                 :

### RULE 16 SCHEDULING ORDER

IT IS ORDERED THAT:

I.    **Discovery**

      (a) All discovery , fact and expert, shall be initiated so as to be completed by **March 10, 2006.**

      (b) The parties are limited to:

            1.    Maximum of **20** interrogatories

            2.    Maximum of **10** requests for admission by each side

            3.    Maximum of **7** depositions and an additional **3** Rule 30 (b)(6) depositions for each side.

II.   **Discovery Disputes.**

      The Court will conduct one (1) discovery dispute hearing on **Wednesday, December 7, 2005 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.  The parties shall

submit Memoranda on any disputes with Responses by **December 5, 2005**.

        III. **Case Dispositive Motions**.

        Any case dispositive motion shall be filed with an Opening Brief on March 24, 2006.

        IV. **Pretrial Conference**.

        A Pretrial Conference will be held on **Thursday, May 4, 2006 at 10:00 a.m., in Courtroom** No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

        V. **Trial**.

        Trial will commence at **9:30 a.m. on Monday, May 22, 2006,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 7 , 2006
DATE

UNITED STATES DISTRICT COURT JUDGE