# Tab C

| | |
|---|---|
| **From:** | Fernando Rodriguez |
| **Sent:** | Sunday, October 12, 2003 5:24 AM |
| **To:** | WeiLi Yu; Al Dyer; Bill Vela; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Eric Lundberg; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Cruz; Luis Lasanta; Radames Rodriguez; Tracy Jarvis |
| **Subject:** | EOS Report, Nights,11OCT2003 |

-Both units in service with full capable availability.
-PREPA called asking if we were still requesting low loads from dispatchers due to wet coal. Basically I told them weather pending, things should be back to normal by late Sunday. However, I also mentioned that we could support the grid with full loads if the need were to arise.
-Unit 2 CDS came on-line much easier than before, we experienced only one Opacity exceedances at 21.4%
  Some differences utilized; we had at least one High level alarm on a Dosing Valve hopper. We suspect that more high levels, the more ash available, which allows us to delay the start of the rotary valves. Also, CDS temperature was forced to approximately 175F (Cooling Water Control Valve at 0%). At this point the Temperature Control Valve was placed at 30%, and then in automatic with the temperature set point at 152F. This provided a stable progression from 175F to the normal operating temperature (NOT), no swinging up and down and around NOT.
-We did encounter problems with elevated vibrations on unit 2. An initial roll up using only three steam control valves resulted in a Turb. Trip due to high vibrations on Gen DE Bearing. Once we were loaded we again had elevated vibrations at approximately 145 mw. We went up 5 mw in load and vibrations levels came down. Later, we went up an additional 10 mw for a total of 160 mw. Brg 1 left or x (max 7.59 mils) and Gen DE Brg (3) left or x (max 6.4 mils) went up again; however, after 5-10 minutes they both came down. Every now and then the Gen DE Brg 3 goes into alarm status (which is a known issue).
-Problems with bring U2 Coal Feeder A on line. Apparently the Speed sensor was previously damaged.
-Cyclone expansion joint temperature measurements; Cyclone inlet had the highest at 232F.
-Hyd lime measurements
    U1 9'5".
    U2 7'9".

*Fernando Rodriguez*
*AES-Puerto Rico*
*Office: 787.866.8117 X244*
*Cellular: 787.382.0924*



| | |
|---|---|
| **From:** | Fernando Rodriguez |
| **Sent:** | Wednesday, January 14, 2004 4:38 PM |
| **To:** | Tracy Jarvis; Al Dyer; Elias Sostre; Luis Cruz; Csaba Little; Hassan Tariq; Paul Stinson; Ron McParland; Ernest Pagaduan; Eric Lundberg; David Stone; Bill Vela; WeiLi Yu; Carlos Reyes; Harry Bonilla; Radames Rodriguez; Fernando Rodriguez; Luis Lasanta; Harold Bernier |
| **Subject:** | EOS Report, Days,14Jan2004 |

-Unit 2 is in Coordinated Control and full availability.
-U2 Reheat Ash Control Valve operation became irratic, changing values randimly, I&E performed troubleshooting, valve was cycle several times and was returned to service. No real cause for problem was identified.
-U2 Rapper program changed from Program 6 to Program 1, Opacity reading improved.
-Raised CDS temperature from 167 to 169F, slight rise in Opacity reading <1.
-U2 Hydrated Lime Injection System problems, I&E and Maint/Services corrected problem.

Unit One
-Continue Clean-out of RH FBHE
-Worked on FBHE Air Plenums, nozzle cleaning.
-Unit 1 Turbine oil sump cleaned out & suction filters; basket strainer at enterance is the only remaining item to be cleaned.
-Combustor clean-out
-JT Thorpe working on coal inlet modifications
-Re-packing Int FBHE to Combustor expansion joint.

AESPR-086415



| | |
|---|---|
| **From:** | Fernando Rodriguez |
| **Sent:** | Sunday, January 18, 2004 4:48 PM |
| **To:** | WeiLi Yu; Al Dyer; Bill Vela; Calvin Kotrla; Carlos Reyes; Csaba Little; David Stone; Elias Sostre; Eric Lundberg; Ernest Pagaduan; Harold Bernier; Harry Bonilla; Hassan Tariq; Luis Cruz; Luis Lasanta; Paul Stinson; Radames Rodriguez; Ron McParland; Tracy Jarvis |
| **Subject:** | EOS Report, Days, 18Jan2004 |

---

-Unit one shutdown

-Unit 2 in Coordinated Control, full availability, full load.

-Better pipe supports used on U2 FBHE Acoustic system, Fin and Int readings at 0.5; RH is at 0.83.

-Performed several operational tests on U2 CDS/ESP.
    -Raised CDS temperature to 175F. As temperature rose, SO2 readings became elevated. Adjustments were made; however, one exceedance occurred at 1400 hrs, 55.3 lbs/hr.
    -Changed rapper programming, slowed down back six rows, paired so that the rapping times are 5 min, 10 min, and last pair of rows at 15 min.

-High level alarms came in on U2 ESP hoppers 430's, 440's, and 450's. Performed several evolutions in attempts to control opacity: performed dump sequences; changed rapper program to what it was before; brought CDS temp back down to 169F, used best water quality, and T/R's 2-4, 2-5, 2-7, and 2-8 were re-set several times. Opacity level was spiking with wild abandonment. Several opacity exceedances: 22.1% 1618 hrs; 26.7% 1630; 27.4% 1642; 20.9% 1648.

-U1 RH cyclone inlet only cyclone access open (Scaffolding) all others cleaned, inspected and closed.
-U1 air slides cleaned, only areas left are back end (beneath 450's)
-U1 ESP hoppers cleaned. Ongoing work on hoppers 410A and 400's prevented their cleaning.


*Fernando Rodriguez*
*AES-Puerto Rico*
*Office: 787.866.8777 X244*
*Cellular: 787.382.0924*



| | |
|---|---|
| **From:** | Luis Lasanta |
| **Sent:** | Friday, January 30, 2004 4:15 AM |
| **To:** | Puerto Rico People |
| **Subject:** | OPERATIONS SHIFT REPORT |

NIGHT
SHIFT
JANUARY 29, 2004

- BOTH UNITS ON COORDINATED CONTROL MODE
- LOAD   390 MW
- OPACITY AVERAGES  U1 2%    U2 4 %.NO EXCEEDANCES REGISTERED
- ONE HYD LIME TRUCK WAS UNLOADED IN UNIT  ONE
- HYD LIME SILOS LEVEL CLEARANCES:

    6:40PM   U1   21'-7"         U2   17'-3"

    4:00AM   U1   18'-6"         U2   19'-8"

- PHILLIPS REQUESTS TO USE LP STEAM.WE STARTED TO WARM UP THE LINE.
- AT 7:00PM U2 ROTARY VALVE 420C TRIPPED-OFF.FOUND THAT IT GOT STUCK AND WE TRIED TO LOOSEN IT WITH NO SUCCESS.RICKY MONTES AND ARAIS SOTO WERE CALLED IN .THEY DISMOUNTED THE ROTARY AND FOUND A PIECE OF COLLECTOR PLATE WAS THE OBSTRUCTION.VALVE IS BACK IN SERVICE.
- 11:00PM FLY ASH SAMPLES WERE COLLECTED FROM THE ESP AFTER FOUR HOURS OF INCREASING THE CDS TEMP. BACK TO 171 DEGREES(AS REQUESTED BY PAUL STINSON)
- LOAD CHANGES WERE MADE AS PER PREPA REQUEST AS FOLLOW:

    18:17 FROM 440 TO 510 MW

    23:24 FROM 510 TO 470 MW

    00:25 FROM 470 TO 430 MW

    01:29 FROM 430 TO 390 MW

    01:53 FROM 390 TO 350 MW

- CDS NOZZLE # 1 WAS TAKEN OUT WHEN LOAD WAS REDUCED TO 195 MW.THREE NOZZLES ARE CURRENLT IN SERVICE

NOTES BY:LUIS LASANTA



| | |
|---|---|
| **From:** | Luis Lasanta |
| **Sent:** | Wednesday, February 4, 2004 4:10 PM |
| **To:** | Puerto Rico People |
| **Subject:** | OPERATIONS SHIFT REPORT |

DAY
SHIFT
FEBUARY 4, 2004

UNIT ONE:

- UNIT ON COORDINATED CONTROL AND FULL AVAILABILITY
- LOAD 255 MW
- OPACITY AVERAGE 1 %
- TWO SO2 EXCEEDANCES DUE TO PLUGGED HYD LIME SYSTEM BY-PASS LINE.
- I & E FINISHED WORKING ON HYD LIME BELT FEEDER . IT'S IN SERVICE.
- MAINT STILL WORKING ON SOOTBLOWER # 18 (CORRECTING LEAK)
- 7:30AM ASH SAMPLES FROM ROTARY VALVES 400'S AND 410'S FOR TESTING AT 255MW AND 172 DEGREES.START TO LOWER CDS TEMP TO 152 DEGREES FOR FURTHER TESTING
- 2:00PM ANOTHER SET OF SAMPLES WAS TAKEN THIS TIME AT 255MW AND 152 DEGREES.START TO RAISE TEMP TO 172 DEGREES .
- MUST TAKE SAMPLES AGAIN AT 8:00PM.
- TWO HYD LIME TRUCKS WERE UNLOADED

UNIT TWO:

- UNIT ON COORDINATED CONTROL
- LOAD 255 MW
- OPACITY AVERAGE 3%

- MAINT FINISHED WORKING ON BOTH FLY ASH REINJECTION SYSTEMS.PLEASE DO NOT USE FOR THE NEST TWO DAYS.TESTING IS STILL UNDER WAY.
- NEED TO BLOCK THE HYD LIME VALVES BENEATH THE SILOS AT 4:00 AM TOMORROW.MAINT WILL BE HERE AT THAT MOMENT TO WELD AND DRILL NEW AIR LINES.
- NEED TO WAIT FOR MAINT TO REPLACE A BROKEN STEAM TRAP BYPASS VALVE AND INSTALL ELBOWS ON ALL THE DRAINS BEFORE PROCCEEDING TO PRESSURIZE THE HP STEAM LINE TO PHILLIPS.



| | |
|---|---|
| **From:** | Harold Bernier |
| **Sent:** | Friday, February 6, 2004 4:27 AM |
| **To:** | Puerto Rico People; Paul Stinson |
| **Subject:** | Shift report, night 02-05-04 |

Good morning:

Plant Available Capacity  100%

----Both units in coordinate control 180mw each. Opacity is doing great avg. in unit one is 0%, unit two 3%
    CDS outlet temperature 172 degrees.  In unit two at 0319 coal feeder F was lost on **(motion sensor trip)**, a w/o was issued and Wilfredo Diaz was called to come in early. Also in unit two the hydrated lime system is not working in auto its need to be operate in the field pannel, w/o was issued for this too.

----Load changes:  From 255 to 205mw  at  2343
                          180mw  at  0249

----Hydrated lime silo levels:  U1- 20'-9"
                               U2- 13'-5"

----W/O issued  # 400197 to check motion sensor in unit two coal feeder F
                  # 400198 to check unit two hydrated lime system not working in auto.

AESPR-086254



| | |
|---|---|
| **From:** | Marco Aresti |
| **Sent:** | Monday, June 7, 2004 5:10 PM |
| **To:** | Puerto Rico People |
| **Subject:** | Day Shift Report, 06/07/2004 |

---

Unit #1 on turning gear

1. Maintenance performed PM at the Air Heater.
2. Maintenance repack the CDS unloading slide gate.
3. Operations still emptying the Finishing (40% done) and Reheat FBHE (90% done).
4. CE still working at the Intermediate FBHE.
5. Maintenance still inspecting the ESP.
6. I&E calibrated the CDS make up valve and the CDS temperature control valve.
7. Still emptying the Intermediate Seal Pot (20% done), Finishing and Reheat done.

Unit #2 on Coordinated control with 225MW
1. At 1042 lost the coal feeder "A", had some problems with the logic putting it back in service, but they were solved.

Water Treatment:
1. Routine work done.

Material Handling:
1. Still removing sludge
2. Still working at the Limestone Preparation building

*Marco Aresti*
*AES Puerto Rico*
*Lead Operator*
*(787) 866-8117 Ext.244*
*Cel (787) 649-8471*