# Tab D



# CDS NOZZLE CLEANING LOG

# UNIT 1
# UNIT 2

AESPR 000558

UNIT 1

AESPR 000559

# CDS NOZZLE CLEANING LOG

Date **Nov. 3/04**

Time **2:16 - 2:31**

Unit **1**

Lead Operator **Harold Bernier**

AES Operator **Jorge Díaz Cruz**

AES Operator **Hector Lebron / Manuel Gonzalez**

| | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In | 5 | | | | | | | |
| Nozzle Out | 6 | 1.2 | 166 | 23.7 | 519 | 2.7 | 205 | 2:16 |
| Nozzle In | 6 | | | | | | | |
| Nozzle Out | 1 | 1.2 | 166 | 25.7 | 515 | 2.7 | 199 | 2:20 |
| Nozzle In | 1 | | | | | | | |
| Nozzle Out | 2 | 1.2 | 166 | 26.7 | 514 | 2.8 | 194 | 2:23 |
| Nozzle In | 2 | | | | | | | |
| Nozzle Out | 3 | 1.0 | 165 | 26.8 | 512 | 2.9 | 189 | 2:27 |
| Nozzle In | 3 | | | | | | | |
| Nozzle Out | 5 | 1.0 | 166 | 27.8 | 514 | 2.8 | 184 | 2:31 |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |

AESPR 000560

## CDS NOZZLE CLEANING LOG

Date: 10-26-04  
Time: 22:21  
Unit: I  

Lead Operator: Harold Berwim  
AES Operator: (CRO) E. St.  
AES Operator: Manuel - Pope  

| Nozzle In / Out | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In | 5 | 2.0 | 166 | 21.8 | 529 | 3.4 | 225 | 22:21 |
| Nozzle Out | 6 | | | | | | | |
| Nozzle In | 6 | 1.9 | 165 | 20.8 | 529 | 3.3 | 225 | 22:25 |
| Nozzle Out | 1 | | | | | | | |
| Nozzle In | 1 | 2.2 | 165 | 21.8 | 529 | 3.5 | 225 | 22:29 |
| Nozzle Out | 2 | | | | | | | |
| Nozzle In | 2 | 2.0 | 165 | 20.8 | 530 | 3.0 | 225 | 22:32 |
| Nozzle Out | 3 | | | | | | | |
| Nozzle In | 3 | 2.0 | 165 | 21.5 | 529 | 3.3 | 225 | 22:36 |
| Nozzle Out | 5 | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |

AESPR 000561

# CDS NOZZLE CLEANING LOG

Date: 10/20/04
Time: 2:50 / 3:28
Unit: 1

Lead Operator: Harold Bernier
AES Operator: Jorge Diaz / Angel Vasquez
AES Operator: Carlos Alogin / Benny De Jesus

| | Opacity | CDS Temp | FCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|
| Nozzle In 5 | | | | | | | |
| Nozzle Out 6 | 3.2 | 167 | 29.6 | 514 | 2.7 | 175 | 2:50 |
| Nozzle In 6 | | | | | | | |
| Nozzle Out 1 | 1.9 | 167 | 31.6 | 512 | 2.8 | 170 | 3:01 |
| Nozzle In 1 | | | | | | | |
| Nozzle Out 2 | 2.5 | 167 | 33.6 | 509 | 2.8 | 156 | 3:11 |
| Nozzle In 2 | | | | | | | |
| Nozzle Out 3 | 1.7 | 164 | 32.6 | 500 | 2.9 | 150 | 3:16 |
| Nozzle In 3 | | | | | | | |
| Nozzle Out 5 | 1.1 | 166 | 32.6 | 515 | 2.7 | 150 | 3:28 |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |

AESPR 000562

# CDS NOZZLE CLEANING LOG

Date: Sept-28-04

Time: 19:30

Unit: 1

Lead Operator: Wyllie S.

AES Operator: A. Gonzalez

AES Operator: R. Sandell / Wyllie S.

| | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In | 6 | 2 | 168 | 19.9 | 523 | 2.7 | 250 | 19:30 |
| Nozzle Out | 1 | | | | | | | |
| Nozzle In | 1 | 3 | 168 | 22.4 | 485 | 3.2 | 250 | 19:42 |
| Nozzle Out | 2 | | | | | | | |
| Nozzle In | 2 | 2 | 168 | 21.6 | 516 | 3.1 | 250 | 19:46 |
| Nozzle Out | 3 | | | | | | | |
| Nozzle In | 3 | 2 | 169 | 20.1 | 520 | 2.8 | 250 | 19:54 |
| Nozzle Out | 4 | | | | | | | |
| Nozzle In | 5 | 3 | 168 | 19.6 | 516 | 2.9 | 250 | 19:59 |
| Nozzle Out | 6 | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |

AESPR 000563

# CDS NOZZLE CLEANING LOG

Date: 9/22/04

Time: 0326 – 0352

Unit: I

Lead Operator: M. ARESTI

AES Operator: G. GELADA

AES Operator: S. BANKS / L. BENN

| | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In | 6 | .9 | 168 | 35. | 506 | 2.7 | 150 | 0326 |
| Nozzle Out | 5 | | | | | | | |
| Nozzle In | 5 | .9 | 168 | 34.9 | 506 | 2.5 | 149 | 0330 |
| Nozzle Out | 1 | | | | | | | |
| Nozzle In | 1 | 1.0 | 168 | 35.3 | 514 | 2.6 | 150 | 0339 |
| Nozzle Out | 2 | | | | | | | |
| Nozzle In | 2 | .9 | 168 | 34.3 | 509 | 2.7 | 150 | 0345 |
| Nozzle Out | 3 | | | | | | | |
| Nozzle In | 3 | .7 | 168 | 35.2 | 507 | 2.7 | 150 | 0352 |
| Nozzle Out | 6 | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |

AESPR 000564

## CDS NOZZLE CLEANING LOG

Date  9-15-04                             Lead Operator  M Arusti

Time  02:03                               AES Operator  A. Davila

Unit  I                                   AES Operator  Sharon/Cristobal

| | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In / Nozzle Out | 2/1 | .8 | 170 | 35.5 | 503 | 3.0 | 132 | 02:03 |
| Nozzle In / Nozzle Out | 1/6 | .6 | 169 | 37.2 | 510 | 2.9 | 131 | 02:09 |
| Nozzle In / Nozzle Out | 6/5 | .7 | 168 | 36.1 | 504 | 3.0 | 133 | 02:16 |
| Nozzle In / Nozzle Out | 5/3 | .7 | 167 | 38.8 | 503 | 3.1 | 133 | 02:19 |
| Nozzle In / Nozzle Out | | | | | | | | |
| Nozzle In / Nozzle Out | | | | | | | | |
| Nozzle In / Nozzle Out | | | | | | | | |

AESPR 000565

# CDS NOZZLE CLEANING LOG

Date __9-7-04__  Lead Operator __L. LoSuto__

Time __0945__  AES Operator _____

Unit _____  AES Operator _____

| | | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|---|
| Nozzle In | 5 | | | | | | | |
| Nozzle Out | 3 | | 165 | 15.4 | 535 | 2.9 | 257 | 0945 |
| Nozzle In | 3 | | | | | | | |
| Nozzle Out | 2 | | 165 | 14.5 | 525 | 3.3 | 250 | 1015 |
| Nozzle In | 2 | | | | | | | |
| Nozzle Out | 1 | | 165 | 18.3 | 527 | 2.5 | 250 | 1030 |
| Nozzle In | 1 | | | | | | | |
| Nozzle Out | 6 | | 181 | 15.7 | 530 | 2.5 | 257 | 1046 |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |
| Nozzle In | | | | | | | | |
| Nozzle Out | | | | | | | | |

AESPR 000566

# CDS NOZZLE CLEANING LOG

Date __Sept. 1/04__

Time __3:12/3:25__

Unit __1__

Lead Operator __Harold Bouvier__

AES Operator __Jorge Diaz__

AES Operator __Hector Lebron / Manuel Gonzalez__

| | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed d/P | MW Load | Time |
|---|---|---|---|---|---|---|---|
| Nozzle In 1 | | | | | | | |
| Nozzle Out 2 | 1 | 169 | 21.1 | 525 | 2.9 | 522 | 3:12 |
| Nozzle In 2 | | | | | | | |
| Nozzle Out 3 | 1 | 169 | 22.0 | 525 | 2.8 | 522 | 3:14 |
| Nozzle In 3 | | | | | | | |
| Nozzle Out 5 | 1 | 169 | 22.8 | 524 | 2.9 | 522 | 3:18 |
| Nozzle In 5 | | | | | | | |
| Nozzle Out 6 | 1 | 170 | 21.0 | 525 | 3.0 | 522 | 3:21 |
| Nozzle In 6 | | | | | | | |
| Nozzle Out 1 | 1 | 169 | 21.4 | 526 | 3.0 | 522 | 3:25 |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |

AESPR 000567