# Tab E




Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Choride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 9/26/04 | 0200 | JW | 404 | 840 | 420 | 6.19 | | |
| 9/29/04 | 0200 | JW | 348 | 745 | 410 | 6.41 | | |
| 10/5/04 | 1230 | AV | 317 | 665 | 320 | 6.53 | | |
| 10/6/04 | 1200 | JW | 309 | 620 | 320 | 6.65 | | |
| 10/7/04 | 2:30 | JW | 324 | 651 | 430 | 7.10 | | |
| 10/9/04 | 0000 | JW | 205 | 435 | 280 | 6.35 | | |
| 10/10/04 | 0300 | JW | 226 | 578 | 450 | 6.54 | | |
| 10/14/04 | 0300 | JW | 274 | 582 | 290 | 6.50 | | |
| 10/16/04 | 03/5 | JW | 530 | 1045 | 360 | 6.35 | | |
| 10/17/04 | 0320 | JW | 558 | 1148 | 520 | 6.54 | | |
| 10/21/04 | 0140 | JW | 263 | 752 | 360 | 6.60 | | |
| 10/22/04 | 0145 | JW | 335 | 654 | 250 | 6.65 | | |
| 10/27/04 | 17:10 | JW | 4270 | 745 | 1280 | 6.74 | | |
| 10/29/04 | 17:10 | JW | 3880 | 737 | 1140 | 6.73 | | |
| 10/30/04 | 0240 | JW | 370 | 665 | 480 | 6.86 | | |
| 11/1/04 | 0120 | JW | 360 | 687 | 340 | 6.40 | | |
| 11/3/04 | 0056 | JW | 340 | 626 | 230 | 6.63 | | |
| 11/5/04 | 0230 | JW | 315 | 607 | 330 | 6.70 | | |
| 11/7/04 | 0140 | JW | 245 | 480 | 140 | 6.88 | | |
| 11/7/04 | 0140 | JW | 263 | 408 | 270 | 6.88 | | |
| 11/8/04 | 0210 | JW | 237 | 507 | 160 | 6.51 | | |
| 11/8/04 | 0230 | JW | 184 | 401 | 360 | 6.65 | | |
| 11/9/04 | 1900 | AV | | 900 | 1920 | 7.15 | | |


Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Choride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 8/21/04 | 0200 | JW | 2200 | 4280 | 440 | 7.56 | 3.40 | |
| 8/21/04 | 5140 | JW | 2440 | 4040 | 750 | 7.58 | 4.75 | |
| 8/22/04 | 0230 | ALT | 3170 | 4450 | 660 | 7.81 | 3.12 | |
| 8/22/04 | 0030 | ALT | 2260 | 4750 | 350 | 7.88 | 4.49 | |
| 8/22/04 | 1:30 | JW | 166 | 353 | 280 | 7.83 | 2.37 | |
| 8/21/04 | 1:30 | JW | 118 | 248 | 300 | 7.74 | 3.15 | |
| 8/28/04 | 12:00 | JW | 3130 | 5.91 | 430 | 7.76 | 1.73 | |
| 9/28/04 | 12:00 | JW | 2450 | 840 | 840 | 7.80 | 2.03 | |
| 9/1/04 | 10:00 | JC | 1600 | 3270 | | 7.74 | 2.12 | |
| 9/1/04 | 10:00 | JC | 110 | 2240 | | 7.74 | 1.77 | |
| 9/2/04 | 09:00 | JC | 1570 | 3470 | 610 | 7.60 | 2.36 | |
| 9/2/04 | 09:00 | JC | 664 | 1364 | 360 | 7.69 | 1.75 | |
| 9-4-04 | 2:15 | JW | 2420 | 4750 | 470 | 7.80 | 6.04 | |
| 9-4-04 | 3:30 | JW | 1651 | 4354 | 320 | 7.90 | 2.38 | |
| 9-4-04 | 0900 | ALT | 4220 | 7440 | 400 | 7.73 | 1.37 | |
| 9-4-04 | 0900 | ALT | 196 | 2260 | 50 | 7.64 | 1.57 | |
| 9/5/04 | 1:45 | JW | 4170 | 9560 | 450 | 7.76 | 1.17 | |
| 9/5/04 | 1:45 | JW | 3110 | 5100 | 220 | 7.72 | 1.33 | |
| 9/6/04 | 07:00 | JC | 1410 | 3890 | 360 | 7.69 | | |
| 9/6/04 | 07:00 | JC | 634 | 1290 | 290 | 7.75 | | |
| 9-7-04 | 1:15 | JW | 105 | 251 | 240 | 7.67 | .83 | |
| 9-7-04 | 1:30 | JW | 134 | 360 | 340 | 7.73 | 1.04 | |
| 9/11/04 | 1:00 | JW | 177 | 356 | 320 | 2.65 | .80 | |
| 9/11/04 | 1:00 | JW | 175 | 367 | 310 | 7.72 | 1.70 | |
| 9/18/04 | 2:20 | JW | 568 | 4156 | 4100 | 7.15 | 5.32 | |
| 9/18/04 | 2:30 | JW | 403 | 835 | 320 | 7.74 | 3.74 | |
| 9/19/04 | 3:00 | JW | 2.40 | 1460 | 610 | 7.06 | 1.04 | |
| 9/19/04 | 2:00 | JW | 6.99 | 1383 | 470 | 7.06 | 1.11 | |
| 9/18/04 | 2:45 | JW | 1310 | 2.67 | 440 | 7.01 | | |
| 9/19/04 | 0845 | JW | 964 | 2.00 | 420 | 1.31 | | |

**AES Puerto Rico**

CDS MAKEUP WATER

| | DATE | TIME | OPER | TDS | Conductivity | Chloride | pH | Turbity | | Comments: |
|---|---|---|---|---|---|---|---|---|---|---|
| I | 3-3-04 | 1:00PM | CW | 2520 | 4850 | 990 | 7.76 | 0.36 | | |
| II | 3-3-04 | 1:00PM | CW | 1700 | 3370 | 650 | 7.35 | 0.22 | | |
| | 8/9/04 | | LA | 2170 | 4200 | 800 | 7.43 | 0.46 | Unit I | |
| | 8/9/04 | | LA | 1670 | 3280 | 630 | 7.39 | 0.27 | Unit II | |
| I | 6/9/04 | 1:00PM | CW | 2860 | 5660 | 960 | 7.49 | 0.36 | | |
| II | 3/9/04 | 1:00PM | CW | 2010 | 4020 | 700 | 7.34 | 0.26 | | |
| | 5/10/04 | 0100 | LA | 2600 | 4480 | 800 | 7.40 | 0.40 | I | |
| | 8/10/04 | 0100 | LA | 1340 | 2690 | 650 | 7.37 | 0.31 | II | |
| I | 3/18/02 | 10:00 | CW | — | 3560 | 700 | 7.26 | 0.56 | II | |
| II | 3/10/04 | 06:00 | JC | — | 269 | 32 | 7.29 | 0.36 | II | |
| | 3-10-04 | 19:00 | JC | 3370 | 6370 | 1220 | 7.47 | 1.03 | I | |
| | 3-10-04 | 19:00 | JC | 696 | 1487 | 390 | 7.39 | 0.34 | II | |
| | | 20:00 | JC | 3470 | 6540 | | 7.23 | 0.68 | I | |
| | 3/11/04 | 0900 | LA | 2210 | 4300 | 900 | 7.12 | 1.13 | I | |
| | 3/11/04 | 0900 | LA | 2130 | 4200 | 790 | 7.16 | 0.66 | II | |
| | 8/12/04 | 19:00 | JC | 4340 | 7990 | 1610 | 7.29 | 1.74 | I | |
| | 8/12/04 | 19:00 | JC | 1160 | 2320 | 420 | 7.30 | 0.85 | II | |
| | 8/15/04 | 1100 | LA | 1210 | 2400 | 480 | 7.18 | 0.55 | Unit II | |
| | 8/15/04 | 1100 | LA | 2500 | 4810 | 970 | 7.38 | 0.84 | Unit I | |
| | 8/16/04 | 7:00 | CW | 2680 | 5110 | 1000 | 7.28 | 0.42 | I | |
| | 8/16/04 | 2:00 | CW | 1430 | 2720 | 640 | 7.34 | 0.46 | II | |
| | 8/16/04 | 7:00 | CW | 1620 | 3220 | 690 | 7.26 | 0.26 | I | |
| | 8/16/04 | 7:00 | CW | 420 | 986 | 260 | 7.34 | 0.89 | II | |
| | 8/18/04 | 0000 | LA | 2030 | 3800 | 630 | 7.60 | 1.02 | II | 150 GPM Phillips (well), Fwck, 400 GPM Bypass |
| | 8/18/04 | 0000 | LA | 2060 | 4010 | 760 | 7.53 | 0.89 | II | 150 GPM Phillips (well), Fwck, 450 GPM Bypass |
| | 8/18/04 | 1230 | AT | 4270 | 7850 | 1250 | 7.83 | 2.57 | | |
| | 8/18/04 | 1230 | AT | 3570 | 6680 | 1440 | 7.9 | | | |
| | 8/19/04 | 1:20 | SW | 1230 | 3340 | 850 | 7.60 | 2.46 | | |
| | 8/19/04 | 1:40 | SW | 1520 | 3020 | 650 | 7.55 | | | |
| | 8/19/04 | 10:00 | AT | 2760 | 5200 | 1100 | 7.74 | | | |
| | 8/19/04 | 10:00 | AT | 3070 | 5810 | 1008 | 7.55 | | | |

AES Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Chloride | pH | Turbidity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 7/10/04 | 1200 | ALT | 3600 | 6840 | 1400 | 8.08 | .07 | |
| 7/10/04 | 1200 | ACT | 1610 | 3200 | 650 | 7.77 | .40 | |
| 7/11/04 | 1200 | CMC | 2320 | 4400 | 1000 | 7.83 | .43 | |
| 7/11/04 | 1200 | CC | 3500 | 6,490 | 1126 | 7.96 | 1.84 | |
| 7/11/04 | 2300 | ACT | 2880 | 5510 | 1200 | 7.85 | .18 | |
| 7/12/04 | 2300 | ACT | 1370 | 2,630 | 600 | 7.93 | .65 | |
| 7/13/04 | 1600 | LA | 1580 | 3200 | 630 | 7.87 | 0.73 | unit I |
| 7/17/04 | 1200 | AT | 2880 | 5560 | 1100 | 7.24 | 1.00 | |
| 7/14/04 | 1200 | AT | 6240 | 1290 | 450 | 7.4 | .54 | |
| 7/15/04 | 1300 | AT | 3500 | 6670 | 1470 | 7.25 | 1.11 | |
| 7/18/04 | 1300 | AT | 667 | 1390 | 440 | 7.54 | .89 | |
| 7/11/04 | 0300 | LA | 1560 | 3300 | 620 | 7.56 | 0.92 | |
| 7/14/04 | 0300 | LA | 1210 | 2500 | 570 | 7.37 | 0.41 | |
| 7/26/04 | 2200 | AT | 3750 | 7170 | 1520 | 7.53 | .83 | |
| 7/26/04 | 2200 | AT | 1120 | 2260 | 620 | 7.37 | .94 | |
| 7/23 | 0900 | LA | 2610 | 4520 | 810 | 7.74 | 1.26 | I |
| 7/23 | 0900 | LA | 1280 | 2560 | 600 | 7.36 | 0.90 | II |
| 8-4-04 | 0421? | JC | 74 | 1584 | 3500 | 7.26 | 1.23 | I |
| 8-4-04 | 1845 | AM | 7580 | 13.40 | 3450 | 7.44 | 1.07 | |
| 8/6/04 | 2200 | ACM | 5390 | 9,500 | 1950 | 7.48 | 1.04 | |
| 8/6/04 | 2200 | ACM | 4720 | 8690 | 1700 | 7.28 | 1.30 | |
| 8/7/04 | 0200 | ACM | 517 | 1069 | 330 | 7.46 | .49 | |
| 8/7/04 | 0200 | ACM | 463 | 963 | 350 | 7.42 | .33 | |
| 8/7/04 | 0700 | AM/CA | 4630 | 8460 | 1800 | 8.82 | 0.94 | |
| 8/7/04 | 0700 | AM/CA | 4220 | 7840 | 1670 | 8.25 | 0.60 | |
| 8/7/04 | 1230 | LA | 1580 | 3200 | 710 | 7.46 | 0.72 | unit I |
| 8/7/04 | 2200 | ACM | 1,200 | 2410 | 550 | 7.11 | .36 | |
| 8/7/04 | 2200 | ACM | 2850 | 4370 | 900 | 7.36 | .53 | |
| 8/8/04 | 09:00 | CG | 2330 | 4530 | 960 | 7.24 | 0.68 | |
| 8/8/04 | 09:00 | CG | 560 | 1163 | 270 | 7.56 | 0.36 | |




Puerto Rico

CDS MAKEUP WATER

| | DATE | TIME | OPER | TDS | Conductivity | Choride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| I | 6-21-04 | 0200 | JC | 1180 | 2380 | 440 | 7.30 | 0.86 | |
| | 6/21/04 | 0800 | LA | 2620 | 1600 | 940 | 7.56 | @2.00 | unit I 1600pm FW SO Bypass (was changed to 100(FW) |
| | 6/22/04 | 0700 | LA | 670 | 1400 | 260 | 7.50 | 0.76 | unit I |
| H | 6-23-04 | 1300 | JC | 1640 | 3260 | 640 | 8.63 | 1.12 | |
| H | 6-23-04 | 1300 | JC | 1230 | 2490 | 530 | 8.18 | 1.04 | |
| | 6/24/04 | 2000 | LA | 1490 | 3020 | 600 | 7.62 | 1.46 | I |
| | 6/24/04 | 2000 | LA | 1310 | 2800 | 560 | 7.52 | 1.01 | II |
| | 6/24/04 | 730 | AT | 3800 | 711 | 1300 | 7.75 | .53 | |
| | 6/24/04 | 730 | AT | 2120 | 413 | 890 | 7.51 | .77 | |
| | 6/25/04 | 0100 | LA | 156 | 330 | 92 | 7.60 | 0.42 | Unit II |
| I/II | 6/25/04 | 1640 | ACW | 1270 | 256 | 360 | 7.96 | .96 | Filter bypass half open bypass 1/4 open |
| I/II | 6/25/04 | 1644 | ACW | 1250 | 254 | 620 | 7.43 | .56 | " " " " " " |
| H | 6-25-04 | 2100 | JC | 3990 | 7430 | 1450 | 7.21 | 1.21 | |
| H | 6-29-04 | 2100 | JC | 1820 | 3590 | 666 | 7.38 | 0.61 | |
| I | 6/30/04 | 1546 | ACW | 1950 | 380 | 800 | 7.57 | 1.25 | Filled water bypass open SD, bypass 1/2 open |
| H | 6/30/04 | 1545 | ACW | 410 | 857 | 200 | 7.40 | .30 | unit II 3 hoses unit I 2 hoses |
| H | 6/29/04 | 00:00 | C | 2170 | 4210 | 880 | 7.86 | 0.98 | |
| H | 6/20/04 | 60:00 | A | 699 | 1442 | 230 | 7.50 | 0.86 | |
| | 6/29/04 | 0700 | LA | 2420 | 4300 | 540 | 7.68 | 1.00 | II |
| | 6/29/04 | 0700 | LA | 2010 | 3920 | 500 | 7.58 | 0.92 | II |
| | 6/30/04 | 0700 | LA | 2500 | 4420 | 820 | 7.44 | 0.89 | I |
| | 7/2/04 | 0800 | AT | 3100 | 5970 | 1230 | 8.03 | .95 | |
| | 7/4/04 | 0800 | AT | 950 | 1950 | 440 | 7.56 | .55 | |
| II | 7/4/04 | 23:00 | JC | 1260 | 2520 | 740 | 7.89 | 0.89 | |
| | 7/2/04 | 2300 | JC | 3160 | 6000 | 1200 | 7.96 | 0.96 | |
| H | 7-3-04 | 19:00 | JC | 3990 | 7420 | 1310 | | 1.34 | |
| I | 7/3/04 | 1945 | AT | 2540 | 4900 | 990 | 7.26 | .78 | |
| | 7/3/04 | 1945 | AT | 5510 | 1193 | 300 | 7.37 | 1.43 | |
| | 7/7/04 | 0300 | LA | 1270 | 2780 | 500 | 7.46 | 0.90 | unit II |
| | 7/8/04 | 0500 | LA | 1040 | 2000 | 310 | 7.37 | 0.87 | 100 FW |
| | 7/10/04 | 0830 | LA | 1720 | 3200 | 630 | 7.32 | 0.48 | 100 FW 50 pm Byp. |

AES Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Chloride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 6/03/04 | 7:30 AM | C.M | 2620 | 5030 | 970 | 7.16 | 0.83 | |
| 6/03/04 | 7:30 AM | C.M | 784 | 2000 | 360 | 7.28 | 0.64 | |
| 6-3-04 | 23:00 | dd | 312 | 655 | 220 | 7.45 | .66 | |
| 6/4/04 | 0200 | dd | 5280 | 9620 | 1450 | 7.63 | 1.12 | |
| 6/5/04 | 0800 | LA | 74 | 158 | 100 | 7.30 | 1.32 | unit II first only |
| 6/6/04 | 0500 | LA | 70 | 148 | 48 | 7.16 | 0.71 | unit II F units only |
| 6-7-04 | 0700 | JC | 79 | 167 | | 7.41 | 1.10 | |
| | 2000 | LA | 75 | 160 | | 7.47 | 0.82 | 100% FW Unit II |
| 6/8/04 | 0500 | AT | 76 | 158 | 170 | 7.35 | 0.59 | |
| 6/9/04 | 01:00 | Cy | 100 | 210 | 57 | 7.12 | 0.43 | 100% FW |
| 6/10/04 | 1600 | AT | 1720 | 3400 | 860 | 7.23 | 1.17 | |
| 6/11/04 | 2000 | LA | 1150 | 2300 | 510 | 7.30 | 1.06 | |
| 6/14/04 | 0335 | Jcm | 2560 | 4910 | 900 | 7.79 | 19.5 | 25gpm bypass 80 gpm filted |
| 6/14/04 | 0900 | LA | 1680 | 3000 | 690 | 7.90 | 1.13 | |
| 6/15/04 | 0030 | Jcm | 1510 | 3100 | 500 | 7.38 | .69 | 100% filtered water |
| 6/15/04 | 9035 | Jcm | 600 | 1239 | 200 | 7.27 | 5.93 | " |
| 6-15-04 | 1330 | JC | 2370 | 4540 | 880 | 8.09 | 1.74 | |
| 6/15/04 | 2000 | LA | 2030 | 3900 | 630 | 7.53 | 2.510 | Unit I 1800gpmFW 40gpm bypm 2FW horz |
| 6/16/04 | 2000 | LA | 1010 | 2000 | 350 | 7.41 | 1.34 | unit II 1800gpm FW 40gpm bypm 2FW horz |
| 6/16/04 | 0800 | AT | 170 | 359 | 220 | 7.71 | .53 | |
| 6/16/04 | 0500 | AT | 138 | 291 | 200 | 7.39 | .58 | |
| 6/18/04 | 17:00 | JC | 4380 | 8120 | 1440 | 7.44 | 3.38 | |
| | 15:00 | JC | 1440 | 2850 | 560 | 7.48 | 1.10 | |
| 6/18/04 | 1543 | Jcm | 1580 | 313 | 702 | 7.52 | 5.29 | 100% F.W. by AIS |
| 6/18/04 | 1550 | Jcm | 3120 | 415 | 750 | 7.61 | 2.63 | " |
| 6/18/04 | 1400 | ALT | 1950 | 383 | 730 | 7.87 | 1.80 | 100% FW 35 gly long-pmd |
| 6/18/04 | 1400 | AT | 1150 | 231 | 580 | 7.80 | 1.70 | " |
| | 1430 | ALT | 325 | 683 | 170 | 2.83 | .65 | |
| | 1930 | AT | 112 | 237 | 200 | 7.63 | .67 | |
| 6-20-04 | 0806 | | 5160 | 9320 | 1708 | 8.03 | 1.31 | |
| 6-20-04 | 0500 | | 1260 | 2720 | 460 | 7.75 | 1.17 | |





CDS MAKEUP WATER

| | DATE | TIME | OPER | TDS | Conductivity | Chloride | pH | Turbity | Comments: | |
|---|---|---|---|---|---|---|---|---|---|---|
| J-1 | 5/25/04 | 1600 | fun | 4740 | 8720 | — | 9.16 | 1.03 | 200 F.W. | |
| J-2 | 5/25/04 | 1800 | fun | 4170 | 7730 | — | 9.13 | 1.13 | 60 bypass | |
| J-3 | " | 2100 | AT | 5500 | 10020 | 2000 | 8.41 | 1.68 | " | |
| | " | 2100 | AT | 4930 | 9090 | 1720 | 8.65 | 1.54 | " | |
| | | 2300 | AT | 4930 | 9040 | 1870 | 8.57 | 1.44 | '82 F/T 152 bypass | |
| | | 2300 | AT | 3980 | 7420 | 1590 | 8.32 | 1.44 | '82 " 152 " | |
| 4-1 | 5-26-04 | 0900 | JBDJ | 3410 | 6420 | 1130 | 7.57 | 1.90 | | |
| 4-2 | 5-26-04 | 0900 | JBDJ | 2690 | 5080 | 920 | 7.55 | 0.93 | | |
| ( | 5/26/04 | 2300 | ALT | 4310 | 7980 | 1490 | 7.90 | 1.98 | | |
| ( | 5/26/04 | 2300 | ALT | 3380 | 6390 | 1250 | 7.46 | 1.33 | | |
| -1 | 5/27/04 | 1645 | ALT | 3890 | 7210 | 1310 | 7.63 | 2.54 | | |
| -2 | 5/27/04 | 1645 | ALT | 2750 | 5210 | 1000 | 7.57 | 1.62 | | |
| 2-1 | 5/28/04 | 0033 | fun | 4070 | 7560 | 1400 | 7.78 | 2.07 | 180 Fd filtered 140 bypass | |
| 2-2 | 5/28/04 | 1033 | fun | 2876 | 5480 | 960 | 7.41 | 1.70 | " " | |
| | 5/28/04 | 0445 | fun | 2800 | 5350 | 900 | 7.73 | 2.35[S] | | |
| | 5/28/04 | 0900 | LA | 1760 | 2502 | 600 | 7.40 | 1.01 | I | |
| | 5/28/04 | 0900 | LA | 1380 | 2810 | 790 | 7.47 | 1.00 | II | |
| | 5/29/04 | 0800 | LA | 3910 | 7400 | 1500 | 7.60 | 2.14 | I | |
| | 5/29/04 | 0800 | LA | 1600 | 3000 | 620 | 7.55 | 2.07 | II | |
| | 5/30/04 | 2000 | LA | 1660 | 3040 | — | 7.24 | 1.25 | 200 Fu 45 Bypass 26W HOW 250mw I | |
| | 5/30/04 | 2000 | LA | 1250 | 2470 | 500 | 7.43 | 1.03 | 200 FW 45 Bypass 26W HOW 250mv II | |
| | 5/30/04 | 0730 | AT | 1320 | 3710 | 760 | 7.60 | 1.10 | 200 FW 55 Bypass | |
| | 5/30/04 | 0730 | AT | 1890 | 2590 | 540 | 7.41 | .86 | " | |
| I | 6-01-04 | 01:00AM | Ck | 1290 | 2874 | 640 | 7.43 | 0.99 | | |
| 2 | 6-01-04 | 01:00AM | Ck | 980 | 1986 | 320 | 7.51 | 1.12 | | |
| 1 | 6-01-04 | 12:30 | ee | 2140 | 4160 | 860 | 7.36 | 0.95 | | |
| 2 | 6-01-04 | 12:30 | ee | 448 | 931 | 220 | 7.41 | 1.11 | | |
| 1 | 6-02-04 | 12:00 | ee | 2200 | 4280 | 780 | 7.25 | 1.06 | | |
| 2 | 6-02-04 | 12:00 | ee | 458 | 953 | — | 7.02 | .71 | | |
| | 6/7/04 | 2000 | AT | 2100 | 4080 | 730 | 7.34 | 1.11 | | |
| | 6/7/04 | 2000 | AT | 453 | 953 | 350 | 7.37 | 1.31 | | |

AES Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Chloride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 5-17-04 | 16:00 | ed | 1920 | 3760 | 780 | 7.85 | 1.14 | |
| 5-17-04 | 16:00 | ed | 1790 | 3510 | | 7.71 | 1.08 | |
| 5/17/04 | 20:00 | AT | 2300 | 4580 | 980 | 7.63 | 1.15 | |
| | 20:00 | AT | 1680 | 3320 | 820 | 7.53 | .90 | |
| 5-18-04 | 08:00 | | 1426 | 8130 | 1710 | 7.36 | 1.30 | |
| 5-18-04 | 08:00 | | 2270 | 4510 | 820 | 7.13 | 0.87 | |
| 5-18-04 | 23:00 | Je | 101 | 340 | 130 | 8.10 | 1.16 | 200 FW at 225 MW |
| 5-18-04 | 23:00 | Je | 180 | 214 | — | 7.68 | 0.75 | |
| 5-18-04 | 7:00 | CA | 5340 | 9730 | 1840 | 7.86 | 1.12 | |
| 5-19-04 | 7:00 | CA | 4480 | 8250 | 1710 | 7.89 | 1.34 | |
| 5-19-04 | 22:00 | | 1340 | 2680 | 820 | 7.89 | 1.88 | |
| 5-19-04 | 22:00 | | 982 | 1990 | 410 | 7.10 | 1.54 | |
| 5/20/04 | 08:00 | LA | 990 | 2000 | 380 | 7.96 | 1.20 | 200 FW  2FW host  40 GPM Bypm |
| 5/20/04 | 09:00 | LA | 361 | 746 | 200 | 7.84 | 0.78 | 200 Fw 2FW horn  40 Bypm |
| 5-20-04 | 23:00 | ed | 1820 | 3590 | 780 | 7.85 | .93 | |
| 5-20-04 | 23:00 | ed | 1080 | 2180 | — | 8.15 | .76 | |
| 5-21-04 | 07:00 | ed | 2000 | 3820 | 820 | 7.89 | 0.99 | |
| 5-21-04 | 07:00 | ed | 580 | 1022 | 280 | 7.76 | 1.62 | |
| 5-21-04 | 23:00 | ed | 3690 | 6920 | 1240 | 8.12 | 1.16 | |
| 5-21-04 | 23:00 | ed | 3250 | 6150 | 1120 | 7.81 | 0.72 | |
| 5/22/04 | 20:00 | LA | 3750 | 6800 | 1180 | 7.42 | 1.33 | FW 140 GPM  2FW hose  100 Bypm |
| 5/22/04 | 20:00 | LA | 3530 | 6500 | 1050 | 7.55 | 1.14 | FW 140 GPM  2FW horn  100 Bypm |
| 5/27/04 | 09:00 | AT | 2070 | 4020 | 800 | 7.55 | 1.19 | |
| 5/27/04 | 09:00 | AT | 704 | 1445 | 450 | 7.58 | 1.14 | |
| 5/24/04 | 01:00 | LA | 3350 | 6650 | 1100 | 7.80 | 1.35 | FW 140  100 Bypm  2 Fw hm |
| 5/24/04 | 01:00 | LA | 3310 | 6300 | — | 7.72 | 1.35 | FW 140  100 Bypm  2 Fw hose |
| 5/24/04 | 13:00 | ACM | 3730 | 6990 | 1300 | 8.43 | 1.19 | |
| 5/24/04 | 13:10 | ACM | 3340 | 6290 | 1100 | 8.28 | 1.07 | |
| 5-25-04 | 04:00 | JC | 4380 | 8110 | 1560 | 7.61 | 2.55 | |
| 5-25-04 | 04:00 | JC | 3270 | 6190 | | 7.58 | 1.38 | |


Puerto Rico

CDS MAKEUP WATER

| DATE | TIME | OPER | TDS | Conductivity | Choride | pH | Turbity | Comments: |
|---|---|---|---|---|---|---|---|---|
| 5/8/04 | 2300 | LA | 1160 | 2300 | 380 | 7.80 | 1.02 | Unit I 225mw 200Fw, 35 Bypass, one Fw horz |
| 5/8/04 | 2300 | LA | 591 | 1120 | 210 | 7.76 | 0.86 | Unit II 225mw 200Fw, 35 Bypass, one Fw horz |
| 5/9/04 | 13:00 | tc | 1070 | 2170 | 350 | 7.97 | 1.31 | |
| 5/9/04 | 13:00 | tc | 217 | 458 | | 7.63 | 1.16 | |
| 5/9/04 | 20:00 | AT | 1260 | 2530 | 628 | 8.00 | 1.52 | |
| 5/9/04 | 20:00 | AT | 229 | 481 | 200 | 7.70 | 1.26 | |
| 5/10/04 | 22:00 | tc | 87 | 185.5 | 180 | 7.91 | 2.16 | |
| 5/10/04 | 22:00 | tc | 79 | 167.5 | | | 1.36 | |
| 5/11/04 | 07:00 | JC | 80 | 171 | | 7.58 | 1.27 | |
| 5/11/04 | 07:00 | JC | 80 | 171 | | 7.59 | 0.64 | |
| 5/11/04 | 22:00 | tc | 1500 | 2580 | 580 | 7.95 | 1.84 | |
| 5/11/04 | 22:00 | tc | 957 | 1920 | | 7.80 | 1.47 | |
| 5/12/04 | 0800 | LA | 1680 | 3200 | 540 | 8.00 | 1.67 | Unit I 225mw 200Fw + 50Bypass, one Fw horz |
| 5/12/04 | 0800 | LA | 1600 | 3000 | 500 | 8.05 | 1.58 | Unit II 225mw 200Fw + 50Bypass, one Fw horz |
| 5/12/04 | 12:00 | tc | 1000 | 3170 | 600 | 7.83 | 1.93 | |
| 5/12/04 | 12:00 | tc | 1550 | 3100 | | 7.63 | 1.20 | |
| 5/13/04 | 03:00 | CH | 3260 | 6160 | 1230 | 7.69 | 4.65 | |
| 5/13/04 | 03:00 | CH | 2400 | 4640 | 900 | 7.69 | 6.12 | |
| 5/14/04 | 07:00 | JC | 4140 | 7680 | 1470 | 8.44 | 2.27 | |
| 5/14/04 | 07:00 | JC | 2656 | 5070 | 980 | 8.38 | 1.64 | |
| 5/14/04 | 05:00 | CH | 2400 | 4660 | 960 | 7.66 | 1.45 | U I 240 MW 200Fw, 35 Bypass, one Fw horz |
| 5/14/04 | 08:00 | CH | 686 | 1400 | 280 | 7.73 | 2.69 | U II 240 MW 200Fw, 35 Bypass, one Fw horz |
| 5/15/04 | 09:00 | AT | 1760 | 3480 | 810 | 7.63 | 1.01 | |
| 5/15/04 | 09:00 | AT | 451 | 936 | 340 | 7.76 | 0.86 | |
| 5/15/04 | 08:00 | CH | 2000 | 3990 | 920 | 7.72 | 1.10 | I 245 MW 200Fw 50 Bypass |
| 5/15/04 | 03:00 | CH | 2190 | 4260 | 960 | 7.65 | 0.98 | II 245 MW 200Fw 50 Bypass |
| 5/16/04 | 12:00 | tc | 4090 | 7340 | 940 | 7.41 | 1.13 | |
| 5/16/04 | 12:00 | tc | 3350 | 6440 | | 7.49 | 0.86 | |
| 5/16/04 | 07:00 | JC | 4160 | 7740 | | 7.60 | 1.23 | |
| 5/16/04 | 07:00 | JC | 4300 | 7980 | | 7.65 | 1.32 | |