# Tab F

**From:** Angel Torres
**Sent:** Sunday, February 08, 2004 5:47 PM
**To:** Anibal Cora; Eileen Soto; Carlos Alvarado; Julio Colon; Lucas Benn; Jose DeJesus; Angel Torres; Carlos Alequin; Luis Alequin; Tracy Jarvis
**Subject:** 2-08-04

1. Transfer ferric sulfate .
2. C.Room request turned –off the following fans in U-1 (101 ,103 ,105 ,107 ) . Due problem with turbine trip .
3. @ 0850 hrsLuis went to PS-1 to put in service solisep pump and them change to 2-mm pond .
4. Continue injected sodium bromide to C .Tower .
5. At 1400 hrs I clean  turbid meter in clarifier .
6. Replace reagent  in MU – MB silica analyzer .
7. Mr.David Stone request water to ash weeding tk using new line from inlet line of clarifier .
8. C. Room request change service water pump-A for pump-B .In service now pump B and C .
9. Luis went to Patillas canal to increase the flow but the level was 1 feet below at normal level .
10. Did backwash both monoscour filters .
11. CDS unit-2 ( chloride-700 ,cond-3720 ,tds-1900 ,ph-7.50 ,turb-1.80 ) .
12. C.Tower unit-2 (ph-6.20 ,cond- 14,900 ,ca-680 ,cl-2 0.18 ,chloride-2740 ) .
13. Make-up pond (ph-7.75 ,cond-774 ,cl-2 0.08 ,chloride-270 ) .
14. Take well readings.: 203=3268   204=12378

AESPR-083935



**From:** Luis Alequin
**Sent:** Friday, February 20, 2004 4:46 AM
**To:** Eileen Soto; Anibal Cora; Julio Colon; Jose DeJesus; Lucas Benn; Carlos Alequin; Luis Alequin; Angel Torres; Tracy Jarvis
**Subject:** 19/Feb./2004 night shift

1. Patillas canal continued to 18mm pond at 1200 gpm
2. Transfered one tote ferric sulfate
3. Regen. MMB-A CD=238 silica = 6ppb
4. B.W. both monoscours filters
5. Clarifier sludge level 1 feet heavy and 7 suspended. Turb. = 0.75 ntu
6. C.Tower cond = 16,070 TDS = 9020 ,chloride = 3170 and Cl2 = 0.16
7. 18 mm pond cond = 964 , chloride = 300 and Cl2 = 1.04 mg/l
8. Stormwater pumps were turned off.
9. Continued with the W.T. building cleaning
10. Clarifier work all night with only desludge pumps , manual drain still close.
11. Clarifier have high vibration on the reaction zone area , looks like turbine ( recirculator drive) problem. We do aWORK ORDER
12. Unit-1 chloride 850   Unit-2 chloride 960 .
13. Unit 1 have problems with the FA Blower. I&E personal work to resolve the problem
14. Unit 2 main steam silica analyzer still with the same problem . W. Order open
15. Unit 1 O2 meters ( sample panels) need calibration. W. Orden open

AESPR-083933



**From:** Juan E Rodriguez
**Sent:** Saturday, August 07, 2004 4:30 PM
**To:** Luis Alequin; Carlos Alequin; Julio E. Colon; Anibal Cora; Oswaldo Robles; Tracy Jarvis; Angel Torres; Jose Ortiz; Juan E Rodriguez

Hi guys,

1. Both Monoscour filters were backwashed.
2. Well 201 was turned on.
3. The condensate system was put in service. Phillips is sending 100gpm.
4. Only filter water to CDS. Only unit 2 opacity problem.
5. 3,000 gallons of bleach were ordered for to night and 5,000 for Monday.
6. Pallitas canal is set to the 18mgal pond.
7. CDS sample unit 2 chloride 600 (1500hrs).
8. Filter press was run three times.
9. Outage report was started.
10. Cooling Tower conductivity 22,800.

*Water Treatment,*
*Luis & Juan*

AESPR-083932



**From:**     Luis Lasanta
**Sent:**     Saturday, August 7, 2004 4:56 PM
**To:**       Puerto Rico People
**Subject:**  OPERATIONS SHIFT REPORT

DAY SHIFT                                         AUGUST 7, 2004

- BOTH UNITS ON COORDINATE CONTROL.FULL AVAILABILITY
- LOAD 450 MW
- LOAD CHANGE REQUESTED BY PREPA:

  05:58AM FROM 450 TO 400  MW

  09:13AM FROM 400 TO 45O MW

  03:55PM FROM 450 TO 400  MW

- LP PROCESS STEAM TO PHILLIPS WAS ALIGNED FROM U- 2 AS BACKUP
- FREQUENT OPACITY SPIKES IN UNIT TWO.TR 2-4 WAS TRIPPING .PHASE A WAS GROUNDED AT 3:00PM AND TR IS LOOKING BETTER,BUT SPIKES CONTINUE.
- CDS WATER SAMPLES:  08:45AM **1000** PPM CHLORIDES    12:30PM  **710** PPM
- W.O. ISSUED FOR UREA SYSTEM BROKEN SCREW.(#402085)
- W.O FOR DIESEL TK TRANSFER PUMP MISSING MOTOR GUARD(#402086)
- ONE DIESEL TRUCK WAS UNLOADED     18'-11"FINAL LEVEL

LUIS LASANTA

AESPR-085925



| **From:** | Luis Lasanta |
| **Sent:** | Monday, August 9, 2004 4:58 AM |
| **To:** | Puerto Rico People |
| **Subject:** | OPERATIONS SHIFT REPORT |

NIGHT SHIFT                                          AUGUST 9, 2004

- BOTH UNITS ON COORDINATE CONTROL.FULL AVAILABILITY
- LOAD  450 MW
- LOAD CHANGES REQUESTED BY PREPA:

  19:15 FROM 400 TO 450 MW            20:14  FROM 450 TO 500 MW

  1:17  FROM 500 TO 450 MW

- HYD LIME SILOS            U1 10'-1"        U2  16"-0"
- 19:00  PHILLIPS STOP SENDING CONDENSATE IN ORDER TO INCREASE THEIR TK
- 00:00 CDS WATER SAMPLE      650 PPM CHLORIDES
- WO # 402093 ISSUED FOR U1 MAIN STEAM SAMPLE POINT.IT BROKE

LUIS LASANTA

AESPR-085923



**From:**      Luis Lasanta
**Sent:**      Sunday, August 15, 2004 5:13 AM
**To:**        Puerto Rico People
**Subject:**   OPERATIONS SHIFT REPORT

NIGHT SHIFT                                    AUGUST 14,2004

- BOTH UNITS ON COORDINATE CONTROL.FULL AVAILABILITY
- LOAD 450MW
- LOAD CHANGES REQUESTED BY PREPA:

  19:02  FROM 470 TO 500MW

  04:48  FROM 500 TO 450MW

- 22:45 CDS WATER SAMPLE    1700 PPM CHLORIDES
- HYD LIME SILOS:

AESPR-085915



| From: | Julio Ortiz |
|---|---|
| Sent: | Friday, April 1, 2005 4:25 AM |
| To: | Puerto Rico People |
| Subject: | Operations Shift Report |

## SHIFT REPORT

| Date: | March 31, 2005 | | | | | Time: | 18:00-06:00 |
|---|---|---|---|---|---|---|---|
| Capacity Factor: | 81.0% | | | | | | |
| Operating Mode: | | U1: | AGC | U2: | AGC | | |
| Availability: | | U1: | 100% | U2: | 100% | HR Gap: | -100 |
| Heat Rate: | PPA Heat Rate: | | 10,003 | | Plant EQ Heat Rate: | 9,903 | |

## Consumables

| Limestone: | U1: | 3.0 | Avg T/Hr | U2: | 3.8 | Avg T/Hr | Total Plant: | 6.8 |
|---|---|---|---|---|---|---|---|---|
| Urea: | U1: | 20.1 | Avg GPH | U2: | 37.4 | Avg GPH | Total Plant: | 57.4 |
| Hydrated Lime: | U1: | n/a | Tons | U2: | n/a | Tons | Total Plant: | 0.00 |
| Hydrated Lime Silo Level: | U1: | 9' 2" | | U2: | 11' 0" | | | |
| Fly Ash Reinjection: | U1: | 12 | Hrs | U2: | 12 | Hrs | | |
| CDS tanks chlorides: | U1: | 290 | | U2: | 390 | | | |

## Unit #1

18:45  CDS out of service due to (AER 700 A control ) pumps ,rotaries and low press blowers trips.
18:51  CDS Back in service. Load at 235 MW.

## Unit #2

Everything normal during the shift.

## Plant Auxiliaries

CC pump B still block. Waiting for parts.
HPPS and LPPS both from unit 1.

AESPR-118359

10:30 AEE finished worked at Prasa. They said it was ready to put in service. When we got there no power was available. I&E Heriberto Rodriguez was called in again and found that the problem is AEE. Give follow up in the morning.

## Water Treatment

Installed dispersant from Chem Treat on cooling tower.
Flush make up R/O train A . Back in service.
Started reg. to make up mix bed A.
Started wells 201 (auto). 203 (manual) 205 (manual)  207 (auto).
Reseted totalizer on W.T. Lab. PLC.
Aligned filtered water to condensate syst. To raise CST B level.

Conductivity   C.T .= 13500   18MM = 6.43    Patillas canal flow =1549 gpm

## Material Handling

Mech. Repaired CC2 conveyor 460. (rollers). I&E Heriberto was called in to rack out the breaker.
Everything normal during the shift.



| From: | Carlos Gonzalez |
|---|---|
| Sent: | Saturday, April 9, 2005 5:02 AM |
| To: | Puerto Rico People |
| Subject: | Operations Shift Report |

## SHIFT REPORT

| Date: | April 8, 2005 | | | | Time: | 18:00-06:00 | |
|---|---|---|---|---|---|---|---|
| Capacity Factor: | 85.0% | | | | | | |
| Operating Mode: | | U1: | AGC | U2: | AGC | | |
| Availability: | | U1: | 100% | U2: | 100% | HR Gap: | 349 |
| Heat Rate: | PPA Heat Rate: | | 9,995 | | Plant EQ Heat Rate: | 10,344 | |

### Consumables

| Limestone: | U1: | 6.4 | Avg T/Hr | U2: | 6.2 | Avg T/Hr | Total Plant: | 12.5 |
|---|---|---|---|---|---|---|---|---|
| Urea: | U1: | 33.0 | Avg GPH | U2: | 55.0 | Avg GPH | Total Plant: | 88.0 |
| Hydrated Lime: | U1: | 0.00 | Tons | U2: | 0.00 | Tons | Total Plant: | 0.00 |
| Hydrated Lime Silo Level: | U1: | 12' 5" | | U2: | 16' 6" | | | |
| Fly Ash Reinjection: | U1: | 12 | Hrs | U2: | 12 | Hrs | | |
| CDS tanks chlorides: | U1: | 410 | | U2: | 320 | | | |

### Unit #1

EVERYTHING NORMAL DURING SHIFT

### Unit #2

AT 1:47 COAL FEEDER D TRIPPED (MOTION MONITOR SENSOR) BACK IN SERVICE AT 01:56.
EVERYTHING ELSE NORMAL DURING SHIFT.

### Plant Auxiliaries

CC PUMP "B" STILL BLOCKED. WAITING FOR PARTS. IT CAN BE USE ON AN
EMERGENCY!!

AESPR-118335

LP PROCESS STEAM FROM UNIT 1
HP PROCESS STEAM FROM UNIT 2

## Water Treatment

PHILLIPS REDUCE COND RETURN FROM 165 TO 144gpm
DOUBLE REGEN ON MAKE UP MIXED BED "B"
COOLING TOWER COND- 12,770      18M POND 790        PATILLAS CANAL FLOW-1355gpm

***work order # 091010 to caustic regent skid

## Material Handling

EVERYTHING NORMAL DURING SHIFT

AESPR-118336



| From: | Willy Santiago |
|---|---|
| Sent: | Thursday, September 8, 2005 5:30 PM |
| To: | Puerto Rico People |
| Subject: | Operations Shift Report |

## SHIFT REPORT

| Date: | September 8, 2005 | | | | | Time: | 06:00-18:00 |
|---|---|---|---|---|---|---|---|
| Capacity Factor: | 84.0% | | | | | | |
| Operating Mode: | | U1: | Coord. | U2: | Coord. | | |
| Availability: | | U1: | 100% | U2: | 100% | HR Gap: | 300 |
| Heat Rate: | PPA Heat Rate: | | 10,025 | | Plant EQ Heat Rate: | 10,325 | |

## Consumables

| Limestone: | U1: | 5.3 | Avg T/Hr | U2: | 3.3 | Avg T/Hr | Total Plant: 8.6 |
|---|---|---|---|---|---|---|---|
| Urea: | U1: | 55.9 | Avg GPH | U2: | 46.3 | Avg GPH | Total Plant: 102.2 |
| Hydrated Lime: | U1: | 0.00 | Tons | U2: | 0.00 | Tons | Total Plant: 0.00 |
| Hydrated Lime Silo Level: | U1: | | | U2: | | | |
| Fly Ash Reinjection: | U1: | 12 | Hrs | U2: | 12 | Hrs | |
| CDS tanks chlorides: | U1: | 320 | | U2: | 290 | | |

## Unit #1

Load at 225 MW.
Load changes: 09:55 to 225 MW

INT. Cyclone Temps. - Hi - 368    Lo - 141

## Unit #2

Load at 225 MW.
Load changes: 09:55 to 225 MW
Mech. Replaced CDS nozzles tips.

## Plant Auxiliaries

HPPS and LPPS from Unit 1.

AESPR-117843

Phillips Condensate Return - 0 gpm      HPPS - 0 klb/hr   LPPS - 13 klb/hr

## Water Treatment

Backwashed to both Monoscour filters.
Regen to make up mix bed "A".
Wells in service till 18:00.

Conductivity:   CT - 10660      18 MM - 800        Patillas Canal Flow -  1184   gpm to 18 mm pond.

## Material Handling

Everything normal during shift.

AESPR-117844



| | |
|---|---|
| **From:** | Marco Aresti |
| **Sent:** | Tuesday, October 4, 2005 4:27 PM |
| **To:** | Puerto Rico People |
| **Subject:** | Operations Day Shift report, 10/04/2005 |

## AES OPERATIONS SHIFT REPORT

Date: _____October 4, 2005_____                                        Time: _____Day_____

Capacity Factor: ___87.0%___
Operating Mode:        U1: __Coordinated__        U2: __Coordinated__
Availability:          U1: __100%__               U2: __100%__               HR Gap: ____
                                                                            Total
Load:                  U1: __255__  MW            U2: __255__  MW            MW: ____
                       PPA Heat
Heat Rate:             Rate:     ____9,966____              Plant EQ Heat Rate: _____ 10,78!

## Consumables

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Limestone: | U1: | 8.7 | Avg T/Hr | U2: | 7.2 | Avg T/Hr | Total Plant: | ____ |
| Urea: | U1: | 41.1 | Avg GPH | U2: | 33.0 | Avg GPH | Total Plant: | ____ |
| Hydrated Lime: | U1: | 1.42 | Tons | U2: | 0.77 | Tons | Total Plant: | ____ |
| Hydrated Lime Silo Level: | U1: | N/A | | U2: | N/A | | | |
| Fly Ash Reinjection: | U1: | 10.5 | Hrs | U2: | 6.5 | Hrs | | |
| CDS tanks chlorides: | U1: | 160 | | U2: | 140 | | | |

### Unit #1

1. Load changes: At 0827- 200MW to 230MW, 1146- 230MW to 255MW.
2. I & E installed the new vibrators at the ESP bins 500's between the HI and HI-HI level probes.
3. I & E repaired the logic of the bed/fly ash handling system
4. Coal samples are being taken at the coal feeders every hour.

### Unit #2

1. Load changes: At 0827- 200MW to 230MW, 1146- 230MW to 255MW.
2. At 1120 started the fly ash reinjection, I & E was working with the sequence.
3. I & E repaired the logic of the bed/fly ash handling system
4. Changed the lube oil strainer of the BFP "B", and maintenance cleaned it.
5. Cleaned the condensate pump "A" strainer.

AESPR-122477

## Plant Auxiliaries

| LP Steam: | 10.7 | KLB/HR | HP Steam: | 15 | KLB/HR | Total: | 25.7 | KLE |
|-----------|------|--------|-----------|-----|--------|--------|------|-----|

1. The urea batch was transferred and a new batch was done.
2. Gustavo repaired the urea mixing tank temperature indication at the DCS.

## Water Treatment

| Cooling Tower: | 9,500 | Cond | | 18 Mill: | 610 | Cond |
|----------------|-------|------|--|----------|-----|------|
| Patillas canal flow: | 600 | GPM | | CPC condensate return: | 0 | KLB/HR |

1. Back wash was given to both monouscour filters and both greensand filters.
2. Samples were taken at the coal pile pond and at the storm water pond for outside lab analysis.

## Material Handling

1. Maintenance is working with the coal tunnel conveyor.
2. At 1435 started unloading the coal ship Sheila Ann.
3. Received one propane truck.

**Marco Arestl**
AES Puerto Rico LP
Lead Operator
Tel (787) 866-8117 Ext-404
Cel (787) 557-2073

AESPR-122478