# Tab G

| From: | Fernando Rodriguez |
|---|---|
| Sent: | Friday, April 4, 2003 4:10 AM |
| To: | Gary Bates; Elias Sostre; Doug Tomlin; Ernest Pagaduan |
| Subject: | EOS Report, Nights, 03Apr2003 |

-Commenced regulating (AGC) after midnight with the following values:
   55% to 95% (140 to 242mw; or 280 to 484mw), also set 200 to 215mw or 400 to 430mw, as
   the "Don't stay here because of turbine throttle valve shifting area", Forbidden zone.
-National Guard patrol appeared about 0100, no one we know.
-Hyd lime soundings; U1 4'4"; U2 5'6".
-LOTO for fly ash almost ready.  Locks for A & C vac blowers remaining (No sense stopping
everything).
 Things staged so that LOTO can be completed within minutes.
-Hyd lime delivery, split between units.
-Phillips stopped return line flush when their condensate tank level got down to 20 feet,  will pick up
again tomorrow.

-As a reminder, U1 SUB #3 has slight leak at air damper flange, ambers blowing out every now and
then.
-U1 coal feeder H has tripped twice tonight.
-CDS nozzles cleaned, relatively clean.

-U2 CDS nozzles cleaned, also relatively clean.  Isolation valve for #5 supply very problematic, difficult
to stop flow, takes time, effort and a trick or two.

AESPR-086575



| From: | Fernando Rodriguez |
|---|---|
| Sent: | Sunday, April 6, 2003 5:25 AM |
| To: | Doug Tomlin; Elias Sostre; Gary Bates; Ernest Pagaduan; WeiLi Yu; Wilbert Delapaz |
| Subject: | EOS Report, Nights, 05Apr2003 |

-Units in Coordinated control. Prepa was informed that AGC will not be available for a couple of days, until a resolution is reached on cause of trip.

-U1 Synchronized at 2011 after going through startup burner drills. SUB 1 tripped repeatedly, SUB 2 a couple of times. Coal feeder startup went rather smoothly as did CDS system startup. Gabriel S. stayed over from previous shift for the OJT on synchronization.

-However, Unit 1 Turb trip and MFT started with a loss of condensate pumps. They tripped when operators were attempting to switch pumps to clean suction strainer. From there, lost drum level which lead to loss of combustion air fans. Feed pumps also went down when operator attempted to raise drum level with pumps in manual control.

-At-a-boys all around to the operators for getting fans and systems restarted and to George G. for re-establishing drum level in a controlled and expeditious manner. Heriberto R. from I&E called in for electrical support for second Startup. Called in at 0200hrs.-

-U1 B hotwell pump seal leak appears to be getting worse. Pump only being used whenever U1 A HWP needs suction strainers cleaned.

-Subsequent startup of U1 (after the Turb trip and MFT) had several problems, whenever we would try to synchronize, the unit would pickup 4-5mw however, within several seconds it would slowly drop to 0 and even to -0.3. Also, mvar's would go down to as much as -14. we'd stop the synchronization, and troubleshoot. We tried to sychronize three times, thinking we had addressed the problem however, it was not so. Called Doug T. on this one. We ended up synchronizing this time around. The major difference was that after we synchronized and load reached 5mw, we waited a little longer before placing Program Device to ON. Anlother peculiar this is that the Pwr Sys Stabalizer for the Gen/Exciter Control would take ON. Whenever the ON button was hit it would stay OFF and go to command disagreement.

-U2 continues in operation, however, operators are having to stay on top of things to prevent opacity exceedances. They really have to work alot.

CDS nozzle cleaning to carried over to days due to the issues addressed on nights.

-Personnel injury, Sharon B. tripped on heavy debris on ground between U1 ID fan and stack. She has a bruised wrist, a little sore when she moves it. She states that at this time she doesn't think it will require medical attention. However, she will seek medical attention if its gets worse within the next several days. After shift tonight, she starts her 4-off, which will allow her to rest the injured body parts.

-MP2 and I are not good friends yet. I'm working with the warehouse people on this and I should be up to speed my next day shift. I will be able to do work orders by then.

AESPR-086574



| From: | Fernando Rodriguez |
| --- | --- |
| **Sent:** | Saturday, April 12, 2003 5:22 AM |
| **To:** | Doug Tomlin; Elias Sostre |
| **Subject:** | EOS Report, Nights, 11Apr2003 |

-Both units operated at full load all night.
-CDS nozzles cleaned on both units.  No noticable buildup.

-U1 ESP Ash bin hopper 500A appears to have ash leakage at most sothwest penetration for air pad.
-Operator notice that U1 Air PreHeater air motor shaft to APH is rotating with unit.  Valve lineup is exactly as U2 (which is not rotating).  Will turnover to days.

AESPR-086570



| From: | Fernando Rodriguez |
|---|---|
| Sent: | Tuesday, May 13, 2003 5:10 AM |
| To: | Wilbert Delapaz; Carlos Reyes; Dave Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Lasanta; Radames Rodriguez; Tracy Jarvis; WeiLi Yu |
| Subject: | EOS Report, Nights, 12May2003 |

Both units in AGC all night.

-U2 Pepin Gutierrez, passed by Control Room to inform us that work has been completed on U2 Fin cyclone inlet expansion joint.

-U1 hyd lime silo 16'2".
-U2 hyd lime silo 9'5".

-U1 &U2  CDS nozzles cleaned, no substantial buildup detected on any nozzle.

# Fernando Rodríguez

AES-Puerto Rico
Office: 787.866.8117  X244
Cellular: 787.382.0924

AESPR-086557



| From: | Fernando Rodriguez |
|---|---|
| Sent: | Sunday, May 18, 2003 5:36 PM |
| To: | Wilbert Delapaz; Carlos Reyes; Dave Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Lasanta; Radames Rodriguez; Tracy Jarvis; WeiLi Yu |
| Subject: | EOS Report, Days, 18May2003 |

-U2 In coordinated control full load all day.
-U2 FWTC171B, free end B FW Pump seal temperature control valve, in the failed open position (power failed). I&E Troubleshooting.
-U2 replaced CDS cooling water nozzle mouth piece on all five nozzles.

-U2 continues to exhibit problems with opacity. ESP rotary valves operated at different speeds by Alstom (TOM) in attempts to maintain an appropriate levels. A lot of adjustments were made, no real conclusion as to where to set speed. Several (actually 7) exceedances for opacity were experienced.

-U1 I&E disconnected wiring to startup burners.

-U1 finished cleaning out Fin and Int FBHE; cleaned cyclone outlets (all 3); opened PA plenum ducts for inspection.

-U1 Maint/Services requests that Hotwell pump 1B be electrically disconnected tonight so they can pull pump. LOTO also.

*Fernando Rodriguez*

*AES-Puerto Rico*
*Office: 787.866.3117  X244*
*Cellular: 787.382.0924*

AESPR-086555



| From: | Fernando Rodriguez |
|-------|---------------------|
| Sent: | Thursday, May 29, 2003 5:40 AM |
| To: | Wilbert Delapaz; Carlos Reyes; Dave Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Lasanta; Radames Rodriguez; Richard Trifonoff; Tracy Jarvis; WeiLi Yu |
| Subject: | EOS Report, Nights, 28May2003 |

-U2 was operating at full load in Coordinated Control. At approx. 1745 CRO noted that PA inlet damper was stuck. Damper feedback position was at 74% and Control output signal was at 100%. Placed unit in Turbine Follow Control and damper in manual control and attempted to move damper open and/or closed. Damper did not respond to any commands so it was manually operated which in turn freed it. All controls were returned to AUTO and Unit was placed in Coordinated Control. At approx 1818 CRO noted that PA fan inlet damper control output signal was lowering quickly. Before any operator action could be taken, actual PA fan inlet damper position started to track control output signal and began to close very quickly. Lost U2 ID Fan on draft with unit going into MFT, lost U2 SA Fan as result of losing ID Fan, and also lost U2 PA Fan. At this time the turbine was still in operation. Made preparations to restart unit; Started ID Fan, went to start SA fan, however, SA inlet damper stuck at 27%. U2 turbine had lost it MW output and was manually tripped. We were able to mechanically free damper, and started SA fan and proceeded with start of U2 PA fan. The decision was made to delay startup until problems with PA fan dampers could be investigated by I&E and Maintenance/Services. Inspection revealed that damper structural integrity is sound. All blades on damper were lubricated and operational check was satisfactory. U2 SA Fan inlet damper was also inspected and structural integrity found to be good. Everything on this unit was also lubricated.
-Chevron-Phillips notified of trip, steam trap drains aligned to ground.

-It is being stressed that whenever a damper (other than the ID fan damper) has to be manually operated to release it from binding, not to exceed 5% in either direction.
-Also, PA and FA plenums to be blown down periodically and FBHE temperature profiles to be taken periodically.

-U2 CDS nozzles cleaned.
-U2 Start-up commenced at 0040hrs with Prepa order #1 to start fires. Started using burner #1.
-U2 synchronized at 0404hrs, interesting note, all Start-up Burners started on first try and the stayed on until no longer needed.
-0435hrs Commence Coal feeding U2.

-U1 three coal feeders were cleaned out.

-U2 Hyd Lime silo level sounding at 6'9".

*Fernando Rodriguez*

*AES-Puerto Rico*
*Office: 787.866.5117  X244*
*Cellular: 787.382.0924*



| From: | Fernando Rodriguez |
|-------|--------------------|
| Sent: | Tuesday, July 1, 2003 5:26 AM |
| To: | WeiLi Yu; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Lasanta; Radames Rodriguez; Tracy Jarvis |
| Subject: | EOS Report, Nights, 30June2003 |

-PREPA called, Quiñones Morales at 2300, for status check.

-U2 at full load in Coordinated Control.

-U2 CDS nozzles cleaned, they were relatively clean.

-U2 Air Preheater has oil seepage around seal area of the Support Bearing and was dripping down to ground floor (area is roped off and has speedy dry on deck). General consensus between operators, mechanics and bystanders is that it is due to overfilling. Sight was cleaned and apparently the APH has gotten rid of enough excess oil to prevent further leakage.

-Water Treatment reports that there is excessively high concentration of chlorine in the 2MM pond due to a previous add of chlorine to improve turbidity. The residue of chlorine in the Filtered Water Tank rose to 4.8 ppm. The RO's were turned off due to this high residual to prevent damage. Two bisulfate pumps were placed in service to attempt to correct situation, however this did not work. A batch add of bisulfate to the 550 pump suction sump, approx 7" of product, was performed.
-As an add-on to this, at 0300 the chlorine residue in the Filtered Water Tank was at 17.8 ppm and rising.

-The swing arm piece of the U1 ESP Knockout Curtain mechanical rapper was sitting in a bucket in the Control Room, now it is on the table in front of Team Leaders offices. The missing part appears to be from the rapper closest to the west access. However, the only way to reach it for repairs is with scaffolding or some type of boatswain's chair. (Sorry guys, Navy flashback). Or, because the other ones are still there, leave its repairs for later.

-Water Treatment has reported two consecutive condensate samples with iron less than 20 ppb. Filled Steam drum through the Condensate Bypass and with Feedwater Heaters in bypass. The plan is to fill and flush Feedwater heaters before putting them on line. Something similar was done to condensate or LP Feedwater Heaters.

-Maint/Services removed the homemade orifice duct taped to CDS and ESP hopper headers and installed the fabricated orifices.

-U2 Fly Ash Re-injection continues to give us problems. Valves operated in sequence for a while. We stopped re-injection for a while but when we started up again it did not want to play. Valve 1010 works whenever it wants to which is not very often. Help again on this one please.

-Finally, can we get some assistance/training on getting the exhaust fans in the ESP Building to turn on.

-U2 Coal Consumption:

| A | 73101.000 | 296.97 |
|---|-----------|--------|
| B | 73586.000 | 294.40 |
| C | 72494.000 | 294.02 |
| | | |

AESPR-086526

| | | |
|---|---|---|
| D | 28901.000 | 293.60 |
| E | 73801.000 | 295.84 |
| F | 72213.000 | 292.78 |
| G | 73237.000 | 295.31 |
| H | 73027.000 | 294.19 |
| 2357.12 | | |

*Fernando Rodríguez*

AES-Puerto Rico

Office: 787.866.8117  X244

Cellular: 787.382.0924

AESPR-086527



| **From:** | Fernando Rodriguez |
| **Sent:** | Thursday, November 27, 2003 4:39 PM |
| **To:** | WeiLi Yu; Al Dyer; Bill Vela; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Eric Lundberg; Ernest Pagaduan; Gary Bates; Harold Bernier; Hassan Tariq; Luis Cruz; Luis Lasanta; Radames Rodriguez; Tracy Jarvis |
| **Subject:** | EOS Report, Days, 27Nov2003 |

-Happy Thanksgiving Day!
-U1 in Coordinated Control with Full Availability.  Currently U1 is at 200 mw at PREPA request.
-After lowering load, one CDS nozzle was isolated to improve Cooling Water Pump Discharge Pressure, and keep it within operating parameters.

*Fernando Rodríguez*

*AES-Puerto Rico*
*Office: 787.866.5117   X244*
*Cellular: 787.382.0924*

AESPR-086441



| | |
|---|---|
| **From:** | Marco Aresti |
| **Sent:** | Friday, January 2, 2004 4:40 PM |
| **To:** | Carlos Reyes; Al Dyer; Elias Sostre; Luis Cruz; Ernest Pagaduan; David Stone; Hassan Tariq; Tracy Jarvis; Calvin Kotrla; Ron McParland; Csaba Little; Fernando Rodriguez; Radames Rodriguez; Harold Bernier; Luis Lasanta; WeiLi Yu |
| **Subject:** | Shift Report, Day Shift,01/02/04 |

**Unit #1**
1.Load at 225 mw on coordinated control, routine work done.
2.CDS nozzles tips were changed.
3.nozzle #1 H2O valve is leaking,needs to be replaced
4.1 Hydrated lime truck was unloaded ( large)


**Unit #2**
1.Load at 225 mw on coordinated control, routine work done.
2.1 Hydrated lime truck was unloaded ( large)
3.Common FA Blower Windage Temp B was repaired, it had a loose cable on the motor conection.


**Load Changes:**
1035 Raised load to 225mw

Marco Aresti
Control Room Operator

AESPR-086265



| **From:** | Jorge DeLeon |
| **Sent:** | Tuesday, February 3, 2004 4:06 AM |
| **To:** | Puerto Rico People |
| **Subject:** | End-Of-Shift Report, Nights for February 2, 2004 |

*Night*
*Shift: B*
*February 2, 2004*
   *Hi, And good morning to you all.*

*Units at Coordinated Control Mode 160MW*
*100% Availability*
*Unit 1*

- *CDS nozzles cleaned*
- *CDS nozzle #6 blocked due to low press. at system*

*Unit 2*

- *CDS nozzles cleaned*
- *One Hyd. lime truck added*

*Hyd lime silos measures*

- Unit 1 --- 16' 2"
- Unit 2 --- 14' 6"

Load changes during the night:

- 23:04  252mw      225mw
- 00:37  225mw      190mw
- 02:15  190mw      160mw

*The following are the Work Orders made during our Night Shift*:

- **400165** - Check the Unit 2 Soot blower Sequence
- **400166** - Install a double block valve at U-1 CDS Nozzles
- **400167 -** Check the Transformer Panel Alarms
- **400168** - Check and Replace the Vacuum Truck Bags Filter

**Note:**

-------Start the ash removal from under the U1 FBHEs

Jorge Martinez

AESPR-086259