# Tab I

| From: | Fernando Rodriguez |
|---|---|
| Sent: | Saturday, April 19, 2003 5:09 AM |
| To: | Doug Tomlin; Ernest Pagaduan; Wilbert Delapaz; Elias Sostre; WeiLi Yu |
| Subject: | EOS Report, Nights, 18Apr2003 |

-Units operated in AGC.
-Conveyor CC2, crusher to tripper, clogged up again.
-Many water leaks on third floor.

-U1 coal feeder tripped just at turnover.  Error code 07, Feeder Discharge Plugged.  Feeder outlet hopper and spout severly plugged with damp coal.  Using vacuum truck, have as far as just below Trip valve.
-Hyd lime silo 11'6".

-U2 had one exceedance in Opacity.
-Attempted to restart T/R 2-11, however it's alarm does not clear when reset.  Comsequently it trips only after a few seconds of operation.
-Hyd lime silo 5'0".

AESPR-086567



| From: | Marco Aresti |
|---|---|
| Sent: | Tuesday, December 30, 2003 4:17 PM |
| To: | Elias Sostre; Luis Cruz; Carlos Reyes; Al Dyer; Ernest Pagaduan; WeiLi Yu; Hassan Tariq; David Stone; Calvin Kotrla; Ron McParland; Csaba Little; Radames Rodriguez; Harold Bernier; Luis Lasanta; Fernando Rodriguez |
| Subject: | Shift Report, Day Shift, 12/30/03 |

**Unit #1**
1.Load At 200Mw on Coordinated mode, normal routine done.
2.1 Hydrated Lime truck unloaded (large)
3.BFP "B" motor air filters were replaced yesterday
4.This morning the opacity was spiking continuosly after the load was raised,it was found that the breaker of the back panel of the rappers was in the "OFF" position, as soon as the rappers were turned on the opacity wen't down to a 1-2 6 min average.
5.Maintenance unplug the PA plenum Drain #3
6.I&E repaired the ash handling valve #460 the system is working on AUTO


**Unit #2**
1.Load At 200Mw on Coordinated mode, normal routine done
2.1 Hydrated Lime truck unloaded (small)
3.Common FA blower Phase "B" Wind Temp was repaired ,I&E Tech found a loose wire at the multilink.

**Load Changes:**
At 0817 to 200 mw
At 1703 to 245 mw


Marco Aresti Padilla
Control Room Operator
(787) 866-8117 Ext 244

AESPR-086267



| | |
|---|---|
| **From:** | Harold Bernier |
| **Sent:** | Monday, January 19, 2004 4:39 AM |
| **To:** | Elias Sostre; Luis Cruz; Csaba Little; Al Dyer; Carlos Reyes; Ernest Pagaduan; Hassan Tariq; WeiLi Yu; David Stone; Calvin Kotrla; Ron McParland; Tracy Jarvis; Paul Stinson; Fernando Rodriguez |
| **Subject:** | Shift report, night 01-18-04 |

Good morning:

**Work done on unit one during the night:**

---Grease air lines in the Reheat and Intermidiate FBHEs were unplugged.

---All door in the back pass were closed except the one in elevation 221 east side. Here we found three baffle support that were loose, Eddie Marrero inspected them and said they need to be weld it.

---CDS bottom part was cleaned.

---Last two hangers ready for hydrotest.

---Started clean 400s hoppers. Alston personnel taking ESP scaffold apart.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

---Unit two coordinate control 255mw. Normal routine done. Opacity avg. until 2100hrs was 15, only change we made was, TR-7 putted in service at 50%, that was done at 2000hrs. After that the average stays around 5%. At 2200 water treatment cutted filter water to 80%. At 0430 it was cut to 60%.

---Sprokers in ESP rotary valves 430A and B were replaced for those that run faster.

---Bed ash handling system failed, due to full bed ash silo. Robert Tubens took eight trucks off the silo.

---Hydrated lime silo level

AESPR-086264



| From: | Luis Lasanta |
|---|---|
| Sent: | Friday, January 30, 2004 4:15 AM |
| To: | Puerto Rico People |
| Subject: | OPERATIONS SHIFT REPORT |

NIGHT
SHIFT
JANUARY 29, 2004

- BOTH UNITS ON COORDINATED CONTROL MODE
- LOAD    390 MW
- OPACITY AVERAGES U1 2%    U2 4 %.NO EXCEEDANCES REGISTERED
- ONE HYD LIME TRUCK WAS UNLOADED IN UNIT ONE
- HYD LIME SILOS LEVEL CLEARANCES:

        6:40PM    U1    21'-7"        U2    17'-3"

        4:00AM    U1    18'-6"        U2    19'-8"

- PHILLIPS REQUESTS TO USE LP STEAM.WE STARTED TO WARM UP THE LINE.
- AT 7:00PM U2 ROTARY VALVE 420C TRIPPED-OFF.FOUND THAT IT GOT STUCK AND WE TRIED TO LOOSEN IT WITH NO SUCCESS.RICKY MONTES AND ARAIS SOTO WERE CALLED IN .THEY DISMOUNTED THE ROTARY AND FOUND A PIECE OF COLLECTER PLATE WAS THE OBSTRUCTION.VALVE IS BACK IN SERVICE.
- 11:00PM FLY ASH SAMPLES WERE COLLECTED FROM THE ESP AFTER FOUR HOURS OF INCREASING THE CDS TEMP. BACK TO 171 DEGREES(AS REQUESTED BY PAUL STINSON)
- LOAD CHANGES WERE MADE AS PER PREPA REQUEST AS FOLLOW:

    18:17 FROM 440 TO 510 MW

    23:24 FROM 510 TO 470 MW

    00:25 FROM 470 TO 430 MW

    01:29 FROM 430 TO 390 MW

    01:53 FROM 390 TO 350 MW

- CDS NOZZLE # 1 WAS TAKEN OUT WHEN LOAD WAS REDUCED TO 195 MW.THREE NOZZLES ARE CURRENLT IN SERVICE

NOTES BY:LUIS LASANTA

AESPR-086263



| From: | Fernando Rodriguez |
| Sent: | Sunday, February 1, 2004 4:32 AM |
| To: | Puerto Rico People |
| Subject: | End-Of-Shift Report, Nights, 31Jan2004 |
| Attach: | UREA2.bmp |

-Both units in Coordinated Control and full availability.

-Unit 2 went into speed control and Channel 2 trip came in. Upon further review, it appears that steam valve A had deviation problems. Unit was controlled in Turbine Follow until it was returned to Coordinated Control. Evern Historian is in Lead Op office for I&E to review.

-Unit 1 opacity problems after a load increase. Varied CDS temperature, CDS d/p, placing 440's and 450's in AUTO, and dumping. The dumping seems to work the best this time.

-Urea Solutionizer system restored to service, pump had refused to cooperate, it plugged (not the first time). Operators suggest that a way to flush pump with high temperature water would help unplug it, installing a flushing line.

-Chevron-Phillips has Auxiliary Steam control valve in AUTO, drawing minimal load.

-Attachment is a not-autocad drawing of Urea Solutionizer system with the new parts (in blue).

Fernando
Shift A



| From: | Fernando Rodriguez |
|-------|---------------------|
| Sent: | Monday, February 2, 2004 4:44 AM |
| To: | Puerto Rico People |
| Subject: | End-Of-Shift Report, Nights, 01Feb2004 |

-Both units in Coordinated Control and full availability.

-During a raise in load, from 200 mw to 250 mw, both units experienced what the CRO's consider an excessively high overshoot. Unit 2 made step increases of 15 mw each and Unit 1 had full input. Both units ended up in the low to mid 260 mw range. This overshoot is more of a recent occurrence.
WC's 0100147, 0100149 – 0100154 written for several safety concerns, and #0400148 written for U1 ESP hoppers in rows 440 and 450 HI level indication. HI levels necessary when running valves in AUTO.

-Hyd lime silo measurement:
        U1   19'0"
        U2   16"3"

-U1 opacity commenced spiking after coming down on load for the night. ESP Dump sequence was performed, took manual control of ESP rows 440 and 450, momentarily stopped Fly Ash Re-injection, and changed to Rapper Program #2. The latter appeared to be the more effective.

*Fernando Rodriguez*

AES-Puerto Rico
Office: 787.866.8117  X244
Cellular: 787.382.0924

AESPR-086401



| From: | Luis Lasanta |
|---|---|
| Sent: | Wednesday, February 4, 2004 4:10 PM |
| To: | Puerto Rico People |
| Subject: | OPERATIONS SHIFT REPORT |

DAY
SHIFT
FEBUARY 4, 2004

UNIT ONE:

- UNIT ON COORDINATED CONTROL AND FULL AVAILABILITY
- LOAD 255 MW
- OPACITY AVERAGE 1 %
- TWO SO2 EXCEEDANCES DUE TO PLUGGED HYD LIME SYSTEM BY-PASS LINE.
- I & E FINISHED WORKING ON HYD LIME BELT FEEDER . IT'S IN SERVICE.
- MAINT STILL WORKING ON SOOTBLOWER # 18 (CORRECTING LEAK)
- 7:30AM ASH SAMPLES FROM ROTARY VALVES 400'S AND 410'S FOR TESTING AT 255MW AND 172 DEGREES.START TO LOWER CDS TEMP TO 152 DEGREES FOR FURTHER TESTING
- 2:00PM ANOTHER SET OF SAMPLES WAS TAKEN THIS TIME AT 255MW AND 152 DEGREES.START TO RAISE TEMP TO 172 DEGREES .
- MUST TAKE SAMPLES AGAIN AT 8:00PM.
- TWO HYD LIME TRUCKS WERE UNLOADED


UNIT TWO:

- UNIT ON COORDINATED CONTROL
- LOAD 255 MW
- OPACITY AVERAGE 3%


- MAINT FINISHED WORKING ON BOTH FLY ASH REINJECTION  SYSTEMS.PLEASE DO NOT USE FOR THE NEST TWO DAYS.TESTING IS STILL UNDER WAY.
- NEED TO BLOCK THE HYD LIME VALVES BENEATH THE SILOS AT 4:00 AM TOMORROW.MAINT WILL BE HERE AT THAT MOMENT TO WELD AND DRILL NEW AIR LINES.
- NEED TO WAIT FOR MAINT TO REPLACE A BROKEN STEAM TRAP BYPASS VALVE AND INSTALL ELBOWS ON ALL THE DRAINS BEFORE PROCCEEDING TO PRESSURIZE THE HP STEAM LINE TO PHILLIPS.

AESPR-086256



**From:**    Luis Lasanta
**Sent:**    Sunday, February 15, 2004 3:51 AM
**To:**    Puerto Rico People
**Subject:**    OPERATIONS SHIFT REPORT

---

NIGHT SHIFT                                                FEB 14, 2004

- BOTH UNITS ON COORDINATED CONTROL
- LOAD        320        MW
- HYD LIME SILOS    U1  14'-0"            U2  16'-2"
- W.O. ISSUED FOR ASH CONDITIONER PUMPS(450 A-B) RECIRC. LINE PINHOLE LEAK. (# 400278)
- LOAD CHANGES:

      18:46    FROM  460  TO   510 MW

      00:33    FROM  510  TO   400MW

      02:00    FROM  400  TO   300 MW

- OPACITY AVERAGES  U1 0-1%   U2 3-4%.NO EXCEEDANCES
- 

AESPR-086240



| | |
|---|---|
| **From:** | Harold Bernier |
| **Sent:** | Friday, February 27, 2004 4:52 PM |
| **To:** | Puerto Rico People |
| **Subject:** | Shift report, day 02-27-04 |

Plant Available Capacity  100%

-----Unit one coordinate control  200wm.  I&E personnel is calibrating coal feeder H. TR 1-3 has side A
       grounded. TR stays on. TR 1-4 did not stayed on with either side grounded, this TR is actually off.
       We still having opacity spikes between 10 to 15%. Service water pumps were swapped, A and C
are
       in service B stand by. Common circulating pump has a rotation test done by maint. at first it did'nt
       move, maint worked on it and got it loose, now is ready to be use. Aux. steam was change to unit
two.
       Urea train A (inlet) was turned off, train B is pumping 25 gph. Two hydrated lime trucks unloaded.
       Coal feeder F will be shut off as soon we put H in service, so it last until monday, it can be use if
need
       it.

-----Unit two coordinate control 200mw. Bed ash screw cooler A back in service. One hydrated lime
truck
       unloaded.

-----Load changes:   0548----225mw
                     0614----242
                     0818----250
                     1321----242mw
                     1705----200mw

-----W/O  issued: HP steam attemperator flange leaking  # 400599
                  Bed ash hopper A unit two disposal valve stuck  #  400600.

AESPR-086220



| | |
|---|---|
| **From:** | Jorge DeLeon |
| **Sent:** | Wednesday, May 26, 2004 6:05 PM |
| **To:** | Puerto Rico People |
| **Subject:** | End lf Shift Report 5/26/04 |
| **Attach:** | Nox exceedance Report Form 5-25-04.xls |

*Good evening*
*Day Shift*
*5/26/04*
*Jorge Martinez*

**Units on Coord . Control.**
**Load: 490MW**
**Full Availability**

**Unit One**
- *245MW*
- *Unit 1 CCW booster pump need to be ready for maint tomorow morning*
- *Oil was changed on CCW booster pumps and common was checked for vibrations*

**Unit Two**
- *245MW*
- *CT fan 108 needs to be place i/s and CT fan 106 out for maint. tomorow morning*
- *Nox lbs/hr average was running high and when load was raised the upset caused an even higher average. In the meantime calibration process started  frizzing the last high value of Nox lbs/hr and the system was not able to see the actual value which was practically half of what it had. Also Nox lbr/hr average was running with almost 20% higher deviation from Nox ppm value.*

**\*\*See attachment for Nox exceedance information\*\***

AESPR-086091

## Exceedance Report

Date       **5/25/2004**

Parameter exceeded

☐ So2 ppm    ☐ Nox ppm    ☐ Co ppm    ☐ Opacity
☐ So2 lb/mmbtu   ☐ Nox lb/mmbtu   ☐ Co lb/mmbtu
☐ So2 lb/hr    ☑ Nox lb/hr    ☐ Co lb/hr

Period of time            11:00AM

Reason      Nox $^{lbs}/_{hr}$ average was running high and when load was raised the upset
caused an even higher average. In the meantime calibration process started
frizzing the last high value of Nox $^{lbs}/_{hr}$ and the system was not able to see the
actual value which was practically half of what it had. Also Nox $^{lbr}/_{hr}$ average
was running with almost 20% higher deviation from Nox ppm value

Actions taken      At 9:00 am when the 24hr average updates and refresh the value, the average
was very close to the limit. Then the Urea flow was increased to get more than
usual under the limit number.

Leasons learnt      We should avoid running averages too close to the limits.
(How can be avoided
next time)

CRO           Carlos Gonzalez

Lead Op         Jorge Martinez

AESPR-086092