# Tab J


Puerto Rico

# FAX MESSAGE

To:   Ana Rosa Rivera                    Fax:  (787) 756-5906
      PR EQB, Air Quality Area

From: William Vela                       Tel:  (787) 866-8117 ext.239

Date: January 19, 2004                   Total Pages: 4 (including cover)

**Subject:**   **AES Puerto Rico Cogeneration Plant (AESPR), Guayama, PR**
               **Construction Permit PFE-30-0896-0860-II-C**
               **Title V Operating Permit Application PFE-TV-4911-30-0703-1130**
               **Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

Attached are copies of the CEMS Excess Emissions Reports for Unit 2 for the period between January 15 and January 19, 2004. This is a summary of the incidents that resulted in deviations above the permit limits:

1. Unit 2 SO2 on January 16, 2004 during the 1700 to 1900 hours. This incident occurred while conducting an operational test of the emissions control device, the Circulating Dry Scrubber. It was discovered that the cause of the process upset was a plugged hydrated lime feed piping and rotary valve. The corrective action taken was to clean the piping and restore the system to service.
2. Unit 2 SO2 on January 17, 2004 during the 1200 and 1300 hours. This process upset was also caused by plugged hydrated lime feed piping and rotary valve. The corrective action taken was to clean the piping and restore the system to service.
3. Unit 2 NOx on January 18, 2004 between the 0400 and 0800 hours. This was due to a process upset in the emissions control device, the Selective NOx Catalytic Reduction (SNCR) system. It was discovered that the mix of urea solution was incorrect and this was manually adjusted to restore the emissions below the permit limits.
4. Unit 2 SOx on January 18, 2004 during the 1400 hour. This occurred during testing aimed at improving the operation of the Circulating Dry Scrubber.
5. Unit 2 opacity exceedences between 1630 and 1654. These occurred due to high levels in the ash collection hoppers of the Electrostatic Precipitator causing re-entrainment of particulates in the exhaust gas stream. Corrective action taken was to restore the levels to normal.

If you have any questions I can be reached at (787) 866-8117 ext. 239.

William G. Vela

AESPR-076478




Puerto Rico

# FAX MESSAGE

To: Ana Rosa Rivera  
PR EQB, Air Quality Area

Fax: (787) 756-5906

From: William Vela

Tel: (787) 866-8117 ext.239

Date: January 26, 2004

Total Pages: 9 (including cover)

**Subject:** **AES Puerto Rico Cogeneration Plant (AESPR), Guayama, PR**
**Construction Permit PFE-30-0896-0860-II-C**
**Title V Operating Permit Application PFE-TV-4911-30-0703-1130**
**Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

Attached is a copy of the CEMS Excess Emissions Reports for the following incidents:
- Unit 1 start-up exceedances during start-up beginning January 22 and ending January 24. The start-up was delayed on the evening of January 22 due to a leaking boiler safety valve that required the boiler be shutdown for repairs. After restarting on January 23rd, the start-up was again delayed due to a failure of a turbine control valve. Unit 1 load passed 50% on January 24 at 2:30 p.m. and emissions returned to normal.
- Unit 2 NOx exceedance during the period of January 24, 2004 between 5:00 a.m and 4:00 p.m. This incident occurred due to a failure of the urea mixing system. The operators managed to mix a batch of urea and returned the emissions control device to normal operation.

If you have any questions I can be reached at (787) 866-8117 ext. 239.


William G. Vela

AESPR-076479



**AES**
Puerto Rico

# FAX MESSAGE

To:   Ana Rosa Rivera                          Fax:   (787) 756-5906
      PR EQB, Air Quality Area

From: William Vela                             Tel:   (787) 866-8117 ext.239

Date: February 12, 2004                        Total Pages: 3 (including cover)

**Subject:   AES Puerto Rico Cogeneration Plant (AESPR), Guayama, PR**
**Construction Permit PFE-30-0896-0860-II-C**
**Title V Operating Permit Application PFE-TV-4911-30-0703-1130**
**Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

Attached is a copy of the CEMS Excess Emissions Report and the Daily Emissions Report for Unit 2 for February 11, 2004. This incident occurred during the 3-hour average between 1500 and 1700 hours. This was due to a process upset of the boiler temperature, air, fuel and emissions controls while increasing load at the request of the electric utility.

The emissions exceedence recorded by the CEMS at 1700 hours was an $SO_2$ 3-hour average of 55.6 lb/hour. The permit limit for this parameter is 54.1 lb/hour on a 3-hour rolling average. The $SO_2$ ppm and lb/MMBtu permit limits were not exceeded.

The corrective actions taken at the time were: stabilize temperature, air and fuel mixes and increased the injection rate of the $SO_2$ sorbents limestone and hydrated lime.

If you have any questions I can be reached at (787) 866-8117 ext. 239.


William G. Vela

AESPR-076481



## FAX MESSAGE

To: Ana Rosa Rivera  
     PR EQB, Air Quality Area

Fax: (787) 756-5906

From: Marco Aresti  
      Lead Operator, Shift B

Tel: (787) 866-8117 ext.244

Date: 07/04/2004

Total Pages: 3 (including cover)

**Subject: AES Puerto Rico Cogeneration Plant (AESPR), Guayama, PR**  
**Construction Permit PFE-30-0896-0860-II-C**  
**Title V Operating Permit Application PFE-TV-4911-30-0703-1130**  
**Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

Attached is a copy of the CEMS Excess Emissions Report and the Daily Emissions Report for Unit #1 for 07/04/2004. This incident occurred during the 0137-0143. At the time the incident occurred the unit was in normal operation. It was discovered that the cause of the process upset was the loss of the Electrostatic Precipitators Transformer Rectifiers.

The excess emissions recorded by the CEMS at 0137-0143 hours were Opacity exceedances of 0137-54.8%, 0143-36.8%. The permit limits for these parameters are 20% on a 6 minutes average.

The corrective action taken was to restore to service the Electrostatic Precipitators Transformer Rectifiers.

If you have any questions please contact William G. Vela at (787) 866-8117 ext. 239.

*Marco Aresti*  
*Lead Operator*

AESPR-076473



## FAX MESSAGE

| | | | |
|---|---|---|---|
| To: | Ana Rosa Rivera<br>PR EQB, Air Quality Area | Fax: | (787) 756-5906 |
| From: | Fernando Rodríguez<br>Lead Operator | Tel: | (787) 866-8117 ext.244 |
| Date: | July 06, 2004 | Total Pages: | 3 |

**Subject:   AES Puerto Rico Cogeneration Plant (AESPR), Guayama, PR**
**Construction Permit PFE-30-0896-0860-II-C**
**Title V Operating Permit Application PFE-TV-4911-30-0703-1130**
**Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

Attached is a copy of the CEMS Excess Emissions Report and the Daily Emissions Report for Unit 2 for July 06, 2004. This incident occurred during the 3-hour average between 0700 and 0900 hours. This was due to a process upset of the boiler temperature, air, fuel and emissions controls while raising load at the request of the electric utility.

The emissions exceedence recorded by the CEMS at 0900 hours was an $SO_2$ 3-hour average of 9.1 ppmvd. The permit limit for this parameter is 9.0 ppmvd on a 3-hour rolling average. The $SO_2$ lb/hr and lb/MMBtu permit limits were not exceeded.

The corrective actions taken at the time were: stabilize temperature, air and fuel mixes and increased the injection rate of the $SO_2$ sorbents, limestone and hydrated lime.

If you have any questions please contact William Vela at (787) 866-8117 ext. 239.


Fernando Rodríguez
Lead Operator