# Tab K

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 1 | 01/05/2003 | 0542 | OPACITY1 | 33.30% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: Opacity went high while increasing load. Initiated a dump | A |
| U1-Opacity- 2 | 01/19/2003 | 0742 | OPACITY1 | 23.50% | R: LOADSWING<br>C: MANUAL DUMP | A |
| U1-Opacity- 3 | 01/19/2003 | 0754 | OPACITY1 | 29.20% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: DUMP SEQUENCE WAS ACTIVATED AND BACK END ROTARY VALVES STOPPE | |
| U1-Opacity- 3 | 02/02/2003 | 0030 | OPACITY1 | 54.70% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: STARTUP ID FAN | C |
| U1-Opacity- 4 | 02/03/2003 | 2030 | OPACITY1 | 22.10% | R: MISC EQUIPMENT TROUBLE<br>C: BTO UNPLUGGING 450 B | D |
| U1-Opacity- 5 | 02/04/2003 | 0554 | OPACITY1 | 32.80% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: LOAD INCREASE | D |
| U1-Opacity- 6 | 02/19/2003 | 2012 | OPACITY1 | 26.20% | R: PRECIPITATOR TROUBLE<br>C: DOSING VALVE 400 B STUCK IN CLOSE POS. | D |
| U1-Opacity- 7 | 02/21/2003 | 0500 | OPACITY1 | 30.30% | R: LOADSWING<br>C: LOAD INC FROM 135 MW TO 200 MW | D |

AESPR-123110

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 8 | 02/23/2003 | 0818 | OPACITY1 | 42.20% | R: SO3 SYSTEM TROUBLE<br>A: NOTIFIED BTO<br>C: CDS START UP , S/D RV ROWS 420 TO 450 | C |
| U1-Opacity- 9 | 02/23/2003 | 0830 | OPACITY1 | 27.70% | R: SO3 SYSTEM TROUBLE<br>A: NOTIFIED BTO<br>C: CDS START UP , S/D RV ROWS 420 TO 450 | |
| U1-Opacity- 9 | 03/19/2003 | 0724 | OPACITY1 | 37.20% | R: MONITOR SYSTEM TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: CLOSED ALL ESP HOPPER VALVE | C |
| U1-Opacity- 10 | 03/19/2003 | 1724 | OPACITY1 | 27.90% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED MAINTENANCE SHOP<br>C: WORKING WITH NEW TIPS | B |
| U1-Opacity- 11 | 03/20/2003 | 0742 | OPACITY1 | 39.80% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED MAINTENANCE SHOP<br>C: HPR-400B NO WORKING PROPERLY | C |
| U1-Opacity- 12 | 03/20/2003 | 1106 | OPACITY1 | 30.10% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED ELECTRIC SHOP<br>C: WORKING WITH DOS VALVE 400B | C |
| U1-Opacity- 13 | 03/20/2003 | 1706 | OPACITY1 | 35.90% | R: MISC. EQUIPMENT TROUBLE<br>C: 400B DOS VALVE TROUBLE | C |
| U1-Opacity- 13 | 03/20/2003 | 1754 | OPACITY1 | 34.20% | R: MISC. EQUIPMENT TROUBLE<br>C: WORKING WITH DOSING VLV 400B | |
| U1-Opacity- 14 | 03/21/2003 | 0512 | OPACITY1 | 27.70% | R: PRECIPITATOR TROUBLE | B |

Page 2

AESPR-123111

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity-15 | 03/21/2003 | 0654 | OPACITY1 | 30.80% | R: MISC.EQUIPMENT TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: CLOSE ROTARY VLV'S, | D |
| | 03/21/2003 | 0700 | OPACITY1 | 33.10% | R: MISC.EQUIPMENT TROUBLE<br>C: PLUGGED CDS | |
| | 03/21/2003 | 0736 | OPACITY1 | 44.50% | R: MISC.EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: PLUGGED CDS, OP. UNPLUGGING IT | |
| U1-Opacity-16 | 03/21/2003 | 2130 | OPACITY1 | 38.50% | C: VALVE 400B TROUBLE | C |
| | 03/21/2003 | 2136 | OPACITY1 | 51.50% | C: VALVE 400B TROUBLE AND NOZZLE TROUBLE | |
| | | 2348 | OPACITY1 | 32.80% | R: PRECIPITATOR TROUBLE<br>C: NOZZLE TROUBLE | D |
| U1-Opacity-17 | 03/22/2003 | 1124 | OPACITY1 | 27.40% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: TR'S TRIPPING OFF, HOPPERS FULL | D |
| | 03/22/2003 | 1218 | OPACITY1 | 21.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: TR'S TRIPPING OFF | |
| U1-Opacity-18 | 03/22/2003 | 1624 | OPACITY1 | | C: HOPPERS FULL, TR TROUBLE | |

Page 3

AESPR-123112

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity-19 | 03/22/2003 | 2330 | OPACITY1 | 20.20% | R: PRECIPITATOR TROUBLE<br>C: PROBLEMS WITH RV | C |
| | 03/23/2003 | 0024 | OPACITY1 | 42.60% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: PROBLEMS WITH RV AT ESP | |
| U1-Opacity-20 | 03/23/2003 | 0400 | OPACITY1 | 77.50% | R: LOADSWING<br>A: REDUCE LOAD<br>C: LOWERING LOAD AND PROBLEMS WITH ESP RV'S | C |
| | 03/23/2003 | 0430 | OPACITY1 | 29.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: PROBLES WITH ESP ROTARY VALVES | |
| U1-Opacity-21 | 03/23/2003 | 1336 | OPACITY1 | 29.60% | R: SO3 SYSTEM TROUBLE<br>C: CDS   SART UP | A |
| U1-Opacity-22 | 03/23/2003 | 1500 | OPACITY1 | 31.00% | R: STARTUP<br>C: CDS START UP | A |
| U1-Opacity-23 | 03/25/2003 | 1612 | OPACITY1 | 31.50% | C: ROTARY VLV PROBLEMS | B |
| U1-Opacity-24 | 03/25/2003 | 1730 | OPACITY1 | 41.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: CLOSE ROTARY VLV, MANUAL DUMP | B |
| U1-Opacity-25 | 03/28/2003 | 2318 | OPACITY1 | 36.40% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: AIR HEATER TRIP/ RESETTED | B |

AESPR-123113

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 03/28/2003 | 2330 | OPACITY1 | 47.20% | R: MISC.EQUIPMENT TROUBLE C: AIR HEATER TRIPPED/ RESETED | |
| | 03/28/2003 | 2336 | OPACITY1 | 72.30% | R: MISC.EQUIPMENT TROUBLE A: NOTIFIED CONTROLS SHOP C: AIR HEATER TRIPPED/ RESETTED | |
| U1-Opacity- 26 | 04/05/2003 | 0830 | OPACITY1 | 45.50% | R: SHUTDOWN/UNIT TRIP A: NOTIFIED CONTROLS SHOP C: UNIT TRIP | C |
| U1-Opacity- 27 | 04/08/2003 | 0330 | OPACITY1 | 41.90% | R: PRECIPITATOR TROUBLE A: NOTIFIED CONTROLS SHOP C: problems with ESP | C |
| | 04/08/2003 | 0424 | OPACITY1 | 34.90% | R: PRECIPITATOR TROUBLE A: NOTIFIED CONTROLS SHOP C: problems with ESP | |
| | 04/08/2003 | 0430 | OPACITY1 | 30.00% | R: PRECIPITATOR TROUBLE C: problems with ESP RV | |
| | 04/08/2003 | 0530 | OPACITY1 | 26.00% | R: LOADSWING A: NOTIFIED CONTROLS SHOP C: raising load | |
| U1-Opacity- 28 | 04/10/2003 | 0124 | OPACITY1 | 45.00% | R: MISC.EQUIPMENT TROUBLE | D |
| | 04/10/2003 | 0142 | OPACITY1 | 35.30% | R: MISC.EQUIPMENT TROUBLE C: AIR HTR TRIPPED CAUSING CDS S/D | |
| | 04/10/2003 | 0148 | OPACITY1 | 43.80% | R: MISC.EQUIPMENT TROUBLE C: AIR HTR TRIPPED CAUSING CDS S/D | |

AESPR-123114

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 29 | 04/10/2003 | 0200 | OPACITY1 | 42.00% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: AIR HTR TRIPPED CAUSING CDS S/D | |
| | 04/10/2003 | | | | C: AIR HTR TRIPPED CAUSING CDS S/D | |
| U1-Opacity- 30 | 04/10/2003 | 1848 | OPACITY1 | 29.70% | R: PRECIPITATOR TROUBLE<br>C: lowered load | D |
| U1-Opacity- 30 | 04/14/2003 | 2112 | OPACITY1 | 45.30% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Air Heater Trip | C |
| U1-Opacity- 31 | 04/15/2003 | 0018 | OPACITY1 | 35.10% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Air Heater Trip | C |
| | 04/15/2003 | 0024 | OPACITY1 | 51.70% | R: MISC. EQUIPMENT TROUBLE<br>C: Air Heater Trip | |
| U1-Opacity- 32 | 04/15/2003 | 1648 | OPACITY1 | 68.80% | R: MISC. EQUIPMENT TROUBLE<br>C: AIR PREHEATER TRIPPED | D |
| | 04/15/2003 | 1654 | OPACITY1 | 47.80% | R: MISC. EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: AIR PREHEATER TRIPPED | |
| U1-Opacity- 33 | 07/10/2003 | 0118 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE<br>C: adjust hz at rotary's valves 440& 450. | B |
| U1-Opacity- 34 | 07/11/2003 | 0118 | OPACITY1 | 30.00% | R: MISC. EQUIPMENT TROUBLE<br>C: ADJUST ROTARY's VALVES VELOCITY | B |

Page 6

AESPR-123115

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity-35 | 07/17/2003 | 1212 | OPACITY1 | 39.10% | R: STARTUP<br>C: CDS Start Up Stop Rv Rows 420,430,440,450 | C |
| U1-Opacity-36 | 07/17/2003 | 1400 | OPACITY1 | 32.00% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: problems with RV S/D rv rows 420, 430, 440, 450 | C |
| U1-Opacity-37 | 08/09/2003 | 0230 | OPACITY1 | 22.10% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R.3- 6-7-10 TRIP& ROTARIES PROBLEMS | A |
| | 08/09/2003 | 0236 | OPACITY1 | 21.80% | R: PRECIPITATOR TROUBLE<br>C: ROTARIES PROBLEMS &T.R. 10 TRIPS | |
| | 08/09/2003 | 0348 | OPACITY1 | 22.00% | R: PRECIPITATOR TROUBLE<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0354 | OPACITY1 | 27.10% | R: PRECIPITATOR TROUBLE<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0400 | OPACITY1 | 27.50% | R: PRECIPITATOR TROUBLE<br>C: T.R.PROBLEMS | |
| | 08/09/2003 | 0406 | OPACITY1 | 24.90% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R. PROBLEMS | |
| | 08/09/2003 | 0412 | OPACITY1 | 27.80% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO | |

Page 7

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 0418 | OPACITY1 | 29.90% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0424 | OPACITY1 | 28.80% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0430 | OPACITY1 | 27.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R. PROBLEMS | |
| | 08/09/2003 | 0436 | OPACITY1 | 23.80% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: HIGH LEVEL | |
| | 08/09/2003 | 0442 | OPACITY1 | 22.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: HIGH LEVEL | |
| | 08/09/2003 | 0548 | OPACITY1 | 24.70% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: HIGH LEVEL | |
| | 08/09/2003 | 0554 | OPACITY1 | 26.40% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: HIGH LEVEL | |
| | 08/09/2003 | 0600 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T/R 1-3,1-7,1-8,1-10 TRIP- UNDER VOLTAGE | |

Page 8

AESPR-123117

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 0630 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VLV HIGH LEVELS | |
| | 08/09/2003 | 0654 | OPACITY1 | 23.10% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | |
| U1-Opacity- 38 | 08/09/2003 | 1006 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | B |
| | 08/09/2003 | 1036 | OPACITY1 | 27.00% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | |
| | 08/09/2003 | 1124 | OPACITY1 | 28.20% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | |
| | 08/09/2003 | 1130 | OPACITY1 | 31.20% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | |
| U1-Opacity- 39 | 08/09/2003 | 1148 | OPACITY1 | 23.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE | B |
| | 08/09/2003 | 1200 | OPACITY1 | 32.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE | |
| | 08/09/2003 | 1300 | OPACITY1 | 30.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE | |
| | 08/09/2003 | 1306 | OPACITY1 | 36.60% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE | |
| U1-Opacity- 40 | 08/09/2003 | 1924 | OPACITY1 | 20.80% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels | A |
| | 08/09/2003 | 1930 | OPACITY1 | 26.10% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |

AESPR-123118

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 1942 | OPACITY1 | 35.60% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels | |
| | 08/09/2003 | 1954 | OPACITY1 | 28.00% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels | |
| | 08/09/2003 | 2000 | OPACITY1 | 25.00% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels | |
| | 08/09/2003 | 2006 | OPACITY1 | 33.40% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2012 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2018 | OPACITY1 | 27.30% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2024 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2030 | OPACITY1 | 26.80% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2036 | OPACITY1 | 29.70% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2042 | OPACITY1 | 30.30% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2048 | OPACITY1 | 24.30% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2054 | OPACITY1 | 21.80% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels lowered load | |

AESPR-123119