```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

AES PUERTO RICO, L.P.,         :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil Action No. 04-1282-JJF
                               :
ALSTOM POWER, INC.,            :
                               :
     Defendant.                :

### ORDER

WHEREAS, the Court held a discovery conference on December 7, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion To Compel Production Of Electronic Documents (D.I. 39), Defendant's Motion To Compel Corporate Designee Deposition, Or, In The Alternative, To Postpone "Discovery Dispute" Hearing (D.I. 43), Plaintiff's Motion For Clarification Of Scheduling Order (D.I. 48), Plaintiff's Motion To Compel Production Of Documents (D.I. 49), Supplement To Defendant's Motion To Compel Production Of Electronic Documents (D.I. 53), Defendant's Motion To Compel Answer To Interrogatory (D.I. 55), and Defendant's Motion To Compel Production Of Documents (D.I. 58) are **DENIED WITH LEAVE TO RENEW**.

2. Counsel has until **December 20, 2005** to agree upon and submit a discovery dispute resolution plan.

3. If counsel cannot agree to a discovery dispute resolution plan, counsel is to appear on **December 20, 2005 at 10:00 a.m. in Courtroom 4B.**

December  X  , 2005                              /s/ Joseph J. Farnan
                                                 UNITED STATES DISTRICT JUDGE