IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ALSTOM POWER, INC. ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

On December 13, 2005, Plaintiff served Plaintiff's Second Set of Document Requests, along with a copy of this Notice of Service, by hand delivery, as follows:

    Richard R. Weir, Esq.
    Daniel W. Scialpi, Esq.
    1220 Market Street, Suite 600
    Wilmington, Delaware 19801

and provided a copy by facsimile as follows:

    Anthony F. Vittoria, Esq.
    James E. Edwards, Esq.
    Ober, Kaler, Grimes & Schriner
    Fax: (410) 547-0699

    Respectfully submitted,

    /s/ John S. Spadaro
    John S. Spadaro
    Bar No. 3155
    MURPHY SPADARO & LANDON
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    Tel. (302) 472-8100
    Fax (302) 472-8135

126596

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  December 13, 2005         Attorneys for AES Puerto Rico, L.P.