IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**DISCOVERY DISPUTE RESOLUTION PLAN**

WHEREAS, the Court held a discovery conference on December 7, 2005, and, by an Order dated December 8, 2005, the Court issued a ruling on pending discovery motions and directed AES Puerto Rico, L.P. ("AES-PR") and ALSTOM Power Inc. ("ALSTOM"), the parties, to submit a discovery dispute resolution plan by December 20, 2005; and

WHEREAS, at the Court's direction, the parties met and conferred to resolve areas of dispute;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. **Inadvertent Disclosure**: In order to facilitate the timely exchange of discovery, the parties will exchange documents with the understanding that inadvertent production or disclosure of documents protected by the attorney-client privilege or work product doctrine shall not constitute a waiver of such privilege or protection. Any such inadvertently produced documents shall be returned to the party producing them, and any applicable privilege and protection shall be maintained.

2.  **Expert Discovery**:

The parties shall make disclosures with regard to expert witnesses under Rule 26(a)(2) on the following schedule:

    (i)    Plaintiff's Affirmative Disclosures:  **February 27, 2006**

    (ii)    Defendant's Answering Disclosures:  **March 20, 2006**

    (iii)    Plaintiff's Rebuttal Disclosures:  **April 3, 2006**

Within three weeks of the submission of the Affirmative Disclosures, if any, Defendant is entitled to depose each expert who submitted an Affirmative Disclosure. Likewise, within three weeks of the submission of the Answering Disclosures, if any, Plaintiff is entitled to depose each expert who submitted an Answering Disclosure. Following the submission of the Rebuttal Disclosures, if any, Defendant is entitled to take the deposition of each expert who has filed a Rebuttal Disclosure – as to the Rebuittal Disclosure, solely – even if the expert's deposition had previously been taken in regard to an Affirmative Disclosure.

Such depositions shall be in addition to those authorized under Section I of the Court's Rule 16 Scheduling Order entered on October 7, 2005.

3.  **Document Production**: The parties shall make all responsive hard copy and electronic documents available for production to the requesting party by **December 30, 2005.** In the interim, the parties shall, on an interim basis, make available for review any documents that are assembled, reviewed, and ready for production prior to December 30, 2005.

4. **Privilege Log**: Each party shall produce its privilege log with regard to hard copy and electronic document production to the opposing party on or before **December 30, 2005.**

5. **Answers to Interrogatories**: Pursuant to the agreement between ALSTOM and AES-PR, ALSTOM shall limit its interrogatory in the manner in which it agreed with AES-PR and AES-PR shall supplement its Answer to ALSTOM's revised Interrogatory No. 2.

6. **Hearing**: The hearing currently scheduled for December 20, 2005 at 10:00 a.m. is canceled.

December ___, 2005   _____
United States District Judge