IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC. )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

**NOTICE OF SERVICE**

On December 23, 2005, Plaintiff served Plaintiff AES Puerto Rico's Second Set of Interrogatories, along with a copy of this Notice of Service, by facsimile and hand delivery, as follows:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>1220 Market Street, Suite 600
>Wilmington, Delaware 19801

and provided a copy by facsimile as follows:

>Anthony F. Vittoria, Esq.
>James E. Edwards, Esq.
>Ober, Kaler, Grimes & Schriner
>Fax: (410) 547-0699

>Respectfully submitted,

>/s/ Jonathan L. Parshall
>Jonathan L. Parshall
>Bar No. 3247
>MURPHY SPADARO & LANDON
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>Tel. (302) 472-8100
>Fax (302) 472-8135

126973

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  December 23, 2005                Attorneys for AES Puerto Rico, L.P.