IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

On January 3, 2006, Plaintiff served Plaintiff's Objections to ALSTOM Power Inc.'s "Amended Notice of Deposition of Corporate Designee (Damages)," along with a copy of this Notice of Service, by facsimile and first class mail, postage prepaid, on:

        Richard R. Weir, Esq.
        Daniel W. Scialpi, Esq.
        1220 Market Street, Suite 600
        Wilmington, Delaware 19801
        Fax: (302) 888-3225

        Anthony F. Vittoria, Esq.
        James E. Edwards, Esq.
        Ober, Kaler, Grimes & Shriver
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        Fax: (410) 547-0699

        Respectfully submitted,

        /s/ John S. Spadaro
        John S. Spadaro
        Bar No. 3155
        MURPHY SPADARO & LANDON
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        Tel. (302) 472-8100
        Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: January 3, 2006          Attorneys for AES Puerto Rico, L.P.