IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC. <br><br> Defendant. | Civ. No. 04-1282-JJF |

## NOTICE OF SERVICE

On January 3, 2006, Plaintiff served Plaintiff's Objections to ALSTOM Power Inc. "Amended Notice of Deposition of Corporate Designee (Documents & Things)," along with a copy of this Notice of Service, by facsimile and first class mail, postage prepaid, on:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>1220 Market Street, Suite 600
>Wilmington, Delaware 19801
>Fax: (302) 888-3225
>
>Anthony F. Vittoria, Esq.
>James E. Edwards, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643
>Fax: (410) 547-0699
>
>Respectfully submitted,
>
>/s/ John S. Spadaro
>John S. Spadaro
>Bar No. 3155
>MURPHY SPADARO & LANDON
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>Tel. (302) 472-8100
>Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: January 3, 2006          Attorneys for AES Puerto Rico, L.P.