IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

Defendant ALSTOM Power, Inc., by undersigned counsel and pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby gives notice that it will take the deposition upon oral examination of Gary Bates before a notary public or other such person authorized to administer oaths beginning at 9:30 a.m. on Thursday, January 26, 2006, and continuing until the deposition is completed, at the offices of Wright, Stout, Fite & Wilburn, 300 West Broadway, Muskogee, OK 74402-0707, or at such other location as the parties shall agree. The deposition shall be recorded by video and stenographic and/or sound means.

ALSTOM POWER INC.

_____
James E. Edwards, Esquire
Anthony F. Vittoria, Esquire
Michael A. Schollaert, Esquire
OBER, KALER, GRIMES & SHRIVER, P.C.
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:    (410) 547-0699

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of January 2006, a copy of the foregoing Notice of Deposition was served via electronic mail and first-class mail on:

| | |
|---|---|
| John S. Spadaro, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road, Suite 210<br>Wilmington, Delaware 19805 | Daniel D. Williams, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 |

_____
Michael A. Schollaert