IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**THIRD AMENDED NOTICE OF DEPOSITION**

Defendant ALSTOM Power, Inc., by undersigned counsel and pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby gives notice that it will take the deposition upon oral examination of Elias Sostre before a notary public or other such person authorized to administer oaths beginning at 9:30 a.m. on Friday, January 20, 2006, and continuing until the deposition is completed, at the offices of AXTMAYER, PSC, American International Plaza, Suite 404, 250 Munoz Rivera Avenue (Hato Rey), San Juan 00918, Puerto Rico. The deposition shall be recorded by video and stenographic and/or sound means.

ALSTOM POWER INC.

_____
James E. Edwards, Esquire
Anthony F. Vittoria, Esquire
Michael A. Schollaert, Esquire
OBER, KALER, GRIMES & SHRIVER, P.C.
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:   (410) 547-0699

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of January, 2006, a copy of the foregoing Third Amended Notice of Deposition was served via electronic mail and first-class mail on:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

_____
Michael A. Schollaert