IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1282-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

On January 17, 2006, Plaintiff served Plaintiff's Supplemental Responses to Alstom Power Inc.'s Interrogatory No. 10, along with a copy of this Notice of Service, by hand delivery, as follows:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, Delaware 19801

and provided a copy by facsimile as follows:

> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Schriner
> Fax: (410) 547-0699

> Respectfully submitted,
>
> /s/ John S. Spadaro
> John S. Spadaro
> Bar No. 3155
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> Tel. (302) 472-8100
> Fax (302) 472-8135

127677

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: January 17, 2006          Attorneys for AES Puerto Rico, L.P.