IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1282-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

On February 7, 2006, Plaintiff served Plaintiff AES Puerto Rico L.P.'s First Set of Requests for Admission, along with a copy of this Notice of Service, by hand delivery, as follows:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, DE 19801

and provided a copy by facsimile and Fedex as follows:

> James E. Edwards, Esq.
> Anthony F. Vittoria, Esq.
> Ober, Kaler, Grimes & Shriver
> Fax: (410) 547-0699

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

128533

- 2 -

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Attorneys for AES Puerto Rico, L.P.

Dated: February 7, 2006