IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

### NOTICE OF SERVICE

On February 16, 2006, Plaintiff served Plaintiff's Amended Response to ALSTOM Power, Inc.'s Request for Admission No. 4, along with a copy of this Notice of Service, in the manner indicated below:

**BY U.S. MAIL**
Richard R. Wier, Esq.
Daniel W. Scialpi, Esq.
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY MAIL AND FACSIMILE**
Anthony F. Vittoria, Esq.
James E. Edwards, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

128950

                                                                     Tel. (302) 472-8100
                                                                     Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  February 16, 2006

128950                                      2