IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion to Compel Production of "AESC.COM" E-mail and Associated Electronic Documents filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is **GRANTED**; and

IT IS FURTHER ORDERED THAT Plaintiff produce, within 30 days and in the format agreed to by Plaintiff by letter dated August 12, 2005, all "aesc.com" e-mail and associated electronic documents in its possession, custody, or control that are responsive to ALSTOM's two Requests for the Production of Documents, in the format agreed to by the parties, that were either sent to or received by the twelve individuals identified in ALSTOM's Motion from January 1, 2000 to the present.

**ORDERED**, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:     John S. Spadaro, Esquire
        Richard R. Wier, Jr., Esquire
        Daniel W. Scialpi, Esquire