IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1282 JJF |
| | : |
| ALSTOM POWER INC., | : |
| | : |
| Defendant. | : |

### RULE 7.1.1 STATEMENT

Now comes Daniel W. Scialpi who states that co-counsel for Defendant has made a good faith effort to resolve the matters contained in the attached motion.

**RICHARD R. WIER, JR., P.A.**

　　/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com