# TAB 3

## PART III - GENERAL TERMS

### 1.0 WARRANTIES

1.1.1 Contractor warranties Duke/Fluor Daniel Caribbean S.E. ("D/FDC") and Owner that the Work shall comply with the provisions of this Contract and all specifications and drawings referred to in this Contract, and that the Work shall be free from defects in materials and workmanship and in full compliance with any design or engineering furnished by Contractor. Contractor further warranties D/FDC and Owner that all materials, equipment and supplies furnished by Contractor for the Work shall be new and fit for their specified purposes as set forth in this Contract and be in full compliance with the requirements of this Contract. As described in this Agreement, if any defect in the Work in violation of the foregoing warranties arises within the period set forth below, Contractor shall upon receipt of prompt written notice from D/FDC or Owner of such defect promptly furnish, at no cost to D/FDC or Owner, design and engineering, labor, equipment and materials necessary to correct such defect and cause the Work to comply fully with the foregoing warranties.

1.2 Contractor, at its expense, (including, without limitation, costs of removal, packing, transportation and reinstallation) shall remedy promptly any defective Work which exists during the applicable warranty period as set forth in this Article 1.0, and of which D/FDC gives written notice within a reasonable time after discovery of the defect or damage. Upon such notification by D/FDC, Contractor shall promptly commence and proceed to make all needed adjustments, repairs, additions, corrections, and replacements which arise out of or are necessitated by such defective Work or damage. Contractor shall conduct such warranty work on a overtime schedule basis if D/FDC determines such a schedule is necessary to avoid or minimize the effects of an outage or load reduction and D/FDC shall reimburse Contractor the premium differential for performing warranty work on an overtime basis. Contractor shall coordinate its warranty Work with D/FDC to minimize interference to D/FDC's and Owner's operations. D/FDC will permit reasonable access to as much of the Unit(s) as Contractor may reasonably require for performance of warranty Work, but any costs of uncovering Work shall be the responsibility of the Contractor. Contractor shall perform warranty Work so that such adjustments, repairs, additions, corrections, and replacements do not degrade the performance of, nor impair the use of the Equipment, Materials or other Work in question, other systems, or the Unit(s) as a whole to an extent that the Equipment, Materials, or other Work, systems or Unit(s) will not meet the requirements of this Contract in all respects, and Contractor shall repair or replace all other facilities to the extent they are destroyed or damaged as result of Contractor's performance of warranty Work.

1.2.1 The Warranty Period means that period extending:

Until twelve (12) months after Performance Acceptance with the following exceptions:

a. The warranty period for the Boiler Hot Loop shall be twenty-four (24) months after Performance Acceptance;
b. The warranty period shall be extended for corrective Work as set forth below.

1.2.2 At the mutual agreement of Contractor and D/FDC, warranty Work provided hereunder may be deferred until the time of the Unit's next regularly scheduled maintenance outage, provided that such outage shall commence not later than six (6) months after D/FDC's notice to Contractor of the defective condition, and the warranty provisions hereunder shall apply notwithstanding that such outage occurs after the time the warranty would otherwise expire.

Contractor shall not be liable or responsible for any such warranty work if the outage is not commenced within the stated six (6) months.

1.3 The warranty period shall be extended to cover each of the specific repairs, adjustments, additions, corrections, and replacements furnished under the warranty for a period of twelve (12) months from the date of such repair, adjustment, addition, correction, or replacement, except as provided in the following two paragraphs but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance. A repair, addition, adjustment, correction, or replacement shall be deemed to be completed upon Contractor's submittal to D/FDC of written Notice of Completion unless D/FDC, within ten (10) days thereafter, furnishes Contractor with a written statement of reasons as to why such repair, addition, adjustment, correction, or replacement is not complete. Contractor warrants that the repair, addition, adjustment, correction, or replacement will be consistent with the warranties herein throughout the duration of the applicable warranty period.

1.3.1 In the event any adjustment, repair, addition, correction, or replacement made pursuant to this warranty is ineffective in remedying the defective condition in question, D/FDC shall so notify Contractor in writing prior to expiration of the Warranty Period, as applicable, and Contractor shall proceed to conduct further warranty Work consistent with its obligation under this Article until the defective condition is remedied.

1.3.2 A chronic failure ("Chronic Failure") shall be deemed to occur when any piece of Equipment and/or Materials, or part or component thereof, fails during the Warranty Period and fails a second time during the extended warranty period from the same cause(s). In the event of a Chronic Failure, D/FDC and Contractor shall consult with each other and others as appropriate to reach mutual agreement as to the cause of the failure and as to the appropriate remedy. The warranty for the repair(s) shall then be extended for a period of twelve (12) months from the completion of the repair but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance.

1.4 In the event Contractor shall have been notified in writing of any defects in the Work in violation of Contractor's foregoing guarantees and shall fail to promptly and adequately correct such defects, D/FDC and Owner shall have the right upon written notice to Contractor to correct or to have such defects corrected for the account of Contractor, and Contractor shall promptly pay D/FDC or Owner the reasonable costs incurred in correcting such defects upon submittal of a written claim with back-up documentation supporting written claim.

1.5 In the event of an emergency when, in the reasonable judgment of D/FDC, delay could cause serious loss or damage, the adjustments, repairs, additions, corrections, and replacements necessary to remedy any defective Work may be made by D/FDC, or by a third party chosen by D/FDC, without giving prior notice to Contractor, and the reasonable cost of the remedial work shall be paid by Contractor but Contractor shall have no responsibility or liability (including warranty) for such remedial work. Notice of this course of action will be provided by D/FDC to Contractor as soon as practical.

1.6 The Contractor shall warrant for a period of twenty-four (24) months from performance acceptance the scrubbers, precipitators, induced draft fans, interconnecting duct work and duct work from the induced draft fans to the stack flange against the consequences of accelerated corrosion outside of the industry standards for power-generated facilities with dry scrubbing systems to the extent that the corrosion has materially affected or is reasonably expected to

materially affect in the next two (2) years (i) the structural integrity of the Equipment of any portion thereof or (ii) that ability of the Equipment to mechanically perform. Contractor's corrosion guarantee is conditioned upon operation and maintenance of the system in accordance with Contractor's Operation and Maintenance manuals, Owner's specified operating parameters, and typical system operation at baseload and specified capacity factors. Corrosion shall be monitored by a mutually agreed upon mapping program to be conducted by Owner. Upon demonstration that corrosion exceeds the level described above, the Contractor and Owner shall use best faith efforts to mutually agree on the appropriate remedial actions. In the event that the parties are unable to reach a mutual agreement either as to the extent of corrosion or the appropriate remedy, the issue shall be referred to a mutually agreeable third party mediator. There shall be no re-warranty or extended warranty obligation, as set forth in Article 1.3, applicable to this Article 1.6.

1.7 Contractor agrees that D/FDC may assign its rights under this warranty and other parts of this Contract to Owner and Owner's Lenders, and Contractor hereby consents to the same and shall fully honor its obligations hereunder in the event of any such assignment.

1.8 Consumable items, normal wear and tear (e.g. including, but not limited to, wear on refractory surfaces and maintenance thereof and/or sacrificial items such as weld overlay, tube shields, etc.) and erosion, corrosion or chemical attack to any portion of the boiler system caused in whole or part by deviations in the fuel or feedstocks from the limits specified in the Contract are excluded from any warranty obligations of the Contractor.

1.9 Contractor's representatives shall have reasonable access to test and operating records, the equipment, and other information they deem necessary to satisfy themselves of the validity of a claim under this warranty.

1.10 ALL IMPLIED WARRANTIES INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED AND WAIVED.

## 2.0 INSPECTION, TESTING AND QUALITY CONTROL

2.1 Contractor shall inspect all materials, supplies and equipment which are to be incorporated in the Work. In addition, Contractor shall conduct a continuous program of construction quality control for all Work. Contractor's quality control program and inspection procedures for the foregoing shall be submitted in writing to D/FDC for review and approval, and shall be in sufficient detail to delineate those items to be inspected and the manner in which they are to be inspected, and shall adequately describe all construction quality control activities contemplated, including provision for adequate documentation of Contractor's performance of such quality control and inspection.

2.2 Contractor shall, during the course of performance of the Work hereunder, without additional compensation, make or cause to be made all tests required by this Contract. D/FDC may require additional inspections and tests for which Contractor shall be compensated for. Contractor shall furnish D/FDC with satisfactory documentation of the results of all inspections and tests. For those tests which are specifically listed in the Contract as "D/FDC Witness Tests", D/FDC shall be given not less than five (5) working days notice by Contractor in order that D/FDC and/or Owner may witness any such tests.

# TAB 4

# OPERATION AND MAINTENANCE MANUAL, VOLUME 1





**ENVIRONMENTAL ELEMENTS**
C O R P O R A T I O N
*Innovation • Customer Satisfaction*



AES PUERTO RICO,
L. PARTNERSHIP (AES-PR)
GUAYAMA, PUERTO RICO




*AES-PR TOTAL ENERGY
PROJECT M.O. 420584*

## AIR QUALITY CONTROL SYSTEMS
*Electrostatic Precipitators • Fabric Filters • Scrubber Systems • Repair, Rebuild, and Enhancement*

EEC-05970

# AIR POLLUTION CONTROL SYSTEM
## (DESULPHURIZATION & PARTICULATE CONTROL)
## OPERATION AND MAINTENANCE MANUAL

### AES PUERTO RICO, L. PARTNERSHIP (AES-PR)
### AES-PR TOTAL ENERGY PROJECT
### GUAYAMA, PUERTO RICO

**DFDC PO NUMBER: 3674004SB0001**
**EEC M.O. NUMBER 420584**

### AUGUST 2001 ISSUE

**REPLACEMENT SPARE PARTS**
TEL   800-PART-EEC
TEL   800-727-8332
FAX   410-368-7059

**24-HR EMERGENCY SERVICE**
800-928-HELP
800-928-4357

**ENVIRONMENTAL ELEMENTS CORP.**
3700 Koppers Street
Baltimore, MD 21227
Phone: (410) 368-7000
Fax:   (410) 368-6896

Office Hours: 8:15 a.m.-5:00 p.m. EST
Monday through Friday

*AUGUST 2001 ISSUE*

# Chapter 9

# Maintenance of APCS

EEC-06082

## 9.0 Introduction to Maintenance

Proper maintenance is important to any system for problem free operation and extended life span. This chapter is written as a guideline for the maintenance of the air pollution control equipment supplied by Environmental Elements Corporation.

**This is not meant to supersede any vendor requirements as outlined in their respective O & M manuals or plant maintenance practices. The vendor manuals pertaining to the auxiliary equipment supplied are included in subsequent volumes of this manual.**

It is the responsibility of plant personnel to review this material and incorporate the requirements in their already existing maintenance schedules. The customer may decide to alter or customize the maintenance as determined through operating experience.

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following overview of the maintenance and monitoring plan is geared specifically to minimizing corrosion of surfaces that handle flue gas.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue gas approach temperature to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to ensure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operation conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the Chloride Content or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach

temperature. This measurement should be taken on a pre-established schedule. In the beginning, this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

The third critical process parameter is the operation of the soot blowers. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles, the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

## *9.1 Maintenance Periodic Summary*

As part of routine maintenance, the following items should be inspected periodically to promote trouble-free operation and should become part of the operator walkdown:

### DAILY / EACH SHIFT

- Verify CDS inlet and outlet pressure signal by checking the DCS indication of PI-103A/B and PI-104A/B and comparing with the field pressure gages at the inlet and outlet of the CDS.

- Verify CDS outlet temperature at CDS indication TI-106A/B/C is active and that each of them is approximately the same.

- Verify that the CDS bed differential pressure at DCS indicator PDY-105 is steady and not oscillating.

- Observe that there are no high level alarms in the CDS hopper or ESP fields 2 through 6 hoppers.

- Ensure that the ash level in ESP field 1 hoppers does not fall below the low-level alarm.

- Observe pressure drop across cooling water system pump strainer filters. Clean as required.

- Check water tank level.

- Observe pressure drop across medium pressure aeration air blowers and low pressure airslide air fan filters. Clean as required.

# TAB 5

| | |
|---|---|
| **From:** | Thomas L. Wardell |
| **Sent:** | Wednesday, January 5, 2000 1:35 PM |
| **To:** | VanHooser, Bill <wbvanhooser@eec1.com> |
| **Cc:** | Muller, Bob <ramuller@eec1.com>; Linda R. Jannelle; William M Jarvis |
| **Subject:** | AES - PR - Engineer's Report |
| **Attach:** | EXCERPTF.doc |

Attached is an excerpt from a Black and Veatch Due Diligence Report which addresses their concerns about corrosion. Please review these paragraphs and advise (for transmital to D/FD) your opinion of these concerns.

Our target is to respond on January 10 to D/FD.

WARD-EMAIL-006900

# EXCERPT FROM BLACK AND VEATCH DUE DILIGENCE REPORT

*Sulfur Dioxide*

Total $SO_2$ emissions in the flue gas will not exceed the more stringent of 8.4 ppmvd at 7 percent $O_2$, 0.022 lb/MBtu, or 54.1 lb/h. About 70 percent of the $SO_2$ formed during the combustion of sulfur in the fuel will be captured by the calcium oxide that is generated from the calcination of the limestone in the CFB combustor. This calcium sulfate ($CaSO_4$) reaction product is the major component of the CFB bed ash stream. To ensure good sulfur capture, the furnace temperature range is controlled and excess limestone and oxygen are provided beyond the requirements of these combustion and calcination reactions. In addition, the unit will be equipped with a circulating dry scrubber ("CDS") system for $SO_2$ emission reduction. This system uses water and dry lime to reduce the flue gas temperature and react with $SO_2$ to form calcium sulfite. The solid materials introduced and formed are removed in downstream equipment. $SO_2$ emissions will be determined over an 8 hour time period. Compliance demonstration will be by CEM.

Black & Veatch does not believe that the coating specification described in the CDS specification is adequate for defining appropriate coating requirements. Significant corrosion has been found in spray drier and CDS vessels due to chlorides in the flue gas or water. Coating of the vessel should minimize this corrosion.

*Particulate Emissions Control*

The emission control system includes an ESP for particulate emission control from the flue gas stream leaving the CFB steam generator and the CDS sulfur dioxide emission control system. This equipment is capable of meeting the permitted emission rate for both particulate matter ("PM") and particulate matter smaller than 10 microns ($PM_{10}$) of 0.015 lb/MBtu and providing plume opacity of less than 20 percent based on a 6 minute average. The permit also requires equipment with a removal efficiency of at least 99 percent. The ESP should be able to provide compliance with this requirement. Compliance demonstration will be by stack test using EPA Methods 5, or 17 for PM and, EPA Methods 201a and 202 for $PM_{10}$.

The ESP will be designed to use 16 inch collecting plate spacing. The ESP will have a minimum specific collecting area of 400 $ft^2$/1,000 acfm and the flue gas will have a velocity of 3.3 ft/s through the ESP at full load. These values are consistent with high particulate removal efficiencies.

The CDS vessel and ESP casing and inlet and outlet manifolds will be fabricated of 1/4 inch thick carbon steel plates with stiffeners. Hoppers will be fabricated of 3/16 inch thick carbon steel plates with stiffeners. No mention of the chloride content in the flue gas was made. Vessels used in similar service and made of carbon steel without protective coatings have suffered significant corrosion in a short period of time. Coating the CDS vessel and the ESP inlet mouthpiece would significantly slow the effects of the chloride corrosion.

WARD-EMAIL-006901