# TAB
# 6

| | |
|---|---|
| **From:** | Charles_B_Jones_Jr@d-fd.com |
| **Sent:** | Tuesday, March 14, 2000 3:45 PM |
| **To:** | rmcparland@aesc.com; sferguson@aesc.com; Paul D. Kuczma; bruce.wilham@us.abb.com; vsingh@aesc.com; Doug_Stowe@d-fd.com; Bob.DayJr@d-fd.com; Robert_L_Misenheimer@d-fd.com; dhoxie@aesc.com; Mike_Norris@d-fd.com; Stephen_M_Jansen@d-fd.com; G.petrie@aes.com |
| **Cc:** | Charles_B_Jones_Jr@d-fd.com; William M Jarvis; Thomas L. Wardell |
| **Subject:** | AES/PR: ABBCE/DFD/AES CFB Boiler, CDS Meeting Minutes 2/10&11 2000 |
| **Attach:** | CFB Blr mtg mom - 211 AES responseA.doc |

Please find attached the minutes to the AES-PR  ABBCE, EEC, DFD, AES CFB
Boiler and CDS Scrubber design review meeting held in Windsor Conn. on 2/10
& 2/11/2000. Please note and continue to work on action items issued
during the meeting.   Forward note to other attendees which may not be
listed above.

(See attached file: CFB Blr mtg mom - 211 AES responseA.doc)

Best regards, CBJones.

- CFB Blr mtg mom - 211 AES responseA.doc

List of Meeting Attendees:

| AES | ABBCE | DFD |
|---|---|---|
| Stewart Ferguson | Bill Jarvis | Bob Misenheimer |
| Ron McParland | Tom Wardell | Mike Norris |
| Bill Kownurko | Bruce Wilhelm | Bob Day |
| Gary Petrie | Dick Skowyra (PT) | Bo Jones |
| Dale Hoxie | | |
| David Stone | | |
| Vigai Singh | | |

| S&W | EEC |
|---|---|
| John Mustonen | John Toher (Fri.) |
| Christopher Wedig (Fri) | Bill VanHooser (Fri.) |
| | Bob Muller (Fri.) |

## I.     Thursday, 10 Feb. 2000     CFB Boiler Discussions

### A. Review of Warrior Run Lessons Learned

1. Refractory Design: AES/PR design is not the same as on Warrior Run. Design is same as reviewed in 2/99 meeting. CE's current plan is to issue contract for detail design and installation. Detail design will be in accordance with CE Specification. AES would like to review specification. CE to provide preliminary spec. by 3/15/00.

2. AES proposes to ship in bed ash, convey and store in coal silo for charging furnace. This may be a problem for the coal feeders since ash flow characteristics are not the same as coal. CE will investigate the possibility of modifying one coal feeder to accommodate ash. Other possibility is to charge through ash reinjection system if capacity is sufficient.

3. AES advised that SA/ID/PA Fan Dampers actuators must be electric not pneumatic. AES wants Beck. CE will advise D/FD of commercial impact. CE will also provide information on Jordan drives as an alternative.

JARV-EMAIL-003377

4. WR has succeeded in meeting the ramp rate requirements. AES/PR specified ramp rate is 5% of existing load per minute.  D/FD will coordinate this requirement between boiler and turbines controls.  ABBCE to review WR design and determine if applicable method for obtaining ramp can be applied to AES/PR.  **DFD to provide preliminary design document (incorporating ABB-CE, ABB-PGI & D/FD input) to AES for review.**

5. Fans

- ID fan rotor "sag" : CE has imposed a condition of 400 deg. F in spec. .  CE provided its fan spec. wording regarding design to prevent vibration and Stone & Webster found it to be reasonable.

- D/FD will provide vibrator monitors.  S&W requested and CEI provided criteria for vibration. DFD will develop equipment specification for vibration monitoring equipment, this document will provide the overall vibration monitoring philosophy that will be incorporated on the project.

- Duct turning vanes **straightening vanes, and stiffeners** will be designed to prevent vibration (failures occurred at WR).

6. Limestone Transport System undersized at WR.  This was due to additional elbows/pipe added after blowers were purchased.  AES/PR limestone preparation/ transport system scope is split between D/FD & CE.  This will be coordinated between the two parties. D/FD and CE will ensure that the limestone transport system will be designed throughout with adequate margins and will not be blower limited like Warrior Run.

7. Startup Burners – Based on experience with Todd burners:
Accessories need to be integral to burner as much as possible.
Auxiliary equipment needs to be higher quality.
Auxiliary equipment needs to be accessible for repairs when unit is on line.
CE will provide preliminary drawings of selected burner to D/FD for review
Todd burners were otherwise acceptable to AES.

JARV-EMAIL-003378

**B. Review of Tonghae Lessons Learned**

1. Startup Burner Location: AES is concerned about times to warm-up the furnace during a cold start. AES/PR location is approximately at 13 feet above the grate. Due to physical equipment constraints cannot place lower. CE confirmed that the AES/PR burners are tilted 30 deg. towards the bottom of the furnace. This combined with the higher volatile fuel will speed startup. **AES stated final design must comply with hot and cold start requirements set out in PPA.** D/FD confirmed that these requirements are defined in the specification.

2. FBAC's are not used on PR.

3. AES/PR nozzles will not be the same as original Tonghae. PR nozzles have a steeper angle. Kladno and Ledvice have had good experience with this nozzle.

4. AES/PR has drain on headers and plenums to remove ash that has back sifted. D/FD and CE to coordinate access to these drain valves. **Drain valves for FA headers need to be accessible when unit is on line. Drain valves also need to be operable from platform or deck.**

5. FBHE enclosures will have access doors. AES prefers the drain size to be 6". CE will size accordingly.

6. Primary Air windbox will have drains. AES prefers the drain size to be 6". CE will size accordingly.

   CE will investigate redistribution of the air split in the seal pot.

7. D/FD has a conceptual plan for a hoistway of approximately 10' x 10' x 12' which will be equipped with an electric hoist. D/FD will review with AES.

8. Backpass vibration occurred on Tonghae under unusually high air flow conditions. This disappeared after the unit was seasoned. No special conditions are provided on AES/PR as it is impossible to predict the nature of the vibration.

General Lessons Learned –

1. FBHE Thermocouples –
   AES wants to be certain that adequate tools are available to monitor operating conditions.

   CE will release the next issue of P&ID's during week of 21 February 2000. AES will review.

JARV-EMAIL-003379

2. Backpass doors – Tapered plugs were a CE standard at one time, however these plugs did not stay in the cavity because they are so thin. The standard was changed to brick. Thicker plugs are not desirable because they would be in the gas stream.

3. D/FD will locate the Blowdown Valves near the flash tank on a platform between the two boilers just below the drums. D/FD and CE will coordinate locations of other drains to be readily accessible for operation from platforms. **AES requested DFD to review overall design to ensure proper separation of various drains – specifically blowdown header back pressure concerns.**

4. **Lower cyclone dip leg static pressure taps on the seal pots will be located at the same elevation as the top of the dip leg weir. Upper static pressure tap will be located near the top of the dip leg. (2 to 3 feet below the bottom of the cyclone cone.)**

5. ACV hydraulic skid. AES prefers that this be mounted off the valve in an accessible location. CE agreed to pursue mounting the hydraulic unit on adjacent platforms.

6. FA Blowers – AES requested positive sealing type valves on vent valves and shutoff valves with minimum leakby. The vents currently have silencers but not positive sealing valves. CE will advise commercial impact to provide positive sealing valves. Specific attention must be applied to cross-over damper leakages.

7. Boiler Quality Issues –

   Quality plan in place with AAP manufacturing facilities.

   CE reviewed welder tracibility methods used by ENS. ENS will use CE quality system. All ENS pressure weld will have welder tacibility marked on drawings and stamped adjacent to welds.

   CE goes beyond the ASME code requirements and includes magnetic particle inspection of header nipple welds after PWHT.

   Finwelds at sootblower openings in backpass side walls – PR will have more slots at the openings which was this fix on WR.

JARV-EMAIL-003380

8. Maximum ash discharge temperature from ash screw coolers is 450°F. ABB indicated design discharge temperature is 350F. Pneumatic bottom ash system to be sized to run all four bottom ash screws at 100% at same time. Two of four bottom ash screw coolers required for full load operation.

9. Predicted carbon heat loss is 1%, which equates to 6% - 8% carbon in the flyash.

10. Metal expansion joints in the solids ducts at Thames failed after 5 years of operation. The failures were a result of stress corrosion cracking induced as a result of moisture. There were numerous tube leaks in the FBHEs. Thames expansion joints were upgraded to Inconel 625. Shady Point has stainless steel joints but has not experienced the same failures. The AES/PR joints are stainless steel. AES requested ABB to evaluate cost impact for alternate expansion joint material.

11. CE reviewed the material selection for FBHE. T-91 nipples are specified on the outlet of the RH and finishing SH. Bend criteria has been specified to eliminate the need for solution annealing. There is no T-91 material in the bed. 347H is used for the in bed heat absorption assemblies.

   AES requested information on boiler material selections in order to maintain the boiler. CEI will investigate how to provide this information.

12. Bottom Ash Drain
   Reviewed CE drawings. CE will include a "grizzly" at the inlet to the drain.

13. Roller Crusher vs. Hammer Mill for coal crushing: D/FD will provide distribution curves for the coals and crushers for CE review.

14. Vortex finder pin material is Haynes 556.

15. Install TE's to monitor temperatures during startup. AES will review location of T/C's

16. FBHE Blowers are centrifugal.

17. CE will provide shielding on gas duct expansion joints. These will be welded plate. AES indicated that these should be designed for cleanability during outage.

18. Expansion joints: (See item No. 10.) Joint design is not finalized. CE will send to D/FD for review.

JARV-EMAIL-003381

19. Sootblower System Design

Backpass sootblowers are retractable and ½ track

Spiral fin pitch is greater than bare tube design.  Bank depth is limited to 6 feet.

Experience on Q-Pipe air heaters (Smaller tube pitch) has shown that these were never a problem to clean.

Sootblower system will have thermal drains at the bottom.

CE has provided D/FD with an option to automate the sootblower shut off valve and to provide flow indication

20. Boiler design and fabrication code is ASME Section 1.

21. Sliding pressure operation will be coordinated by D/FD.

22. Economizer elements are supported with ladder type design.

23.    Normal air heater exit gas temperature is 280 - 290°F.  400°F is specified for excursion not to exceed.   **Discussion about leakage rates – AES requested for ABB to get Alstom input about quad sector design and also expected leakages at reduced loads.**

24. From 2/24/99 Meeting
    a) CE will provide option price for ceramic lined pipe when requisitioning system.
    b) FBHE – CE agreed to provide flow transmitters and pneumatic actuated dampers on the 3 main supply headers to each FBHE.
       Note - AES has requested actuators with high quality positioners.
    c) RH Bypass system.  CE will quote to D/FD.
    d) Ash Reinjection System:  System is sized for 24 TPH of flyash reinjection.  This would result in approximate capacity of 9 TPH of Bed Ash.  AES cautioned that experience has shown that bed ash transmission characteristics are different than flyash transmission characteristics and therefore bed ash may not be readily transferred using a system designed for flyash. Ash splits are expected to be 30% bottom ash (50% design) and 70% flyash (140% design).  This is based on worst case design coal (approx. 10% ash, lowest heating value, and highest sulfur content) and 80% $SO_2$ capture.  CE had based on use of aragonite sorbent but will now use Ponce limestone.  Only 2 of 4 ash coolers are required at MCR under these conditions.  CE estimated that approximately 200 tons of ash would normally be in the system including 100 tons in the combustor.  Although an ash reinjection system will be provided, ABB does not believe it will actually be required.

JARV-EMAIL-003382

AES wants to have the ability to charge the furnace during the warm-up period rather than pre-charge. This would require a higher capacity than is currently specified.CE is to provide an option for dedicated bed ash re-injection system to meet the following criteria:

> $\approx$ 24 hour boiler fill
> Injection points into seal pots
> 250 to 300 Ton Material

25    Air Heater

- Ljungstrom trisector 28VI52 APH with automatic leakage control system will be used.
- Leakage of 6-8% is expected in long term with 15% max. (The CDS is designed for 15% APH leakage.)
- CE providing soot blowing at both ends of APH with off-line water washing.


**C. Limestone Prep System –**

CE summarized the results of the Ponce Limestone testing. The reactivity of this limestone is below the minimum criteria in the specification. The limestone milling system will increase in size. The guarantee values must also be modified.

Currently the prepared limestone storage silo is designed for 7-day storage. There is concern that this may result in flow problems when extracting the limestone. Changing the design to 2 or 3 day storage is currently under consideration.

AES expressed concern that 2 or 3 days does not allow sufficient reserve capacity. As such the crusher capacity, and/or quantity would have to be changed.

AES expressed a preference for 3 day silos with 2 X 100% crushers or 1 X 50% hammer mill and 1 x 100% crusher.

AES advised that hammer Mills most likely will not work on Aragonite based on Cedar Bay experience. Particle size/characteristic is similar to beach sand. CE is currently considering hammer mills or roll crushers.

AES will provide typical particle size distribution curves for the Aragonite and Ponce Cement Limestone to CE.

AES will provide sample material to crusher suppliers for analysis. CE to advise where to send samples & how much.

Design of this system is currently on hold pending decision on the silo/crusher arrangement.

JARV-EMAIL-003383

Emissions -

Emissions limits were lowered in the specification rev 3. Issued Nov. 1999. CEI believes that this was due to an error in the calculations by ENSR when converting to PPM values. AES believes that if this is a mathematical error then the permit can be changed. CEI agreed to provide information to ENSR on the factors to use when calculating the conversions. AES will pursue this administrative change with the EPA. CEI will continue with the design per the original specifications.

The revised specification also changes the compliance measurement to the CEMS. D/FD will investigate the accuracy of the CEMS at these emissions levels.

AES made a request for a boiler PFD.

JARV-EMAIL-003384

## II.    Friday, 11 Feb. 2000    CDS/ESP Discussions

EEC provided a narrative overview and discussion on the design an operation of the CDS/ESP.  EEC stressed that maintenance of spray nozzles and assurance of adequate flue gas approach temperature are required for long term success and minimization of vessel corrosion.

EEC will investigate and provide a report on operating history of European design CDS and the effects of corrosion.  The report to include methods of control on CDS corrosion.  Report will include information on latest European technology, CDS leaseon learned summary and how improvements may be used on AES-PR.

EEC will provide a four nozzle CDS injection system with a spare nozzle test assembly.

EEC will provide information on an optional carbide tip nozzle.

EEC to provide options on CDS linners and additional wall thickness costs for AES's consideration.

EEC P&ID's to be issued no later than 3/1/00.

EEC, ABBCE and DFD will setup a telephone conference call to discuss EEC ESP control interfaces to the operator and DCS.

EEC and ABBCE will update and resubmit equipment specification data sheets to DFD.

- EEC will develop "Test and Monitoring Plan" to ensure proper maintenance activities are conducted through the initial 2 years of commercial operation. AES personnel will carry out and ensure the monitoring plan is followed.  This plan will allow AES and EEC to properly monitor any potential corrosion problems that may arise.  This to include  an overview of the CDS O&M procedures, and type of Owner records that will be required concerning the CDS nozzle O&M.

EEC will develop control logic to allow automatic ramp up vessel temperature set point prior to commencing soot blowing activities

1.  CDS and ESP overview by EEC
    - CDS approach temperature is 30°F.
    - The ESP is more economical than a baghouse

JARV-EMAIL-003385

- Bulk gas velocity is <20 ft/sec in CDS.
- CDS gas residence time is approximately 3 seconds from base of cylinder to base of exit flange. (This compares to 10 seconds minimum on a spray dryer.)
- There are 2 orders of magnitude more solids in CDS than in a spray dryer.
- The CDS solids to water ratio is 20 to 1.
- The entire process has a nominal gas residence time of 2-4 seconds.

- The dust load to the ESP is 300-400 g/ACF which compares to 8-9 g/ACF for a spray dryer. Were baghouse to be used, the bags would have to be cleaned constantly due to the high dust load and benefit of any $SO_2$ capture on the bag cake would be compromised. Also, the bags would wear quickly due to a high cleaning frequency. Finally, the ESP will clean the gas as well as a baghouse.

- Approximately 300 ton/hr will be moved on the air slide. The slides are fluidized, covered, and insulated, however a black plant would leave stagnant lime sitting on the approximately 100 ft slide at a depth of 6-7 in.

- Controls -
- $\Delta P$ across bed in CDS controls the ash recirc. flow.
- Gas exit temperature controls spray water flow.
- $SO_2$ emissions control lime flow.
- Two out of three logic thermocouples determine dew point approach.
- Dew point is manually measured with "wet sock" on thermocouple.

- Sootblowing increases wet bulb by 5-7°F and you must adjust process to follow, i.e., increase reactor temperature by spraying less.

- AES/PR will have 3 different approach temperatures (30, 42, and 50°F) depending on spray water chlorine content. Chloride will not be intentionally added to AES/PR spray water since it is already there. Conductivity and TDS of spray water are looked at to control approach temperature. Measurement of conductivity and TDS are by others.

- A boiler tube leak could adversely affect the CDS by increasing dew point and could potentially lead to a CDS shutdown, and hence plant trip.

- RO concentration from cooling tower blowdown will be used for spray water.

- Experience of EEC's CDS at Gillette Station -
- CDS vessel wall thinning was experienced but root cause was not determined. A "quick fix" had to be made during an outage. Gillette chose a vinyl esther lining and paid for the installation itself. EEC recommended epoxy either sprayed or troweled on.
- AES/PR will have no lining or coating, but will have a 1/16 in. corrosion allowance.
- Gillette is the only EEC CDS installation which has experienced wall thinning.
- EEC believes Gillette was "on the learning curve" with respect to approach temperature control and spray nozzle maintenance and this led to corrosion (presumably due to wall wetting within the CDS).
- AES/PR will have a corrosion assessment after 2 years operation with protection extending out to 4 years.

JARV-EMAIL-003386

- Gillette's coating degradation was thought to be due to erosion rather than corrosion due to wetting.
- Acid induced uniform (not pitting) corrosion was experienced at Gillette based on coupons examined.

• Four spray nozzles are required for AES/PR, with one spare. When testing one, you put spare on-line.

• There is a new nozzle in use in Europe, allowing use of one nozzle instead of four. (AES prefers to remain with four).

• EEC's CDS installation at North Carolina is 40 MW vs. 80 MW at Gillette. It uses only one nozzle and experienced corrosion in the nozzle belt area of the CDS vessel. This was replaced with 317 L SS. No corrosion was experienced further up in vessel as at Gillette. Plant now pays more attention to nozzle maintenance.

• Nozzles wear out in about 6 months (due to erosion). Hardened SS is used as opposed to ceramics, although some German installations use ceramic wear tips.

• Most information on CDS experience in Europe comes to EEC via Lurgi, however EEC occasionally talks directly to plants.

• Technology transfer to EEC from Lurgi occurred in 1990.

• Gillette tripped about 60 times in 4 months during startup, due mostly to upstream equipment, as opposed to CDS.

• Suspended solids in spray water must be filtered out to minimize nozzle wear.

• Solids buildup on nozzles should not be severe enough to affect spray pattern if operated properly.

• The nozzles are high $\Delta P$ "fogging" nozzles with 500 psi to nozzles. Total flow to CDS at AES/PR is about 150 gpm.

• Nozzles penetrate vessel wall about 20 in. and spray straight across. Droplet size is about 100 micron. (This seems larger than "fog" described above.)

• Gillette had defective nozzles initially, which "dribbled" at the wear part joint due to bellows.

• EEC's "lessons learned" report on European CDS experience should be broadened to include Gillette and North Carolina, as committed to in the meeting.

2. The CFB will be designed for 80% $SO_2$ capture. EEC is using this number which was based on an economic study performed in 1996 when FW/Pyropower was involved in the project. CE has not re-examined this issue. EEC is comfortable with achieving the very low permit level emissions. They have seen <10 ppm $SO_2$ achieved at 3 plants and believe their reagent use guarantee is conservative. ESP particulate performance and emissions is not seen as a problem.

JARV-EMAIL-003387

3.  $SO_3$ levels are expected to be low. (Typically <1 ppb, according to CE). There are no problems expected in adjusting CDS to accommodate range of 5-15% air heater air inleakage to gas stream entering CDS. EEC is designing for this. Severe chloride corrosion on the lower ESP plates at Gillette occurred since plates were wetted. Wetting was due to vacuum/pressure relief valves on the ash bins which were wide open and drawing in cool air and moisture.

4.  Solids residence time in CDS is nominally 30 minutes, with gas residence time of about 3 seconds. Increasing gas residence time would require taller reactor and higher $\Delta P$. EEC stated there is high probability that no purchased hydrated lime will be required at all at AES/PP since quicklime from CFB will hydrate in CDS and be recycled through CDS.

    Should the CDS vessel require coating in field, a 7-day outage would be required. Wall corrosion could be monitored with a baseline UT with periodic followup. Increasing the corrosion allowance from 1/16 to 1/8 in. would cost about an additional $40,000. Vinyl esther coating costs about $20/ft$^2$ installed.

6.  The CDS is designed for a hopper full of 90 lb/ft$^3$ ash plus a 1 ft thick solids buildup on the vessel walls. Interlocks will prevent water getting into the hopper which could conceivably increase ash density to 120 lb/ft$^3$. (This has caused structural failures in some dry scrubbers).

7.  No expansion joint problems have been encountered due to presence of ammonia slip in flue gas.

8.  There will be no connections on the ESP to accommodate Method 5 testing. DFD is working on $SO_2$ instrumentation to control CDS with Gillette experience and issue of feedback time in mind. (AES to be kept apprised of progress.)

9.  The ESP will have one spare T/R set out of 12 total and its associated spare electrical field. There will be 6 mechanical fields. The spare field will not be either the first or last field. (Gillette had 1 of 10 electrical fields as spare.)

10. There are no horizontal ducts in EEC design in which flyash may accumulate. CE has a duct from the APH to the CDS but this operates at about 60 ft/sec which should keep it swept clean.

    EEC designed for the required turndown. Turndown of 50% can be accommodated without FD fan bypass to CDS. (Gillette had lower turndown than originally designed for.)

14. ESP SCA of 460 is based on 80% $SO_2$ capture in CFB, VWO, 5% OP, worst coal, flyash reinjection, and one electrical field out.

17. DFD and EEC will provide CFB, CDS, and ESP data sheets to AES.

<u>Other Issues</u>

- EEC believes one nozzle design is better than 4 nozzle design since 1 of 1 bad nozzles is probably as bad as 1 of 4.

- AES/PR will have 3 possible elevations of nozzles provided on CDS vessel.

JARV-EMAIL-003388

- CDS hopper clog on Gillette was due to in advertent over-concentration of brine in spray water.

- The AES/PR CDS vessel will have cleanout doors on the hopper.

- Keys to good CDS operation according to EEC -
  - Maintain nozzles.
  - Maintain minimum approach temperature.

- CE and EEC indicated that duct and stack corrosion is not expected due to low $SO_3$ concentration.

- EEC was requested to provide a copy of the overheads used during the meeting.

- EEC was requested to describe how the chloride content of the CDS inlet flue gas/liquids will be measured. Chloride content measurement is by others.

- EEC was requested to describe the CDS nozzle design and configuration. (Provide drawing to AES.)

- EEC was requested to describe the clean-out doors, access, and the maintenance procedures for cleaning out a CDS vessel and /or ESP that is plugged with solids. (Provide further details to AES.)

JARV-EMAIL-003389

# TAB
# 7

| | |
|---|---|
| **From:** | Thomas L. Wardell |
| **Sent:** | Monday, February 21, 2000 4:46 PM |
| **To:** | Bob Day Jr <Bob.Day.Jr@d-fd.com>; Robert L Misenheimer <Robert.L.Misenheimer@d-fd.com>; William M Jarvis; Bruce W. Wilhelm |
| **Subject:** | AES - PR - EEC Corrosion Reference List |
| **Attach:** | Corrosion Experiences.xls |

The attached file includes the reference list with the requested corrosion information. The information on corrosion is based on EEC's due diligence on this subject. EEC has requested an update from Lurgi but have not received their feedback. Although EEC does not anticipate any changes, EEC will forward the update as soon as it arrives. <<Corrosion Experiences.xls>>

Two people from Black & Veatch attended the EEC tour of several facilities in Europe as part of the "due diligence" for Black Hills Power & Light. The trip took place in December of 1992 and was attended by Mr. Kim Mastalio (PM) and Mr. Lloyd Lavely (environmental).

- Corrosion Experiences.xls

WARD-EMAIL-006781

# Environmental Elements Corporation

Reference List

## Semidry Removal of Gaseous Pollutants with Circulating Dry Scrubbing (CDS)

| Client / Location / Country | Source of emission / Fuel | Particulate Collector | Gas Volume Nm3/Hr or ACFM | Year ordered | Start-up | Corrosion Experiences |
|---|---|---|---|---|---|---|
| 1 VAW Bonn Toeging Germany | Elektrolysis | ESP | 2 x 300.000 | Dec 78 | Jun-80 | This reference is for a different application and not comparable regarding corrosion. |
| 2 VAW Bonn Norf Germany | Elektrolysis | ESP | 8 x 300.000 | Dec 80 | Apr-82 | This reference is for a different application and not comparable regarding corrosion. |
| 3 VAW Bonn Schwandorf Germany | Municipal Waste | ESP | 3 x 97.000 | Dec 80 | Sep-82 | This reference is for a different application and not comparable regarding corrosion. |
| 4 Bayernwerk München Schwandorf Germany | Hard Lignite | ESP | 1 x 245.000 | Dec 83 | Nov-84 | This unit was the first commercial demonstration of the technology in an FGD application. It ran for one year and was removed. |
| 5 KW Borken Preussenelektra Hannover Germany | Lignite | ESP | 1 x 620.000 | Mar 85 | Dec 87 | No reports of any corrosion at this unit. |
| 6 KW Siersdorf EBV Herzogenrath Germany | Hard Coal | ESP | 2 x 363.000 | Mar 86 | May 88 | This unit experienced corrosion of the ESP discharge electrodes which was traced to a manufacturing defect. The electrodes were replaced under warranty and no additional problems have been reported. |

# Environmental Elements Corporation

Reference List

## Semidry Removal of Gaseous Pollutants with Circulating Dry Scrubbing (CDS)

| | Client / Location / Country | Source of emission / Fuel | Particulate Collector | Gas Volume Nm3/Hr or ACFM | Year ordered | Start-up | Corrosion Experiences |
|---|---|---|---|---|---|---|---|
| 7 | Buendner Cementwerke Untervaz Switzerland | Cement Raw Meal / Hard Coal / Oily Wastes | ESP | 1 x 260,000 | Jul-86 | Apr-88 | The Owner elects to operate the CDS at a very close approach to saturation (5 to 15 degrees). The ESP internals and airisides were replaced with corrosion resistant materials to survive this environment. |
| 8 | Adam Opel AG Rüsselsheim Germany | Hard Coal | ESP | 1 x 180,000 | Aug-88 | Mar 90 | Plates in the ESP first field were replaced with corrosion resistant materials. Low temperature operation was the most probable cause. Limited availability of operating data precluded determination of "exact" cause. |
| 9 | ODK Klagenfurt Zeltweg Austria | Hard Coal / Lignite | ESP | 1 x 600,000 | Mar 91 | Jan-93 | No reports of any corrosion experiences. |
| 10 | ODK Klagenfurt St. Andrä Austria | Hard Coal / Lignite | Bagfilter | 1 x 450,000 | Mar 93 | Aug-94 | No reports of any corrosion experiences. |
| 11 | Black Hills Power & Light Gilette / Wyoming | Sub Bitum. | ESP | 1 x 440,000 | Feb-93 | Apr-95 | CDS vessel experienced wall thinning. Most prominent near the water spray zone. Operating logs not definitive. Maintenance of the water nozzles suspected. Maintenance logs on the water nozzles non-existent. On-going operating logs are being monitored extensively to avoid additional corrosion. |
| 12 | Roanoke Valley Energy Weldon / North Carolina USA | Hard Coal | Bagfilter | 1 x 170,000 | Dec 92 | Feb-95 | CDS vessel experienced thinning of walls directly opposite spray nozzles. The Owner replaced "cone" section with corrosion resistant material and admitted to poor nozzle maintenance techniques. Improved nozzle maintenance has stopped the corrosion. |

Environmental Elements Corporation

Reference List

## Semidry Removal of Gaseous Pollutants with Circulating Dry Scrubbing (CDS)

| | Client / Location / Country | Source of emission / Fuel | Particulate Collector | Gas Volume Nm3/Hr or ACFM | Year ordered | Start-up | Corrosion Experiences |
|---|---|---|---|---|---|---|---|
| 13 | Plzenska Teplerenska Plzen Czech Republic | Lignite | ESP | 1 x 688.000 | Oct 95 | Sep-97 | No reports of any corrosion experiences. |
| 14 | Stadtwerke Frankfurt/Oder Germany | Lignite | Bagfilter | 1 x 115.000 | Nov-95 | Aug-97 | No reports of any corrosion experiences. |
| 15 | Setuza a.s. Usti n. L. Czech Republic | Lignite | Bagfilter | 1 x 290.000 | Jun-97 | Sep-98 | No reports of any corrosion experiences. |

# TAB
# 8

| | |
|---|---|
| **From:** | Thomas L. Wardell |
| **Sent:** | Tuesday, May 15, 2001 8:18 AM |
| **To:** | Bob.DayJr@d-fd.com |
| **Cc:** | Reid_Watson@d-fd.com; William M Jarvis |
| **Subject:** | AES - PR - EEC CDS Maintenance and Monitoring Plan |
| **Attach:** | Corrosion_Maintenance.doc |

Attached is the recommended procedures developed by EEC for the requested maintenance and monitoring plan for the CDS.

If there are any questions or comments, please advise.

WARD-EMAIL-007020

## AES PUERTO RICO
## MAINTENANCE AND MONITORING PLAN
## FLUE GAS CLEANING SYSTEM

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following is a brief overview of the maintenance and monitoring plan geared specifically to minimizing corrosion of surfaces that handle flue gas.

The plan starts with insuring that all surfaces are insulated properly and per EEC specifications and drawings. During initial operation, the insulation system should be checked by thermal imaging. This is a survey of the exterior insulation and lagging system that will locate "hot spots" which can lead to premature cold face corrosion. One method uses an infrared camera that documents the results on a VCR tape. Additional documentation involves high temperature photographs of the problem areas. These photographs and the corresponding areas or high temperature anomalies are itemized with the corresponding temperature and video index number. Hard to recognize areas can also be accompanied by real life photographs. These areas should be transferred to a thermal map, which consists of a general arrangement drawing that is specifically modified for this purpose. The insulation/lagging in areas with excessive heat loss should be repaired or replaced.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue *gas approach temperature* to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to insure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operating conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the *Chloride Content* or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach temperature. This measurement should be taken on a pre-established schedule. In the beginning this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

WARD-EMAIL-007021

The third critical process parameter is the operation of the *soot blowers*. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

Specific maintenance procedures were identified in the Typical Operations & Maintenance Manual, Volume 1, Section 9. This was forwarded for review on 9/28/00. In addition to these procedures the AES-Puerto Rico O&M manual will emphasize preventative maintenance procedures on the CDS Spray Water Nozzles. A brief summary of these are presented for your review:

> The CDS vessel includes six (6) possible locations for the placement of the water nozzles. There will be only four (4) nozzles that operate at any time, and there is one (1) spare, pre-piped nozzle. During start-up, EEC personnel will determine the optimum location of the operating nozzles. Initially the nozzles should be inspected daily, as a minimum, and ideally once per operating shift. This inspection procedure involves pulling the nozzle out of the protector tube. In particular you are looking for build-up or unusual wear patterns near the nozzle tip. There should be no build-up, and the nozzle tip should be round with a well-defined edge. You are also looking for evidence of water leaks in the threaded joints at the end of the nozzle.

> Should the inspection reveal abnormal wear or build-up, this is an indication that the nozzle should be removed from service and its flow pattern should be tested. A test stand is provided for this particular purpose. Operation of the spray nozzle in the test stand will provide visual inspection of the spray pattern. It should be uniform and the spray pattern should produce a gentle, and even sensation to the touch. Any unevenness in the spray may result in large droplets that can contact and wet the interior wall of the CDS.

> During the inspection of the water nozzles, any build-up in the lance protector tube should also be noted. In addition to inspecting the protector tube with the nozzle retracted, there are small inspection ports, located on the vessel exterior, in the vicinity of the nozzles. These allow one to visually check the condition of the bed material and to take a physical sample of the ash/product in the bed. This is just another test to determine the condition and operation of the nozzles. The bed material should be dry and free flowing.

> The results of these inspections must be recorded in the plant daily logs. In the event that stable process and CDS operations allow, the frequency of these tests during the warranty period can be relaxed.

It is crucial that the recommended operating parameters of the flue gas cleaning system are followed. It is equally important that proper maintenance procedures are carried out by the plant personnel. As a means of verifying these actions, EEC recommends that the wall thickness of the vessel be monitored prior to startup to develop baseline data, and annually to record the rate of corrosion. A handheld, battery powered ultrasonic tester should be used to measure the wall thickness from inside the vessel. These measurements should then be transferred to an elevation

WARD-EMAIL-007022

drawing. Four (4) ports will be installed in the CDS roof, around the perimeter, at 90° intervals for this purpose. A steel cable will be secured at the top and lowered through the each port. A small "skyclimber" platform can be assembled inside the vessel, and will travel upward via the cable. Three (3) readings should be taken at 5' intervals on each quadrant of the wall. If a deviation greater than 5 mils occur in the readings at each elevation, then additional readings should be taken to determine the true average thickness.

In summary the keys of the Operation and Monitoring Program are noted below:

A. External lagging temperatures are checked during initial operation to verify Insulation and lagging is installed per drawings and specifications.
B. Cold air inleakage is checked and excessive leaks repaired.
C. Close control of critical operating parameters including:
    1. CDS outlet temperature
    2. Ash chloride content
    3. Sootblowing cycles
D. An effective and diligent program for maintenance of spray water nozzles is implemented.
E. Maintain daily plant logs for above operating parameters and maintenance procedures.
F. Annual test program is employed to measure the rate of corrosion in the CDS vessel.