# TAB 12

| | |
|---|---|
| **From:** | Robert L Misenheimer <Robert.L.Misenheimer@d-fd.com> |
| **Sent:** | Wednesday, January 5, 2000 10:57 AM |
| **To:** | William M Jarvis |
| **Subject:** | Banks Engineer's Report |
| **Attach:** | IEABBDFD10400.doc |

Please review the portions of the attached preliminary draft of the bank's engineers report for the AES Puerto Rico Project that relate to ABB scope of supply. In particular please review the wording on the boiler sizing and anything you can add that puts things in a more positive light. Also please review the comments on chloride corrosion of the CDS and ESP on page 12.

Thanks, Bob

---------------------Forwarded by Robert L Misenheimer/CL/Fluor on 01/05/2000 10:50 AM ------------------------

sferguson@aesc.com (Stewart Ferguson) on 01/03/2000 10:29:24 PM

To:  ROBERT.MISENHEIMER@D-FD.COM, MALLA.REDDY@D-FD.COM
cc:  rmcparland@aesc.com, vsingh@aesc.com
Subject:  Banks Engineer's Report

Attached is a highlited copy of the bank's engineers report.

Please have ABB review their portion and see if it could have a more positive spin on the boiler sizing ( is it accurate ?)

Also could you have your leads review it for accuracy.

There is an issue with foundations which we need to address immediately . The Enron site which B&V did was mat foundation on rock piers ( approx. 60' deep) . This was a big deal with Enron spending $15m on the rock work.

I talk to you tommorow about this issue.

Stewart

(See attached file: IEABBDFD10400.doc)

- IEABBDFD10400.doc

JARV-EMAIL-072664

# TAB 13

| | |
|---|---|
| **From:** | Charles B Jones Jr <Charles.B.Jones.Jr@d-fd.com> |
| **Sent:** | Thursday, February 3, 2000 5:24 PM |
| **To:** | Thomas L. Wardell; William M Jarvis; Robert L Misenheimer <Robert.L.Misenheimer@d-fd.com>; Bob Day Jr <Bob.Day.Jr@d-fd.com>; sferguson@aesc.com; rmcparland@aesc.com |
| **Subject:** | AES-PR - ABBCE/DFD/AES 2/10 & 11 Mtg Agenda |
| **Attach:** | CFB Boiler CDS ESP Mtg Agenda2.doc; pic06123.pcx; pic26594.pcx |

Latest agenda listed below, which includes comments from AES, Ron McParland.

(See attached file: CFB Boiler CDS ESP Mtg Agenda2.doc)


--------------------- Forwarded by Charles B Jones Jr/CL/Fluor on 02/03/2000 05:22 PM --------------------------
                    CHARLES B JONES  JR
                    02/03/2000 09:39 AM
                    (Embedded image moved to file: pic06123.pcx)

To:   thomas.l.wardell@us.abb.com, william.m.jarvis@us.abb.com, Robert L
    Misenheimer/CL/Fluor@DFD, Bob Day Jr/DFD@DFD, sferguson@aesc.com,
    rmcparland@aesc.com
cc:

Subject:  AES-PR - ABBCE/DFD/AES 2/10 & 11 Mtg Agenda

Updated Agenda Attached.  Pls ignore previous issue and provide comments to
document attached below.



--------------------- Forwarded by Charles B Jones Jr/CL/Fluor on 02/03/2000 09:34 AM --------------------------
                    CHARLES B JONES  JR
                    02/02/2000 05:17 PM
                    (Embedded image moved to file: pic26594.pcx)

To:   thomas.l.wardell@us.abb.com, william.m.jarvis@us.abb.com, Robert L
    Misenheimer/CL/Fluor@DFD, Bob Day Jr/DFD@DFD, sferguson@aesc.com,
    rmcparland@aesc.com
cc:

Subject:  AES-PR - ABBCE/DFD/AES 2/10 & 11 Mtg Agenda

Pls review the attached agenda, action item reveiw listing and provide comments
by Monday 2/7/00.
Thank you, Bo Jones.

JARV-EMAIL-009248

- CFB Boiler CDS ESP Mtg Agenda2.doc - pic06123.pcx - pic26594.pcx

JARV-EMAIL-009249

Preliminary List of Meeting Attendees:

| AES | ABBCE | DFD | EEC |
|---|---|---|---|
| Steward Ferguson | Bill Jarvis | Bob Misenheimer | John Toher (Fri.) |
| Ron McParland | Tom Wardell | Mike Norris | Others (Fri.) |
| Bill Kownurko | Bruce Wilhelm | Bob Day | |
| Garry Petrie | Others | Bo Jones | |
| Dale Hoxie | | | |
| David Stone | | | |

S&W

John Mustonen
Christopher Wedick (Fri)


**I.  Thursday,  Febr. 10, 2000    CFB Boiler Issues**

**8:00 AM**
**1. Introductions**
**2. Meeting Purpose and Review of Agenda**

**3. Review of Warrior Run Lessons Learned**

a.      CFB refractory anchor design is becoming a problem.  As the cast iron or carbon steel anchor heats up to full operating temperature, the anchor expands and causes the refractory to pop off.

b.      CFB bed material.  Initial load with sand and then added limestone used during startup. It reacted to form sheets of glass in the bottom of the bed.  AES wants to ship in CFB bottom ash, convey and store in one coal silo and feed into the bed during startup.

c.      Damper actuators.  Need to be electric (Beck or equal).  Having control and instability problems with pneumatic actuators.

d.      Warrior run is not able to meet design boiler ramp rate of 6 MW/minute. [1/2/00 status, unit ramp rates proven in a "manual" mode (boiler, turbine running as islands with operator coordinating). Coordinated unit tuning still to be done]. AES-PR has a 5%/minute design ramp rate at 50 – 100 % load. ABB to present action plan on how to comply with PPA.

e.      Fans.

- If ID Fans shut down when hot and could not restart quickly, the fan rotors sagged and caused problems on restarting the fans. What steps has CE taken to ensure this wouldn't be a issue for PR.
- Vibration monitoring philosophy. ABB-CE changed type of probe (Prox vs velocity). What is planned for AES-PR. Does this match DFD's philosophy.
- PA / SA straightening vanes in ductwork, substandard design, falling off.

f.  Limestone transport system undersized.

JARV-EMAIL-009250

g. Startup Burners
- Poor quality of auxiliary equipment.
- Design utilized remotely mounted equipment, resulted in unacceptable field installation.

**4. Review of Tonghae Lessons Learned**

a. Start-up burners location. Tonghae located on the sidewalls and were elevated well above the grate. AES concerned about extending cold start up times.

b. Will AES-PR utilize FBACs (Fluid Bed Ash Coolers)? We understand Tonghae had numerous and serious problems.

c. Combustor grid nozzle design. We understand these experienced excessive backsifting (after unit shutdown).Has Tonghae nozzles been replaced with a new design. What is action plan for AES-PR.

d. FBHEs and loop seals nozzle design created severe backsifting (similar to combustor grid?). Excessive plugging of fluidizing header nozzles. No drains on headers, had to be retrofitted later. What is action plan for AES-PR, need adequate provisions for drains.

e. Original Tonghae FBHEs had no access doors or drains (had access via return chutes).What is action plan for AES-PR.

f. Inadequate drains in windbox. Due to numerous backsifting problems additional, larger drains and valves were added later. What is action plan for AES-PR.

g. There were no gangways to allow movement of material and equipment up and down in the structure. Similar problems exist at Warrior Run. What provisions has DFD/ABB-CE made to ensure design will have adequate provisions for maintenance activities.

h. Tonghae experienced severe backpass vibration under certain load/air flow/gas flow conditions. What provisions have been incorporated into AES-PR design to prevent reoccurrence.

**General Lessons Learned**

a. Will FBHE's equipped with TE's to monitor ash flows?  Provides superior monitoring capabilities and minimizes speculation during problem periods of start up.

b. Does CE plan on putting bricks in the backpass doors?  A better solution is tapered blocks, much easier installation/removal.  That is if they require anything beside the refractory on the doors.

c. Confirm continuous blowdown valves will be located on an operating floor, not at the drum.

d. Instrumentation on the seal pots should be same as that of present WR design, (ie. static at dip leg and upper static to DCS).

e. Locate hydraulic skid for ash control valves in an accessible location, skid can be located off ACV.

f. Do the FA blowers have positive sealing vent valves?  Require this for noise compliance.

JARV-EMAIL-009251

g.  Boiler fabrication Quality issues.

h.  Tube fin welds at bent tubes in backpass. (Failures at Warrior Run)

i.  Header nipple welds. (Failures at Warrior Run)

j.  Weld documentation – Traceability of welds if a problem occurs so that other work done by same person or group can be scrutinized after the fact. (Not able to trace welds after failures were discovered at Warrior Run)

k.  Material Selection Issues.-Question use of T-91 tubing instead of TP-304 or T-22 tubing. (Is proper heat treating and documentation of T-91 possible in Indonesia to keep tubing from reverting back to T-9 material?)

l.  Provide additional details of the bottom ash drain design. Consider addition of bottom ash grizzlies.

m.  Roller instead Coal crusher,general discussion on feasibility.  Review of roller mill design (Gunlach) vs hammer mill design (Penn Crusher) based on test results for the AES-PR coal.

n.  Vortex finder and vortex finder support system design. Upgrade pin material to Haynes 556.

o.  Install TE's to monitor temps during startup.

p.  What types of blowers are used for the FBHE fluidizing air, centrifugal or PD type blowers, selected vendor.

q.  Provide details on the fabric expansion joint design and shielding for all expansion joints in ash laden flue gas duct work.

r.  What is the design ash discharge temperature from the ash screw coolers?

s.  What is the design or guarantee flyash unburned carbon loss?

t.  Details on the ash duct (refractory lined) expansion joint design.  These details should also include information on the expansion joint material selection and the basis for this material selection.

5.  Discussion of ABBCE's Steam Soot Blowing System Design.  Steam supply and header drainage arrangement.
    Type of sootblowers used in the extended surface economizer section should be justified.  This surface could be difficult to thoroughly clean.  Remote operated steam isolation valves and flow measurement transmitters be installed on the sootblower supply header.  CE will provide option for PLC control of sootblower system.

6.  Discussion on the Regenerative Air Heater Scope of Supply and Design.

JARV-EMAIL-009252

Trisector regenerative air heater, The 15% air-to-gas side leakage rate is a suitable margin for this type of design. Should a low leakage design be considered due to the high air to gas side ΔP encountered in a CFB application. Potential for excessive leakage, fouling, plugging, sootblowing, washing, effect of economizer tube leaks, etc. ABB-CE to provide details confirming adequate consideration has been given to ensure design has considered these items

7. Spec requires foreign codes only with prior Engineers approval. CE to provide update.

8. Sliding Pressure Operation - The sliding pressure profile must be consistent with steam turbine manufacturer guidelines. AES requires update (D-FD & ABB-CE) to ensure boiler and turbine controls coordinated.

9. The use of spiral wound surface in the economizer is unusual in domestic CFBs. CE to provide details confirming adequate consideration has been given to the potential for fouling and plugging, particularly during upset conditions (tube leaks etc). Confirm present design has provisions for additional surface area should it prove necessary.

10. The implications of operating with air heater outlet at 400F must be carefully examined. This temperature is quite low. What is it based on and could it be even lower?

11. Boiler fan margins. Design book requires 20% on flow and 30% on static pressure and this is what is listed in the specification. Is ABBCE adding margin on top of what is specified ? Can ABBCE provide fan curves for DFD review ? What are ABBCE's standard test block margins ?

12. From 02/24/99 meeting minutes:

    a.     Ceramic lined piping in the sorbent injection system instead of carbon steel pipe with wear sections

    b.     FBHE – Flow transmitters on all distribtion headers. CE backfitted dampers with actuators based on problems at Tonghae, what is planned with AES-PR.

    c.     RH Bypass – Include the valve and associated piping

    d.     ABBCE to advise on bed ash reinjection capacity. Using system currently in ABBCE's scope of supply, how long will it take to empty the bed and how long will it take to reinject the bed during an outage ?

- What is actual bed ash capacity now, AES believes it is higher than 6 TPH's due to piping being shared for FA injection.
- Will 6TPH support boiler startup requirements. What is the expected bed ash breakdown and loss rate during boiler warm-up? AES-Thames typically experiences 3-4 TPH ash loss due to ash breakdown during the boiler warm-up period. Based on this a 6 TPH injection rate will not be adequate to build bed during a boiler cold start from an empty condition.

13. Use of off-site bed ash to initially charge the CFB Boilers and the ability to flow bed ash through the coal handling system and gravimetric feeders.

**Lunch - PM**

**14. Limestone Prep System Discussion**

JARV-EMAIL-009253

Results of Ponce Limestone testing.
Limestone Storage and Prep Design Review
Limestone Prep System Options

**15.  CO & NOx  -  Guarantees & Limits**


**II.  Friday,  Febr. 11, 2000    CDS & EPS Issues**

**AM**

**1.  CDS and EPS Design and Operations Overview**

**2.  Overall SO2 & Particulate Guarantees**

**3.  <u>GENERAL POLLUTION CONTROLS</u>**
The combined SO2 emissions requirement of the CFB and Scrubber of .022 lb/MBtu is extremely aggressive and we are unaware of any industry experience at scale and for this type of operation which would be comparable. D/FD and ABB's CFB and Scrubber suppliers should demonstrate how they can achieve this. We will need a detailed technical presentation from ABB's best scrubber designers for this particular type of device along with all relevant experience Other key issues include longevity of the equipment including corrosion allowances and any vessel linings , air inleakage including through the regenerative air heater , potential for corrosion due to operation near dew point , potential for spray nozzle clogging ,potential solids buildup on scrubber vessel walls , and potential corrosion of downstream components due to acid dew point considerations.

4.  The implications of operating with air heater outlet at 400F must be carefully examined. This temperature is quite low. What is it based on and could it be even lower?  Details of corrosion allowances, any linings, etc should be presented. The design criteria for the achieved 25 year design life should be confirmed.

5.  The 3 second residence time seems quite low , particularly considering the high level of SO2 capture expected, and should be carefully examined including basis , operating experience , etc. Also, 30 minute calcium residence time should be stated as minimum. Both residence times should be defined.

6.  The possibility of the absorber filling with solids should be examined including implications on the design of the hopper. The basis of the 90 lb/ ft3 material; density should be examined since it could possibly be higher. In any case , the spec. should state this as a minimum.

7.  Suppliers' commercial experience with the water nozzles should be presented in detail , particularly pertaining to solids buildup, corrosion , and erosion.

8.  Confirm expansion joints be designed to withstand the ammonia slip in the flue gas.

9.  Number, size, and location of ESP test connections should be stated.

10    Which ESP field is considered redundant?

11.    Flyash fallout in ducts at minimum load ( gas velocity ) should be addressed.


**LUNCH  -  PM**


12.  Details on the door and seal design for the CDS access doors.

JARV-EMAIL-009254

13. Ladder specifications for the CDS state bars will be 1 ½" x ½" with 1" rungs.  This leaves minimum material in the ladder bars.  A better specification would be 2 or 2 ½" x ½" bar.

14. The design for the ESP SCA uses a worst case fuel @ 100% MCR condition to size the ESP.  Other design specifications for the steam generating units are based on 100% MCR plus 5% over pressure operation when burning range fuels.  Should the ESP sizing also be determined on this basis?

15.  Does ESP design consider FA re-injection loading.

16. ESP controls discussion.  The type of control system hardware, MMI, graphics and the ability to interface/tie-into the plants DCS via a control net or serial interface.

17. Updated CFB Boiler, CDS and ESP data sheets to be provided.

JARV-EMAIL-009255

# TAB
# 14

**From:**      Charles B Jones Jr <Charles.B.Jones.Jr@d-fd.com>
**Sent:**      Monday, February 28, 2000 10:29 AM
**To:**        rmcparland@aesc.com
**Bcc:**       William M Jarvis
**Subject:**   AES/PR: ABBCE/DFD/AES/EEC/S&W Record of Meeting February 10 & 11, 2000
**Attach:**    pic27463.pcx; mom - 211.doc

Ron,
Did AES have any comments to the subject meeting minutes? Pls provide your comments to the attached file by 3/1/00.
Thank you, Bo Jones.

---------------------- Forwarded by Charles B Jones Jr/CL/Fluor on 02/28/2000 10:24 AM --------------------------

                    CHARLES B JONES
                    JR
                    02/18/2000 04:14 PM
           (Embedded image moved to file: pic27463.pcx)

To:  rmcparland@aesc.com, Bob Day Jr/DFD@DFD, Doug Stowe/CL/Fluor@DFD,
     dhoxie@aesc.com
cc:

Subject:  AES/PR: ABBCE/DFD/AES/EEC/S&W Record of Meeting February 10 & 11, 2000

Ron,

Pls review minutes to our 2/10&11/2000 meeting and provide comments as needed.
Thanks, Bo Jones.

(See attached file: mom - 211.doc)


- pic27463.pcx - mom - 211.doc


JARV-EMAIL-009179

List of Meeting Attendees:

| <u>AES</u> | <u>ABBCE</u> | <u>DFD</u> |
|---|---|---|
| Stewart Ferguson | Bill Jarvis | Bob Misenheimer |
| Ron McParland | Tom Wardell | Mike Norris |
| Bill  Kownurko | Bruce Wilhelm | Bob Day |
| Gary Petrie | Dick Skowyra (PT) | Bo Jones |
| Dale Hoxie | | |
| David Stone | | |
| Vigai Singh | | |

| <u>S&W</u> | <u>EEC</u> |
|---|---|
| John Mustonen | John Toher (Fri.) |
| Christopher Wedick (Fri) | Bill VanHooser (Fri.) |
| | Bob Muller (Fri.) |

I.    **Thursday, 10 Feb. 2000   CFB Boiler Discussions**

**A. Review of Warrior Run Lessons Learned**

1. Refractory Design: AES/PR design is not the same as on Warrior Run.  Design is same as reviewed in 2/99 meeting.  CE's current plan is to issue contract for detail design and installation.  Detail design will be in accordance with CE Specification. AES would like to review specification.

2. AES proposes to ship in bed ash, convey and store in coal silo for changing furnace. This may be a problem for the coal feeders since ash flow characteristics are not the same as coal.  CE will investigate the possibility of modifying one coal feeder to accommodate ash.  Other possibility is to charge through ash reinjection system if capacity is sufficient.

3. AES advised that SA/ID/PA Fan Dampers actuators must be Beck not pneumatic. CE will advise D/FD of commercial impact.  CE will also provide information on Jordan drives as an alternative.
   AES requested HP Blower discharge valves to be positive seat type, with minimal leakby.

4. WR has succeeded in meeting the ramp rate requirements. AES/PR specified ramp rate is 5% of existing load per minute.  D/FD will coordinate this requirement between boiler and turbines controls.  ABBCE to review WR design and determine if applicable method for obtaining ramp can be applied to AES/PR.

JARV-EMAIL-009180

5. Fans

- ID fan rotor "sag" : CE has imposed a condition of 400 deg. F in spec.
- D/FD will provide vibrator monitors.  S&W requested and CEI provided criteria for vibration.
- Duct turning vanes will be designed to prevent vibration (failures occurred at WR).

6. Limestone Transport System undersized at WR.  This was due to additional elbows/pipe added after blowers were purchased.  AES/PR limestone preparation/ transport system scope is split between D/FD & CE.  This will be coordinated between the two parties.

7. Startup Burners – Based on experience with Todd burners:
   Accessories needs to be integral to burner as much as possible.
   Auxiliary equipment needs to be higher quality.
   CE will provide preliminary drawings to D/FD for review
   Todd burners were otherwise acceptable to AES.


**B. Review of Tonghae Lessons Learned**

1. Startup Burner Location: AES is concerned about times to warm-up the furnace during a cold start.  AES/PR location is approximately at 13 feet above the grate. Due to physical equipment constraints cannot place lower. Tonghae burners were horizontal. CE confirmed that the AES/PR burners are tilted towards the bottom of the furnace.

2. FBAC's are not used on PR.

3. AES/PR nozzles will not be the same as original Tonghae.  PR nozzles have a steeper angle. Kladno and Ledvice have had good experience with this nozzle.

4. AES/PR has drain on headers and plenums to remove ash that has back sifted. D/FD and CE to coordinate access to these drain valves.

5. FBHE enclosures will have access doors.  AES prefers the drain size to be 6".  CE will size accordingly.

6. Primary Air windbox will have drains.  AES prefers the drain size to be 6".  CE will size accordingly.

   CE will investigate redistribution of the air split in the seal pot.

JARV-EMAIL-009181

7. D/FD has a conceptual plan for a hoistway and will review with AES.

8. Backpass vibration occurred on Tonghae under unusually high air flow conditions. This disappeared after the unit was seasoned. No special conditions are provided on AES/PR as it is impossible to predict the nature of the vibration.

General Lessons Learned –

1. FBHE Thermocouples –
   AES wants to be certain that adequate tools are available to monitor operating conditions.

   CE will release the next issue of P&ID's during week of 21 February 2000. AES will review.

2. Backpass doors – Tapered plugs were a CE standard at one time, however these plugs did not stay in the cavity because they are so thin. The standard was changed to brick. Thicker plugs would be in the gas stream..

3. D/FD will locate the Blowdown Valves near the flash tank on a platform between the two boilers just below the drums.
   D/FD and CE will coordinate locations of other drains to be readily accessible for operation from platforms.

4. Instrument taps on the seal pots will be located at the same elevation as the dip leg weir.

5. ACV hydraulic skid. AES prefers that this be mounted off the valve in an accessible location. CE agreed to pursue mounting the hydraulic unit on adjacent platforms.

6. FA Blowers – AES requests positive sealing valves on vent valves and shutoff valves. The vents have silencers but not positive sealing valves. CE will advise commercial impact to provide positive sealing valves.

7. Boiler Quality Issues –

   Quality plan in place with AAP manufacturing facilities.

   CE reviewed welder tracibility methods used by ENS.

   CE goes beyond the ASME code requirements and includes magnetic particle inspection of header nipple welds after PWHT.

   Finwelds at backpass – PR will have more slots at the openings which was this fix on WR.

JARV-EMAIL-009182

8. Maximum ash discharge temperature from ash screw coolers is 450°F.

9. Predicted carbon heat loss is 1%, which equates to 6% - 8% carbon in the flyash.

10. Metal expansion joints in the solids ducts at Thames failed after 5 years of operation. The failures were a result of stress corrosion cracking induced as a result of moisture. There were numerous tube leaks in the FBHEs. Shady Point has not experienced the same failures. The AES/PR joints are stainless steel.

11. CE reviewed the material selection for FBHE. T-91 nipples are specified on the outlet of the RH and finishing SH. Bend criteria has been specified to eliminate the need for solution annealing. There is no T-91 material in the bed.

    AES requested information on boiler material selections in order to maintain the boiler. CEI will investigate how to provide this information.

12. Bottom Ash Drain
    Reviewed CE drawings. CE will include a "grizzly" at the inlet to the drain.

13. Roller Crusher vs. Hammer Mill for coal crushing: D/FD will provide distribution curves for the coals and crushers for CE review.

14. Vortex finder pin material in Haynes 556.

15. Install TE's to monitor temperatures during startup. AES will review location of T/C's

16. FBHE Blowers are centrifugal.

17. CE will provide shielding on gas duct expansion joints. These will be welded plate.

18. Expansion joints: (See item No. 10.) Joint design is not finalized. CE will send to D/FD for review.

19. Sootblower System Design

    Backpass sootblowers are retractable and ½ track

    Spiral fin pitch is greater than bare tube design. Bank depth is limited to 6 feet.

    Experience on Q-Pipe air heaters (Smaller tube pitch) has shown that these were never a problem to clean.

    Sootblower system will have thermal drains at the bottom.

JARV-EMAIL-009183

CE has provided D/FD with an option to automate the sootblower shut off valve and to provide flow indication

20. Boiler design and fabrication code is ASME Section 1.

21. Sliding pressure operation will be coordinated by D/FD.

22. Economizer elements are supported with ladder type design.

23. Normal air heater exit gas temperature is 280 - 290°F.  400°F is specified for excursion not to exceed.

24. From 2/24/99 Meeting
    a) CE will provide option price for ceramic lined pipe when requisitioning system.
    b) FBHE – CE agreed to provide flow transmitters and pneumatic actuated dampers on the 3 main supply headers to each FBHE.
       Note - AES has requested actuators with high quality positioners.
    c) RH Bypass system.  CE will quote to D/FD.
    d) Ash Reinjection System:  System is sized for 24 TPH of flyash reinjection.  This would result in approximate capacity of 9 TPH of Bed Ash.  AES cautioned that experience has shown that bed ash transmission characteristics are different than flyash transmission characteristics and therefore bed ash may not be readily transferred using a system designed for flyash.
       AES wants to have the ability to charge the furnace during the warm-up period rather than pre-charge.  This would require a higher capacity than is currently specified.
       CE is to provide an option for dedicated bed ash re-injection system to meet the following criteria:
       $\approx$ 24 hour boiler fill
       Injection points into seal pots
       250 to 300 Ton Material

**C. Limestone Prep System –**

CE summarized the results of the Ponce Limestone testing.  The reactivity of this limestone is below the minimum criteria in the specification.  The limestone milling system will increase in size.  The guarantee values must also be modified.

Currently the prepared limestone storage silo is designed for 7-day storage.  There is concern that this may result in flow problems when extracting the limestone.  Changing the design to 2 or 3 day storage is currently under consideration.

AES expressed concern that 2 or 3 days does not allow sufficient reserve capacity.  As such the crusher capacity, and/or quantity would have to be changed.

JARV-EMAIL-009184

AES expressed a preference for 3 day silos with 2 X 100% crushers or 1 X 50% hammer mill and 1 x 100% crusher.

AES advised that hammer Mills most likely will not work on Aragonite based on Cedar Bay experience. Particle size/characteristic is similar to beach sand. CE is currently considering hammer mills or roll crushers.

AES will provide typical particle size distribution curves for the Aragonite and Ponce Cement Limestone to CE.

AES will provide sample material to crusher suppliers for analysis. CE to advise where to send samples & how much.

Design of this system is currently on hold pending decision on the silo/crusher arrangement.


Emissions -

Emissions limits were lowered in the specification rev 3. Issued Nov. 1999. CEI believes that this was due to an error in the calculations by ENSR when converting to PPM values. AES believes that if this is a mathematical error then the permit can be changed. CEI agreed to provide information to ENSR on the factors to use when calculating the conversions. AES will pursue this administrative change with the EPA. CEI will continue with the design per the original specifications.

The revised specification also changes the compliance measurement to the CEMS. D/FD will investigate the accuracy of the CEMS at these emissions levels.

JARV-EMAIL-009185

II.    **Friday, 11 Feb. 2000        CDS/ESP Discussions**

EEC provided a narrative overview and discussion on the design an operation of the CDS/ESP.   EEC stressed that maintenance of spray nozzles and assurance of adequate flue gas approach temperature are required for long term success and minimization of vessel corrosion.

EEC will investigate and provide a report on operating history of European design CDS and the effects of corrosion.  The report to include methods of control on CDS corrosion.  Report will include information on latest European technology, CDS leaseon learned summary and how improvements may be used on AES-PR.

EEC will provide a four nozzle CDS injection system with a spare nozzle test assembly.

EEC will provide information on an optional carbide tip nozzle.

EEC to provide options on CDS linners and additional wall thickness costs for AES's consideration.

EEC P&ID's to be issued no later than 3/1/00.

EEC, ABBCE and DFD will setup a telephone conference call to discuss EEC ESP control interfaces to the operator and DCS.

EEC and ABBCE will update and resubmit equipment specification data sheets to DFD.

JARV-EMAIL-009186