# TAB
# 15

| | |
|---|---|
| **From:** | Charles B Jones Jr <Charles.B.Jones.Jr@d-fd.com> |
| **Sent:** | Thursday, February 17, 2000 10:29 AM |
| **To:** | Bruce W. Wilhelm; dshea@ensr.com; rhall@ensr.com; Robert L Misenheimer <Robert.L.Misenheimer@d-fd.com>; vsingh@aesc.com (Vijai Singh); sferguson@aesc.com; rmcparland@aesc.com; Bob Day Jr <Bob.Day.Jr@d-fd.com>; Doug Stowe <Doug.Stowe@d-fd.com> |
| **Cc:** | Harry L Lancaster III <Harry.L.Lancaster.III@d-fd.com>; Thomas L. Wardell; William M Jarvis; Mike Norris <Mike.Norris@d-fd.com>; Malla Reddy <Malla.Reddy@d-fd.com> |
| **Subject:** | AES-PR - EPA permit Administration Change to Air Permit, Flue gas conditions |

Vijai, Stewart,

Confirming my telephone conversation with Dave Shea and Bob Hall of ENSR this morning, ENSR is satisfied with the data ABBCE flue gas conditions data presented below in Bruce Wilhelms's email note. Since the stack flue gas flow is greater than the value ENSR originally used and the exit temp has not changed, ENSR stated that rerunning a plume dispersion model was not required. Based on the received data, ENSR plans to submit a request to the EPA to make an administrative change to correct the flue gas concentration values based on ABBCE calculated F factor.

ENSR requested that ABBCE provide the method/calculation used to determined ABBCE's F factor. ENSR's calculated value is very, very close to ABB's value, but wants to understand the exact differences.

ENSR should base administrative change on the following values: NOx - 57 ppm, SO2 - 9 ppm, CO - 94 ppm based on a F factor of 9694. The constituent gas mass flows (lb/hr) and constituent mass to firing rate (lb/MMBtu) will not change and the values used in the air permit will not change.

ENSR should issue to AES documentation associated with this administrative request to the EPA for final review prior to actual submittal.

Regards, Bo Jones.

bruce.w.wilhelm@us.abb.com on 02/15/2000 05:33:24 PM

To: Charles.B.Jones.Jr@d-fd.com
cc: thomas.l.wardell@us.abb.com, william.m.jarvis@us.abb.com

Subject: Re: AES-PR - Flue gas conditions

WILH-EMAIL-002456

For the maximum firing rate of 2461.3 with the Ljunstrom Air preheater AAP/CE has caluated new gas constituents and gas flows that should be used as the calculation basis for the emission.  The values are on a per boiler basis:

Flue Gas Composition

|       | Wet Volume Basis | Dry Volume Basis |
|-------|------------------|------------------|
| N2    | 70.79%           | 81.00%           |
| O2    | 5.40%            | 6.18%            |
| CO2   | 11.20%           | 12.81%           |
| H2O   | 12.60%           | 0.00%            |
| Other | 0.01%            | 0.01%            |

The flue gas flow at the stack - 777,554 acfm
Flue gas temperature  -  170 F

When using these values the calculated F factor (dscf/MMBtu) will be 9694.

Please review this data before we send it along to ENSR.

WILH-EMAIL-002457

# TAB
# 16

| | |
|---|---|
| **From:** | Robert L Misenheimer <Robert.L.Misenheimer@d-fd.com> |
| **Sent:** | Monday, February 21, 2000 2:21 PM |
| **To:** | rmcparland@aesc.com |
| **Cc:** | AES-PR Project Email File <AES-PR.Project.Email.File@d-fd.com>; Bob Day Jr <Bob.Day.Jr@d-fd.com>; Charles B Jones Jr <Charles.B.Jones.Jr@d-fd.com>; William M Jarvis |
| **Subject:** | AES/PR: Limestone Properties |

Ron,

As we discussed in our meetings last week, ABB needs any information that AES
has or can obtain on limestone particle size distribution ASAP.

Thanks, Bob

--------------------- Forwarded by Robert L Misenheimer/CL/Fluor on 02/21/2000
02:17 PM --------------------------


william.m.jarvis@us.abb.com on 02/17/2000 08:23:15 AM

To:  robert.misenheimer@d-fd.com
cc:
Subject:  AES/PR: Limestone Properties



Dear Bob,

Kindly advise the status of the typical size distribution curves for the two
limestone products under consideration by AES.

Any additional information available from their suppliers would be beneficial
(i.e. quarry name, typical analysis etc).
We will use this information to discuss with crusher suppliers.  This could
influence the quantity of sample required.

Thanks,
Bill

JARV-EMAIL-005707

# TAB
# 17

| | |
|---|---|
| **From:** | Bob.DayJr@d-fd.com |
| **Sent:** | Thursday, May 18, 2000 12:11 PM |
| **To:** | rmcparland@aesc.com; dhoxie@aesc.com; Bob.DayJr@d-fd.com; Doug_Stowe@d-fd.com; William M Jarvis; Thomas L. Wardell; sferguson@aesc.com; Edwin_D_Terres_Jr@d-fd.com; Ronald_D_Bryson@d-fd.com; Mike_Norris@d-fd.com; Connie_Coleman@d-fd.com; Craig_Crews@d-fd.com; Charlie_Lyda@d-fd.com |
| **Subject:** | Re: AES-PR - ABBCE CFB P&ID Review Meeting |
| **Attach:** | ABB P&ID Review Comments.doc; ABB P&ID Agenda.doc; pic13822.pcx; pic15166.pcx; pic14994.pcx; pic09677.pcx; pic09510.pcx |

See attached two word files.

The Review Comments file is an updated version of the ABBCE response (dated 04/07/00)
to AES comments to the ABBCE P&IDs. AES/DFDC comments to the ABBCE responses have
been added.

The Agenda file is the same document as the Review Comments document except that items
already agreed upon have been deleted. Also added two comments from AES to the EEC
P&IDs. This document can serve as an agenda for the conference call.


(See attached file: ABB P&ID Review Comments.doc)(See attached file: ABB P&ID Agenda.doc)
---------------------- Forwarded by Bob Day Jr/DFD on 05/18/2000 12:06 PM
--------------------------
(Embedded image moved to file: pic13822.pcx)
-----------------------------------------------------------------------
    Charles B Jones Jr  05/18/2000 07:47:00 AM
-----------------------------------------------------------------------


To:  rmcparland@aesc.com, dhoxie@aesc.com, Bob Day Jr/DFD@DFD, Doug
    Stowe/CL/Fluor@DFD, william.m.jarvis@us.abb.com,
    thomas.l.wardell@us.abb.com, sferguson@aesc.com, Edwin D Terres
    Jr/DFD@DFD, Ronald D Bryson/CL/Fluor@DFD, Mike Norris/CL/Fluor@DFD,
    Connie Coleman/CL/Fluor@DFD, Craig Crews/CL/Fluor@DFD, Charlie
    Lyda/DFD@DFD
cc:

Subject:  Re: AES-PR - ABBCE CFB P&ID Review Meeting

Conference call is set up through Premiere Conferencing (formally ATS) for
Thursday, May 25, at 1:00p. Toll-free call in number is 800/238-0210,

JARV-EMAIL-029104

confirmation/password code is 987260.

--------------------- Forwarded by Charles B Jones Jr/CL/Fluor on
05/18/2000 07:46 AM --------------------------
(Embedded image moved to file: pic15166.pcx)
-------------------------------------------------------------------------
        Charles B Jones Jr  05/17/2000 11:13:24 AM
-------------------------------------------------------------------------


To:  rmcparland@aesc.com, dhoxie@aesc.com, Bob Day Jr/DFD@DFD, Doug
     Stowe/CL/Fluor@DFD, william.m.jarvis@us.abb.com,
     thomas.l.wardell@us.abb.com, sferguson@aesc.com, Edwin D Terres
     Jr/DFD@DFD, Ronald D Bryson/CL/Fluor@DFD, Mike Norris/CL/Fluor@DFD,
     Connie Coleman/CL/Fluor@DFD, Craig Crews/CL/Fluor@DFD, Charlie
     Lyda/DFD@DFD
cc:

Subject:  Re: AES-PR - ABBCE CFB P&ID Review Meeting

Based on the limited number of P&ID discussion items and an effective
utilization of everyone's time,
please plan on attending a telephone conference call to discuss the subject
area on Thursday May 25 at 1:00 pm EDT.

Meeting and travel to Windsor Conn has been canceled.

Details concerning the conference call phone procedures and discussion
agenda will be forward to you soon.


Please let me know if you have any questions (ph 740-426-2857).   Thank
you, Bo Jones.



--------------------- Forwarded by Charles B Jones Jr/CL/Fluor on
05/17/2000 10:56 AM --------------------------
(Embedded image moved to file: pic14994.pcx)
-------------------------------------------------------------------------
        Charles B Jones Jr  05/09/2000 02:57:09 PM
-------------------------------------------------------------------------


To:  rmcparland@aesc.com, dhoxie@aesc.com, Bob Day Jr/DFD@DFD, Doug
     Stowe/CL/Fluor@DFD, william.m.jarvis@us.abb.com,
     thomas.l.wardell@us.abb.com, sferguson@aesc.com, Edwin D Terres
     Jr/DFD@DFD, Ronald D Bryson/CL/Fluor@DFD, Mike Norris/CL/Fluor@DFD
cc:

Subject:  Re: AES-PR - ABBCE CFB P&ID Review Meeting

Lets try Friday, May 26 in Windsor.   Pls contact me if this date presents
a problem.   Thks, Bo.


--------------------- Forwarded by Charles B Jones Jr/CL/Fluor on
05/09/2000 02:46 PM -------------------------
(Embedded image moved to file: pic09677.pcx)
-----------------------------------------------------------------------
        Charles B Jones Jr  05/09/2000 12:29:37 PM
-----------------------------------------------------------------------


To:  rmcparland@aesc.com, dhoxie@aesc.com
cc:  rmcparland@aesc.com, dhoxie@aesc.com, Bob Day Jr/DFD@DFD, Doug
     Stowe/CL/Fluor@DFD, william.m.jarvis@us.abb.com,
     thomas.l.wardell@us.abb.com, sferguson@aesc.com, Edwin D Terres
     Jr/DFD@DFD, Ronald D Bryson/CL/Fluor@DFD, Mike Norris/CL/Fluor@DFD

Subject:  Re: AES-PR - ABBCE CFB P&ID Review Meeting  (Document link:
     Charles B Jones Jr)

Reschedule of meeting -    Tuesday, May 23, in Windsor for subject
meeting. Pls reply if this date is not acceptable.


Note - Monthly DFD & ABBCE Mtg in Charlotte will be scheduled for 5/23 will
be rescheduled for Wed. 5/31/00.

Regards, Bo Jones.



(Embedded image moved to file: pic09510.pcx)
-----------------------------------------------------------------------
        Charles B Jones Jr  05/05/2000 07:52:13 AM
-----------------------------------------------------------------------


To:  rmcparland@aesc.com, dhoxie@aesc.com, Bob Day Jr/DFD@DFD, Doug
     Stowe/CL/Fluor@DFD, william.m.jarvis@us.abb.com,
     thomas.l.wardell@us.abb.com, sferguson@aesc.com
cc:

Subject:  AES-PR - ABBCE CFB P&ID Review Meeting

JARV-EMAIL-029106

Friday May 19 has been set for the Windsor Conn. ABBCE P&ID review meeting. The meeting will start at 8:00 am and potentially last all day. Please determine if this date is acceptable, If not pls forward a note requesting an alternate date.

Thank you, Bo Jones.

- ABB P&ID Review Comments.doc - ABB P&ID Agenda.doc - pic13822.pcx - pic15166.pcx - pic14994.pcx - pic09677.pcx - pic09510.pcx

JARV-EMAIL-029107

# TAB
# 18

| | |
|---|---|
| **From:** | Ana C Peterson <Ana.C.Peterson@d-fd.com> |
| **Sent:** | Tuesday, March 7, 2000 11:17 AM |
| **To:** | William M Jarvis |
| **Cc:** | Ana C Peterson <Ana.C.Peterson@d-fd.com> |
| **Subject:** | Re: AES-PR Bank's Engineer Questions |
| **Attach:** | pic02719.pcx |

Thanks, Bill. We'll wait for your response and appreciate the efforts.

Another issue has also come up. I have spoken to Vijai again and he wants clarification on the response on corrosion you sent earlier. He points out a statement on the second page, second bullet on the document you sent (from EEC), which states "The design of the equipment can be modified to mitigate the impact of all the above issues." Their concern is the wording "can be modified". The question with regard to the AES-PR project is "has it been"? In other words, have the lessons learned from the other experiences mentioned in that letter been incorporated into the design of the AES-PR scrubbers? And if so, how? (Why won't these problems happen on the AES-PR job?)

Please contact EEC and let us know how to present this to the client and Bank's Engineer.
Thanks,
Ana


william.m.jarvis@us.abb.com on 03/07/2000 10:44:54 AM

To:  "Ana C Peterson" <Ana.C.Peterson@d-fd.com>
cc:  robert.misenheimer@d-fd.com

Subject:  Re: AES-PR Bank's Engineer Questions


Ana,

I have not forgotten the request for Tonghae reliability info. We have had to resort to some extraordinary efforts to get this information released from KEPCO. I hope to have this in a day or two.

Regards,
Bill

JARV-EMAIL-030501

(Embedded    "Ana C Peterson" <Ana.C.Peterson@d-fd.com>
image moved   03/01/2000 04:54 PM
to file:
pic02719.pcx)

To:  William M Jarvis/USFSY/ABB@ABB_USFSY
cc:
Subject:  AES-PR Bank's Engineer Questions

Forwarding.

We understand that you are trying your best to get the info.  Here is the latest
note from the client:

Alstom report on Finned tube Economizer - ABB was supposed to contact
them per Feb 10th mtg. Are there anymore in use besides Ledvice in
Czech with CFB boiler?

Availability factor of Tonghae plants are 40 and 50%; pretty bad. Is
it right number; if yes explain why.  Any start up problem or operating
problems  since COD.

(See attached file: pic02719.pcx)

- pic02719.pcx

JARV-EMAIL-030502

# TAB
# 19

| | |
|---|---|
| **From:** | Ron McParland |
| **Sent:** | Friday, September 12, 2003 8:51 PM |
| **To:** | Paul Stinson; WeiLi Yu; Al Dyer; Calvin Kotrla; carlos reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis |
| **Cc:** | Rick Wylie |
| **Subject:** | ESP,CDS Corrosion Maintenance Plan.doc |
| **Attach:** | Corrosion_Maintenance Plan.doc |

During detailed design we requested EEC to summarize any activities necessary to ensure successful long term operations of the CDS & ESP, attached is the summary. I'm not sure who has already seen this, so if it is old news just ignore. Some are related to preoperational and initial commissioning periods, however others are related to normal O&M. CDS wall thickness checks should be added to the outage plan currently being developed.

RM

AESPR-345376

420584
May 4, 2001

**AES PUERTO RICO**
**MAINTENANCE AND MONITORING PLAN**
**FLUE GAS CLEANING SYSTEM**

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following is a brief overview of the maintenance and monitoring plan geared specifically to minimizing corrosion of surfaces that handle flue gas.

The plan starts with insuring that all surfaces are insulated properly and per EEC specifications and drawings. During initial operation, the insulation system should be checked by thermal imaging. This is a survey of the exterior insulation and lagging system that will locate "hot spots" which can lead to premature cold face corrosion. One method uses an infrared camera that documents the results on a VCR tape. Additional documentation involves high temperature photographs of the problem areas. These photographs and the corresponding areas or high temperature anomalies are itemized with the corresponding temperature and video index number. Hard to recognize areas can also be accompanied by real life photographs. These areas should be transferred to a thermal map, which consists of a general arrangement drawing that is specifically modified for this purpose. The insulation/lagging in areas with excessive heat loss should be repaired or replaced.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue *gas approach temperature* to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to insure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operating conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the *Chloride Content* or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach temperature. This measurement should be taken on a pre-established schedule. In the beginning this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

AESPR-345377

MAINTENANCE & MONITORING PLAN          420584
May 5, 2001

The third critical process parameter is the operation of the *soot blowers*. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

Specific maintenance procedures were identified in the Typical Operations & Maintenance Manual, Volume 1, Section 9. This was forwarded for review on 9/28/00. In addition to these procedures the AES-Puerto Rico O&M manual will emphasize preventative maintenance procedures on the CDS Spray Water Nozzles. A brief summary of these are presented for your review:

> The CDS vessel includes six (6) possible locations for the placement of the water nozzles. There will be only four (4) nozzles that operate at any time, and there is one (1) spare, pre-piped nozzle. During start-up, EEC personnel will determine the optimum location of the operating nozzles. Initially the nozzles should be inspected daily, as a minimum, and ideally once per operating shift. This inspection procedure involves pulling the nozzle out of the protector tube. In particular you are looking for build-up or unusual wear patterns near the nozzle tip. There should be no build-up, and the nozzle tip should be round with a well-defined edge. You are also looking for evidence of water leaks in the threaded joints at the end of the nozzle.

> Should the inspection reveal abnormal wear or build-up, this is an indication that the nozzle should be removed from service and its flow pattern should be tested. A test stand is provided for this particular purpose. Operation of the spray nozzle in the test stand will provide visual inspection of the spray pattern. It should be uniform and the spray pattern should produce a gentle, and even sensation to the touch. Any unevenness in the spray may result in large droplets that can contact and wet the interior wall of the CDS.

> During the inspection of the water nozzles, any build-up in the lance protector tube should also be noted. In addition to inspecting the protector tube with the nozzle retracted, there are small inspection ports, located on the vessel exterior, in the vicinity of the nozzles. These allow one to visually check the condition of the bed material and to take a physical sample of the ash/product in the bed. This is just another test to determine the condition and operation of the nozzles. The bed material should be dry and free flowing.

> The results of these inspections must be recorded in the plant daily logs. In the event that stable process and CDS operations allow, the frequency of these tests during the warranty period can be relaxed.

It is crucial that the recommended operating parameters of the flue gas cleaning system are followed. It is equally important that proper maintenance procedures are carried out by the plant personnel. As a means of verifying these actions, EEC recommends that the wall thickness of the vessel be monitored prior to startup to develop baseline data, and annually to record the rate of corrosion. A handheld, battery powered ultrasonic tester should be used to measure the wall thickness from inside the vessel. These measurements should then be transferred to an elevation

Page 2 of 3

AESPR-345378

MAINTENANCE & MONITORING PLAN          420584
                                       May 5, 2001

drawing. Four (4) ports will be installed in the CDS roof, around the perimeter, at 90° intervals for this purpose. A steel cable will be secured at the top and lowered through the each port. A small "skyclimber" platform can be assembled inside the vessel, and will travel upward via the cable. Three (3) readings should be taken at 5' intervals on each quadrant of the wall. If a deviation greater than 5 mils occur in the readings at each elevation, then additional readings should be taken to determine the true average thickness.

In summary the keys of the Operation and Monitoring Program are noted below:

A.  External lagging temperatures are checked during initial operation to verify Insulation and lagging is installed per drawings and specifications.
B.  Cold air inleakage is checked and excessive leaks repaired.
C.  Close control of critical operating parameters including:
    1.  CDS outlet temperature
    2.  Ash chloride content
    3.  Sootblowing cycles
D.  An effective and diligent program for maintenance of spray water nozzles is implemented.
E.  Maintain daily plant logs for above operating parameters and maintenance procedures.
F.  Annual test program is employed to measure the rate of corrosion in the CDS vessel.

AESPR-345379