IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1282 JJF |
| | : | |
| ALSTOM POWER INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Motion to Compel Production of Electronic Documents, or, in the Alternative, For Sanctions filed by ALSTOM Power Inc. ("ALSTOM"), any response thereto, and any argument by the parties, IT IS HEREBY ORDERED THAT the Motion to Compel is GRANTED; and

IT IS FURTHER ORDERED THAT Plaintiff produce, within 30 days and in the format agreed to by Plaintiff (1) any and all responsive e-mail messages in its possession, custody, or control; or, in the alternative, (2) the jury will be instructed at the trial of this case that AES failed to preserve and produce relevant evidence and that the jury should draw a negative inference as to the content of the missing e-mail messages, and (3) ALSTOM is awarded its attorneys' fees and costs in prosecuting this motion.

ORDERED, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware