# TAB 29

| From: | William M Jarvis |
|-------|------------------|
| Sent: | Tuesday, June 29, 2004 1:28 PM |
| To: | Al Dyer <Al.Dyer@AES.com> |
| Cc: | Williams, Daniel <DDWilliams@wc.com>; Ed Bulewich |
| Bcc: | Wolf, John <jawolf@ober.com>; John Schwartzenburg |
| Subject: | RE: AES/PR: ESP Collector Plate Corrosion |

Al,

As you know, ALSTOM provided the CDS/ESP from the supplier nominated by AES, Environmental Elements Corp., and in strict accordance with the DFD Specifications for this equipment.

ALSTOM diligently followed the terms under our contract with DFD and accordingly passed the contract warranty terms onto EEC through our P.O. 50730IO.  As such, any warranty claim, to the extent it is a valid claim under the contract warranty terms, is the responsibility of Environmental Elements Corp.

ALSTOM has notified EEC and its surety, Liberty Mutual, of this potential warranty claim by AES.  Liberty Mutual has requested, and ALSTOM has provided, samples of the corroded collection plates.  Liberty Mutual is conducting its own investigation into the ESP corrosion and advised that they would provide their findings in a report by the end of this week.  As I advised, we will forward this to AES.

We note that on November 26, 2003 and December 5, 2003 AES ordered upgraded materials from EEC apparently as replacement material for the damaged Rigitrodes and collection plates.  We also note that EEC is apparently profiting from a problem that may ultimately be its responsibility to remedy, however, we once again wish to insure you that we will continue to help AES find the root cause and evaluate potential solutions to this corrosion.

Regards,
Bill




Al Dyer <Al.Dyer@AES.com>

06/28/2004 03:57 PM

To: William M Jarvis/USWIN01/Power/ALSTOM@GA
cc: Ed Bulewich/USWIN01/Power/ALSTOM@GA, "Williams, Daniel" <DDWilliams@wc.com>
Subject: RE: AES/PR: ESP Collector Plate Corrosion

JARV-EMAIL-073356

Bill,

I appreciate the update with respect to your supplier EEC, howeveras you are very much awarethe "ESP"equipmentwarranty is between AES and Alstom.

AsIpreviously agreedwith you,AES will proceed with our next steps as of the end of June in the eventAlstom fails toreimburse AES for its significant costsassociated with ESPcorrosion.

Regards

Al Dyer

Al Dyer

Puerto Rico

(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. Without Prejudice.

-----Original Message-----
From: william.m.jarvis@power.alstom.com
[mailto:william.m.jarvis@power.alstom.com]
Sent: Monday, June 28, 2004 1:12 PM
To: Al Dyer
Cc: ed.bulewich@power.alstom.com
Subject: AES/PR: ESP Collector Plate Corrosion

Dear Al,

EEC has promised to send me a letter regarding the ESP Collector Plate

Corrosion by the end of this week.  Once received, I will forward onto to

you.

Regards,

Bill

JARV-EMAIL-073357

CONFIDENTIALITY : This e-mail and any attachments are confidential and may

be privileged. If you are not a named recipient, please notify the sender

immediately and do not disclose the contents to another person, use it for

any purpose or store or copy the information in any medium.

---

This email has been scanned for all viruses by the MessageLabs service.

---

This communication is for use by the intended recipient and contains
information that may be privileged, confidential or copyrighted under law.  If
you are not the intended recipient, you are hereby formally notified that any
use, copying or distribution of this e-Mail, in whole or in part, is strictly
prohibited. Please notify the sender by return e-Mail and delete this e-Mail
from your system.  Unless explicitly and conspicuously stated in the subject
matter of the above e-Mail, this e-Mail does not constitute a contract offer, a
contract amendment, or an acceptance of a contract offer.  This e-Mail does not
constitute consent to the use of sender's contact information for direct
marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses by the MessageLabs service.

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be
privileged. If you are not a named recipient, please notify the sender
immediately and do not disclose the contents to another person, use it for any
purpose or store or copy the information in any medium.

JARV-EMAIL-073358

# TAB
# 30

| From: | Charles.B.Jones.Jr@d-fd.com |
|---|---|
| Sent: | Tuesday, January 7, 2003 9:07 AM |
| To: | Ron McParland <Ron.McParland@AES.com>; Thomas L. Wardell/USWIN01/Power/ALSTOM@GA; William M Jarvis/USWIN01/Power/ALSTOM@GA; Bruce W. Wilhelm/USWIN01/Power/ALSTOM@GA; Bill Vela <Bill.Vela@AES.com>; doug.tomlin@AES.com; Charlie.Lyda@d-fd.com; dshea@ensr.com; bhall@ensr.com; rcallahan@trigoneng.com; jlewis@trigoneng.com; pjenkins@trigoneng.com; Larry_Copeland%FluorCorp@d-fd.com; Callahan, Rob <rcallahan@trigoneng.com> |
| Cc: | 'Bart.Vince@d-fd.com' <Bart.Vince@d-fd.com>; Bart.Vince@d-fd.com; bruce.w.wilhelm@power.alstom; Charles.B.Jones.Jr@d-fd.com; Donald_McDonald%FluorCorp@d-fd.com; Harry.L.Lancaster.III@d-fd.com; jlewis@trigoneng.com; Mike.Norris@d-fd.com; Stewart Ferguson <Stewart.Ferguson@AES.com>; Richard Trifonoff <Richard.Trifonoff@AES.com>; pjenkins@trigoneng.com; rcallahan@trigoneng.com; Terry.Prytula@d-fd.com; Thomas L. Wardell/USWIN01/Power/ALSTOM@GA; William M Jarvis/USWIN01/Power/ALSTOM@GA; James.Duhon@d-fd.com; jlewis@trigoneng.com; Reid.Watson@d-fd.com |
| Subject: | AES-PR - Preliminary Plant Emissions Testing |
| Attach: | InterScan_Disclaimer.txt |

Trigon and DFD plan to perform preliminary plant emissions testing at the AES-PR project site from 01/14/03 thru 01/17/03.

Rob Callihan will be the Trigon technical representative.
Bart Vince will be the DFD technical representative.
Jim Duhon will be the Construction/craft coordinator and representative.
API will provide a technical representative, to be named later.

Trigon will attempt at least two series of tests on the items which require additional testing. Final EPA certified emissions testing will be performed at a later date and after ESP modifications have been made.

For the Limestone Drier PM 10 testing
Bart Vince and Jim Duhon will have samples of limestone and propane taken and sent off to appropriate laboratories for analysis.

Please contact me if you have any questions.
Thank you, Bo Jones.


Charles (Bo) Jones, Jr, PE
Duke/Fluor Daniel
ph- 704-426-2857
fax -704-426-2811
email - charles.b.jones.jr@d-fd.com

```
"Callahan, Rob"
<rcallahan@trig      To:   "'Charles.B.Jones.Jr@d-fd.com'"
oneng.com>            <Charles.B.Jones.Jr@d-fd.com>
cc:   "'Bart.Vince@d-fd.com'"
01/06/03 04:50       <Bart.Vince@d-fd.com>
PM           Subject:
```

Bo,

This email is to verify Trigon's availability to conduct emission sampling
at the AES Total Energy Plant in Guayama, Puerto Rico next week (January 14
- January 16, 2003). We are tentatively scheduled to travel to Puerto Rico
on Monday (January 13th), set-up and test the Limestone Dryer for PM10 on
Tuesday (January 14th), test Unit 1 for sulfuric acid mist and particulate
matter on Wednesday (January 15th), test Unit 2 for particulate matter on
Thursday (January 16th), and travel back to Charlotte, North Carolina on
Friday (January 17th). It is Trigon's understanding that the emission
sampling to be conducted next week will be for engineering purposes only
and
that compliance sampling will be conducted at a late date. Should you have
any questions feel free to email or call (704-598-1049).

Regards,

Rob Callahan
Operations Manager
Air Monitoring Department
Trigon Engineering Consultants
(See attached file: InterScan_Disclaimer.txt)

- InterScan_Disclaimer.txt

WARD-EMAIL-007777

# TAB
# 31

| From: | Mike.Norris@d-fd.com |
|---|---|
| Sent: | Tuesday, May 6, 2003 8:54 AM |
| To: | Ron McParland <Ron.McParland@AES.com> |
| Cc: | Richard Trifonoff <Richard.Trifonoff@AES.com> |
| Bcc: | William M Jarvis |
| Subject: | RE: Unit 2 Rotary valves |

Ron, Alstom will change out the last eight valves and install VFC's
regardless if PM limits are passed with only four valves modified. The
second set of valves are not due to ship until around 5/20 or so.
At this time, Alsatom plans to evaluate the mods to Unit 2 before making
any decision about incorporating into Unit 1.

| "Ron McParland" <Ron.McParland @AES.com> | To: | <Mike.Norris@d-fd.com> |
|---|---|---|
| | cc: | "Richard Trifonoff" <Richard.Trifonoff@AES.com> |
| | Subject: | RE: Unit 2 Rotary valves |

05/06/2003
07:59 AM

Mike,

At one time API was thinking the last two row (8 rotary valves) needed
modifications. Is the current plan to see if one row is good enough, and
if it isn't will API they then try 2 rows? Also, can you confirm that
any design changes on unit 2's rotary valves will also be incorporated
into unit 1's design.

RM

-----Original Message-----
From: Mike.Norris@d-fd.com [mailto:Mike.Norris@d-fd.com]
Sent: Monday, May 05, 2003 9:33 AM
To: Ron McParland
Subject: Unit 2 Rotary valves

Ron, The latest update is as follows:
The first four valves were air freighted to P.R. on Friday as planned.
The
decision has been made to install variable frequency controllers on the
valves.

JARV-EMAIL-002319

Alstom believes that reducing the speed of the valve will allow the ESP to
operate w/o opacity spikes and thus meet PM limits.  The controllers have
been ordered and have a one week lead time that Alstom is trying to improve.
Potentially we are looking at diagnostic testing sometime the the week of
5/12 but his depends on the delivery of the controllers and their installation.
Will advise as more info becomes available.

Mike

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

JARY-EMAIL-002320

# TAB
# 32



AES-G-01-159-000728

## Calvin Kotrla

| | |
|---|---|
| From: | Richard Trifonoff                                    Sent: Wed 4/9/2003 10:25 AM |
| To: | Gary Bates; Calvin Kotrla; Doug Tomlin; Ron McParland; Ernest Pagaduan; Elias Sostre |
| Cc: | |
| Subject: | RE: Spillback nozzles - Puerto Rico |
| Attachments: | |

To me, if they last a year and stop the wet ash risk, it's worth it.....

Richard " Trif" Trifonoff

Richard "Trif" Trifonoff
AES Puerto Rico

-----Original Message-----
From: Gary Bates
Sent: Wednesday, April 09, 2003 11:07 AM
To: Richard Trifonoff; Calvin Kotrla; Doug Tomlin; Ron McParland; Ernest Pagaduan; Elias Sostre
Subject: FW: Spillback nozzles - Puerto Rico

Got some prices on the Tungsten Carbide tips. They are awful proud of them. If we could get a years run out of them it might be worth doing. We currently get around 3 months out of the ones we use now. There won't be any savings, other than the fact that we would not be taking as many chances of having a nozzle go bad and causing wet ash problems.

Anyway, let me know what ya'll think and we will talk about it later.

Gary

P.S. 2 days

-----Original Message-----
From: JToher [mailto:ijmconsult@comcast.net]
Sent: Sunday, April 06, 2003 5:24 PM
To: Gary Bates
Subject: FW: Spillback nozzles - Puerto Rico

John Toher, dba IJM Consulting
Ph (443) 745-5763
Fax (410) 429-0921

-----Original Message-----
From: Terra Vincent [mailto:TerraVincent@lechlerusa.com]
Sent: Monday, March 10, 2003 9:07 AM
To: ijmconsult@comcast.net
Cc: Armin Möck (E-mail)
Subject: RE: Spillback nozzles - Puerto Rico

AES-G-01-159-000729

John,

To follow up with my original email attached below, here is the pricing for the tungsten carbide mouthpieces. This pricing would be valid after the first order for the replacement complete assemblies:

Tungsten carbide mouthpiece, to replace p/n 800.200.06.00020:
Qty (5-9): $1015.00 each
Qty (10-24): $822.40 each

This compares to the hardened stainless steel versions, qty (5-9) for $257.00 each and qty (10-24) for $218.50 each.

Let me know if you have any questions! I look forward to meeting you on 3/17 at 9:30 am. Is that still an acceptable time for you?

Sincerely,

Terra Vincent
Lechler, Inc.

> -----Original Message-----
> From:      Terra Vincent
> Sent: Monday, February 24, 2003 3:59 PM
> To:  'ijmconsult@comcast.net'
> Cc:  'Armin Möck (E-mail)'
> Subject:    Spillback nozzles - Puerto Rico
>
> John,
>
> We have been discussing your recent request for more wear-resistant
materials for the Spillback mouthpieces currently installed at AES
Puerto Rico with Armin Möck of Lechler GmbH.  We are pleased to offer
you a proposal based on the mouthpiece being made out of tungsten
carbide for superior wear resistance.  All of the other components
besides the gaskets (swirl disc, nut and center connector) will be made
out of hardened stainless steel.  The individual components will be
different than the original ones that you purchased in hardened
stainless steel (so they need to be replaced), but they will retrofit
onto your existing lances and will provide the same performance.
>
> Original lance part number:  800.200.06.20000
>
> Complete nozzle assembly includes:
> *    Tungsten carbide mouthpiece
> *    Hardened stainless steel swirl disc
> *    Hardened stainless steel center connector
> *    Hardened stainless steel nut (cap)
> *    Gaskets

AES-G-01-159-000730

>
> Qty 5-9 complete assemblies:  $2440.00 net each
> Qty 10-24 complete assemblies:  $1990.00 net each
>
> Delivery for initial order:  16 weeks after receipt of order
>
> Prices are firm for 60 days and FOB St. Charles, IL USA
> Terms:  1% 10, net 30
>
> If you have any questions about this proposal, please give me a call
at (800) 777-2926 x 6811.  We look forward to working with you again!
>
> Sincerely,
>
> Terra Vincent
> Environmental Division Manager
> Lechler, Inc.
>

---

This email has been scanned for all viruses by the MessageLabs service.

# TAB
# 33

## Calvin Kotrla

| | |
|---|---|
| **From:** | Calvin Kotrla |
| **Sent:** | Friday, March 05, 2004 3:38 PM |
| **To:** | 'Tim Gilbert' |
| **Cc:** | Rod Jorgensen; 'BOWHUNT89@aol.com' |
| **Subject:** | RE: Shipping Information Collecting Plates |

Tim,

Presently, delivery date to site is not critical.  I don't think it will be critical to ship quickly from TECO either.
We have more time in this case and I would rather save freight dollars at this point if possible!
I will check with Mike next week and try to get an estimated schedule for these to ship.  I do know they all will not be ready to ship at one time.  If we schedule trucks with production it should not be a problem.

Calvin

PS (Mike, please send estimated production schedule to tentatively schedule shipment of collector plates.)

-----Original Message-----
**From:** Tim Gilbert [mailto:timgi@ATS-INC.com]
**Sent:** Friday, March 05, 2004 11:32 AM
**To:** Calvin Kotrla
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

*Great - there'll be no issues with the width then.  We'll get started on a rate for you.  When these do start happening do you know how quickly these 19 trailers will need to be loaded?  These will require doubledrop expandable trailers and these aren't as plentiful as flatbeds and singledrops.  Any logistical information you can give me would be great.*

 -----Original Message-----
**From:** Calvin Kotrla [mailto:Calvin.Kotrla@AES.com]
**Sent:** Friday, March 05, 2004 10:16 AM
**To:** Tim Gilbert
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

Tim,

Per Mike at TECO (410-625-1325, cell 410-303-6753)
The bundles are actually 11" wide!
35" wide is the three bundles together.

**AESPR 136470**

3/5/04

Calvin

-----Original Message-----
**From:** Tim Gilbert [mailto:timgi@ATS-INC.com]
**Sent:** Friday, March 05, 2004 11:02 AM
**To:** Calvin Kotrla
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

*If the bundles are 35" wide, he'll only be able to put 2 bundles per trailer.  If there are 3 at 35" the overall width would be 105" which the DOT will not allow.*

-----Original Message-----
**From:** Calvin Kotrla [mailto:Calvin.Kotrla@AES.com]
**Sent:** Friday, March 05, 2004 9:55 AM
**To:** Tim Gilbert
**Cc:** BOWHUNT89@aol.com; Rod Jorgensen
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

Tim,

**Total height of load and trailer is around 15ft....** 13ft is total of only the crates and blocking on trailer, need to add height of trailer for total road clearance.
The trailer will drop down a small amount once loaded but could be 1-2" high or low of 15ft once loaded.  We may check what was the height of the original loads shipped to site?

Also Mike tells me that there are 3 bundles per truck.
**The first 18 trucks will have three bundles each. The last truck will have two bundles.**

Email if you have questions.

Calvin

-----Original Message-----
**From:** Tim Gilbert [mailto:timgi@ATS-INC.com]
**Sent:** Thursday, March 04, 2004 4:28 PM
**To:** Calvin Kotrla
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

*Hey Calvin -*

*When you say "Sitting on the deck of the truck the bundles will be 12' 11" - 13ft high X 50' 4" long X 35" wide", does that mean that the*

AESPR 136471

*bundles are around 11' tall? (deck height is about 24" on a doubledrop expanable trailer) When I read 13ft tall on the deck of the trailer should I assume that is loaded height on the trailer?*

-----Original Message-----
**From:** Calvin Kotrla
[mailto:Calvin.Kotrla@AES.com]
**Sent:** Thursday, March 04, 2004 3:13 PM
**To:** Tim Gilbert; Trisha Nelson
**Cc:** bowhunt89@aol.com
**Subject:** RE: Shipping Information Rigitrode and Collecting Plates

Tim,

Material was purchased from

Environmental Elements Corp.  (AES Puerto Rico 03-1842)
3700 Kopper Street
Baltimore, MD  21227
Pat Coll @ 410-368-6767
EEC tax number is 52-1303748

Their sub or shop to fabricate the material was TECO.
Email if you need more info.

Also the information for the Collecting Plates is below:
These ready to ship late March or early April,
        There will be 56 bundles - 4 plates per bundle weighing 9500 pounds per bundle.
        Sitting on the deck of the truck the bundles will be 12' 11" – 13ft high X 50' 4" long X 35" wide
Looks like two bundles per truck, Need to confirm with Mike tomorrow.
Contact Mike Kramer at TECO if you need additional information about the crates/loading etc.
Mike said the truck we need is a double drop stretch truck capable of 50ft plus between the wells.
Also Mike advised that once the permit route is set by DOT most of the drivers try to take a short cut from the DOT route on 495 and have problems with a low bridge clearance in Washington.

AESPR 136472

3/5/04

Calvin

CONFIDENTIALITY: This e-mail and any
attachments are confidential and may be
privileged. If you are not a named recipient,
please notify the sender immediately and do not
disclose the contents to another person, use it
for any purpose or store or copy the information
in any medium. Without Prejudice.

-----Original Message-----
**From:** Tim Gilbert [mailto:timgi@ats-
inc.com]
**Sent:** Wednesday, March 03, 2004 2:45
PM
**To:** Calvin Kotrla; Trisha Nelson
**Subject:** RE: Shipping Information
Rigitrode and Collecting Plates

*Calvin -*

*For these loads coming out of
Teco Industries, we need their
federal ID # (ein #) so we can
file the SED's.  Please reply to
both Trisha and myself so we
can process the
paperwork.  Thanks*

-----Original Message-----
**From:** Calvin Kotrla
[mailto:Calvin.Kotrla@AES.com]
**Sent:** Friday, January 23,
2004 12:08 PM
**To:** Tim Gilbert
**Subject:** FW: Shipping
Information Rigitrode and
Collecting Plates

Tim,

I'll call to discuss options
for the below shipment to
Guayama from Baltimore,
MD
The material is fabricated
steel Electrostatic
Precipitator

They will be ready to ship
by 01/29/04

These will ship from:
            Teco

AESPR 136473

Industries of MD

1606

Bush Street

Baltimore,

MD 21230

#1 - Rigitrodes – These are ready to ship 01/29/04

There are 30 crates

52' 5" long X 28 1/2" wide X 35" high weighing 4500 pounds each,

(6 crates per Truck)

#2 - Collecting Plates – These ready to ship late March

There will be 56 bundles - 4 plates per bundle weighing 9500 pounds per bundle.

(Sitting on the deck of the truck) the bundles are 12' 10" high X 50' 5" long X 35" wide

Calvin Kotrla
Bus 787-866-8117 ext 215

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-Mail, in whole or in part, is strictly prohibited. Please notify the sender by return e-Mail and delete this e-Mail from your system. Unless explicitly and conspicuously stated in the subject matter of the above e-Mail, this e-Mail does not constitute a contract offer, a contract amendment, or an acceptance of a contract offer. This e-Mail does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses

AESPR 136474

3/5/04

by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-Mail, in whole or in part, is strictly prohibited. Please notify the sender by return e-Mail and delete this e-Mail from your system. Unless explicitly and conspicuously stated in the subject matter of the above e-Mail, this e-Mail does not constitute a contract offer, a contract amendment, or an acceptance of a contract offer. This e-Mail does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-Mail, in whole or in part, is strictly prohibited. Please notify the sender by return e-Mail and delete this e-Mail from your system. Unless explicitly and conspicuously stated in the subject matter of the above e-Mail, this e-Mail does not constitute a contract offer, a contract amendment, or an acceptance of a contract offer. This e-Mail does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

AESPR 136475

3/5/04

# TAB
# 34

## Calvin Kotrla

| | |
|---|---|
| **From:** | Calvin Kotrla |
| **Sent:** | Thursday, February 05, 2004 6:02 AM |
| **To:** | Lillian Alicea |
| **Cc:** | Eric Lundberg |
| **Subject:** | FW: Your P O 's 03-1842 & 03-1915 |

Lillian,

We should wire transfer the EEC invoice's this morning.  Wire transfer info is hopefully on the invoice..?
Let me know when we've paid these invoices to schedule shipment of material to PR.

Thanks,
Calvin


-----Original Message-----
**From:** Eric Lundberg
**Sent:** Wednesday, February 04, 2004 4:03 PM
**To:** Calvin Kotrla
**Subject:** RE: Your P O 's 03-1842 & 03-1915

This one does not appear to be the one with both names.  Does Lillian have the information to process the check?

Eric Lundberg
AES Puerto Rico, LP
Office:  787-866-8117 x250
Cell:  787-671-9589
Fax:  787-866-8139

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged.  If you are not a named recipient, please delete the
email and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information
in any medium.  All information contained in the email and any attachments is sent without Prejudice.

-----Original Message-----
**From:** Calvin Kotrla
**Sent:** Wednesday, February 04, 2004 4:02 PM
**To:** Eric Lundberg
**Subject:** RE: Your P O 's 03-1842 & 03-1915


Next day UPS should be fine since we're not in a real hurry to ship material.
They will wait for the check to clear before releasing the material for shipment.
Also, if you want to write the check with both names it may be difficult if we wire the money...?

Calvin


-----Original Message-----
**From:** Eric Lundberg
**Sent:** Wednesday, February 04, 2004 3:26 PM
**To:** Calvin Kotrla

**AESPR 136501**

2/5/04

**Subject:** FW: Your P O 's 03-1842 & 03-1915

Do we want to wire this or is check fine if we send it UPS and give them a tracking number?

Eric Lundberg
AES Puerto Rico, LP
Office:  787-866-8117 x250
Cell:  787-671-9589
Fax:  787-866-8139

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged.  If you are not a named recipient, please delete the email and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.  All information contained in the email and any attachments is sent without Prejudice.

-----Original Message-----
**From:** Al Dyer
**Sent:** Wednesday, February 04, 2004 3:21 PM
**To:** 'Coll, Pat'; Calvin Kotrla
**Cc:** Eric Lundberg; william.m.jarvis@power.alstom.com; Ron McParland; Ernest Pagaduan; Hug, Don; Schickling, Gene; Scolis, Kevin
**Subject:** RE: Your P O 's 03-1842 & 03-1915

**Eric,**

**Please follow-up to ensure that we get the material and that the vender is paid.  Although this is clearly a warranty item we will pursue it with Alstom later.**

**ABD**

*Al Dyer*
*President*
*AES* Puerto Rico
(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. Without Prejudice.

-----Original Message-----
**From:** Coll, Pat [mailto:pjcoll@eec1.com]
**Sent:** Wednesday, February 04, 2004 2:34 PM
**To:** Calvin Kotrla
**Cc:** Al Dyer; Eric Lundberg; william.m.jarvis@power.alstom.com; Ron McParland; Ernest Pagaduan; Hug, Don; Schickling, Gene; Scolis, Kevin; Coll, Pat
**Subject:** RE: Your P O 's 03-1842 & 03-1915

Mr. Kotrla,

        Your response is correct as far as your purchase order 03-1915 covering the collecting plates. The purchase order 03-1842 for rigitrodes has different terms of payment and therefore EEC has been paying our subcontractor for the materials. Please make your check in the amount of $164,437.00 to Environmental Elements Corporation as agreed.

Regards.

**AESPR 136502**

2/5/04

Pat Coll
410-368-6767

-----Original Message-----
**From:** Calvin Kotrla [mailto:Calvin.Kotrla@AES.com]
**Sent:** Wednesday, February 04, 2004 12:17 PM
**To:** Coll, Pat
**Cc:** Al Dyer; Eric Lundberg; william.m.jarvis@power.alstom.com; Ron McParland; Ernest Pagaduan
**Subject:** RE: Your P O 's 03-1842 & 03-1915

Pat,

Pursuant to discussions with EEC's CFO, it was agreed that payments were to be made via check with the check made out to EEC and the supplier. Once EEC received the check, it would be endorsed by EEC and then forwarded to the supplier. In order to expeditiously proceed, please provide the supplier's information so that we can promptly make payment.

Respectfully,

Calvin Kotrla

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please delete the email and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. All information contained in the email and any attachments is sent without Prejudice.

-----Original Message-----
**From:** Coll, Pat [mailto:pjcoll@eec1.com]
**Sent:** Tuesday, February 03, 2004 9:32 AM
**To:** Calvin Kotrla
**Cc:** Hug, Don; Scolis, Kevin; Schickling, Gene; Coll, Pat; Lupfer, Andy
**Subject:** Your P O 's 03-1842 & 03-1915

Mr. Kotrla,
        In response to your request to change the rigitrodes and collecting plates contract price, as to a implied warranty issue, we offer the following:
        1 - Warranty was not an issue with placement of these orders as agreed.

        2 - There were specific negotiated terms of payments agreed too by both parties which AES has failed to meet.

Therefore, if payments are not received, shipments will not be released and we will be forced to cancel the collecting plate order and all cancellation charges and fees will be for your account.

This matter requires your immediate attention. EEC will delay order cancellation by 72 hours from this writing in wait of your position.

Respectfully,
Pat Coll
410-368-6767

**AESPR 136503**

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

AESPR 136504

2/5/04