IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

On February 27, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Disclosure of Expert Testimony, with attached Expert Reports of Richard R. Lunt, Ph.D., Jack R. McDonald, Ph.D, Stuart A. Rosenberg, CPA, CVA, and John G. Toher, along with a copy of this Notice of Service, by first class mail, postage prepaid, on:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> Two Mill Road
> Suite 200
> Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on:

> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

> Respectfully submitted,
>
> /s/ John S. Spadaro
> John S. Spadaro
> Bar No. 3155
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210

Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: February 27, 2006