IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br>　　　　Plaintiff,<br>　　v.<br><br>ALSTOM POWER, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 04-1282-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

On March 10, 2006, Plaintiff served Plaintiff's Responses to ALSTOM Power, Inc.'s Second Set of Requests for Admission, along with a copy of this Notice of Service, by hand delivery, on:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> Two Mill Road, Suite 200
> Wilmington, Delaware 19806

and by facsimile and first class mail, postage prepaid, on:

> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

> Respectfully submitted,
>
> /s/ John S. Spadaro
> John S. Spadaro
> Bar No. 3155
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

                    Tel. (302) 472-8100
                    Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: March 10, 2006