IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALSTOM POWER, INC. ) <br> ) <br> Defendant. ) | Civ. No. 04-1282-JJF |

**NOTICE OF SERVICE**

On March 10, 2006, Plaintiff served AES Puerto Rico, L.P.'S Responses to ALSTOM Power, Inc.'s Third Set of Interrogatories and Supplemental Responses to Specified Interrogatories, along with a copy of this Notice of Service, by hand delivery, on:

> Richard R. Weir, Esq.
> Daniel W. Scialpi, Esq.
> Two Mill Road, Suite 200
> Wilmington, Delaware 19806

and by facsimile and first class mail, postage prepaid, on:

> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON

          1011 Centre Road, Suite 210
          Wilmington, DE 19805
          Tel. (302) 472-8100
          Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: March 10, 2006          Attorneys for AES Puerto Rico, L.P.