# Tab C

## AFFIDAVIT OF JON MUILENBURG

STATE OF MINNESOTA
COUNTY OF HENNEPIN

BEFORE ME, the undersigned authority, this day personally appeared JON MUILENBURG, a person known to me, and after being duly sworn on oath deposed and stated as follows:

1. My name is Jon Muilenburg. I am an Electronic Evidence Consultant at Kroll Ontrack Inc. ("Kroll Ontrack"), where I have been employed for nearly three years. I am submitting this Affidavit at The AES Corporation's (AES) request to explain the estimated time and expense to search certain backup tapes of AES' email and electronic file servers for documents that may be responsive to Defendant's document requests.

2. Kroll Ontrack is the world's largest data recovery and electronic discovery company. Its clients include law firms, Fortune 500 companies, defense contractors, federal and local law enforcement agencies, government agencies and the Department of Defense. Kroll Ontrack is in the business of recovering, searching, filtering and producing computer data for litigation and regulatory matters. In addition, Kroll Ontrack is in the business of "un-deleting" data from computer hard drives. Kroll Ontrack has performed data recovery and electronic discovery services for its customers since 1985.

3. Kroll regularly is retained by parties in litigation to recover, filter, and produce electronic data. Kroll Ontrack also has been appointed by courts to act as a neutral third-party for the purposes of conducting an onsite inspection of computers, email, and associated media at issue in litigation. Moreover, Kroll Ontrack has assisted both Federal and State law enforcement agencies in carrying out their duties in computer investigations and has provided training to the

Federal Bureau of Investigation on said topics.

4. As part of unrelated work, Kroll Ontrack was engaged on behalf of AES to, among other things, preserve certain electronic data (the "AES Data") then located on AES' email and electronic file servers. In early December 2001 Kroll Ontrack collected the AES Data on backup tapes. These backup tapes essentially represent a "snapshot" of what existed on AES' servers on the day the tapes were created.

5. The AES Data totals approximately 1,000 gigabytes, and includes First Class email files, Exchange email files, and word processing, spreadsheet and other user files.

6. First Class email is not a commonly used email system, among Kroll Ontrack's regular customer base. Due to the infrequent occurrences of requests for processing this email package, Kroll Ontrack has not invested the development resources to produce the tools needed for complete conversion of this file format. The tools currently available for processing First Class email do not completely convert the message files to Kroll Ontrack internal processing formats. That is, certain metadata fields of First Class email fail to programmatically convert into standard formats, and therefore require significant manual intervention and increased quality assurance review to be converted reliably.

7. As noted above, Kroll Ontrack archived all AES Data onto tapes, which are stored at both off-site storage and on-site. A current catalog of all AES Data is not currently available; generation of such a catalog would require at least partial restoration of the archive tapes.

8. In order for Kroll Ontrack to retrieve, search and produce electronic documents that are embedded within the archived AES Data, the following steps would need to be taken:

    a. Kroll Ontrack would need to restore the archived AES Data from the tapes currently in storage at Kroll Ontrack or at Kroll Ontrack's off-site storage facility. Restoration

of each tape is estimated to take between 4 and 6 hours. Thus, restoration and preparation for processing of all of the archived AES Data would take approximately 25-40 business days. Kroll Ontrack estimates the cost to restore all the archived AES Data would be approximately $5,000 to $10,000 (see Exhibit A, Stage 1). Although Kroll Ontrack understands that not all the archived AES Data is being considered for possible production in the instant case; however it is necessary to first restore all of the AES Data prior to selecting a subset of such data for production. There is no index or catalog of the AES Data contained on the media; therefore, restoration of all available media in the AES Data set is required to compare all <u>potentially</u> responsive data against the file selection (filtering) criteria. In other words, all source data must be restored even if to access only a selected subset (*e.g.*, the e-mail responsive to the request for this case) of the AES Data for further processing;

b. After restoration, Kroll Ontrack would need to perform a manual process to convert the First Class email files into a format that is compatible with Kroll Ontrack proprietary processing systems. Conversion of First Class email is necessary for filtering, efficient review and ultimate production. Conversion also is necessary for capturing metadata. Conversion of First Class email from the AES Data to a filterable, reviewable and produceable format would take approximately 2-3 days per custodian (i.e. email user). Thus, assuming, by way of example, 12 custodians, the engineering conversion process would take approximately 12-24 business days. Kroll Ontrack estimates the cost to convert the First Class email files, assuming 12 custodians, into a Kroll Ontrack compatible format would be approximately $17,000 and $30,000 (see Exhibit A, Stage 1);

c. After the First Class emails are converted to a Kroll Ontrack compatible format, Kroll Ontrack would need to filter the converted AES Data, to eliminate irrelevant data from the attorney review set of the AES Data, using the criteria selected by the appropriate party. Filtering options include de-duplication (by custodian or by entire dataset), keyword searching, date restrictions, custodian/source, file type, and file size. Filtering of the restored data would occur concurrently with other processes and would extend the overall processing time by approximately 1-2 business days. Kroll Ontrack estimates the cost to filter the data for 12 custodians would be approximately $8,400 (see Exhibit A, Stage 2);

d. After the AES Data is filtered, Kroll Ontrack would provide AES and their counsel with the filtered data so that it can be reviewed for responsiveness and privilege. The filtered data can be provided in print, in a load file format (with tiff image and extracted text and metadata), or in Kroll Ontrack's ElectronicDataViewer online repository as a native rendering of the file and/or TIFF images (also with extracted text and metadata). Based on Kroll Ontrack historical averages, for the 12 custodians assumed, the number of pages processed for review would be between 360,000 and 840,000. Delivery of images and data (or printed paper) would take place on a rolling basis and would occur concurrently with some of the processing steps. Completion of printing the review set of documents would take approximately 4-5 business days after completion of processing (assuming rolling deliveries). Generation of the final load file would take approximately 1 day after completion of processing, assuming the deliverable format is confirmed well before the date of processing. Upload of the data into Kroll Ontrack's online repository and review tool would occur within one

business day of the completion of processing. Kroll Ontrack estimates the cost conversion of the documents to TIFF would be approximately $32,000 to $76,000. Delivery of the images and data load file for use with a third party document review tool format (such as Concordance or Summation) is anticipated to take approximately 3-4 business days after completion of processing and would cost approximately $7,000 to $17,000.

e. Once AES and their counsel have completed their review of the filtered data, Kroll Ontrack could produce the filtered and reviewed documents in print, load file for litigation support database, or via Kroll Ontrack's online repository and review tool. The schedule for creation of production sets is dependant on the number of documents selected for production and the timing of the production set processing orders. Generation of a production load file would take approximately 3-5 business days, assuming Concordance, Summation or Introspect standard load file specifications and that rolling production processing has been occurring. Upload of the production data into Kroll Ontrack's online repository and review tool would take approximately 3-5 business days, assuming rolling production processing has been occurring. Kroll Ontrack estimates the cost to complete this step and produce the data would be approximately $1,500 to $6,000 (see Exhibit A, Stage 5).

f. Kroll Ontrack estimates the total cost for the process as described above, assuming 12 custodians and based on Kroll Ontrack's historical averages, would be approximately $71,000 to $146,000 (see Exhibit A), and would take approximately 49-79 business days, from project initiation to shipment of the final data in the review set.

g. Expedited processing is not available for this data set, due to the intense manual effort required to convert the First Class email files into useable processing formats.

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn to before me this _8_ day of March, 2006.

_____
Jon Muilenburg

_Lisa M. Krogstad_
Notary Public

LISA MARIE KROGSTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2009

1974397 Estimate 20060306 v7.0.0.xls

**Kroll Ontrack®**

Exhibit A

TIFF ESTIMATE

| | Unit | Price Per Unit | Low Estimated Quantity | High Estimated Quantity | Low Estimated Price | High Estimated Price | Notes |
|---|---|---|---|---|---|---|---|
| **STAGE 1: COLLECTION PHASE** | | | | | | | |
| On-Site Data Collection | Hour | $275.00 | - | - | $0.00 | $0.00 | |
| Media Processing | | | | | | | |
| | Tape | $600.00 | - | - | $0.00 | $0.00 | |
| | HD | FREE | - | - | $0.00 | $0.00 | |
| | CD/DVD | $50.00 | - | - | $0.00 | $0.00 | |
| Restoration of Archived Data | Image | $200.00 | 25 | 50 | $5,000.00 | $10,000.00 | |
| SUB TOTAL COLLECTION PHASE | Media | Total | | | $5,000.00 | $10,000.00 | |
| Engineering Analysis | Hour | $275.00 | 60 | 108 | $16,500.00 | $29,700.00 | |
| **STAGE 2: FILTERING PHASE** | | | | | | | |
| Custodian Filter | User | $700.00 | 12 | 12 | $8,400.00 | $8,400.00 | 1 |
| Estimated Pages per Custodian (post-filter) | Pages | | 30,000 | 70,000 | | | |
| Estimated Total Pages | Pages | | 360,000 | 840,000 | | | |
| SUB TOTAL FILTERING PHASE | | | | | $8,400.00 | $8,400.00 | |
| **STAGE 3: PROCESSING** | | | | | | | |
| Electronic Page Processing | Page | Total | 360,000 | 840,000 | $32,400.00 | $75,600.00 | 1 |
| Pages 1 - 1,000,000 | Page | $0.09 | 360,000 | 840,000 | $32,400.00 | $75,600.00 | |
| Pages 1,000,001 - 2,500,000 | Page | $0.08 | - | - | $0.00 | $0.00 | |
| Pages 2,500,001 + | Page | $0.07 | - | - | $0.00 | $0.00 | |
| SUB TOTAL PROCESSING PHASE | | | | | $32,400.00 | $75,600.00 | |
| **STAGE 4: REVIEW PHASE** | | | | | | | |
| Load File Production Processing | Page | $0.02 | 360,000 | 840,000 | $7,200.00 | $16,800.00 | 5 |
| SUB TOTAL REVIEW PHASE | | | | | $7,200.00 | $16,800.00 | |
| **STAGE 5: PRODUCTION PHASE** | | | | | | | |
| Load File Production Processing | Page | $0.02 | 72,000 | 294,000 | $1,440.00 | $5,880.00 | |
| Low Responsive Rate | | 20% | 72,000 | 168,000 | | | |
| High Reponsive Rate | | 35% | 126,000 | 294,000 | | | |
| SUB TOTAL PRODUCTION PHASE | | | | | $1,440.00 | $5,880.00 | |
| **OTHER** | | | | | | | |
| EDV Administrative Support (If Applicable) | Hour | $275.00 | - | - | $0.00 | $0.00 | 2 |
| Freight (out) & Media (output) | | | as incurred | | | | 3 |
| SUB TOTAL MISCELLANEOUS | | | | | $0.00 | $0.00 | |
| Total Electronic Discovery Charges | | | | | $70,940.00 | $146,380.00 | |

**Please Note**
Electronic file collections frequently contain compressed and/or container files. The presence of these files, in source data, may significantly increase the data volumes for processing, once it is uncompressed. The amount of uncompressed data submitted for processing may be beyond original project assumptions.

**Assumptions:**
Partial unit volumes are rounded up to the nearest whole unit.
The primary language of the data set will be processed in English and be comprised of standard ASCII characters.
The presence of foreign language documents or non-ASCII characters in the data or OCR text may preclude processing and may adversely impact the estimated delivery timeframe.
Non-ASCII characters are not searchable within ElectronicDataViewer.
Files and email will be processed in the GMT base-0 global standard time format.

TIFF ESTIMATE

**Notes:**
1. Page/processing volumes are estimated based on historical averages. Actual volumes will be determined by the nature of the files to be processed and the culling techniques applied during processing.
2. Labor hours are estimated based on information available at the time of creating this document. Actual labor hours incurred will be used for billing. Kroll Ontrack anticipates an average of 4-8 hours of engineering services per project. The number of hours may vary from project to project and is based upon the client specified information and/or requests.
3. As incurred costs are not included in estimate.
4. Subject to monthly hosting charges.
5. TIFF Online hosting is included for the first six months. Supplemental Native File upload hosting is applied immediately after upload to the online repository.

**Service Description**

**Media Processing**
    Maintenance of a chain-of-custody on all customer media
    Restore data from each piece of media associated with project
    Extract defined electronic information for further data management

**Custodian Filter**
    Migrate all data into common format for additional preparation and high-speed processing
    Include the processing of both e-mail data and data files
    Identify files for further processing
    Provide keyword searching for relevant and/or privilege data
    Identify data from a specific time period.
    De-duplicate e-mail/attachments and/or data files
    Filtering of data for relevant custodians, time periods, keyword searching, date restrictions, de-duplication

**Page Processing**
    Create an electronic image of document (.tiff)
    Capture meta-data as defined by customer and Kroll Ontrack project manager for the purpose of importing data into litigation support software package(s)
    Provide BATES numbering as defined by customer
    Provide overlay information defined by customer - four quadrants available.