IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALSTOM POWER, INC., ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 04-1282-JJF |

**[Proposed] ORDER**

Upon consideration of Defendant ALSTOM Power Inc.'s motion to compel "AESC.COM" email, and Plaintiff AES Puerto Rico's opposition, it is this ____ day of March 2006, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that plaintiff shall be awarded its costs and fees incurred in opposing defendant's motion.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE