# TAB 1

From: Al Dyer [/O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AL.DYER]
Sent: Wednesday, September 29, 2004 1:52 PM
To: Puerto Rico Leaders
Cc: Ron McParland; Ernest Pagaduan; Maria Torres; Bill Vela; Paul Stinson; Nicolas Cubillos S.; Williams, Daniel; Brian Thompson; Gonzalo Pacanins; Hector Marquez; Lillian Alicea; Doug Tomlin; Gary Bates; Williams, Daniel
Subject: Preservation of Documents for Alstom Boiler Lawsuit

# *MEMORANDUM*

TO:         AES-PR People

FROM:       Al Dyer

DATE:       September 29th, 2004

RE:         Preservation of Documents for Alstom Boiler Lawsuit

---

As you may be aware, last week AES Puerto Rico, L.P. sued Alstom Power, Inc. in federal court in Delaware. The lawsuit seeks payment from Alstom with respect to warranty claims relating to electrostatic precipitator ("ESP") corrosion and for additional handcuffs on the fluidized bed heat exchangers ("FBHEs").

As part of this lawsuit, in the near future, our attorneys will be collecting documents relating to these two warranty claims. <u>In the meantime, it is essential that all documents relating in any way to the electrostatic precipitator corrosion and the additional FBHE handcuffs be retained and not be destroyed.</u> This includes both electronic documents such as e-mails, word processing files, spreadsheets and databases as well as paper documents including originals, drafts, handwritten notes and duplicates. These documents must not be discarded, destroyed, erased, purged, or deleted. All versions of every document must be retained, even if they are copies.

Types of documents that must be retained include all documents relating in any way to the following:
<u>FBHE Handcuffs:</u>
- Documents discussing any FBHE tube failures

AESPR 007242

- Documents describing efforts to correct the tube failures

- Documents analyzing the causes of any tube failures

- Documents describing the performance of the FBHE handcuffs, including but not limited to documents discussing broken handcuffs and movement of the handcuffs

- Documents showing the control set point for the fluidizing airflow on the FBHEs

- Documents concerning ash plugging in the fluidizing air header manifold

- Documents analyzing the handcuff configurations on the plant's FBHEs and on FBHEs in other plants

- Documents describing the repair, replacement, and addition of handcuffs in the FBHEs

- Documents relating in any way to the AES Puerto Rico's warranty claim concerning the FBHE handcuffs

ESP Corrosion:

- Documents describing corrosion to the ESP collecting plates, rigidtrodes, and other components of the ESPs

- Documents analyzing the causes of any such corrosion

- Documents analyzing the content of the flue gas entering the CDS and the ESP

- Documents reflecting the air temperature settings in the circulating dry scrubbers ("CDS"),

- Documents reflecting opacity measurements for the gas exiting the stack

- Documents analyzing the water quality of the water injected into the CDS

- Documents describing the decision to install, and the installation of, the reverse osmosis system to treat the PRASA water

- Documents relating to any communications with Alstom or Environmental Elements Corp. concerning the ESP corrosion, the operation of the CDS, replacement parts for the ESP, and the need to install the reverse osmosis system

- Documents relating in any way to AES Puerto Rico's warranty claim concerning the FBHE handcuffs

The lists above are illustrative, and documents relating to the FBHE and ESP warranty claims should be retained even if not precisely within the listed categories. When in doubt, documents should be retained. Should you have any questions about the above, please do not hesitate to contact me directly

AESPR 007243

about it.

*Al Dyer*
**Puerto Rico**
(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. Without Prejudice.

AESPR 007244