# TAB 2

| | |
|---|---|
| **From:** | Ron McParland |
| **Sent:** | Wednesday, October 1, 2003 9:18 AM |
| **To:** | Paul Stinson; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis |
| **Subject:** | FW: PR Guayama Trip report092603 |
| **Attach:** | Puerto Rico 092603.doc |

FYI.

Paul are you coordinating the deliverables to Alstom.

RM


-----Original Message-----
From: william.m.jarvis@power.alstom.com [mailto:william.m.jarvis@power.alstom.com]
Sent: Wednesday, October 01, 2003 9:08 AM
To: Mike.Norris@d-fd.com; Ron McParland
Subject: PR Guayama Trip report092603


Attached is Karl's summary of investigations on the CDS/ESP last week.

Outstanding items:

    1) AES to provide CDS cooling water analysis. ALSTOM to comment on constituents.

    2) AES to provide ash samples from ESP hoppers. ALSTOM to analyze and comment.

    3) AES to provide CDS/ESP operating data. ALSTOM to analyze and comment.

If you have any questions, please advise.

WMJ

----- Forwarded by William M Jarvis/USWIN01/Power/ALSTOM on 10/01/2003 09:00 AM -----

    Karl Hognefelt
    (Phone: +    To:    William M Jarvis/USWIN01/Power/ALSTOM@GA,
    865-694-5237)    Thomas Coleman/USWIN01/Power/non-ALSTOM@GA,
    Paul.Stinson@aes.com
    09/30/2003    cc:
    05:01 PM    Subject:    PR Guayama Trip report092603

AESPR-149410

Gentlemen

Please find attached My Notes from the trip to Guayama last week. Let me know if you have any questions. Best regards/Karl (See attached file: Puerto Rico 092603.doc)

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

---

This email has been scanned for all viruses by the MessageLabs service.

AESPR-149411



| Subject: | Tuning of AES Puerto Rico CDS & ESP | Trip Date: 9/22/2003 – 9/26/2003 |
|---|---|---|
| Author: | KARL HOGNEFELT | Report Date: 09/29/2003 |
|   |   | Circulation: |

The purpose of my trip to AES Guayama, Puerto Rico was to support customer AES to evaluate the operation of the CDS and the ESP, to suggest change in operation to reduce the opacity spikes that occur at some operating conditions.
Previous to the trip current operating data had been studied to see if there were any trends of operating conditions that were related to the sudden opacity spikes. The evaluated data showed the Unit 1 operating at full load most the time and Unit 2 at full load and also at reduced load for some time. The data show stable opacity at full load but increased opacity for Unit 2 at change in load. It was noted that the opacity spikes are delayed 2-3 hrs in relation to load change. The time delay in this case could be related to the problem to keep the recirculated ash in balance at lower loads.

The following are my notes for each day on site:

**Monday 09/22/03**
Arrived on site in the after noon. Unit 1 boiler is off line for repair of tube leaks. Unit 2 is running at 240MW load.

**CDS data U2**
A newly installed instrument is used to measure the fluegas dew point temperature (Tdp= 120°F). This instrument is located at the outlet of the CDS. The operating temperature is chosen to be minimum 30° above the dew point in accordance with EEC recomendations. Current operating gas temperature leaving the CDS was 153°F. The pressure drop over the ash bed was 2.2" wg. The pressure drop is set and automatically controlled by opening and closing the valves for feeding ash from the first row of ESP hoppers. Unfortunately the control system does not control on any ash level in the hoppers and there is a risk that they run out of ash in the hoppers. Two hoppers were showing "Low-Low" level and there is a risk that this will result in back flow of gas into the ESP hopper. It is important that there is a minimum level of ash in each of the first row of hoppers to serve as an air lock and prevent that there will be a backflow of gas and ash from the air slide into the ESP.

**ESP Data U2**
The opacity was showing 1-2% and had sudden spikes of 12-15%. The 6 minutes average was at about 3% and no excursion of permit was reported.

| Field | Voltage (kV) | Current (mA) | Sparking |
|---|---|---|---|
| 2-1 | 60 | 200 | 2 |
| 2-2 | 60 | 200 | 0 |
| 2-3 | 60 | 350 | 0 |
| 2-4 | 60 | 410 | 0 |
| 2-5 | 52 | 500 | 0 |
| 2-6 | 70 | 1000 | 0 |
| 2-7 | 65 | 950 | 3 |
| 2-8 | 58 | 1080 | 0 |
| 2-9 | Off line |   |   |
| 2-10 | 65 | 1050 | 0 |
| 2-11 | 55 | 350 | 0 |
| 2-12 | 58 | 1050 | 0 |

AESPR-149412

It was noted that TR 2-9 was out of service because of a bad breaker that can only be repaired when the unit comes off line.

### Tuesday 09/23/03, morning
Unit 2 load was still 240 MW.

### DCS data U2
Bed pressure differential = 2.2" wg, Operating temperature = 154°F, Four nozzle lances in operation. Current procedures are to clean the nozzles twice a week. The nozzle tips are replaced for wear after approximately 3 months of operation.

### ESP data U2
The opacity was more stable at 2-5% with a few spikes at 12%. The six minutes average was 4%. There were NO first row hopper levels at "Lo-Lo" level. There seem to be less opacity spikes when the first row of hoppers is kept at a higher level.

| Field | Voltage (kV) | Current (mA) | Sparking |
|---|---|---|---|
| 2-1 | 59 | 236 | 0 |
| 2-2 | 60 | 240 | 0 |
| 2-3 | 59 | 310 | 0 |
| 2-4 | 60 | 380 | 0 |
| 2-5 | 60 | 460 | 0 |
| 2-6 | 70 | 480 | 0 |
| 2-7 | 68 | 1050 | 0 |
| 2-8 | 67 | 1190 | 0 |
| 2-9 | Off line | | |
| 2-10 | 65 | 1180 | 0 |
| 2-11 | 69 | 480 | 0 |
| 2-12 | 63 | 1130 | 0 |

The data show NO sparking and it was questioned why the voltage is limited to 60kV in the five first fields.
Confirmed that rapping frequencies is set to high with double impacts for the three first mechanical fields and lower frequency for the 4th and 5th and very low for the outlet field.
The rotary feeders under the hoppers in the last two fields had been replaced with double dump valves, type Plattco Airlock Flap valve, size 12" x 18". Operating frequency for these valves were set to upper open =2seconds, upper close, lower open 6 seconds, lower close. This frequency was repeated every 30-40 second.

### Tuesday 09/23/03, Afternoon
The after noon was spent on inspecting the internals of Unit 1 ESP.
Many of the insulator stabilizers located at the lower end of the DE frames were broken. In fields with broken stabilizers there is a risk that the tall and narrow fields will start to swing during operation. The stabilizers made of flat bar Teflon were replaced with similar material. It was recommended to use "virgin" Teflon that has the best electrical isolation at increased temperature. It was also pointed out that it is important to align the DE frames to be in the center of the collecting plates when changing the stabilizers.
There was major "snowballs" build-up on many of the spikes of the DE electrodes. The size was in some cases up to 5-6" in diameter. There were more built-up in the west side of the ESP and especially in the inlet fields. It was pointed out to the customer to clean off these build-up, as they will have a negative effect on the ESP performance.

**Wednesday 09/24/03**
Load for U2 was = 240MW,
**CDS data**
Operating temperature = 153°F, Bed Pressure differential = 2.10"wg, SO2 out = 7ppm

**ESP data – U2**
The opacity was 1-2% with some small spikes up to 6%. NO first row hopper levels at "Lo-Lo" level.
There seem to be less opacity spikes when the first row of hoppers is kept at a higher level.

| Field | Voltage (kV) | Current (mA) | Sparking |
|---|---|---|---|
| 2-1 | 59 | 180 | 0 |
| 2-2 | 60 | 160 | 0 |
| 2-3 | 60 | 270 | 0 |
| 2-4 | 60 | 380 | 0 |
| 2-5 | 60 | 480 | 0 |
| 2-6 | 69 | 1040 | 0 |
| 2-7 | 68 | 1080 | 0 |
| 2-8 | 67 | 1180 | 0 |
| 2-9 | Off line | | |
| 2-10 | 65 | 1190 | 0 |
| 2-11 | 69 | 490 | 0 |
| 2-12 | 63 | 1140 | 0 |

**Major points discussed in meeting with AES**
- Keep higher level in first row of ESP hoppers to avoid risk for gas and dust backflow into the ESP. If backflow occur it will result in opacity spikes and more dust in back-end fields. A min level of ash in the hopper will serve as an air lock and prevent backflow.
- ESP control settings limited in voltage for first five field with zero sparking. Recommend increased voltage for optimum performance.
- AES reported that major sparking had been reported resulting in reducing voltage in five first fields.
- AES had implemented procedure to dump ash from back end hoppers every 2 hours to get rid of the fine ash that is recirculated and migrates downstream.
- The overflow located in first row of hoppers was discussed. AES suspect that ash is over flowing even at low hopper levels. The overflow shute in the Unit 1 has dampers that can be manually closed to prevent overflow and increase ash level in hoppers. AES suggested trying out these dampers to see the effect of a raised hopper level when Unit 1 comes on line.
- The Hopper baffles installed in Unit 1 ESP first row of hoppers has a positive influence to the operation by reducing the incoming gas flow in the hoppers. These baffles will also reduce the risk for transfer of ash from firs hoppers over to back-end fields.
- AES confirmed that the water quality for the CDS can vary and has an influence on the operation. ALSTOM referenced that it is a known fact that high content of Chlorides can have a negative influence on ESP performance.
- The broken standoff insulators noted in U1- ESP will be replaced and the DE frames will be aligned at installation of new Teflon bars.
- The big "snowball" ash build-up noted in U1-ESP DE system will be removed to improve performance.

AESPR-149414

- AES will analyze the operation under different conditions. Pressures gauges installed in different parts of the hoppers and air slides will be monitored to confirm changes in operation and determine best procedure for stable ash recirculation.
- AES will further investigate the procedure to dump the ash from back-end hoppers, how often and what influence this has on the opacity.

AESPR-149415

**Thursday 09/25/03 Morning**
Load for U2 was = 255MW (Max)
**CDS data**

Operating temperature =154°F, Differential bed pressure = 2.5-3" wg.

**ESP data**
The opacity was low and stable at 2-3% at 9.00Am. Only some minor spikes.

| Field | Voltage (kV) | Current (mA) | Sparking |
|---|---|---|---|
| 2-1 | 59 | 200 | 60 |
| 2-2 | 60 | 290 | 46 |
| 2-3 | 59 | 340 | 48 |
| 2-4 | 59 | 470 | 21 |
| 2-5 | 59 | 580 | 8 |
| 2-6 | 69 | 1040 | 27 |
| 2-7 | 68 | 1070 | 0 |
| 2-8 | 68 | 1202 | 0 |
| 2-9 | Off line | | |
| 2-10 | 66 | 1205 | 0 |
| 2-11 | 69 | 450 | 0 |
| 2-12 | 64 | 1154 | 0 |

From the ESP data we can see a high spark rate on the front fields. The CDS water had been changes from filtered water used previous this week to the "raw" water NOT filtered. The water quality was changed around 7 am in the morning. After a couple of hours with good performance and low opacity the sparking increased and there were coming more of high opacity spikes.

The following data was taken at 2.15Pm

| Field | Voltage (kV) | Current (mA) | Sparking |
|---|---|---|---|
| 2-1 | 59 | 275 | 70 |
| 2-2 | 58 | 343 | 41 |
| 2-3 | 59 | 384 | 42 |
| 2-4 | 60 | 418 | 23 |
| 2-5 | 60 | 498 | 19 |
| 2-6 | 64 | 720 | 72 |
| 2-7 | 67 | 955 | 57 |
| 2-8 | 69 | 1122 | 30 |
| 2-9 | Off line | | |
| 2-10 | 27 | 300 | 80 |
| 2-11 | 69 | 435 | 23 |
| 2-12 | 67 | 1167 | 0 |

The sparking had increased over 5 hours of operation and had also resulted in major opacity spikes. Suddenly field 2-10 shortened and resulted in a major increased opacity.
It was recommended to run the rappers in this field continues for a time. Still it was not possible to restart the 2-10 TR and soon it was noted that one of the hoppers under this field had no vacuum at the poke holes. It probably had a high level even if the level indicator did not show this. Suggested increased frequency of operation of the double damp valves at these hoppers. With change of water quality and special operating procedures it still took 2-3 hours to come back to "lower" opacity levels.

Water analyze of the "raw" water show high conductivity and a chloride content of 3,500ppm vs. 50ppm for the Filtered water used previous day. The CDS process require the dust to be recirculated and the same dust will be wetted with the high chloride content water for each recirculation with increased chloride content for each time.

A dust sample taken and analyzed show the chloride content was measured to 12,000 microgram/gram. This correspond to 1.2% chlorides in the dust. The result is that the ash get sticky and build up on the ESP internals and it is difficult to rapp off the plates. This result in higher sparking and the dust is drifting towards the back-end fields with much more dust collected here. The standard setting of the rapping is not enough to keep these field clean and it can cause TR's to shorten out.

**Unit 1 – CDS inspection**
U1 – CDS was visually inspected through an inspection door located below the ash injection point. There was only one minor area with ash deposits on the West wall, thickness 1-2". All other wall area of the CDS was almost plate clean. The top of the venturies had a thin dust layer on the plate between the seven venturies but there were no dust in the venturies.

**CONLUSIONS**
- It is very important to keep a higher level of ash in the first row of ESP hoppers to prevent back flow resulting in loosing the inventory in these hoppers and causing increased opacity spikes.
- The water quality is an important factor for the ESP performance. AES will make a complete water analyze of the NOT filtered water to see if there are other things than the high chloride levels that will influence the ESP operation. ALSTOM will get the result from the water analyze for further evaluation.
- AES will also take a dust sample from operation with NOT filtered water and send this sample to ALSTOM in Knoxville for an analyze.
- High chloride content can result in serious corrosion in the CDS and ESP.
- To improve the ESP performance it is recommended to mix filtered water and NOT filtered water to test the ESP operation with a lower chloride content.
- Chloride content should be monitored and the CDS outlet temeprature should be maintained in accordance with EEC operating instructions to prevent corrosion.
- If using high chloride water a test can be made by increasing the CDS operating temperature 5 & 10°F. This will make the ash much less sticky and will also reduce the risk for corrosion. The higher chloride content should still give a satisfactory SO2 removal efficiency.
- The ESP rapping frequency has to be increased for higher chloride content water, as the sticky dust is very difficult to rapp down.
- Ash built-up in the ESP like the "snow balls" should be removed at outage to get expected ESP performance.
- The ESP insulator stabilizors should be inspected at outage and repaired if needed to get expected ESP performance.

AESPR-149417