# TAB 3

| | |
|---|---|
| **From:** | Paul Stinson |
| **Sent:** | Thursday, October 2, 2003 9:47 AM |
| **To:** | karl.hognefelt@power.alstom.com |
| **Cc:** | william.m.jarvis@power.alstom.com; thomas.l.wardell@power.alstom.com; Elias Sostre; Ernest Pagaduan; Al Dyer |
| **Subject:** | RE: PR Guayama Trip report092603 |

---

I checked with Elias Sostre this morning. He tells me that the temporary hoses on the end of the air slides on Unit 1 have been closed for some time. He and I agreed to run a test on Unit 1 today to raise the temperature on the CDS by 5 degrees. We may try 10 degrees if the first experiment goes well.

The operators have operated the 430s, the 440s and 450s rotary valves intermittently for some time now in their efforts to control opacity. The theory has been that if the levels in the hoppers get too low, then there is blowback of air from the airslides that causes opacity spikes.

This theory led them to replace the 440 and 450 rotary valves with the airlock valves. Now, they operate the airlock valves continuously. Of course, as you and I observed, continuous operation of these valves is not really continuous. The 450s open perhaps for 2 seconds out of every 90, and the 440s open for 2 seconds out of every 30. So, they may actually act more like intermittent rotary valves than we have thought. But, they are repeatable. We are finding, though, that the sequencing of these valves is probably not often enough to keep up with the ash loading at times.

Now, the 430s have been operated intermittently (in either automatic mode or manual mode) in order to limit the opacity spikes. The thought was that the level in the hoppers gets too low and then there is blowback. Now that we have the delta pressure measurements on the airslides, we are adjusting our thinking a bit. It may not be related so much to low levels in the hoppers, but rather to overloading of the airslides by the 430s that causes high pressures on the upper end of the air slide which then causes blowback, perhaps regardless of the hopper levels.

We then are seeking ways to maximize the ash flow along the upper part of the airslides without overloading. This could be helped by continuous operation of the 430s. But, it is a delicate balance. IN THIS REGARD, it is possible that the airlocks actually make the problem worse by not continuously loading the airslides.

We may be faced ultimately with an issue that the airslides are undersized at least in one or two areas. This should not be a difficult fix should we conclude that this is a problem.

I look forward to the design info on the airslides.


-----Original Message-----
From: karl.hognefelt@power.alstom.com [mailto:karl.hognefelt@power.alstom.com]
Sent: Thursday, October 02, 2003 8:59 AM
To: Paul Stinson
Cc: william.m.jarvis@power.alstom.com; thomas.l.wardell@power.alstom.com
Subject: RE: PR Guayama Trip report092603


Paul
I will get the Manual for the Air slides from Windsor and will respond to
you regarding your questions in a couple of days.
But the 430 rotary valves should be running continues. Why are you
operating these intermittent?
The double damp valves installed in the back end will give change in

AESPR-149307

pressure as they operate.
What about the temporary added hose at the inlet end of the air slide, this will also influence the pressure in the air slide and there is risk for cooling down the ash and make it even more sticky.
In my report I suggest to make a test to increase the operating temperature to make the ash less sticky and hopefully get less problems with removing the collected ash in the ESP and also improve the recirculation of the ash.
   Best regards/ Karl


"Paul Stinson"
<Paul.Stinson@A     To:     Karl Hognefelt/USKNL01/Power/ALSTOM@GA, William M
ES.com>                     Jarvis/USWIN01/Power/ALSTOM@GA, Thomas
                            Coleman/USWIN01/Power/non-ALSTOM@GA
                    cc:
Phone:              Subject:    RE: PR Guayama Trip report092603
10/01/2003
11:24 AM


Karl, we now have delta pressure instrumentation on the airslides on unit 1 and they are being completed on unit 2.

I appears from these that we are seeing spikes from a baseline of 1 inch of water up to 5 inches of water, and that these spikes seem to correlate to opacity spikes.

I am suspicious that we may be overloading the airslides, with intermittent operation of the 430 rotary valves.

One thing that would help us is if we could obtain some information on the design of these slides. For example, what were the slides designed to accept for ash loading rates at each hopper location? What are the dimensions of the airslides internally at each location? (I don't have the drawings here, but perhaps I can get some one at the plant to provide these.)

Here is my thinking on this. The CDS pressure, at the point the airslides enter it, is about 5-7 inches of water higher than the ESP. Thus, if the airslides are not overloaded, and the pressure drip along the airslide is at most 1 inch of water, then, the pressure being "sealed" by the rotary valve is at most 6-8 inches of water. IN the event of overloading, then the pressure profile along the airslide will change. The section of airslide above the area of the overloading will rise by say 4 inches of water, due to the fluidizing air from the LP blowers. This pressure will certainly try to "clear" the overloading,

AESPR-149308

but it also would create a higher pressure to cause blowback.

Let's say that the 430 rotary valve operation is causing the
overloading. Since the airlocks are on the 440 and 450 hoppers, that
means the only place for that extra pressure to go may be up the 430
hoppers. If this is correct, we should be able to correlate the spikes
in delta pressure on the airslides with the operation of the 430 valves.
We are trying to do that now.

If we do correlate, we may need to somehow smooth out the loading on the
airslides. Longer term, we may need larger capacity sections under the
430's.

Let's see what the data reveals. Your comments are welcomed.

Can you help with the airslide capacity data?

Paul Stinson


-----Original Message-----
From: karl.hognefelt@power.alstom.com
[mailto:karl.hognefelt@power.alstom.com]
Sent: Tuesday, September 30, 2003 4:01 PM
To: william.m.jarvis@power.alstom.com; thomas.coleman@power.alstom.com;
Paul Stinson
Subject: PR Guayama Trip report092603

Gentlemen
Please find attached My Notes from the trip to Guayama last week.
Let me know if you have any questions.
Best regards/Karl
(See attached file: Puerto Rico 092603.doc)



CONFIDENTIALITY : This e-mail and any attachments are confidential
and
may be privileged. If you are not a named recipient, please notify the
sender immediately and do not disclose the contents to another person,
use
it for any purpose or store or copy the information in any medium.

---

This email has been scanned for all viruses by the MessageLabs service.

---

This email has been scanned for all viruses by the MessageLabs service.

AESPR-149309

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

---

This email has been scanned for all viruses by the MessageLabs service.

AESPR-149310