# TAB 4

| | |
|---|---|
| **From:** | Ernest Pagaduan |
| **Sent:** | Thursday, October 9, 2003 8:34 AM |
| **To:** | Abigail Reyes |
| **Subject:** | FW: ESP CDS air slides |
| **Attach:** | Ash loadings.xls |

Aby,
Print att. And file
U1 & U2 precip
Air slides ash loading

EP

-----Original Message-----
From: Paul Stinson
Sent: Thursday, October 09, 2003 7:56 AM
To: Puerto Rico Leaders
Cc: Eduardo Santiago
Subject: FW: ESP CDS air slides

I thought some of you might be interested in this. Eduardo, muchos gracias for collecting the data.

Paul

-----Original Message-----
From: Paul Stinson
Sent: Thursday, October 09, 2003 8:47 AM
To: 'karl.hognefelt@power.alstom.com'
Cc: thomas.l.wardell@power.alstom.com; william.m.jarvis@power.alstom.com
Subject: RE: ESP CDS air slides

Here's the ash loadings I calculated from the measurements the control room operator made last night. Please see the attached spreadsheet.

The loading is about 9-12 tph for the 420s and about 2-3 tph for the 430s. Did not get any data for 440 and 450 valves. Presumably because it took too long to fill them.

With some degree of blinding of the membrane from ash contamination in the LP blower supply, we surely are struggling with the capacity of the 150 section of the airslide.

My proposal is to replace the section of airslide under the 420 and 430 valves with a larger section, perhaps a 200 or larger slide. I have contacted Claudius Peters about a proposal.

What is your input?

Can you ask the Alstom ESP experts what they would expect to happen if we are in fact overloading the 150 section of the slides? Would they expect there to be opacity implications?

I now have significant time looking at the delta pressure measurements. On every slide, if you shut down all valves except the 400s and 410s, the pressure drop becomes fairly steady and low, about 1 inch of water. All higher delta pressure and erratic pressure drop arises from operation of the 420 through 450 valves. The B slide on Unit 1 is capable of operating all

valves simultaneously without too much problem. All other slides do not appear to be able to run all four valves (i.e., 420-450) without some opacity spiking.

The operator's main control on opacity is the starting and stopping of the 420-450 valves trying to avoid opacity spikes while keeping the high levels down in all hoppers.

We replaced all 430 valves on unit 1 with new valves on Monday. The jury is still out, but I do not note any real improvement in opacity for Unit 1. I assume however, that there must be some improvement.

I saw a real live blow back on unit 1 440C airlock valve. We found it because the delta pressure on that slide was spiking negative. The top flapper was stuck open. Interestingly, there was no opacity spike. Perhaps the hopper was empty.

Paul


-----Original Message-----
From: karl.hognefelt@power.alstom.com [mailto:karl.hognefelt@power.alstom.com]
Sent: Wednesday, October 08, 2003 12:37 PM
To: Paul Stinson
Cc: thomas.l.wardell@power.alstom.com; william.m.jarvis@power.alstom.com
Subject: RE: ESP CDS air slides


Paul
Comments to your temperature measurement for the air slides at Unit 1 ESP.
  In general the temperatures look very low.
  Temperatures below dew point temp is not good for the process.
  Temperatures below 120°F will increase risk for corrosion and make the
  "high chloride" ash VERY sticky and difficult to fluidize.
  Are the heaters for the fluid air working? The temperature on the fluid
  air is supposed to be 170°F.
  Are the inspection doors on the air slide leaking, so ambient air is
  cooling down the ash?
  Are all parts of the ash system insulated? I saw that some areas around
  the double damp valves and some other sections were missing insulation
  when I was on site. This insulation need to be re-installed to reduce
  cooling of the ash.
Cooling down the ash will make it very sticky with high chloride content
and also increase the risk for clogging the fluid cloth.
Have you been able to check the fluid air flow to different sections of the
air slides?

Best regards/ Karl


CONFIDENTIALITY : This e-mail and any attachments are confidential and
may be privileged. If you are not a named recipient, please notify the
sender immediately and do not disclose the contents to another person, use
it for any purpose or store or copy the information in any medium.

AESPR-173908

This email has been scanned for all viruses by the MessageLabs service.

AESPR-173909