# TAB 5

From: Charles.B.Jones.Jr@d-fd.com
Sent: Tuesday, January 07, 2003 9:07 AM
To: Ron McParland; thomas.l.wardell@power.alstom.com;
william.m.jarvis@power.alstom.com; bruce.w.wilhelm@power.alstom.com;
Bill Vela; Doug Tomlin; Charlie.Lyda@d-fd.com; dshea@ensr.com;
bhall@ensr.com; rcallahan@trigoneng.com; jlewis@trigoneng.com;
pjenkins@trigoneng.com; Larry_Copeland%FluorCorp@d-fd.com; Callahan, Rob
Cc: 'Bart.Vince@d-fd.com'; Bart.Vince@d-fd.com;
bruce.w.wilhelm@power.alstom; Charles.B.Jones.Jr@d-fd.com;
Donald_McDonald%FluorCorp@d-fd.com; Harry.L.Lancaster.III@d-fd.com;
jlewis@trigoneng.com; Mike.Norris@d-fd.com; Stewart Ferguson; Richard
Trifonoff; pjenkins@trigoneng.com; rcallahan@trigoneng.com;
Terry.Prytula@d-fd.com; thomas.l.wardell@power.alstom.com;
william.m.jarvis@power.alstom.com; James.Duhon@d-fd.com;
jlewis@trigoneng.com; Reid.Watson@d-fd.com
Subject: AES-PR - Preliminary Plant Emissions Testing


Trigon and DFD plan to perform preliminary plant emissions testing at the AES-PR project site from 01/14/03 thru 01/17/03.

Rob Callihan will be the Trigon technical representative.
Bart Vince will be the DFD technical representative.
Jim Duhon will be the Construction/craft coordinator and representative. API will provide a technical representative, to be named later.

Trigon will attempt at least two series of tests on the items which require additional testing. Final EPA certified emissions testing will be performed at a later date and after ESP modifications have been made.

For the Limestone Drier PM 10 testing
Bart Vince and Jim Duhon will have samples of limestone and propane taken and sent off to appropriate laboratories for analysis.

Please contact me if you have any questions.
Thank you, Bo Jones.


Charles (Bo) Jones, Jr, PE
Duke/Fluor Daniel
ph- 704-426-2857
fax -704-426-2811
email - charles.b.jones.jr@d-fd.com



```
            "Callahan, Rob"
            <rcallahan@trig      To:   "'Charles.B.Jones.Jr@d-fd.com'"
            oneng.com>                 <Charles.B.Jones.Jr@d-fd.com>
                         cc:   "'Bart.Vince@d-fd.com'"
```

AESPR-107246

01/06/03 04:50 PM     <Bart.Vince@d-fd.com>
Subject:

Bo,

This email is to verify Trigon's availability to conduct emission sampling at the AES Total Energy Plant in Guayama, Puerto Rico next week (January 14 - January 16, 2003). We are tentatively scheduled to travel to Puerto Rico on Monday (January 13th), set-up and test the Limestone Dryer for PM10 on Tuesday (January 14th), test Unit 1 for sulfuric acid mist and particulate matter on Wednesday (January 15th), test Unit 2 for particulate matter on Thursday (January 16th), and travel back to Charlotte, North Carolina on Friday (January 17th). It is Trigon's understanding that the emission sampling to be conducted next week will be for engineering purposes only and that compliance sampling will be conducted at a late date. Should you have any questions feel free to email or call (704-598-1049).

Regards,

Rob Callahan
Operations Manager
Air Monitoring Department
Trigon Engineering Consultants
(See attached file: InterScan_Disclaimer.txt)

---

This email has been scanned for all viruses by the MessageLabs service.

AESPR-107247