# TAB 9

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 24, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

James E. Edwards, Jr., Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

      Re:    <u>AES Puerto Rico, L.P. v. ALSTOM Power, Inc.</u>

Dear Jim:

      On Tuesday of this week, I called you at the time we had agreed for our regularly-scheduled discovery conference call, and you told me that you had forgotten about the call and were not prepared to hold it then. You advised that you would contact me the next morning to reschedule, but have failed to contact me since then. In December, both parties represented to the Court that they would participate in these regular conference calls as a means to resolve discovery disputes without filing unnecessary motions to compel. It is imperative that ALSTOM honor that commitment.

      There are several issues as to which we need immediate responses from ALSTOM which we had hoped to discuss at our conference call this week. They are as follows:

      1.    Last week, your colleague Mr. Vittoria promised that he would inform me "early [this] week" as to when ALSTOM intends to continue its 30(b)(6) deposition on document collection issues. He has failed to do so. If ALSTOM intends to continue this deposition, it must give us appropriate notice.

WILLIAMS & CONNOLLY LLP

James E. Edwards, Jr., Esquire
February 24, 2006
Page 2

     2.    On Tuesday, I informed you that Mr. Dyer cannot be available for deposition on March 10, but that he can be available on March 9. You promised to respond to me concerning rescheduling him for March 9, but you have not responded. Unless we hear otherwise, we will assume that date is acceptable.

     3.    On Tuesday, I explained to you that ALSTOM's proposed third 30(b)(6) deposition of AES-PR contained far to many issues to qualify as a single deposition and that it also violated the one-deposition-per-witness rule. I requested that ALSTOM significantly limit the topics and that, if it did so, we could consent to the waiver of the one-deposition-per-witness rule. You said you would provide ALSTOM's response to my proposal, but you have not done so.

     4.    In response to AES-PR's supplemental list of ALSTOM employees whose responsive e-mails AES-PR requested that ALSTOM produce, by letter dated January 17, 2006 you promised to produce e-mails for three ALSTOM employees. To date, you have failed to do so. As you know, AES-PR responded to a similar list from ALSTOM by producing additional e-mails before the end of January. From the end of January until the present, in our periodic discovery conference calls you and your co-counsel have stated that you would attempt to produce these e-mails "next week." Indeed, you made that precise representation last week, but yet again, have failed to do so. The time for fact discovery is now almost complete and we are being forced to take depositions without the benefit of these clearly responsive and relevant documents.

     5.    On February 7, 2006, over two weeks after the deadline, ALSTOM provided a response to AES-PR's Interrogatory No. 14, but the response was not properly verified and was substantively deficient. By letter dated February 15, 2006, we requested a supplemental and properly verified response, but have not heard back.

     6.    For months we have been seeking complete copies of ALSTOM's commissioning logs. Only last week, ALSTOM responded by providing an incomplete photocopy of one of the logs, and we asked that it provide the missing materials as soon as possible. ALSTOM has not done so.

     Finally, please be aware that AES-PR has just determined that three volumes of Water Treatment Handwritten Logs may not previously have been produced. If ALSTOM does not have these three volumes and would like copies, we

WILLIAMS & CONNOLLY LLP

James E. Edwards, Jr., Esquire
February 24, 2006
Page 3

can make them available at my office for your copy service to retrieve for copying at your convenience.

                            Sincerely,

                            Daniel D. Williams

cc:    Anthony Vittoria, Esq.
       Michael Schollaert, Esq.