# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

### [Proposed] ORDER

Upon consideration of Defendant ALSTOM Power Inc.'s Second Motion to Compel Production of Electronic Documents, or in the Alternative, for Sanctions, and Plaintiff AES Puerto Rico's Opposition, it is this ____ day of March 2006, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that plaintiff shall be awarded its costs and fees incurred in opposing defendant's motion.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

129760