IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*       \*       \*       \*       \*       \*       \*

## NOTICE OF SERVICE

I CERTIFY that on March 20, 2006 ALSTOM Power Inc., defendant, by its counsel, served its Disclosures of Expert Testimony together with attached reports by electronic mail and overnight mail to the following:

> Daniel D. Williams, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
>
> John S. Spadaro, Esquire
> Murphy Spadaro & Landon
> 1011 Centre Road
> Suite 210
> Wilmington, Delaware 19805

ALSTOM POWER INC.

/s/ Daniel W. Sciapli
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19801
(302) 888-3222
dscialpi@wierlaw.com