IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of James L. Tuxbury to represent Plaintiff AES Puerto Rico, L.P. in the above-captioned matter.

Respectfully submitted,

MURPHY SPADARO & LANDON

_____
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Jeb Boatman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Plaintiff
AES Puerto Rico, L.P.

SO ORDERED.

_____
The Hon. Joseph J. Farnan, Jr.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, the State of New York, and the United States District Court for the District of Columbia, and that, pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                               James L. Tuxbury
                                               Williams & Connolly LLP
                                               725 Twelfth Street, N.W.
                                               Washington, D.C. 20005
                                               (202) 434-5000

Dated: March 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. ) | Civ. No. 04-1282JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY U.S. MAIL**
Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY U.S. MAIL**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: March 23, 2006         Attorneys for AES Puerto Rico, L.P.

130151