IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> vs. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1282-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Ann Sagerson to represent Plaintiff AES Puerto Rico, L.P. in the above-captioned matter.

Respectfully submitted,

MURPHY SPADARO & LANDON

_____
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for Plaintiff
AES Puerto Rico, L.P.

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Jeb Boatman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

SO ORDERED.

_____
The Hon. Joseph J. Farnan, Jr.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, the State of Maryland, and the United States District Court for Maryland, and that, pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Ann Sagerson*
Ann Sagerson
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Dated: March 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　)　Civ. No. 04-1282JJF<br>　　　　　　　　　　　　　　　　)<br>ALSTOM POWER, INC., 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　　)<br>　　　　　　　　　　　　　　　　) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY U.S. MAIL**
Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY U.S. MAIL**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ John S. Spadaro
　　　　　　　　　　　　　　　　　　John S. Spadaro, No. 3155
　　　　　　　　　　　　　　　　　　MURPHY SPADARO & LANDON
　　　　　　　　　　　　　　　　　　1011 Centre Road, Suite 210
　　　　　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　　　　　Tel. (302) 472-8100
　　　　　　　　　　　　　　　　　　Fax (302) 472-8135

Dated: March 23, 2006　　　　　　　Attorneys for AES Puerto Rico, L.P.

130151