IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | Civ. No. 04-1282-JJF |

**PLAINTIFF AES PUERTO RICO, L.P.'S MOTION AND SUPPORTING MEMORANDUM TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL "AESC.COM" EMAIL AND ASSOCIATED ELECTRONIC DOCUMENTS**

Plaintiff AES Puerto Rico, L.P ("AES-PR") hereby requests leave to file the attached Surreply (Exhibit 1) in order to address legal and factual arguments raised by ALSTOM Power, Inc. ("ALSTOM") for the first time in its Reply to Plaintiff's Opposition to Motion to Compel Production of "AES.COM" E-mail and Associated Electronic documents.

**ARGUMENT**

On February 22, 2006 ALSTOM filed its Motion to Compel Production of "AESC.COM" Emails. AES-PR filed an opposition on March 10, 2006, and ALSTOM filed a reply on March 17, 2006. ALSTOM's original eleven-page memorandum contained several factual allegations in support of ALSTOM's motion. AES-PR's opposition addressed those factual allegations. ALSTOM's ten-page reply now raises new factual allegations in support of its motion. For example,

ALSTOM's reply suggests an entirely new theory about how the AESC.com emails may be relevant to their case. *See* Reply at 9-10 (suggesting now that the backup tapes are relevant for events that occurred in late 2002). Local Rule 7.1.3 (c)(2) states that "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief . . . " Because ALSTOM reserved factual allegations and legal theories about the relevance these "AESC.com" emails for its reply brief, and thereby deprived AES-PR of an opportunity to respond, AES-PR respectfully requests leave to file the attached surreply.

## CONCLUSION

For the foregoing reasons, AES-PR respectfully requests that this Court grant its motion to file the attached Surreply.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: March 23, 2006

Attorneys for AES Puerto Rico, L.P.

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing this motion, on March 22, 2006, I communicated via email with James Edwards, counsel for defendant ALSTOM. I asked whether ALSTOM would agree to AES-PR's Motion to file a Surreply. Mr. Edwards responded that ALSTOM could not agree to consent to this motion.

_____
James L. Tuxbury
Attorney for Plaintiff AES Puerto Rico, LP

## CERTIFICATE OF SERVICE

On March 23, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Motion and Supporting Memorandum to File a Surreply in Opposition to Defendant's Motion to Compel "AESC.COM" Email and Associated Electronic Documents by e-mail and first class mail, postage prepaid, on:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and,

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643

/s/ John S. Spadaro