IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiff AES Puerto Rico's Motion to File a Surreply In Opposition to Defendant's Motion to Compel "AESC.Com" Email and Associated Electronic Documents, it is this ____ day of March 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that AES-PR's Surreply In Opposition to Defendant's Motion to Compel "AESC.Com" Email and Associated Electronic Documents is deemed filed.

```
_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE
```