IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF AES PUERTO RICO, L.P.'S MOTION AND SUPPORTING MEMORANDUM TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S SECOND MOTION TO COMPEL PRODUCTION OF ELECTRONIC DOCUMENTS, OR, IN THE ALTERNATIVE, FOR SANCTIONS**

Plaintiff AES Puerto Rico, L.P ("AES-PR") hereby requests leave to file the attached Surreply (Exhibit 1) in order to address legal and factual arguments raised by ALSTOM Power, Inc. ("ALSTOM") for the first time in its Reply to Plaintiff's Opposition to ALSTOM's Second Motion to Compel Production of Electronic Documents, or, in the Alternative, for Sanctions.

**ARGUMENT**

On February 23, 2006, ALSTOM filed its Second Motion to Compel Production of Electronic Documents. AES-PR filed an opposition on March 13, 2006, and ALSTOM filed a reply on March 20, 2006. ALSTOM's original eleven-page memorandum contained only three paragraphs discussing the law that purportedly supported its motion. See Mot. at 10-11. Moreover, ALSTOM relied exclusively on Fed. R. Civ. P. 37 as the legal basis for an adverse inference

instruction. ALSTOM's eleven-page reply brief raises for the first time new legal and factual allegations. For example, it no longer relies exclusively on Rule 37, but argues that Second Circuit law applies here. *See* Reply at 3-4, 7. ALSTOM's reply is a classic case of "sandbagging," and is contrary to Local Rule 7.1.3 (c)(2) which states that "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief . . . " Because ALSTOM reserved new legal theories and factual allegations for its reply brief, AES-PR has not a fair opportunity to respond, and respectfully requests leave to file the attached Surreply.

## CONCLUSION

For the foregoing reasons, AES-PR respectfully requests that this Court grant its motion to file the attached Surreply.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: March 23, 2006

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Attorneys for AES Puerto Rico, L.P.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing this motion, on March 22, 2006, I communicated via email with James Edwards, counsel for defendant ALSTOM. I asked whether ALSTOM would agree to AES-PR's Motion to file a Surreply. Mr. Edwards responded that ALSTOM could not agree to consent to this motion.

/s/ James L. Tuxbury
James L. Tuxbury
Attorney for Plaintiff AES Puerto Rico, LP

## CERTIFICATE OF SERVICE

On March 23, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Motion and Supporting Memorandum to File a Surreply in Opposition to Defendant's Second Motion to Compel Production of Electronic Documents, or in the Alternative, for Sanctions, by e-mail and first class mail, postage prepaid, on:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and,

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643

/s/ John S. Spadaro