IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

**[Proposed] ORDER**

Upon consideration of Plaintiff AES Puerto Rico's Motion to File a Surreply In Opposition to Defendant's Second Motion to Compel Production of Electronic Documents, or, in the Alternative, For Sanctions, it is this ____ day of March 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that AES-PR's Surreply In Opposition to Defendant's Second Motion to Compel Production of Electronic Documents, or, in the Alternative, For Sanctions is deemed filed.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE