# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

March 23, 2006

**Via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
844 North King Street
Wilmington, Delaware  19801

    Re:    **AES Puerto Rico, L.P. v. ALSTOM Power Inc.**
               **Case No. 04-1282**

Dear Judge Farnan:

      We represent ALSTOM Power Inc., the defendant, in this case. This letter relates to two discovery related motions filed by ALSTOM that are currently pending before the Court.

      The motions in question are a Motion to Compel Production of "aesc.com" E-mail and Associated Electronic Documents and a Second Motion to Compel Production of Electronic Documents or, in the Alternative, for Sanctions. Both motions have been fully briefed by the parties in accordance with the Local Rules of this Court, and are ready for the Court's consideration. It is our understanding that AES may seek leave of Court to file sur-replies to those two motions, which ALSTOM opposes.

      As the Motions relate to relevant documentation that AES has thus far failed or refused to produce to ALSTOM, the earliest possible resolution of the motions is critical to limit the prejudice suffered by ALSTOM, should the requested relief be granted. This is particularly true where, as here, discovery has closed and trial is approximately 60 days away.

      Finally, ALSTOM will be submitting to the Court tomorrow a third discovery related motion based primarily on conduct that occurred during the last week of discovery and after the motions referenced above had been filed.

We appreciate your consideration of this matter.

Respectfully yours,

/s/ Daniel W. Scialpi

Daniel W. Scialpi

cc:     John S. Spadaro, Esquire
        Daniel D. Williams, Esquire
        James E. Edwards, Esquire
        Anthony F. Vittoria, Esquire
        Clerk of the Court