IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

**ALSTOM POWER INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Defendant Alstom Power Inc., by and through counsel and pursuant to Fed. R. Civ. P. 56(c), seeking partial summary judgment to be entered on its behalf. In support of its motion, Defendant relies upon its Opening Brief in Support of its Motion for Partial Summary Judgment.

WHEREFORE, Defendant respectfully requests that the Court enter an Order, entering partial summary judgment on behalf of Defendant, and awarding Defendant its attorneys' fees and costs, and such other relief as the Court deems necessary, just and appropriate.

Respectfully submitted,

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19801
(302) 888-3222
dscialpi@wierlaw.com

March 24, 2006

        James E. Edwards, Jr.
        Anthony F. Vittoria
        Michael A. Schollaert
        OBER, KALER, GRIMES & SHRIVER
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        Phone:  (410) 685-1120
        Fax:    (410) 547-0699