IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

APPENDIX TO
ALSTOM POWER INC.'S OPENING BRIEF IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road
Suite 200
Wilmington, Delaware  19806
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone:  (410) 685-1120
Fax:     (410) 547-0699

Counsel for Defendant
ALSTOM Power Inc.

Date:  March 24, 2006

# TABLE OF CONTENTS
# APPENDIX

| Exhibit No. | Description | Appendix Page Numbers |
|---|---|---|
| 1 | 3/23/2006 Affidavit of William Jarvis | A 001 to A 003 |
| 2 | Purchase Order Excerpts | A 004 to A 047 |
| 3 | E-mail chain of January 11, 2000 to January 25, 2000 | A 048 to A 052 |
| 4 | Minutes of February 10 and 11, 2000 CFB Boiler / CDS / ESP Meeting | A 053 to A 058 |
| 5 | May 15, 2001 e-mail with attachment | A 059 to A 062 |
| 6 | O&M Manual Excerpts | A 063 to A 097 |
| 7 | March 28, 2001 Memo from T. Wardell to R. Day | A 098 to A 099 |
| 8 | October 23, 2002 letter and attached revised operating procedures | A 100 to A 112 |
| 9 | November 26, 2003 K. Hogenfelt Trip Report | A 113 to A 116 |
| 10 | November 24, 2003 e-mail from A. Dyer to F. Ceron | A 117 to A 119 |
| 11 | November 24, 2003 letter from A. Dyer to W. Jarvis | A 120 |
| 12 | May 18, 2004 letter from E. Bulewich to A. Dyer | A 121 to A 123 |
| 13 | December 2, 2003 email | A 124 |
| 14 | January 21, 2004 letter from A. Dyer to W. Jarvis | A 125 to A 126 |
| 15 | January 23, 2004 internal AESPR e-mail | A 127 |
| 16 | February 11, 2004 AESPR internal Request for Capital Expenditure Approval | A 128 to A 133 |
| 17 | April 30, 2004 letter from A. Dyer to W. Jarvis | A 134 to A 137 |
| 18 | January 28, 2004 letter from J. Toher to P. Stinson | A 138 to A 139 |
| 19 | March 16, 2004 e-mail from J. Toher to C. Little | A 140 |
| 20 | 1/25/2004 to 1/31/2004 AES Weekly Report | A 141 to A 144 |
| 21 | October 10, 2004 letter from J. Toher to C. Kiss | A 145 to A 148 |
| 22 | AESPR Responses to ALSTOM's First Set of Interrogatories | A 149 to A 152 |
| 23 | November 17, 2005 letter from A. Dyer to C. O'Neill | A 153 to A 157 |
| 24 | AESPR Supplemental Responses to ALSTOM Power Inc.'s Interrogatory No. 10 | A 158 to A 162 |
| 25 | AESPR Brine Crystallizer Project Justification | A 163 to A 167 |
| 26 | Circulating Dry Scrubber Specification Excerpts | A 168 to A 175 |
| 27 | September 12, 2003 e-mail from R. McParland to AESPR personnel | A 176 to A 179 |
| 28 | September 15, 2003 e-mail from P. Stinson to AESPR employees | A 180 |
| 29 | September 15, 2003 e-mail from D. Stone to AESPR employees | A 181 to A 182 |
| 30 | October 3, 2003 e-mail from E. Sostre to C. Reyes | A 183 to A 185 |

| Exhibit No. | Description | Appendix Page Numbers |
|---|---|---|
| 31 | January 30, 2004 e-mail from P. Stinson to AESPR personnel | A 186 to A 188 |
| 32 | January 17, 2003 Memo from J. Toher to R. McParland | A 189 to A 191 |
| 33 | Excerpts from Control Room Log Book for Unit 1 for June 25, 2003 to August 18, 2004 | A 192 to A 194 |
| 34 | October 3, 2003 Memo from D. Stone to P. Stinson | A 195 |
| 35 | September 9, 2003 to October 3, 2003 Analysis | A 196 to A 201 |
| 36 | August 29, 2005 e-mail from C. Kotrla to L. Alicea and E. Sanchez | A 202 to A 203 |