## PART III - GENERAL TERMS

### 1.0 WARRANTIES

1.1.1 Contractor warranties Duke/Fluor Daniel Caribbean S.E. ("D/FDC") and Owner that the Work shall comply with the provisions of this Contract and all specifications and drawings referred to in this Contract, and that the Work shall be free from defects in materials and workmanship and in full compliance with any design or engineering furnished by Contractor. Contractor further warranties D/FDC and Owner that all materials, equipment and supplies furnished by Contractor for the Work shall be new and fit for their specified purposes as set forth in this Contract and be in full compliance with the requirements of this Contract. As described in this Agreement, if any defect in the Work in violation of the foregoing warranties arises within the period set forth below, Contractor shall upon receipt of prompt written notice from D/FDC or Owner of such defect promptly furnish, at no cost to D/FDC or Owner, design and engineering, labor, equipment and materials necessary to correct such defect and cause the Work to comply fully with the foregoing warranties.

1.2 Contractor, at its expense, (including, without limitation, costs of removal, packing, transportation and reinstallation) shall remedy promptly any defective Work which exists during the applicable warranty period as set forth in this Article 1.0, and of which D/FDC gives written notice within a reasonable time after discovery of the defect or damage. Upon such notification by D/FDC, Contractor shall promptly commence and proceed to make all needed adjustments, repairs, additions, corrections, and replacements which arise out of or are necessitated by such defective Work or damage. Contractor shall conduct such warranty work on a overtime schedule basis if D/FDC determines such a schedule is necessary to avoid or minimize the effects of an outage or load reduction and D/FDC shall reimburse Contractor the premium differential for performing warranty work on an overtime basis. Contractor shall coordinate its warranty Work with D/FDC to minimize interference to D/FDC's and Owner's operations. D/FDC will permit reasonable access to as much of the Unit(s) as Contractor may reasonably require for performance of warranty Work, but any costs of uncovering Work shall be the responsibility of the Contractor. Contractor shall perform warranty Work so that such adjustments, repairs, additions, corrections, and replacements do not degrade the performance of, nor impair the use of the Equipment, Materials or other Work in question, other systems, or the Unit(s) as a whole to an extent that the Equipment, Materials, or other Work, systems or Unit(s) will not meet the requirements of this Contract in all respects, and Contractor shall repair or replace all other facilities to the extent they are destroyed or damaged as result of Contractor's performance of warranty Work.

1.2.1 The Warranty Period means that period extending:

Until twelve (12) months after Performance Acceptance with the following exceptions:

    a.    The warranty period for the Boiler Hot Loop shall be twenty-four (24) months after Performance Acceptance;

    b.    The warranty period shall be extended for corrective Work as set forth below.

1.2.2 At the mutual agreement of Contractor and D/FDC, warranty Work provided hereunder may be deferred until the time of the Unit's next regularly scheduled maintenance outage, provided that such outage shall commence not later than six (6) months after D/FDC's notice to Contractor of the defective condition, and the warranty provisions hereunder shall apply notwithstanding that such outage occurs after the time the warranty would otherwise expire.

A 015

Contractor shall not be liable or responsible for any such warranty work if the outage is not commenced within the stated six (6) months.

1.3 The warranty period shall be extended to cover each of the specific repairs, adjustments, additions, corrections, and replacements furnished under the warranty for a period of twelve (12) months from the date of such repair, adjustment, addition, correction, or replacement, except as provided in the following two paragraphs but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance. A repair, addition, adjustment, correction, or replacement shall be deemed to be completed upon Contractor's submittal to D/FDC of written Notice of Completion unless D/FDC, within ten (10) days thereafter, furnishes Contractor with a written statement of reasons as to why such repair, addition, adjustment, correction, or replacement is not complete. Contractor warrants that the repair, addition, adjustment, correction, or replacement will be consistent with the warranties herein throughout the duration of the applicable warranty period.

1.3.1 In the event any adjustment, repair, addition, correction, or replacement made pursuant to this warranty is ineffective in remedying the defective condition in question, D/FDC shall so notify Contractor in writing prior to expiration of the Warranty Period, as applicable, and Contractor shall proceed to conduct further warranty Work consistent with its obligation under this Article until the defective condition is remedied.

1.3.2 A chronic failure ("Chronic Failure") shall be deemed to occur when any piece of Equipment and/or Materials, or part or component thereof, fails during the Warranty Period and fails a second time during the extended warranty period from the same cause(s). In the event of a Chronic Failure, D/FDC and Contractor shall consult with each other and others as appropriate to reach mutual agreement as to the cause of the failure and as to the appropriate remedy. The warranty for the repair(s) shall then be extended for a period of twelve (12) months from the completion of the repair but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance.

1.4 In the event Contractor shall have been notified in writing of any defects in the Work in violation of Contractor's foregoing guarantees and shall fail to promptly and adequately correct such defects, D/FDC and Owner shall have the right upon written notice to Contractor to correct or to have such defects corrected for the account of Contractor, and Contractor shall promptly pay D/FDC or Owner the reasonable costs incurred in correcting such defects upon submittal of a written claim with back-up documentation supporting written claim.

1.5 In the event of an emergency when, in the reasonable judgment of D/FDC, delay could cause serious loss or damage, the adjustments, repairs, additions, corrections, and replacements necessary to remedy any defective Work may be made by D/FDC, or by a third party chosen by D/FDC, without giving prior notice to Contractor, and the reasonable cost of the remedial work shall be paid by Contractor but Contractor shall have no responsibility or liability (including warranty) for such remedial work. Notice of this course of action will be provided by D/FDC to Contractor as soon as practical.

1.6 The Contractor shall warrant for a period of twenty-four (24) months from performance acceptance the scrubbers, precipitators, induced draft fans, interconnecting duct work and duct work from the induced draft fans to the stack flange against the consequences of accelerated corrosion outside of the industry standards for power-generated facilities with dry scrubbing systems to the extent that the corrosion has materially affected or is reasonably expected to

A 016

materially affect in the next two (2) years (i) the structural integrity of the Equipment of any portion thereof or (ii) that ability of the Equipment to mechanically perform. Contractor's corrosion guarantee is conditioned upon operation and maintenance of the system in accordance with Contractor's Operation and Maintenance manuals, Owner's specified operating parameters, and typical system operation at baseload and specified capacity factors. Corrosion shall be monitored by a mutually agreed upon mapping program to be conducted by Owner. Upon demonstration that corrosion exceeds the level described above, the Contractor and Owner shall use best faith efforts to mutually agree on the appropriate remedial actions. In the event that the parties are unable to reach a mutual agreement either as to the extent of corrosion or the appropriate remedy, the issue shall be referred to a mutually agreeable third party mediator. There shall be no re-warranty or extended warranty obligation, as set forth in Article 1.3, applicable to this Article 1.6.

1.7 Contractor agrees that D/FDC may assign its rights under this warranty and other parts of this Contract to Owner and Owner's Lenders, and Contractor hereby consents to the same and shall fully honor its obligations hereunder in the event of any such assignment.

1.8 Consumable items, normal wear and tear (e.g. including, but not limited to, wear on refractory surfaces and maintenance thereof and/or sacrificial items such as weld overlay, tube shields, etc.) and erosion, corrosion or chemical attack to any portion of the boiler system caused in whole or part by deviations in the fuel or feedstocks from the limits specified in the Contract are excluded from any warranty obligations of the Contractor.  [Warranty Exclusion]

1.9 Contractor's representatives shall have reasonable access to test and operating records, the equipment, and other information they deem necessary to satisfy themselves of the validity of a claim under this warranty.

1.10 ALL IMPLIED WARRANTIES INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED AND WAIVED.

## 2.0 INSPECTION, TESTING AND QUALITY CONTROL

2.1 Contractor shall inspect all materials, supplies and equipment which are to be incorporated in the Work. In addition, Contractor shall conduct a continuous program of construction quality control for all Work. Contractor's quality control program and inspection procedures for the foregoing shall be submitted in writing to D/FDC for review and approval, and shall be in sufficient detail to delineate those items to be inspected and the manner in which they are to be inspected, and shall adequately describe all construction quality control activities contemplated, including provision for adequate documentation of Contractor's performance of such quality control and inspection.

2.2 Contractor shall, during the course of performance of the Work hereunder, without additional compensation, make or cause to be made all tests required by this Contract. D/FDC may require additional inspections and tests for which Contractor shall be compensated for. Contractor shall furnish D/FDC with satisfactory documentation of the results of all inspections and tests. For those tests which are specifically listed in the Contract as "D/FDC Witness Tests", D/FDC shall be given not less than five (5) working days notice by Contractor in order that D/FDC and/or Owner may witness any such tests.

2.3 D/FDC and Owner and their representatives, and others as may be required by applicable laws, ordinances and regulations, shall have the right at all reasonable times to inspect the Work and all material, supplies and equipment for the Work at the jobsite and at Contractor's and its suppliers' or subcontractors' shops for conformance with the Contract. Contractor shall provide, or cause to be provided access and sufficient and safe facilities for such inspections. Neither the failure to make such inspection nor to discover defective workmanship, materials or equipment, nor approval of or payment to Contractor for such Work, materials or equipment shall prejudice the rights of D/FDC or Owner.

2.4 If Contractor covers any portion of the Work prior to any inspection or test provided for in the specifications, inspection schedule, or as previously requested in writing by D/FDC, the cost of uncovering and covering the work to allow for such inspection or test shall be borne by the Contractor. Reexamination of any Work may be ordered by D/FDC. In the event of such reexamination, if any material, equipment or any part of the Work is determined by D/FDC to be defective, Contractor shall not be reimbursed for uncovering, repair or corrective and restoration costs. If such Work is found to be in accordance with the Contract requirements upon such reexamination, D/FDC shall pay Contractor the cost of uncovering and restoration.

2.5 Rejection by D/FDC of any or all parts of defective Work for failure to conform with this Contract shall be final and binding unless Contractor demonstrates that such rejection is inappropriate. Such rejected Work shall be promptly corrected or replaced by Contractor at Contractor's expense. If Contractor fails to commence and diligently continue correction or replacement of such rejected Work promptly after receipt of written notice from D/FDC to correct or replace the rejected Work, D/FDC may at its option remove and replace the rejected Work, and Contractor shall promptly reimburse D/FDC for the reasonable costs of such removal and replacement of defective Work.

2.6 D/FDC and Owner shall use reasonable efforts to perform inspection activities so as to not interfere with Contractor's schedule or work progress.

2.7 Contractor shall furnish D/FDC with samples of any materials required for testing purposes which D/FDC may require.

2.8 D/FDC may appoint inspectors to ascertain that the Work is accomplished in accordance with the Contract. Whether in the field or in Contractor's shop, or shops of its subcontractors, suppliers or manufacturers, the inspectors, upon reasonable notice to Contractor, shall have full access to the Work during normal working hours, and shall be given full cooperation. The inspectors shall have the authority to reject any defective Work, Equipment, or Material. The inspectors shall have no authority to permit any deviation from the Contract except as authorized in writing by D/FDC. Duke Fluor Daniel will provide Contractor the names of the authorized inspectors.

## 3.0 CONDITIONS AND RISKS OF WORK

3.1 Contractor acknowledges that prior to the execution of this Contract, Contractor (a) has made a complete and careful examination of the Facility Site and the surrounding areas, the Contract Document and the drawings and specifications and other information set forth for the Work, (b) has made a complete and careful examination to determine the difficulties and hazards incident to the performance of the Work hereunder, including without limitation (i) the location of the Project, (ii) the general condition of the Facility Site and the surrounding areas excluding any

A 018

latent subsurface conditions not disclosed to Contractor, (iii) the proximity of the Project to adjacent facilities and structures, (iv) the conditions of the roads, waterways and railroads in the vicinity of the Facility Site, including the conditions affecting shipping and transportation, access, disposal, handling and storage of materials, (v) the labor conditions in the region of the Facility Site, (vi) Applicable Laws and Permits, (vii) the local weather conditions based upon previous weather data, and (viii) all other matters that might reasonably affect Contractor's performance hereunder of the construction of the Work, and (c) has determined to Contractor's satisfaction the nature and extent of such difficulties and hazards. Contractor takes no responsibility and shall have no liability for pre-existing site conditions not reasonably apparent, including, but not limited to, subsurface conditions, structural integrity of existing steel and structures, and buried or concealed conditions.

3.2 Contractor accepts the risk for its mistake or error relating to all matters within the scope of Section 3.1 hereof and acknowledges and agrees that no increase or adjustment in the Contract Price, the Contract Master Schedule (including all milestones), the Payment Schedule, and the Performance Guarantees will be authorized by D/FDC as result of any such mistake or error but Contractor shall not be responsible for the mistakes or errors of D/FDC, Owner or any of their agents, vendors or contractors of any tier (other than Contractor) relating to all matters within the scope of Article 3.1 hereof.

## 4.0 APPROVED FOR CONSTRUCTION DRAWINGS AND SPECIFICATIONS

4.1 The Work shall be performed using only drawings and specifications marked "Approved for Construction" or equivalent by D/FDC. Such approval shall not relieve Contractor of any obligations under this Contract, nor constitute Duke/Flour Daniel's assumption of responsibility for the accuracy or adequacy of any of Contractor's information or Work incorporated in such documents.

4.2 To the extent possible, Contractor shall perform all Work outside of the areas marked "HOLD" on "Approved for Construction" specifications and drawings to maintain the schedule of Work, but shall not perform any Work in the areas or sections marked "HOLD" on "Approved for Construction" specifications and drawings until revised "Approved for Construction" specifications and drawings are received with the "HOLD" markings deleted.

4.3 If Contractor's schedule will be delayed by "HOLD" markings on specifications and drawings, Contractor shall report such delay to D/FDC in writing not less than ten (10) working days of receipt of such specification and drawings.

4.4 Contractor shall maintain at the work site a complete and current set of "Approved for Construction" drawings and specifications.

## 5.0 INTENT OF SPECIFICATIONS AND DRAWINGS

5.1 The specifications and drawings may not be complete in every detail. Contractor shall comply with their manifest intent and general purpose, taken as a whole, and shall not knowingly make use of any errors or omissions therein to the detriment of the Work. Upon becoming knowledgeable of any conflict, error, omission or discrepancy appear in the drawings, specifications, instructions, in work done by others, or in site conditions, Contractor or D/FDC shall notify the other in writing at once, and D/FDC will issue written instructions to be followed. If Contractor proceeds with any of the Work in question prior to receiving such instructions, then required corrections shall be at Contractor's expense.

A 019

5.2 Contractor shall not deviate from the specifications and drawings without prior written approval from D/FDC. Anything shown in the specifications referred to in this Contract or thereafter furnished by D/FDC and not shown in the drawings referred to in this Contract or thereafter furnished by D/FDC, or shown in such drawings and not shown in such specifications, shall be of like effect as if shown or mentioned in both and shall not be considered to be a conflict.

5.3 Materials shall not be substituted for those specified, nor shall "or equal" items be furnished pursuant to the specifications without D/FDC's prior written approval.

## 6.0 SAFETY

6.1 Contractor shall take necessary safety and other precautions to protect property and persons from damage, injury or illness arising out of the performance of the Work. Contractor shall comply strictly with local, municipal, provincial, state and national laws, orders, and regulations which are applicable to Contractor or to the Work, including without limitation the Occupational Safety and Health Act of 1970 (84 U.S. Statutes 1590), as amended and any state plans approved thereunder, and regulations thereunder, to the extent applicable, and Contractor warrants the materials, equipment and facilities, whether temporary or permanent, furnished by Contractor in connection with the performance of the Work shall comply therewith. At all times while any of Contractor's employees, agents or subcontractors are in Contractor's work area, Contractor shall be responsible for providing them with a safe place of employment, and Contractor shall inspect its work area. To the extent and as provided for in Article 29, Contractor shall indemnify and save harmless D/FDC and Owner, and their officers, employees and agents, from and against any and all claims, loss or liability in any manner arising out of Contractor's failure to comply with this Article.

6.2 Accidents, injuries and illnesses requiring medical attention other that first aid, damage to property of D/FDC, Owner and Contractor, and fires shall be orally reported to D/FDC at the time of the incident. Written reports, satisfactory in form and content to D/FDC, shall be submitted by Contractor promptly after each accident.

6.3 Contractor shall maintain in form and content approved by D/FDC, jobsite accident, injury and illness statistics which shall be available for inspection by, and submitted to, D/FDC upon its written request.

6.4 Contractor shall perform the Work in a manner to minimize marring and scarring of the landscape, and silting of streams. Trash shall not be deposited in streams or waterways, and action shall be taken to eliminate the migration of trash on the Jobsite to these areas. Herbicides and other chemicals and their containers shall not be deposited in or near streams, waterways, fields or pastures. Contractor warrants that it shall comply with all environmental protection permits and licenses, whether obtained by D/FDC or Owner or itself and provided that for D/FDC or Owner obtained permits or licenses that a copy has been provided to Contractor; all environmental laws, rules, regulations and electric utility industry standards and practices applicable to the Work.

A 020

## 7.0 CLEANUP

7.1 Contractor shall use its reasonable efforts to keep its work area in a neat, clean and safe condition and remove from the Owner's premises and the vicinity thereof and properly dispose of all debris and rubbish caused by Contractor's operations. Upon completion of the Work, Contractor shall promptly return unused materials furnished by D/FDC and remove from Owner's premises all of Contractor's equipment, material, scaffolding and like items, leaving Owner's premises and the vicinity clean, safe and ready for use.

7.2 In the event Contractor shall fail to maintain its work area as described above and in a manner satisfactory to D/FDC, and Contractor has failed to effect such cleanup or removal promptly after receipt of written notice to do so, D/FDC shall have the right without further notice to Contractor to perform such cleanup and remove such items on behalf of, and at the expense of Contractor. D/FDC may store items removed at a place of its choosing on behalf of Contractor and at Contractor's risk and expense. D/FDC shall promptly notify Contractor of such place of storage. Contractor shall promptly reimburse D/FDC for the costs of such cleanup, removal and storage.

7.3 On or before completion of the Work, Contractor shall remove, transport and dispose of any Hazardous Material transported onto the Facility Site by Contractor or any of its subcontractors, or created, used or handled as part of Contractor's or any of its subcontractor's construction activities at the Facility Site. All cleanup and disposal shall be conducted in accordance with all Applicable Laws and Applicable Permits. Contractor shall notify D/FDC immediately upon the discovery of the presence of any Hazardous Material on, or the release of Hazardous Material on or from, the Facility Site.

## 8.0 SUBCONTRACTORS AND PURCHASE ORDERS

8.1 Contractor shall not subcontract performance of any work that will be performed at the jobsite and which has a value of $100,000 or greater without first notifying D/FDC of the intended subcontracting and obtaining D/FDC's Notice of Non-Objection in writing of the subcontracting and the subcontractor. Issuing of the Notice of Non-Objection shall not be unreasonably withheld. If requested by D/FDC, Contractors shall furnish D/FDC a copy of the subcontract (with price deleted if the subcontracted work is part of fixed price Work of Contractor under this Contract). Contractor agrees to include applicable Articles from this Contract in subcontracts but shall maintain responsibility for administration of such subcontracts.

8.2 Contractor guarantees that its subcontractors will comply fully with the terms of this Contract applicable to the portion of the Work performed by them. If any portion of the Work which has been subcontracted by Contractor is not prosecuted in accordance with this Contract then upon written notification from D/FDC, Contractor shall take corrective action to assure that the subcontractor's work is brought into compliance with the Contract. If after thirty (30) days of Contractor receiving written notice of such non-conformance, subcontractor has failed to reasonably bring the Work into compliance with the Contract to the reasonable satisfaction of D/FDC, then on written request of D/FDC the subcontractor shall be replaced at no additional cost to D/FDC and shall not be employed again on the Work.

8.3 D/FDC shall have the right from time to time to attend progress review meetings that Contractor holds with its subcontractors.

8.4 Contractor shall only purchase materials and equipment from suppliers listed in attachment 14 of the technical specifications.

## 9.0 TERMINATION FOR DEFAULT

9.1 In the event that Contractor shall default in the performance of any material obligation to be performed by Contractor under this Contract and shall fail to commence corrective action within five (5) working days following written notice thereof from D/FDC and shall thereafter fail to diligently pursue such corrective action, D/FDC may, without prejudice to any other rights or remedies D/FDC may have, hold in abeyance payments to Contractor for Work not in compliance with the Contract and/or terminate Contractor's right to continue performance of this Contract by written notice to Contractor specifying the date of termination. In the event of such termination, D/FDC may take possession of the Work at the jobsite and any or all materials and plant equipment (whether delivered to the jobsite or on order therefor by Contractor), Contractor's tools and construction equipment at jobsite and finish the Work by whatever method D/FDC may deem expedient.

9.2 In the event of termination by D/FDC under Section 9.1, Contractor shall, upon request by D/FDC, promptly advise it of all outstanding subcontractors, rental agreements and purchase orders which Contractor has with others pertaining to performance of the Work and furnish D/FDC with complete copies thereof. Upon request by D/FDC, Contractor shall assign to D/FDC or Owner, Contractor's title to materials and plant equipment for the Work and those subcontracts, rental agreements and purchase orders designated by D/FDC. Upon such assignment Contractor shall have no responsibility for work performed under such assigned items after assignment.

9.3 In the event of termination by D/FDC under Section 9.1, Contractor shall not be entitled to receive any further payment until the Work is completed. Upon completion and final acceptance of the Work, D/FDC will determine the total cost incurred in completing the Work including, without limitation, additional overhead, reasonable legal and other costs incurred by D/FDC to effect such termination and to complete the Work. If the total costs noted above exceed the balance of the Contract price unpaid at the time of the termination, Contractor shall, promptly after receipt of an invoice, pay to D/FDC the amount of such excess which shall be the reasonable actual cost. D/FDC shall have the right to recover from Contractor and is authorized to set-off against and deduct from any excess payable to Contractor any other damages as allowed for under this Contract and suffered by D/FDC or Owner due to said default or event giving rise to the termination or due to other defaults of Contractor in complying with the terms of this Contract. A waiver by D/FDC of one default by Contractor shall not be considered to be a waiver of any subsequent default by Contractor, nor be deemed to amend or modify the terms of this contract.

9.4 Upon commencement of a case by or against Contractor under applicable bankruptcy law, or any general assignment by Contractor for the benefit of its creditors, or the appointment of a receiver to take charge of Contractor's assets, and provided the same renders Contractor unable to perform its obligations, D/FDC may treat Contractor as in default under Section 9.1 and may exercise any of the remedies of this Article.

A 022

9.5 Contractor shall be considered in default from complying with the express obligations of this Contract whenever by reason of strikes, picketing or disputes of any nature between Contractor, and directed solely at Contractor, and any individual, group or organization at the Jobsite, Contractor persistently, repeatedly, or for any period of twenty (20) consecutive working days, should be unable to supply enough properly skilled workers or proper materials or equipment to execute the Work at the Jobsite.

## 10.0 STOP WORK ORDERS

Upon failure of Contractor or its subcontractor(s) to comply with any of the material requirements of this Contract, D/FDC shall have the authority upon written notice to Contractor to stop any Work of Contractor or its subcontractors affected by such failure until such failure is remedied or to terminate this Contract in accordance with Article 9.0. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for increased costs or damages by Contractor, unless Contractor demonstrates that the stop work order was inappropriate.

## 11.0 SCHEDULING, REPORTING AND COORDINATION

11.1 Contractor shall schedule and coordinate the details of the Work being performed to meet the schedule requirements set forth in this Contract. Within thirty (30) calendar days after the signing of this Contract, Contractor shall submit to D/FDC for approval, a summary schedule showing the sequence in which Contractor proposes to perform the Work, the start and completion dates of all separable portions of the Work, materials procurement and delivery plans and any other information specified by D/FDC. Contractor agrees to adhere to the schedule approved by D/FDC and attend and participate in scheduled progress and coordination meetings called by D/FDC.

11.2 During the performance of Work, Contractor shall submit to D/FDC monthly progress reports on the actual progress and updated schedules as may be required by this Contract or requested by D/FDC. In the event Contractor's performance of the Work is not in compliance with the schedule established for such performance, D/FDC may, in writing, require the Contractor to submit its plan for schedule recovery or exercise any other remedies under this Contract. Contractor shall thereupon take such steps as may be necessary to improve its progress without additional cost to D/FDC.

11.3 Contractor recognizes that D/FDC, Owner, other contractors and subcontractors may be working concurrently at the Jobsite. Contractor agrees to cooperate with D/FDC, Owner and other contractors so that the project as a whole will progress with a minimum of delays. D/FDC reserves the right to reasonably require Contractor to schedule the order of performance of its Work in such manner as not to interfere with the performance of others.

11.4 Contractor shall reasonably cooperate with the engineering, construction and other efforts to accommodate the interface requirements of all other contractors and use all reasonable efforts to accommodate the interface requirements of the Utility, the Steam Host(s), the Fuel Supplier(s), all Federal, commonwealth, state and local agencies, all utilities serving the Project and all fuel oil and water suppliers.

11.5 Contractor shall develop a construction plan for, and oversee the construction of the Work in accordance with the terms and provisions of this Contract. Contractor shall inspect or cause to

A 023

be inspected all materials and equipment to be incorporated into the Work and shall reject those items determined not to be in compliance with the requirements of this Contract. Contractor shall also oversee the manner of incorporation of the materials and equipment into the Work and the workmanship with which such materials and equipment are incorporated and otherwise coordinate the construction of the Work. Contractor shall require all of its subcontractors to perform any subcontracts such that the work is in compliance with this Contract and, in performing the duties incident to such responsibility, Contractor shall issue to its subcontractors such directives and impose such restrictions as may be required in the construction of the Work to obtain compliance by subcontractors with the relevant terms of this Contract. Contractor shall review and be fully responsible for all construction services of the Work, including without limitation, all construction services provided by its subcontractors. Contractor shall establish and track the Work management controls systems and provide construction management services pertaining to the Work.

## 12.0 OVERTIME

Unless expressly stated elsewhere in this Contract, Work at the jobsite shall be compatible with D/FDC's Construction starting and quitting times, or other times approved by D/FDC. Scheduled overtime work by Contractor must be approved in advance and in writing by D/FDC and such approval for overtime work shall not be unreasonably withheld by DFDC. Contractor shall notify D/FDC in advance of any incidental spot overtime which Contractor elects to work due to such operations as concrete placement, non-disruptable work activities and emergencies to protect life and/or property. Overtime work, whether scheduled or incidental, shall be to Contractor's account unless the compensation therefor is specifically authorized in writing by D/FDC. In the event D/FDC approves compensation of Contractor's overtime in advance, such compensation as separately authorized shall be limited to the actual cost to Contractor of the premium portion only of all applicable wages, craft fringe benefits, and payroll burdens imposed by any governmental authority and measured by the compensation payable to employees. To establish the amount of payment, Contractor shall submit supporting documents satisfactory in form and content to D/FDC for its verification and approval.

## 13.0 DELAYS

13.1 In the event Contractor or D/FDC is delayed in performing any of their respective obligations in the Contract (other than the payment of money) and such delay is caused by a Force Majeure Event defined as; acts of God, war, riots, civil insurrection, acts of the public enemy, accidents, acts of civil or military authority, sabotage, epidemics, revolution, injunction, terrorism, quarantine, strikes and labor disputes (except as excluded below), fires, floods, landslides, tidal wave, hurricane, lightning, explosion or earthquakes, or other similar events, beyond the reasonable control of the party delayed, such delay shall be excused and the period of such delay shall be added to the time for performance as required. Force Majeure Events do not include strikes, work stoppages and labor disputes or unrest of any kind involving employees of Contractor or any of its subcontractors employed on the Facility Site (provided, however, that if such events are beyond the control of the Contractor or any of its subcontractors and are not caused by the actions or failure to act of Contractor or any of its subcontractors, such events shall be Force Majeure Events), late delivery of materials or equipment (except to the extent caused by a Force Majeure Event), and economic hardship. In the event any such delay due to the foregoing causes or events occurs or is anticipated, the party delayed or anticipating delay shall promptly notify the other party in writing of such delay or expected delay and the cause and estimated duration of such delay. In the event of a delay due to the foregoing causes or events,

A 024

whether such delay is excused or not, the party delayed shall, at no cost to the other party, exercise reasonable diligence to shorten and avoid the delay and shall keep the other party advised as to the continuance of the delay and steps taken to shorten or terminate the delay. Contractor shall not in any event be entitled to additional or extra compensation by reason of Contractor having been delayed in performance of its obligations due to the foregoing causes or events whether such delay was excused or not. Contractor or D/FDC shall, within five (5) working days of becoming knowledgeable of the commencement of any such delay, give to the other written notice thereof and of the anticipated results thereof. Within two (2) working days of the termination of any such delay, Contractor or D/FDC shall file a written notice with the other specifying the actual duration of the delay. If the delay was beyond the control and without the fault or negligence of Contractor or DFDC, as the case may be, and not foreseeable at the effective date of this Contract, Contractor or DFDC shall be entitled to an equitable extension of the time of performance of this Contract, **provided that the extension of time is of no greater scope and of no longer duration than is reasonably required by the delay.** Contractor shall not be entitled to, and hereby expressly waives recovery of, and damages suffered by reason of the delays contemplated by this Section 13.0 and extension of time shall constitute Contractor's sole remedy for such delays.

13.2  The time of completion of any and all Work items scheduled in the Contract shall not be extended because of non-extraordinary weather conditions or other natural non-extraordinary phenomena including, but not limited to normal rain, high temperature, wet grounds, and high winds.

13.3  The inability of Contractor to obtain permits or licenses required for the progress of its Work shall not be considered a reason for force majeure claim.

## 14.0 POSSESSION PRIOR TO COMPLETION

D/FDC and/or Owner shall have the right to move into Contractor's working and storage areas and the right to take possession of or use any completed or partially completed part of Contractor's Work as D/FDC or Owner deem necessary for their operations. In the event D/FDC or Owner desire to exercise the foregoing right, D/FDC will so notify Contractor in writing. Such possession or use shall not constitute acceptance of Contractor's Work, and D/FDC and/or Owner shall assume full responsibility for loss, damage or injury associated with such possession or use and such possession or use shall not interfere with Contractor's Work.

## 15.0 NOTICE OF PROJECT COMPLETION

15.1  When Contractor deems the Work to have achieved Project Completion, including satisfactory completion of such inspections, tests and documentation as are specified in this Contract, Contractor shall, within ten (10) working days thereafter, give a written notice of Project Completion of the Work to D/FDC, specifying the Work completed and the date it was completed. Within ten (10) calendar days after receipt of said notice of Project Completion, D/FDC may inspect the Work and shall either reject the notice of Project Completion and specify defective or uncompleted portions of the Work, or shall give the Contractor a written notice of acceptance of the Work and Project Completion either for the purpose of final payment only, or for the purposes of final payment and final acceptance. The Notice of Project Completion shall be dated as of the date that Contractor provided DFDC with the notice which proved to be acceptable.

15.2 In the event D/FDC rejects the notice of Project Completion and specifies defective or uncompleted portions of the Work, Contractor shall within five (5) working days, provide for D/FDC's review and approval, a schedule detailing when all defects will be corrected and/or the work will be completed and shall proceed to remedy such defective and uncompleted portions of the Work. Thereafter, Contractor shall again give D/FDC a written notice of Project Completion of the Work, specifying a new date for the completion of the Work based upon the date such defective or uncompleted portions of the Work were corrected. The foregoing procedure shall apply again and successively thereafter until D/FDC has given Contractor written notice of Project Completion for purposes of final payment and final acceptance.

15.3 If D/FDC to is unable to perform such inspection and notification within ten (10) days as stipulated in 15.1 above, the parties agree to mutually work together to complete such inspection as promptly as is reasonably possible.

## 16.0 CHANGES

16.1 The Scope of Work shall be subject to change by additions, deletions or revisions thereto by D/FDC. Contractor will be notified of such changes by receipt of additional and/or revised drawings, specifications, exhibits or written orders.

16.2 Contractor shall submit to D/FDC within (20) twenty working days after receipt of notice of a change, a takeoff with supporting calculations and firm lump sum pricing for the change together with any adjustments in the schedule guarantees or other Contract requirements required for the performance of Work as changed. The pricing shall be itemized to show the cost for labor (by trades and work classification), material and equipment and shall cover all work involved in the change, whether such work was deleted, added or modified. Amounts related to subcontracts shall be identified as individual line items. In addition, if the proposal includes a time extension (or adjustment of any other Contract requirement), a justification therefor shall also be furnished.

16.3 Contractor shall not perform changes in the Work in accordance with Sections 16.1 and 16.2 until D/FDC has approved in writing the pricing for the change and any adjustment in the schedule guarantees, or other Contract requirements for performance of the Work, except as set forth in Section 16.4. Upon receiving such written approval from D/FDC, Contractor shall perform the change in accordance with this Contract.

16.4 Notwithstanding Section 16.3 D/FDC may expressly authorize Contractor in writing to perform the change prior to such approval by D/FDC. Contractor shall not suspend performance of this Contract during the review and negotiation of any change, except as may be directed by D/FDC pursuant to Article 17.0, SUSPENSION OF WORK. If Duke/Flour Daniel has authorized Contractor in writing to perform work prior to the issuance of a change order, Contractor shall then commence such work on a time and material basis. If D/FDC and Contractor are unable to agree on a firm lump sum price then Contractor shall be compensated on a time and material basis. The pricing for time and material shall be as follows:

    I)    Craft labor and Engineering Costs: Labor rates shall include all payroll additives such as payroll taxes, insurance, vacation allowance, subsistence, etc.
    II)    Construction Equipment Cost including rental equipment
    III)    Material
    IV)    Subcontractor Services

A 026

V) Transportation and Delivery Cost

Items I, III and IV above shall be marked-up as follows to cover overheads, management and profit:

Item I) Thirty five percent (35%)
Item III) Twenty Percent (20%)
Item IV) Ten Percent (10%).

16.5 Contractor shall not comply with oral changes in the Work. If Contractor believes that any oral notice or instruction received from D/FDC will involve a change in the cost, time to perform or integrity of the work, it shall require that the notice or instruction be given in writing and shall comply with the provisions of Sections 16.2, 16.3 and 16.4. Any costs incurred by Contractor to perform oral changes shall be for Contractor's account, and Contractor waives any and all rights to claim from D/FDC or Owner for such costs or additional time to perform the Work as a result of compliance by Contractor with such oral changes.

16.6 D/FDC may request minor changes in the Work, consistent with the overall general scope of this Contract, to accommodate unanticipated changes which do not affect schedule or Contract Price. If Contractor believes that any such order entitles it to an adjustment to the Contract Price or schedule or both, it shall provide a written statement of such to D/FDC. Prior to beginning the portion of Work affected by the order, Contractor will prepare a Change Order as described in this Article.

16.7 Contractor is not entitled to claim for damages for anticipated profits on any portion of the Work that may be deleted and which was not performed.

## 17.0 SUSPENSION OF WORK

17.1 D/FDC may at any time, and from time to time, by written or telegraphic notice to Contractor suspend further performance of all or any portion of the Work by Contractor. Said notice of suspension shall specify the date of suspension and the estimated duration of the suspension. Upon receiving any such notice of suspension, Contractor shall promptly suspend further performance of the Work to the extent specified, and during the period of such suspension shall properly care for and protect all Work in progress and materials, supplies, and equipment Contractor has on hand for performance of the Work. Upon the request of D/FDC, Contractor shall promptly deliver to D/FDC unpriced copies of outstanding purchase orders and subcontractors of Contractor for materials, equipment and service for the Work, and shall take such action relative to such purchase orders and subcontracts as may be directed by D/FDC. Contractor shall use its best efforts to utilize its material, labor and equipment in such a manner as to mitigate costs associated with suspension. D/FDC may at any time withdraw the suspension of performance of the Work as to all or part of the suspended Work by written or telegraphic notice to Contractor specifying the effective date and scope of withdrawal, and Contractor shall resume diligent performance of the Work for which the suspension is withdrawn on the specified effective date of withdrawal.

17.2 If Contractor believes that any such suspension or withdrawal of suspension justifies modification of the Contract price or time of completion, Contractor shall comply with the provisions of the procedure set forth in Article 16.0, CHANGES. Contractor shall not be entitled to any prospective profits because of such suspension or withdrawals of suspension.

## 18.0 TERMINATION AT DUKE/FLUOR DANIEL CARIBBEAN S.E.'S OPTION

18.1 D/FDC shall have the right at any time, with or without cause, to terminate further performance of all or part of the Work by written or telegraphic notice to Contractor specifying the date of termination. On the date of such termination stated in said notice, Contractor shall discontinue performance of the Work and shall preserve and protect tools, construction equipment and facilities on jobsite, materials and plant equipment purchased for or committed to the Work (whether delivered to the Jobsite or on order), Work in progress and completed Work (whether at jobsite or other locations) pending D/FDC's instructions and, if requested by it, shall turn over the same to D/FDC, or Owner, including title to said materials and plant equipment, provided the Contractor has been paid in full for such material and equipment or dispose of same in accordance with D/FDC's instructions.

18.2 Upon receipt of said notice, Contractor shall advise D/FDC of its outstanding orders and subcontracts pertaining to performance of the terminated work and, upon request, furnish D/FDC with complete copies. Contractor shall place no further orders or subcontracts for materials, equipment, services, or facilities, except as may be necessary for completion of such portion of the Work as is not terminated; Contractor shall promptly make every reasonable effort to procure cancellation, upon terms satisfactory to D/FDC, of all orders and subcontracts to the extent they relate to the performance of Work terminated; or, as directed by D/FDC, shall assign to it or Owner such of its subcontracts and orders as are designated by D/FDC, or shall take such other action relative to such subcontracts or orders as may be directed by D/FDC.

18.3 If Contractor has reasonably performed all obligations under this Contract up to the date of termination, Contractor shall recover from D/FDC an amount based upon the Cancellation Schedule (Attachment 13.C of Part II) which amount shall constitute complete and full settlement for such termination. In no event shall total payment to Contractor exceed the Contract Price.

18.4 The provisions of this Contract, which by their nature survive final acceptance of the Work, shall remain in full force and effect after such termination.

## 19.0 CLAIMS

19.1 Contractor shall give D/FDC written notice within five (5) working days after becoming aware of any event which Contractor believes may give rise to a claim by Contractor for an increase in the Contract Price or in the scheduled time for performance. Within ten (10) working days after becoming aware of such event, Contractor shall supply D/FDC with a statement supporting Contractor's claim, which statement shall include Contractor's detailed estimate of the change in Contract Price and scheduled time occasioned thereby. Contractor shall substantiate its claim with payroll documents, paid invoices, receipts, records of performance and other documents satisfactory to D/FDC and subject to its verification. D/FDC shall give Contractor written notice within five (5) working days upon determining that an action or inaction of Contractor which will result in a claim from D/FDC and D/FDC will submit a detailed claim to Contractor within ten (10) working days for review. Both parties hereby waive any claim or potential claim to the other party which was not reported in accordance with the provisions of this Article. The parties shall negotiate in good faith to reach an agreement, but in no case, except with D/FDC's prior written consent, shall any work be halted pending such agreement, whether or not the claim can be resolved to Contractor's satisfaction, and Contractor shall be bound by the terms and conditions of this Contract to prosecute the Work without delay to its successful completion. D/FDC shall not be bound to any adjustments in the Contract Price or scheduled time for Contractor's claim unless expressly agreed to by D/FDC in writing or otherwise required

pursuant to arbitration or court award. No claim hereunder by Contractor shall be allowed if asserted after final payment under this Contract. Contractor's and D/FDC's remedies are limited to those expressly set forth in this Contract.

19.2 Claims identified by the parties will be considered for resolution by the D/FDC Site Manager and the Contractor Construction Site Manager. Claims which remain unresolved for one (1) month after receipt of substantiating information by D/FDC may, at the discretion of either D/FDC or Contractor, be submitted to the D/FDC Project Director and the Contractor Project Manager for resolution. Should a claim remain unresolved for an additional one (1) month, either party may submit the claim to the D/FDC Vice President - Projects and the Contractor Director of Projects for resolution. This mutually agreed upon process for resolution of potential claims will not affect the rights and obligations, that are provided under the Contract for either party.

## 20.0 PROTECTION OF MATERIALS, EQUIPMENT AND WORK

20.1 Contractor shall at all times and at no additional cost to D/FDC, preserve and protect material and equipment used by Contractor in the execution of the Work from damage or loss due to weather, fire, theft, unexplained disappearance or other similar casualty.

20.2 Contractor shall at all times and at no additional cost to D/FDC, protect from damage due to Contractor's operations, equipment and materials (whether stored or installed), paving, structures and any and all other items on jobsite belonging to Owner, D/FDC or others.

20.3 The liability, if any, of D/FDC or Owner for any damage to the Work, or to materials, tools and equipment of Contractor or their subcontractors, shall be limited to the deductible of the Builder's All Risk Policy or Tools and Equipment Insurance as applicable. Otherwise, Contractor assumes responsibility.

## 21.0 CONTRACTOR'S CONSTRUCTION EQUIPMENT

Construction equipment obtained or furnished by Contractor which is to be used by Contractor on the jobsite shall be in good operating condition, safe, fit for the uses for which intended, and suitable for the safe, legal and efficient performance of the Work. Such equipment shall be subject to inspection from time to time by D/FDC. Any such equipment of Contractor which is rejected by Duke/Flour Daniel as not conforming with the foregoing shall be promptly brought into compliance without additional cost to D/FDC and without delaying the schedule for performance of the Work by Contractor.

## 22.0 CONTRACTOR'S SHIPMENTS

22.1 Contractor shall be responsible for arranging all shipments of Contractor supplied materials and equipment to the site of the Work and shall consign such shipments to itself as consignee at the project shipping address, freight fully prepaid. Contractor shall be responsible for making demurrage agreements and settlement with carriers for its shipments.

22.2 Contractor shall advise Duke/Flour Daniel in advance of all major shipments of Contractor's materials and equipment and shall coordinate with D/FDC the arrival, unloading and release of carriers' equipment. Contractor shall promptly unload its shipments and promptly release carrier's equipment.

A 029

22.3 In the event Contractor may be unable to promptly unload its shipment, Contractor shall notify D/FDC of such inability not less than ten (10) working days in advance of arrival. D/FDC, at its option, may unload or make arrangements for others to unload such shipments for the account and risk of Contractor. Contractor will promptly pay D/FDC for such costs of unloading.

## 23.0 CONTROL OF D/FDC FURNISHED MATERIALS

23.1 Materials and equipment furnished by D/FDC for the Work, if any, shall be received by Contractor in the presence of Duke/Flour Daniel's authorized representative and quantities thereof shall be checked jointly by Contractor and D/FDC. The delivery and acceptance of all such materials and equipment shall be recorded in writing, and Contractor shall evidence receipt and acceptance of such materials and equipment by signing forms satisfactory to D/FDC.

23.2 Contractor shall carefully note any visible damage to D/FDC furnished materials and equipment prior to Contractor's acceptance of delivery. After Contractor has accepted delivery of such materials and equipment, Contractor shall assume full responsibility for any loss of or damage to such materials and equipment. Contractor shall notify D/FDC of any materials and equipment supplied to Contractor by D/FDC which are surplus and shall cooperate with D/FDC and Owner in the disposition of such surplus as directed by D/FDC.

23.3 Contractor shall notify D/FDC of any lack of, or requirement for, materials and equipment required under this Contract to be supplied by D/FDC in sufficient time for D/FDC to furnish said materials or equipment in advance of Contractor's need. In the event of misfit of D/FDC furnished materials or equipment, Contractor shall promptly notify D/FDC of such misfit. Contractor shall take all reasonable steps to avoid standby time due to such misfit or lack of D/FDC furnished materials or equipment and to continue progress of other portions of Work pending correction of such misfit and/or the furnishing of materials or equipment.

## 24.0 CARE, CUSTODY, CONTROL AND TITLE TO MATERIALS AND EQUIPMENT

24.1 Good and clear title to all materials and equipment furnished by Contractor under this Contract for the Work shall, except as expressly provided otherwise, elsewhere in the Contract, pass to Owner upon payment in full by D/FDC or incorporation into the permanent plant. Contractor shall ensure that vendors and suppliers from whom Contractor obtains materials and equipment do not retain, encumber or reserve title to or any interest in such items to the extent that D/FDC has paid Contractor for such items.

24.2 Notwithstanding the provisions of Section 24.1, the care, custody and control of Contractor's work incorporated into the permanent plant shall remain with Contractor until operation has been accepted by successful achievement of all the required testing standards and shall thereupon pass to D/FDC unless D/FDC or Owner notify Contractor in writing that such care, custody, and control is assumed by D/FDC or Owner at an earlier date.

## 25.0 CONTRACTOR'S PERSONNEL

25.1 Contractor shall provide an adequate number of qualified and competent supervisory staff, craft persons and other personnel to perform the Work. At all times during the course of the Work, Contractor shall provide at the jobsite a qualified, competent and responsible supervisor who shall be satisfactory to D/FDC. The supervisor shall have authority to represent Contractor

A 030

and directions given to him and accepted by him shall be binding on Contractor. Upon D/FDC's written request, Contractor shall give the supervisor, in writing, complete authority to act on behalf of, and to bind Contractor in all matters pertaining to the Work and this Contract. Contractor shall furnish D/FDC a copy of the authorization. Contractor shall not transfer or remove any of its supervisory or key personnel from performance of Work without the prior written notice to D/FDC.

25.2 Any employee of Contractor deemed by D/FDC or Owner, in their sole judgment, to be objectionable shall be removed from the jobsite immediately upon D/FDC's request that shall be in writing and which shall state the reason(s) for such request, and shall be promptly replaced by Contractor at no extra expense to D/FDC.

25.3 If requested by D/FDC, Contractor shall furnish it with the names and addresses of Contractor's subcontractors.

25.4 Subject to Applicable Laws, Contractor agrees that (a) in seeking personnel to perform the Work in Puerto Rico, Contractor and its subcontractors shall give first preference to individuals who (i) have been residents of Puerto Rico for a continuous period of at least one (1) year immediately prior to starting work on the Facility, (ii) at some time prior to starting work on the Facility, but not necessarily including the period of time immediately prior to starting work on the Facility, were residents of Puerto Rico for a period of at least five (5) consecutive years and have relocated to Puerto Rico in order to perform work on the Facility, or (iii) were born in Puerto Rico or have at least one parent who was born in Puerto Rico and in the opinion of the Utility have sufficient connection with Puerto Rico to be entitled to the preference established in this sentence; and (b) without limitation of the foregoing, not less that 30% of the total personnel hours expended in performance of the Work in Puerto Rico prior to the Commercial Operation Date shall be performed by individuals who meet the conditions of (i), (ii) or (iii) in clause (a) above. Without limitation of the foregoing, subject to Applicable Laws, not less than 30% of the Work to be performed in Puerto Rico prior to the Commercial Operation Date and measured by person-hours on an annual basis, shall be performed by business concerns which are owned and controlled by one or more individuals who meet at least one of the three criteria described in clause (a) of the preceding sentence. For purposes of the preceding sentence, owned and controlled means a business (x) which is at least 51% owned by one or more of such individuals (e.g., in the case of a corporate form of organization, such individuals must hold at least 51% of all voting stock of the corporation; in the case of a special partnership, such individuals must hold at least 51% of the beneficial interests in the partnership), and (y) whose management and daily business operations are controlled by one or more of such individuals (who need not be owners of the business). Subject to Applicable Laws, Contractor also agrees to use its best efforts to maximize the hiring of Guayama area residents for the performance of construction labor and to maximize the use of subcontractors that are owned and controlled by Guayama area residents.

25.5 Contractor shall notify D/FDC within 120 days of the date of this Contract as to whether Contractor intends to use any union personnel in connection with the Work at the Facility Site. If any union personnel are used in connection with the Work at the Facility Site, Contractor shall procure one or more project labor agreements (containing "no strike clauses" reasonably satisfactory to D/FDC) covering all union personnel employed in connection with the Work not later than 15 days prior to the first scheduled closing of construction financing for the Facility (provided Contractor has at least 60 days notice of such scheduled closing), and shall keep such agreements in effect at all times while such personnel are so employed. Contractor shall be responsible for all labor relations matters relating to the Work and shall at all times use its best

efforts to maintain harmony among the any union personnel employed (if any) and other personnel employed in connection with the Work. Contractor shall at all times use its best efforts and judgment as an experienced Contractor to adopt and implement policies and practices designed to avoid work stoppages, slowdowns, disputes and strikes.

## 26.0 LABOR HARMONY

Contractor agrees that all labor employed by it, its agents, and/or Subcontractor's for Work on the jobsite shall be in harmony with and be compatible with all other labor used by D/FDC or other Contractors. Whenever Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of the Work, Contractor shall immediately give notice thereof including all relevant information to D/FDC.

## 27.0 EMPLOYMENT CERTIFICATIONS AND PRACTICES

27.1 Contractor certifies that it has a policy ensuring equal employment opportunity without regard to race, color, national origin, sex, age, religion or handicap, that it maintains no employee facilities segregated on the basis of race, color, religion or national origin and that it is not debarred or suspended from being awarded Federal or Federally assisted contracts.

## 28.0 WORK RULES

Contractor agrees to use its reasonable efforts to comply with D/FDC and Owner's rules governing the conduct of Contractor and Contractor's employees, agents and subcontractors at and about the jobsite. Contractor agrees that it shall ensure that its supervisory personnel, employees, agents and subcontractors at the jobsite comply strictly with such rules. D/FDC and Owner reserve the right to, from time to time, revise any such rules, and Contractor shall comply fully with such rules as revised in accordance with the foregoing provisions.

## 29.0 INDEMNITY

Contractor agrees to defend, indemnify and hold harmless D/FDC and Owner, the Owner's lenders, the Utility, the PREPA, and the Steam Host, the affiliated companies of each, and all of their directors, officers, employees, agents and representatives, from and against:

29.1 Any claim, demand, cause of action, liability, loss or expense arising by reason of Contractor's actual failure (or if asserted, to defend until proven not liable) to comply with any applicable law, ordinance, regulation, rule or order applicable to Contractor under this Contract, or with this Contract. This Section 29.1 includes, but is not limited to, fines or penalties by government authorities and claims arising from Contractor's actual or asserted failure to pay taxes for which Contractor is liable to pay hereunder.

29.2 Any claim, demand, cause of action, liability, loss or expense arising from actual violation or infringement of rights (or, if asserted, to defend until proven not liable) in any applicable patent, copyright, proprietary information, trade secret or other property right caused or alleged to be caused by the use of goods, materials, equipment, methods, processes, designs or information, including construction methods, construction equipment and temporary construction facilities, furnished by Contractor or its subcontractors in performance of the Work. Should any goods or services provided by Contractor become the subject of a claim of infringement of a patent, copyright or other property right, Contractor shall, at Contractor's option, either procure for

A 032