D/FDC and Owner the right to continue using such goods or services, replace same with equivalent, non-infringing goods or services, or modify the goods or services so that the use thereof becomes non-infringing, provided that any such modification or replacement is of equal quality and provides equal performance to the infringing goods or services. Contractor's obligations under this paragraph shall not apply to any goods, equipment processes, methods, designs or information to the extent that it was subsequently altered, modified or changed by D/FDC/Owner or used or operated by D/FDC/Owner in a manner in intended by this Contract.

29.3  Any claim, demand, cause of action, liability, loss or expense arising from injury to or death of third persons (including employees of D/FDC, Owner, Contractor and Contractor's subcontractors) or from damage to or loss of tangible property (but exclusive of property damage to the extent covered by the proceeds of the Builders All Risk Insurance or other insurance provided by D/FDC and/or Owner) caused by any negligent acts or omissions of Contractor or its subcontractors; provided, however, that Contractor's indemnification obligation for damage to the Facility shall not extend beyond the Performance Acceptance Date or during the Warranty Period, if the Contractor and/or its subcontractors is/are on the site to perform Warranty Work. Contractor's defense and indemnity obligations hereunder include claims and damages arising from non-delegable duties of D/FDC or Owner or arising from use by Contractor of construction equipment, tools, scaffolding or facilities furnished to Contractor by D/FDC or Owner.

29.4  Any claim, demand, cause of action, liability, loss or expense for actual or alleged contamination, pollution, or public or private nuisance, to the extent arising out of any acts or omissions of Contractor, or its subcontractors.

29.5  In the event of joint or concurrent negligence on the part of the D/FDC or any other indemnified party, the liability, and any associated indemnity obligations shall be reduced by the negligence attributable to such indemnified party.  Contractor's defense and indemnity obligations shall include the duty to reimburse any reasonable attorneys' fees and expenses incurred by D/FDC or Owner for legal action to enforce Contractor's indemnity obligations, but only to the extent D/FDC or Owner is successful in such actions.

29.6  In the event that the indemnity provisions in this Contract are contrary to the law governing this Contract, then the indemnity obligations applicable hereunder shall be construed to have the same economic effect on the parties.

29.7  With respect to claims against D/FDC or Owner by employees of Contractor or its subcontractors, the indemnity obligations created under this Article 29.0 shall not be limited by the fact of, amount, or type of benefits or compensation payable by or for Contractor, its subcontractors or suppliers under any workers' compensation, disability benefits, or other employee benefits acts or regulations, and Contractor waives, against D/FDC or Owner, any limitation of liability arising from workers' compensation or such other acts of regulations.

29.8  If there is a dispute between the parties regarding Contractor's obligations hereunder, D/FDC shall be entitled to retain from payments otherwise due Contractor such amounts as shall reasonably be considered necessary to satisfy any claims, suits or liens for damages that fall within Contractor's indemnity obligations under this Article 29.0, until such claims suits or liens have been settled and satisfactory evidence to that effect has been furnished to D/FDC.

29.9  Contractor acknowledges specific payment of $10.00 incorporated into the Contract Price as legal consideration for Contractor's indemnity obligations as may be provided in this Contract.

29.10 Notice and Defense: Promptly after receipt by D/FDC of any claim or notice of the commencement of any action, proceeding or investigation as to which the indemnity provided for this Article applies, such indemnified party shall notify Contractor in writing of such fact. Contractor shall assume on behalf of the indemnified party the defense thereof with counsel of the indemnified party's choice or which shall be reasonably acceptable to D/FDC; provided that such indemnified party shall have the right to be represented by independent counsel of its own selection and at its own expense. D/FDC and Owner shall provide reasonable support and assistance to the Contractor in connection with the defense of any claim to which the indemnity herein shall apply.

## 30.0 INSURANCE

30.1 Before any Work is performed under this Contract, Contractor shall, as its sole cost, obtain and maintain in force the following insurance coverages:

30.1.1 Worker's Compensation Insurance, including occupational illness or disease coverage, or other similar social insurance in accordance with the laws of the nation, state, commonwealth, territory or province exercising jurisdiction over the employee and Employer's Liability Insurance with a limit of $1,000,000 per occurrence and in the aggregate.

30.1.2 Comprehensive or Commercial General Liability Insurance, including Contractual Liability, Products and Completed Operations Liability (with the Completed Operations coverage to remain in effect for two (2) years following Performance Acceptance), Explosion, Collapse, and Underground Hazards, Personal Injury Liability (with the standard contractual and employee exclusions eliminated), Elevators and Escalators, Employers Liability, and Broad Form Property Damage Liability coverages with a combined single limit of $1,000,000 per occurrence and in the aggregate. Such insurance shall protect against losses arising out of explosion, collapse or underground hazards. The Policy shall name D/FDC, its affiliates, Owner's Lenders and Owner as additional insureds with respect to liability or losses based upon or arising out of Contractor's Work under this Agreement. Contractor shall evidence that such coverage has been extended to the aforesaid additional insureds through provision of either a specific endorsement to its policy or through a Certificate of Insurance issued by its insurance broker on behalf of its insurance company that states that the additional insureds are additional insureds as required herein.

30.1.3 Automobile Liability Insurance covering use of all owned, non-owned and hired automobiles with a combined single limit of $1,000,000 per occurrence and in the aggregate for bodily injury and property damage liability. This policy shall be endorsed to name D/FDC, its affiliates and Owner and Owner's Lenders as additional insureds with respect to liability based upon or arising out of the activities of Contractor pursuant to this Contract.

30.1.4 Tools and Equipment Insurance covering physical damage to or loss of all major tools and equipment, office furniture and equipment, and vehicles for which Contractor is responsible throughout the course of the Work.

30.1.5 "Umbrella" or Excess Liability Insurance, over the Comprehensive or Commercial General Liability, Automobile Liability and Employer's Liability, with a coverage limit of $14,000,000.

30.2  The foregoing insurance coverages shall be primary and non-contributing with respect to any other insurance or self insurance which may be maintained by D/FDC, Owner, Owner's Lenders, the Electric Utility and Steam Host to which Owner will be furnishing electricity and steam, and the Puerto Rico Aqueduct and Sewer Authority. Contractor's Comprehensive General Liability and Automobile Liability Insurance policies shall contain a Cross Liability and Severability of interest clause. Contractor shall obtain from each of its insurers a waiver of subrogation in favor of D/FDC, its affiliates, Owner, Owner's Lenders, the Electric Utility and Steam Host to which Owner will be furnishing electricity and steam, and the Puerto Rico Aqueduct and Sewer Authority with respect to losses arising out of or in connection with the Work. Contractor shall cause its insurance underwriters to issue Certificates of Insurance satisfactory in form to D/FDC (ACCORD form or equivalent) evidencing that the coverages, coverage extensions, policy endorsements and waivers of subrogation required under this Contract are maintained in force and that not less than 30 days written notice will be given to D/FDC, Owner and Owner's Lenders prior to any material modification or cancellation of the policies.

30.3  Builder's Risk Insurance covering loss or damages to materials and equipment at the Jobsite that are and/or will be incorporated into the completed Facility shall be provided by D/FDC or Owner. Contractor and its subcontractors shall be additional named insured on the Builders Risk Insurance Policy and such policy shall provide a waiver of subrogation in favor of Contractor. Contractor shall be responsible for the payment of the applicable deductible (**but in no event shall said deductible exceed $25,000 per occurrence**) and other uninsured amounts for each loss or damage to such materials or equipment which are in the care, custody and control of Contractor.

30.4  ~~Changes in Contractor's insurance costs or escalations in premiums related to insurance programs and limits agreed to herein shall not be the basis for any increase in the price of the Work~~ unless such change is due to changes in the Work. However, the additional cost for any other insurance required to be put into place by D/FDC or Owner shall be borne by D/FDC or Owner.

30.5  All insurance coverage provided by the Contractor shall be on an occurrence basis unless such coverage is not commercially available, in which event the parties shall agree upon replacement coverage on a claims made basis which provides, to the fullest extent possible, the same coverage as would be provided on an occurrence basis.

## 31.0 BONDS

Deleted

## 32.0 CONTRACTUAL RELATIONSHIP

Contractor represents that it is fully experienced and properly qualified to perform the class of Work provided for herein, and that it is properly equipped, organized and financed to perform such Work. Contractor agrees that it is and at the time of performance of the Work, it will be properly licensed and qualified to do business in all governmental jurisdictions in which it is required for the Work. Upon written request by D/FDC, Contractor shall furnish to it such evidence as D/FDC may require relating to the Contractor's ability to fully perform this Contract. Nothing contained in this Contract or any subcontract awarded by Contractor shall create any contractual relationship between any subcontractor and D/FDC or Owner. Contractor agrees that

A 035

Contractor is an independent contractor and an employer subject to all applicable unemployment compensation, occupational safety and health, or similar statues so as to relieve D/FDC of any responsibility or liability for treating Contractor's employees as employees of D/FDC for the purpose of their safety or of keeping records, making reports or paying of any payroll taxes or contribution; and Contractor agrees to indemnify and hold D/FDC harmless and reimburse it for any expense or liability incurred under said statutes in connection with employees of Contractor, including a sum equal to any unemployment benefits paid to those who were Contractor's employees, where such benefit payments are charged to D/FDC under any merit plan or to D/FDC's reserve account pursuant to any statute. The Contractor further agrees, as regards the items set forth below and for Work under this Contract, that it will keep and have available all necessary records and make all payments, reports, collections and deductions and otherwise do any and all things so as to fully comply with all federal, state and local laws, ordinances and regulations as they affect performance of the Contract, so as to fully relieve and protect D/FDC and Owner from any and all responsibility or liability therefore or in regard thereto: (1) the production, purchase and sale, furnishing and delivering, pricing, and use or consumption of materials, supplies and equipment; (2) the hire, tenure or conditions of employment of employees and their hours of work and rates of the payment of the work, and (3) the keeping of records, making of reports, and the payment, collection and/or deduction of federal, state, commonwealth and local taxes, contributions, pension funds, welfare funds, or similar assessments.

## 33.0 PERMITS AND LICENSES

33.1 Contractor shall only be responsible for obtaining those permits which are required in order for Contractor to perform its scope of Work. D/FDC and or Owner shall obtain all other permits such as Building Permit, Air Permit, Operating Permit, etc.

33.2 Contractor shall be responsible for obtaining, at the time needed, all construction licenses and other permits, and governmental inspections required, as of the date of this Contract, by public authorities for performing the Work and which are not otherwise specified to be obtained by D/FDC or Owner.

33.3 The Work shall meet all applicable requirements of local, state, and Federal public authorities regulating the environment and local, state and Federal public authorities regulating building or construction specifications or design as necessary for the completed Units to qualify for necessary construction, building and operating permits and other licenses and environmental regulatory approvals provided that D/FDC or Owner has advised Contractor of any such requirements. The applicable regulatory requirements which are the basis for such obligation of Contractor are those effective on the date of this Contract. Contractor shall promptly notify D/FDC of any changes made in these requirements after date of this Contract which may impact the Work, and shall provide written recommendations concerning actions to be taken to comply with the revised or new regulations.

## 34.0 INDEPENDENT CONTRACTOR

Nothing in this Contract shall be deemed to represent that Contractor, or any of Contractor's employees or agents, are the agents, representatives or employees of D/FDC or Owner. Contractor shall be an independent contractor and shall have responsibility for and control over the details and means for performing the Work, provided that Contractor is in compliance with

A 036

the terms of this Contract. Anything in this Contract which may appear to give D/FDC the right to direct Contractor as to the details of the performance of the Work or to exercise a measure of control over Contractor, shall mean that Contractor shall follow the desires of D/FDC only as to the intended results of the Work.

## 35.0 CONFIDENTIAL INFORMATION

Drawings, specifications, and other information, which is marked as confidential and obtained by Contractor from D/FDC or Owner in connection with the Work shall be held in confidence by Contractor and shall not be used by Contractor for any purpose other that for the performance of Work or as authorized in writing by D/FDC. All such documents furnished by D/FDC or Owner to Contractor shall remain their property. Drawings, specifications and other information which is provided to D/FDC and which is marked as confidential shall be treated as confidential and proprietary and remain the property of Contractor. D/FDC and/or Owner shall have the right to disclose this information to third parties, subject to appropriate and reasonable restrictions of confidentiality, to the extent necessary to construct, maintain and operate the equipment but shall not use this information for the expansion or substantial duplication of the Work.

## 36.0 PUBLICITY

36.1 Contractor shall not make news releases pertaining to the Work or this Contract without first obtaining the written approval of D/FDC.

36.2 The Jobsite shall be maintained free from any and all advertising and Contractor's and its subcontractors', suppliers', and manufacturers' signboards of every kind, except those specifically approved in writing by D/FDC. Contractor and its subcontractors, suppliers , and manufacturers shall place no temporary sign (except as required for safety or by law) on any part of the premises of Owner without the written permission of D/FDC.

36.3 Publications and advertisements concerning the Project shall not be made by or on behalf of Contractor, or its subcontractors, suppliers, manufacturers or agents, unless prior written authorization therefor is obtained from D/FDC.

36.4 Cameras or picture taking, except for purposes of reporting the progress of construction or problem areas which may occur during construction, shall not be allowed on or of the Jobsite or on or of any of Owner's property or facilities, except with written permission of D/FDC.

## 37.0 OWNERSHIP AND USE OF DRAWINGS

37.1 Engineering and related data, calculations, plans, maps, drawings, computer programs and specifications furnished by D/FDC or Owner in connection with the Work (referred to in this Article 37.0 as "D/FDC's Documents") shall remain D/FDC's or Owner's property. Contractor agrees not to use or release to others any such D/FDC's Documents for purposes other than the Work performed hereunder unless prior written consent to the contrary is given by D/FDC. Contractor shall give D/FDC receipts for D/FDC's documents furnished by D/FDC or Owner and shall be responsible for their safekeeping and return to D/FDC or Owner upon request, upon termination or completion of this Contract, or upon termination or completion of the Work to which such D/FDC's documents apply.

A 037

37.2 Contractor shall release D/FDC and Owner from all liability which may arise as a result of the use of D/FDC's Documents, whether by Contractor or third parties to whom Contractor discloses said documents and information, for purposes other than the Work and Units provided under this Contract as set forth above. This Article 37.2 shall apply mutatis mutandi to D/FDC and Owner.

37.3 Any drawings, data or information supplied by Contractor hereunder shall remain the sole and exclusive property of Contractor but may be used by D/FDC and Owner solely for the purpose of evaluation, facilitating and/or completing construction, maintenance, operation and/or repair of the subject Facility and not for any other unrelated purpose.

## 38.0 ASSIGNMENTS

Contractor shall not assign this Contact wholly or in part, voluntarily, by operation of law, or otherwise without first obtaining the written consent of D/FDC. Any assignment of the Contract in violation of the foregoing shall be at the option of D/FDC, void. Subject to the foregoing, the provisions of this Contract shall extend to the benefit of and be binding upon the successors and assigns of the parties hereto. D/FDC reserves the right at its sole option to assign this Contract to Owner, Owner's designated agent, Owner's Lenders, or to D/FDC's affiliates. In the event that Contractor needs to split the Contract to include work in Puerto Rico, Contractor reserves the right to add Combustion Engineering Caribe, Inc. to this Contract.

## 39.0 LAWS AND REGULATIONS

39.1 Both parties shall comply strictly with local, municipal, state, federal and governmental laws, orders, codes and regulations applicable to their operations as they relate to this Contract.

39.2 Contractor shall not, under any circumstances apply to or enter into negotiations with any governmental authority or agency for acceptance of variations from or revisions to safety or health, or air, water or noise pollution laws or regulations relating to this Contract or to the performance thereof, without D/FDC and Owner's prior written approval.

39.3 Neither party shall, under any circumstances, cause or permit their operations as they relate to this Contract, the discharge, emissions or release of any hazardous substance and/or waste, pollutant, contaminant or other substance in violation of any applicable laws, rules or regulations which are now or hereafter promulgated by any governmental authorities having jurisdiction over the Work. Contractor shall comply with all legal regulatory requirements applicable to the Work performed under this Contract and shall be responsible for compliance with all hazardous waste, health and safety, notice, training, and environmental protection laws, rules, regulations and requirements, including, but not limited to, the Resource Conservation and Recovery Act. "Hazardous Waste" includes all substances which are or may be identified as such in 40 C.F.R Part 261 or other applicable laws or regulations. Contractor shall submit material safety data sheets, OSHA Form 20, as required. As an inducement to award of this Contract, Contractor warrants full compliance and that it will adhere to all applicable project hazardous waste procedures and if necessary, obtain or arrange for at its expense all identification numbers, permits, applications and other things required in connection with the activities under this Contract. Contractor agrees that it will not store any hazardous wastes at the jobsite for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by law, the Owner or D/FDC, whichever shall be more restrictive. Contractor further agrees that it

A 038

will not permit any accumulation in excess of the small quantity generator exclusion of 40 C.F.R. Part 261 or other applicable law, as amended. Contractor agrees to take, at its expense all actions necessary to protect third parties, including without limitation, employees and agents of Owner and D/FDC from any exposure to, or hazards of, hazardous and/or toxic wastes or substances generated or utilized in Contractor's operations. Contractor agrees to report to the appropriate governmental agencies all discharges, releases and spills of hazardous substances and/or wastes required to be reported by law and to immediately notify Owner and D/FDC of same.

39.4  This Contract shall be subject to the law and jurisdiction of the State of Delaware, unless expressly designated otherwise within this Contract.

39.5  To the extent, if any, that (a) any changes in Applicable Laws, including their interpretation, or Applicable Permits occur after the date of this Agreement or (b) any Applicable Permits obtained after the date hereof (or any Applicable Permits obtained by Owner on or prior to the date hereof but not disclosed to Contractor), contain terms that Contractor did not and should not have reasonably foreseen as of the date hereof, such changes or unforeseen terms shall be treated as a Scope Change under Section 16 hereof; provided, however, that Contractor shall not be required to comply with any such changes and terms which are impossible to comply with as a practical matter; and provided further, that this Section 39.5 shall not apply to any change in Applicable Permits resulting directly or indirectly from the acts or omissions of Contractor or any Subcontractor that are wrongful or otherwise not in compliance with Contractor's obligations hereunder.

39.6  Contractor shall observe and comply with all aspects of all ordinances, laws, requirements, codes, rules and regulations of all bodies of government and governmental agencies having jurisdiction over any aspect of the Work. If Contractor observes that this Contract is at variance therewith, it shall give D/FDC prompt written notice thereof. Should Contractor become aware of any violations of any laws, ordinances, requirements, codes, rules or regulations, it shall promptly notify D/FDC in writing. Contractor shall give due and adequate notices to D/FDC of all properties of third parties which may be affected by Contractor's Work. If Contractor, or its employees, agents, subcontractors, suppliers or manufacturers of any tier, violates any laws, ordinances, requirements, codes, rules or regulations, Contractor shall defend, indemnify and hold D/FDC and Owner, and their agents, harmless against any fines and penalties incurred by itself or by D/FDC, Owner, their agents, or their other contractors if resulting therefrom. Claims, loss or damages indemnification shall be in accordance with Article 29.0 of Part III of this Contract.

39.7  Contractor shall perform its Work in accordance with applicable laws, rules, regulations, and orders, including but not limited to, those under Federal Occupational Safety and Health Act (Public Law 91-956), relating to the safety of Contractor's employees and shall require each subcontractor to have an appropriate safety program covering the subcontractors employees. Contractor shall defend, indemnify and hold harmless D/FDC and Owner and their agents from and against any fines and penalties resulting from Contractor's or its subcontractor's violation of any such laws, rules, regulations, or orders. Claims, loss or damages indemnification shall be per Article 29.0 of Part III of this Contract.

39.8  Contractor shall comply with the requirements of all Federal and state Worker's Compensation, Unemployment, Wage and Hour, and Social Security Regulations pertaining to the Work involved in this Contract and other special state and municipal licenses and permits required for the Work. It shall file the necessary reports and pay the required taxes thereunder.

A 039

39.9 It shall be the obligation of the Contractor to inform itself of the requirements of the law.

39.10 The Work shall be designed and constructed in compliance with editions of the codes and standards listed in the erection specification Part I Scope of Work which are in effect as of the date of this Contract. Subsequent changes in standards and codes shall be referred to D/FDC for resolution as to whether a Change Order shall be made to the Work consistent with this Contract.

39.11 Applicable codes and standards referenced in this Contract establish minimum requirements for the Work. If this Contract is silent concerning applicable codes and standards, the applicable codes and standards shall control; however, applicable codes and standards referenced in this Contract shall be superseded by more stringent requirements of this Contract when and where such requirements occur. Any other Contractor deviation from the applicable codes and standards referenced in this Contract shall not be permitted except with D/FDC's written approval.

## 40.0 COMMUNICATIONS

40.1 Written communications from Contractor shall be marked with D/FDC's contract number and addresses as set forth in this Contract.

40.2 Unless expressly authorized by D/FDC, in writing, Contractor shall not contact Owner regarding this Contract.

## 41.0 EMERGENCY MEDICAL SERVICES

D/FDC or Owner may furnish emergency medical treatment or related services to Contractor's employees in the case of job connected illness or injury occurring at the jobsite. In the event that such services are available, all such treatment or services, if any, are furnished on a Good Samaritan basis and not as a contractual obligation. In consideration of any such treatment or services, Contractor acknowledges, except for gross negligence or willful misconduct, that it assumes full and complete responsibility and liability for all injuries and damages to any of its employees arising out of or allegedly attributable in any way thereto. Nothing herein contained shall be constructed as imposing any duty upon D/FDC or Owner to provide facilities necessary to furnish emergency medical treatment or related services to Contractor's employees or to make such facilities and/or services available to Contractor's employees.

## 42.0 INVOICING AND PAYMENT

42.1 The Contract Price shall be payable per the milestones (dates) and of the amounts established in (Attachment 13.B of Part II) this Contract. Invoices shall be paid per the terms of this Contract provided verification has been established that the milestone(s) events tied to that specific payment have been satisfactorily completed.

42.2 Contractor shall submit separate invoices to D/FDC in accordance with Section 7.0, Part II of this Contract.

42.3 Payment shall not be construed to be an acceptance of Work. D/FDC shall pay the final retainage invoice to Contractor in accordance with the following:

a)  Within five (5) days after the determination, in accordance with the terms of this an acceptable Letter of Credit to DFDC in the amount of $1,000,000;

b)  Within thirty (30) days after Project Completion, all remaining retainage less the $1,000,000 Letter of Credit shall be paid to Contractor;

c)  Within eighteen (18) months after the occurrence of Performance Acceptance, and provided that Project Completion has occurred, DFDC shall extinguish the Letter of Credit requirement.

42.4  Additional Work Invoices shall be submitted as separate invoices, to cover additional Work authorized by D/FDC and completed by Contractor, but not added to this Contract by a formal change at the time of invoicing.

42.5  Contractor shall prepare all invoices in a form satisfactory to and approved by D/FDC.  In the event an invoice is submitted, in accordance with Contract terms, for Work accomplished on a reimbursable or unit price/unit rate basis, it shall be accompanied by documentation supporting each element of measurement and/or cost.  Any invoice submitted, which fails to comply with the terms of this Contract, including the requirements of form and documentation, may be returned to Contractor.  Any costs associated with the resubmission of a proper invoice shall be to Contractor's account.

42.6  With each milestone payment invoice, Contractor shall furnish partial lien waivers (in substantially the form shown as Attachment 13.E to Part II of this Contract) which partial lien waiver will waive Contractor's lien rights for all work performed through the cutoff date of such invoice.  D/FDC may withhold payment of invoices until Contractor furnishes such partial lien waivers.  Such partial lien waiver may be conditioned upon receipt of the associated payment. In addition, Contractor shall provide, if requested by the Owner prior to disbursement of funds to D/FDC required to make such scheduled Contractor payment, copies of such partial lien waivers from subcontractors and suppliers with subcontracts or purchase orders with a contract price or purchase order price of $100,000 or more as are necessary to support Contractor's invoice.

## 43.0 TAXES, DUTIES AND FEES

Contract Price does not include any sales tax or duties.  Sales tax and duties of any nature shall be the responsibility of D/FDC and/or Owner.  Contract shall be inclusive of, all payroll taxes, income taxes, fees and other assessments of whatever nature imposed by governmental authorities and applicable to the performance of the Work and this Contract, provided that such taxes, fees and other assessments were the law and in effect as of the date of this Contract.

Contractor shall administer and pay all sales, use, gross receipts, municipal license, municipal excise, and other similar taxes, fees, duties and contributions imposed upon Contractor by any taxing authority upon the sale, purchase or use of materials, supplies, equipment, services or labor to be incorporated in the Work, as well as taxes on or  measured by Contractor's income or gross receipts or taxes measured by wages earned by employees of Contractor or any of its Subcontractors (the "Taxes"), and shall furnish to the appropriate taxing authorities all required information and reports in connection with such Taxes and promptly furnish copies of all such information and reports to D/FDC; provided, that D/FDC shall be responsible, and shall reimburse Contractor outside the Contract Price and without retainage following receipt of appropriate supporting documentation, for all Taxes, other than taxes on or measured by

Contractor's net income or taxes measured by wages earned by employees of Contractor or any Subcontractor, paid by Contractor. Contractor shall use reasonable efforts to efficiently manage its provision of the Work hereunder so as to minimize the incurrence of Taxes that are reimbursable by D/FDC hereunder. In addition, DFDC shall, to the extent reasonably possible, obtain or take advantage of tax exemptions, rebates and credits available with respect to the Contract for the benefit of D/FDC and Contractor and (to the extent that applies to Contractor's Work)such tax exemptions, rebates and credits shall be passed along to the Contractor. If and to the extent that the work required of Contractor pursuant to the preceding sentence materially exceeds what Contractor otherwise should have reasonably expected with respect to such matters, D/FDC shall reimburse Contractor outside of the Contract Price and without retainage for all costs reasonably incurred by Contractor in performing such extraordinary work; provided, however, that prior to having performed such extraordinary work Contractor shall have notified D/FDC of the likely costs thereof and D/FDC thereafter shall have directed Contractor to proceed with such work. All subcontracts and purchase orders shall be written exclusive of any sales or use tax, or, if not so written, shall include the amount of such tax as a separate line item on the face of such subcontracts and purchase orders along with adequate support documentation. Contractor will use its reasonable prudence and diligence in the administration of Taxes, and Contractor shall confirm with D/FDC in advance any discretionary action, election or omission permitted in connection with the Taxes.

## 44.0 DOCUMENTATION AND RIGHT OF AUDIT

44.1 Where Contractor's Invoice includes compensation for Work performed at a unit price, Contractor shall submit its determination of units of Work performed, determined in accordance with the provisions of this Contract, and substantiated by documents satisfactory in form an content to D/FDC. Upon verification by D/FDC of said documents, D/FDC will advise Contractor in writing of either acceptance of Contractor's determination of units or of D/FDC's determination of such units. If Contractor believes that D/FDC has incorrectly determined the units of Work performed, Contractor shall comply with the provisions of Article 19.0, CLAIMS.

44.2 Where Contractor's Invoice includes compensation for Work performed for a reimbursable Contract Price, all costs, expenses and other amounts so invoiced shall be substantiated and supported by equipment time slips, paid invoices, time sheets, receipts and other documents satisfactory to and verified by D/FDC.

44.3 Contractor shall maintain for a period of two (2) years after final payment under this Contract, all records and accounts pertaining to Work performed by Contractor under this Contract for a unit price, a reimbursable price, or otherwise authorized in writing by D/FDC for performance on a reimbursable basis. D/FDC and/or Owner shall have the right to have an independent auditor audit, copy and inspect said records and accounts at all reasonable times during the course of such Work and for the above two (2) year period for the purpose of verifying units furnished and/or costs incurred, as applicable.

## 45.0 LIENS

45.1 Contractor shall at all times promptly pay for all services, materials, equipment and labor used or furnished by Contractor in the performance of the Work under this Contact and provided that D/FDC has promptly paid Contractor for Work satisfactorily completed, shall at its expense keep Owner's premises and all property belonging to D/FDC and Owner, or to either of them, free and clear of any and all liens arising out of services, labor, equipment or materials furnished by

A 042

Contractor or its employees, materialmen or subcontractors in the performance of the Work. If Contractor fails to release and discharge any such claim of lien against Owner's premises or the property of D/FDC and Owner, or of either of them, arising out of performance of the Work within twenty (20) working days after receipt of written notice from D/FDC to remove such claim of lien, D/FDC may, at its option, discharge or release the claim of lien or otherwise deal with the lien claimant, and Contractor shall pay D/FDC any and all costs and expenses of D/FDC in so doing, including reasonable attorneys' fees incurred by D/FDC.

45.2  Should any lien or other encumbrance be placed against the Work or property of Owner or D/FDC due to any activity or Work of Contractor's subcontractors suppliers or manufacturers at any tier, Contractor shall immediately provide a bond consistent with the law to cover the lien.

45.3  Until bond is in place covering the lien obligation , D/FDC's obligation to make payments for the amount of the lien to Contractor shall be suspended. During the period of suspension of payments due to the failure of Contractor to place an adequate bond, no interest shall accrue to Contractor's account

45.4  Contractor and D/FDC shall notify each other of any liens of which they become aware.

## 46.0 RIGHT TO OFFSET

D/FDC, without waiver or limitation of any rights or remedies of D/FDC or Owner, shall be entitled from time to time to deduct from any amounts due or owing by D/FDC to Contractor in connection with this Contract, any and all amounts owned by Contractor to D/FDC or Owner is connection with this Contract.

## 47.0 FINAL PAYMENT CERTIFICATION AND RELEASE

D/FDC shall not be obligated to make final payment to Contractor until Contractor has delivered to D/FDC a final release waiver (in substantially the form shown as Attachment 13.F to Part II of this Contract) satisfactory to D/FDC that Contractor has fully performed under this Contract and that all claims of Contractor for the Work are satisfied upon the making of such final payment, that no property of Owner or property used in connection with the Work is subject to any unsatisfied lien of claim as a result of the performance of the Work, that all rights of lien against Owner's property in connection with the Work are released (including without limitation, if D/FDC requests, releases of lien satisfactory in form to D/FDC executed by all persons who by reason of furnishing material, labor or other services to Contractor for the Work or potential lienors against Owner's property), and that Contractor has paid in full all outstanding obligations against the Work.

In addition to the partial lien waivers required under Article 42.6 above, Contractor shall deliver to D/FDC a copy of a final release waiver form for each subcontractor and supplier with subcontracts or purchase orders with a contract price or purchase order price of $100,000 or more prior to the final payment per Article 42.3 above.

## 48.0 ARBITRATION/LITIGATION

48.1  In the event that D/FDC is required to arbitrate a dispute with a third party, which dispute arises out of or is directly related to this contract, Contractor agrees to join in such arbitration

proceeding as D/FDC may direct and shall submit to such jurisdiction and be finally bound by the judgment rendered in accordance with the arbitration rules as may be established therein.

48.2  If D/FDC is involved in litigation with a third party, which litigation includes issues which relate to Contractor, Contractor hereby agrees, if requested by D/FDC, to provide reasonable technical assistance during such litigation.

## 49.0 VALIDITY OF PROVISIONS

In the event any section, or any part or portion of any section of this Contract shall be held to be invalid, void or otherwise unenforceable, such holding shall not affect the remaining part or portions of that section, or any other section hereof.

## 50.0 WAIVER

Either party's failure to insist on performance of any term, condition, or instruction, or to exercise any right or privilege included in this Contract, or their waiver of any breach, shall not thereafter waive any such term, condition, instruction, and/or any right or privilege.

## 51.0 GRATUITIES

51.1  Contractor, its employees, agents or representatives shall not offer or give to an officer, official or employee of D/FDC or Owner gifts, entertainment, payments, loans or other gratuities to influence the award of a contract or obtain favorable treatment under a contract.

51.2  Violation of this Article may be deemed by D/FDC to be a material breach of this Contract and any other contract with D/FDC and subject all contracts with Contractor to Termination for Default, as well as any other remedies at law or in equity.

## 52.0 LIMITATION OF LIABILITY

In no event shall Contractor's liability for any matter relating to this Contract, including, without limitation, warranties, breach of contract, tort [including negligence] and lawsuits, but excluding any patent indemnity or third party liability under Article 29 of this Part III, exceed either individually or in the aggregate an amount equal to the Contract Price. In no event shall D/FDC or Contractor be liable for incidental, special or consequential damages of any kind, including, without limitation, loss of revenue, loss of profits, loss of use of the facility or damages associated therewith. The foregoing notwithstanding, in no event shall Contractor's liability for Liquidated Damages exceed, in the aggregate, an amount equal to thirty percent (30%) of the Contract Price. Where a remedy is specified in the Contract for an occurrence, such remedy shall be an exclusive remedy for such occurrence; where no remedy is specified in the Contract for an occurrence, the remedy at law shall apply subject to the provision of this Article 52. Furthermore, it is specifically understood and agreed that the payment of any liquidated damages provided for in the Contract shall constitute Contractor's sole obligation and D/FDC's and/or Owner's sole and exclusive remedies for Contractor's failure to meet the Contract schedule and/or Performance Guarantees. All releases, waivers or limitations of liability specifically expressed in this Contract apply equally to Contractor's subcontractors, suppliers and vendors of any tier. All releases, waivers or limitations of liability specifically expressed in this Contract apply

A 044

notwithstanding the negligence, strict liability, fault, or breach of warranty or contract of the party whose liability is so released or limited.

## 53.0 CONTRACTOR'S WORK AREA

All Contractor's work areas on the jobsite will be assigned by D/FDC and/or Owner, which areas shall be reasonably satisfactory to the Contractor and which shall have reasonably free and unhindered access thereto by the Contractor. Contractor shall confine its operations to the areas so assigned.

## 54.0 FUEL AND LIMESTONE

D/FDC and/or Owner shall provide at its cost the fuels and limestone specified in the technical specifications of this Contract which are to be delivered to the project in a reasonable and specified quantity in order to enable Contractor to perform start-up performance testing and operation of the project in accordance with the terms of this Contract, provided that Contractor shall have given D/FDC and/or Owner at least 30 days' prior written notice of the need for such fuels.

## 55.0 UTILITIES

D/FDC and/or Owner shall furnish all utilities, including electricity, water, sewage and waste disposal services, chemicals and consumables, which are required for construction, start-up, performance testing and operation of the Facility (or any portion thereof). D/FDC and/or Owner shall pay for all electricity consumed during start-up through Final Completion.

## 56.0 HAZARDOUS MATERIAL INDEMNITY

D/FDC shall defend, indemnify and save harmless the Contractor, its affiliates, subcontractors, consultants, agents and employees, from and against all claims, lawsuits, damages, losses, and expenses (including, but not limited to, reasonable attorneys' fees, court and arbitration costs) arising out of or resulting from the presence, discharge, escape or release of any hazardous or toxic waste or substance, other than as a result of the acts or omissions of Contractor, its subcontractors, agents, consultants or employees.

Contractor shall defend, indemnify and save harmless D/FDC, its affiliates, subcontractors, consultants, agents and employees, from and against all claims, lawsuits, damages, losses, and expenses (including, but not limited to, reasonable attorneys' fees, court and arbitration costs) arising out of or resulting from the presence, discharge, escape or release of any hazardous or toxic waste or substance, other than as a result of the acts or omissions of D/FDC, its subcontractors, agents, consultants or employees.

## 57.0 ADJOINING UTILITIES

Contractor shall do all things reasonably necessary or expedient to protect any and all parallel, converging and intersecting electric lines and poles, telephone lines and poles, highways, waterways, railroads, sewer lines, natural gas pipelines, drainage ditches, culverts and any and all property of others from damage as a result of its performance of the Work hereunder. To the extent that any such property is damaged or destroyed in the course of the performance of the

A 045

Work hereunder, Contractor shall at its own expense rebuild, restore or replace such damaged or destroyed property as Owner in its reasonable discretion may direct be so rebuilt, restored or replaced (subject to the limitations of Article 30.7), unless such property damage is the result of subsurface conditions which were not and should not have been reasonably foreseen by Contractor, exercising the standard or care required hereunder, prior to the occurrence of such damage or destruction. Notwithstanding the foregoing sentence, Contractor shall not be required by this Article 59.0 to rebuild, restore or replace such damaged or destroyed property if and to the extent that any contract entered into between Contractor and the Person whose property was damaged or destroyed by Contractor specifically provides that Contractor is not liable for such damage or destruction.

## 58.0 SUBORDINATED DEBT FINANCING

Contractor shall arrange for one or more of its affiliates to commit to provide subordinated debt financing for the Facility in an aggregate principal amount of $3,850,000 (the "Subordinated Debt Commitment Amount"), by causing such affiliates as lenders on or before the later of (a) the closing of initial construction financing for the Facility and (b) the 30th day following the date on which Contractor receives notice of such scheduled closing to execute and deliver an agreement in substantially the form as Appendix J of the EPC Contract, setting forth the rights and obligations of the Owner as borrower and such affiliate(s) as lenders with respect to the Subordinated Debt Commitment Amount (the Subordinated Debt Agreement") ,**provided, however this obligation is subject to be reviewed and approved by ABBCE, and if such review and approval is not provided within six (6) weeks from the date of this Contract or such longer period as DFDC and Contractor may mutually agree, then this Contract is subject to termination or renegotiation at the sole discretion of DFDC; and provided further that , if DFDC or its affiliate(s) are not required to provide a subordinated debt commitment to the Owner under and pursuant to the EPC Contract by the later of the events delineated under subclauses (a) and (b) above, then this Article 58.0 and any Subordinated Debt Agreement shall be null and void, of no further force and effect, and fully and finally terminated without any surviving obligation..**

## 60.0 HARBOR RIGHTS

Contractor acknowledges that D/FDC or Owner shall not be under any obligation to provide Contractor with rights of access to and use of Las Mareas Harbor in connection with Contractor's performance of the Work hereunder. Contractor further acknowledges that the Owner has negotiated with Phillips Puerto Rico Core, Inc. ("Phillips") a harbor coordination agreement that provides Phillips with certain rights to coordinate access to and use of Las Mareas Harbor by Owner and its Contractors, and provides Phillips with certain priorities with respect to such access and use. Contractor agrees that if it seeks to use Las Mareas Harbor then (i) such use shall be subject to, and Contractor shall comply with, the terms of the harbor agreement, and (ii) any costs imposed on Owner under the harbor coordination agreement or otherwise as a result of such use shall be for Contractor's account. D/FDC and Contractor shall use all reasonable efforts to agree on the coordination and cooperation of Harbor Usage during the period beginning five (5) months after the NTP and ending twenty-one (21) months after the NTP.

## 61.0 RESULTANT PHYSICAL DAMAGE

Contractor, through and up to the end of the Warranty Period, shall also be responsible for all resultant physical damages which are suffered or incurred by D/FDC as a result of Contractor's

A 046

failure to (a) comply with Contractor's warranties, or (b) fully and properly perform all of its obligations under or otherwise fully comply with this Contract.

## 62.0 GUARANTY

Contractor and D/FDC agree that guarantees may be necessary and required from corporate entities reasonably acceptable to each party to secure performance of each party's obligations described in this contract. Therefore, if either party requests financial guarantees for the obligations described herein, such requested party shall provide a guarantee in form and substance satisfactory to the requesting party within 30 days of such request. If either party fails to provide such guarantee, either party may terminate this contract and neither party shall have any further obligation or liability the other.

A 047

# Exhibit 3

| | |
|---|---|
| **From:** | Thomas L. Wardell |
| **Sent:** | Tuesday, January 25, 2000 4:26 PM |
| **To:** | VanHooser, Bill <wbvanhooser@eec1.com> |
| **Cc:** | Muller, Bob <ramuller@eec1.com>; Linda R. Jannelle; William M Jarvis |
| **Subject:** | AES-PR: ABBCE & EEC CDS, Vessel Corrosion Re: Bank's Engineer's Report |
| **Attach:** | pic08706.pcx |

This is the information interpreted by D/FD as a result of our teleconference today.   Please advise if there are any corrections or additions to help support the corrosion explanation and assurance AES is looking for.
————————————— Forwarded by Thomas L. Wardell/USFSY/ABB on 01/25/2000 04:21 PM ——————————

"Charles B Jones Jr" <Charles.B.Jones.Jr@d-fd.com>
01/25/2000 04:05 PM
To: Thomas L. Wardell/USFSY/ABB@ABB_USFSY
cc:
Subject: AES-PR: ABBCE & EEC CDS, Vessel Corrosion Re: Bank's Engineer's  Report

Tom,   My initial email to you and folks at ABB didn't go through.  Pls pass note along to others which need info.
————————————— Forwarded by Charles B Jones Jr/CL/Fluor on 01/25/2000 04:03 PM ——————————

    CHARLES B JONES  JR
    01/25/2000 04:02 PM
    (Embedded image moved to file: pic08706.pcx)

To:  Robert L Misenheimer/CL/Fluor@DFD
cc:  Ana C Peterson/CL/Fluor@DFD, Bob Day Jr/CL/Fluor@DFD, William M Jarvis/USFSY/ABB@ABB_USFSY, Wilhelm/USFSY/ABB@ABB_USFSY, Thomas L. Wardell/USFSY/ABB@ABB_USFSY@ABB_NOTES@ABB_US01

Subject: AES-PR: ABBCE & EEC CDS, Vessel Corrosion Re: Bank's Engineer's Report
(Document link: Charles B Jones Jr)

Per the additional request for understanding the potential for corrosion of the CDS vessel walls, a telephone conference call was arranged between DFD, ABBCE & EEC.

Conference call participants included -  Tom Wardell (ABBCE), Bill Van Heuser (EEC), John Toher (EEC), Bob Day (DFD) and Bo Jones (DFD).

In summary:

A 048

WARD-EMAIL-007103

The CDS is a Semi-Dry Scrubbing Process which will use a nominal 30

°F flue gas
approach temperature to adiabatic saturation for the regulation of the spray
flowrate entering the scrubber and the control of SO2.
CDS corrosion will occur if the interior walls get wet due to inleakage of cold
air or if over humidification of the CDS due to excessive inlet spray water
flow.

The key to preventing and minimizing scrubber corrosion is to not allow the flue
gas temp. to drop below the 30°F approach temperature.
Good plant operations and control will prevent this from occurring by carefully
maintaining the approach temp. above preset limits, careful monitoring of 2 out
of 3 temp.measurements used to control approach temp./spray flow and to minimize
air inleakage of cold ambient air. Vessel, component, ESP and duct inleakage
can be monitored and trended by taking measurements of CO or O2 prior to the
airpreheater inlet and at the exit of the ESP or stack. Increases in exit O2 or
decreases in CO are indicative of additional ambient air inleakage into the
backend equipment. If the trend indicates excessive air inleakage is occuring,
then corrective actions by the O&M group will be needed to minimize inleakage.
Also, plant operations should not over spray CDS flue gas, which may create the
excessive wetting on the vessel walls.
It was noted that all boiler and flue gas control systems will experience flue
gas saturation conditions during unit startup and shutdown stages, and these
events are inevitable and uncontrollable.

As a means to outline measures to minimize and control corrosion in the CDS
ABBCE/EEC will develop procedures and instructions in the equipment O&M manuals
which plant operations will use to set up good operation procedures.
EEC will establish values for the limit of CaCl in the process ash (typically
range 1 - 3.5%, w/3.5% max.) which will be used to set allowable approach
temperatures based on spray water and coal chloride content. Plant operations
will use wastewater conductivity and correlation to chloride content to monitor
allowable approach temp. As an example for an expected maximum chloride content
of the wastewater and the coal of 4300 ppm chloride, the approach temp. will be
set at 42°F.
Also as a means to be proactive in the control and monitoring of vessel
corrosion, plant operations should peridocally UT and measure vessel wall
thickness.

A review of existing EEC CDS systems and the impacts of corrosion were reviewed.
From the BHPC Gillette plant, two corrosion impacts were noted, one was
attributed to ambient air inleakage from the ash surge bin vacuum/pressure
relief valve which caused corrosion of the leading edges of the ESP plates, near
the hopper section. The second was vessel wall corrosion near the spray water
section, from which was implied due to incomplete inspection and changeout of
spray nozzles by plant operations. Spray nozzle interior flow induced erosion
had occurred, causing a different spray pattern to occur within the vessel and
potential to cause vessel wall wetting. EEC recommended that the spray nozzles

A 049

WARD-EMAIL-007104

and spray system operation be monitored at frequent periods to assure proper operation and equipment integrity.

Bo Jones

Robert L Misenheimer
01/12/2000 04:29 PM

To:  Ana C Peterson/CL/Fluor@DFD
cc:  Bob Day Jr/CL/Fluor@DFD, Charles B Jones Jr/CL/Fluor@DFD

Subject:  Bank's Engineer's Report

Forwarding ABB/EEC comments on the bank's engineer's question on CDS/ESP corrosion.

Thanks, Bob

_____ Forwarded by Robert L Misenheimer/CL/Fluor on 01

/12/2000
04:27 PM ————————————

thomas.l.wardell@us.abb.com on 01/11/2000 01:26:15 PM

To:  robert.misenheimer@d-fd.com
cc:  william.m.jarvis@us.abb.com, bruce.w.wilhelm@us.abb.com
Subject:  Bank's Engineer's Report


ABB    Memo


Select Category:
|————+——————+———+———————|
|Project:  AES Puerto Rico    | Category: 01.0 Technical /  |
|                            |   1.05 Emissions  |
|                            |   Control System  |
|                            |
| Cust    W419-44-C0001      | Corr. No: CE/DFDC/0111    |
|Order No.:                  |
|
| ABB     650-05697          | Ext Ref.           |

A 050

WARD-EMAIL-007105



To:     robert.misenheimer@d-fd.com@ ABB_US01
cc:     William M Jarvis/USFSY/ABB@ABB_USFSY, Bruce W.
        Wilhelm/USFSY/ABB@ABB_USFSY

bcc:
From:   Thomas L. Wardell/USFSY/ABB @ ABB_USFSY@ABB_NOTES@ABB_US01
Date:   01/11/2000 12:41 PM
Subject: Bank's Engineer's Report

---

Below is the response from EEC regarding the chloride corrosion issue.
If there is a desire to add coatings, please note that a decision is
required by 1-25-00 to avoid schedule impacts.

EEC cannot comment on the issue of chloride corrosion in Spray Dryer
vessels, because we have no direct knowledge to support or deny their
conclusion. However, in the opinion of EEC, the assertion is incorrect that
chlorides in CDS vessel(s) is primarily due to "chlorides in the flue gas or
water". We believe corrosion was primarily due to improper operation and
maintenance. The guarantees provided by EEC on the AES Puerto Rico project
are based on proper operation and maintenance procedures. We appreciate the
fact that proper operation and maintenance procedures may not always be
followed, and documenting/proving this fact is difficult at best.
Therefore, in consideration of the corrosion guarantee accepted by EEC on
this contract, we are providing corrosion allowances in areas of the system
that we believe are most susceptible to deterioration.

The design of the CDS upper cone area and the floor of the ESP
inlet nozzle include a minimum construction thickness of 1/4" plus a
corrosion allowance of 1/16". In no case will the thickness be less than
5/16" in these areas.

Certainly, if ABB/DFD or their Consultant believe that good operation and
maintenance procedures may not be consistently followed, then advanced
levels of protection, such as suggested by Black & Veatch, may be warranted.
Advanced levels of corrosion protection will result in a cost increase. If
a coating is suggested, these require field application by Others. If
materials of construction and/or their thickness are revised, this could
significantly alter the design process. Please advise your decision by
1/25/00 to prevent delays in the schedule.

A 051

WARD-EMAIL-007106

- pic08706.pcx

A 052

WARD-EMAIL-007107

# Exhibit 4

**AES/PUERTO RICO**
**CFB BOILER/CDS/ESP MEETING**
**Windsor, CT**
**February 10 & 11, 2000**

List of Meeting Attendees:

AES

Stewart Ferguson
Ron McParland
Bill  Kownurko
Gary Petrie
Dale Hoxie
David Stone
Vigai Singh

ABBCE

Bill Jarvis
Tom Wardell
Bruce Wilhelm
Dick Skowyra (PT)

DFD

Bob Misenheimer
Mike Norris
Bob Day
Bo Jones

S&W

John Mustonen
Christopher Wedig (Fri)

EEC

John Toher (Fri.)
Bill VanHooser (Fri.)
Bob Muller (Fri.)

A 053

AES/PUERTO RICO
CFB BOILER/CDS/ESP MEETING
Windsor, CT
February 10 & 11, 2000

## II.    Friday, 11 Feb. 2000   CDS/ESP Discussions

EEC provided a narrative overview and discussion on the design an operation of the CDS/ESP.  EEC stressed that maintenance of spray nozzles and assurance of adequate flue gas approach temperature are required for long term success and minimization of vessel corrosion.

EEC will investigate and provide a report on operating history of European design CDS and the effects of corrosion.  The report to include methods of control on CDS corrosion.  Report will include information on latest European technology, CDS leaseon learned summary and how improvements may be used on AES-PR.

EEC will provide a four nozzle CDS injection system with a spare nozzle test assembly.

EEC will provide information on an optional carbide tip nozzle.

EEC to provide options on CDS linners and additional wall thickness costs for AES's consideration.

EEC P&ID's to be issued no later than 3/1/00.

EEC, ABBCE and DFD will setup a telephone conference call to discuss EEC ESP control interfaces to the operator and DCS.

EEC and ABBCE will update and resubmit equipment specification data sheets to DFD.

- EEC will develop "Test and Monitoring Plan" to ensure proper maintenance activities are conducted through the initial 2 years of commercial operation. AES personnel will carry out and ensure the monitoring plan is followed.  This plan will allow AES and EEC to properly monitor any potential corrosion problems that may arise.  This to include  an overview of the CDS O&M procedures, and type of Owner records that will be required concerning the CDS nozzle O&M.

EEC will develop control logic to allow automatic ramp up vessel temperature set point prior to commencing soot blowing activities

1.  CDS and ESP overview by EEC
    - CDS approach temperature is 30°F.

A 054

**AES/PUERTO RICO**
## CFB BOILER/CDS/ESP MEETING
### Windsor, CT
### February 10 & 11, 2000

- The ESP is more economical than a baghouse
- Bulk gas velocity is <20 ft/sec in CDS.
- CDS gas residence time is approximately 3 seconds from base of cylinder to base of exit flange. (This compares to 10 seconds minimum on a spray dryer.)
- There are 2 orders of magnitude more solids in CDS than in a spray dryer.
- The CDS solids to water ratio is 20 to 1.
- The entire process has a nominal gas residence time of 2-4 seconds.

- The dust load to the ESP is 300-400 g/ACF which compares to 8-9 g/ACF for a spray dryer. Were baghouse to be used, the bags would have to be cleaned constantly due to the high dust load and benefit of any $SO_2$ capture on the bag cake would be compromised. Also, the bags would wear quickly due to a high cleaning frequency. Finally, the ESP will clean the gas as well as a baghouse.

- Approximately 300 ton/hr will be moved on the air slide. The slides are fluidized, covered, and insulated, however a black plant would leave stagnant lime sitting on the approximately 100 ft slide at a depth of 6-7 in.

- Controls -
  - ΔP across bed in CDS controls the ash recirc. flow.
  - Gas exit temperature controls spray water flow.
  - $SO_2$ emissions control lime flow.
  - Two out of three logic thermocouples determine dew point approach.
  - Dew point is manually measured with "wet sock" on thermocouple.

- Sootblowing increases wet bulb by 5-7°F and you must adjust process to follow, i.e., increase reactor temperature by spraying less.

- AES/PR will have 3 different approach temperatures (30, 42, and 50°F) depending on spray water chlorine content. Chloride will not be intentionally added to AES/PR spray water since it is already there. Conductivity and TDS of spray water are looked at to control approach temperature. Measurement of conductivity and TDS are by others.

- A boiler tube leak could adversely affect the CDS by increasing dew point and could potentially lead to a CDS shutdown, and hence plant trip.

- RO concentration from cooling tower blowdown will be used for spray water.

- Experience of EEC's CDS at Gillette Station -
  - CDS vessel wall thinning was experienced but root cause was not determined. A "quick fix" had to be made during an outage. Gillette chose a vinyl esther lining and paid for the installation itself. EEC recommended epoxy either sprayed or troweled on.
  - AES/PR will have no lining or coating, but will have a 1/16 in. corrosion allowance.
  - Gillette is the only EEC CDS installation which has experienced wall thinning.

A 055

**AES/PUERTO RICO**
**CFB BOILER/CDS/ESP MEETING**
**Windsor, CT**
**February 10 & 11, 2000**

- EEC believes Gillette was "on the learning curve" with respect to approach temperature control and spray nozzle maintenance and this led to corrosion (presumably due to wall wetting within the CDS).
- AES/PR will have a corrosion assessment after 2 years operation with protection extending out to 4 years.
- Gillette's coating degradation was thought to be due to erosion rather than corrosion due to wetting.
- Acid induced uniform (not pitting) corrosion was experienced at Gillette based on coupons examined.

• Four spray nozzles are required for AES/PR, with one spare. When testing one, you put spare on-line.

• There is a new nozzle in use in Europe, allowing use of one nozzle instead of four. (AES prefers to remain with four).

• EEC's CDS installation at North Carolina is 40 MW vs. 80 MW at Gillette. It uses only one nozzle and experienced corrosion in the nozzle belt area of the CDS vessel. This was replaced with 317 L SS. No corrosion was experienced further up in vessel as at Gillette. Plant now pays more attention to nozzle maintenance.

• Nozzles wear out in about 6 months (due to erosion). Hardened SS is used as opposed to ceramics, although some German installations use ceramic wear tips.

• Most information on CDS experience in Europe comes to EEC via Lurgi, however EEC occasionally talks directly to plants.

• Technology transfer to EEC from Lurgi occurred in 1990.

• Gillette tripped about 60 times in 4 months during startup, due mostly to upstream equipment, as opposed to CDS.

• Suspended solids in spray water must be filtered out to minimize nozzle wear.

• Solids buildup on nozzles should not be severe enough to affect spray pattern if operated properly.

• The nozzles are high $\Delta P$ "fogging" nozzles with 500 psi to nozzles. Total flow to CDS at AES/PR is about 150 gpm.

• Nozzles penetrate vessel wall about 20 in. and spray straight across. Droplet size is about 100 micron. (This seems larger than "fog" described above.)

• Gillette had defective nozzles initially, which "dribbled" at the wear part joint due to bellows.

A 056

**AES/PUERTO RICO**
**CFB BOILER/CDS/ESP MEETING**
**Windsor, CT**
**February 10 & 11, 2000**

- EEC's "lessons learned" report on European CDS experience should be broadened to include Gillette and North Carolina, as committed to in the meeting.

2. The CFB will be designed for 80% $SO_2$ capture. EEC is using this number which was based on an economic study performed in 1996 when FW/Pyropower was involved in the project. CE has not re-examined this issue. EEC is comfortable with achieving the very low permit level emissions. They have seen <10 ppm $SO_2$ achieved at 3 plants and believe their reagent use guarantee is conservative. ESP particulate performance and emissions is not seen as a problem.

3. $SO_3$ levels are expected to be low. (Typically <1 ppb, according to CE). There are no problems expected in adjusting CDS to accommodate range of 5-15% air heater air inleakage to gas stream entering CDS. EEC is designing for this. Severe chloride corrosion on the lower ESP plates at Gillette occurred since plates were wetted. Wetting was due to vacuum/pressure relief valves on the ash bins which were wide open and drawing in cool air and moisture.

4. Solids residence time in CDS is nominally 30 minutes, with gas residence time of about 3 seconds. Increasing gas residence time would require taller reactor and higher $\Delta P$. EEC stated there is high probability that no purchased hydrated lime will be required at all at AES/PP since quicklime from CFB will hydrate in CDS and be recycled through CDS.

   Should the CDS vessel require coating in field, a 7-day outage would be required. Wall corrosion could be monitored with a baseline UT with periodic followup. Increasing the corrosion allowance from 1/16 to 1/8 in. would cost about an additional $40,000. Vinyl esther coating costs about $20/ft$^2$ installed.

6. The CDS is designed for a hopper full of 90 lb/ft$^3$ ash plus a 1 ft thick solids buildup on the vessel walls. Interlocks will prevent water getting into the hopper which could conceivably increase ash density to 120 lb/ ft$^3$. (This has caused structural failures in some dry scrubbers).

7. No expansion joint problems have been encountered due to presence of ammonia slip in flue gas.

8. There will be no connections on the ESP to accommodate Method 5 testing. DFD is working on $SO_2$ instrumentation to control CDS with Gillette experience and issue of feedback time in mind. (AES to be kept apprised of progress.)

9. The ESP will have one spare T/R set out of 12 total and its associated spare electrical field. There will be 6 mechanical fields. The spare field will not be either the first or last field. (Gillette had 1 of 10 electrical fields as spare.)

10. There are no horizontal ducts in EEC design in which flyash may accumulate. CE has a duct from the APH to the CDS but this operates at about 60 ft/sec which should keep it swept clean.

   EEC designed for the required turndown. Turndown of 50% can be accommodated without FD fan bypass to CDS. (Gillette had lower turndown than originally designed for.)

14. ESP SCA of 460 is based on 80% $SO_2$ capture in CFB, VWO, 5% OP, worst coal, flyash reinjection, and one electrical field out.

**AES/PUERTO RICO**
**CFB BOILER/CDS/ESP MEETING**
**Windsor, CT**
**February 10 & 11, 2000**

17. DFD and EEC will provide CFB, CDS, and ESP data sheets to AES.

**Other Issues**

- EEC believes one nozzle design is better than 4 nozzle design since 1 of 1 bad nozzles is probably as bad as 1 of 4.

- AES/PR will have 3 possible elevations of nozzles provided on CDS vessel.

- CDS hopper clog on Gillette was due to in advertent over-concentration of brine in spray water.

- The AES/PR CDS vessel will have cleanout doors on the hopper.

- Keys to good CDS operation according to EEC -
  - Maintain nozzles.
  - Maintain minimum approach temperature.

- CE and EEC indicated that duct and stack corrosion is not expected due to low $SO_3$ concentration.

- EEC was requested to provide a copy of the overheads used during the meeting.

- EEC was requested to describe how the chloride content of the CDS inlet flue gas/liquids will be measured. Chloride content measurement is by others.

- EEC was requested to describe the CDS nozzle design and configuration. (Provide drawing to AES.)

- EEC was requested to describe the clean-out doors, access, and the maintenance procedures for cleaning out a CDS vessel and /or ESP that is plugged with solids. (Provide further details to AES.)

A 058

# Exhibit 5

| From: | Thomas L. Wardell |
|---|---|
| Sent: | Tuesday, May 15, 2001 8:18 AM |
| To: | Bob.DayJr@d-fd.com |
| Cc: | Reid_Watson@d-fd.com; William M Jarvis |
| Subject: | AES - PR - EEC CDS Maintenance and Monitoring Plan |
| Attach: | Corrosion_Maintenance.doc |

Attached is the recommended procedures developed by EEC for the requested maintenance and monitoring plan for the CDS.

If there are any questions or comments, please advise.

**A 059**

### AES PUERTO RICO
### MAINTENANCE AND MONITORING PLAN
### FLUE GAS CLEANING SYSTEM

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following is a brief overview of the maintenance and monitoring plan geared specifically to minimizing corrosion of surfaces that handle flue gas.

The plan starts with insuring that all surfaces are insulated properly and per EEC specifications and drawings. During initial operation, the insulation system should be checked by thermal imaging. This is a survey of the exterior insulation and lagging system that will locate "hot spots" which can lead to premature cold face corrosion. One method uses an infrared camera that documents the results on a VCR tape. Additional documentation involves high temperature photographs of the problem areas. These photographs and the corresponding areas or high temperature anomalies are itemized with the corresponding temperature and video index number. Hard to recognize areas can also be accompanied by real life photographs. These areas should be transferred to a thermal map, which consists of a general arrangement drawing that is specifically modified for this purpose. The insulation/lagging in areas with excessive heat loss should be repaired or replaced.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue *gas approach temperature* to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to insure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operating conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the *Chloride Content* or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach temperature. This measurement should be taken on a pre-established schedule. In the beginning this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

A 060

JARV-EMAIL-051310

The third critical process parameter is the operation of the *soot blowers*. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

Specific maintenance procedures were identified in the Typical Operations & Maintenance Manual, Volume 1, Section 9. This was forwarded for review on 9/28/00. In addition to these procedures the AES-Puerto Rico O&M manual will emphasize preventative maintenance procedures on the CDS Spray Water Nozzles. A brief summary of these are presented for your review:

> The CDS vessel includes six (6) possible locations for the placement of the water nozzles. There will be only four (4) nozzles that operate at any time, and there is one (1) spare, pre-piped nozzle. During start-up, EEC personnel will determine the optimum location of the operating nozzles. Initially the nozzles should be inspected daily, as a minimum, and ideally once per operating shift. This inspection procedure involves pulling the nozzle out of the protector tube. In particular you are looking for build-up or unusual wear patterns near the nozzle tip. There should be no build-up, and the nozzle tip should be round with a well-defined edge. You are also looking for evidence of water leaks in the threaded joints at the end of the nozzle.

> Should the inspection reveal abnormal wear or build-up, this is an indication that the nozzle should be removed from service and its flow pattern should be tested. A test stand is provided for this particular purpose. Operation of the spray nozzle in the test stand will provide visual inspection of the spray pattern. It should be uniform and the spray pattern should produce a gentle, and even sensation to the touch. Any unevenness in the spray may result in large droplets that can contact and wet the interior wall of the CDS.

> During the inspection of the water nozzles, any build-up in the lance protector tube should also be noted. In addition to inspecting the protector tube with the nozzle retracted, there are small inspection ports, located on the vessel exterior, in the vicinity of the nozzles. These allow one to visually check the condition of the bed material and to take a physical sample of the ash/product in the bed. This is just another test to determine the condition and operation of the nozzles. The bed material should be dry and free flowing.

> The results of these inspections must be recorded in the plant daily logs. In the event that stable process and CDS operations allow, the frequency of these tests during the warranty period can be relaxed.

It is crucial that the recommended operating parameters of the flue gas cleaning system are followed. It is equally important that proper maintenance procedures are carried out by the plant personnel. As a means of verifying these actions, EEC recommends that the wall thickness of the vessel be monitored prior to startup to develop baseline data, and annually to record the rate of corrosion. A handheld, battery powered ultrasonic tester should be used to measure the wall thickness from inside the vessel. These measurements should then be transferred to an elevation

**A 061**

JARV-EMAIL-051311

drawing. Four (4) ports will be installed in the CDS roof, around the perimeter, at 90° intervals for this purpose. A steel cable will be secured at the top and lowered through the each port. A small "skyclimber" platform can be assembled inside the vessel, and will travel upward via the cable. Three (3) readings should be taken at 5' intervals on each quadrant of the wall. If a deviation greater than 5 mils occur in the readings at each elevation, then additional readings should be taken to determine the true average thickness.

In summary the keys of the Operation and Monitoring Program are noted below:

A. External lagging temperatures are checked during initial operation to verify Insulation and lagging is installed per drawings and specifications.
B. Cold air inleakage is checked and excessive leaks repaired.
C. Close control of critical operating parameters including:
   1. CDS outlet temperature
   2. Ash chloride content
   3. Sootblowing cycles
D. An effective and diligent program for maintenance of spray water nozzles is implemented.
E. Maintain daily plant logs for above operating parameters and maintenance procedures.
F. Annual test program is employed to measure the rate of corrosion in the CDS vessel.

**A 062**

JARV-EMAIL-051312