# Exhibit 6

# OPERATION AND MAINTENANCE MANUAL, VOLUME 1





# ENVIRONMENTAL ELEMENTS

C O R P O R A T I O N

*Innovation • Customer Satisfaction*









*AES PUERTO RICO,*
*L. PARTNERSHIP (AES-PR)*
*GUAYAMA, PUERTO RICO*

*AES-PR TOTAL ENERGY*
*PROJECT M.O. 420584*

## AIR QUALITY CONTROL SYSTEMS

*Electrostatic Precipitators • Fabric Filters • Scrubber Systems • Repair, Rebuild, and Enhancement*

EEC-05970

A 063

# AIR POLLUTION CONTROL SYSTEM
## (DESULPHURIZATION & PARTICULATE CONTROL)
## OPERATION AND MAINTENANCE MANUAL

### AES PUERTO RICO, L. PARTNERSHIP (AES-PR)
### AES-PR TOTAL ENERGY PROJECT
### GUAYAMA, PUERTO RICO

### DFDC PO NUMBER: 3674004SB0001
### EEC M.O. NUMBER 420584

## *AUGUST 2001 ISSUE*

**REPLACEMENT SPARE PARTS**
TEL    800-PART-EEC
TEL    800-727-8332
FAX    410-368-7059

**24-HR EMERGENCY SERVICE**
800-928-HELP
800-928-4357

**ENVIRONMENTAL ELEMENTS CORP.**
3700 Koppers Street
Baltimore, MD 21227
Phone: (410) 368-7000
Fax:   (410) 368-6896

Office Hours: 8:15 a.m.-5:00 p.m. EST
Monday through Friday

A 064

EEC-05971

Copyright (C) Environmental Elements Corporation, 2001

This manual is copyrighted and contains proprietary information. This document may not, in whole or in part, be copied, photocopied, produced, translated, or reduced to any electronic medium or machine readable form without prior consent, in writing, from Environmental Elements Corporation.

The information in this manual has been carefully checked and is believed to be reliable. However, no responsibility is assumed for inaccuracies.

Specifications are subject to change without notice.

A 065

# *Table of Contents*

**Page #**

**Chapter 1:  Document Content**
1.1     Volume Composition     1-2
1.2     Chapter Composition     1-2

**Chapter 2:  Description of CDS/ESP Operation**
2.1     System Overview     2-2
2.2     Basic Subsystems of Air Pollution Control System     2-4
2.3     Description of Circulating Dry Scrubber (CDS)     2-6
2.4     Description of Electrostatic Precipitation (ESP)     2-8
2.5     Lime System Description     2-9
2.6     Ash Handling Description     2-10

**Chapter 3:  Safety**
3.0     Introduction to Safety     3-2
3.1     CDS and Subsystems Safety Precautions     3-2
3.2     Electrostatic Precipitator Safety Precautions     3-4
3.3     Hazards     3-5

**Chapter 4:  Design Criteria and Specifications**
4.1     Design Criteria of CDS     4-2
4.2     Design Criteria of Electrostatic Precipitator     4-3
4.3     Design Criteria of Lime System     4-4
4.4     Design Criteria of Ash Handling System     4-5

**Chapter 5:  Description of APCS Components**
5.1     Description of CDS Components     5-2
5.2     Description of Electrostatic Precipitator Components     5-4
5.3     Description of Lime System Components     5-7
5.4     Description of Ash Handling Subsystem     5-8

**Chapter 6:     Description of Control Processes**
6.0     Introduction to System Controls     6-2
6.1     Hydrated Lime Receiving System     6-2
6.2     Hydrated Lime Feed System     6-3
6.3     Medium Pressure Aeration Air System     6-6
6.4     Low Pressure Airslide Air System     6-8
6.5     Ash Recirculation System     6-10
6.6     Ash Disposal System     6-14
6.7     Cooling Water System     6-16
6.8     Electrostatic Precipitator Dust Collection System     6-19
6.9     ESP Penthouse Purge System     6-26

420584/APCS

## Chapter 7:  Start-up of APCS and Components

| | | |
|---|---|---|
| 7.0 | Introduction to Start-up Procedures | 7-2 |
| 7.1 | Hydrated Lime Receiving System Start-up | 7-2 |
| 7.2 | Hydrated Lime Feed System Start-up | 7-3 |
| 7.3 | Medium Pressure Aeration Air System Start-up | 7-4 |
| 7.4 | Low Pressure Airslide Air System Start-up | 7-4 |
| 7.5 | Ash Recirculation System Start-up | 7-5 |
| 7.6 | Ash Disposal System Start-up | 7-6 |
| 7.7 | Cooling Water System Start-up | 7-6 |
| 7.8 | Electrostatic Precipitator Dust Collection System Start-up | 7-8 |
| 7.9 | ESP Penthouse Purge System Start-up | 7-8 |
| 7.10 | Initial Start-up Procedure for CDS/ESP as a System | 7-8 |
| 7.11 | Operator Concerns | 7-13 |

## Chapter 8:  Shutdown of APCS and Components

| | | |
|---|---|---|
| 8.0 | Introduction to Shutdown Procedures | 8-2 |
| 8.1 | Normal or Upset Shutdown | 8-2 |
| 8.2 | Short Shutdown | 8-2 |
| 8.3 | Lengthy Shutdown | 8-4 |
| 8.4 | Extended Shutdown | 8-8 |
| 8.5 | Hydrated Lime Receiving System Shutdown | 8-8 |
| 8.6 | Hydrated Lime Feed System Shutdown | 8-9 |
| 8.7 | Medium Pressure Aeration Air System Shutdown | 8-9 |
| 8.8 | Low Pressure Airslide Air System Shutdown | 8-10 |
| 8.9 | Ash Recirculation System Shutdown | 8-10 |
| 8.10 | Ash Disposal System Shutdown | 8-10 |
| 8.11 | Cooling Water System Shutdown | 8-11 |
| 8.12 | Electrostatic Precipitator Dust Collection System Shutdown | 8-11 |
| 8.13 | ESP Penthouse Purge System Shutdown | 8-12 |

## Chapter 9:  Maintenance of APCS

| | | |
|---|---|---|
| 9.0 | Introduction to Maintenance | 9-2 |
| 9.1 | Maintenance Periodic Summary | 9-3 |
| 9.2 | Component Maintenance | 9-9 |
| 9.3 | Annual Inspection Procedures for the ESP | 9-17 |
| 9.4 | Biennial Inspection Procedures for the ESP | 9-19 |
| 9.5 | Triennial Inspection Procedures | 9-20 |

Page #

**Chapter 10:  Troubleshooting Common Problems**

    10.0   Introduction to Troubleshooting               10-2

    10.1   Problems Associated with the CDS      10-2

    10.2   Problems Associated with the ESP      10-5

    10.3   Diagnosing and Solving Specific Problems with the ESP   10-7

    10.4   Other Problems                         10-10

**APPENDIX A:  Performance/Guarantee Curves**

**APPENDIX B:  Lubrication List**

**APPENDIX C:  Electrical Equipment Load List**

**APPENDIX D:  Electrical Motor List**

**APPENDIX E:  Electrical Motor Data Sheets**

**APPENDIX F:  Valve Installation List**

**APPENDIX G:  Damper Installation List**

**APPENDIX H:  Fan Data Sheets**

**APPENDIX I:  Instrument List**

**APPENDIX J:  Instrument Data Sheets**

**APPENDIX K:  Volume Content**

**APPENDIX L:  General Arrangement Drawings**

**APPENDIX M: One Line Electrical Diagrams**

**APPENDIX N:  Piping & Instrumentation Diagrams**

**APPENDIX O:  Process Flow Diagrams**

## *4.1   Design Criteria of CDS*

The CDS is designed for varying boiler loads, acid gas concentrations, flue gas temperatures, and performance levels.   The operator should become familiar with these different parameters.

### Conditions

|  | 100% of Boiler MCR | 50% of Boiler MCR |
|---|---|---|
| Flue Gas from Boiler (ACFM) | 783,089 | 408,287 |
| Inlet Temperature | 280°F | 232°F |
| Moisture Content at Inlet | 9.3% | 8.6% |
| Outlet Temperature (Low Chloride) | 156°F | 156°F |
| Outlet Temperature (Maximum Chloride) | 176°F | 172°F |
| $SO_2$ into CDS (PPM) | 114 | 102 |
| $SO_2$ out of CDS (PPM) | 9 | 8 |
| Cooling Water into CDS (GPM) |  |  |
|    Low Chlorides | 146 | 40 |
|    Max Chlorides | 121 | 40 |

### Design

| | |
|---|---|
| Height of Vessel | 68 feet |
| Diameter of Vessel | 28 feet |
| Wall Thickness and Material | 1/4" minimum A36 mild steel |

## 4.2 Design Criteria of Electrostatic Precipitator

The electrostatic precipitator design conditions are dependent on the CDS design. The operator should be aware that operations of the CDS affect the conditions in the electrostatic precipitator.

### Conditions

| | 100% of Boiler MCR | 50% of Boiler MCR |
|---|---|---|
| Flue gas from CDS (ACFM) | 709,716 | 392,522 |
| Inlet Temperature | 156°F | 172°F |
| Inlet Dust Load (lbm/hr) | 2,258,745 | 1,098,801 |
| Outlet Dust Load (lbm/hr) | 35 | 18 |

### Design

| | |
|---|---|
| Maximum Flue Gas Flow (ACFM) (without exceeding emission limits) | 840,516 |
| Gas Passages | 54 @ 16" spacing |
| Mechanical Fields | 6 |
| Electrical Fields | 12 |
| Chambers | 2 |
| Bus Sections | 12 |
| Collecting Area (sq. ft.) | 407,400 |
| Effective Collecting Area (sq. ft.) | 392,850 |
| Specific Collecting Area (sq. ft./KACFM) | 467.4 |
| Aspect Ratio | 1.46 |
| Treatment Time (sec.) | 19 |
| Collecting Area per T-R Set (average) | 33,950 |
| Gas Velocity (FPS) | 3.82 |

EEC-0601

| Tag Number | Description |
|---|---|
| LAH-510 | Ash disposal surge bin 500B high |
| LAL-510 | Ash disposal surge bin 500B low |
| ZIC-440 | Ash disposal diverter valve DRV-440 closed |
| ZIO-440 | Ash disposal diverter valve DRV-440 open |
| ZIC-479 | Ash disposal diverter valve DRV-479 closed |
| ZIO-479 | Ash disposal diverter valve DRV-479 open |
| ZIC-520 | Ash disposal diverter valve DRV-520 closed |
| ZIO-520 | Ash disposal diverter valve DRV-520 open |
| ZIC-560 | Ash disposal diverter valve DRV-560 closed |
| ZIO-560 | Ash disposal diverter valve DRV-560 open |
| LSHH-400 | ESP Hopper 1A high-high level |
| LSL-401 | ESP Hopper 1A low level |
| LSLL-403 | ESP Hopper 1A low-low level |
| LSHH-444 | ESP Hopper 1B high-high level |
| LSL-445 | ESP Hopper 1B low level |
| LSLL-447 | ESP Hopper 1B low-low level |
| LSHH-484 | ESP Hopper 1C high-high level |
| LSL-485 | ESP Hopper 1C low level |
| LSLL-487 | ESP Hopper 1C low-low level |
| LSHH-524 | ESP Hopper 1D high-high level |
| LSL-525 | ESP Hopper 1D low level |
| LSLL-527 | ESP Hopper 1D low-low level |

## 6.7   Cooling Water System

The cooling water system provides the water for the process that takes place in the circulating dry scrubber. The primary cooling water system consists of the following equipment:

| Equipment Number | Description |
|---|---|
| TK-200 | Cooling water tank |
| LT-221 | Water tank level transmitter |
| STR-200A | Pump 1A inlet strainer |
| STR-200B | Pump 1B inlet strainer |
| P-200A | Pump 1A |
| P-200B | Pump 1B |

| Equipment Number | Description |
|---|---|
| — — | Cooling water nozzles C, D, E and F |
| TV-106 | CDS temperature control valve |
| FV-106 | Cooling water bypass valve |
| FV-201 | Cooling water supply valve |
| FV-210 | Cooling water return valve |
| PT-200A | Pump 1A discharge pressure transmitter |
| PT-200B | Pump 1B discharge pressure transmitter |

The cooling water system is operated from the DCS operator's station. Configuration of control, logic and interlocks is programmed into the DCS. A graphic display of the cooling water system is provided at the operator's station for equipment monitoring and control.

The cooling water pump discharge pressure is monitored by pressure transmitter PT-200A or 200B. The pump discharge pressure is monitored and displayed at the DCS operator's station. Low and High pressure switches, set at 500 and 600 PSIG respectively, are programmed into the DCS logic for alarming and automatic pump transfer as described in the start-up section. In addition to these, an "at pressure" switch set at 530 PSIG is also programmed into the logic which opens the cooling water return and supply valves (FV-201 and FV-210, respectively).

The CDS temperature control valve (TV-106) is at the 50% open position when the CDS cooling water system is turned on and slowly begins to close when the pump is turned on. As the valve closes, the pressure at the cooling water nozzles increases, forcing more water through the nozzle into the CDS vessel in the form of a mist which cools the flue gas. The valve is controlled by a PID controller TIC-106 programmed in the DCS. This temperature controller may be operated in either the manual or automatic modes.

In the automatic mode, the operator provides the desired setpoint for the outlet temperature of the CDS vessel and the controller will automatically modulate the temperature control valve to maintain the temperature at the setpoint. Normal operating temperature at the outlet of the CDS vessel is expected to be 176° F.

The temperature setpoint input can be trimmed by 1 to 5 degrees F selectable by the operator through a soot blowing signal that is summed with the flue gas setpoint temperature. This is done to reduce the amount of water injected into the scrubber during the soot blowing operation.

In the manual mode, the operator controls the output to the temperature control valve directly.

Water that is not sprayed into the CDS vessel through the cooling water nozzles passes through the temperature control valve and is returned to the cooling water tank. The level in the cooling water tank is displayed in the operator's station. The tank level is reported to the DCS by level transmitter LT-221. The level in the cooling water tank must not be allowed to drop below the 20% full level or the cooling water pumps will be shut down due to insufficient head pressure. An alarm is provided at the 50% full level as a warning to the operator.

A cooling water control valve bypass (FV-106) is also provided to allow water to flow to the water tank with minimum system back pressure during system shutdown.

The DCS operator's station displays the following indications and alarms for the primary cooling water system:

| Tag Number | Description |
|---|---|
| LAHH-221 | Cooling water tank high-high level alarm |
| LAH-221 | Cooling water tank high level alarm |
| LAL-221 | Cooling water tank low level alarm |
| LALL-221 | Cooling water tank low-low level alarm |
| LIR-221 | Cooling water tank level indication |
| PAH-200A | Water pump 1A high discharge pressure |
| PAH-200B | Water pump 1B high discharge pressure |
| PAL-200A | Water pump 1A low discharge pressure |
| PAL-200B | Water pump 1B low discharge pressure |
| PDAH-217 | Water pump 1A inlet filter plugged |
| PDAH-218 | Water pump 1B inlet filter plugged |
| PIR-200A | Water pump 1A discharge pressure |
| PIR-200B | Water pump 1B discharge pressure |
| XA-106 | Cooling water bypass valve failure |
| XA-200AA | Water pump 1A failure |
| XA-200AB | Water pump 1A tripped |
| XA-200BA | Water pump 1B failure |
| XA-200BB | Water pump 1B tripped |
| XA-201 | Cooling water supply valve failure |
| XA-210 | Cooling water return valve failure |
| XI-200AA | Water pump 1A running |
| XI-200AB | Water pump 1A stopped |
| XI-200BA | Water pump 1B running |
| XI-200BB | Water pump 1B stopped |
| ZIC-201 | Cooling water supply valve closed |

6-18

420584/APCS

A 073

EEC-06043

| Tag Number | Description |
|---|---|
| ZIC-210 | Cooling water return valve closed |
| ZIC-106 | Cooling water bypass valve closed |
| ZIO-201 | Cooling water supply valve open |
| ZIO-210 | Cooling water return valve open |
| ZIO-106 | Cooling water bypass valve open |

## 6.8  Electrostatic Precipitator Dust Collection System

The purpose of the dust collection system is to recover the lime/flyash mixture carried over from the CDS into the electrostatic precipitator (ESP).

The dust collection system consists of the following equipment:

| Equipment Description |
|---|
| Dropout curtains |
| Dropout curtain rappers |
| Electrostatic precipitator inlet nozzle bottom rappers |
| Electrostatic precipitator with hoppers |

Control of the operation of the electrostatic precipitator dust collection system is independent of the DCS. Graphics in the DCS display the operation of the dust collection system for monitoring purpose only.

Operation of the ESP controls can be performed from the Data Management System (DMS) or from the face mounted controls at the ESP control consoles. All functions provided at the control consoles can be performed remotely from the DMS computer. The control consoles provide the following meters, which display the voltage at various parts of the transformer/rectifier and precipitator.

recirculation flow rate out of each valve based on the ash distribution in the precipitator hoppers.

22) Assuming that all process and mechanical interlocks are satisfied, water can be introduced into the CDS. The temperature control valve, TV-106, is programmed in the DCS to be at 50% open when the water pumps are first started. The operator should put the PID controller TIC-106 in the DCS for outlet temperature of the CDS in the manual position and force an output of 50% prior to starting the water system.

23) Once the CDS bed pressure has increased to 1.2 to 1.5 inches WC (see Step 21 above), the cooling water pump should be started. Start up the primary cooling water system as described in section 7.7.

24) The operator needs to manually reduce the CDS outlet temperature until a flue gas temperature of 180°F is reached. The adjustments should be done slowly in order to give the outlet temperature time to respond and avoid introducing water into the CDS at a higher rate than needed. The operator should then change TIC-106 to automatic with a setpoint of 175°F. Once the temperature has stabilized, then change the setpoint to 168°F. Once 168°F is reached, the setpoint should be left at that value and the controller in the DCS will control the process.

25) The need for hydrated lime injection start-up will be dictated by the acid gas, $SO_2$, emissions on the outlet of the stack. This may not occur for some time after start-up due to the unreacted lime within the ash recirculation system. Do not allow the outlet $SO_2$ values to increase to the setpoint before starting the system.

26) Start up the hydrated lime feed system following the procedures described in section 7.2.

# 7.11  *Operator Concerns*

The entire air pollution control system is fully automated and now functioning. The operator should verify the proper flow of material through the system and proper functioning of all control processes and equipment.

It is the responsibility of the operator to discharge waste material from the ash disposal bin and CDS hopper as it becomes necessary to do so.

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following overview of the maintenance and monitoring plan is geared specifically to minimizing corrosion of surfaces that handle flue gas.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue gas approach temperature to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to ensure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operation conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the Chloride Content or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach temperature. This measurement should be taken on a pre-established schedule. In the beginning, this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

The third critical process parameter is the operation of the soot blowers. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles, the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

*AUGUST 2001 ISSUE*

# Chapter 9

# Maintenance of APCS

A 077

EEC-06082

# 9.0    Introduction to Maintenance

Proper maintenance is important to any system for problem free operation and extended life span. This chapter is written as a guideline for the maintenance of the air pollution control equipment supplied by Environmental Elements Corporation.

**This is not meant to supersede any vendor requirements as outlined in their respective O & M manuals or plant maintenance practices. The vendor manuals pertaining to the auxiliary equipment supplied are included in subsequent volumes of this manual.**

It is the responsibility of plant personnel to review this material and incorporate the requirements in their already existing maintenance schedules. The customer may decide to alter or customize the maintenance as determined through operating experience.

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following overview of the maintenance and monitoring plan is geared specifically to minimizing corrosion of surfaces that handle flue gas.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue gas approach temperature to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to ensure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operation conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the Chloride Content or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach

temperature. This measurement should be taken on a pre-established schedule. In the beginning, this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

The third critical process parameter is the operation of the soot blowers. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles, the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

## 9.1    Maintenance Periodic Summary

As part of routine maintenance, the following items should be inspected periodically to promote trouble-free operation and should become part of the operator walkdown:

### DAILY / EACH SHIFT

- Verify CDS inlet and outlet pressure signal by checking the DCS indication of PI-103A/B and PI-104A/B and comparing with the field pressure gages at the inlet and outlet of the CDS.

- Verify CDS outlet temperature at CDS indication TI-106A/B/C is active and that each of them is approximately the same.

- Verify that the CDS bed differential pressure at DCS indicator PDY-105 is steady and not oscillating.

- Observe that there are no high level alarms in the CDS hopper or ESP fields 2 through 6 hoppers.

- Ensure that the ash level in ESP field 1 hoppers does not fall below the low-level alarm.

- Observe pressure drop across cooling water system pump strainer filters. Clean as required.

- Check water tank level.

- Observe pressure drop across medium pressure aeration air blowers and low pressure airslide air fan filters. Clean as required.

- Verify continuous flow of material on airslides.

- Observe that all insulation doors and hatches have been returned to their place if removed for work.

- Twice each shift verify local airslide temperature gauges read about 135°F.

- Twice each shift verify local temperature gages on the ESP field 1 overflow chutes read at least 135°F.

- Twice each shift check the water pressure gages at the lances to ensure all lances are operating alike.

- Take wet bulb temperature measurements at the outlet of the CDS.

- Twice each shift open CDS hopper poke tubes to ensure suction is present.

- Verify that all blowers and fans are operating properly.

- Verify that all rotary feeder at all ESP hopper outlets are operating.

- Verify that all instrument air pressure regulators at all components are set properly. Clean filters as required.

- Twice each shift check the hopper heater panel for alarms and reset any.

- Check for level of lubrication in airline lubricator for the inlet nozzle rappers and lubricator for CDS hopper air cannon.

- Verify that medium pressure aeration air is getting to all ESP field 1 hoppers, lime silo hopper, and intermediate bin by checking temperature of pipe at the hopper.

- Look for signs that may indicate possible pluggage at the hydrated lime feed weigh belt or feeders.

- Take samples of the CDS fluidized bed. Sample should be dry, fine, and without lumps.

- Visually verify that all rappers are operating properly on roof area, under the ESP inlet nozzle, and the inlet nozzle curtain rapper.

- Check all T/R oil temperatures. Note the highest temperature recorded by the red "memory" needle.

420584/APCS

EEC-06085

- Listen for sounds of arcing in and around the T/R sets.

- Twice each shift check the DMS computer for alarms and clear them.

- Verify that the automatic T/R controllers are functioning properly and take readings.

- Verify that the penthouse pressurization/heating system is operating properly. Observe pressure drop across the filters. Clean as required or replace filters. Verify that the flowmeter reading matches the reading displayed at the DCS.

- Check hydrated lime silo level for supply.

- Twice each shift, walk through hydrated lime feed system under the lime silo and look for signs of process leakage.

- Twice each shift check the lime feed system control panel for alarms and clear them.

- Measure the chloride content on the ash and measure cooling water conductivity to correlate to chloride content in the water and verify flue gas approach temperature.

- Twice each shift verify that the CDS water lance spray is not wetting excessively the bed material by inserting a wooden "broomstick" in the handholes located near the lance locations. The stick should become coated with ash upon removal. The coating should be fine, even, and just moist enough to stick to the broomstick. The presence of agglomerations or mud is not acceptable.

## DAILY FOR FIRST 3 MONTHS, THEN EVERY FOUR DAYS

The following procedure should be followed for each CDS cooling water nozzle. The CDS is provided with four (4) operating cooling water nozzles plus one (1) spare nozzle that is connected to the water lines, but not installed on the wall of the CDS.

1.  Install the spare nozzle in one of the unused nozzle ports on the CDS vessel wall. (The port cover must be removed prior to installing nozzle.)

2.  Select the first (out of four) operating nozzle to be removed and open the in-line strainer blow-off valve to clear out any accumulated debris. Close the strainer blow-off to minimize water spillage.

*AUGUST 2001 ISSUE*

3.     Valve out the water nozzle by closing the manual valves on the water lines. The return line valve (ISV-206) must be closed first to minimize backflow, then follow by closing the water feed line valve (ISV-205).

4.     Momentarily open and close the strainer blow-off valve to relieve any water pressure in the water hoses. Verify that the water pressure is relieved by inspecting the pressure gages at the hoses (PI-205 and PI-206).

5.     Valve in the spare nozzle installed in step 1 above by opening the manual valves on the water lines. The water feed valve (ISV-205) must be opened first followed by opening the water return valve (ISV-206). Observe that the water pressure at the local gages increases to the operating range to match the other lances.

6.     Remove the operating nozzle that was valved out on step 3 above from the CDS wall. For ease of movement, it may be necessary to disconnect the water hoses from the nozzle. The hoses are provided with quick disconnect couplers at the nozzle. Do not disconnect while water is flowing.

7.     Inspect the nozzle tip as follows: First clean the tip of any ash buildup or cement like residue around the perimeter of the tube. There should be minimal buildup on the nozzle and should be no evidence that the buildup has been going on for any length of time. The nozzle tip opening should be perfectly round with well-defined edges. There should be no evidence of wear, hole elongation, smoothing out of edges, or wear streak lines.

8.     Any nozzle found to have excessive buildup of ash or apparent wear should be tested at the lance test stand to see the spray pattern. Nozzles found in good condition may be returned to service.

9.     The nozzle protector tube should be inspected for evidence of ash buildup. Any buildup should be cleaned at this time.

10.     Reinstall the operating nozzle back in its port on the CDS vessel. Ensure that the hoses are reconnected to the lance.

11.     Valve out the spare nozzle installed in step 1 by closing the manual valves. Close the return valve first, then close the water feed valve. Observe that the water pressure is relieved at the gages.

12.     Valve in the reinstalled operating nozzle by opening the manual valves. The water feed valve must be opened first, then followed by opening the water return valve. Observe that the water pressure at the hose gages increases to the operating range to match the other lances.

420584/APCS

9-6

A 082

13. Repeat steps 2 through 12 for the remaining operating nozzles and protector tubes.

14. Remove the temporary spare nozzle from the CDS wall and reinstall the cover on the opening at the CDS wall.

## WEEKLY

- Check lubrication of all pumps, motors, and fans.

- Check all motor bearings for high temperature and signs of excessive vibration.

- Check water pumps for water leakage at shaft seals.

- Clean filters of low-pressure airslide air, medium pressure aeration air, and penthouse pressurization systems.

- Verify fluidizing air is being received at all ESP field 1 hoppers, lime silo, intermediate bin, and ash silo by checking that the pipes are warm at the hoppers.

- Check flexible expansion joints at hydrated lime feed system and ash system chutes for signs of breakage.

- Check all access doors for inleakage. Ensure that all insulation covers are always installed over all doors and hatches.

- Check ductwork expansion joints for inleakage.

- Observe pressure readings at cooling water system gages for large changes.

- Check all temperature and pressure transmitter signals.

- Check cooling water lance hoses for leaks.

- Observe the operation of the lime silo bin vent filter and fan during a truck unloading operation. Record pressure differential at bags and verify the cleaning timer operates.

## MONTHLY

- Observe all damper actuators, solenoids, and limit switches for proper operation.

- Check all drive belts for tightness and general condition.

- Check the overall condition of individual rappers, including (but not limited to) ground straps, boots, and rapper body.

- Visually inspect the general condition of all T/R's.

- Compare current readings of all motors, heaters, blowers, and pumps to initial start-up values and phase imbalance.

- Recalibrate weigh feeder and verify correct signal to DCS.

- Check motors, blowers and pumps for excessive vibration.

- Check all instruments to verify still functioning. Perform calibration checks at all transmitters.

- Verify lime silo bin vent filter is operating. Inspect bags for signs of tears requiring replacement.

## ANNUALLY

- Complete inspection of all internals.

- Check for depositing on the walls of the CDS vessel.

- Check for hopper bridging.

- Inspect nozzles for erosion.

- Check internals for signs of condensation and accelerated corrosion.

- Replace access door gasketing if necessary.

- Inspect the precipitator as follows in sections 9.3, 9.4 and 9.5.

420584/APCS

9-8

A 084

- The wall thickness of the vessel should be monitored prior to startup to develop baseline data and annually to record the rate of corrosion. A handheld, battery powered ultrasonic tester should be used to measure the wall thickness from inside the vessel. These measurements should then be transferred to an elevation drawing. A small "skyclimber" platform can be assembled inside the vessel that travels upward via a cable. Three (3) readings should be taken at 5' intervals on each quadrant of the wall. If a deviation greater than 5 mils occur in the readings at each elevation, then additional readings should be taken to determine the true average thickness.

## 9.2   Component Maintenance

The air pollution equipment has components that require special attention where maintenance is concerned. The following is a more detailed description of the maintenance requirements organized by components/systems. All equipment is not described below. See auxiliary equipment manuals for additional information not covered here in later volumes of this manual. All instructions regarding lubrication, cleaning and periodic maintenance given in the individual manufacturer's manuals need to be followed when preparing the complete plant maintenance schedules.

### Hydrated Lime Receiving System

See additional instructions in the manual provided for the bin vent filter, bin vent fan, and the silo fill pipes. These components are included in Chemco instructions manual.

- Inspect fan for proper operation and signs of heating at the bearings. Lubricate as required.

- Inspect bag filters and replace any damaged bags to prevent discharging lime dust during truck fill operations.

- Inspect solenoid valves at bag cleaning pipes for proper operation.

- Maintain air line filter/regulator.

- Replace any silo level detector that is not operating reliability.

- Inspect the aeration pads inside the hydrated lime silo for damage during a lengthy shutdown.

## Hydrated Lime Feed System

See additional maintenance instructions provided in the manual supplied by the manufacturer. These components are included in the Chemco instructions. Hydrated lime can be a difficult material to move if the equipment is not maintained properly. Hydrated lime will transport best when the system is not subjected to sudden upsets and changes. Any changes in the rate of discharge should be done slowly. If the equipment has been shut down for some time, it may require that the material be lanced with air for short periods to encourage the initial flow. The bin hopper aeration must not be allowed to operate during periods where lime is not being removed by the feed systems. Do not allow hydrated lime to remain inside the feeding system components during shutdowns.

- Inspect all solenoid and air activated valves and gates for proper operation.

- Maintain air line filter regulators at the silo discharge gates.

- Inspect hydrated lime rotary feeders. Lubricate as required.

- Observe for signs that may indicate pluggage of the discharge lines from the lime feeders. Ensure level sensor above weigh belt feeder is in operating condition.

- Inspect vent lines out of the intermediate bin and lime weigh belt feeder for pluggage.

- Inspect weigh belt feeder for signs of overflow of lime on belt or tears on belt.

- Lubricate weigh belt feeder per manufacturer's instructions.

- Calibrate weigh belt feeder per manufacturer's instructions.

- Inspect aeration pads inside intermediate bin for damage during a shutdown.

## Medium Pressure Aeration Air System

Additional maintenance instructions are provided in the manufacturer's instruction manual. These components are included in the BMH America manual.

- Inspect blowers for proper operation. Lubricate all components, following manufacturer's instructions.

- Monitor pressure across blower filters. Clean or replace filters as required.

EEC-06091

- Maintain air line filter regulators at the isolation valves.

- Ensure that temperature of the air exiting the heater is adequate, 135° F minimum.

## Low Pressure Airslide Air System

See additional maintenance instructions provided in the manual supplied by the manufacturer. These components are included in the BMH America manual.

- Inspect fans for proper operation. Lubricate all components, following manufacturer's instructions.

- Monitor pressure across fan filters. Clean or replace filters as required.

- Maintain air line filter regulators at the isolation valves.

- Ensure that temperature of the air exiting the heater is adequate, 135° F minimum.

## Ash Recirculation System

See additional maintenance instructions provided in the manual supplied by the manufacturer. These components are included in the BMH America instructions. The successful operation of the ash recirculation system depends on maintaining the ash in the system dry and freeflowing. It is important to observe for any evidence of conditions that lead to the agglomeration of the ash, which could impair the proper operation of the system. It is also important that the accessory equipment provided to aid in the movement of the ash be kept in good operating condition. This includes all hopper heating, hopper vibrators, the mechanical rapping system at the inlet nozzle curtain, and the vibrators at the inlet nozzle bottom wall. The quality and temperature of the airslide air and aeration air systems are important to ensure the ash will be maintained in a free flowing condition.

- Inspect ash dosing valves at the ESP first field hoppers for proper operation. Elbow upstream of dosing valves and dosing valves must be cleaned of ash during any shutdown. This may be done with compressed air. Leave valves empty when not in use.

- Inspect rotary feeders at all ESP hoppers for proper operation. Lubricate all components, following manufacturer's recommendations.

- Maintain air line filter regulators at all rotary feeders and ash recirculation control valves.

- Inspect rotary feeder internals during long shutdowns for ash buildup at the vanes.

- Inspect ash dosing valve internals during long shutdown for signs of ash buildup and for signs of wear and tear at the fluidization fabric.

- Inspect internals of the airslides during long shutdowns for signs of wear and tear at the fabric material.

- Monitor the temperature of the airslide air at the dial thermometers. Ensure this temperature is at 135° F minimum.

- Replace any hopper level detector that is not operating reliably.

## Ash Disposal System

See additional maintenance instructions provided in the manufacturer's manual. Reference BMH America instructions manual.

- Inspect internals of the ash disposal valve during long shutdowns for signs of ash buildup and for wear and tear at the damper seal and fluidization fabric material.

- Inspect the internals of the ESP first field hoppers and ash bin hoppers during long shutdowns for signs of damage to the aeration pads inside.

- Maintain air line filters to the ash disposal valve.

- Replace any ash silo level detector that is not operating reliably.

## Cooling Water System

Details for maintenance of the water pump and other water line components are found in the manufacturer's instruction manuals. It is extremely important that the water injected into the CDS enters as a fine and uniform spray. The spray pattern is conical in shape and consists of very fine droplets. The spray volume is changed depending on boiler operation, but at all times the pattern and quality of the spray must be maintained. The primary factor in maintaining a good spray pattern is the condition of the tip of the water

EEC-06093

lances. The water lances can be inspected by operating them at the test station and visually checking the quality of the water spray. Factors that affect the spray include the wear at the lance tip and debris carried inside the water pipes. Failure to keep the lances in good condition may result in wetting the internal surfaces of the CDS vessel leading to agglomeration of the ash and heavy buildup of ash on the vessel walls.

- Ensure the quality of the water delivered to the water tank is always free of large amounts of solids that may lead to quick pluggage of the inline strainers.

- Clean the inside of the water tank prior to initial fill up or at any time the tank is emptied.

- Monitor the pressure across the inline strainers upstream of the pumps and clean the strainers as this pressure reaches 3 psig. Inspect strainers for signs of damage that would allow sneakage of debris.

- Inspect water pumps for proper operation. Lubricate as required, following the manufacturer's instructions.

- Monitor the water line pressures at the water supply line and water return line valves and observe for increases in pressure with time. This may indicate contamination inside the pipes.

- Inspect all automatic water valves for proper operation. Maintain all air line filter regulators at all valves.

- Inspect the water control valves for proper operation. During long shutdown, or if the pressure in the water lines appears to be increasing with time, inspect the internals of the valves for evidence of clogging at the anti-cavitation basket. Clean as required.

- If the water control valves are found to have debris clogging at the internal anti-cavitation basket, it may be necessary to inspect the internals of the water line check valves for pluggage, also.

- Inspect the in-line strainers in each water lance inlet hose, clear debris by opening the blow-off valve momentarily. Clean the strainers or replace if found damaged during lance inspections.

- Perform periodic inspection of the water lance tips and observe for signs of wear or buildup of ash. Test the lances at the test station and observe spray pattern for fine droplets and cone shape. The spray should be conical in shape, it should be uniform all around, and should produce a gentle even sensation to the touch. Observe the spray for streaks or "fingers" that could indicate damage at the nozzle tip. There should be no water leaks at any of the nozzle

420584/APCS

threaded connections. Clean as required or replace tips to correct the spray. Test the lance at various different return line water pressures.

- Do not leave spare lances installed in the CDS. When the lance is not operating, it should not be exposed to the ash in the process as a precaution against unnecessary wear and potential ash buildup.

## CDS

The CDS does not have any internal mechanical components except for the water lances. These can be removed one at a time for inspection and cleaning, without bringing the APCS off-line.

The CDS pressure drop is very important to the operation of the desulphurization system. This is an indication of the material present in the CDS vessel. The more material present the more scrubbing agent available for acid gas removal.

Records of the pressure drop should be kept along with the removal efficiencies. The pressure drop can be varied by the operator from 2" to 5" $H_2O$. But if the required pressure drop or lime feed is much higher than that previously required for the same removal efficiency, then this may be an indication of deposits existing in the CDS vessel. Perform daily inspections of the pressure transmitters at the inlet and outlet to check for proper operation and to verify that the process connections are not plugged.

Sharp CDS vessel pressure drop swings can also indicate deposits within the vessel. The empty bed pressure drop can be obtained by putting the air pollution system in the stand-by mode. If there exists an indication of material in the vessel by a pressure drop reading after a reasonable amount of time, this will confirm build-ups and deposits. Pressure swings can also be caused by intermittent supply of recirculation ash. This could indicate a possible trouble in the ash recirculation system.

The CDS outlet temperature is the second critical indication of CDS performance, next to CDS differential pressure. For optimization of acid gas removal the outlet temperature should remain at 168° F.

Temperature swings could indicate deposits within the CDS vessel or a possible fault in the cooling water injection system.

Inspect the air cannon at the hopper of the CDS for proper operation. Lubricate following manufacturer's recommendations and maintain all air line filter regulators.

420584/APCS

# Electrostatic Precipitator (ESP)

Note that some of the items in the checklist require that access be gained to the inside of the ESP. Follow all plant safety procedures and procedures for lengthy shutdown. See sections 3 and 8.3.

### Roof

- Verify that all rapper boot clamps are in place.

- Verify that seals are tight on all cold roof doors.

- Check bus bar path and connections for dirt and close clearances.

### Penthouse Area

- Check for evidence of tracking or cracks in high voltage support insulators.

- Verify that venturi holes are clear on high-voltage support insulator top plate

- Verify that the 2" nut retainer (keeper angle) on the high voltage frame support rod is in position.

- Check for signs of tracking on or warping of the melamine rapper rods. Wipe down where necessary.

- Check rapper tube purge holes for plugging or corrosion. Ensure that holes are open to allow purge air flow.

- Check for accumulation of dust in penthouse. Vacuum clean if necessary. Determine the cause of excessive accumulations and take corrective action.

- Check ceiling insulation for damage or uncovered areas. Repair uncovered areas as required.

- Check the bus bar jumper connections and welds to the top plate of the high voltage support insulator.

- Look for signs of wall buckling, condensation, air inleakage, or corrosion.

- Check melamine rods for tightness in lower sockets.

- Check the integrity of the expansion joints in the heater purge air system.

- Check penthouse pressurization system filters, clean or replace as needed.

- Lubricate and maintain penthouse pressurization system fans and control dampers following manufacturer's instruction.

**Inside Upper Treatment Area**

- Check for excessive bridging or buildups that might cause grounding or close clearances. Note: Perform this check before cleaning the precipitator.

- Check inside bell housing for tracking or buildups.

- Verify that the nozzles are pointed in the proper direction.

- Clean between plate support channel and wall, and support beams.

- Measure distance from the bottom of the bell house to the hanger rod, ensuring that at least the minimum clearance recommended by the manufacturer is maintained.

- Check for loose Rigitrodes™ and tighten where necessary.

- Check mine bolts for wear where the mine bolt passes through the upper toe of the place support channel.

- Verify that the channel spacer bar is loose but secure.

- Verify that the rapper anvils and the rapper rods are positioned correctly.

**Inside Lower Treatment Area**

- Check for loose Rigitrodes™.

- Verify that perforated plate rapper is intact.

- Check perforated plates for binding on sides or bottom.

- Check inlet/outlet nozzle perforated plates for pluggage and buildups.

- Check for excessively loose plate tadpole pins and worn guide strips.

420584/APCS

*AUGUST 2001 ISSUE*

- At several points, observe and map clearance between walls and baffles to the plate and electrode frames.

- Check the lower portion of the first field collecting plates' leading edges for signs of excessive wear or corrosion.

### Collection/Disposal Zone

- Inspect the access doors and gaskets for tight seals or corrosion.

- Inspect hopper walls for warping or evidence of corrosion.

- Check for pluggage in the ash removal system.

The following areas should be cleaned with a dry clean cloth or electric cleaner at least twice a year.

- all standoff insulators
- outside surfaces of the high-voltage support insulators
- inside surfaces of high voltage insulators

## *9.3  Annual Inspection Procedures for the ESP*

### Purpose

This section is intended to be used as a guideline rather than as an exact listing of all possible points for inspection. The inspectors at your facility are encouraged to develop their own supplementary list.

### Roof

- Verify that rapper rods are free in their exit bushings.

- Verify that the air switch is functioning properly.

- Verify that the T/R switchblade is in good condition.

- Check the T/R oil level. Add oil if necessary.

EEC-06098

*AUGUST 2001 ISSUE*

- Run carbon and dielectric tests on T/R oil.

- Check the operation of the key interlock system; lubricate locks with dry graphite. Do not use oil lubricant with the key interlock system.

## Inside Upper Treatment Area

- Check for separation of tadpole pins from the plate's top edge.

- By shining a flashlight down the length of the plate, check for:

  - bowing plates or Rigitrodes™
  - bent pins
  - possible close clearances
  - general alignments

- Note any significant differences in the field maps.

## Inside Lower Treatment Area

- Take random pin-to-baffle and pin-to-plate measurements.

- Check above baffle between fields for buildups.

- Check for bowed plates by measuring from plate to plate.

- Look for corrosion on collecting plates, possible thinning of plates, or holes in plates.

- Check for signs of excessive heat.

- Verify that the "J" hooks holding the perforated plates in position are fixed to the casing wall.

## Rapper Controls

To establish a base line for future inspection and analysis, a reference sheet should be created, containing the desired settings for the rapper system.

- Confirm the system timing sequence for each field from the reference sheet.
- Confirm the impact rapper lift from the reference sheet.

420584/APCS

9-18

A 094

**Outside the Precipitator Shell**

- Check the external condition of insulation and lagging for any missing pieces or areas in need of repair.

# *9.4  Biennial Inspection Procedures for ESP*

## Purpose

This section is intended to be used as a guideline rather than as an exact listing of all possible points for inspection. The inspectors at your facility are encouraged to develop their own supplementary list.

### Precipitator

The following areas should be inspected at least once every two years.

- Verify balanced draw and correct current level on all phases of all motors and heaters.

- Check piston exposure on all rappers, and verify that all rapper bodies are true to plumb.

- Measure field clearances to determine whether realignment is required.

- Check inside the T/R controllers and rapper panel for dust buildup.

- Megger T/Rs and compare recorded readings against equipment baseline data.

- Check hopper corners for buildups and corrosion.

- Megger hopper heaters, replace if necessary.

### High Voltage Controllers

- Check accuracy of all control console meters.

- Test all alarm and trip functions by simulation.

- Torque check all wiring connections on both high-voltage and low-voltage systems.

- Inspect the precipitator ground grid and ground connections. Inspect connections to T/Rs, control consoles and structure to earth.

# 9.5  Triennial Inspection Procedures

## Purpose

This section is intended to be used as a guideline rather than as an exact listing of all possible points for inspection. The inspectors at your facility are encouraged to develop their own supplementary list.

## Areas for Triennial Inspection

The following areas should be inspected at least every three years.

- Check plate thickness to determine the degree of corrosion.

- Check ductwork approaching and exiting the precipitator for areas of buildup or failed turning vanes.

420584/APCS

A 096

EEC-06101

# *APPENDIX O:*

## *Process Flow Diagrams*

# Exhibit 7



# ALSTOM

Power Boilers

**Letter of Transmittal No.:**   00648

**Date:**  March 28, 2001

**Project:** AES Puerto Rico Total Energy Project      **Ref:**  Analog Logic

**To:**   Duke/Fluor Daniel Carribbean S.E.
          D/FD Project #367401                       3674004SB0001-EEC
          P.O. Box 1011
          Charlotte, NC  28217-1011
          U.S.A.

**Attn:** R.F. Day

**Attached are:**   Copy of Letter, Electronic Files

**Remarks:**   The attached are the latest revisions of the analog logic diagrams.  All sheets,
except 5 have been updated and are issued for your use as FINAL.

**Signed:**

*Thomas Wardell*

T.L. Wardell

## Transmittal Items

| ITEM NO | CONTROL NO | DOCUMENT NO | REV | TITLE / FILENAME | STATUS |
|---------|------------|-------------|-----|------------------|--------|
| 1 | 32590000-280 | C1802SH1 | 3 | Analog Logic Diagram Symbols / 00006048.TIF | FA |
| 2 | 32590000-289 | C1802SH10 | 3 | SO2 Control / 00006068.TIF | FA |
| 3 | 32590000-596 | C1802SH11 | 3 | Ait Slide Air Temp / 00006069.TIF | FA |
| 4 | 32590000-597 | C1802SH12 | 3 | Aeration Air Temp / 00006070.TIF | FA |
| 5 | 32590000-598 | C1802SH13 | 4 | ESP PH Purge Air Temp / 00006071.TIF | FA |
| 6 | 32590000-599 | C1802SH14 | 3 | ESP PH Purge Air Temp / 00006072.TIF | FA |
| 7 | 32590000-771 | C1802SH15 | 1 | Hydrated Lime Silo, Feeder Speed / 00006073.TIF | FA |
| 8 | 32590000-281 | C1802SH2 | 3 | CDS In Flue Gas Temp / 00006049.TIF | FA |
| 9 | 32590000-282 | C1802SH3 | 4 | CDS In Flue Gas Flow / 00006050.TIF | FA |
| 10 | 32590000-283 | C1802SH4 | 3 | CDS DP / 00006051.TIF | FA |

**A 098**

| ITEM NO | CONTROL NO | DOCUMENT NO | REV | TITLE FILENAME | STATUS |
|---------|------------|-------------|-----|----------------|--------|
| 11 | 32590000-284 | C1802SH5 | 2 | Ash Recirc Control 00006063.TIF | FA |
| 12 | 32590000-285 | C1802SH6 | 3 | CDS Out Temp 00006064.TIF | FA |
| 13 | 32590000-286 | C1802SH7 | 4 | CDS Out Temp Control 00006065.TIF | FA |
| 14 | 32590000-287 | C1802SH8 | 4 | CW Pump Press 00006066.TIF | FA |
| 15 | 32590000-288 | C1802SH9 | 4 | CW Tank Level 00006067.TIF | FA |

**A 099**

LACH-EMAIL-001926