# Exhibit 8



COMBUSTION ENGINEERING CARIBE, INC.

Date: October 23, 2002

Letter No.: CEC-5697/363C

Duke/Fluor Daniel Caribbean S.E.
AES Total Energy Project
P.O. Box 2700
Guayama P.R. 00785-2700

Attention: Charlie Lyda

Dear Mr. Lyda:

Attached are revised operating procedures from Environmental Elements Corporation as follows:

1. CDS Water nozzle cleaning procedure Rev. 9/22/02.
2. CDS Nozzle Cleaning Log Rev. 10/12/02.
3. CDS Re-Start Procedure Rev. 10/22/02
4. CDS Cold Start-up Procedure Rev. 10/22/02.

Please advise if you have any questions.

Regards,

Fred Campbell
Commissioning Manager

cc: W. Jarvis, E. Zielinski, F. Campbell, M. Smith, E. Bulewich, G. Mattice

Combustion Engineering Caribe, Inc.
P.O. Box 118
Guayama, Puerto Rico 00785
Tel: (787) 403-5545

W-018-00433

A 100



ENVIRONMENTAL ELEMENTS CORPORATION

Revised 9/22/02

# CDS WATER NOZZLE CLEANING PROCEDURE

## FREQUENCY
- **Each nozzle should be removed from service and cleaned once every 8 hours**
- **Each nozzle must be removed from service and cleaned after a Boiler or CDS trip**

## REQUIREMENTS
- Two operators minimum, three preferred
- Wire brush
- Spray lubricant (WD-40 or equal)
- Temporary Cover for nozzle opening (out of service)
- Broomstick
- Clean rag

## BEFORE and AFTER CLEANING WATER NOZZLE:
Notify Control Room Operator prior to removing nozzle, and
Notify Control Room Operator when nozzle is returned to service

## CONTROL ROOM OPERATOR (CRO) PROCEDURE
No CRO action is required other than monitoring the CDS outlet temperature, pump discharge pressure, opacity, and SO2 provided that nozzle cleaning procedure is properly executed. Otherwise, CRO should take action to avoid CDS outlet temperature excursions beyond the range of 145 to 160F

The temperature control valve should be in auto unless temperature drifts beyond the range of 145 to 160F. If CDS outlet temperature drifts beyond this range, put the temp control valve in manual and take appropriate action to control the temperature.

W-018-00434

A 101



Revised 9/22/02

- In no event should CDS outlet flue gas temperature be <145°F
- Control Room Operator must return CDS flue gas outlet temperature control valve to Auto w/ original setpoint, after operation has stabilized

## CLEANING PROCEDURE

- There must be at least four (4) nozzles in service at all times. These nozzles must be in positions #1, #2, #3, and #4 before and after cleaning.
- Position #5 will be used temporarily during nozzle cleaning. Refer to Figure 1 for nozzle positions around CDS vessel
- If there is a nozzle in position #5, pull it out and clean it. Otherwise, insert a clean nozzle into position #5. Connect hoses to it and secure it in its port using the nuts and bolts.

One operator should be stationed by the skid #5, and the other by the skid #1. Let the CRO know you are ready to switch nozzles Simultaneously open the valves of skid #5, and close valves of skid #1. A third operator should help coordinate this effort.

Remove nozzle #1 and clean it. Inspect nozzle orifice for any imperfections (out of round, etc.) and these should be noted in the nozzle cleaning log book along with a description of their appearance. Damaged nozzles should be replaced promptly.

Cover opening to eliminate in-leakage into CDS. While nozzle is being cleaned, quick disconnect should be inspected for proper operation and sprayed with lubricant as necessary. Also use broomstick to clear any buildup in the nozzle protector tube.

Re-install nozzle #1

One operator should be stationed by the skid #1, and the other by the skid #2. Let the CRO know you are ready to switch nozzles Simultaneously open the valves of skid #1, and close valves of skid #2. A third operator should help coordinate this effort.

Remove nozzle #2 and cover opening to eliminate in-leakage into CDS.

W-018-00435

A 102



ENVIRONMENTAL ELEMENTS CORPORATION

Revised 9/22/02

- Follow the cleaning procedure as before.
- Re-install nozzle #2
- One operator should be stationed by the skid #2, and the other by the skid #3. Let the CRO know you are ready to switch nozzles
- Simultaneously open the valves of skid #2, and close valves of skid #3. A third operator should help coordinate this effort.
- Remove nozzle #3 and cover opening to eliminate in-leakage into CDS.

Follow the cleaning procedure as before.

Re-install nozzle #3

One operator should be stationed by the skid #3, and the other by the skid #4. Let the CRO know you are ready to switch nozzles

Simultaneously open the valves of skid #3, and close valves of skid #4. A third operator should help coordinate this effort.

Remove nozzle #4 and cover opening to eliminate in-leakage into CDS.

Follow the cleaning procedure as before.

Re-install nozzle #4

One operator should be stationed by the skid #4, and the other by the skid #5. Let the CRO know you are ready to switch nozzles

Simultaneously open the valves of skid #4, and close valves of skid #5. A third operator should help coordinate this effort.


## ROOMSTICK TEST

During each shift perform a broomstick test in the port adjacent to each nozzle.

Remove inspection port and insert broomstick

Try to eliminate in-leakage by blocking off any open area around broomstick

Broomstick should remain in the inspection port for 20-30 seconds

The appearance of the broomstick, after removal from the port should be noted in the nozzle cleaning log book

W-018-00436

A 103



Revised 9/22/02

- **Wetting of broomstick is an indication of imperfect spray and all nozzles should be cleaned.**

## Figure 1: Nozzle positions



W-018-00437

A 104

October 12, 2002

# CDS NOZZLE CLEANING LOG

**Date**_____

**Time**_____

**Unit**_____

**DFD Supervisor**_____

**Alstom Supervisor**_____

**AES Operator**_____

**AES Operator**_____

**Comments:**_____

_____

_____

| Conditions | Unit 1 | | | | | | Unit 2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nozzles in Service (circle) | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 |
| Boiler Load (Gross MW) | | | | | | | | | | | | |
| CDS Outlet Temperature (Hi/Low) | | | | | | | | | | | | |
| Capacity Spike (%) | | | | | | | | | | | | |
| Pump Discharge Pressure (psi) | | | | | | | | | | | | |
| Temp Control Valve Position (%) | | | | | | | | | | | | |

*CDS Key Plan*



| | Opacity | CDS Temp | TCV Position | Pump Press. | CDS Bed dP | MW Load | Time |
|---|---|---|---|---|---|---|---|
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |
| Nozzle In | | | | | | | |
| Nozzle Out | | | | | | | |

W-018-00439

A 106



10/22/02

## CDS RE-START PROCEDURE

# PRELIMINARY STEPS TO SHUT-DOWN

- 1st Field ESP hoppers should have **NO** low or low-low level alarms present. The water nozzles should be cleaned within four (4) hours of the planned shutdown
- Next, just prior to shut-down, put the stand-by pump in manual. Make sure all water valves are in Auto. This will allow the supply and return valves to close automatically, and the temperature control valve (TC-106) and its bypass valve to open automatically and water to drain back into the tank
- Operator must note the position and bias setting for each dosing valve
- Operator must note the position of the temperature control valve (TC-106)

# CDS SHUT-DOWN

- The hydrated lime feed system should be shut down by selecting the System Stop Command
- The cooling water system should be shut down by turning the operating pump off.
- The ash recirculation system should be shut down next. This is done by first switching the CDS differential pressure controller to manual with an output of 0%. The rotary valves of all remaining ESP hoppers should be switched to Manual and turned off.

Page 1 of 3
~0039049.doc

W-018-00440

A 107



10/22/02

# IT IS IMPORTANT TO RE-START THE CDS SYSTEM AS SOON AS POSSIBLE. OPERATOR MUST ESTABLISH MINIMUM CDS BED DP AND BEGIN SPRAYING WATER BEFORE CDS OUTLET FLUE GAS TEMPERATURE RISES ABOVE 220°F.

## PRELIMINARY STEPS TO RE-START

- **ESP airlocks A, B, C, & D in rows 420 through 450 should be in Manual and OFF.**
- **ESP Dosing Valves 400 A, B, C, & D should be in Auto and Closed.**
- **Water pump set-up:**
  - **Operating pump in Manual / Stand-by pump in Auto**
  - **Temp Control Valve (TV-106) in Manual w/ 50% Output**
  - **By-pass Valve in Auto and open**
  - **Supply Isolation Flow Valve (FV-201) in Auto and closed**
  - **Return Isolation Flow Valve (FV-210) in Auto and closed**

**Stack observer should be in position to get visual indication of stack opacity**

## CDS START-UP

The hydrated lime feed system should be started in manual.
After selecting the system start, the output should be set at 100%
Open All ESP Dosing Valves (Row 400) to their last position prior to shutdown.
Put Dosing Valves (400 A-D) in Auto w/ SP = 1.5"
Start Water pump as soon as CDS bed dp reaches 1.0"
As soon as water pump starts, put Water Control Valve in its last position prior to shutdown.

W-018-00441

A 108



10/22/02

- As soon as **CDS outlet gas temp has fallen to 165°F, put Temp Control Valve In Auto w/ SP = the higher of 152°F,**
- *DO NOT ALLOW CDS OUTLET FLUE GAS TEMPERATURE TO FALL BELOW 145°F*
- **When CDS outlet gas temp reaches setpoint, begin increasing CDS bed dp to approximately 1.7" at low load (135 MW) or 2.5" at full load (250 MW). Setpoint for intermediate boiler loads should be made proportional to above upper and lower limits. Changes to the setpoint should be made in increments not to exceed 0.25". Be careful and do not raise setpoint to quickly or too much at a time, because dosing valve hoppers will have their ash inventory depleted and will begin to show low-low level alarms.**
- **Return the operating water pump to Auto. Return the hydrated lime feed system to Auto with a setpoint of 0.01 lb/MBtu.**
- **As soon as the CDS bed differential pressure and CDS outlet flue gas temperature have stabilized at, it will be necessary to clean all operating water nozzles within 8 hours. This must not be delayed.**



10/22/02

## CDS COLD START-UP AT LOW LOAD

## PRELIMINARY STEPS TO SHUT-DOWN

- Just prior to shut-down, put the stand-by pump in manual. Make sure all water valves are in Auto. This will allow the supply and return valves to close automatically, and the temperature control valve (TC-106) and its bypass valve to open automatically and water to drain back into the tank
- All ESP rotary airlocks in rows 410-450 should be in manual.

## CDS SHUT-DOWN

- The hydrated lime feed system should be shut down by selecting the System Stop Command
- The cooling water system should be shut down by turning the operating pump off.
- The ash recirculation system should be shut down next. This is done by first switching the CDS differential pressure controller to manual with an output of 0%.
- All diverter valves in rows A-D should be opened, and the rotary valves of all remaining ESP hoppers (410-450) should be on and their ash diverted to the ash bins.

W-018-00443

A 110



10/22/02

# PRELIMINARY STEPS TO START-UP

- Ash level in the 1st field ESP hoppers should be at hi-hi level
- ESP airlocks A, B, C, & D in rows 420 through 450 should be in Manual and on as soon as coal firing begins.
- ESP Dosing Valves 400 A, B, C, & D should be in Auto and closed.
- Clean water nozzles and valve in four (4) nozzles.
- ESP rappers should be operating in Program #5
- Water pump set-up:
  - Operating pump in Manual / Stand-by pump in Auto
  - Temp Control Valve (TV-106) in Manual w/ 50% Output
  - By-pass Valve in Auto and open
  - Supply Isolation Flow Valve (FV-201) in Auto and closed
  - Return Isolation Flow Valve (FV-210) in Auto and closed
- Stack observer should be in position to get visual indication of stack opacity

Measure wet bulb temperature at 100-125 MW load.

# CDS START-UP

Flue gas flow rate at CDS inlet should be 425,000 ACFM (±5%)

As soon as Flue Gas temperature at the CDS inlet reaches 220°F, the CDS should be put into service as quickly as possible.

First start the hydrated lime feed system in manual. After selecting the system start, the output should be set at 100%.

Open All ESP Dosing Valves (Row 400) and bring CDS bed dP to 1.25-1.50". Recommended output to accomplish this is as follows: A-D = 25-35%

Page 2 of 3
~0040826.doc

W-018-00444

A 111

EEC

10/22/02

- Put Dosing Valves (400 A-D) in Auto w/ SP = 1.5"
- Start Water pump as soon as CDS bed dp reaches 1.0"
- As soon as water pump starts, put Water Control Valve in manual with an output of 20-30%.
- As soon as CDS outlet gas temp has fallen to 165°F, put Temp Control Valve In Auto w/ SP = the higher of 152°F or 30°F approach to saturation.
- *DO NOT ALLOW CDS OUTLET FLUE GAS TEMPERATURE TO FALL BELOW 145°F*
- When CDS outlet gas temp reaches setpoint, begin increasing CDS bed dp to approximately 1.7". If Boiler load is increased to full load (250 MW) the bed dp setpoint should be increased to 2.5". Setpoint for intermediate boiler loads should be made proportional to above upper and lower limits. Changes to the setpoint should be made in increments not to exceed 0.25". Be careful and do not raise setpoint to quickly or too much at a time, because dosing valve hoppers will have their ash inventory depleted and will begin to show low-low level alarms.

Return the operating water pump to Auto. Return the hydrated lime feed system to Auto with a setpoint of 0.01 lb/MBtu.

As soon as the CDS bed differential pressure and CDS outlet flue gas temperature has stabilized at, it will be necessary to clean all operating water nozzles within 8 hours. <u>This must not be delayed.</u>

W-018-00445

A 112

# Exhibit 9

# ALSTOM

**Power Environment**

Environmental Control Systems

## TRIP REPORT

### Subject: Visit to AES Puerto Rico 11/23/03 – 11/25/03

### Author: Karl Hognefelt                                   Report date 11/26/03

The purpose of my trip to AES Guayama, Puerto Rico was to support customer and to inspect the unit 2 ESP that was off line.
The following are my notes on the different subjects:

### 1. Corrosion

The CDS & ESP had been operating satisfactory before the outage and the previous reported opacity spikes seem not to occur after the increasing of the rapping frequency for all fields.

Unfortunately it was noticed that there were a lot of corroded collecting plates in the ESP. Many plates had been corroded so bad that the lower end had separated and could easily shorten the DE system. Most of the corrosion seems to be in the bend between the flat surface and the reinforcement ribs at the ends. The bends probably has built in stresses and this has increased the corrosion. There were many plates that had 10-15' sections where the flat plate section were loose from the reinforcement ribs and also reinforcement ribs that were all loose from the plates. Some of the flat areas were also hard corroded and very thin or gone. It is very difficult to understand why the electrical fields were not shortening out and how the ESP could perform as good as it did before the outage.

Most of the corrosion is concentrated to the lower half of the ESP. Inspection from the roof area do not show any signs of corrosion. This gives an indication that temperature stratification can have had an influence on the corrosion. Thermo couples will be installed in the roof area and on the hopper walkway to see how much the temperature differs in the box.

The worst corroded area are in mechanical field 3 and 4 of the total 6 field long ESP. There are 400 – 500 plates that I counted that need to be replaced because of bad corrosion. This is only counting what you see direct from the walkways and not counting intermediate plates and areas difficult to inspect.

The two last fields in both sides seem to have less corrosion and I did not see any plates in these fields that need to be replaced now.

Some plates were also corroded bad at the connection to the bottom bar and had in some cases come loose from the guide bar.

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power Environment
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 20 00
Fax: +33 1 47 55 25 62

**ALSTOM**

The following sketch show approximate location of the corroded collecting plates:



Number of Damaged Collecting plates required to be replaced

From the sketch above you can see that the worst corrosion was noticed between field 3 and 4.



## 2. OTHER OBSERVATIONS

There were major ash build up "snow balls" on some of the DE spikes. Most of them were located in the upper part of ESP and concentrated to a couple of rows in most

# ALSTOM

fields. Some build up were as big as there were only 2″ space to the collecting plate. I could not see any relation between the DE ash balls and the corroded collecting plates. There were also noted that some of the stabilizer insulator located in the bottom of the DE frames were broken and need to be replaced.

3. **Notes from discussions with Paul Stinson AES.**

- AES had two men from FLS service on site to do their evaluation of the corroded collecting plates. Both of them had been working for EEC and were familiar with the ESP design.

- FLS service gave instructions to AES on what to cut out of the corroded collecting plates and how to reinforce with new flat bars.

- FLS had told Paul that the corrosion could be related to high sparking and Paul was going to reduce to maximum spark rate as long as it did not increase the opacity.

- I told Paul that I did not believe that the sparking had any significant influence on the corrosion. I told him that corrosion pattern indicated that it was more related to operating temperature. (Corrosion concentrated to lower area, lower temperature) I also told him that the high chloride content in the CDS water would increase the risk for corrosion.

- Paul admitted that there is a high chloride content in the water but the plant has no choice but to use this water as their operating permit is based on zero discharge.

- Paul agreed to increase the operating temperature and tried this direct in unit 1. No problem to go from 153°F to 165° and further to 175°F. The opacity stayed the same about 3-5% but the SO2 increased as expected and they increased the hydrated lime feed to compensate for this. Paul instructed the operators for unit 1 to continue to run at the elevated temperature after the CDS of 175°F.

# ALSTO)M

- Paul told me that he had just found that there is a diagram in the O&M manual that show an operating temperature of 175°F when they use high concentration of chloride water for the CDS.
- Paul also told me that AES has placed an order for new collecting plates to replace the corroded plates. The number of plates ordered corresponds to total replacement of all plates in one and 1/3 box. They will have plates available for unit 1 ESP if needed.
- The new collecting plates will be made in Corten material and increased thickness from 18Ga to 16Ga. I reminded him that this would be an increase in dead load and to check for structural increased load.
- Paul will also rewire the rappers to rap the leading and trailing edge of the collecting plates on the same time. He believes this will make the rapping further efficient and will not require more of the control system.
- Data from recent water analyze show that the chloride content is around 2500-3000 ppm. The data I saw vary but seem to be in this range most of the time.

## 4. CONCLUSION

The reason for the bad corroded collecting plates is probably a combination of using high chloride contents water and operating at a too low temperature. The reason for the hard corrosion on the collecting plates is also related to the electrical field strength that will concentrate the chlorides to the plate surface and increase the corrosion. Samples from corroded collecting plates has been taken and sent to Windsor for analyze. This analyze will show what is on the corded plate surface and if there is a concentration of chlorides as suspected.

There were no signs of corrosions on the casing walls or hoppers.

A 116

# Exhibit 10

**From:** Paul Stinson
**Sent:** Monday, November 24, 2003 2:08 PM
**To:** Al Dyer
**Cc:** Puerto Rico Leaders; Gary Bates
**Subject:** RE: ESP Corrosion at AES-PR
The new CDS operating guidelines are as follows:

Setpoint for CDS will be 175 F at all loads. This will require four nozzles at full load and three nozzles are part load. Keep the header pressure above 500 psig in order to avoid the shut-off of the isolation valve on the drain that goes at 495 psig. On the way down on load, remove the fourth nozzle to avoid getting below 500 psig in the header and an upset to CDS temperature. On the way up on load, it is OK to let the temperature get up to 182 F with three nozzles. Put the fourth nozzle in as soon as you have time, as lime consumption is not as good with three nozzles.

Longer term, I would like to see new nozzles purchased that will allow us to operate five nozzles at full load at 175 F.

Paul Stinson

    -----Original Message-----
    **From:** Al Dyer
    **Sent:** Monday, November 24, 2003 1:08 PM
    **To:** Felipe Ceron
    **Cc:** John Ruggirello; Brian Thompson; Tom Newton; Paul Stinson; Puerto Rico Leaders; Gary Bates
    **Subject:** ESP Corrosion at AES-PR
    **Importance:** High

    As of this writing we are still in the U2 Planned Outage, which is schedule to return to service December 8th.

    We had planned the following significant scope for this outage:
    1. **Boiler:**
        a. Refractory - Critical Path (Warranty)
        b. FBHE - Bolted handcuff installation
        c. ESP - Routine Inspection and Maintenance

    2. **Turbine**
        a. Replacement of #1 Bearing
        b. Rotor Removal to inspect for cracks on LP Blades
        c. Turbine alignment
        d. Turbine balance

    Upon inspection of the **ESP** we discovered significant corrosion to the plates. This was unexpected as we did not have indication of significant corrosion when we were in Unit One's ESP during the September "Forced Outage" tube leak. For the record I would like to make it clear that we did not thoroughly examine Unit 1 for corrosion and therefore it is entirely possible that it also has a corrosion concern that will need addressing in the near future.

    The Root Cause of the corrosion is still under investigation. This effort is being lead by Paul Stinson, and we are engaged with Alstom and their vendor EEC. AES has

A 117

AESPR-080044

submitted this as a warranty claim and we are proceeding with the short-term and long-term measures regardless of the commercial (warranty) obligations. We strongly believe this is a warranty matter as the Plant has operated in accordance to the manufacturer's operating parameters.

## Immediate Action:
Mitigation:
- We will raise the operating temperature of the CDS. We were previously operating at 30° F above the dew-point.
- This will have a negative impact on our Hydrated Lime consumption however it will not impose any operational adverse effects. This has been accomplished on Unit 1, the operating unit.
- We will reduce the voltage of the Transformer Rectifiers (TRs) to reduce the High "Sparking" Rates. Due to AES-PR being a "Zero" discharge plant the CDS operates with cooling tower water which is high in solids. This has been accomplished on Unit 1.

## Short-Term Repair: (Stage 1)
- We will cut out the corroded area of the plates on Unit 2, and to do major repairs on some of the critical fields. We will be able to have all the fields in service however with reduce capacity. The unit will come on-line on schedule. We anticipate that we can achieve a 6-month (at least) operating scenario with this repair. If we can do a longer period we will do so.
- We will procure the material ASAP after evaluating an upgrade option. Due to the size and number of plates (50 feet in height), procurement to the site is a challenge.
- We will establish an installation procedure. This procedure will involve several cranes and will be driven by wind conditions.

## Long-Term Repair: (Stage 2)
- With material and expertise on site we will remove the Unit from service and replace 50% of the ESP plates. This is expected to be a 14-day evolution depending on wind conditions. This will be done at the appropriate time and is driven by ESP performance and facility availability factor.
- Goal: After completion of Stage 2 we will operate the Unit to the next scheduled outage, therefore not impacting plant budget commitments.
- (Stage 3) During next scheduled outage we will replace the remaining ESP Plates.

## Unit 1
It is entirely possible that we have the same condition in Unit 1. We will remove from service in 2004 over a 4-day week-end to assess its condition and plan accordingly. We believe Unit 1 is in better condition than Unit 2 and we believe with our current operational changes that we have mitigated this risk significantly.

## Impacts:

- Repair/Replacement:

A 118

AESPR-080045

   o Material and labor to recondition the ESP (all 3 stages) is expected to be approximately $2.5 M/Unit. Although this is a warranty claim this is likely to have cash-flow impacts as we enforce our warranty claim.

- P&L
  - o Due to the nature of our PPA it is critical that we achieve 90% (12 month rolling) availability in order for the business to maximize its revenues. Currently the project is forecasting to be above 90% availability in June 2004 if we maintain a low Forced Outage Rate (FOR) in December 2003 through June 2004. We will explore every option to get ourselves to this point. I am of the opinion we can get through this without impacting our submitted 2004 budget.

Regards
ABD

*Al Dyer*
☐ Puerto Rico
(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. Without Prejudice.

**A 119**

# Exhibit 11



**PUERTO RICO**

| CD | CA | CR | PCC | SCII |
|---|---|---|---|---|
| PE | | E | | ECR |
| GCR | | OTHER_____ | | |

PROJECT ADMINISTRATION
CONTRACT NO. 5697

November 24, 2003

Mr. William Jarvis
Project Director
Alstom Power Inc.
2000 Day Hill Road
Windsor, Ct 06095

Subject: Warranty claim for ESP Collection Plate failures

Dear Mr. Jarvis:

As you are aware, AES Puerto Rico Unit 2 ESP has experienced an accelerated corrosion failure of numerous ESP collection plates, despite the facility having been operated in a manner consistent with the requirements set out in the Plant Operations Manual and the Environmental Elements O&M Manual. We believe that this accelerated corrosion is a defect covered by the warranties under Section 1.0 of Part III of the contract, dated February 14, 1998, and as such are providing this formal warranty claim notification.

AES Puerto Rico is currently performing stabilization work on the damaged ESP collection plates necessary to enable us to return the unit to service in early December as planned. This interim remedial work will mitigate the serious loss or damage that would otherwise result from waiting until Alstom is able to perform such work, while also providing Alstom time to develop and implement the necessary long-term corrective actions of procuring new collection plates of a more robust design consistent with its warranties and developing an installation plan. Following receipt of the new materials, AES Puerto Rico will allow Alstom reasonable access to the facility at the next scheduled outage as reasonably required for the implementation of these long-term corrective actions, including the installation of the new plates.

AES Puerto Rico is currently evaluating the need to inspect Unit 1 ESP in light of these developments, and will advise accordingly.

Please promptly confirm by return letter that Alstom will honor its warranty and arrange to perform the necessary long-term corrective actions, as well as to pay the reasonable costs incurred by AES Puerto Rico in performing the interim remedial work consistent with Alstom's warranty obligations under the Contract.

Sincerely,

Allan B. Dyer
Plant Manager
AES Puerto Rico. L.P.

# Exhibit 12

# ALSTOM

Power Environment

Utility Boiler Business

May 18, 2004

AES Puerto Rico
Carr. # 3 Km 142.0
Bo. Jobos
P.O. Box 1890
Guayama, Puerto Rico 00785

Attention:    Mr. Allan B. Dyer

Reference: AES Letter dated April 30, 2004 (AES/API-004-04)

Dear Mr. Dyer,

ALSTOM is in receipt of your referenced letter regarding AES' claims for warranty and
acknowledges that we had two or three conversations regarding some of these claims during the
early part of this year. ALSTOM does not agree that these are valid claims under the terms of the
DFD contract.

Using the number convention established in your letter, ALSTOM responds as follows:

1. Electrostatic Precipitator Corrosion

    AES letter of November 28, 2003 notified ALSTOM that extensive corrosion had been
    identified on Unit 2 ESP collection plates during the outage from November 8, 2003 through
    December 1, 2003. AES ordered replacement materials from Environmental Elements Corp
    on November 26 and December 5, 2003 for which AES invoiced ALSTOM.

    On January 12, 2004 AES notified ALSTOM that corrosion had also occurred in Unit 1 ESP
    albeit not as severe as Unit 2. Since the first observations in November 2003, ALSTOM has
    collaborated with AES personnel to understand the corrosion phenomena.

    As you note, our investigations have been somewhat hampered by lack of support from the
    equipment supplier, Environmental Elements Corp. (EEC). AES designated EEC as the
    supplier of the flue gas desulfurization (FGD) equipment prior to application for the air
    permits. At that time EEC had a technology license agreement with Lurgi GmbH for their
    Circulating Dry Scrubber (CDS) process and therefore supplied the CDS/ESP equipment in
    accordance with this Lurgi license. As we recently discovered, EEC allowed the license to
    expire during the execution of the AES/PR project. Consequently, Lurgi ceased to support
    EEC in the CDS/ESP technology. EEC did not posses the technical expertise on the
    CDS/ESP system, appears to have exited this business, and in fact has abandoned the
    AES/PR project. It has therefore been impossible to obtain any input from EEC. Moreover,

2000 Day Hill Road
Windsor, CT 06095
Tel: 860-285-5082
Fax: 860-285-4645

A 121

AESPR 000269

AES2-04-01140

since ALSTOM is a competitor to Lurgi in the FGD market, Lurgi has been unwilling to provide support to ALSTOM.

ALSTOM continues to investigate this extremely rapid corrosion phenomenon. To further our investigation ALSTOM requires access to the operating records. Please advise when these records can be made available for our review.

2. <u>Refractory Work</u>

Repairs to the FBHE refractory were first performed by ALSTOM in March of 2003. At AES request, only temporary repairs were performed. Under the terms of our contract with DFD, ALSTOM was to be provided access to perform the required repairs within 6 months. Access was not provided within the contractual time span, which thereby relieved ALSTOM of responsibility for the repairs. We suggest that you pursue this cost with DFD.

AES advised on January 13, 2004 of the need to repair the Unit 1 coal feed chute refractory and that AES had mobilized JT Thorpe to perform the repairs. In subsequent discussions with Mr. Ron McParland, I advised him that this work would be covered under warranty. We have received no further correspondence on this subject.

We understand that AES has not paid JT Thorpe for the feed chute work. We will contact JT Thorpe to arrange payment for the coal chute repairs.

3. <u>FBHE Handcuffs</u>

ALSTOM maintains that the additional handcuffs added by AES are indeed an enhancement.

The control set point for the fluidizing airflow on Unit 1 FBHE was higher than the Unit 2 control set point. This increased airflow on Unit 1 resulted in forces on the heat transfer surfaces that were higher than the forces in Unit 2. These higher forces in turn caused the tube leaks. ALSTOM accepted responsibility for this and implemented the repairs.

Unit 2, with lower fluidizing airflow, has operated successfully over the same time period without failures.

ALSTOM rejects this warranty claim.

4. <u>Secondary Air Expansion Joints</u>

Failures that first occurred on these expansion joints were attributed to overheating when the airflow control dampers upstream of these expansion joints were found to operating improperly. These are not ALSTOM's responsibility but they are the responsibility of the operator. In addition, we understand that this warranty claim was resolved in the settlement between AES and DFD.

AES advised of further failures in March of 2003. Kindly provide your analysis of the failures for our review.

With reference to the May 17, 2004 email from Mr. Pagaduan please keep us appraised of the schedule.

A 122

AESPR 000270

AES2-04-01141

ALSTOM reserves all rights regarding AES's claims.

Sincerely.

Ed Bulewich

Ed Bulewich for:
  W. M. Jarvis
  Project Manager

cc:    E. Bulewich. Jr.

**A 123**

AESPR 000271

AES2-04-01142

# Exhibit 13

**Csaba Little**

|  | | Sent: Tue 12/2/2003 8:23 PM |
|---|---|---|
| **From:** | Ron McParland | |
| **To:** | Paul Stinson; Al Dyer; Csaba Little | |
| **Cc:** | WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; Csaba Little; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis | |
| **Subject:** | FW: Collecting plates | |
| **Attachments:** | | |

Gentlemen,

EEC has provided the following pricing option to (224) 16 ga collector plates.

| Corten, | ready to ship 3/22/04 | $925,120 |
|---|---|---|
| Carbon Steel | ready to ship 2/23/04 | $433,440 |
| Carbon Steel | ready to ship 2/09/04 | $621,600 |

EEC will arrange to release a partial shipment of 112, enough to do the first third of the ESP when fabrication complete. I'm thinking CS with a 2/23 ship date may be the way to go. Any thoughts?

FYI, 1760 Rigidtrodes have already been ordered ($219,250) with a ship date of 1/26/03.

RM

——Original Message——
From: Schickling, Gene [mailto:ekschickling@eec1.com]
Sent: Tuesday, December 02, 2003 1:19 PM
To: Ron McParland
Cc: Coll, Pat; Hug, Don
Subject: Collecting plates

Ron, the selling price for (224) collecting plates 12'x50' fabricated from 16 ga. A606 grade steel, trade name Corten is $925,120. This price is f.o.b our fabricating shop in Baltimore, MD. No land or ocean freight is included. Delivery of raw material March 1, 2004 and on that basis our completion of fabrication is March 22, 2004.

Please call me if you have any questions.

Environmental Elements
Office phone 410-368-7291
Fax 410-368-6770
Cell phone 410-336-6560

This email has been scanned for all viruses by the MessageLabs service.

**JT-00892**

# Exhibit 14



January 21, 2004                                    AES/API-002-04

Mr. William Jarvis
Project Director
Alstom Power Inc.
2000 Day Hill Road
Windsor, Ct 06095

Subject: Warranty claim for ESP Collection Plate failures

Dear Mr. Jarvis:

As we have previously notified Alstom Power, Inc. ("Alstom") in our letter of November 28, 2003, AES Puerto Rico Unit 2 ESP has experienced an accelerated corrosion failure of numerous ESP collection plates, despite the system having been operated and maintained in a manner consistent with the requirements set out in the Plant Operations Manual and the Environmental Elements O&M Manual. This accelerated corrosion is a defect covered by the warranties under Article 1.0 of Part III of the Contract, dated February 14, 1998, between Alstom (as successor to Combustion Engineering, Inc.) and Duke/Fluor Daniel Caribbean S.E. ("D/FDC"), which warranty rights by their express terms run in favor of AES Puerto Rico, L.P. ("AES Puerto Rico") and which have also been assigned by D/FDC to AES Puerto Rico as permitted by Article 1.7 thereunder.

AES Puerto Rico is extremely disappointed with Alstom's failure to acknowledge and perform its warranty responsibilities to promptly furnish, at its own expense, the design, engineering, labor, equipment and materials necessary to correct such defect, and hereby reiterate its demand that Alstom promptly and fully perform its warranty obligations with respect to such defects.

Due to Alstom's failure to promptly and adequately correct such defects, AES Puerto Rico was required to perform stabilization work on the damaged ESP collection plates necessary to enable the unit to return to service in early December as planned. Pursuant to the requirements of Article 1.4 of the Contract, AES Puerto Rico hereby demands that Alstom promptly reimburse it for the costs incurred by AES Puerto Rico in performing such interim remedial work, and attached hereto is an invoice documenting such costs incurred by AES Puerto Rico through the end of December 2003.

This interim remedial work not only mitigated to some extent the significant losses and damages caused by Alstom's failure to perform such work, but also provided Alstom additional time to develop and implement the actions necessary for the long-term correction of these defects -- which necessary actions include designing, engineering and/or procuring new collection plates of a more robust design that comply fully with Alstom's warranties and developing and implementing an installation plan for such new collection plates. Following its receipt of the new materials, AES Puerto Rico will allow

A 125

AESPR 007406

AES2-04-00575

Alstom reasonable access to the facility at the next scheduled outage as reasonably required for the implementation of these long-term corrective actions, including the installation of the new plates.

AES Puerto Rico has also recently completed an inspection of Unit 1 which found that its ESP collection plates have also incurred accelerated corrosion damage. Based on these inspection results, AES Puerto Rico is hereby formally expanding its warranty claims to also include correction of the defective Unit 1 ESP collection plates and associated equipment.

While AES Puerto Rico appreciates Alstom's efforts associated with the root cause analysis of these defects, AES Puerto Rico cannot allow Alstom's refusal to promptly and fully perform its warranty responsibilities to continue. Alstom must immediately commence performing its contractual warranty responsibilities with respect to such defective work and develop and implement a long-term correction, rather than continuing to force AES Puerto Rico to perform short-term mitigation efforts at its own expense and then subsequently pursue Alstom for reimbursement of such costs. AES Puerto Rico is especially concerned that such continuing refusal by Alstom to commence performing its warranty obligations may cause the facility not only to suffer forced outages or shutdowns, but also for such outages or shutdowns to be extended while the necessary corrective design, engineering, procurement and installation plans are then developed and implemented -- work which Alstom should be performing currently. AES Puerto Rico will hold Alstom fully liable for any and all losses and damages that AES Puerto Rico may incur as a result of Alstom's failure to fully and promptly perform its warranty obligations.

Please confirm by return letter no later than January 31, 2004 that Alstom will honor its warranty and promptly perform the actions necessary for the long-term correction of these defective ESP collection plates and associated equipment, as well as to pay the reasonable costs incurred by AES Puerto Rico in performing the interim remedial work required as a result of Alstom's failure to promptly and adequately perform its warranty obligations under the Contract.

This letter is without waiver of any and all rights, claims and remedies of AES Puerto Rico, whether arising under contract, at law, in equity or otherwise, and by this letter AES Puerto Rico expressly reserves all of the same.

Sincerely,

Allan B. Dyer
Plant Manager
AES Puerto Rico. L.P.


Attachment

C: AES Project File

AESPR 007407

AES2-04-00576

# Exhibit 15

**From:**  Ron McParland
**Sent:**  Friday, January 23, 2004 8:43 AM
**To:**  Paul Stinson; Al Dyer; Carlos Reyes; David Stone; Tracy Jarvis
**Subject:**  10 AM conference call agenda items

Agenda items for 10 AM call

- Update on distillation testing
- Discussion of Betz proposal
  - o feasibility of concept
  - o what AES internal procedures are required, (capital expenditure evaluation, project execution plan, scope definition {all within betz, or AES to arrange civil, electrical, etc)
  - o evaluation of ability for ash yard (pug mill, dust suppression) to accept concentrated brine
- General path forward
  - o continue utilizing DFD(alternate technologies, definition of TDS range limitations? etc)
  - o any need to AES to explore alternate options (Chem treat)
- Test Plan
  - o propose a 2/2/04 start date (until completion of environmental audit)
  - o any benefits of ash resistivity tests,
  - o temporary flow equipment to be ordered and installed,
  - o cut back ash sampling until start of test

**Ron McParland**
**Office**
**787-866-8117 (x230)**
**Cell**
**787-587-9078**

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

**Document sent without prejudice**

**A 127**

AESPR-144287

# Exhibit 16

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
## Request for Capital Expenditure Approval
February 11, 2004

### Introduction

This project has been identified after discovering the **corrosion problem in the Electrostatic Precipitators (ESP)** during the Unit 2 November 2003 outage and the Unit 1 January 2004 outage. The ESP collector plates are experiencing accelerated corrosion confined primarily in the areas where the plates contain residual stresses resultant from the forming process. The corrosion is more severe in the inlet compartments and decreases with the flow of the gasses through the precipitators. The final two compartments are showing signs of just moderate to light corrosion.

The plant has been in commercial operation for 15 months and we predict the precipitator plates to have a remaining useful service life of less than 1 year at original design conditions. **AES-PR is pursuing this as a Warranty issue with Alstom (Boiler) however to date they have been unresponsive.**

Through investigation and testing it has been determined that the cause of the corrosion can be contributed to high levels of chlorides and other dissolved solids in the water sprays utilized in the Circulating Dry Scrubber (CDS) upstream of the precipitators. The current design is to use the waste water from the RO unit for the CDS while sending the cleaned water to the cooling tower for makeup.

We have been able to implement temporary changes to our processes that have slowed the corrosion. These changes are:

- **Elevating the temperature of the gases** leaving the CDS through decreasing the spray to keep the gasses passing through the precipitators above the dew point which prohibits the chlorides from forming a corrosive compound. *Increasing the temperatures adversely affects the SO2 removal efficiency of the CDS and has increased our lime consumption significantly. .*
- **Blending CDS makeup water with clean filtered** water has reduced chloride concentration from 2800 PPM to approximately 1000 PPM. *Modifying the plant water balance jeopardizes the overall plant filter water make up capabilities.*
- Augmenting the cooling water makeup system with cleaner water from the boiler water make up system. *This augmentation is done by using other water sources such as the Patillas canal and well water. However this configuration can not be sustained for extended periods of time since our water supply contracts do not allow for this mode of operation. .*

The above temporary changes have been implemented merely to provide additional time to evaluate a long-term solution. Based on our evaluation we **request the approval** of additional capital expenditures at AES Puerto Rico for **$1.6M to add a second reverse osmosis system and other supporting equipment.**

### Project Description and Execution

The project consists of modifying the side stream system configuration such that the waste brine is routed for utilization as either, (a) ash yard dust suppression, (b) ash pug mill make up water or (c) alternate CDS make up source. Additionally, **the existing sidestream RO unit will be replaced with 2 RO units** to provide the required waste recovery. The graphics below provide a comparison of the current facility water flow diagram and the proposed flow diagram with the new system configuration.

**A 128**

AESPR-028290

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
## Request for Capital Expenditure Approval
February 11, 2004



A 129

AESPR-028291

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
## Request for Capital Expenditure Approval
February 11, 2004



## Water Quality Improvement

The RO equipment will be **provided by GE-Betz.** The modification will allow the facility to provide the required CDS makeup flow while reducing the chloride concentration from the present 1000 PPM to approximately 65 PPM. GE-Betz is **providing a performance guarantee** that includes a liability clause in which they commit spending additional funds, up the full value of the contract to meet their obligations. The contract provides for adequate engineering and commissioning time to ensure the new equipment will be seamlessly integrated into the existing system. Both **GSO and the Compliance Group** have been involved in the review cycle. Duke Fluor Daniel **(DFD)** provided technical due diligence and confirms the proposed modification is a viable solution to eliminate the chloride contribution to ESP corrosion and continue operating within our zero liquid discharge obligations. **Due to the urgency of this project, AES-PR , GSO and DFD worked directly with GE-Betz to** develop a cost effective solution and did not solicit additional quotations.

## Operations & Maintenance

The project scope also includes additional pretreatment filtration equipment upstream of the RO. These filters will significantly decrease the present RO membrane fouling and result in fewer membrane replacements and chemical cleanings.

**A 130**

AESPR-028292

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
# Request for Capital Expenditure Approval
February 11, 2004

## Permitting

- Environmental review indicates **existing permits are sufficient** for the new system configuration, with only an administrative change to the "Water Treatment Operations" permit being required.
- Necessary construction permits can be obtained within planned project schedule.

## Project Execution Strategy

- Lump sum, **fixed price** for water treatment equipment (GE Betz)
- AES to procure water distribution equipment (budgetary estimates already confirmed)
- AES has secured **DFD engineering** services for overall system design, including integration review, development of all necessary engineering drawings.
- AES to utilize local contract services for equipment installation. .
- AES & GE-Betz to jointly commission.
- Planned project duration is **5 months upon issuance of PO** for RO equipment.
- Project can be implemented with the facility on line and no impact to operations or availability.

## Alternatives Investigated

- **Metallurgy change in ESP collector plates**. In order to handle the wet chlorides, a duplex stainless or a high nickel alloy material would be required. AES-PR found no ESP applications utilizing these types of materials. Based on AES-PR experience upgrading to "Core Ten" collector plate material, estimated cost for this upgrade of materials to be $6M, plus installation costs estimated to be $2M. These costs do not include potential exposure to loss of revenue.

- **Installation of a Crystallizer.** Evaluated using a crystallizer to reduce the waste stream from the RO to a dry material for disposal in landfill. Equipment estimates received from GE-Betz and DFD indicate capital costs to be between $6-7M.  Assuming a 30% installation cost puts this option at $9M, plus a significant procurement and construction cycle. This option also has a substantial O&M cost.

- **Continue operating facility with modified water balance and high CDS outlet temperature**. This option has an **annual cost of $3M** for additional lime consumption and **does not adequately arrest the ESP corrosion.** After initial ESP plate replacement, this option would ultimately require further ESP collector plate replacements.

**A 131**

AESPR-028293

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
# Request for Capital Expenditure Approval
February 11, 2004

### Financial Analysis and Impact to Budget

| | | |
|---|---|---:|
| *Analysis Inputs* | | |
| Project Cost | $ | 1,600,000 |
| Savings Per Month | | 250,000 |
| Time to Install (months) | | 6 |
| Life of Project (years) | | 10 |
| *Analysis Results* | | |
| Simple Payback (months) | | 6 |
| NPV (15%) | $ | 12,479,290 |
| IRR | | 157% |

- **Project Cost- $1,600,000**
  - Reverse Osmosis System
  - Pug Mill modifications to handle higher chlorides
  - Additional Storage Tank and interconnection improvements

- **Benefits**
  - Decrease Lime usage of $250,000 per month. Due to the need to run at higher temperatures to decrease the rate of corrosion, we are consuming an additional $250,000 of lime.
  - Another benefit is the deferment of replacing the corroded plates in the ESP. Although there is significant corrosion to the ESP, if the corrosion is arrested we will be anticipate being able to run at least 3 more years before needing to replace the plates. The cost for replacement will be $6 million, assuming no impact to capacity payments due to the availability hit. Due to the uncertainty of the length of time that this repair can be deferred, we have not included the time value benefit in our analysis above.

- **Payment/Impact to Budget**
  - We will pay for this project by utilizing $1,600,000 of the $4,000,000 in proceeds from the Duke/Fluor Daniel settlement that were placed in a reserve account to complete the plant and to repair defective items. There is no risk in utilizing the funds for this project. As the funds on deposit in the account are earning less than one percent interest and cannot be sent as a dividend from the project, these are the lowest cost funds available to pay for the project.
  - By proceeding with this project as quickly as possible we will be able to limit the negative impact to our budget that the additional lime consumption is causing. As the payment for the project will be done from a reserve account, no negative impacts to operating cash flow will result by proceeding with this project.

**A 132**

AESPR-028294

AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project
## Request for Capital Expenditure Approval
February 11, 2004

## Conclusions

This project has the shortest lead time and lowest net cost associated as compared to the other options. It will allow AES-PR to operate closer to the power stations design basis (water make up, zero liquid discharge, CDS operating temperature, consumable usage). Completing this project will arrest ESP collector plate corrosion, and extend the life of the existing ESP collector plates. Additionally, operating will low chloride CDS make up water has shown to significantly improve ESP performance.

Failure to proceed may result in:
- Significant facility downtime
- Complete corrosion of the ESP collector plates
- Increased lime consumption of 30-40%

**A 133**

AESPR-028295