# Exhibit 17

IT BY: AES PUERTO RICO;          7878643661;          APR-30-04 12:42PM;          PAGE 1



**PUERTO RICO**

cc: E. Bulewich
J. Schwartzstein
T. Wardell
L. Rothe

Via facsimile (860-285-9970)
and Regular mail

April 30, 2004                                          AES/API-004-04

Mr. William M. Jarvis
Project Manager
ALSTOM Power, Inc.
2000 Day Hill Road
Windsor, Connecticut 06095

Dear Mr. Jarvis:

As we have discussed repeatedly over the last several months, AES-Puerto Rico, L.P. ("AES-PR") has outstanding warranty claims with ALSTOM that ALSTOM has not yet paid. As specified in Part III, Section 1 of the February 24, 1998 contract for the purchase of the AES-PR plant's boilers and related equipment ("Warranty"), ALSTOM provided a two-year warranty for specified components. As ALSTOM is aware, pursuant to § 1.7 of the Warranty, as of October 31, 2003, Duke/Fluor Daniel Caribbean, S.E ("D/FD") assigned the Warranty to AES-PR for prospective claims. This letter serves as AES-PR's request pursuant to § 1.4 of the Warranty for reimbursement for expenses AES-PR has and will continue to incur to correct the warranty items that ALSTOM has not repaired. If ALSTOM requires documentation in addition to this letter before paying the amounts owed, please notify me immediately of the additional information needed.

The warranty issues for which AES-PR seeks immediate payment are as follows:

1.    Electrostatic Precipitator Corrosion

AES-PR has repeatedly brought to ALSTOM's attention the extensive, accelerated corrosion to each unit's Electrostatic Precipitator ("ESP") since the corrosion was first discovered in November 2003.

The damage discovered last November was so severe that entire sections of the ESP's collecting plates had disintegrated and plates had come loose. Needless to say, the ESP was performing well below acceptable standards. This corrosion damage falls within the plain terms of the corrosion guarantee in § 1.6 of the Warranty.

Carr. #3 Km. 142.0, Bo. Johos • P.O. Box 1890, Guayama, Puerto Rico 00785 • Tel. (787) 866-8117 • Fax (787) 866-0129

71311                                                            A 134

SENT BY: AES PUERTO RICO;                7878643661;          APR-30-04 12:43PM;        PAGE 2/4

You have explained to me that ALSTOM has had difficulty correcting the defects in the Circulating Dry Scrubber ("CDS") and ESP systems because ALSTOM's subcontractor for these systems, Environmental Elements Corp., has "abandoned" the AES-PR project. After expending significant resources to analyze the cause of the problems with the CDS and ESP systems, AES-PR is now implementing a plan to correct the defects. This plan includes installation of a second Reverse Osmosis system to purify the PRASA water used in the CDS. AES-PR has determined that only by purifying the PRASA water will it be able to operate the CDS in a manner that prevents continued corrosion in the ESP and at the same time performs within permissible emission limits.

AES-PR seeks immediate reimbursement for two sets of costs associated with correcting the defects in the CDS and ESP systems. First, AES-PR has expended $481,069 to stabilize the corroded plates in Units 1 and 2. In addition, AES-PR has begun purchasing replacement plates and rigidtrodes to replace the damaged components in both units' ESPs. AES-PR expects that the total cost for these materials will total approximately $2,814,868, and the cost for installation will be on the order of $1,000,000. Thus the total cost to repair all corrosion damage to the ESP is expected to be approximately $4,295,937. Second, the cost of the new Reverse Osmosis system, which is needed to prevent continued accelerated corrosion of the ESP plates, is expected to be on the order of $1.6 million. Accordingly, the total cost to repair the corrosion damage to the ESP system and to correct the defect causing the corrosion is $5,895,937.

2.     Refractory Work

As we have discussed previously, as part of the repairs to the Unit 2 refractory that ALSTOM agreed to undertake during the November 2003 outage, ALSTOM agreed to have its approved subcontractor, JT Thorpe & Son ("JTT"), make needed repairs to specified refractory. While making those repairs, JTT uncovered extensive and unsafe refractory damage in the FBHE. With the approval of Mr. Bobby Woods from ALSTOM, JTT repaired that refractory as well. However, after the repair work had been completed, you informed AES-PR that ALSTOM would not pay for the work under the Warranty.

During the Unit 1 forced outage in January 2004, AES-PR discovered additional severely damaged refractory that required immediate repair. ALSTOM's approved subcontractor for refractory repair, JTT, performed this additional work and has invoiced AES-PR for it. That work, like the November repair work, is covered by the Warranty. I informed you of this in a March 31 e-mail, but have received no response. AES-PR requests immediate reimbursement of $217,890.69 for this refractory repair.

2

71312

A 135

3.    Fluidized Bed Heat Exchanger Handcuffs

In order to stop the repeated tube failures in the Fluidized Bed Heat Exchangers, ("FBHE"), and after extensive consultation with ALSTOM, we have installed additional handcuffs in each unit's FBHE.  The original handcuff configuration provided by ALSTOM proved woefully inadequate. Not only did tubes fail in the Unit 1 FBHE during commissioning and then on two subsequent occasions, but the handcuffs originally installed migrated out of position.

On March 29, 2004, notwithstanding the unacceptable performance of the handcuffs as initially installed in the FBHEs, ALSTOM wrote AES-PR a letter stating that ALSTOM would not honor its warranty obligation with respect to the cost to add the additional handcuffs.  ALSTOM's letter characterized these additional handcuffs as an "enhancement."  ALSTOM now contends that the additional handcuffs will produce "an overall reduction of forces on the tubes," but that it is "not required for function of the FBHE."

AES-PR rejects ALSTOM's claim that the additional handcuffs are an unnecessary "enhancement" not covered by warranty. The additional handcuffs are necessary to prevent tube failures during routine operation of the FBHEs.  In fact, we understand that ALSTOM has actually copied AES-PR's modified handcuff arrangement in order to avoid tube failures in another plant for which ALSTOM provided the boilers, the Seward Generating Station in Pennsylvania.

ALSTOM's March 29 letter claims that the Unit 1 tube failures resulted from airflow settings in Unit 1 that were higher than in Unit 2, and ash plugging a leg of the fluidizing air header manifold. We disagree.  The FBHE should be capable of performing at the Unit 1 airflow settings ALSTOM now contends are too high. With respect to the plugged manifold, the FBHE must be able to function without tubes failing even in the event of some ash plugging. AES-PR rejects ALSTOM's position that, if the FBHE could operate without failure under ideal conditions (and AES-PR disputes that, with the initial handcuff configuration, it could), then that fragile handcuff configuration is sufficient. The additional handcuffs are necessary for the unit to function properly and without tube failure during routine operation.

AES-PR seeks immediate reimbursement for the total cost for the additional handcuffs, $118,414.68. This amount includes $40,542 for the handcuffs, $74,718.50 for the stainless steel bolts, and $3,154.18 for labor.

4.    Secondary Air Expansion Joints

The AES-PR plant has experienced numerous failures in its secondary air expansion joints. Each failure has required an immediate repair. To date, AES-

3

ENT BY: AES PUERTO RICO;                 7878643661;           APR-30-04 12:44PM;           PAGE 4/4

PR has had to replace 13 joints, 4 with urgent delivery. In addition, another 15 joints are damaged and currently need to be replaced. The high failure rate for these joints has far exceeded what is expected as normal wear and tear. To arrest this problem, AES-PR is conducting an engineering study to correct the root-cause of the joint failure.

AES-PR seeks immediate reimbursement of the following costs: $17,111 for the joints that have already been replaced, an estimated $18,000 for the 15 damaged joints that still need to be replaced, and approximately $250,000 for an engineering study and to correct the root cause of the joint failures. Thus the total costs to replace the failing joints and prevent future failures is expected to total approximately $285,111.

For each of the four issues identified above, AES-PR notified ALSTOM of the defect in writing and requested that ALSTOM make the appropriate repairs under the Warranty, but ALSTOM failed to do so. Accordingly, pursuant to Warranty § 1.4, AES-PR has made and is continuing to make the necessary repairs for the account of ALSTOM. Please understand that AES-PR intends to take all appropriate actions to ensure that ALSTOM complies with its obligations under the warranty. We request ALSTOM's response on each of these warranty claims on or before May 14, 2004.

Sincerely,

Allan B. Dyer

4

571314                                                                              A 137

# Exhibit 18



5401 Weywood Drive
Reisterstown, MD 21136

January 28, 2004

AES Puerto Rico
Guayama, Puerto Rico

Attn:  Mr. Paul Stinson

Re: ESP Corrosion

Per our recent discussions, both precipitators at the site have plates and electrodes that are corroded. It appears the "internals" i.e. plates and electrodes are involved, but the casing panels, hoppers, and hopper support girders may not be. This condition was discovered during recent outages on both units. You have asked for my assistance to determine the root cause of the corrosion with a specific emphasis on the water injection system in the scrubbers.

We agree the corrosion is aqueous phase at the operating temperatures of the process which are between 150 and 180 °F. I suggest this can result from one of two things. Either improper drying of the water being injected into the scrubber, or condensation due to localized cooling (inleakage) after the gas leaves the scrubber vessel. The first step should be to determine which of the two problems exist. Certain steps can be taken at the site while I monitor as much as possible from my office via data sets that can be sent electronically to me. I propose to travel to the site after monitoring several days (or weeks) of operating data to determine if there is anything abnormal in the day to day readings of critical parameters. Of course I will travel at your requests, work-load permitting.

I suggest the following actions at the site:
1. Place thermocouple wires (several) along the walkway between fields 1 and 2 as well as between fields 3 and 4. Lay the wires along the walkway and leave them protruding from the access doors so readings can be taken externally while the unit is on-line. Space the wires such that readings of gas temperature can be taken every 5 or 10 feet across the entire box. The gas velocity in the box is less than 4 fps and securing the wires to the walkway should not be a problem. Then readings can be taken periodically to get a profile.
2. Collect daily temperature readings inside each of the ash discharge chutes on the sidewall of all of the first field hoppers (400 A through D). Inspection ports were installed on all of these chutes at the hopper deck level. Readings could be taken from these ports as long as you make sure to stop any inleakage from the port as you take the readings. The

Fax (410) 429-0921                Cell (443) 745-5763              ijmconsult@comcast.net

A 138

January 30, 2004

● Page 2

purpose of these readings is to see if ambient air is being pulled into the ESP hoppers from the ash bins beneath via these connecting chutes. This is exactly the problem that was found at a similar design in the U.S. I also suggest trying to place a very simple wind sock (streamer) into these chutes via these inspection ports to see if we can confirm air flow up towards the hoppers rather than down or non-existent.

3. Collect daily samples of ash from as many of the 400 and 410 series hoppers and test for surface moisture with a simple instrument such as an oven dryer that can be obtained from one of several suppliers. I can find one for the site if you prefer. We want something that can determine surface moisture (weight loss) in 5 or 10 minutes by heating the samples to about 212 °F.

4. Set-up a data set of readings from critical instruments around the scrubber and transmit the data set to me electronically each day. I assume the DCS collects readings from field instruments about every 1 minute or so. Is this correct? If so, I would like the data set to include all readings for each 24 hour period from midnight to midnight. I will detail the exact tag numbers after you confirm this can be done. I'm thinking of maybe 6 to 10 tag numbers per scrubber, primarily associated with gas temperature, bed pressure, and water pressure readings.

We can expand or adjust the program as we go. This is my suggested starting point until we get a better sense of where to focus our efforts. This may take some time to find the root cause, but if we fix the wrong thing it will take even longer to solve the problem once and for all.

Sincerely,

John G. Toher
dba IJM Consulting

A 139

# Exhibit 19

**Csaba Little**

From:      JToher [ijmconsult@comcast.net]
Sent:      Tuesday, March 16, 2004 12:49 PM
To:        Csaba Little
Cc:        Al Dyer
Subject:   March 09 Trip Report

Csaba,

I've attached a list of items for your consideration going forward. I forgot to leave a copy of the scrubber P&ID's last Friday as I was leaving for the airport, so I will send a copy in the mail this week.

As far as the root cause of the corrosion...... I can't be sure but it certainly seems more like a general drying problem in the CDS rather than a localized issue such as would exist if you have inleakage of ambient air which would cause humidity in the gas to condense "locally" in the area of the inleakage. Clearly the CDS has been run with very a very thin bed (DP) in the past...all the way back to the start-up of the scrubbers in 2002. I even have memos on this issue dating back to 2002. Additionally, you and I measured the gas wet bulb temperature in the range of 129-131 at full load on unit 2. I'm sure you will find this temperature to be even lower when you measure it during lower loads or during soot blowing cycles. This means the CDS has been running with less than a 30 degree approach in the past. We also now know the chlorides in the process have been very high in the past and the CDS was not running with an even higher than 30 degree approach to accommodate the presence of these chlorides. The combined effect of high chlorides, low approach, and thin bed is the most likely "root cause" that I can suggest right now. I do believe there were very bad operating conditions during start-up that may have caused some of the initial corrosion, but this is not likely the sole cause of the condition of the ESP's. Atleast the CDS vessel is not corroded (according to the UT analysis done), this is a good thing.

I will try to put an agreement in place with Al so you and I can continue to dialog and work to develop safer operating procedures that will ensure a long life for the plant equipment. Eventually, we can also try to optimize your operating cost when the right conditions exist.

Thanks for your support and spirit of cooperation during my visit last week.

Regards,

John Toher, dba IJM Consulting
Ph (443) 745-5763
Fax (410) 429-0921

---

This email has been scanned for all viruses by the MessageLabs service.

10/1/2004

A 140
AESPR 004142

AES2-11-01046

# Exhibit 20

AES Puerto Rico

Weekly Report

From January 25, 2004 through January 31, 2004

1.  **Operational Statistics**

| Week of: 1/25/2004 | Unit#1 | | | Unit#2 | | | Facility | | |
|---|---|---|---|---|---|---|---|---|---|
| | week | month | year | week | month | year | week | month | year |
| **Capacity:** | | | | | | | | | |
| Period Hours - hrs | 168 | 744 | 744 | 168 | 744 | 744 | 168 | 744 | 744 |
| Outage Hours - hrs | 0.0 | 313.7 | 313.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equivalent Derated Hours - hrs | 0.0 | 13.9 | 13.9 | 0.0 | 0.0 | 0.0 | 0.0 | 163.8 | 163.8 |
| Equivalent Availability - % | 100.0% | 56.0% | 56.0% | 100.0% | 100.0% | 100.0% | 100.0% | 78.0% | 78.0% |
| **Energy Production:** | | | | | | | | | |
| Gross - MWhr | 38,007 | 91,255 | 91,255 | 37,645 | 174,092 | 174,092 | 75,652 | 265,348 | 265,348 |
| Gross - MW average | 226 | 212 | 212 | 224 | 234 | 234 | 450 | 357 | 357 |
| Net - MWhr | 33,703 | 80,417 | 80,417 | 33,494 | 155,346 | 155,346 | 67,197 | 235,763 | 235,763 |
| Net - MW average | 201 | 187 | 187 | 199 | 209 | 209 | 400 | 317 | 317 |
| Auxiliaries - % | 11.3% | 11.9% | 11.9% | 11.0% | 10.8% | 10.8% | 11.2% | 11.1% | 11.1% |
| Capacity Factor - % | 88.7% | 48.1% | 48.1% | 87.9% | 91.6% | 91.6% | 88.3% | 69.9% | 69.9% |
| Dispatch Factor - % | 88.7% | 83.2% | 83.2% | 87.9% | 91.6% | 91.6% | | | |
| **Process Steam:** | | | | | | | | | |
| High Pressure - klbs | | | | | | | 37 | 1,820 | 1,820 |
| Low Pressure - klbs | | | | | | | 1,650 | 8,899 | 8,899 |
| Energy Equivalence - MWhr | | | | | | | 155 | 950 | 950 |
| **Material Handling:** | | | | | | | | | |
| Coal - Short TONS | 15,109 | 36,624 | 36,624 | 14,833 | 69,623 | 69,623 | 30,042 | 106,248 | 106,248 |
| Limestone - Short TONS | 505 | 1,136 | 1,136 | 551 | 3,013 | 3,013 | 1,055 | 4,151 | 4,151 |
| Ash Rock Produced - Short Tons | 1,884 | 4,457 | 4,457 | 1,928 | 9,561 | 9,561 | 3,812 | 14,018 | 14,018 |
| **Performance:** | | | | | | | | | |
| Gross Heat Rate - BTU/kWhr | 8,990 | 9,111 | 9,111 | 9,005 | 9,079 | 9,079 | 8,980 | 9,090 | 9,090 |
| Net Heat Rate - BTU/kWhr | 10,138 | 10,339 | 10,339 | 10,121 | 10,174 | 10,174 | 10,110 | 10,230 | 10,230 |
| Equivalent Net Heat Rate - BTU/kWhr_eq | | | | | | | 10,087 | 10,189 | 10,189 |

2.  **Operations and Maintenance**

1.  Availability

    - Plant 12-month rolling availability continues to be below contractual amount of 90%. Preliminary PPA 12-month rolling average availability at the end of January 2004 was 81.6%.

    - No unit trips or de-rates during the one week period.

    - Due to additional forced outages on the units, analysis are showing us that there are no financial downside risks of submitting a force majeure claim to PREPA for the Unit #1 catastrophic blade failure occurred in May 14, 2003. If we are successful in this claim, it will provide us with approximately 5% through 2004.Depending on the forced outage rate of the units during future months this will prevent additional loss of revenues in capacity payments downward adjustments anywhere from $0.5 to $4 million. PREPA is hesitant in granting us force majeure due to the precedence it would set. However, they are willing, and expressed in concept their agreement, to work out an alternative to force majeure that would provide the same benefit as force majeure. A settlement letter was sent to PREPA on December 22, 2003, and we are awaiting a response from PREPA. If the settlement is accepted by PREPA, it would result in AES PR paying PREPA approximately $2.0 million, however, we would avoid incurring an additional $6.5

million in availability decreases between now and June 2004 for a net benefit to AES PR
of approximately $4.5 million.

2. Environmental

| Reportable CEMS Exceedances: | | | | | |
|---|---|---|---|---|---|
| | Unit 1 Week | Unit 1 MTD-January | Unit 2 Week | Unit 2 MTD-January | Facility Week | Facility MTD-January |
| SOx | 0 | 0 | 0 | 5 | 0 | 5 |
| NOx | 0 | 0 | 0 | 2 | 0 | 2 |
| CO | 0 | 0 | 0 | 0 | 0 | 0 |
| Opacity | 1 | 3 | 0 | 4 | 1 | 7 |

3. Safety

**Statistics:**

| | AES | | | CONTRACTOR | | |
|---|---|---|---|---|---|---|
| | 25-31 Jan | Jan | 2004 | 25-31 Jan | Jan | 2004 |
| TYPE OF EVENT | LAST WEEK | MTD | YTD | LAST WEEK | MTD | YTD |
| NEAR MISS | 0 | 0 | 0 | 0 | 0 | 0 |
| DOCTOR VISIT | 0 | 0 | 0 | 0 | 0 | 0 |
| PROPERTY DAMAGE | 0 | 0 | 0 | 0 | 0 | 0 |
| LTA | 0 | 1 | 1 | 1 | 1 | 1 |
| FIRST AID | 0 | 1 | 1 | 0 | 0 | 0 |
| FATALITY | 0 | 0 | 0 | 0 | 0 | 0 |
| RESTRICTED DAYS | 0 | 0 | 0 | 0 | 0 | 0 |
| OSHA RECORDABLE | 0 | 0 | 0 | 0 | 0 | |
| TOTAL LOST DAYS | 3 | 9 | 9 | | | |
| TOTAL EVENTS | 0 | 2 | 2 | 1 | 1 | 1 |
| DAYS WITHOUT LTA | 13 | 13 | 13 | N/A | N/A | N/A |
| DAYS WITH LTA | | | | N/A | N/A | N/A |

4. Consumables/Opacity

- Limestone and urea usage has decreased approximately 33% since the start of the initiative and continues to stay at the lower levels. However, Lime usage continues to run at higher levels in part to trying to raise the temperature level in the Electrostatic Precipitator (ESP).
- Further inspection of the ESP on Unit #1 during the outage has indicated that there is significant corrosion, similar to Unit #2, in the ESP. We are in process of ordering material to upgrade the cells in unit #2 and will do the same for unit #1. Money from the DFD settlement that is presently escrowed to fix the plant will be used to offset the costs for the materials and repairs so we do not anticipate any impact our 2004 cash flow unless we need to bring the units down prior to June 2004 in which we would incur additional decreases in our capacity payments. Our current plan is to spread the repairs over a 2 to 3 year period to minimize the impact on current year cash flow. Additionally we are working to increase the temperature entering the ESP and identifying different sources of cooling water into the CDS in an effort to decrease the corrosion that is occurring. Our present hypotesis is that the high chlorides in the water along with the temperature entering into the ESP being below the dew point are leading to the noted corrosion in the

AESPR-431610

A 142

ESP  The difficulties in increasing the temperature have been controlling opacity, so we are additionally exploring options in decreasing the chlorides in the water. We have been able to change the blend of water that we are using which has decreased the amount of chlorides in the water, however, they continue to be higher than what we need long-term. Two weeks ago we had engineers from GE Betz on site evaluating our water treatment processes. On potential solution may be to add a 2nd reverse osmosis system to the process. Anticipated cost would be between $750,000 to $1.3 million and could be done without taking the units off line. This would also be less expensive than adding a crystallizer to the process which could cost in excess of $10 million. We will continue to work with GE Betz to reach a final decision so that the best economical solution can be implemented as quickly as possible to arrest further corrosion of the ESPs. We expect to have final information and documentation within the coming week.

3.  Monthly KPI's









4.  Financials

- Fitch rating, BBB (stable), Moody's Baa3 (stable). Fitch is planning a site visit on February 18, 2004.

- Main financial indicators

| Bank Loans | | | |
|---|---|---|---|
| Description | Current Rates | Budget | Nov. 25 Election |
| 3-Month | 1.13% | N/A | N/A |
| 12-Month | 1.48% | 1.60% | 1.45% |
| Short-Term Hedged Amount (millions USD) | $ 122.8 | | |

  *Note: On Nov. 25 we elected 1 year LIBOR to limit interest rate sensitivity for the year.*

- We have started working with Arlington to evaluate hedging the $122.8 million beyond November 25, 2004.

AESPR-431611

A 143

**REDACTED**

6. **Contact Persons**

- Al Dyer
- Carlos Reyes
- Eric Lundberg

AESPR-431612

A 144

# Exhibit 21



5401 Weywood Drive
Reisterstown, MD 21136

October 10, 2004

AES Puerto Rico, LP
PO Box 1890
Guayama, PR 00785

Attn: Csaba Kiss
Maintenance Team Leader

This report covers activities and recommendations during the Unit 1 outage between October 4 and October 7, 2004. I was on-site to provide comments and advice on operating and maintenance issues. This report will cover three essential areas of discussion during the trip; maintenance, operational, and outside contractor recommendations.

### Maintenance:

During routine equipment inspections in 2003, corrosion was discovered in the electrostatic precipitators (ESP). Subsequent to this discovery, attempts were made with outside contractors to remove badly corroded sections of the **collecting plates** and stabilize the remaining plates to ensure the maximum number of TR sets would be available to operations going forward. During this outage, I participated in an additional inspection of the internals of Unit #1 ESP on Monday Oct. 4. The ESP penthouse was cleaner than ever before and requires no additional work during this outage. There are several more plates that have experienced total failure at the cold rolled form either between the 18 inch modules (snap look location) or at the trailing edge of the 18 inch module. There was clearly no indication of "sheets" of corrosion product separating from the flat sections of the plates and no evidence of this on the walkways between fields. The damage (on limited inspection) seems to be focused on the cold rolled form of the interlocking modules. This must be addressed during each outage to limit the number of TR sets becoming non-operational between unit outages. If the damage gets worse, a total change-out of all plates in select fields may be required.

An inspection from the doors of the ESP **inlet nozzle** revealed a clean and apparent corrosion free floor of the nozzle and indications of minor corrosion on the side wall closest to the door (east wall).

The lower cylindrical **walls of the CDS** were inspected from the cylinder inspection doors on Tuesday Oct. 5. The walls showed signs of normal build-up (¼ inch) and very minor corrosion. We decided to perform ultrasonic testing of the vessel walls on the transition between the venturis and the straight wall cylinder. These are referred to as the diverging walls of the vessel and they were selected for UT analysis because they will indicate the most aggressive erosion/corrosion in the entire vessel. This is due to the impact of the bed solids on this wall as solids circulate up and down along the cylinder walls. A 1 to 2 foot wide section of wall approximately 12 vertical feet between the outlet of the venturis and the top of the diverging walls was hand tool cleaned. Starting at 0 degrees (North) there was one strip every 60 degrees going clockwise (CW) around the circumference of the vessel. Four readings per strip for a total of 24 readings were taken. They ranged between 9.1 and 10.6 millimeters thickness, with 90% between 9.4 and 9.9 millimeters. I have confirmed that the original wall thickness was 3/8 inch (9.5 mm). These walls indicate a maximum loss of 20 to 40 mils (inch/1000) since commissioning, which is not severe. This rate of thinning should slow down in the future as operations becomes more and more proficient with this technology. The Unit 1 CDS readings taken during this outage establish a baseline for future comparison and are shown in the diagram below.

Fax (410) 429-0921                 Cell (443) 745-5763                 ijmconsult@comcast.net

**AESPR 029209**

A 145

November 11, 2004

| Reading Location | 3 ft el. | 6 ft el. | 9 ft el. | 12 ft el. |
|---|---|---|---|---|
| All Readings are in milimeters | | | | |
| North (0°) | 9.5 | 9.5 | 9.5 | 9.6 |
| 60° CW | 9.7 | 9.8 | 9.6 | 10.6 |
| 120° CW | 9.5 | 9.6 | 9.9 | 9.7 |
| 180° CW | 9.1 | 9.8 | 9.7 | 9.5 |
| 240° CW | 9.6 | 9.4 | 9.8 | 9.6 |
| 300° CW | 9.8 | 9.9 | 9.5 | 9.5 |

Maintenance was advised to clean the **CDS hopper** of all debris as the last action inside the CDS after closing the venturi inspection doors.

A quick inspection of the ash surge bin roofs revealed no torn expansion joints on the chutes to these bins and no improper operation of the vacuum-pressure relief valves on the roof. The bin furthest to the east (under #2 ESP) has a large deposit of ash that must have occurred as a result of over-filing the bin. Maintenance was advised to clean the roof of this bin.

I observed while in the CDS that the airslides retained a thick layer of dust on top of the membrane. This dust layer exists for a long distance away from the CDS. I recommend that operations try to use the I.D. fan to sweep the airslides clean during shutdown by opening inspection hatches on the airslides before turning off the I.D. fan. The suction of the I.D. fan will pull a lot of ambient air in through the open inspection hatches and hopefully "sweep" the standing ash into the CDS.

**Operations:**

Over the course of the week, several discussions took place with Elias (Operations Team Leader) and Tracey (Water Team Leader) regarding future operation of the CDS. There is a general concern regarding **CDS operating temperature verses chlorides** in the process. I assured Elias and Tracey that recirculation of flyash between the ESP and CDS does not cycle up the chloride concentration like the cooling tower process. This is because the CDS is an open loop process i.e. there is a continuous flow of fresh flyash from the boiler into the process as well as a continuous flow of ash out of the process via the ESP first field hoppers. Fresh flyash and chlorides (in the water) are being removed continuously, thus the recirculation back to the CDS only increases the mass flow of chlorides and flyash, not the concentration of any one component in the flyash. This is also true of flyash reinjection into the boiler; it will increase the mass flow rate of flyash and the components in the flyash but it will not increase the concentration of anything in the flyash because of the constant discharge of material via the first field hoppers of the ESP. It may be worth noting the impact boiler flyash reinjection will have on the CDS process, because this was not discussed on-site with Elias.

- Flyash from the boiler exits the CDS process via the first field hoppers of the CDS. Any increase of flyash coming from the boiler into the CDS will proportionally increase the amount of flyash flowing into the ash surge bins beneath the first field ESP hoppers. Therefore, you can expect these ash surge bins to fill faster by the same rate that you reinject flyash into the boiler.

However, there is a definite relationship between CDS operating temperature and the concentration of chlorides in the process. All of the chlorides entering the CDS, whether from the coal via the boiler or from the water, will react with the calcium in the lime and eventually exist as solid calcium chloride salts

AESPR 029210

A 146

November 11, 2004

in the recirculating ash as well as the disposal ash. This calcium chloride salt is difficult to dry and therefore we must raise the operating temperature of the CDS as the concentration of this salt increases either from the coal or the water chlorides. I recommend operating at $T_{wb}$[1] plus 30 F as long as the ash in the ESP hoppers is at or below 1% by weight calcium chloride ($CaCl_2$-$2H_2O$). Increase this temperature 10 F ($T_{wb}$ plus 40 F) if the ESP ash has greater than 1% but not more than 2% calcium chloride and increase it another 10 F ($T_{wb}$ plus 50 F) if the ESP ash has greater than 2% calcium chloride.

Tracey (Water Team Leader) and I discussed ways to measure the ash chloride content using the on-site lab. It may be possible to dissolve a small sample of ash into a large sample of water (deionized), filter the water for solids content and titrate the filtered water for chloride contents. The results could be back calculated as weight percent calcium chloride in the original ash sample using the molecular weight of $CaCl_2$-$2H_2O$. It may also be possible, using an on-line detector, to develop a correlation between conductivity of the CDS water and the weight percent calcium chloride in the ESP ash. This correlation could then be used to automatically adjust the CDS operating temperature based on a conductivity reading from the CDS water tank.

Meanwhile, Elias (Operations Team Leader) and I measured the Unit 2 flue gas wet bulb temperature at the test ports between the air preheater and the CDS while the unit was operating at full load. This reading confirmed earlier readings of approximately 130 F. Therefore, the recommended operating temperature is shown in table 1 below.

| Calcium Chloride in Ash (wt %) | 0 to 1% | 1% to 2% | >2% |
|---|---|---|---|
| CDS Outlet Temp. (F) | 160 | 170 | 180 |

Table 1

Until measurements can be taken of the ash calcium chloride content, I suggest an operating temperature of 160 F. Any water chloride concentrations of 1000 ppm or less should result in less than 1% $CaCl_2$-$2H_2O$ in the ash. With the new RO unit on-line, there should be no concern of running above the 1000 ppm and therefore 160 F should be safe until measurements are available to confirm the ash chloride content.

Elias and I wanted to review the **start-up conditions for Unit 2 verses Unit 1**. It seems to take longer to get to the final operating temperature on Unit 2 verses Unit 1. We did not get a chance to do this during the trip and I suggest that Elias send me files showing the start-up of each unit at some time in the past so I can review and comment. Each file should contain CDS inlet temperature, CDS inlet gas flow rate; bed $\Delta p$, CDS outlet temperature, and the position of the water control valve. One minute data values should be sent in each file for one hour before and one hour after start-up of each unit.

I also spent time discussing **the opacity issue with Unit 2** which was still in operation during this trip. A quick review of the status on the TR sets on Unit 2 is indicated in table 2 below.

| | A SIDE | | B SIDE | | Total |
|---|---|---|---|---|---|
| | KV | ma | KV | Ma | Kw |
| TR 2-1 | 55 | 170 | 55 | 170 | 8 |
| TR 2-2 | | | | | |

---

[1] Flue gas wet bulb temperature as measured at the inlet of the CDS.

AESPR 029211

A 147

● Page 4

November 11, 2004

| TR 2-3 | | | | | |
|---|---|---|---|---|---|
| TR 2-4 | | | 40 | 20 | 1 |
| TR 2-5 | | | | | |
| TR 2-6 | | | | | |
| TR 2-7 | 65 | 130 | | | 8 |
| TR 2-8 | 65 | 370 | 65 | 370 | 24 |
| TR 2-9 | 70 | 920 | 70 | 920 | 63 |
| TR 2-10 | 70 | 1100 | 70 | 1100 | 75 |
| TR 2-11 | 70 | 610 | 70 | 610 | 42 |
| TR 2-12 | 70 | 1150 | 70 | 1150 | 75 |

Table 2

A full 42% of the discharge electrodes are not in service due to problems keeping the TR sets from tripping off-line. Also, these de-energized TR sets are all located between fields 2 and 8 of the ESP, which means the gas is fully half way through the ESP before any appreciable dust collection begins to take place. Of the TR sets that are operational, they are almost all at full secondary voltage (70 KV) and there is little more that can be done to improve the opacity other than lowering the CDS outlet temperature. I advised Elias that he can reduce the CDS temperature as low as 160 F based on the lower chloride concentrations now available with the new RO unit coming on-line and the confirmation of $T_{wb}$ of 130 F. How quickly operations approaches the lower limit of 160 F is totally up to the judgment of operations. This situation is likely to not improve without additional stabilization or replacement of plates in Unit 2.

**I&C:**

Some time was spent with Wei-li (I&C Team Leader) and Gustavo to make minor adjustments to the data files being sent each month for review and comment.

Last, but not least, I have contacted Mr. Karl Neidefer of the company "Precipitator Services Group". I asked him to call me so we can discuss the condition of Unit 2 ESP and his interest in working with AES Puerto Rico to improve the condition of this ESP going forward. His office number is 800 345-0484 and you are welcome to follow up with this company in the event that I do not hear back from them soon.

If there are any questions about the content of this report please contact me at your convenience.

Sincerely,

John G. Toher
Dba IJM Consulting

# Exhibit 22

05-16-05    12:08pm    From-MSL Copy Room 2, Right    302 225 3674    T-728   P.003    F-351

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| Plaintiff, | ) |
| v. | )    Civ. No. 04-1282-JJF |
| ALSTOM POWER, INC. | ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSES TO ALSTOM
### POWER, INC.'S FIRST SET OF INTERROGATORIES

Plaintiff AES Puerto Rico L.P. ("AES PR") objects and responds to

Defendant ALSTOM Power, Inc.'s (ALSTOM's) first set of interrogatories as follows:

### GENERAL OBJECTIONS

The following general objections are incorporated in, and serve as

additions to, each of AES PR's responses and objections to each of ALSTOM's

specific interrogatories.

A. AES PR objects to ALSTOM's interrogatories to the extent that

they call for information protected by the attorney-client privilege, the attorney

work product doctrine, or other applicable statutory or common law privileges or

immunities. To the extent that any interrogatory may be construed as seeking the

disclosure of information subject to these privileges or immunities, AES PR invokes

the same.

**A 149**

05-16-05    12:09pm    From-MSL Copy Room 2, Right                302 225 3674        T-728   P.010/025   F-351

## INTERROGATORY NO. 9

Identify all individuals or entities that performed any of the work or supplied any materials or services, including testing, in regard to the CDS and/or ESP equipment.

### RESPONSE

Subject to the general objections specified above, and without waiver thereof, AES PR states the following:

(1)    With respect to the reverse osmosis system, the suppliers of materials and/or services are set forth in Attachment A to these interrogatories.

(2)    With respect to the ESP collecting plates, the following suppliers provided materials and/or services:  Environmental Elements Corp., PIC, ICE, Raymond Group, F.L. Smidth Airtech, Combustion Engineering and/or its corporate affiliates, and Brand Scaffold.

(3)    With respect to the ESP stabilization program, the following suppliers provided materials and/or services:  Combustion Engineering and/or its corporate affiliates, and ADECCO.

AES PR supplements this response by referring ALSTOM to the documents AES PR is producing in response to ALSTOM's first set of requests for production.  See Fed. R. Civ. P. 33(d).

## INTERROGATORY NO. 10

For any work performed on or materials/equipment provided for the CDS and/or ESP equipment, itemize the payments made by you to any vendor, subcontractor and/or any other entity by date, amount, and reason for payment.

8

**A 150**

RESPONSE

Subject to the general objections specified above, and without waiver thereof, AES PR states that it has made and/or expects to make the following payments:

Water Treatment

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|---|---|---|---|
| Various (see Attachment A) | 02-06-04 / 03-31-05 | $ 1,786,559.12 | Reverse Osmosis System |
| Various | Estimate | 6,850,000.00 | Crystallizer – brine concentrator |
| | | | |
| Total | | $8,636,559.12 | |

Collection Plates

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|---|---|---|---|
| EEC | Various | $ 925,120.00 | Replacement collecting plates for Unit 2 |
| PIC | Various | 40,649.10 | Labor |
| ICE | Various | 240,409.74 | Freight |
| Raymond | Various | 2,942.49 | Consulting |
| FL Smidth Airtech | 12/31/2003 | 92,935.28 | Consulting/Inspection |
| EEC | Various | 219,250.00 | ESP Curtains Fabrication Rigitrodes Material & labor |
| Combustion Engineering | 1/23/2004 | 167,181.10 | Prep. Curtains Labor |
| Brand Scaffold | Various | 21,450.00 | Services |
| Replacement collection plates (incl. related parts, consulting, inspection, labor and shipping) for Unit 1 | Estimate | 1,709,937.71 | |
| Labor to install all plates | Estimate | 2,000,000.00 | |
| | | | |
| Total | | $5,419,875.40 | |

9

Stabilization Program

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|--------|------|--------|-------------------|
| Various | Various | S 481,069.00 | Initial Stabilization of corroded plates |
| Various | Various | S 54,544.45 | Additional work during July 2004 |
| Various | Various | 53,812.99 | Additional work during October 2004 shutdown |
| TOTAL | | $ 589,426.44 | |

AES PR supplements this response by referring ALSTOM to the documents AES PR is producing in response to ALSTOM's first set of requests for production. See Fed. R. Civ. P. 33(d).

## INTERROGATORY NO. 11

Identify all individuals or entities that performed any of the work or supplied any materials or services, including testing, in regard to the FBHE Handcuffs.

### RESPONSE

Subject to the general objections specified above, and without waiver thereof, AES PR states that the following preformed work and/or supplied materials regarding the FBHE Handcuffs: Combustion Engineering Caribbean and/or its corporate affiliates, United Titanium, Inc., and Alstom Caribe, Inc. and/or its corporate affiliates.

## INTERROGATORY NO. 12

For any work performed on or materials/equipment provided for the FBHE Handcuffs, itemize the payments made by you to any vendor, subcontractor and/or any other entity by date, amount, and reason for payment.

10

**A 152**

# Exhibit 23



**PUERTO RICO**

November 17, 2005

<u>VIA UPS</u>

Mr. Carlos O'Neill
Chief of Enforcement and Superfund Branch
US EPA
Centro Europa Building
Suite 417
Ave. Ponce de León 1492
San Juan, PR 00907

Re: **Coal Pile Runoff Pond - Overflow Events**
 **AES Puerto Rico ("AES PR"), Guayama, PR**
 **PRR05B149**

Dear Mr. O'Neill:

I am writing to follow-up on a letter AES PR sent you in July regarding intermittent overflow events from AES PR's Coal Pile Runoff Pond due to the above average rainfall we have experienced this year. The purpose of this letter is to provide you with a summary of the efforts AES PR is taking to prevent future overflow events from the Coal Pile Runoff Pond.

As you know, the AES PR Guayama facility is one of the most environmentally advanced coal fired power plants in the U.S. and incorporates a number of innovative designs and technology applications in order to minimize air emissions and wastewater discharges. Among other things, we operate as a zero liquid discharge facility, including zero discharge of any storm water from the main plant site. This design involves the use of two on-site water storage ponds that were intended to capture all of the storm water runoff beyond the dock area. The plant water balance was carefully engineered to maximize the ability to recycle and reuse water while managing the high levels of salts in the primary make-up water for the plant, i.e., treated wastewater provided by the Puerto Rico Aqueduct and Sewage Authority's publicly owned treatment works in Guayama. Unfortunately, one component of the original design, involving the evaporation of brine wastewater from the reverse osmosis ("RO") treatment system did not work to specification.

A 153

The salts in the RO water caused excessive corrosion in certain equipment and as a result, AES PR has had to cease this process of evaporating brine wastewater, thereby significantly altering the plant's water balance.

Since discovering the problem, AES PR has made a number of modifications to plant operations to manage its wastewater, including the installation of a new RO system in 2004 at a cost of $1.9 million. Despite these efforts, high rainfall levels during this year's tropical storm season have caused approximately 31 overflow events from the Coal Pile Runoff Pond. AES PR has taken additional steps to correct the situation, and is in the process of finalizing an extensive re-design of the plant's water management systems pursuant to which we will install additional equipment to manage plant water with high total dissolved solids ("TDS") or mineral salt content. This process may require 18 to 24 months to complete. In the meantime, we are also implementing a boiler steam injection system to provide interim water management control. The capital costs to install the additional equipment, namely a brine concentrator and a crystallizer, to manage high TDS water are expected to range from approximately $4.75 million to $10 million.

The following discussion outlines (i) the plant's original water management design and the identified root causes of the overflow events, (ii) mitigation efforts made by AES PR to date to address the situation, (iii) a summary of the overflow events, and (iv) a discussion of the engineering solutions that AES PR is currently investigating and/or implementing to reduce the level of water in the Coal Pile Runoff Pond.

**Original Plant Design and Root Causes of the Overflow Events**

In the original plant design, all stormwater at the power plant site was intended to be managed by means of AES PR's two on-site storm water runoff ponds that are part of the plant's zero liquid discharge system.[1] In particular, the design includes (i) a 1.3 million gallon site storm water pond ("Site Storm Water Pond") that collects runoff from roads, parking areas, and the administration building area, and (ii) a Coal Pile Runoff Pond with a capacity of 10,730,000 gallons with a 60-mil synthetic liner. The Coal Pile Runoff Pond was designed to handle runoff from a 100 year, 24 hour storm event, and this pond captures runoff from the coal pile, the limestone dome area, the manufactured aggregate (hardened coal ash product) area, and gravel areas/roads near these locations. The Coal Pile Runoff Pond water was to be used as one of the sources of make-up water for the plant's cooling water system.

The current situation of intermittent overflows from the Coal Pile Runoff Pond can be traced back to a flaw in the original plant design. RO reject water from the cooling water system was intended to be injected into the circulating dry scrubber ("CDS") system, where the water would evaporate and the salts would be deposited into the fly ash which would be processed into a manufactured aggregate. Unfortunately, it became apparent

---

[1] The storm water discharges from AES PR's dock structure and related material handling areas are covered under the NPDES Storm Water Multi-Sector General Permit for Industrial Activities.

that this approach to management of brine wastewater would not work when excessive corrosion was discovered in the collector plates of the electrostatic precipitator ("ESP") which received the flue gases from the CDS system. The corrosion problem in the ESP was traced to the injected RO water. As a result, AES PR was forced to manage the brine wastewater by primarily using it in the manufactured aggregate operations.

Initially AES PR cut back on the amount of RO reject water going into the CDS system until this practice was abandoned in September 2004. However, infiltration or drainage of RO reject water in the storm water runoff from the manufactured aggregate area has, over time, considerably raised the conductivity of the Coal Pile Runoff Pond water. The current levels of conductivity in the Coal Pile Runoff Pond make it unsuitable for use as a source of cooling water for the plant. Difficulties arose during this year's tropical storm season in which precipitation levels have outstripped evaporative loss from the Coal Pile Runoff Pond and the manufactured aggregate process has been unable to absorb all of the RO reject water, resulting in additional runoff to the Coal Pile Runoff Pond.

**Mitigation Efforts To Date**

In September 2004, AES PR completed the replacement of the original RO system with a new one consisting of a replacement sidestream RO unit supplemented by a second stage desalination RO unit. The new RO system was installed at a cost of $1.9 million, and there are ongoing annual operation and maintenance costs of $500,000.

The cooling water system blowdown water is now processed by the new RO system into two streams of water: (i) a clean water stream that is used as make-up water for the CDS system and (ii) a heavily concentrated brine wastewater. The new RO system generates a concentrated brine stream ranging from 45 gallons per minute (gpm) to 75 gpm, and as noted above, this water is currently used in the manufactured aggregate operations. The high levels of TDS in the RO reject water are intended to be removed from the plant as part of the manufactured aggregate product.

Although the water level in the Coal Pile Runoff Pond has already begun to abate with the onset of dry weather, AES PR is pursuing engineering solutions designed to ultimately empty the water in the Coal Pile Runoff Pond so that it may once again only handle runoff water that can be used as one of the plant's sources of cooling water.

**Summary of Overflow Events**

As noted above, AES PR has calculated that the Coal Pile Runoff Pond has periodically overflowed over the past six months primarily due to above average rainfall at the plant site. Through the end of October 2005, the Guayama, Puerto Rico area has received over 53 inches of rain which is already well above the annual average rainfall of 45 inches from January through December. We have estimated that the Coal Pile Runoff Pond

overflowed in connection with rainfall events on approximately 31 days.[2]  The overflow
events were estimated based on the following data: (i) approximate level of the Coal Pile
Runoff Pond at the time of the precipitation event, (ii) evaporation rates for the time
period, and (iii) the amount of precipitation.

### Engineering Solutions to the Overflow Events

In addition to the installation of a new RO system (discussed above), AES PR has taken
steps to install spray nozzles in one of the CFB boilers during an outage in October to
start gas conditioning with steam injection in the furnace section of the boiler using water
from the Coal Pile Runoff Pond.  AES PR intends to complete testing of the procedure
during November and December.  By using Coal Pile Runoff Pond water to condition the
gas in the boiler, AES PR projects that the water levels in the Coal Pile Runoff Pond will
be reduced to a level of at least 4 feet below the top of the banks of the pond by May,
2006.  This calculation assumes that (i) the plant site receives the average level of
precipitation for the period of December 1 to May 30, (ii) the average rate of evaporation
is 32,070 gallons per day, and (iii) up to 57,600 gallons per day of Coal Pile Runoff Pond
water can be evaporated in the boiler each day.

The evaporation of excess Coal Pile Runoff Pond water will be followed by the long term
solution of installing a brine concentrator and a crystallizer that would remove the excess
salts from the RO reject water.  AES PR is evaluating the size of the system that it will
need to install to fully restore the plant's capability to manage the high salt levels in the
plant's make-up water.  AES PR's efforts to achieve this goal have resulted in and will
continue to impose considerable costs on the company, including a cost of $1.9 million to
install the new RO system in 2004, a cost of approximately $30,000 to install spray
nozzles in one of the CFB boilers, and a projected cost ranging from $4.75 million to $10
million to install a new brine concentrator and a crystallizer.  AES PR also expects to
incur an increase of approximately $1.5 million in annual operation and maintenance
costs to operate the new RO system and the new brine concentrator/crystallizer system.

The Guayama plant's water needs greatly exceed the available storm water supply, and in
this respect, this is not really a problem with water management, but rather a problem
with the salt balance at the plant.  As a result, we fully expect to succeed in effectively
resolving this issue.  AES PR takes its environmental responsibilities very seriously, and
we are taking aggressive steps to refine the plant's salt management and water balance
after understanding the scope and ultimate impact of a significant flaw in the plant's
original design.

In order to provide further details concerning the matters described above and to answer
any questions you have on our efforts to date and our future enhancements, we would be
pleased to schedule a meeting with EPA at your earliest convenience.  In the interim, if

---

[2] Two overflow events have occurred from the 1.3 million gallon Site Storm Water Pond, one on October
10, 2003 and the other on December 6, 2003. AES PR does not believe any other overflow events occurred
from the Site Storm Water Pond during 2004 and 2005.

A 156

you have any questions or desire additional information regarding the above matters, please contact me at (787) 866-8117 ext. 233.

Sincerely,

Allan B. Dyer
AES PR President

Carl-Axel Soderberg, US EPA Caribbean Director

# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO ALSTOM POWER, INC.'S INTERROGATORY NO. 10

Plaintiff AES Puerto Rico L.P. ("AES-PR") supplements its responses to Defendant ALSTOM Power, Inc.'s (ALSTOM's) interrogatory 10 as follows:

### GENERAL OBJECTIONS

The general objections set forth in AES-PR's Responses to ALSTOM's First Set of Interrogatories are incorporated herein by reference and serve as additions to AES PR's supplemental response to Interrogatory No. 10.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY No. 10

The following supplemental response is made subject to and without waiver of any of the general objections incorporated by reference above.

### INTERROGATORY NO. 10

For any work performed on or materials/equipment provided for the CDS and/or ESP equipment, itemize the payments made by you to any vendor, subcontractor and/or any other entity by date, amount, and reason for payment.

A 158

## SUPPLEMENTAL RESPONSE

Subject to the general objections incorporated by reference above, and without waiver thereof, AES-PR states that it has made and/or expects to make the following payments:

Water Treatment

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|---|---|---|---|
| Various (list provided as Attachment A to initial response to interrogatory) | 02-06-04 – 03-31-05 | $1,786,559.12 | Reverse Osmosis System Capital Cost |
| ChemTreat, Others | Ongoing | $877,154 | Operation and maintenance of reverse osmosis system (Based $100,000/yr and 10% discount rate) |
| Various | 2005/2006 | $50,000 (est.) | Boiler water injection project installation |
| Drummond | 24 months | $7,568,000 (est.) | O&M cost for injection of high-chloride water into the boiler |
| Various | 24 months | $220,752 (est.) | CDS clean water supplement |
| Various | 24 months | $1,314,000 (est.) | Other water supply changes |
| Various | To begin in 2006 | $512,000 (est.) | Crystallizer – engineering, permits, relocation |
| To be determined | 2006 | $7,000,000 (est.) | Crystallizer – procurement |
| To be determined | 2006/2007 | $7,000,000 (est.) | Crystallizer – Construction |
| To be determined | 2006 | $1,400,000 | Crystallizer – construction/procurement contingency (10%) |
| Various | Ongoing | $6,578,655 (est.) | Crystallizer – O&M costs (est. $750,000/yr, incl. 650kW/h and 10% discount rate) |
| Total | | $34,307,120.12 | |

2

A 159

Collection Plates

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|---|---|---|---|
| EEC | Various | $925,120.00 | Replacement collecting plates for Unit 2 |
| PIC | Various | $40,649.10 | Labor |
| ICE | Various | $240,409.74 | Freight |
| Raymond | Various | $2,942.49 | Consulting |
| FL Smidth Airtech | 12/31/2003 | $92,935.28 | Consulting/Inspection |
| EEC | Various | $219,250.00 | ESP rigitrodes |
| Various | | $1,400,000.00 (est.) | Replacement collection plates (incl. related parts, consulting, inspection, labor and shipping, w/o costs associated with storage) for Unit 1 |
| | | $2,000,000.00 (est.) | Labor to install all plates |
| Total | | $4,921,306.61 | |

Stabilization Program

| VENDOR | DATE | AMOUNT | REASON OF PAYMENT |
|---|---|---|---|
| Various | Various | $481,069.00 | Other costs related to initial stabilization of corroded plates |
| Various | Various | $54,544.45 | Additional work during July 2004 |
| Various | Various | $53,812.99 | Additional work during October 2004 outage |
| Various | Various | $3,075.54 | Additional work during April 2005 outage |
| TOTAL | | $592,501.98 | |

3

A 160

AES PR supplements this response by referring ALSTOM to the documents AES PR is producing in response to ALSTOM's first set of requests for production.  See Fed. R. Civ. P. 33(d).


_____/s/ John S. Spadaro_____

John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135


OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  January 17, 2006          Attorneys for AES Puerto Rico, L.P.

4

A 161

<u>VERIFICATION</u>

I, Allan B. Dyer, declare under penalty of perjury that:

    1.    I am President of AES Puerto Rico, L.P.

    2.    I have read the foregoing supplemental response of AES Puerto Rico

L.P. to ALSTOM Power Inc.'s Interrogatory No. 10 and, to the best of my

knowledge, information and belief, they are true and accurate.

_January 17, 2006_
Date

Allan B. Dyer

5

A 162

# Exhibit 25



# CRYSTALLIZER PROJECT



### PUERTO RICO

**Improvements to
Zero Liquid Discharge
Water Treatment and
Recycling System**

Engineering/Business
Development & Commercial Dept.

2005

**AES PR, LP**
Road #3 km 142
P.O. Box 1890
Guayama, PR 00785

A 163



# CRISTALYZER PROJECT



PUERTO RICO

**Improvements to
Zero Liquid Discharge
Water Treatment and
Recycling System**

Engineering/Business
Development & Commercial Dept.

2005

**AES PR, LP**
Road #3 km 142
P.O. Box 1890
Guayama, PR 00785

A 164

AES-G-06-248-021228

# PROJECT JUSTIFICATION

A 165

# PROJECT JUSTIFICATION

**Project: Brine Concentrator/Crystallizer**
Improvements to Zero Liquid Discharge Water Treatment/Recycling System

**Prepared by:** Geannette M. Siberón, P.E.
Engineering/Commercial & Business Development Department
AES Puerto Rico, LP
July 23, 2005

**Justification:**

AES Puerto Rico, LP was designed to achieve "Zero Liquid Discharge" (ZLD). The environmental permits consider the achievement of ZLD design condition. The system was designed to use Reverse Osmosis ("RO") Systems reject to supply the Circulating Dry Scrubber ("CDS")/Electrostatic Precipitator ("ESP"), however we are forced to abandon this due to severe corrosion in the ESP and opacity excursions.

In the original design was established a water recycling system for reuse the RO reject stream with high solids content as the CDS water supply. Accelerated corrrosion in the ESP was identified. The evaporation of the CDS water increased the flue gases/air moisture and yielded a dry solids. The analysis defined that these dry solids contained high concentrations of chlorides and sulfates that combined with the moisture created acids in the surface of the ESP plates or a corrosive environment that caused an accelerated corrosion of ESP plates. Additionally, the dry solids increased the opacity levels after the CDS causing opacity permit limits exceedances (stack gas) registered by the Continous Opacity Monitoring System.

The problem analysis concluded that CDS supply water can't handle water with high solids content. Water containing chlorides in excess of 500 ppm was not acceptable for the operation of a dry ESP.

In 2004 the system was reconfigured and new RO system was installed to provide additional treatment to the CDS water supply and resulting brine transferred to the Manufacturing Aggregate dust suppression system, ash conditioning and Pug Mill. This reconfiguration was marginally sucessful and created new problems since the storm water run-off carried the salts to the storm water ponds and Coal Pile Pond, originally designed to supply the 18M Make-up Water Pond that is the source of the Cooling Tower make-up. This cycle created an accumulation of solid/salts in the ponds increasing their concentrations, reducing the evaporation rates and forcing us to reduce the reuse of the ponds water for Cooling Tower make-up. As a result the ponds water levels increased and now are at the maximum allowable points. One of the ponds already overflow during high intense precipitation events affecting our ZLD condition.

To achieve the ZLD condition is considered the installation of the Best Achievable Technology to remove solids to convert RO reject containing high concentration of solids into a dry solid block. A Brine concetrators/Crystallizer process generate a solid dry waste and produce high quality condensate that can be in the demineralized system for boilers make-up and as a back-up for the CDS water supply when RO don't achieve the new water quality requirements for the CDS. Then, no brine will be used in the Manufacturing Aggregate process returning back the Storm Water and Coal Pile Ponds to the original operation design and allowing increasing the water reuse for Cooling Tower Make-up.

A 166

Note:

The conceptual design is still under evaluation. Barriers found are that the brine concentrator/crystallizer (BCC) have limitations to manage the conductivity of the water generated by the RO that is close to 60,000. Then will be required to dilute the water 1:4 what increase the size of the unit and power costs. It is being evaluated additional optimization opportunities and other configurations. One of the option evaluated is to treat that may be can increase the volumes of water to replace the RO's by a BCC and have another use for the RO's. This option increase the equipment costs 4 to 5 times based on the actual water balance.

Proposals for the optimization opportunities and conceptual design are being requested to GE Water (received) and Corbin Consulting, Inc. They were received and included in this document.