# Exhibit 26

**DUKE/FLUOR DANIEL**
CARIBBEAN & L.

CARIBBEAN ARCHITECTS & ENGINEERS (CAE)

FLUOR DANIEL CARIBBEAN, INC. (FDCI)

DUKE/FLUOR DANIEL CARIBBEAN (DFDC)

DUKE/FLUOR DANIEL INTERNATIONAL (DFDI)

DUKE/FLUOR DANIEL INTERNATIONAL SERVICES (DFDIS)

AES PUERTO RICO, L. PARTNERSHIP (AES-PR)

AES-PR TOTAL ENERGY PROJECT
GUAYAMA, PUERTO RICO

CIRCULATING DRY SCRUBBER
FLUE GAS CLEANING SYSTEM

SCOPE OF SUPPLY AND TECHNICAL REQUIREMENTS
MATERIALS, EQUIPMENT, FACILITIES, AND DOCUMENTS

Revision 0 - Conformance Specification - February 17,1997

**REVISION LOG**

1   February 4, 1998 _____

2   October 6, 1999 _____

3   11/15/99 _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10   _____

Specification
Circulating Dry Scrubber

**AES**

A 168

# DUKE/FLUOR DANIEL

**DUKE/FLUOR DANIEL**
**VERIFICATION OF SPECIFICATION**

Owner: _____ AES Puerto Rico, L.P. (AES-PR)_____

Title of Specification: ___ AES Puerto Rico_____

_____ Circulating Dry Scrubber Flue Gas Cleaning System_____

Specification Number: ___ 367400-0-SP-4-FC-1_____

Revision: _____ 02_____

In accordance with established procedures, the quality of this specification has been assured. Signatures certify that the above specification was originated, checked, and approved as noted below:

|  |  |  | Date: _____ |
|---|---|---|---|
| Prepared By: | | _____ | Date: _____ |
| Checked By: | | _____ | Date: _____ |
| Inspected By: | Mechanical | _____ | Date: _____ |
| | Electrical | _____ | Date: _____ |
| | Civil | _____ | Date: _____ |
| | Layout | _____ | Date: _____ |
| Approved By: | Eng. Mgr. | _____ | |

Signature: _____

Name: _____ Charles B. Jones_____
Professional Engineer

No. & State: _____ 17,326   Puerto Rico_____

Specification
Circulating Dry Scrubber

**A 169**


# TABLE OF CONTENTS

| | | |
|---|---|---|
| | | 1 |
| 1.0 | COVER SHEET | 2 |
| 2.0 | VERIFICATION SHEET | 3 |
| 3.0 | TABLE OF CONTENTS | 5 |
| 4.0 | GENERAL | 5 |
| 4.1 | SCOPE | 5 |
| 4.2 | INSTALLATION SITE | 5 |
| 4.3 | DEFINITIONS | 6 |
| 4.4 | CODES AND STANDARDS | 8 |
| 5.0 | ATTACHMENTS | 8 |
| 6.0 | INSTALLATION AND OPERATING CONDITIONS | 8 |
| 6.1 | INSTALLATION DESIGN CRITERIA | 10 |
| 6.2 | OPERATING CONDITIONS | 11 |
| 6.3 | PERFORMANCE GUARANTEES | 11 |
| 7.0 | EQUIPMENT AND SERVICES TO BE FURNISHED | 11 |
| 7.1 | EQUIPMENT TO BE FURNISHED BY SELLER | 12 |
| 7.2 | TERMINAL POINTS | 12 |
| 8.0 | DESIGN REQUIREMENTS | 12 |
| 8.1 | GENERAL | 12 |
| 8.2 | ABSORBER/REACTOR VESSEL | 14 |
| 8.3 | REAGENT STORAGE SYSTEM | 16 |
| 8.4 | ASH RECIRCULATION SYSTEM | 17 |
| 8.5 | FLUE GAS COOLING WATER SYSTEM | 17 |
| 8.6 | COOLING WATER TANK | 18 |
| 8.7 | PUMPS | 18 |
| 8.8 | DUCTS | 19 |
| 8.9 | INSULATION AND LAGGING | 20 |
| 8.10 | STRUCTURAL STEEL | 21 |
| 8.11 | LADDERS, PLATFORMS AND STAIRS | 21 |
| 8.12 | EXPANSION JOINTS | 22 |
| 8.13 | INSTRUMENTATION AND CONTROLS | 22 |



Specification
Circulating Dry Scrubber

A 170



TABLE OF CONTENTS (Cont'd)

| | | |
|---|---|---|
| 9.0 | SPECIAL REQUIREMENTS | 23 |
| 9.1 | PRE-AWARD MEETING | 23 |
| 9.2 | PACKAGING AND SHIPPING | 23 |
| 9.3 | MISCELLANEOUS REQUIREMENTS | 23 |
| 9.4 | NOISE | 23 |
| 9.5 | MATERIAL ORIGIN OF MANUFACTURE | 23 |
| 10.0 | QUALITY ASSURANCE | 23 |
| 11.0 | DELIVERY | 24 |
| 12.0 | DRAWINGS | 24 |
| 12.1 | GENERAL | 24 |
| 12.2 | SPECIFIC | 25 |
| 13.0 | INSTRUCTION MANUALS | 26 |
| 14.0 | TESTS AND INSPECTIONS | 26 |
| 15.0 | SPARE PARTS | 27 |
| 16.0 | INFORMATION TO BE FURNISHED | 27 |
| 16.1 | PRIOR TO AWARD OF ORDER | 27 |
| 16.2 | AFTER AWARD OF ORDER | 27 |
| 17.0 | DISCREPANCIES AND INTERPRETATION | 27 |
| 18.0 | CONFORMANCE WITH SPECIFICATIONS | 28 |
| 19.0 | CONSTRUCTION SERVICES | 28 |
| 20.0 | TECHNICAL DIRECTION | 28 |
| 21.0 | SUBMISSION OF PROPOSALS AND PRICES | 28 |



Specification
Circulating Dry Scrubber

A 171



1.  The CDS and associated auxiliary systems will be installed outdoors on a concrete pad. The pad will be furnished by the Buyer.

2.  The following local atmospheric conditions shall be assumed as Design Conditions:

    a.  Design Ambient Temperature:    - Minimum: 50°F.
                                        - Maximum: 110°F.

    b.  Summer Dry Bulb Temperature:   89°F (ASHRAE 1%).

    c.  Summer Wet Bulb Temperature:   81°F (ASHRAE 1%).

    d.  Winter Dry Bulb Temperature:   67°F (ASHRAE 99%).

    e.  Elevation:                     15 feet above mean sea level.

    f.  Environment:                   Tropical seashore environment.

3.  Plant wastewater will be used for the CDS spray water. Bidder shall state quality and quantity requirements for the spray water. Reference Attachment 6 to this specification for the expected water analysis of the CDS spray water. Buyer will filter the CDS spray water through 200 mesh to remove suspended solids prior to delivering spray water to Seller's tank.

4.  High quality instrument air (filtered, -25°F dew point) and station air (saturated, unfiltered) will be available at 80 psig minimum, 125 psig maximum. Piping and component structural design conditions for Instrument and Station Air System are 150 psig and 120°F.

5.  All structures and components shall be designed for seismic loads in accordance with the requirements of Section 5.0, Seismic Design Requirements for Mechanical and Electrical Systems and Components, of the General Project Requirements (GPR). The equipment does not have to remain operational through the event, however, equipment shall be designed to operate satisfactorily following the seismic event.

6.  All outdoor structures and components shall be designed for wind loads in accordance with the requirements of Section 9.0, Wind Design Requirements for Mechanical and Electrical Systems and Components, of the General Project Requirements (GPR).

    S. 9.0
    OF GPR

7.  Design of all equipment shall be such that all loads, forces and moments be resolved into the foundation supports. Anchor bolt pattern, number, and diameter shall be determined based on the assumption that anchor bolts will be fabricated from ASTM A36 bar stock material. Anchor bolts will be furnished by the Buyer.

8.  All structures, ductwork, and hoppers shall be designed for flyash and particulate loads that result from flyash settling out in the flue gas flow path. All ducts shall be designed to minimize ash fallout at minimum unit load gas volume. Flyash density shall be a minimum of 90 lbs/ft$^3$ for structural design purposes.



EEC-05835



(9)    Support or foundation loads for all Seller

(c)    supplied equipment, including dead loads, operating loads, and any special foundation or support requirements, shall be clearly indicated by the Seller on Seller's drawings. Load combinations shall be in accordance with the Uniform Building Code. 1997

10.    A source of filtered water for cooling purposes will be supplied by the station Closed Cooling System. Maximum cooling water temperature entering Seller's components will not exceed 100°F. Piping and component structural design conditions for the Closed Cooling System are 150 psig and 130°F. Bidder shall list cooling water quality and quantity requirements for the system, in the proposal.

11.    All Seller supplied equipment interfacing with Buyer's control equipment shall be compatible with 3-15 psi pneumatic or 4-20 mA electronic signal ranges. Control power is available at 120 VAC.

12.    Power for operating motors rated above 400 horsepower will be available at 6900 volts, 3 phase, 60 hertz. Power for operating motors rated above 1/2 horsepower through 400 horsepower will be available at 480 volts, 3 phase, 60 hertz. Power for operating motors rated 1/2 horsepower and below will be available at 120 volts, single phase, 60 hertz and supplied from Seller provided 208/120V panelboards.

13.    Seller shall erect all Seller supplied material and equipment. Erection shall include the installation of all low voltage wiring between and interconnecting all Seller supplied electrical equipment including wire, cable, conduit, cable tray, supports, junction boxes, heat tracing, and grounding cable loops in Seller's scope of supply. Material, design, and installation of these components shall be in accordance with the requirements of Attachment 7 to this specification. Buyer will retain responsibility for the design, supply, and installation of all 480 volt cable and raceway to the Seller supplied utilization equipment (motors, transformer/rectifier (T/R) sets, lighting transformers, etc.).

14.    Material, design, and installation of all Seller supplied interior lighting systems shall be in accordance with the requirements of Attachment 7 to this specification. Seller shall be responsible for the design, supply, and installation of the 480:208/120V or 480:480/277V transformers and panelboards and all low voltage wiring and associated raceway from this equipment to the various Seller supplied utilization equipment. Buyer will retain responsibility for the design, supply, and installation of all exterior lighting systems.

6.2    OPERATING CONDITIONS

1.    The CDS shall be designed to be removed from and returned to service on a daily basis. System shall also be designed to maintain continuous full load operation.

2.    Each Circulating Dry Scrubber Flue Gas Desulfurization Package (CDS) will be used to reduce sulfur dioxide emissions from one coal fired, circulating fluidized bed, balanced draft steam generator. Flue gas will pass through a regenerative type air heater before entering the CDS.

3.    Each CDS shall be capable of operating in conjunction with the CFB boiler with an overall sulfur dioxide removal rate as required in the specification guarantees. Base load service is anticipated however, the facility may be used in daily start-stop peaking service with rapid load changes within the limits of the boiler or turbine-generator. Seller shall describe limits of the proposed system to changes in boiler load.


## Coal and Ash Analysis
## 02/04/98

| | Design (Performance) | Range | |
|---|---|---|---|

**Proximate Analysis - Wet, %**

| | | | |
|---|---|---|---|
| Moisture | 11.3 | 6.0 | 13.0 |
| Volatile Matter | 33.0 | 30.0 | 38.0 |
| Fixed Carbon | 46.9 | 43.0 | 61.0 |
| Ash | 8.8 | 5.0 | 10.0 |
| Sulfur | 0.76 | 0 | 1.0 |
| Chlorine | 0.03 | 0 | 0.1 |

**Ultimate Analysis, %**

| | |
|---|---|
| Carbon | 65.4 |
| Hydrogen | 4.50 |
| Nitrogen | 1.28 |
| Sulfur | 0.76 |
| Ash | 8.8 |
| Oxygen | 7.93 |
| Chlorine | 0.03 |
| Total Moisture | 11.3 |

| | |
|---|---|
| Nitrogen Limit ($lbm/10^6$ Btu) | < 1.18 |
| Oxygen to Nitrogen Ratio | < 6.3 |

| | | |
|---|---|---|
| Higher Heating Value (HHV), 13,000 as received, Btu/lbm | 11,600 | 11,000 |

| | | | |
|---|---|---|---|
| Hardgrove Grindability Index (HGI) | 50 | 43 | 65 |
| Size - Before Crushing | 50 mm | 3 x 0 in. | 3 x 0 in. |
| - After Crushing | Per Seller | Per Seller | Per Seller |

Specification
Circulating Dry Scrubber

A 174



EEC-05857

Case 1:04-cv-02624-JBS   Document 92-8   Filed 03/24/2006   Page 9 of 47

# WATER ANALYSES FOR FGD MAKEUP
## 04/18/96

The following are analyses for makeup water to the FGD system.  All makeup water used for flue gas cooling for the FGD system shall be RO Brine water.  The RO brine, as listed below, is cooling tower blowdown that has been treated in a sidestream softener and passed through an RO unit.

|  | RO Brine (mg/l, max.) |
|---|---|
| Calcium, as $CaCO_3$ | 550 |
| Magnesium, as $CaCO_3$ | 100 |
| Sodium, as Na | 8,000 |
| Iron, as Fe | 0.4 |
| P Alkalinity, as $CaCO_3$ | 0 |
| M Alkalinity, as $CaCO_3$ | 60 |
| Chlorides, as Cl | 4,300 |
| Sulfate, as $SO_4$ | 11,000 |
| Phosphate, as $PO_4$ | 1 |
| Silica, as $SiO_2$ | 30 |
| pH | 5 - 7 |
| TDS | 25,000 |



Specification
Circulating Dry Scrubber

A 175

# Exhibit 27

| | |
|---|---|
| **From:** | Ron McParland |
| **Sent:** | Friday, September 12, 2003 7:51 PM |
| **To:** | Paul Stinson; WeiLi Yu; Al Dyer; Calvin Kotrla; carlos reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis |
| **Cc:** | Rick Wylie |
| **Subject:** | ESP,CDS Corrosion Maintenance Plan.doc |
| **Attach:** | Corrosion_Maintenance Plan.doc |

During detailed design we requested EEC to summarize any activities necessary to ensure successful long term operations of the CDS & ESP, attached is the summary. I'm not sure who has already seen this, so if it is old news just ignore. Some are related to preoperational and initial commissioning periods, however others are related to normal O&M. CDS wall thickness checks should be added to the outage plan currently being developed.

RM

**A 176**

AESPR-234264

## AES PUERTO RICO
## MAINTENANCE AND MONITORING PLAN
## FLUE GAS CLEANING SYSTEM

The guarantees provided by EEC are based on proper operation and maintenance procedures. The following is a brief overview of the maintenance and monitoring plan geared specifically to minimizing corrosion of surfaces that handle flue gas.

The plan starts with insuring that all surfaces are insulated properly and per EEC specifications and drawings. During initial operation, the insulation system should be checked by thermal imaging. This is a survey of the exterior insulation and lagging system that will locate "hot spots" which can lead to premature cold face corrosion. One method uses an infrared camera that documents the results on a VCR tape. Additional documentation involves high temperature photographs of the problem areas. These photographs and the corresponding areas or high temperature anomalies are itemized with the corresponding temperature and video index number. Hard to recognize areas can also be accompanied by real life photographs. These areas should be transferred to a thermal map, which consists of a general arrangement drawing that is specifically modified for this purpose. The insulation/lagging in areas with excessive heat loss should be repaired or replaced.

Inleakage of cold air is a major contributor to corrosion and during initial operation all penetrations, doors, etc. must be checked for proper closure and gasketing. Improper installation of gaskets or defective material must be identified and corrective action taken. $O_2$ readings should be taken during operation at the air heater outlet and stack. This information should also be trended in the DCS. Increases in the Stack $O_2$ are indicative of additional ambient air inleakage. Normal leakage rates are in the 1-2% range. If the trend indicates excessive air inleakage, then corrective action by the plant personnel is necessary to locate and eliminate the causes.

During operation, close control of critical process parameters is necessary to minimize corrosion. For $SO_2$ control, the CDS scrubbing process will use a nominal 30°F flue *gas approach temperature* to adiabatic saturation. This is controlled by regulation of the water flow rate into the nozzles at the CDS. The key is to insure that the flue gas temperature at the CDS outlet does not fall below preset limits. This temperature should be trended by the plant DCS. Initially, the wet bulb temperature of the flue gas is physically measured, and readings should be repeated daily to correlate this parameter with operating conditions. Once this relationship is determined, it should be checked on a regular basis by plant personnel. It is assumed that this relationship will be constant and this physical temperature measurement need only be made on a monthly basis during the warranty period. Operating logs of this data must be maintained by plant personnel.

The second critical parameter is the *Chloride Content* or maximum allowable concentration of $CaCl_2$ in the ash. The range is 1.0 to 3.5% (3.5% maximum). This concentration is influenced by the spray water and coal chloride content. Plant personnel will measure water conductivity and correlate this to chloride content to establish the flue gas approach temperature. This measurement should be taken on a pre-established schedule. In the beginning this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics. These readings must be maintained in the plant operating logs.

**A 177**

AESPR-234265

The third critical process parameter is the operation of the *soot blowers*. Operation of the soot blowers can elevate the flue gas wet bulb temperature. Therefore, during soot blowing cycles the CDS outlet temperature will be ramped up after receiving an input signal indicating that a soot blowing cycle is beginning to occur. Another signal will indicate the end of the cycle and the CDS flue gas outlet temperature will return to the normal set point.

Specific maintenance procedures were identified in the Typical Operations & Maintenance Manual, Volume 1, Section 9. This was forwarded for review on 9/28/00. In addition to these procedures the AES-Puerto Rico O&M manual will emphasize preventative maintenance procedures on the CDS Spray Water Nozzles. A brief summary of these are presented for your review:

> The CDS vessel includes six (6) possible locations for the placement of the water nozzles. There will be only four (4) nozzles that operate at any time, and there is one (1) spare, pre-piped nozzle. During start-up, EEC personnel will determine the optimum location of the operating nozzles. Initially the nozzles should be inspected daily, as a minimum, and ideally once per operating shift. This inspection procedure involves pulling the nozzle out of the protector tube. In particular you are looking for build-up or unusual wear patterns near the nozzle tip. There should be no build-up, and the nozzle tip should be round with a well-defined edge. You are also looking for evidence of water leaks in the threaded joints at the end of the nozzle.

> Should the inspection reveal abnormal wear or build-up, this is an indication that the nozzle should be removed from service and its flow pattern should be tested. A test stand is provided for this particular purpose. Operation of the spray nozzle in the test stand will provide visual inspection of the spray pattern. It should be uniform and the spray pattern should produce a gentle, and even sensation to the touch. Any unevenness in the spray may result in large droplets that can contact and wet the interior wall of the CDS.

> During the inspection of the water nozzles, any build-up in the lance protector tube should also be noted. In addition to inspecting the protector tube with the nozzle retracted, there are small inspection ports, located on the vessel exterior, in the vicinity of the nozzles. These allow one to visually check the condition of the bed material and to take a physical sample of the ash/product in the bed. This is just another test to determine the condition and operation of the nozzles. The bed material should be dry and free flowing.

> The results of these inspections must be recorded in the plant daily logs. In the event that stable process and CDS operations allow, the frequency of these tests during the warranty period can be relaxed.

It is crucial that the recommended operating parameters of the flue gas cleaning system are followed. It is equally important that proper maintenance procedures are carried out by the plant personnel. As a means of verifying these actions, EEC recommends that the wall thickness of the vessel be monitored prior to startup to develop baseline data, and annually to record the rate of corrosion. A handheld, battery powered ultrasonic tester should be used to measure the wall thickness from inside the vessel. These measurements should then be transferred to an elevation

**A 178**

drawing. Four (4) ports will be installed in the CDS roof, around the perimeter, at 90° intervals for this purpose. A steel cable will be secured at the top and lowered through the each port. A small "skyclimber" platform can be assembled inside the vessel, and will travel upward via the cable. Three (3) readings should be taken at 5' intervals on each quadrant of the wall. If a deviation greater than 5 mils occur in the readings at each elevation, then additional readings should be taken to determine the true average thickness.

In summary the keys of the Operation and Monitoring Program are noted below:

A. External lagging temperatures are checked during initial operation to verify Insulation and lagging is installed per drawings and specifications.
B. Cold air inleakage is checked and excessive leaks repaired.
C. Close control of critical operating parameters including:
    1. CDS outlet temperature
    2. Ash chloride content
    3. Sootblowing cycles
D. An effective and diligent program for maintenance of spray water nozzles is implemented.
E. Maintain daily plant logs for above operating parameters and maintenance procedures.
F. Annual test program is employed to measure the rate of corrosion in the CDS vessel.

**A 179**

# Exhibit 28

| From: | Paul Stinson |
|---|---|
| Sent: | Monday, September 15, 2003 9:27 AM |
| To: | Ron McParland; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis |
| Cc: | Rick Wylie |
| Subject: | RE: ESP,CDS Corrosion Maintenance Plan.doc |

I wonder if we have ever tested the CaCl2 content of the ash?

-----Original Message-----
From: Ron McParland
Sent: Friday, September 12, 2003 8:51 PM
To: Paul Stinson; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis

Cc: Rick Wylie
Subject: ESP,CDS Corrosion Maintenance Plan.doc


During detailed design we requested BEC to summarize any activities necessary to ensure successful long term operations of the CDS & ESP, attached is the summary. I'm not sure who has already seen this, so if it is old news just ignore. Some are related to preoperational and initial commissioning periods, however others are related to normal O&M. CDS wall thickness checks should be added to the outage plan currently being developed.

RM

**A 180**

AESPR-172843

# Exhibit 29

| From: | David Stone |
|---|---|
| Sent: | Monday, September 15, 2003 1:13 PM |
| To: | Paul Stinson; Ron McParland; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis |
| Cc: | Rick Wylie |
| Subject: | RE: ESP,CDS Corrosion Maintenance Plan.doc |
| Attach: | ashrockanalysis.tif; FlyAshAnalysis9.23.02.tif; FlyAshAnalysis7.21.03.tif; FlyAshAnalysis2.18.03.tif; BedAshAnalysis9.23.02.tif; BedAshAnalysis7.21.03.tif; BedAshAnalysis2.18.03.tif |

Paul,

Attached are analyses for fly ash, bed ash, and ash rock.

Ash rock 6/26/03

Fly Ash / Bed Ash
2/18/03
7/21/03
9/23/02

I have never tested the ash for chlorine in the past. I have requested the laboratory to perform a test for the chlorine in the trace analysis in the fly/bed ash samples that were sent out last week. I will report the analysis upon receipt.

Also, Do you want me to send the fly ash samples that you collected last week for sieve analysis. If so, how fine (400 mesh????)

Thanks
Dave

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please delete the email and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. All information contained in the email and any attachments is sent without prejudice.

-----Original Message-----
From: Paul Stinson
Sent: Monday, September 15, 2003 9:27 AM
To: Ron McParland; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis

Cc: Rick Wylie
Subject: RE: ESP,CDS Corrosion Maintenance Plan.doc

I wonder if we have ever tested the CaCl2 content of the ash?

-----Original Message-----

**A 181**

AESPR-242646

From: Ron McParland
Sent: Friday, September 12, 2003 8:51 PM
To: Paul Stinson; WeiLi Yu; Al Dyer; Calvin Kotrla; Carlos Reyes; David Stone; Doug Tomlin; Elias Sostre; Ernest Pagaduan; Gary Bates; Hassan Tariq; Luis Cruz; Tracy Jarvis

Cc: Rick Wylie
Subject: ESP,CDS Corrosion Maintenance Plan.doc


During detailed design we requested EEC to summarize any activities necessary to ensure successful long term operations of the CDS & ESP, attached is the summary. I'm not sure who has already seen this, so if it is old news just ignore. Some are related to preoperational and initial commissioning periods, however others are related to normal O&M. CDS wall thickness checks should be added to the outage plan currently being developed.

RM

**A 182**

# Exhibit 30

From: Carlos Reyes [/O=THE AES CORPORATION/OU=FIRST ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=CARLOS.REYES]
Sent: Saturday, October 04, 2003 12:59 AM
To: Elias Sostre
Cc: Dyer; Ernest Pagaduan
Subject: RE: Opacity

Thanks Elias, this is a very good summary. Far beyond expectations!

Carlos

-----Original Message-----
**From:** Elias Sostre
**Sent:** Fri 10/3/2003 15:01
**To:** Carlos Reyes
**Cc:** Al Dyer; Ernest Pagaduan
**Subject:** RE: Opacity

Carlos,

Changes implemented to present, can be related to equipment installation and/or to the operational
procedures.
Instrumentation

- Installation of new air locks valves rows 440's and 450s' to prevent back flow.
- Level probes at hoppers were all fixed and calibrated and are now more reliable.
- The level probes are hardwired to the Control Room DCS.
- Vibrators at hoppers are capable of Auto operation.
- CDS DP set-point is now an operator function
- Rotary valves are now capable of auto operation on a high level alarm.
- Installation of air slides pressure drop transmitter to determine the ash loading on the air slide.
- Installation of air flow meters for the Low pressure blower header.

Operation

- Before all the rotary valve were running at the same time, now we run continuously 410's, 420's
  and 430's.
- Increased frequency on rappers sequence to collect more ash at dosing valves hoppers.
- Lowered voltage at Unit 2 TRs 1,2,3,4 and 5 from 70 to 60 KV in order to decrease sparking rate.
- Analyzing chloride content on the CDS cooling water.
- Sampling the ash on CDS and Esp hoppers to determine the chloride content and its relationship
  with opacity.
- Established procedure for dumping the ash on rows 440's and 450's to the bins.

Path forward for the additional changes like replacement of additional rotary valves by air locks,
refurbishing of 430's rotary valves, delta P gauges installation on the air slides, level probes
improvement, etc.

- Refurbishing rotary valves at 430 row to like new conditions.
- Analyzing the possibility of increase the capacity of the air slide, especially on the back hoppers.
- Analyzing the other options for a different level indicators at hoppers.

Achievements to present. Can we show some positive results on the opacity control by the
improvements made with some sort of graphs or by comparing diferent periods of time?

A 183

AESPR-028443

The best way to measure our improvement is looking at the exceedances on the last two months. On August we had the most difficult time fighting opacity. Since then, with the efforts done, we have made a big improvement decreasing considerably the number of exceedances. Of course there is a lot of room to improve, and our goal is cero exceedances and opacity below 3%.

| | Reportable Opacity 6-minute Averages Over 20% Unit 1 | Reportable Opacity 6-minute Averages Over 20% Unit 2 | Reportable Opacity 6-minute Averages Over 20% Both Units |
|---|---|---|---|
| January | 3 | 4 | 7 |
| February | 7 | 4 | 11 |
| March | 27 | 23 | 50 |
| April | 15 | 29 | 44 |
| May | 0 | 7 | 7 |
| June | 0 | 0 | 0 |
| July | 4 | 124 | 128 |
| August | 177 | 83 | 260 |
| September | 24 | 33 | 57 |
| October | 2 | 0 | 2 |
| November | | | 0 |
| December | | | 0 |
| Total | 259 | 307 | 566 |

Elías

-----Original Message-----
**From:** Carlos Reyes
**Sent:** Friday, October 03, 2003 7:08 AM
**To:** Elias Sostre
**Cc:** Al Dyer; Ernest Pagaduan
**Subject:** Opacity

Hi Elias,

For next week BR in Argentina we will be presenting a status update of the opacity technical callenge at the plant. Can you help me whit some information regarding the following topics:

- Changes implemented to present, can be related to equipment installation and/or to the operational procedures.
- Path forward for the aditional changes like replacement of aditional rotary valves by air locks, refurbishing of 430's rotary valves, delta P gauges installation on the air slides, level probes improvement, etc.
- Achivments to present. Can we show some positive results on the opacity control by the improvements made with some sort of graphs or by comparing diferent periods of time?
- Any other topic you may think is important to mention.

Also will be good if Iwe can show some photos of the air locks installed, a rotary valve disasembled, etc. I'll appreciate your help on this matter. You and Ernest are dowing a great job to have this challenge under control and I think is worth to present the issue on the business review.

**A 184**

AESPR-028444

Carlos

A 185

AESPR-028445

# Exhibit 31

| From: | JToher |
|---|---|
| Sent: | Wednesday, February 4, 2004 5:01 PM |
| To: | Paul Stinson; WeiLi Yu; Ron McParland; Ernest Pagaduan; Csaba Little |
| Cc: | Al Dyer; Tracy Jarvis; Harry Bonilla; karl.hognefelt@power.alstom.com; Calvin Kotrla |
| Subject: | RE: Missing attachment |

Paul,

I have the data sets and will review & comment ASAP. I am a little concerned with your observations of the broom stick test. I would say you should never get moist ash on the broomstick. If you do, then this is indication of a drying problem. My concern stems from the comment that moist ash on the broomstick is regarded as "normal". This is definitely not normal and I suggest that this rudimentary test actually did suggest there was a drying problem that was confirmed when you tested the spray lance and found only half a spray pattern.

Generally speaking, I advise that you should remove and test the spray lances for visual confirmation of "good" spray patterns on a monthly basis (or every two weeks if it can be managed while we are trouble-shooting). If you are running on 3 lances per vessel, then I'm recommending all three should be visually inspected for spray pattern on a 30 day cycle. With two vessels, this means 6 lances per 30 days. You could sequence them such that you are checking one every 5 days or two per week or something like this. As long as records are kept so you know which ones have been done and which one is next in rotation. You should be able to stand about 4 or 5 feet away from the lance, run your hand around the curtain of water spray and not detect any "streamers" of large droplets. It should all be just a fine mist that you can barely feel.

It's important to be sure you are running with the same pressure (+/- 20 psig at the lance) during the test as what normally exists while the lance is in operation.

The swirl tip should be replaced each time you replace the wear tip (orifice) which should be approximately every 6 months. The life of the wear tip will vary with the amount of solids in the water (suspended, not dissolved). How frequently are the basket strainers at the pump suctions being checked & cleaned? During initial start-up, on occasion while I was there, I noticed rapid clogging of these filter due to solids finding their way into the water tanks. The filters required almost constant attention and I was concerned that operations would just pull the baskets and leave them out because they were such a pain. If solids get into the tanks and also into the water lines.....the wear tips will last much less than 6 months and only visual inspection of the spray pattern will detect this. By the way, I pretty sure these wear tips are available in a tungsten carbide material which will last about twice the life of the hardened steel type. It might be worth a check on the price to see if it makes sense.

Regards,

John Toher, dba IJM Consulting
Ph (443) 745-5763
Fax (410) 429-0921
    -----Original Message-----
    **From:** Paul Stinson [mailto:Paul.Stinson@AES.com]
    **Sent:** Friday, January 30, 2004 3:15 AM
    **To:** WeiLi Yu; Ron McParland; Ernest Pagaduan; Csaba Little
    **Cc:** ijmconsult@comcast.net; Al Dyer; Tracy Jarvis; Harry Bonilla; karl.hognefelt@power.alstom.com;
    Calvin Kotrla
    **Subject:** FW: Missing attachment

    The attached memo from John Toher request that we provide some information to support his effort to assist us with the corrosion of the ESP plates. I have asked him to focus specifically on the spray drying to make sure we are getting as complete drying as possible.

    The thermocouples can not be installed without a downtime, but we do have some TC's in unit 2 ESP. I believe, WeiLi, you were going to re-check these. When you do, please copy John Toher on the results.

**A 186**

AESPR-277636

He suggests we check the standpipes in the ESPs for air inleakage by inserting a thermocouple in the ports provided (see his memo). Can this be done at least once and the results sent to all of us?

Ron or WeiLi, do you have the ability to send the recent data on the critical data around the CDS to John via CD? The critical data would include:

Pressure drop
Inlet and outlet temperature
Lime addition rates
Backpass SO2 and final SO2
Pressure on the spray water header
Unit load
Opacity

Two things by way of update:

We changed the nozzle tips and swirlers yesterday on Unit 2 CDS. Apparently, we have never changed the internal swirler before? That's according to Calvin Kotrla, who has the parts records. Don't know if that is a problem, but we changed them yesterday. Could not see anything on the swirler that looks like a problem, but Ernest plans to test the spray pattern on each nozzle set we removed soon.

A point of interest: We did test the spray pattern locally on two lances, one with a new tip and one with both old and new. Co-incidentally, the old tip had only one-half of a spray pattern and clearly was spraying lots of unatomized water. On disassembly, we found pieces of metal inside (from the check valves, I am told). That tip also had visible signs of water erosion. Interestingly, I had requested to see the "broom stick" test before we changed this nozzle. The operator, Lino, went around the CDS and showed me each stick. I noted a small amount of we ash on each stick (except the one next to where a lance was out). I was told each time that that was normal. In short, the broom stick test did not turn up the obviously bad nozzle.

Another point of interest: Yesterday, we lowered the temperature on Unit 1 CDS from 171 to 152. We held for four hours and caught samples of ash from each 400 and each 410 hopper for moisture, then we went back up to 171. We caught complete sets of baseline samples before and after the tests. Results from the lab should be available tomorrow.

I believe we have decided to change the nozzles each month until further notice. Ernest, can you conform this?

Paul Stinson

-----Original Message-----
**From:** JToher [mailto:ijmconsult@comcast.net]
**Sent:** Wednesday, January 28, 2004 9:25 AM
**To:** Paul Stinson
**Cc:** Ron McParland
**Subject:** Missing attachment

I hit the send button too quickly!  Try this.

John Toher, dba IJM Consulting
Ph  (443) 745-5763
Fax (410) 429-0921

This email has been scanned for all viruses by the MessageLabs service.

**A 187**

AESPR-277637

This email has been scanned for all viruses by the MessageLabs service.

This email has been scanned for all viruses by the MessageLabs service.

A 188

AESPR-277638

# Exhibit 32

# Memo

**To:** Ron McParland

**From:** John G. Toher

**CC:** Gary Bates, Wilbert De La Paz

**Date:** January 17, 2003

**Re:** Site Visit Observations

---

During my January 13th and 14th visit to the plant, I learned about several things that should be consider for future corrective action. I'll try to summarize them in three categories, i.e. software, equipment, and system related.

## 1.0 Software:

a) CDS bed pressure (dp) is derived from within the DCS logic as a function of unit load and ranges roughly between 2.2 inches at full load to less than 2.0 inches at partial loads. Operations can only bias the set point by ±1.0 inch or a fraction thereof. A review of the trend logs for the four days previous to my arrival indicated periods of operation with 1.0 inches of bed. This will very likely create poor drying conditions within the vessels resulting in wall deposits. You should immediately change the bias so it can only be used to increase the set point, and never be used to reduce bed pressure. In the future this logic should be changed to make bed pressure an operator input with a goal of 3.0 or more inches AT ALL OPERATING LOADS.

b) All critical operating interlocks should be examined to ensure they are functioning properly. It is my understanding that you recently experienced a severe wetting problem in one of the units resulting in a CDS hopper filled with moist deposits as well as up to three feet of deposit on the vessel walls and into the airslides. The was caused by the failure of an interlock that stops water sprays in the event of the bed being sustained at less than 1 inch pressure. I suggest a review of all interlocks associated with the bed and water spray logic as a starting point. A quick review of the P&ID's should provide a list for further analysis.

c) ESP hopper level alarms appear and disappear for no apparent reason. Operators are learning to ignore these alarms due to the logic problems. The real danger here is the future potential to ignore the level alarms under all circumstances. Sooner or later a hopper will really be full and if the alarm is

ignored, then you will eventually short out the field directly above the hopper and this could lead to opacity violations.

## 2.0 Equipment:

a) Excessive wear on the water spray nozzles is causing poor spray patterns with large droplets and narrow spray cones. This could be a contributing factor to the wall deposits on the vessels. The plant is currently ordering replacement wear components (mouth piece) and changing the wear components of all operating nozzles. I will investigate the availability and cost of ceramic mouth pieces for these nozzles.

b) Scrubber (gas) cooling water is improperly filtered for suspended particulate. Duplex basket strainers on the suction side of the water pumps should be approximately 100 mesh material. It seems one of the baskets is 200 mesh which requires almost constant cleaning, and the other is about one-eigth inch which will expose the pump impellers as well as the nozzle wear components to excessive solids. This may be why the spray nozzles are wearing out so quickly. Gary Bates is trying to replace the existing strainer baskets with 100 mesh screen rather than 200.

c) The quick disconnect couplings are wearing out and thus loosing seal on the water spray nozzles. This is probably due to excessive removal of the spray nozzles which requires disconnecting & reconnecting the supply and return water hoses. I recommend a reduction in the frequency of removal for inspection and cleaning, but only after the wear components are replaced on all operating nozzles and the basket strainers are all 100 mesh. Then you should schedule routine inspection of all nozzles on a unit approximately every two weeks initially, with a goal of further reducing this to once a month. HOWEVER, the "broom stick" test should continue about once a shift until you can go for a week with no indication of poor drying, then futher reduce this inspection procedure to maybe once a day or every two days. I also suggest that you keep a log of exactly how long a mouth piece has been in service since the last replacement.

## 3.0 Systems:

a) There is strong evidence that the airslides are not fluidized properly throughout their entire length. It was reported that several rotary airlocks have required maintenance (broken shafts). After discussions (Gary Bates) with Black Hills operating personnel, a three inch hose was attached to the far end of the airslide thus allowing ambient air to be drawn into the end of the slide as an "air assist" to move material down the slide. Since installing the hose, there has been less call for maintenance on the rotary valves and possibly less need to "divert ash to the disposal bins" to avoid high opacity. There may be a cause and effect between poor airslide fluidization and high hopper levels leading to opacity issues. Although the additional flow of air from these hoses seems to have improved things, I would caution against leaving the hoses attached with nothing to stop the inflow of "cool" ambient air into the

**A 190**

JT-02793

slides. Remember, we don't want to cool the ash and create a potential for flow problems with it. I suggest putting a valve on each hose and only opening the valve a few minutes once or twice a shift. This might be a good short term solution while a more thorough investigation proceeds. I also suggest the installation of view ports on the airslides between hoppers 3, 4, 5, and 6. This would be similar to what was already done on the ESP's and the ash chutes on the first field hoppers. Alternatively, you could try using the inspection hatches on the top of the slides as view ports by placing a piece of clear material over the open hatch. If this allows you to confirm visually how the ash if flowing then no more ports need to be installed! We may be able to use the existing air pipes and valves to redirect the fluidization air to sections of the slide that are not moving the ash properly. This is a commissioning action that may have never been done correctly.

b)  The hydrated lime feed system runs only on the backup rotary valves on each unit because the weigh belts are not reliable. Over the course of my site visits I've heard various plans to modify this entire system. At one time it was suggested the intermediate fluidization bin be removed. Another time the rotary valves were going to be removed, and most recently it was suggested to remove the weigh belts. It's clear to me the responsible parties are inexperienced with this system. Don't let them cannibalize the system and leave you to clean up the mess! The weigh belts will be essential for optimizing lime consumption going forward. There is a very similar design operating very well at a reference plant in N. Carolina. I suggest visiting this plant to learn what was done to get the system functioning properly. It also had start-up problems and they were solved initially by the commissioning contractor and later improved on by the operating personnel. Let me know when you would like to visit the plant and I'll secure visitation privileges for us.

This ends the list of issues I recall from this most recent trip. I hope everything has been captured, if you are aware of anything else...please add it to the list and update me in an e-mail.

Regards,

John Toher

**A 191**

JT-02794

# Exhibit 33



31

U-1 Log Book

open: 06-25-03

close:

CONTROL ROOM LOG BOOK

UNIT 1

PERIOD:  JUNE 25-03  - AUGUST 18, 2004

AESPR 004937

**A 192**
AES2-03-00125

250

| | |
|---|---|
| | Shift "C"                    1800-0600              12/18/03 |
| 1800 | Load → 225        Mvar → 101          Unit on coord control |
| | Total Coal → 89.9    Total LS → 2.0   Total Air → 2454  Total Urea → 70.0 |
| | Boiler Master → 84.19            Turbine Master → 84.25 |
| | CBD → 1              DA → 1 |
| 1837 | Raised Load to 255 MW (Serrano) |
| 1924 | Lowered Load to 250 MW (Rivera) |
| 1956 | Start Soot Blow |
| 2335 | Start cleaning CDS Nozzles |
| 2349 | Finished cleaning CDS Nozzles |
| 0143 | Lowered Load to 175 MW (Quinones Morales) |
| 0209 | Stop LS Feeder "B" |
| 0312 | Lowered Load to 160 MW (Serrano) |
| 0413 | Hydrated Lime Silo Level → 13'0" |
| 0445 | Switch SA Lube Oil Filters (high DP Alarm) |
| 0450 | Swap SA Lube oil Pumps |
| | SA Lube oil DP Alarm is on, on the Fan |
| | everything looks normal. |

M. Aresti

| | |
|---|---|
| 12-19-03              Shift "D"              6a-6p |
| Unit Load 150 MW Gross          129 MW Net Coord |
| All Coal Feeder 1/S          Total Coal 62.4 T/H |
| LS Feeder A 1/S, B S/S       Total LS 1.0 T/H |
| Overall DP 71.2 inwc      Upper DP 2.0 inwc |
| Comb. Upper Avg 1650°      Lower Avg 1634° |
| Drum Press 2283 psig   Temp 654°   Total Steam 1039 KLB/H |
| Turb. Throttle press 2206 psig  Temp 973°   RH Temp 923° |
| SA Fan Lube oil Hi DP Alarm on but DP is ok |
| TR 1-4 Tripped |
| 0608 | Raise Load to 200 MW (Propa) |
| 0610 | Reset TR 1-4 |
| 0612 | TR 1-4 Tripped |
| 0622 | Placed LS Feeder B 1/S |
| 0640 | Raise Load to 225 MW (Prepa) |
| 0735 | SO₂ Cal Failed - Called I+E |
| 0840 | I+E working on SO₂ cal |
| 0855 | Raise Load to 255 MW (Prepa) |

Con →

251

CON'T

NOTE: I+E RESET STACK SO₂ CAL. - RESET SA FAN L.O. HI. DP
MAINT FIXED SA DAMPR 3·11 EXP. JOINT

1010   RAISED CDS TEMP 158°F - E. SOSTRE - RAISE ONE DEG. E
EVERY DAY.

1438   Hyd. LIME SILO 9'2" AFTR 1½ TRUCKS.


SHIFT "C"              1800 - 0600              12/19/03

1723   LOAD→ 255 MW        MVAR→ 124              UNIT ON COORD CONTROL
BOILER MASTER→ 95.3%              TURBINE MASTER→ 95.2%
TOTAL COAL→ 101.9   TOTAL LS→ 2.8   TOTAL AIR→ 2663   TOTAL UREA→ 74.7
CBD→ 1              DA→ 1


1850   START SOOT BLOW AUTO SEQUENCE TO ECONOMIZER / AIR HEATER
0253   LOWERED LOAD TO 230 MW (PIZEM - SERRANO)
0429   HYDRATED LIME SILO LEVEL → 13' 2"


Shift "A"              6:00 - 18:00              12/20/03

5:39   Unit in Coord Load 230 MW 89 MVARS total L/S 2·1
total coal 92·7 total Air Flow 2471 totl S·A 719 Hot P·A 1300
Steam Flow 1545 F.W. Flow 1424 Cond. Flow 1179
S.D. press 2556 Overall D.P. 62·9 Upper D.P. 58
Create D.P. 44·9 Upper temp 1607 West O₂ 3·7 East O₂ 3·9
8·11   Increased temp from 158° to 159°
9·46   Raised load from 230 to 235 MW
10·08   Raised load from 235 to 240 MW
10·38   "     "     " 240 to 245 MW
11·42   "     "     " 245 to 250 MW
11·57   "     "     " 250 to 255 MW
16·04   Lowered load from 255 to 250 MW
Note:   Received 2 Hydrated lime trucks.
16·03   Stop hydrated lime rotary 824.
16·16   Lowered load from 250 to 245 MW
16·32   Lowered load from 245 to 240 MW
16·50   Lowered load from 240 to 235 MW
16·59   "     "     " 235 to 230 MW
17·03   "     "     " 230 to 225 MW

**A 194**

AESPR 005190

AES2-03-00378

# Exhibit 34

| | |
|---|---|
| **From:** | David Stone |
| **Sent:** | Friday, October 3, 2003 6:33 AM |
| **To:** | Paul Stinson |
| **Cc:** | Puerto Rico Leaders |
| **Subject:** | Chlorine in Precip Ash |

Paul,

Below are the results for the chlorine content in the Unit #2 Precip hoppers.

The results are micrograms/gram; divide this number by 10,000 to get % of sample.

| | | | | |
|---|---|---|---|---|
| Unit#2 | 400 | (9/29/03 15:00) | 11,000 micrograms/gram | 1.1% |
| Unit#2 | 410 | (9/29/03 15:00) | 6,900 micrograms/gram | 0.69% |
| Unit#2 | 420 | (9/30/03 14:00) | 5,800 micrograms/gram | 0.58% |
| Unit#2 | 430 | (9//29/03 15:00) | 8,500 micrograms/gram | 0.85% |
| Unit#2 | 440 | (9/29/03 15:00) | 5,600 micrograms/gram | 0.56% |
| Unit#2 | 450 | (9/30/03 14:00) | 6,000 micrograms/gram | 0.60% |

Dave

**David Stone**
Off (787) 866-8117
Cell (787 587-4805

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please delete the email and notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. All information contained in the email and any attachments is sent without prejudice.

**A 195**

AESPR-172657

# Exhibit 35

## Unit #1 Sieve Analysis

| Sample Location | Sample Date | Sample Time | Sample Number | Cummulative % Passing | | | |
|---|---|---|---|---|---|---|---|
| | | | | Sieve No. 60 | Sieve No. 100 | Sieve No. 200 | Sieve No. 325 |
| Unit #1 CDS | 9/16/2003 | NA | U1CDS09I1603 | 98.46 | 93.95 | 77.45 | 55.18 |
| Unit #1 400 Hopper | 9/9/2003 | NA | FAU1400I91603 | 98.84 | 99.35 | 89.37 | 59.25 |
| Unit #1 410 Hopper | 9/9/2003 | NA | FAU1410I91603 | 100.00 | 99.75 | 84.35 | 54.39 |
| Unit #1 420 Hopper | 9/9/2003 | NA | FAU1420I91603 | 100.00 | 99.47 | 89.71 | 28.55 |
| Unit #1 430 Hopper | 9/9/2003 | NA | FAU1430I91603 | 100.00 | 100.00 | 86.11 | 37.08 |
| Unit #1 440 Hopper | 9/9/2003 | NA | FAU1440I91603 | 100.00 | 99.62 | 92.45 | 48.96 |
| Unit #1 450 Hopper | 9/9/2003 | NA | FAU1450I91603 | 100.00 | 100.00 | 95.65 | 54.92 |

## Unit #2 Sieve Analysis

| Sample Location | Sample Date | Sample Time | Sample Number | Cummulative % Passing | | | |
|---|---|---|---|---|---|---|---|
| | | | | Sieve No. 60 | Sieve No. 100 | Sieve No. 200 | Sieve No. 325 |
| Unit #2 CDS | 9/16/2003 | NA | U2CDS09I1603 | 98.73 | 95.27 | 73.43 | 43.04 |
| Unit #2 400 Hopper | 10/3/2003 | 1100 | FAU2400100303 | 100.00 | 100.00 | 88.61 | 64.82 |
| Unit #2 410 Hopper | 10/3/2003 | 1100 | FAU2410100303 | 100.00 | 100.00 | 83.37 | 71.87 |
| Unit #2 420 Hopper | 10/3/2003 | 1100 | FAU2420100303 | 100.00 | 100.00 | 87.98 | 46.64 |
| Unit #2 430 Hopper | 10/3/2003 | 1100 | FAU2430100303 | 100.00 | 100.00 | 75.38 | 32.33 |
| Unit #2 440 Hopper | 10/3/2003 | 1100 | FAU2440100303 | 100.00 | 100.00 | 91.26 | 44.66 |
| Unit #2 450 Hopper | 10/3/2003 | 1100 | FAU2450100303 | 100.00 | 100.00 | 94.91 | 45.84 |

## Unit #1 Chloride Analysis

| Sample Location | Sample Date | Sample Time | Sample Number | Chloride, Cl (micrograms/gram) | Chloride, Cl (%) | CDS Water Source | CDS Chloride, Cl ppm | CDS Conductivity microsiemens |
|---|---|---|---|---|---|---|---|---|
| Unit #1 400 Hopper | 10/3/2003 | 1300 | FAU1400100303 | 11,000 | 1.1% | Filtered Water; Brine | 2,200 | 13,250 |
| Unit #1 410 Hopper | 10/3/2003 | 1300 | FAU1410100303 | 6,500 | 0.65% | Filtered Water; Brine | 2,200 | 13,250 |
| Unit #1 420 Hopper | 10/3/2003 | 1300 | FAU1420100303 | 8,300 | 0.83% | Filtered Water; Brine | 2,200 | 13,250 |
| Unit #1 430 Hopper | 10/3/2003 | 1300 | FAU1430100303 | 5,300 | 0.53% | Filtered Water; Brine | 2,200 | 13,250 |
| Unit #1 440 Hopper | 10/3/2003 | 1300 | FAU1440100303 | 9,800 | 0.98% | Filtered Water; Brine | 2,200 | 13,250 |
| Unit #1 450 Hopper | 10/3/2003 | 1300 | FAU1450100303 | 8,500 | 0.85% | Filtered Water; Brine | 2,200 | 13,250 |

## Unit #2 Chloride Analysis

| Sample Location | Sample Date | Sample Time | Sample Number | Chloride, Cl (micrograms/gram) | Chloride, Cl (%) | CDS Water Source |
|---|---|---|---|---|---|---|
| Unit #2 400 Hopper | 9/29/2003 | 1500 | FAU2400292003 | 11,000 | 1.10% | Filtered Water; Brine |
| Unit #2 410 Hopper | 9/29/2003 | 1500 | FAU2410292003 | 6,900 | 0.69% | Filtered Water; Brine |
| Unit #2 420 Hopper | 9/30/2003 | 1500 | FAU2420302003 | 5,800 | 0.58% | Filtered Water; Brine |
| Unit #2 430 Hopper | 9/29/2003 | 1500 | FAU2430292003 | 8,500 | 0.85% | Filtered Water; Brine |
| Unit #2 440 Hopper | 9/29/2003 | 1500 | FAU2440292003 | 5,600 | 0.56% | Filtered Water; Brine |
| Unit #2 450 Hopper | 9/30/2003 | 1500 | FAU2450302003 | 6,000 | 0.60% | Filtered Water; Brine |
| Unit #2 400 Hopper | 9/30/2003 | 1500 | FAU2400302003 | 7,400 | 0.74% | Filtered Water; Brine |

**A 196**

AESPR-176300

**Unit #1 400 Hopper**
10/2/2003
1300
FAU1400100303
98.51
97.02
90.19
63.00

**Unit #1 410 Hopper**
10/2/2003
1300
FAU1410100303
100.00
100.00
95.73
74.54

**Unit #1 420 Hopper**
10/2/2003
1300
FAU1420100303
100.00
98.77
74.82
52.10

**Unit #1 430 Hopper**
10/2/2003
1300
FAU1430100303
100.00
100.00
90.46
55.18

**Unit #1 440 Hopper**
10/2/2003
1300
FAU1440100303
100.00
98.65
91.22
52.70

**Unit #1 450 Hopper**
10/2/2003
1300
FAU1450100303
100.00
100.00
97.29
60.97

**Unit #2 410 Hopper**
10/2/2003
1100
FAU2410100303
7.900
0.79%
Filtered Water, Brine

**Unit #2 420 Hopper**
10/2/2003
1100
FAU2420100303
5.800
0.58%
Filtered Water, Brine

**Unit #2 430 Hopper**
10/2/2003
1100
FAU2430100303
6.300
0.63%
Filtered Water, Brine

**Unit #2 440 Hopper**
10/2/2003
1100
FAU2440100303
5.100
0.51%
Filtered Water, Brine

**Unit #2 450 Hopper**
10/2/2003
1100
FAU2450100303
8.700
0.87%
Filtered Water, Brine

A 197

AESPR-176301

| CDS Chloride, Cl ppm | CDS Conductivity microsiemens |
|---|---|
| 1,750 | 10,000 |
| 1,750 | 10,000 |
| 1,750 | 10,000 |
| 1,750 | 10,000 |
| 1,750 | 10,000 |
| 1,750 | 10,000 |
| 1,400 | 8,800 |

**A 198**

AESPR-176302

1,400
8,800

1,400
8,800

1,400
8,800

1,400
8,800

1,400
8,800

**A 199**

AESPR-176303

# Various Calculations about ash

## Assumptions

| | | |
|---|---|---|
| Chloride content of spray water | 2200 ppm | |
| Spray water consumption | 350 gpm | |
| | | |
| Chloride content of flyash entering CDS | | 0.03% Based upon coal analysis |
| Chloride content of flyash entering CDS | | 270 ppm, Based upon bed ash analysis |
| | | |
| Plant Net heat rate | 10300 BTU/kwh | |
| Plant Generation Rate | 450 MW | |
| Ash Percent in Coal | 7.00% | |
| Lime Addition rate | 0.5 tph | |
| | | |
| Sulfur capture | 98% | |
| Sulfur content of coal | 0.60% | |
| CaS mol ratio | 2 Limestone only | |
| Limestone Purity | 95% | |

## Calculations

| | | |
|---|---|---|
| Coal Burn Rate | 205 tph | |
| Net Generation Rate of Ash | 14 tph | |
| CaSO4 in Ash | 11.38 tph | Based on Coal only |
| Limestone Addition rate | 17.76 tph | |

A 200

AESPR-176304

## Various Calculations about lime and limestone

### Assumptions

| | | |
|---|---|---|
| Plant Net heat rate | 10300 BTU/kwh | |
| Plant Generation Rate | 450 MW | |
| Ash Percent in Coal | 7.00% | |
| Lime Addition rate | 0.5 tph | |
| Limestone Feedrate | 5.475 tph | |
| Sulfur capture | 88% | |
| Sulfur content of coal | 0.60% | |
| Limestone Purity | 95% | |

### Calculations

| | | |
|---|---|---|
| Coal Burn Rate | 205 tph | Based on Coal only |
| Net Generation Rate of Ash | 14 tph | |
| CaSO4 in Ash | 11.36 tph | |
| Limestone Addition rate | 12.01 tph | |
| Ca/S mol ratio | 1.35258839 | Limestone only |

A 201

AESPR-176305

# Exhibit 36

| | |
|---|---|
| **From:** | Calvin Kotrla |
| **Sent:** | Monday, August 29, 2005 7:55 PM |
| **To:** | Lillian Alicea; Edna Sanchez |
| **Cc:** | Gamaliel Rivera |
| **Subject:** | RE: ESP Collecting Plates |

We'll add these to inventory, account code 1313 and will appear on August inventory totals....?
Correct?

Calvin

-----Original Message-----
**From:** Lillian Alicea
**Sent:** Mon 8/29/2005 4:12 PM
**To:** Edna Sanchez; Calvin Kotrla
**Cc:** Gamaliel Rivera
**Subject:** FW: ESP Collecting Plates

Edna:

Please reclassify   ESP Collecting Plates Account # 1401-10-000 to Inventory Account in the amount of $1,209,121.49.

Project will not be completed until further management notice.

Thanks,

**Lillian I. Alicea**
**Compliance Coordinator**
**AES Puerto Rico, LP**
**P :( 787) 866-8117 ext. 249**
**F: (787)866-8139**

**From:** Gamaliel Rivera
**Sent:** Monday, August 29, 2005 3:56 PM
**To:** Al Dyer; Lillian Alicea; Csaba Little
**Subject:** RE: ESP Collecting Plates

OK, do it

Thanks,
Gamaliel

-----Original Message-----
**From:** Al Dyer
**Sent:** Monday, August 29, 2005 3:25 PM
**To:** Lillian Alicea; Csaba Little
**Cc:** Gamaliel Rivera
**Subject:** RE: ESP Collecting Plates

AESPR-330125

A 202

**I agree with your recommendations Lillian.**

*Al Dyer*
**AES Puerto Rico**(787) 866 8117 x 233

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. Without Prejudice.

-----Original Message-----
**From:** Lillian Alicea
**Sent:** Monday, August 29, 2005 3:24 PM
**To:** Csaba Little
**Cc:** Gamaliel Rivera; Al Dyer
**Subject:** ESP Collecting Plates

Csaba:

The CWIP Project for the Collecting Plates has been without movement since December 2004. I have explained to auditors that the collecting plates were to be installed in a future outage.

Due to that this will not be part of our October 2005 Scheduled outage, I would suggest to reclassify this project to inventory till we finally decide what to do.

All suggestions are appreciated.

Thanks,

Lillian I. Alicea
**Compliance Coordinator**
**AES Puerto Rico, LP**
**P :( 787) 866-8117 ext. 249**
**F: (787)866-8139**

AFSPR-330126

A 203