IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S**
**MOTION FOR SANCTIONS**

NOW COMES Defendant, ALSTOM Power Inc., by and through counsel and pursuant to Fed. R. Civ. P. 37(b)(2), seeking that sanctions be ordered against Plaintiff, AES Puerto Rico, L.P. ("AES"). In support of its motion, Defendant relies upon and incorporates its Memorandum in Support of Defendant's Motion for Sanctions.

WHEREFORE, Defendant respectfully requests that the Court enter an Order that AES is barred from presenting any evidence relating to its claim for the cost of any enacted or proposed water system changes, other than the reverse osmosis system, but including boiler water reinjection or a brine-concentrator/crystallizer system, and that AES's Supplemental Answers to ALSTOM's Second Set of Interrogatories are stricken.

IN THE ALTERNATIVE, ALSTOM requests that the Court enter an Order: (i) reopening discovery for the purpose of resuming the damages deposition and the liability deposition in the United States and directing AES to reimburse ALSTOM the costs and legal fees incurred in preparing for and continuing those depositions; (ii) granting ALSTOM leave to supplement its expert reports and its motion for partial summary judgment, if necessary, based on the testimony at those depositions; (iii) awarding ALSTOM the attorney's fees and costs

incurred in preparing this motion; and (iv) granting any further relief deemed appropriate by that Court.

        Respectfully submitted,

        /s/ Daniel W. Scialpi
        Richard R. Wier, Jr. (#716)
        Daniel W. Scialpi (#4146)
        RICHARD R. WIER, JR., P.A.
        Two Mill Road
        Suite 200
        Wilmington, DE 19801
        (302) 888-3222
        dscialpi@wierlaw.com

        James E. Edwards, Jr.
        Anthony F. Vittoria
        Michael A. Schollaert
        OBER, KALER, GRIMES & SHRIVER
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        Phone:  (410) 685-1120
        Fax:     (410) 547-0699

March 24, 2006