IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## APPENDIX TO
## DEFENDANT'S MOTION FOR SANCTIONS

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222

James E. Edwards
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:   (410) 547-0699

Counsel for Defendant
ALSTOM Power Inc.

Date: March 24, 2006

TABLE OF CONTENTS
APPENDIX TO
DEFENDANT'S MOTION FOR SANCTIONS

| Tab Number | Description | Appendix Page Numbers |
|---|---|---|
| 1 | 12/8/2005 Order | A 001 to A 002 |
| 2 | 12/15/2005 Letter from D. Scialpi to the Honorable Joseph J. Farnan, Jr. | A 002 to A 005 |
| 3 | 12/16/2005 Discovery Dispute Resolution Plan | A 006 to A 008 |
| 4 | 11/22/2005 Notice of Deposition of Corporate Designee | A 009 to A 015 |
| 5 | 12/29/2005 Amended Notice of Deposition of Corporate Designee (Damages) | A 016 to A 022 |
| 6 | 1/13/2006 Letter from D. Williams to A. Vittoria | A 023 to A 024 |
| 7 | 9/30/2005 Proposal for MVR Brine Concentrator and Steam Crystallizer System | A 025 to A 030 |
| 8 | 1/5/2006 Second Amended Notice of Deposition of Corporate Designee (Damages) | A 031 to A 037 |
| 9 | 1/17/2006 Plaintiff's Supplemental Responses to ALSTOMs Interrogatory No. 10 | A 038 to A 042 |
| 10 | 3/7/2006 Second Amended Notice of Deposition of Corporate Designee | A 043 to A 049 |
| 11 | 2/17/2006 Notice of Deposition of Corporate Designee | A 050 to A 057 |
| 12 | 3/3/2006 Amended Notice of Deposition of Corporate Designee | A 058 to A 064 |
| 13 | 3/3/06 e-mail from D. Williams to A. Vittoria | A 065 |
| 14 | 3/8/2006 e-mail from P. Fuhrman to R. Mellado | A 066 to A 067 |
| 15 | Revised Budget for Zero Liquid Discharge (ZLD) Solutions | A 068 to A 070 |
| 16 | 2/24/2006 e-mail from E. Ericson to R. Rivera | A 071 to A 072 |
| 17 | 2/17/2006 ZLD Trip Report | A 073 to A 112 |
| 18 | Power Point Presentation by Aquatech; Brine Concentration – Crystallizer ZLD System Design | A 113 to A 188 |
| 19 | 3/10/2006 AES's Responses to ALSTOM's Third Set of Interrogatories and Supplemental Responses to Specified Interrogatories | A 188a to A 199 |
| 20 | To be Supplemented Upon Receipt of Transcript | A 200 |

| 21 | 3/3/2006 Excerpts from Deposition Transcript of Louis Canepari | A 201 to A 205 |
|---|---|---|
| 22 | 2/28/2006 Deposition Transcript of Doug Tomlin | A 206 to A 257 |
| 23 | 3/2/2006 Excerpts from Deposition Transcript of Tracy Jarvis | A 258 to A 267 |
| 24 | 1/20/2006 Excerpts of Deposition Transcript of Elias Sostre | A 268 to A 275 |
| 25 | 1/18/2006 Excerpts of 30(b)(6) Deposition of Allan Dyer | A 276 to A 285 |
| 26 | Exhibit Number 14 to 1/18/2006 30(b)(6) Deposition of Alan Dyer | A 286 |
| 27 | 2/3/2004 e-mail from B. Vela to AES PR Employees | A 287 to A 288 |
| 28 | To be Supplemented Upon Receipt of Transcript | A 289 |
| 29 | 3/24/2006 Opposition of ENSR Corporation to ALSTOM's Motion to Compel Production of Documents Improperly Withheld | A 290 to A 293 |