# Tab 17



**PUERTO RICO**

# ZLD Trip Report

**February 17, 2006.**

**AES PR, LP**
Road #3 km 142
P.O. Box 1890
Guayama, PR 00785

A 073



## 1. Overview

AES Puerto Rico, LP is currently evaluating options to achieve its original Zero Liquid Discharge design. During the week of January 30, 2006 - February 3, 2006 we had the opportunity to visit the following power plants: (1) Palomar Energy Project in Escondido, CA, (2) Silverhawk Generating Station in Las Vegas, NV, (3) Deerhaven Generating Plant in Gainesville, FL and (4) Cedar Bay in Jacksonville, FL. The main purpose of the trip was to learn technical, operational and maintenance related issues with equipment used to achieve Zero Liquid Discharge such as: Ultra Filtration units, Brine Concentrators and Crystallizers, as they relate to each power plant's experience with the equipment. An overview of each plant will be given in this report along with the experiences and issues the operators shared with the team.

Participants: Carlos Alequin, Ramiro Rivera, and Rick Klumb (Chemtreat).

## 2. Palomar Energy Project in Escondido, CA

Rating: 550 MW LNG Combined Cycle Power Plant
Status: Under commissioning, expected COD: Summer 2006.
Conferred with: Steve Bouska – Project Manager JRMC, John Martin – WT Commissioning, Willy Westman – Operator WT.
Equipment: UF Unit, RO's, Electrodeionization Unit (Aquatech).

Palomar consists of a natural gas-fired combined cycle power plant and associated reclaimed water supply and brine return pipelines. It has a net electrical output of 546 megawatts. The fuel requirements for operation are between 3,444 and 3,803 million Btu/hr. The plant is located on a 20-acre site within a planned 186-acre industrial park in the City of Escondido, San Diego County, California.

The plant has two combustion turbine-generators equipped with dry low combustors and evaporative inlet air coolers, two heat recovery steam generators equipped with duct burners, a steam turbine-generator and associated auxiliary systems and equipment. Palomar has a 230 kV switchyard connecting with an existing San Diego Gas and Electric Company (SDG&E) electric transmission line located immediately adjacent to the site. Natural gas is delivered via the SDG&E gas system. An existing SDG&E natural gas pipeline with sufficient capacity to serve the plant is located immediately adjacent to the site.

Reclaimed water for the plant is supplied from the City of Escondido's Hale Avenue Resource Recovery Facility (HARRF) via a 1.1 mile, 16-inch pipeline extending from an existing reclaimed water main. Brine from the plant, consisting entirely of cooling tower blowdown, are returned to the HARRF via a 1.1 mile, 8-inch return pipeline routed alongside the reclaimed water supply pipeline. The plant uses around 3.6 million gal/day, and has a reserve storage tank of 730,000gallons capacity.

A 074



*ZLD Trip Report*                    *2/17/06*



Figure 1. Palomar Power Plant.

Reclaimed water enters the process through hydraulic strainers, which filter most of the larger solids, leaving the turbidity going into the Ultra Filtration unit between 600-800 NTU. The UF unit then reduces the turbidity to 0.5 NTU with SDI below 1. The UF unit uses caustic and bleach to adjust pH.

The UF unit is designed to automatically perform backwash with filtered water according to either the turbidity at the inlet, the pressure drop across the vessels, timed operation or manual operation. The product from the UF is stored in a holding tank and the waste is sent to the plant sump. The holding tank supplies a two stage Raw Water (RW) RO unit with a capacity of 160 GPM per stage with a 75% recovery. The permeate from this RO is sent to the (RW) RO Break Tank and the reject is sent to the plant sump. The RW RO Break Tank supplies a two stage Demineralized Water (DW) RO unit with a capacity of 62 GPM per stage with 72% recovery.

Finally, the product of this RO is passed through two 40 GPM Electrodeionization (EDI) units and onto a DW Storage Tank. Figure 2 shows the process flow diagram for Palomar Energy and Fig. 3 provides an overview of the water treatment equipment.

2



*ZLD Trip Report*          *2/17/06*



Figure 2. Palomar Process Flow Diagram.

3



*ZLD Trip Report*                    *2/17/06*



Figure 3. Water Treatment Equipment Overview. From Left: EDI Unit, DW RO, RW RO, and UF Unit.

The UF unit can be seen in Fig. 4 and 5. It contains 18 vessels per train on a vertical arrangement. The vessels themselves are constructed of PVC pipe and all piping connections are made of 304SS. The instrumentation and controls for the UF unit can be seen in Fig. 6.



Figure 4. Ultra Filtration (UF) Unit.

4

A 077



*ZLD Trip Report*                    *2/17/06*



Figure 5. Vessel connections for UF Unit.



Figure 6. Control Valves for UF Unit.

5

A 078

**Æ≡S**
**PUERTO RICO**

Figure 7 shows the configuration of the RW RO. When we arrived on site, the inlet valve to this RO was cavitating. This was due to the fact that the commissioning engineer had increased the flow capacity above the design capacity of the unit. In addition, the antiscalant required by the unit was not being injected. Patrick Randall from Aquatech warned the operator that these actions could cause fouling in the RO membranes.

Willy Westman, WT operator expressed concern to Aquatech that the commissioning engineers had not provided to them the required parameters to operate the RO. It is our observation that neither the commissioning engineer nor the water treatment operator had good knowledge of the operation of the equipment.



Figure 7. Raw Water RO.

The DW RO can be seen in Fig. 8 and the EDI unit in Fig. 9. One interesting aspect of the plant was its $8.5 million cooling tower. It combines finned tubes heat exchangers with conventional forced draft circulation to maximize the efficiency of the cooling tower and minimize sound.

6

A 079



*ZLD Trip Report*        *2/17/06*



Figure 8. Demineralized Water RO



Figure 9. Electrodeionization (EDI) Unit.

7

A 080





Figure 10. Hybrid Cooling Tower.

## 3. Silverhawk Generating Station in Las Vegas, NV

Rating: 570 MW Combined Cycle Power Plant. Zero Liquid Discharge Plant.
Status: Operating since 2004.
Conferred with: Eric Rollins and Dale Goettsche – Operators.
Equipment toured: Brine Concentrator (Aquatech).

The 570 MW electric power generation facility is located 35 miles north of Las Vegas. Silverhawk Power Station is owned by Southern Nevada Water Authority (25%) and Nevada Power Company (75%). The plant has operated with a 99-percent availability factor since it went into service in May 2004.

The plant consists of two Siemens-Westinghouse 501F gas turbine generators, two ALSTOM heat recovery steam generators, one GE D11 steam turbine generator and one Hamon air cooled condenser. The plant utilizes SCR and CO technology to meet environmental requirements and is a zero discharge facility with multiple ponds for water management. The plant's dry-cooled technology uses 90 percent less water than a typical water-cooled plant.

The point of interest in this plant was a Brine Concentrator supplied by Aquatech. Patrick Randall from Aquatech accompanied us during the tour. Figures 11 and 12 provide an overview of the equipment.

A 081



*ZLD Trip Report*                    *2/17/06*



Figure 11. Brine Concentrator South View.



Figure 12. Brine Concentrator North View.

9

A 082



*ZLD Trip Report*                    *2/17/06*

Since this facility uses an air cooled condenser and it's in the middle of the desert, the only water available is well water. Therefore, all plant drains and waste water serve as a supply to the brine concentrator. All the water is first collected in an equalization tank, which, depending on the tank level, can send water to holding ponds and back to meet the makeup water demand of any given day. The water is then sent to the feed tank. This tank provides water to the Brine Concentrator. The waste from the brine concentrator is sent to a 30-year evaporation pond and the distillate is sent to the treated water tank to be filtered by the DW RO afterwards. Therefore, reducing the amount of water extracted from the wells. This process is shown in Fig. 13.



Figure 13. Silverhawk Process Flow Diagram.

10

*ZLD Trip Report*                          *2/17/06*

The BC relies on three tanks for its operation: an equalization tank, a feed tank (Fig. 14) and a seed tank (Fig. 15). The equalization tank receives all the water to be distilled in the BC. The feed tank contains a mixer to add the required chemicals such as acid, antiscalant and anti-foam. However, Silverhawks was only using acid at the time. The seed tank's function is to regulate the cycles in the BC and deliver the waste to the pond. The control valves of the seed tank (Fig. 16) are critical to the function of the BC, if they were to fail, the cycles would not be controlled and it could create fouling of the tubes of the BC. In fact, Silverhawk had to hydro blast their BC after a black plant in January 2006.



Figure 14. Equalization and Feed Tank for BC.



Figure 15. BC Seed Tank.

11

A 084



*ZLD Trip Report*                    *2/17/06*



Figure 16. BC Seed Tank Control Valves.

The recirculation pump (Fig. 17) maintains circulation of the brine inside the BC and if this pump were to fail, it is very important that the BC must be flushed as soon as possible to avoid plugging the internal tubes with slurry as it dries. For example, Silverhawk plugged the tubes just four hours after black plant.



Figure 17. Recirculation Pump.

12

A 085



*ZLD Trip Report*                    *2/17/06*

The vapor compressor (Fig. 18 and 19) provides the heat needed for evaporation of the falling film in the BC. This unit uses a 450 HP motor at 3,532 rpm with a turbofan. Figure 20 shows the BC evaporation column which houses the array of Titanium vertical tubes for the falling film of brine. The distillate tank and its pump can be seen in Fig. 21 and 22.



Figure 18. Vapor Compressor Motor.



Figure 19. Vapor Compressor Inlet and Discharge.

13



*ZLD Trip Report*                    *2/17/06*



Figure 20. Brine Concentrator.



Figure 21. Distillate Tank and Feed Heat Exchanger.

14





Figure 22. Distillate Tank Pump.

A sample from the slurry of the BC is taken once a shift and analyzed for Total Suspended Solids (TSS) and Total Dissolved Solids (TDS) on a dry basis (Fig. 23). The test takes 30 minutes to complete and a separate instrument is necessary. This test is critical to determine the amount of cycles required in the BC to prevent fouling, since the ratio of TSS to TDS is a design parameter. Once the TSS and TDS of the BC are in specification, the unit runs pretty much trouble free. It is easier to maintain in specification than a Clarifier. However, their water quality in terms of salt content was better than ours. Benchmark work might be necessary to determine the right anti-foam for a given arbitrary unit.



Figure 23. Slurry Sample Point.

15

A 088

The air cooled condenser technology similar to the one used by Silverhawk can be seen below.



Figure 24. Air Cooled Condenser.

## 4. Deerhaven Generating Plant in Gainesville, FL

Rating: 255 MW PCB Power Plant.
Status: PCB Plant Operating since 1981.
Conferred with: Chuck Blackwell – WT.
Equipment: Brine Concentrator and Spray Dryer (RCC).

Deerhaven began commercial operation in 1972 with Unit One, a natural gas or oil fired generating unit. In 1981, Unit Two was constructed becoming the first municipally owned coal burning electric generating unit in the state.

To protect the natural habitat and our native groundwater, Deerhaven is a zero discharge plant. Process waste is reclaimed on site, and natural and artificial materials line all plant areas to protect groundwater. Groundwater monitoring wells are regularly sampled to ensure the safety of the aquifer.

The Brine Concentrator from Deerhaven (Fig. 25) was supplied by RCC. It is a 290 GPM unit with a 4 GPM Spray Dryer. The BC consumes around 7,000 kWhr/day. Water collected in the coal pile and ash yard run-off ponds is sent to an equalizing tank, from there to a feed tank, and finally to the brine concentrator. The seed tank can be seen in Fig. 27. The distillate is returned to the plant and the waste is passed through the spray dryer. The process is very similar to the BC from Silverhawk. The overall design concept has not changed over the last 25 years.

16

*ZLD Trip Report*                    *2/17/06*



Figure 25. Deerhaven Brine Concentrator.



Figure 26. Deerhaven Process Flow Diagram.

17

**A 090**



*ZLD Trip Report*                    *2/17/06*



Figure 27. BC Seed Tank.



Figure 28. DA and Distillate Tank.

18

A 091



*ZLD Trip Report*                    *2/17/06*



Figure 29. Mechanical Vapor Compressor Motor.



Figure 30. Mechanical Vapor Compressor Discharge.

19

A 092

*ZLD Trip Report*                    *2/17/06*

The main problems that Deerhaven has experienced with the BC have been with cavitation in the recirculation pump, cracking of the BC sump and continuous problems with the spray dyer. Their original high speed recirculation pump was replaced for a 10,000 GPM at 400 rpm pump and they've had no problems since. The cracking of the 316SS sump of the BC could have been caused by stress cracking or by metal contamination while jack hammering the solid slurry during an outage. A rubber liner was installed to solve this problem. The original 316L SS spray dryer wheel did not work and had to be replaced with a wheel made out of Titanium with ceramic cover. The spray dryer is cleaned every 3 weeks for it to work properly. It also uses propane which increases the operational cost of the unit. In addition, the unit was designed for 7 GPM but can only run at 4 GPM. The salts come out of the spray dryer at 3% relative humidity. The carryover of solids into the mist eliminator is manageable. However, since the unit contains an internal mist eliminator, scaffolding is needed in every outage to clean it. Figure 32 shows a piece of scaling that was hydro blasted from the BC tubes.



Figure 31. Recirculation Pump.

20

A 093





Figure 32. Piece of scaling hydro blasted from BC Tubes.



Figure 33. Deerhaven Coal Yard.

21

A 094

## 5. Cedar Bay in Jacksonville, FL

Rating: 258 MW CFB Boiler Power Plant (3 Units).
Status: Operating since 1994.
Conferred with: Bobby Simmons – Operations Manager, Mike – Operator, Randy Seitzinger (GE)
Equipment: 2 x 150 GPM Brine Concentrators and one 50 GPM Crystallizer (RCC).

The Cedar Bay Generating facility is a 258-megawatt low-sulfur coal-fired cogeneration facility located in Jacksonville, Florida. The plant began commercial operations in 1994, providing electricity to Florida Power & Light. A cogeneration facility, Cedar Bay provides steam to the adjacent Smurfit-Stone Container Corporation's recycled linerboard paper mill.



Figure 34. Cedar Bay Power Plant.

The two Brine Concentrators and the Crystallizer from Cedar Bay (Fig. 35) were supplied by RCC. The BC's are 150 GPM each (Titanium Tubes) with a 50 GPM Crystallizer. The whole arrangement consumes around 2,500 kWhr/day. The original design of this plant is similar to ours: Cooling Tower (CT) blowdown to Clarifier/Softener, then to Filters and RO's to control the cycles in the tower. The plant decided to eliminate all this equipment, and blowdown directly to the BC's. With the current process, Paper Mill discharge water is sent to two clarifiers, and from there to the CT basin. The blowdown from the CT is sent directly into the BC feed tank, and finally to the brine concentrator. The seed tank can be seen in Fig. 38. The distillate is returned to the CT basin and the waste is passed through the Crystallizer and a Centrifuge to dry out the salts.

A 095



*ZLD Trip Report*                    *2/17/06*



Figure 35. ZLD System - 2 Brine Concentrators and 1 Crystallizer.



Figure 36. Cedar Bay Process Flow Diagram.

23

A 096



*ZLD Trip Report*                    *2/17/06*



Figure 37. Brine Concentrators.



Figure 38. Seed and BC Feed Tank.

24



*ZLD Trip Report*                     *2/17/06*



Figure 39. BC Recirculation Pump.



Figure 40. Mechanical Vapor Compressor Motor.

A 098



*ZLD Trip Report*                    *2/17/06*



Figure 41. Mechanical Vapor Compressor Discharge.



Figure 42. Brine Concentrator DA.

26

A 099



*ZLD Trip Report*                              *2/17/06*



Figure 43. BC to Crystallizer Tank.



Figure 44. Crystallizer Recirculation and makeup.

27



*ZLD Trip Report*                    *2/17/06*



Figure 45. Crystallizer - 50 GPM



Figure 46. Crystallizer Heat Exchanger.

28



*ZLD Trip Report*                    *2/17/06*



Figure 47. Crystallizer's Surface Condenser.



Figure 48. Surface Condenser Hotwell Pumps.

29

A 102



*ZLD Trip Report*                    *2/17/06*



Figure 49. Crystallizer Distillate Tank.



Figure 50. Crystallizer Centrifuge.

30

A 103

*ZLD Trip Report*                    *2/17/06*



Figure 51. Salt Discharge Area.

Cedar Bay has encountered the following problems with the equipment:

a)  Cavitation with BC recirculation pump caused by foaming.
b)  Bad selection of construction materials that have caused corrosion problems.
c)  Pump impellers made out of carbon steel have corroded; stainless steel impellers should have been used instead.
d)  Rubber lined carbon steel pipes lost their liners and plugged the lines; stainless steel lines should have been used. Cedar Bay used "temporary" rubber lines to solve this problem.
e)  Additional heat exchanger in the distillate line never used.
f)  Brine Concentrators, Crystallizer Vessel, Crystallizer Heat Exchanger, and Surface Condenser need to be hydro blasted on every outage.
g)  According to Cedar Bay, due to high organic concentration in the brine the crystallizer does not work properly. The salts are not dried to specification.

In our observation, the plant lacks a good maintenance program, the equipment has seen little to no maintenance. Cedar Bay uses the following chemicals: anti-scalant, acid, and anti-foam. Overall, the plant is experiencing the same problems that we are with the limestone systems and coal handling systems.

31

A 104

## 6. Observations / Lessons Learned

These are our observations from the trip based on suggestions from the different plants:

- ❖ BC material selection is critical based on the water quality.
- ❖ Lined piping is not acceptable, consider better material.
- ❖ Compressor selection is critical due to high power consumption, the most economical is the one installed by Aquatech in Silverhawk.
- ❖ Mist eliminators are easier to maintain if installed outside the units.
- ❖ Always maintain recirculation in the BC, if not scaling or fouling will occur. Keep a spare recirculation pump in the warehouse.
- ❖ Anti-foam selection is critical to prevent cavitation in the recirculation pumps. Will need assistance from Chemtreat.
- ❖ Select high quality instrumentation and controls based on toured plant recommendations.
- ❖ Be involved and review the design of the control logic, will save time troubleshooting in the future.
- ❖ Consider installing liner in the sump of the BC to prevent future stress cracking problems.
- ❖ Slurry sample analysis for TSS and TDS is critical for BC operation. Prevents fouling. Have a dedicated operator for the equipment.
- ❖ Consider installing an extra funnel base tank with a recirculation pump to empty the BC and Crystallizer for maintenance.
- ❖ Aquatech holds the patents to new technologies that provide for better distribution of the falling film in the Brine Concentrator. The overall design is more compact and energy efficient when compared to RCC's design.
- ❖ BC and Crystallizer must be shut down once a year for full maintenance.
- ❖ Once the TSS and TDS of the BC are in specification, the unit runs pretty much trouble free.
- ❖ The UF unit seems to be reliable and low maintenance, but information from a more experienced plant is needed to fully evaluate it.

The operational cost of these units can be high due to power consumption. For this reason, a thorough evaluation of our system is needed in order to consider any equipment that could potentially reduce the size of the Brine Concentrator and Crystallizer.

A 105

# APPENDIX A

## ZLD PROCESS EXPLAINED





aqua-chem ICD
Industrial Concentration & Desalination

# Zero Liquid Discharge System

## Overview

The Aqua-Chem ICD Zero Liquid Discharge System is a fully integrated automated system incorporating a mechanical vapor compression brine concentrator, a forced circulation crystallizer, and solids dewatering. High purity distillate produced in this system can be used for cooling tower or boiler makeup water.

The Aqua-Chem ICD Zero Liquid Discharge System typically follows a reverse osmosis (RO) preconcentrator. High TDS and saturation in low solubility scaling salts such as calcium sulfate ($CaSO_4$) and silica ($SiO_2$) limit the percentage of water which can be recovered by an RO system. Feedwater saturated in $CaSO_4$ and/or $SiO_2$ is also very difficult to concentrate in a normal evaporator but can be handled in the Aqua-Chem ICD brine concentrator. The process, also called seeded slurry evaporation, involves establishing and maintaining a slurry of calcium sulfate seed crystals in the circulating brine in the evaporator. With careful thermal and mechanical design, the $SiO_2$ and $CaSO_4$ will precipitate preferentially on the recirculating crystals instead of on the tubes. The brine concentrator is capable of concentrating the wastewater to near saturation in the sodium salts without scaling the heat transfer tubes.

The remaining water is evaporated in the forced circulation crystallizer. This evaporator easily handles the crystallization of the remaining salts regardless of the exact chemical analysis. The salts are removed as a cake by a (filter press, centrifuge).

The Aqua-Chem ICD Zero Liquid Discharge System is designed for automatic steady state operation and will require little operator attention. The materials of construction have been selected to resist corrosion and ensure a long plant life. The system is very reliable. The pumps and compressor typically operate years without significant problems, given periodic maintenance typical for rotating equipment. Almost any problem can be fixed in a day. The system is designed to minimize scaling of the heat transfer surfaces; however, it is also designed to operate in a slightly fouled condition, so normal fouling or scaling will not affect the design capacity of the unit. Chemical cleaning of the system is typically required once or twice per year.

## Process Description

The feed is acidified with $H_2SO_4$ to a pH of 5.5 which converts bicarbonate to dissolved $CO_2$ for removal in the deaerator. The bicarbonate is removed to prevent scaling of the brine concentrator tubes with calcium carbonate ($CaCO_3$). A small amount of scale inhibitor is metered into the feed to avoid scaling in the feed/distillate plate heat exchanger. Depending on the amount of calcium in the feed, the anti-scale may be reduced or eliminated.

The feed/distillate heat exchanger, a plate and frame type with titanium plates, preheats the feed with outgoing hot distillate. The heated feed flows to the deaerator to remove dissolved carbon dioxide and oxygen, to minimize corrosion in the system. Aqua-Chem ICD uses a flashing deaerator which does not utilize packing, thereby avoiding plugging problems. The feed is sprayed into the pressurized, barometric half of the deaerator which further heats the feed with low pressure evaporator vent vapors. The feed then flashes into the low pressure portion of the deaerator. A small fraction of water from the feed is vaporized, along with the dissolved carbon dioxide and oxygen, which are virtually eliminated by this step. Typical dissolved oxygen content in the deaerated feed is 10 ppb.

The feed then flows to the brine concentrator vessel. Calcium sulfate scale is managed in this vessel by proper feed pretreatment and by providing adequate seed crystal surface area dispersed homogeneously in the brine slurry. The seed crystals prevent supersaturation extremes and promote crystal growth rather than scaling on the heat transfer surface.

**Aquatech International Corporation**
One-Four Coins Drive, Canonsburg, PA 15317 USA   t) 724 746 5300      f) 724 746 5359





aqua-chem ICD
Industrial Concentration & Desalination

The seed crystals are added as gypsum to the seed makeup tank at startup to establish the circulating slurry. As the brine is concentrated and some is pumped to the crystallizer, seed crystals are replenished by natural generation from calcium and sulfate ions in the incoming feed water. A seed thickening tank is provided to recycle seed crystals back into the brine concentrator if the natural seeding level is too low. A $CaCl_2$ injection system is provided to add Ca+2 directly into the feed line if the incoming Ca+2 concentration is too low. Both of these systems are used to maintain adequate seed crystal concentration in the brine concentrator.

The brine concentrator vessel is designed with a long bottom channel to provide sufficient residence time for crystal growth. A vapor separator with mist eliminators is used to remove entrained droplets of brine from the vapor before it flows to the compressor. The mist eliminators are periodically sprayed with hot distillate to dissolve any accumulated solids.

Vapor generated in the brine concentrator flows to a mechanical compressor, which increases its saturation pressure and temperature. Then the compressed vapor flows to the shell side of the brine concentrator in lieu of external heating steam. The vapor is condensed on the outside of the tubes, transferring heat to the circulating brine on the tubeside. Condensed vapor (distillate) is pumped out of the system. Some of the distillate is sprayed into the compressor discharge duct to desuperheat the compressed vapor.

The brine concentrator is designed with a very low delta-T (temperature difference between the heating medium and the boiling brine) and a high recirculation rate. The two main benefits are reduced scaling rate and a lower compressor power requirement. Energy economy is maximized by utilizing distillate and vent stream heat. The system is designed for low make-up steam at steady state operation.

The brine is concentrated to approximately 25% total solids in the brine concentrator. To maintain a solids balance in the system, part of the concentrated brine is continuously pumped from the brine concentrator to the forced circulation crystallizer.

Recirculated brine is pumped through the forced circulation heat exchanger where it is heated with steam from the brine concentrator to above its normal boiling temperature. Boiling of the brine in the heat exchanger is suppressed due to sufficient static head. Boiling in the heat exchanger would cause scale formation on the heat transfer surface. The heated brine then enters a flash tank operating at a slightly lower pressure, causing flash evaporation of water and formation of salt crystals in the brine. High recirculation rates are used to keep the contact time on the heated surface low, reducing the scaling rate of the heat transfer surface.

Once every eight hours a batch of slurry is discharged from the crystallizer to the filter press feed tank. This slurry is fed to the filter press, which separates out the salt crystals as a cake. The liquid portion, saturated in dissolved salts, is returned to the forced circulation crystallizer. The salt cake is dumped at 8 hour intervals into a hopper for disposal. This sequence is manually initiated, and requires an operator to be present to assure that the plates have properly released the salt cake.

## Vertical Tube Falling Film Evaporator (Brine Concentrator)
Falling film vertical tube evaporators use vertical tube bundles with brine evaporating from a thin film on the inside of the tubes. Brine is distributed in a thin film down the inside of the tubes. The brine absorbs heat from condensing water vapor on the outside of the tubes. The latent heat of vaporization transfers from the water vapor through the tube wall to the thin brine film on the inside of the tube. For every kilogram of water vapor that condenses, approximately one kilogram of water is evaporated from the brine film.





## aqua-chem ICD
Industrial Concentration & Desalination

The vapor condensing on the tube bundle is primarily water vapor but can also contain air and other non-condensables. These non-condensables will stay in the vicinity of the tube walls and impede heat transfer unless swept away by sufficiently high vapor velocities. A vent on the evaporator body continuously removes the non-condensables to maintain high heat transfer coefficients and to prevent loss of driving force (differential temperature) through excess subcooling of the heating vapor.

The brine is introduced at the top of the vessel and flows in a downward direction as a falling film. The brine is uniformly and generously directed to the full circumference of each tube as a thin film. Because the recirculation rate is many times greater than the evaporation rate, only a small change in concentration occurs down the tube length as evaporation takes place. The recirculation rate is chosen conservatively to ensure that the heat transfer surface is well wetted and localized drying is not encountered.

A proprietary dual perforated plate distributor ensures that the liquid is evenly distributed to the tubes. The plates have holes larger than 13 mm and have been proven to be much less susceptible to plugging than other designs including individual weir inserts or swirler inserts.

Careful design eliminates areas where the solids and impurities may collect and impede liquid flow and heat transfer. Design features include large holes in the distribution system, sloped bottoms, and smooth entrance to pump suctions.

## Mechanical Vapor Compression (VC)
Vapor compression is a highly efficient process using mechanical energy input to achieve evaporation and condensation. The fundamental difference between the vapor compression unit and the conventional evaporator is that the latent heat of vaporization is fully utilized in the VC evaporator. Since the evaporator also serves as the condenser, essentially all of the latent heat is recycled, with no rejection of heat to cooling water.

The evaporated vapor flows through the mist eliminator to the suction of the compressor. The compressor does work on the water vapor increasing the saturation pressure of the water vapor so that when it condenses, it does so at a higher temperature. The compressed vapor flows to the heating side of the evaporator. As it condenses, it transfers the latent heat of vaporization back to the liquid film on the tubeside.

The compression process produces discharge vapors that are superheated (i.e. hotter than the corresponding saturation temperature). Scaling, excessive fouling, and stress corrosion can occur if the superheated vapor is allowed to condense on the evaporator tube bundle. This scaling would occur as the sensible heat is transferred through the tube. To remove the superheat in the compressed vapor discharge, desuperheating water (in the form of distillate) is sprayed into the vapor stream. This distillate is very near the saturation temperature so latent heat is not removed from the vapor stream and can be used for the evaporation process.

A multi-stage centrifugal blower is used for the brine concentrator. It is coupled to a motor-driven gearbox. This type of compressor is very simple and easy to maintain. System turndown is achieved by the adjustment of the blower discharge damper valve. Turndown to 65% of rated capacity can be attained in this manner.

## Control
The system is designed for automatic cascade control. Evaporation rate in the brine concentrator is based on an operator setpoint. The damper valve at the compressor discharge controls vapor flow to the brine concentrator based on the distillate flow rate out of the system. All other flow rates automatically adjust based on this setpoint. The feed rate is based on distillate outflow and brine level in the brine concentrator. Pressure (and indirectly temperature) in the brine concentrator is controlled by venting excess steam to the atmosphere or by allowing external steam into the system. The





aqua-chem ICD
Industrial Concentration & Desalination

concentrated brine flow rate is remotely set based on feed and distillate flows. Operational parameters of system pressure, sump level, distillate level, and concentrate flow will be automatically controlled based on changes to the desired evaporation rate.

## Operation
The system is designed for manual start-up and automatic operation. The feed chemistry should be monitored periodically. Sufficient safeguards and interlocks to prevent unsafe conditions or equipment damage are included in this design. When the system is shut down it is important to either keep the system pressurized with steam to keep oxygen out or drain and flush the system to remove the chlorides. Chlorides in the presence of oxygen will accelerate corrosion and reduce equipment life.

## Maintenance
The required maintenance for this Aqua-Chem ICD Zero Liquid Discharge System is typical for commercial process equipment containing high quality industrial duty components. The unit's rotating equipment, such as pumps and compressors, require periodic adjustment, lubrication, and servicing of components such as seals. Instrumentation was specifically chosen to be durable and trouble free, but will require periodic adjustment and recalibration. If recommended spare parts are kept on hand and a preventative maintenance program is implemented, then the net availability (operating factor) can be expected to exceed 95%. The required maintenance procedures, recommended spare parts, and recommended preventative maintenance program will be provided by Aqua-Chem ICD.

## Washing
The heat transfer surface has been designed to operate at capacity with lightly scaled heat transfer surfaces. An occasional manual adjustment of the compressor valve will maintain the system capacity as the evaporators slowly scales and loses performance. When this valve has been fully opened and the necessary capacity can no longer be maintained, a chemical wash will be required to restore performance. A complete chemical cleaning procedure will normally take between 12 and 24 hours. The evaporators are normally cleaned by recirculating a hot 10% EDTA solution (diluted Nalco 760 for example) with the recirculation pumps. The cleaning solution is injected into the recirculation line. The solution is maintained hot (70 C) by using a small amount of steam flow through existing controls. Cleaning frequency for an evaporator of this type is typically once or twice per year.

It may be economical to hydroblast prior to cleaning with EDTA. This reduces the amount of EDTA required. We recommend a professional hydroblast crew do this work. Two 600 mm manholes on the top channel facilitate easier distribution plate removal and tube blasting.

## Materials of Construction
Due to the relatively high chloride content the major vessels wetted materials are 6% molybdenum stainless steel such as 254 SMO or AL6XN. Tubes are titanium grade 2. Other materials used for brine service include fiberglass, CD4MCu, Hastelloy C, and 316L Stainless Steel as applicable. Use of these materials will assure equipment life beyond 20 operating years.

## Spare Parts
Installing spare pumps in brine service would lead to stagnant areas and potential corrosion. Considering the high reliability of these pumps, it is better not to install spares but keep shelf spares. In the event a pump replacement is necessary, the feed storage tank would be used to collect the feed flow as it would be when the unit was shut down for cleaning. Upon startup the excess capacity designed into the unit will process the stored feed.

# APPENDIX B

# ZLD PROCESS FLOW DIAGRAM

