# Tab 18



# Aquatech

## Aqua-Chem ICD

### *Brine Concentration – Crystallizer ZLD System Design*

## Prepared for:
## AES Puerto Rico



aqua-chem ICD
Industrial Concentration & Desalination



A 113

# Brine Concentrator Design

## *Experience*



- 40 Years of Evaporation Experience

- Over 150 installations with evaporative capacities between 5 and 700 GPM for varied industrial concentration applications

- 35 projects using Vertical Falling Film evaporators

- 20 Zero Liquid Discharge projects for various industrial wastewater applications

- 40 Turnkey Projects



aqua-chem ICD
Industrial Concentration & Destination



A 114

# Brine Concentrator Design

*Presentation Overview*

- Brine Concentrator Principles
- Aquatech Aqua-Chem ICD
  - Brine Concentrator Design Features
- Materials of Construction



A 115

# Brine Concentrator Design
*Brine Concentrator Principles*

- Falling Film Evaporation

- Scaling

- Seeded Slurry



A 116



# Brine Concentrator Design

## Falling Film Process

- Steam
- Distributed Brine
- Condensed Heating Steam or Distillate
- Vapor with entrained drops to Mist Eliminators
- Falling Film
- Upper Tubesheet
- Titanium Tube
- Lower Tubesheet
- Concentrated Brine to sump & recirc pump

# Brine Concentrator Design

## Seeded Slurry Process



- Falling Brine Film
- Calcium Sulfate Seed Crystals
- Precipitating Calcium Sulfate Crystal Growth
- Precipitating Silica Crystals
- Silica Precipitating on Calcium Sulfate Crystals
- Condensed Steam
- Tube Wall



# Brine Concentrator Design

## 2 x Model 400 VTFF BC





A 119

# Brine Concentrator Design

*Brine Concentrator Design Factors*

- Feed Pretreatment
- Brine Distribution to Tubes
- Sump Design
- Mist Eliminators
- Compressor Selection
- Solids Control
- System Control
- Cleaning



A 120

# Brine Concentrator Design

*Feed Pretreatment*

- 6 pretreatment considerations
  - Alkalinity reduction to eliminate $CaCO_3$ scaling
    - Acidify to convert bicarbonate to $CO_2$
    - Heat and Deaerate to release $CO_2$
  - Determine whether Ca or $SO_4$ limits for $CaSO_4$ seeding. (Ca is usually limiting for CTB)



# Brine Concentrator Design

*Feed Pretreatment*

- 6 pretreatment considerations – *cont*

  – Determine $SiO_2$, F, and $PO_4$ to Ca ratio.
    Add Ca (as $CaCl_2$) to maintain design
    ratio

  – Deaerate to reduce $O_2$ and corrosion
    potential

  – Determine need for preheater anti-scalant
    based on $CaSO_4$ solubility at preheat
    conditions



# Brine Concentrator Design

*Feed Pretreatment Flow Diagram*
*Acid Add'n for Alkalinity Conversion*
*$Ca^{+2}$ Add'n for low $Ca^{+2}$ Feedwater*
*Anti-Scale Add'n for Preheater Scaling Prevention*



CTB Feed

Acid

Calcium
(as Req'd)

Feed
Tank

Anti-scale
as req'd

Feed
Pump

To Feed/Dist
HX



A 123

# Brine Concentrator Design

## *Feed Pretreatment Flow Diagram*
### *Deaeration of $CO_2$ and $O_2$*





# Brine Concentrator Design

*Feed Pretreatment-Deaerator Design*

- Flashing Type
  - No plugging of packing
  - Top barometric section heats feed and strips $CO_2$
  - Bottom flashing section releases $O_2$

Feed
$CO_2$ vent
Evap vent steam
$O_2$ /flash steam
Pre-treated feed to evap

# Brine Concentrator Design

*Brine Distribution to Tubes*

- Good Distribution Critical for Long Term Performance
  - Dry Tubes not Acceptable
  - Local Over-Concentration Causes Scaling
- Allowance for Tube Sheet Flatness Variations
- Allowance for Vessel Deviation from Vertical



# Brine Concentrator Design
## *Brine Distribution to Tubes – Options*

- Tube Inserts
- Distribution Plates
  - Single
  - Double



# Brine Concentrator Design

*Brine Distribution to Tubes – Options*

- Tube Inserts
  - Aqua-Chem Developed in Early 1980s
  - Effective at Distributing Liquid
  - Small holes subject to plugging



# Brine Concentrator Design

## *Insert Distributor*





A 129

# Brine Concentrator Design
## *Brine Distribution to Tubes*

## Single Distribution Tray Design

- Difficult to Balance:
  - Effective distribution over large tube sheets
  - Hole plugging
  - Splashing and liquid not on the tube wall



A 130

# Brine Concentrator Design

## *Brine Distribution to Tubes*

- Dual Distribution Tray Design
- Different Hole Distribution on each tray
  - Upper Tray for Gross Distribution over Tube Sheet
  - Lower Tray for Fine Distribution around each Tube
- Eliminates plugging, smallest hole is 3/4"
- Excellent, uniform wetting of tube perimeter



A 131

# Brine Concentrator Design

## Double Tray Distributor





# Brine Concentrator Design
## *Double Tray Distributor Sections*





# Brine Concentrator Design
## *Brine Distribution to Tubes*

- Brine Strainer for Large Solids
  - Strainer is located inside vessel
  - Strainer is accessible for cleaning from outside of vessel



A 134

# Brine Concentrator Design

## *Brine Distributor Strainer*





# Brine Concentrator Design

## *Sump Design*

- 1970s Evaporator Vessel Design
  - Internal Mist Eliminators
  - Large Sump Diameter
- 1990s Sump Design
  - External Mist Eliminators
  - Optimized Residence Time
  - Straight Sump for Desupersaturation



A 136



# Sump Design Comparison

|  | Integral Sump | Straight Side Sump |
|---|---|---|
| **Effective Residence** |  | Greater than integral |
| **Distillate Purity** | 10 ppm or less | 10 ppm or less |
| **Accessibility & Maintenance** |  | Advantage |
| **Cost** |  | Advantage |



A 138

# Brine Concentrator Design

*Mist Eliminators*

- Remove Small Suspended Droplets entrained in Evaporated Vapor
  - Important for Maintaining Distillate Purity
- Design Principles
  - The Difference in Momentum between Vapor and Liquid
  - Adhesion between Liquid and Solids



# Brine Concentrator Design

*Mist Eliminators*

- Two Types of Mist Eliminators
  - Wire Mesh
  - Vane (Chevron)



# Brine Concentrator Design

## *Mist Eliminators*

- Wire Mesh

  - Small Wires are Targets for Droplets

  - Small Droplets agglomerate into large Droplets and Drain by Gravity

  - Requires Horizontal Installation of Mesh inside Vessel

  - Velocities limited to allow Droplets to fall Countercurrent to Vapor



A 141

Mist Eliminator
Wire Mesh Type

Pure Vapor Exit

Mesh
Pad

Droplets
Coalesce

Droplets fall to sump

Water vapor with
entrained droplets

# Brine Concentrator Design

## *Mist Eliminators*

- Vane (Chevron) Two Step Process
  - First, Mesh agglomerates Fine Droplets into Large Droplets which are dragged forward by Vapor into Chevrons
  - Second, Droplets can not negotiate Serpentine Path in Chevrons
  - Vanes spacing is typically 3/4"



A 143



# Brine Concentrator Design
## *Vertical Mesh and Chevrons*

Chevrons—
Knock out
large droplets

2" Mesh—
Agglomerates
small droplets

Drain in bottom
of Housing Frame
(not shown)

Support Grid
on front and back
of Mesh

Housing Frame
(sides and top
not shown)

VAPOR
FLOW

A 144

# Brine Concentrator Design

## *Mist Eliminators*

- Vane (Chevron)
  - Vertical Orientation of Chevrons improves Performance
  - Smaller Flow Area Required, Results in Smaller Vessel and Lower Cost
  - Vertical Orientation allows External Installation for ease of Access



A 145



Mist Eliminator
External Chevron Type

Droplets cannot make zig-zag turn.
Droplets impinge, collect, and drain
down Chevron Mist Eliminator

Droplet free vapor

Droplets removed flow back to sump

Baffle

Water vapor with entrained droplets

A 146



Brine Concentrator Design

Vapor separator comparision

Internal Wire Mesh Separator

Disengaging Baffle

Vapor out

External Chevron Separator

Vapor out