# Brine Concentrator Design
## *Mist Eliminator Housing*





A 148

# Brine Concentrator Design

## Installed Mist Eliminator





# Brine Concentrator Design
## *Centrifugal Compressor Options*





A 150

# Brine Concentrator Design

*Compressor Selection*

- Compressor Selection Factors
  - Boiling Point Elevation
  - Evaporation Capacity
  - Relative Capital Cost



A 151

# Brine Concentrator Design

## *Compressor Selection – Operating Ranges*





# Brine Concentrator Design

## *Compressor Selection – Comparisons*

|  | Flakt | AC/Roots | Atlas Copco |
|---|---|---|---|
| Speed Relative to First Critical | Below | Above | Above |
| Casing | Fabricated Duplex SST | Cast Iron/Fabricated Steel | Cast Iron/Fabricated Steel |
| Impeller | Fabricated Duplex SST | Fabricated 410/430 SST & Cast 17-4 PH SST | Cast 17-4 PH SST |
| Bearings | Roller/Ball | Journal | Journal |
| Economic Range | Low Delta T | High Flow, Mid-Range Delta T | Low Flow, High Delta T |
| Cost Factor | 100% | >200% | >200% |



# Brine Concentrator Design

## *Compressor Selection – Standards*

- Standard Instrumentation
  - Vibration Monitoring
  - Lube Oil, Bearing, Gear, and Winding Temps
- Separate Gear and Bearing Pressurized Lube Systems, Air Cooled or Water Cooled
- Supplied with IGV for 50% turndown



# Brine Concentrator Design
## *Solids Control*

- Brine Blowdown used for Maintaining Total Solids Balance

- Brine Density used for Seed Slurry Management



A 155

# Brine Concentrator Design

*System Control*

- Capacity Manually Set - IGVs

- Operation is Automatic

- Control Loops

  – Feed pH control by acid injection to feed tank

  – Deaerator pressure control

  – Distillate level control

  – Feed Flow is controlled based on distillate/brine flow out of system and BC sump level



# Brine Concentrator Design
## *Materials of Construction*

- Material of construction to match application based on Aqua-Chem's 40 years of High Chloride Experience

- Temperature, pH, Dissolved $O_2$ and Chloride concentration are the variables that affect the selection of material



A 157

# Mixed Salt
# Crystallizer Design



# 15 gpm Steam Driven unit







## 50 gpm MVC unit



A 160

# Crystallizer
## *Heat Supply Options*

- Direct Steam (boiler or vent from BC)
- Thermocompressor (TC)
- Mechanical Vapor Compressor (MVC)



# Crystallizer
*Heat Supply Options*
*Selection Criteria*





# Crystallizer
*Economy Comparison*

- Direct Steam (boiler or vent from BC)
- Thermocompressor (TC)
- Mechanical Vapor Compressor (MVC)





A 163



# Crystallizer
## *Steam Driven*

MIST ELIMINATOR

CENTRATE/ FILTRATE FROM DEWATERING

FLASH TANK

SLURRY TO DEWATERING

RECIRC PUMP

CONDENSER

DIST PUMP

COND PUMP

COOLING WATER

DISTILLATE

STEAM

FEED

FORCED CIRCULATION HEAT EXCHANGER

CONDENSATE

A 164

# Crystallizer
## *Thermocompressor (TC) Driven*



# Crystallizer
## *Mechanical Vapor Compression*



MIST ELIMINATOR

CENTRATE/ FILTRATE FROM DEWATERING

MECHANICAL VAPOR COMPRESSOR

FLASH TANK

SLURRY TO DEWATERING

RECIRC PUMP

FEED

FORCED CIRCULATION HEAT EXCHANGER

CONDENSATE

COND PUMP

A 166

# Crystallizer
## *Important Design Parameters*

- Crystal Formation

    ➤ Predominantly NaCl and $Na_2SO_4$

    ➤ $CaSO_4$ least soluble

    ➤ NaCl and $NaSO_4$ solubility is depressed by presence of Mg and Ca Chloride salts



# Crystallizer

*Important Design Parameters*

- Foaming
  - ↑ Difficult to predict
  - ↑ Anti-foam dosing system required
  - ↑ Crystallizer distillate diversion auto valve required for high purity distillate specification
  - ↑ Instrumentation to indicate foaming
    - Level fluctuations
    - Recirculation Pump and Compressor current fluctuations
    - High distillate conductivity



A 168

# Crystallizer
*Important Design Parameters*

- Cycling of Mg, Ca, and Nitrates
  - ↑ Impact on boiling point elevation/compressor
  - ↑ Salts such as $NaNO_3$, $MgCl_2$, $MgNO_3$, $CaCl_2$ remain soluble and removed with moisture in cake
  - ↑ Increased brine slurry chloride concentration
  - ↑ Purge stream sometimes required
- Cycling of Organics
  - ↑ High solubility
  - ↑ High concentrations can impact boiling point elevation, viscosity, and foaming tendency



A 169



# Crystallizer
## *Important Design Parameters*



- Flash Tank Sizing
  - ↟ Based on vapor release rates
- Mist Eliminator
  - ↟ Vertical flow mesh pad style
  - ↟ < 10 ppm typical distillate purity



A 170

# Crystallizer
## *Important Design Parameters*

- Recirculation Rate

  ← High recirculation rate required to keep temperature rise over heating surface low, minimizing scaling potential

  

  ← High tubeside velocities minimize scaling and tube plugging

  ← High tubeside velocities increase the tubeside HTC



A 171

# Crystallizer
## *Important Design Parameters*

- **Suspended Solids Concentration**
  - ⬆ Limited to 20 % suspended solids to maintain high HTC's

- **Suppressed Boiling**
  - ⬆ No boiling or concentration change over the heating surface for scale control



# Crystallizer
## *Salt Cake Dewatering*

- ## Automated Belt Filter Press







# Crystallizer
## *Salt Cake Dewatering*

- ## Automated Belt Filter Press





# Crystallizer

*Salt Cake Dewatering*

- Dewatering Device- Belt Filter Press
  - ↟ Wetted parts are Inconel 625 & 6 Moly SST
  - ↟ 20 micron high temperature nylon belt
  - ↟ Batchwise operation
  - ↟ Cake discharge moisture controllable from 10 to 25%
  - ↟ PLC automated operation
  - ↟ Approximate 4 month filter belt life



# Crystallizer
## *Basic Control*

- Operation is Automatic
- Control Loops
  - ↟ Feed flow is controlled based on flash tank level
  - ↟ CTB added to Feed Tank to Maintain Level
  - ↟ Distillate flow is controlled based on distillate level or steam trap on smaller units
  - ↟ Pressure control similar to BC (vent/boiler)
  - ↟ Blowdown to dewatering based on slurry density



# Crystallizer
*Basic Control*

- Capacity Manually Set
  - ↟Steam flow control for steam driven units
  - ↟IGV for centrifugal compressor driven vapor compression crystallizers
  - ↟VFD or suction pressure for rotary lobe blower driven vapor compression crystallizers
  - ↟Distillate recycle



# Crystallizer
*Materials of Construction*

- Material of construction to match application based on Aqua-Chem's 40 years of High Chloride Experience

- Temperature, pH, Dissolved $O_2$ and Chloride concentration are the variables that affect the selection of material



# Brine Concentrator Design

## *Materials of Construction*

Materials Selection as a Function of Temperature
Deaerated Solutions, Chloride Concentrations
from 1,000 to 20,000 ppm, pH > 6



Notes:   1) Subtract 30C from each range for aerated solutions
2) 654 SMO flange facing for aerated solutions >80C
3) 317L is used for concentrations between 100 and 1000 ppm



A 179

# Brine Concentrator Design

## *Materials of Construction*

Materials as a function of Chloride Concentration for 110 C Deaerated Solutions, pH>6



Notes:   1) * Inconel 625 can also be used instead of 654 SMO
         2) For pH > 10 alternate materials may be considered



# david.stone

\\server\name

PSCRIPT Page Separator

# Crystallizer

*Salt Cake-Dewatering*

- Dewatering Device- Belt Filter Press
  - ↟ Wetted parts are Inconel 625 & 6 Moly SST
  - ↟ 20 micron high temperature nylon belt
  - ↟ Batchwise operation
  - ↟ Cake discharge moisture controllable from 10 to 25%
  - ↟ PLC automated operation
  - ↟ Approximate 4 month filter belt life



A 182

# Crystallizer
## *Basic Control*

- Operation is Automatic
- Control Loops
  - ← Feed flow is controlled based on flash tank level
  - ← CTB added to Feed Tank to Maintain Level
  - ← Distillate flow is controlled based on distillate level or steam trap on smaller units
  - ← Pressure control similar to BC (vent/boiler)
  - ← Blowdown to dewatering based on slurry density



A 183

# Crystallizer
## *Basic Control*

- Capacity Manually Set
  - ↑ Steam flow control for steam driven units
  - ↑ IGV for centrifugal compressor driven vapor compression crystallizers
  - ↑ VFD or suction pressure for rotary lobe blower driven vapor compression crystallizers
  - ↑ Distillate recycle



A 184

# Crystallizer
## *Materials of Construction*

- Material of construction to match application based on Aqua-Chem's 40 years of High Chloride Experience

- Temperature, pH, Dissolved $O_2$ and Chloride concentration are the variables that affect the selection of material



A 185

# Brine Concentrator Design

## *Materials of Construction*

Materials Selection as a Function of Temperature Deaerated Solutions, Chloride Concentrations from 1,000 to 20,000 ppm, pH > 6



**Notes:**  1) Subtract 30C from each range for aerated solutions
2) 654 SMO flange facing for aerated solutions >80C
3) 317L is used for concentrations between 100 and 1000 ppm

# Brine Concentrator Design

*Materials of Construction*

Materials as a function of Chloride Concentration for 110 C
Deaerated Solutions, pH>6



Notes:   1) * Inconel 625 can also be used instead of 654 SMO
         2) For pH > 10 alternate materials may be considered



A 187

# Brine Concentrator Design
## *Centrifugal Compressor Options*



