# Tab 22

# In The Matter Of:

*AES Puerto Rico, L.P. v.*
*Alstom Power, Inc.*

*Doug Tomlin*
*February 28, 2006*

*Morse Gantverg & Hodge Court Reporters, Inc.*
*Suite 719, One Bigelow Square*
*Pittsburgh, Pennsylvania  15219*
*1-800-966-4157*

ORIGINAL

Original File tomlin.txt, Pages 1-200

**Word Index included with this Min-U-Script®**

This Page Intentionally Left Blank

A 207

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

**Page 1**

```
           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
                          - - -

AES PUERTO RICO, L.P.,      )
                            )
              Plaintiff,    )   Civil Action
                            )   CA NO.
        vs.                 )   04-1282-JJF
                            )
ALSTOM POWER, INC.,         )
                            )
              Defendant.    )

                          - - -

              Deposition of DOUG TOMLIN

              Tuesday, February 28, 2006

                          - - -

        The deposition of DOUG TOMLIN, called as a
witness by the Defendant, pursuant to notice and the
Federal Rules of Civil Procedure pertaining to the
taking of depositions, taken before me, the
undersigned, Jessica L. Tapia, a Notary Public in and
for the Commonwealth of Pennsylvania, at the offices
of Blumling & Gusky, Koppers Building, 436 Seventh
Avenue, Suite 600, Pittsburgh, Pennsylvania 15219,
commencing at 9:34 o'clock a.m., the day and date
above set forth.
                          - - -
              COMPUTER-AIDED TRANSCRIPTION BY
                 MORSE, GANTVERG & HODGE, INC.
                   PITTSBURGH, PENNSYLVANIA
                         412-281-0189
                          - - -
```

**Page 2**

```
APPEARANCES:
    On behalf of the Plaintiff:
        Williams & Connolly, LLP:
        Ann N. Sagerson, Esquire
        725 Twelfth Street N.W.
        Washington, DC 20005

    On behalf of the Defendant:

        Ober, Kaler, Grimes & Shriver, P.C.:
        Michael A. Schollaert, Esquire
        120 E. Baltimore Street
        Baltimore, Maryland 21202-1643
                          - - -

              ALSO RECORDED VIA VIDEOTAPE
                          - - -
```

**Page 3**

P-R-O-C-E-E-D-I-N-G-S

**THE VIDEOGRAPHER:** My name is Carrin Moliterno. My address is 9101 Maple Street, Pittsburgh, PA 15239.

My company's name is Morse, Gantverg & Hodge, Incorporated. We are located at One Bigelow Square, Suite 719, Pittsburgh PA 15219.

Today is February 28th, 2006. It is currently 9:34 a.m. This is the deposition of Doug Tomlin taken at Blumling & Gusky, 1200 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219.

This is the case of AES Puerto Rico L.P. versus Alstom Power, Incorporated in the United States District Court for the District of Delaware.

The name of the deponent is Doug Tomlin. The deposition is being taken by defendant, Alstom Power, Incorporated.

This begins the deposition of Doug Tomlin. The court reporter may now swear the witness.

- - -

DOUG TOMLIN
called as a witness by the Defendant, having been first duly sworn, as hereinafter certified, was

**Page 4**

deposed and said as follows:

**EXAMINATION**
**BY MR. SCHOLLAERT:**

Q  Good morning, Mr. Tomlin. Can you just state your name briefly for the record?

A  Doug Tomlin.

Q  As the videographer said, we are here today to take your deposition in the case of AES Puerto Rico LP versus Alstom Power, Inc. It is February 28th.

Just as a couple preliminary matters, have you ever had your deposition taken before?

A  I have not.

Q  Okay. Just to let you know, although this is being videotaped, the stenographer over there is also taking a written record. So it's important that we don't talk over each other or else she will have difficulty putting together a clean record. If you will let me finish my question and I will try to -- I will let you finish your answer as well.

If you have any questions or you don't understand any of my questions, feel free to ask me to repeat. I just want to make sure we are on the same page at all times. If you need to take a break at any time, just please ask me to do so. If I'm in the

Case 1:04-cv-01282-JJF    Document 95-9    Filed 03/24/2006    Page 5 of 12

Doug Tomlin                                                                  AES Puerto Rico, L.P. v.
February 28, 2006                                                            Alstom Power, Inc.

Page 5

[1] middle of a line of questioning, I may briefly finish
[2] that line of questioning and we will grant your
[3] request right thereafter.
[4]     Because we are on a written record here,
[5] I'm going to ask you to make sure all of your answers
[6] are oral rather than shaking your head or saying
[7] uh-huh or huh-uh.
[8]     Do you understand all of those basic ground
[9] rules?
[10] A   I understand.
[11] Q   Do they sound fair to you?
[12] A   They sound fair.
[13] Q   Okay. How old are you, Mr. Tomlin?
[14] A   I am 41.
[15] Q   Where do you currently live?
[16] A   Chippewa.
[17] Q   Where is Chippewa?
[18] A   It is actually Beaver Falls, Pennsylvania.
[19] Q   Beaver Falls, Pennsylvania. How long have
[20] you been there?
[21] A   Going on two years.
[22] Q   And do you have a secondary education? Do
[23] you have a high school diploma?
[24] A   I have a high school diploma.
[25] Q   Did you go to college?

Page 6

[1] A   I have been to small courses in college but
[2] no degree.
[3] Q   Okay. Are any of those course related to
[4] the power industry?
[5] A   Some were, yes.
[6] Q   Do you remember which of those courses were
[7] related to the power industry?
[8] A   Some of the courses that I went to after
[9] high school were in the Navy, they were power plant
[10] boiler schools, things of that nature.
[11] Q   Do you know specifically any of the power
[12] plant classes that you took?
[13] A   I can't remember the names.
[14] Q   You stated that you were in the Navy.
[15]     How long were you in the Navy?
[16] A   For five years.
[17] Q   And what was your position in the Navy?
[18] A   I was what they call a machinists mate.
[19] Q   What is a machinist maker?
[20] A   Mate.
[21] Q   Mate. Machinist mate, what does a
[22] machinist mate do?
[23] A   Machinist mate is primarily over steam
[24] turbines, feed water, pumps, all of the associated
[25] equipment with it.

Page 7

[1] Q   Where were you stationed, on a ship?
[2] A   That is correct.
[3] Q   And were do you currently work?
[4] A   AES Beaver Valley.
[5] Q   Do you know, is a AES Beaver Valley -- do
[6] you know what kind of business it is? I'm sorry. Let
[7] me rephrase that. Strike that.
[8]     Is AES Beaver Valley a limited partnership?
[9]     MS. SAGERSON: Objection, calls for a legal
[10] conclusion.
[11] Q   If you can, can you answer the question?
[12] A   I do not understand what you are asking.
[13] Q   Is it AES Beaver Falls, LP?
[14]     MS. SAGERSON: Same objection.
[15] Q   Do you know what the relationship between
[16] AES Beaver Falls and the AES Corporation is?
[17] A   AES Beaver Valley, I do not know.
[18] Q   Okay. Is AES Corporation the parent
[19] corporation of AES Beaver Valley?
[20] A   I believe so, yes.
[21] Q   I'm just going back for a second.
[22]     Do you have any licenses, professional
[23] licenses?
[24] A   In what aspect?
[25] Q   In engineering, or any sort of

Page 8

[1] certifications of any kind.
[2] A   I do not believe so.
[3] Q   How long have you been at AES Beaver Valley
[4] or Beaver Falls?
[5] A   Two years.
[6] Q   What is your current position at AES Beaver
[7] Falls?
[8] A   Control room team leader.
[9] Q   How long have you been the control room
[10] team leader at AES Beaver Falls?
[11] A   Two years.
[12] Q   So the entire time you have been at AES
[13] Beaver Falls, you have been the control room team
[14] leader?
[15] A   That's correct.
[16] Q   What are your responsibilities at AES
[17] Beaver Falls as control room team leader?
[18] A   To oversee operations of the plant that
[19] involve the control room operators.
[20] Q   What sort of operations do you oversee?
[21] A   To ensure plant availability, reliability
[22] and safe, clean production.
[23] Q   Is AES Beaver Falls a coal fire power
[24] plant?
[25] A   That's correct.

A 209

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Doug Tomlin  
February 28, 2006

Page 9

[1] Q  Is AES Beaver Falls a circulating fluidized
[2] bed coal power plant?
[3] A  It is not.
[4] Q  It is not.
[5]    What type of coal fired power plant is it?
[6] A  It is pulverized coal.
[7] Q  Pulverized coal.
[8]    Do you know who manufactured the boiler at
[9] AES Beaver Falls?
[10] A  We have four different boilers, three are
[11] B & W and the other is CE.
[12] Q  You said --
[13] A  Three are B & W.
[14] Q  And the other is Combustion Engineering?
[15] A  Correct.
[16] Q  Thank you.
[17]    Does AES Beaver Falls have pollution
[18] control equipment?
[19] A  They have pollution control equipment.
[20] Q  What type of pollution control equipment
[21] does AES Beaver Falls have?
[22] A  They have an electrostatic precipitator and
[23] a wet scrubber.
[24] Q  Do your job responsibilities at AES Beaver
[25] Falls involve overseeing the ESP or the wet scrubber?

Page 10

[1] A  Could you repeat that.
[2] Q  Do your job responsibilities at AES Beaver
[3] Falls involve overseeing the ESP?
[4] A  Overseeing, as far as in?
[5] Q  Functioning of it?
[6]    MS. SAGERSON: Objection to form.
[7] A  I watch the operations.
[8] Q  Do you watch the maintenance of the
[9] electrostatic precipitator?
[10] A  I do not.
[11] Q  What do you mean by you watch the operation
[12] of the electrostatic precipitator?
[13] A  To ensure that we stay in compliance with
[14] environmental limits.
[15] Q  Do you oversee the operation of the wet
[16] scrubber at AES Beaver Falls?
[17]    MS. SAGERSON: Objection to form, vague.
[18]    You can answer.
[19] A  I do not.
[20] Q  In general, does the flue gas enter the wet
[21] scrubber prior to entering the ESP at AES Beaver
[22] Falls?
[23]    MS. SAGERSON: Objection, lack of
[24] foundation.
[25] A  Could you repeat that.

Page 11

[1] Q  Does the flue gas at AES Beaver Falls go
[2] through the wet scrubber prior to going through the
[3] ESP?
[4]    MS. SAGERSON: Same objection.
[5] A  It does not.
[6] Q  Does not.
[7]    How is the CES configured in relation to
[8] the ESP?
[9]    MS. SAGERSON: Objection, mischaracterizes
[10] the witness's prior testimony.
[11] A  Could you repeat that question?
[12] Q  How is the CES configured in relation to
[13] the ESP?
[14]    MS. SAGERSON: Same objection.
[15] A  We have no CES.
[16] Q  Excuse me. How is the wet scrubber
[17] configured in relation to the ESP?
[18]    MS. SAGERSON: Objection, vague.
[19] A  I'm not understanding what you are asking.
[20] Q  When the flue gas exits the boiler at AES
[21] Beaver Falls, where does it go next?
[22] A  It goes into the precipitator.
[23] Q  And then from the precipitator, where does
[24] it go?
[25] A  Into the wet scrubber.

Page 12

[1] Q  Okay. Thank you.
[2]    Where were you employed prior to AES Beaver
[3] Falls?
[4] A  AES Puerto Rico.
[5] Q  Do you recall when you left AES Puerto
[6] Rico?
[7] A  I left December of '03.
[8] Q  What was your position at the time you left
[9] AES Puerto Rico?
[10] A  At the time I left, I was the boiler area
[11] team leader.
[12] Q  What time did you -- when did you begin
[13] your employment at AES Puerto Rico?
[14] A  If my memory serves me right, it was March
[15] of '01, I think. I am not 100 percent sure.
[16] Q  What was your position when you began
[17] employment at AES Puerto Rico?
[18] A  I was the control room team leader.
[19] Q  Did you have any other title when you were
[20] employed by AES Puerto Rico?
[21] A  I did.
[22] Q  What were those titles?
[23] A  Operations manager.
[24] Q  Any others?
[25] A  And as I previously stated, boiler team

A 210

Case 1:04-cv-01282-JJF    Document 95-9    Filed 03/24/2006    Page 7 of 12

Doug Tomlin                                                                          AES Puerto Rico, L.P. v.
February 28, 2006                                                                    Alstom Power, Inc.

Page 13

[1] leader.
[2] Q    So when you began employment at AES Puerto
[3] Rico, you were the -- excuse me -- strike that.
[4]      When you began employment at AES Puerto
[5] Rico, you were the control room team leader?
[6] A    That is correct.
[7] Q    And then you became the operations manager;
[8] is that correct?
[9] A    That's correct.
[10] Q   And then you became the boiler team leader;
[11] is that correct?
[12] A    That is correct.
[13] Q    Do you recall when you switched from the
[14] control room team leader to the operations manager?
[15] A    I do not recall.
[16] Q    Do you know roughly when you switched from
[17] control room team leader to operations manager?
[18] A    I do not recall.
[19] Q    Do you recall if it was in 2002?
[20] A    I cannot. I do not recall.
[21] Q    Do you recall when you became the boiler
[22] team leader?
[23] A    I do not recall the exact date.
[24] Q    Do you recall a rough estimate of the date?
[25] A    I can't recall, no.

Page 14

[1] Q    Do you recall how long you held each
[2] position?
[3] A    I can't recall exactly.
[4] Q    Can you recall, generally?
[5] A    I can't recall.
[6] Q    Do you recall which position you held the
[7] longest at AES Puerto Rico?
[8] A    I really can't recall.
[9] Q    What were your responsibilities as control
[10] room team leader at AES Puerto Rico?
[11] A    Could you repeat that please?
[12] Q    What were your responsibilities as control
[13] room leader at AES Puerto Rico?
[14] A    To oversee operations of the plant from the
[15] control room aspect.
[16] Q    Did you oversee operations of the
[17] electrostatic precipitator at AES Puerto Rico?
[18]     MS. SAGERSON: Objection to form, vague and
[19] ambiguous.
[20] A    Repeat that.
[21] Q    Did you oversee operations of the
[22] electrostatic precipitator at AES Puerto Rico?
[23]     MS. SAGERSON: Same objection. I'm sorry.
[24] Are you saying oversee or ever see?
[25]     MR. SCHOLLAERT: Oversee.

Page 15

[1] A    I'm not understanding the full question.
[2] Q    As control room team leader, you testified
[3] that you oversaw operations of the plant from a
[4] control room aspect; is that correct?
[5] A    That is correct.
[6] Q    Did you oversee operations of the
[7] electrostatic precipitator at AES Puerto Rico?
[8]     MS. SAGERSON: Objection to form, vague,
[9] and mischaracterizing the witness's prior
[10] testimony.
[11] A    I'm still not fully understanding what
[12] you're wanting.
[13] Q    Was it part of your responsibilities to
[14] operate the electrostatic precipitator at AES Puerto
[15] Rico?
[16] A    It was the responsibility of the control
[17] room operators.
[18] Q    And you supervised the control room
[19] operators?
[20] A    That is correct.
[21] Q    Did you instruct people how to operate the
[22] electrostatic precipitator at AES Puerto Rico?
[23]     MS. SAGERSON: Objection to form.
[24] A    Repeat that question, please.
[25] Q    Did you instruct the control room operators

Page 16

[1] how to operate the electrostatic precipitator at AES
[2] Puerto Rico?
[3]     MS. SAGERSON: Same objection.
[4] A    I would say I did not.
[5] Q    So you supervised control room operators
[6] but you did not instruct them how to operate the
[7] electrostatic precipitator; is that correct?
[8] A    That is correct.
[9] Q    Who instructed control room team leaders
[10] how to operate the electrostatic precipitator at AES
[11] Puerto Rico?
[12] A    Repeat the question.
[13] Q    Who instructed the control room operators
[14] how to operate the electrostatic precipitator at AES
[15] Puerto Rico?
[16] A    We followed the direction of Alstom and
[17] EEC.
[18] Q    Whose direction at Alstom did you follow?
[19] A    I can't recall.
[20] Q    Can you not recall who at Alstom instructed
[21] you how to operate --
[22] A    There were different people at different
[23] times. I can't recall.
[24] Q    Do you recall any of their names?
[25] A    I recall Jim Maidenford. I recall

Page 17

[1] Tom Coleman.
[2] Q   Any others?
[3] A   I can't recall their names at this time.
[4] Q   Do you recall any of the EEC employees who
[5] instructed the control room operators how to operate
[6] the electrostatic precipitator at AES Puerto Rico?
[7] A   I recall Bill VanHooser.
[8] Q   Were there any other EEC employees?
[9] A   I can't recall at this time.
[10] Q   Let's switch gears for a second.
[11]     Prior to AES Puerto Rico, by whom were you
[12] employed?
[13] A   AES Shadypoint.
[14] Q   Where is AES Shadypoint?
[15] A   It is in Oklahoma.
[16] Q   And what was your title at AES Shadypoint?
[17]     MS. SAGERSON: Objection to form.
[18] A   My title when?
[19] Q   What was the title of your employment when
[20] you left AES Shadypoint?
[21] A   Control room team leader.
[22] Q   Did you have any other titles when you were
[23] employed by AES Shadypoint?
[24] A   I did.
[25] Q   What were those titles?

Page 18

[1] A   Boiler turbine operator.
[2] Q   That's one position?
[3] A   Correct.
[4] Q   Any other positions?
[5] A   Relief operator.
[6] Q   What does a relief operator do?
[7] A   Covers vacations for the control room
[8] boilers.
[9] Q   Did you have any other positions at
[10] AES Shadypoint?
[11] A   Could you repeat the positions that I told
[12] you?
[13] Q   While you were at AES Shadypoint, you were
[14] the control room team leader; correct?
[15] A   Correct.
[16] Q   While you were at AES Shadypoint, you were
[17] the boiler turbine operator; is that correct?
[18] A   Correct.
[19] Q   And while you were at AES Shadypoint, you
[20] were a relief operator; is that correct?
[21] A   Correct.
[22] Q   Did you have any other titles?
[23] A   Control room operator.
[24] Q   Did you have any other titles at
[25] AES Shadypoint?

Page 19

[1] A   Not that I remember. I believe that's all.
[2] Q   Is AES Shadypoint a coal fire power plant?
[3] A   That is correct.
[4] Q   What type of boilers do they have at
[5] AES Shadypoint?
[6] A   CE.
[7] Q   How many boilers do they have?
[8] A   Four.
[9] Q   Does AES Shadypoint have pollution control
[10] equipment?
[11] A   That's correct.
[12] Q   What is the name of the pollution control
[13] equipment that AES Shadypoint has?
[14] A   They have a baghouse.
[15] Q   Is the baghouse used to remove fly ash from
[16] the flue gas?
[17] A   That's correct.
[18] Q   How does AES Shadypoint control SO2?
[19] A   Limestone injection into the boiler.
[20] Q   Did AES Shadypoint have a scrubber of any
[21] kind?
[22] A   They did not.
[23] Q   All of the SO2 emissions were controlled
[24] from limestone into the boilers?
[25]     MS. SAGERSON: Objection to form.

Page 20

[1] A   Repeat that question.
[2] Q   Was all of the SO2 emissions controlled
[3] through injection of limestone in the boilers?
[4]     MS. SAGERSON: Same objection.
[5] A   That is correct.
[6] Q   By whom were you employed prior to
[7] AES Shadypoint?
[8] A   I worked for Erros Furniture.
[9] Q   Where is that?
[10] A   Fort Smith, Arkansas.
[11] Q   What was you position there?
[12] A   I was -- I upholstered furniture.
[13] Q   And prior to Erros Furniture, where were
[14] you employed?
[15] A   Riverside Furniture.
[16] Q   And prior to Riverside Furniture?
[17] A   United States Navy.
[18] Q   That takes us full circle.
[19]     Prior to your employment at AES Puerto
[20] Rico, had you ever worked at a power plant that had a
[21] circulating dry scrubber?
[22] A   Repeat the question.
[23] Q   Prior to your employment at AES Puerto
[24] Rico, had you ever worked at a power plant that had a
[25] circulating dry scrubber?

### Page 21

[1]  A  I did not.  
[2]  Q  Prior to your employment at AES Puerto  
[3]  Rico, had you ever worked at a plant that had an  
[4]  electrostatic precipitator?  
[5]  A  I did not.  
[6]  Q  So prior to your employment at AES Puerto  
[7]  Rico, you had no experience with a circulating dry  
[8]  scrubber; is that correct?  
[9]      MS. SAGERSON: Objection to the form,  
[10]  mischaracterizes the witness's prior testimony.  
[11]  Q  Can you answer the question, please?  
[12]  A  Repeat the question.  
[13]  Q  Prior to your employment at AES Puerto  
[14]  Rico, you had no experience working with a circulating  
[15]  dry scrubber; is that correct?  
[16]      MS. SAGERSON: Same objection.  
[17]  A  I did not.  
[18]  Q  Prior to your employment at AES Puerto  
[19]  Rico, you did not have any experience working with an  
[20]  electrostatic precipitator; is that correct?  
[21]      MS. SAGERSON: Object to form.  
[22]  A  Repeat that, please.  
[23]  Q  Prior to your employment at AES Puerto  
[24]  Rico, you had no experience working with an  
[25]  electrostatic precipitator; is that correct?

### Page 22

[1]      MS. SAGERSON: Same objection.  
[2]  A  That is correct.  
[3]  Q  Did you have any training to prepare you  
[4]  for your position at AES Puerto Rico?  
[5]      MS. SAGERSON: Objection to form, vague.  
[6]  A  I'm not sure what you're asking.  
[7]  Q  Did you have any training prior to your  
[8]  employment -- excuse me. Strike that.  
[9]      You began employment at AES Puerto Rico in  
[10]  about March of 2001; is that correct?  
[11]  A  I believe that's correct.  
[12]  Q  Did you undergo any training at the plant,  
[13]  by that, I mean at the AES Puerto Rico plant?  
[14]      MS. SAGERSON: Objection to form.  
[15]      Are you referring to initially?  
[16]      MR. SCHOLLAERT: I'm referring to any  
[17]  training.  
[18]      MS. SAGERSON: Object to form, vague and  
[19]  ambiguous.  
[20]      You can answer.  
[21]  A  I had some training.  
[22]  Q  What training did you have?  
[23]  A  Duke/Fluor Daniel through some training  
[24]  classes of different subjects.  
[25]  Q  Do you recall what those subjects were?

### Page 23

[1]  A  I cannot remember.  
[2]  Q  Were those training sessions only given by  
[3]  DFD employees?  
[4]      MS. SAGERSON: Object to form,  
[5]  mischaracterizes the witness's prior testimony.  
[6]  A  I can't recall who gave the training.  
[7]  Q  Did you attend any training by Alstom  
[8]  personnel?  
[9]  A  I can't recall.  
[10]  Q  Did you attend any training by  
[11]  Environmental Elements Corporation personnel?  
[12]      MS. SAGERSON: Objection to form, vague.  
[13]      Do you mean formal training classes?  
[14]  Q  Did you --  
[15]      MR. SCHOLLAERT: Yes, I do.  
[16]  BY MR. SCHOLLAERT:  
[17]  Q  Did you undergo any formal training by  
[18]  Environmental Elements Corporation personnel?  
[19]  A  I can't recall.  
[20]  Q  Did you undergo any informal training by  
[21]  Environmental Element personnel?  
[22]  A  I can't recall.  
[23]  Q  Did you undergo any training with respect  
[24]  to the electrostatic precipitator at AES Puerto Rico?  
[25]      MS. SAGERSON: Objection to form, vague.

### Page 24

[1]  A  I can't recall.  
[2]  Q  Did you undergo any training with respect  
[3]  to the circulating dry scrubber at AES Puerto Rico?  
[4]      MS. SAGERSON: Objection, vague and  
[5]  ambiguous.  
[6]  A  I can't recall.  
[7]  Q  Did you read any operation manuals with  
[8]  respect to the electrostatic precipitator at AES  
[9]  Puerto Rico?  
[10]      MS. SAGERSON: Objection, vague and  
[11]  ambiguous.  
[12]  A  Repeat that, please.  
[13]  Q  Did you read any operations manuals with  
[14]  respect to the electrostatic precipitator at AES  
[15]  Puerto Rico?  
[16]      MS. SAGERSON: Same objection.  
[17]  A  I can't recall at this time.  
[18]  Q  Did you read any operations manuals with  
[19]  respect to the circulating dry scrubber at AES Puerto  
[20]  Rico?  
[21]      MS. SAGERSON: Objection, vague and  
[22]  ambiguous.  
[23]  A  I can't recall.  
[24]  Q  Do you recall if there were any operations  
[25]  manuals for the electrostatic precipitator at AES

**Page 25**

[1] Puerto Rico?
[2]     MS. SAGERSON: Objection, vague and
[3] ambiguous.
[4]   A  Repeat that, please.
[5]   Q  Do you recall if there were any operations
[6] manuals with respect to the electrostatic
[7] precipitators at AES Puerto Rico?
[8]     MS. SAGERSON: Same objection.
[9]   A  I recall that there were some, but they
[10] kept changing, EEC kept changing them.
[11]   Q  What do you mean by that?
[12]   A  EEC kept giving us guidance of how to
[13] operate different things, and it was not working, so
[14] they would keep revising it. I'm unsure of how many
[15] revisions there were.
[16]   Q  Do you recall how many manuals there were?
[17]   A  I do not recall.
[18]     MR. SCHOLLAERT: For the record, I'm
[19] marking Deposition Exhibit No. 1 and handing it
[20] to the witness.
[21]     (Thereupon, Tomlin Deposition Exhibit No. 1
[22] was marked for identification.)
[23]   Q  Mr. Tomlin, without reading it, because
[24] it's obviously quite a big document, do you recall
[25] seeing the front page of this document before?

**Page 26**

[1]   A  I do not recall seeing this.
[2]   Q  Can you turn to the second page. Look over
[3] it briefly please and let me know when you're done.
[4]   A  Okay.
[5]   Q  Do you recall seeing that page before?
[6]     MS. SAGERSON: Objection, you're pulling
[7] one page out of a lengthy manual and asking him
[8] if he recalls ever seeing one page before.
[9]     MR. SCHOLLAERT: I'm just asking him if he
[10] ever recalls seeing this.
[11]     MS. SAGERSON: Objection to form. I don't
[12] know how the witness can answer this question.
[13]   A  I do not recall.
[14]   Q  Can you turn to the page that is marked at
[15] the bottom right-hand corner, EEC-06011. Look over it
[16] briefly and let me know when you're done.
[17]   A  Okay.
[18]   Q  Do you recall ever seeing section 4.1
[19] before?
[20]     MS. SAGERSON: Objection to form.
[21]   A  I do not recall.
[22]   Q  Can you turn to the next page, please.
[23] Look over it and let me know when you're finished.
[24]   A  Okay.
[25]   Q  Do you recall having ever reviewed section

**Page 27**

[1] 4.2 before?
[2]     MS. SAGERSON: Objection to form. I'm
[3] going to raise the same objection. You are
[4] pulling out random pages of a lengthy document
[5] and asking him if he has ever seen them. I think
[6] this is totally unfair.
[7]   A  I do not recall.
[8]   Q  Thank you. Just for the record, can you
[9] turn to page 1, please, the first page. Can you just
[10] read the title of this document, please?
[11]     MS. SAGERSON: Objection to form, that is
[12] vague. I don't know where the title is.
[13]   Q  Can you read the first line of the
[14] document, please, Exhibit No. 1.
[15]   A  "Operation and Maintenance Manual, Volume
[16] 1."
[17]   Q  And can you read the middle section that
[18] begins with "Environmental"?
[19]   A  Environmental Elements Corporation.
[20]   Q  Thank you. You can put that aside.
[21]     Do you recall reviewing any videotape
[22] training provided by Environmental Elements
[23] Corporation?
[24]     MS. SAGERSON: Objection to form.
[25]   A  I do not recall.

**Page 28**

[1]   Q  Do you recall the existence of any
[2] videotapes in the control room at AES Puerto Rico?
[3]     MS. SAGERSON: Objection to form, vague and
[4] ambiguous.
[5]   A  Repeat the question, please.
[6]   Q  Do you recall the existence of any
[7] videotapes in the control room at AES Puerto Rico?
[8]     MS. SAGERSON: Same objection.
[9]   A  I do not recall.
[10]   Q  In general, did AES Puerto Rico keep
[11] operation manuals in the control room at AES Puerto
[12] Rico?
[13]     MS. SAGERSON: Objection to form.
[14]   A  I don't recall.
[15]   Q  You don't recall there being any operation
[16] manuals in the control room at AES Puerto Rico; is
[17] that correct?
[18]     MS. SAGERSON: Objection to form, asked and
[19] answered.
[20]   A  I do not recall.
[21]   Q  Did you undergo any other formal training
[22] at AES Puerto Rico?
[23]     MS. SAGERSON: Objection to form.
[24]   A  I can't recall at this time.
[25]   Q  Were you required to read any operations

Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Page 29

[1] manuals as part of your responsibilities at AES Puerto  
[2] Rico?  
[3]   A   I can't recall sitting here. I don't  
[4] remember.  
[5]   Q   In your position as control room team  
[6] leader, was it your responsibility to train the  
[7] control room operators?  
[8]       MS. SAGERSON: Objection to form.  
[9]   A   Repeat that question, please.  
[10]  Q   In your position as control room team  
[11] leader at AES Puerto Rico, was it your responsibility  
[12] to train the control room operators?  
[13]      MS. SAGERSON: Objection to form, vague and  
[14] ambiguous.  
[15]  A   It was my responsibility to assist in  
[16] training them.  
[17]  Q   Whom did you assist?  
[18]  A   Assisted Alstom, EEC, Duke/Fluor Daniel.  
[19]  Q   Do you recall in assisting in any training  
[20] in regards to the electrostatic precipitator?  
[21]  A   I do not recall at this time.  
[22]  Q   Do you recall assisting in any training in  
[23] regards to the circulating dry scrubber?  
[24]  A   I cannot recall.  
[25]  Q   From now, on is it fair if I call the  

Page 30

[1] circulating dry scrubber a CDS?  
[2]  A   That is fair.  
[3]  Q   You will understand what I am talking about  
[4] if I just call it a CDS?  
[5]  A   Yes.  
[6]  Q   Thank you.  
[7]      Do you recall observing any training  
[8] provided by Alstom to the control room operators with  
[9] respect to the electrostatic precipitator?  
[10] A   Repeat that question, please.  
[11] Q   Do you recall observing any training by  
[12] Alstom personnel to the control room operators with  
[13] respect to the electrostatic precipitator?  
[14] A   I do recall observing some training, I  
[15] cannot remember what training it was.  
[16] Q   Can you tell me what you do recall?  
[17] A   I just recall Alstom or EEC training or  
[18] giving operational guidance to the operators of how to  
[19] run the CDS.  
[20] Q   Just to clarify, my question was with  
[21] respect to the electrostatic precipitator. I just  
[22] want to keep the two separate.  
[23] A   Okay.  
[24] Q   So did you observe any training by Alstom  
[25] personnel with respect to the electrostatic  

Page 31

[1] precipitator?  
[2]  A   I don't recall.  
[3]  Q   Did you observe any training by Alstom  
[4] personnel with respect to the circulating dry  
[5] scrubber?  
[6]  A   I recall seeing some training of the CDS,  
[7] but I can't recall exactly what, as I stated earlier.  
[8]  Q   Do you recall the contents of any of that  
[9] training --  
[10]     MS. SAGERSON: Objection, vague.  
[11] Q   -- with respect to the circulating dry  
[12] scrubber?  
[13]     Strike the question, I will re-ask it.  
[14]     Do you recall the content of any training  
[15] provided by Alstom personnel with respect to the CDS?  
[16] A   I can't recall the details.  
[17] Q   Do you recall the content of any training  
[18] by EEC personnel with respect to the circulating dry  
[19] scrubber?  
[20] A   I can't recall exactly the details, no.  
[21]     MR. SCHOLLAERT: For the record, I am  
[22] marking a document as Exhibit No. 2 and handing  
[23] it to the witness.  
[24]     (Thereupon, Tomlin Deposition Exhibit No. 2  
[25] was marked for identification.)  

Page 32

[1]  Q   Can you look over the first page of this  
[2] document, Mr. Tomlin, and let me know when you're  
[3] finished.  
[4]  A   Okay.  
[5]  Q   Is this an e-mail from Ron McParland to  
[6] several recipients, including yourself?  
[7]  A   I appears to be an e-mail.  
[8]  Q   Do you recall receiving this e-mail?  
[9]  A   I can't recall receiving this, no.  
[10] Q   Why don't you look at the second page of  
[11] the document. This is a three-page document and I  
[12] don't want to have you read every sentence, but please  
[13] read the title and the first paragraph.  
[14] A   The title?  
[15] Q   Please read the top three sentences of the  
[16] document and the first paragraph.  
[17]     MS. SAGERSON: Are you asking him to read  
[18] it out loud?  
[19]     MR. SCHOLLAERT: I am. Thank you.  
[20] A   "AES Puerto Rico Maintenance and Monitoring  
[21] Plan Flue Gas Cleaning System."  
[22] Q   And then the first paragraph, please.  
[23] A   "The guarantees provided by EEC are based  
[24] on proper operation and maintenance procedures. The  
[25] following is a brief overview of the maintenance and

Page 33

[1] monitoring plan geared specifically to minimizing
[2] corrosion of surfaces that handle flue gas."
[3]   Q   Do you generally recognize this document,
[4] Mr. Tomlin?
[5]       MS. SAGERSON: Objection to form, you
[6] haven't even given him an opportunity to look
[7] through it. He has read one paragraph of the
[8] first page.
[9]   Q   Do you generally recognize this document,
[10] Mr. Tomlin?
[11]       MS. SAGERSON: Objection to form.
[12]  A   I do not recognize it.
[13]       MS. SAGERSON: Do you want to take a second
[14] to flip through this document?
[15]       I don't think it's fair for you to ask him
[16] if he recognizes a document by permitting him to
[17] read the title and the first paragraph of a
[18] three-page document. Will you give him a second
[19] to flip through it?
[20]       MR. SCHOLLAERT: I will give him a second.
[21] I didn't want to have him to read the entire
[22] document.
[23]       MS. SAGERSON: I understand and I'm not
[24] going to have him read the entire document. You
[25] are asking him if he recognizes a document based

Page 34

[1] on reading a title and a two-sentence paragraph.
[2]   Q   Please review the document, briefly
[3] Mr. Tomlin. Are you finished yet?
[4]   A   I briefly looked at it, yes, sir.
[5]   Q   Do you recall ever having seen this
[6] document before?
[7]   A   I do not recall ever seeing this before.
[8]   Q   If you could just turn to the first page of
[9] Exhibit No. 2.
[10]      Is there any reason that you doubt
[11] receiving this e-mail, Mr. Tomlin?
[12]  A   I do not doubt receiving this e-mail, but I
[13] do not recall seeing this e-mail.
[14]  Q   Do you know why Mr. Ron McParland would be
[15] sending you the corrosion maintenance plan on
[16] September 12th of 2003?
[17]      MS. SAGERSON: Objection to form,
[18] mischaracterizes the document.
[19]  A   I believe we would have to ask
[20] Mr. McParland that question.
[21]  Q   You don't recall why?
[22]  A   I do not recall why.
[23]  Q   What was your first involvement in the
[24] AES -- strike that.
[25]      When was your first involvement in the AES

Page 35

[1] Puerto Rico plant?
[2]       MS. SAGERSON: Objection, asked an
[3] answered.
[4]   Q   You testified that you first began working
[5] at the plant in March of 2001; is that correct?
[6]   A   That is correct.
[7]   Q   Were you involved in any design discussions
[8] related to the plant?
[9]       MS. SAGERSON: Objection to form.
[10]  A   Not that I recall.
[11]  Q   Were you involved in any planning meetings
[12] with respect to the AES Puerto Rico plant?
[13]      MS. SAGERSON: Objection, vague.
[14]  A   Not that I recall.
[15]      MS. SAGERSON: Michael, I'm sorry to be a
[16] pain, but when you get to a convenient point, can
[17] we take a break?
[18]      MR. SCHOLLAERT: Sure. We can go now. Can
[19] we state when we are going off the record,
[20] please.
[21]      THE VIDEOGRAPHER: We are off the record,
[22] the time is 10:26 a.m.
[23]      (Recess taken.)
[24]      THE VIDEOGRAPHER: We are on the record.
[25] The time is 10:31 a.m.

Page 36

[1] BY MR. SCHOLLAERT:
[2]   Q   Mr. Tomlin, do you understand that you are
[3] still under oath?
[4]   A   I do understand.
[5]   Q   Do you recall participating in any design
[6] discussions regarding the AES Puerto Rico plant prior
[7] to your employment by AES Puerto Rico?
[8]       MS. SAGERSON: Objection, asked and
[9] answered.
[10]  A   Repeat the question, please.
[11]  Q   Do you recall participating in any design
[12] meetings or discussions with regards to the AES Puerto
[13] Rico plant prior to your employment by AES Puerto
[14] Rico?
[15]      MS. SAGERSON: Same objection.
[16]  A   I do recall some meetings, but, when, I
[17] can't remember.
[18]  Q   Do you remember what was discussed at those
[19] meetings?
[20]  A   The only thing that I do recall discussing
[21] was the air heater with Alstom.
[22]  Q   What did you discuss regarding the air
[23] heater?
[24]  A   I remember discussing with Alstom about I
[25] had concerns about the Ljunstrom type air heater or

A 216