Page 37

[1] the support that Alstom would give us.
[2] Q    What does an air heater do?
[3] A    It reheats the air for combustion.
[4] Q    Before combustion?
[5] A    For combustion.
[6] Q    For combustion. What were your concerns
[7] regarding the Ljunstrom air heater?
[8] A    I had not been around that type of air
[9] heater prior, AES Shadypoint has a tubular air heater,
[10] and I was wondering why we would not use the tubular
[11] air heater.
[12] Q    What's the different between a Ljunstrom
[13] air heater and a tubular air heater?
[14] A    Ljunstrom is a basket type that rotates on
[15] the hot and cold side.
[16]      The tubular has tubes with different
[17] chemicals, different things in them to heat the air
[18] up.
[19] Q    What specifically were your concerns?
[20] A    With the CFE type boiler, I was worried
[21] about the differential on the flue gas side and the
[22] air side.
[23] Q    Can you tell me what that means?
[24] A    That means on the flue gas side, you would
[25] be flowing on a negative pressure, and on the air side

Page 38

[1] where your primary air and secondary air, you would be
[2] positive 60 inches. I was worried about the
[3] differential and not having enough seals. I was
[4] worried about air leakage across the area, which is
[5] insufficient.
[6] Q    Were those your only concerns?
[7] A    From what I remember, I believe that was my
[8] concern.
[9] Q    What is the effect of air leakage?
[10]      MS. SAGERSON: Objection to form.
[11] A    I don't know.
[12]      MR. SCHOLLAERT: I'm marking a document as
[13] Exhibit No. 3 for the record.
[14]      (Thereupon, Tomlin Deposition Exhibit No. 3
[15] was marked for identification.)
[16] Q    Can you briefly look over this document,
[17] Mr. Tomlin, and let me know when you are finished.
[18] Are you finished reviewing it?
[19] A    I briefly looked at it.
[20] Q    Thank you. I'm going to read for the
[21] record the title of the document, "AES Puerto Rico
[22] Total Energy Project, CFE Boiler & ESP Pollution
[23] Control Package ABBCE Boiler Design Issue Review
[24] Meeting 9/11/97 Meeting Minutes."
[25]      Mr. Tomlin, do you recognize this document?

Page 39

[1] A    I do not recognize this.
[2] Q    Does this document appear to be the meeting
[3] minutes from the design meeting that you just
[4] discussed?
[5]      MS. SAGERSON: Objection, mischaracterizes
[6] the witness's prior testimony.
[7] A    It is possible, but me not seeing this
[8] document before, I can't see that.
[9] Q    So you have never seen this document
[10] before?
[11]      MS. SAGERSON: Objection, asked and
[12] answered.
[13] A    Not to my memory.
[14] Q    Can you turn to the second page, please.
[15] Midway down the page, section 5, Ljunstrom Rotary Air
[16] Preheater, do you sigh that?
[17] A    I do see that.
[18] Q    Does this appear to be the discussion that
[19] you just described?
[20]      MS. SAGERSON: Objection, mischaracterizes
[21] the witness's prior testimony.
[22] A    I can't recall if this was the issue.
[23] Q    In section A, you can see, it describes a
[24] heat transfer basket material.
[25]      Is this the air preheater that you

Page 40

[1] described earlier?
[2] A    Repeat the question.
[3] Q    In section A, it says heat transfer basket
[4] material. Is this the basket air heater you described
[5] earlier?
[6] A    That is correct.
[7] Q    So would you agree this is a discussion
[8] regarding the Ljunstrom air heater?
[9]      MS. SAGERSON: Objection, mischaracterizes
[10] the witnesses prior testimony, and he has already
[11] testified he has never seen this document
[12] before.
[13] A    I can't recall exact details of what we
[14] discussed, so I don't know. That explains it, that is
[15] a basket type Ljunstrom air heater, but that is not
[16] what I remember or what I can remember about our
[17] discussion. I haven't seen this before.
[18] Q    Can you read, let's say, section D, but
[19] there appears to be two under section 5. The section
[20] D on page WILH-e-mail-003187, not out loud but just to
[21] yourself, please.
[22] A    I have read it.
[23] Q    Is the AES Puerto Rico plant a zero
[24] discharge design plant?
[25] A    That is correct.

A 217

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Doug Tomlin  
February 28, 2006

**Page 41**

[1]   Q   Can you describe to me what the section you
[2] just read is discussing?
[3]       MS. SAGERSON: Objection to form.
[4]   A   In my opinion, this is talking about using
[5] a variable speed for the air heater, which I do not
[6] understand why it's going on to a zero discharge,
[7] because that has no affect on the air heater. I don't
[8] know what it's saying. I have not seen this before.
[9]   Q   Would the air heater affect the CDS inlet
[10] temperature?
[11]       MS. SAGERSON: Objection to form.
[12]   A   I'm not understanding what you're asking.
[13]   Q   It says, "This feature will prove
[14] advantageous in the AES-PR facility zero discharge
[15] design, where additional wastewater can be evaporated
[16] in the Circulating Dry Scrubber (CDSP) when using a
[17] higher inlet CDS flue gas temperature on an as-needed
[18] basis."
[19]       My question is, does the Ljunstrom air
[20] pre-heater raise the CDS inlet -- can it be used to
[21] raise the CDS inlet temperature?
[22]       MS. SAGERSON: Objection to form,
[23] mischaracterizes the document.
[24]   A   I'm not sure about that. My opinion, I
[25] would not think it would, but that's my opinion, I'm

**Page 42**

[1] not 100 percent sure.
[2]   Q   Do you recall any discussion regarding the
[3] zero discharge design with respect to the air heater?
[4]   A   I don't recall.
[5]   Q   Is increasing the CDS inlet temperature a
[6] control room operator function?
[7]   A   Can you repeat the question?
[8]   Q   Is the CDS inlet temperature a control room
[9] operator function, meaning can the control room
[10] operator adjust the CDS inlet temperature?
[11]   A   That is possible.
[12]   Q   How does the control room operator do that?
[13]       MS. SAGERSON: Objection to form.
[14]   A   If my memory serves me right, I'm not 100
[15] percent sure, there's a controller where there is a
[16] set point that you can enter into the CDS. I think
[17] that's what it was. That was a while back. I can't
[18] remember 100 percent.
[19]   Q   Do you recall what the temperature was?
[20]       MS. SAGERSON: Objection to form, vague and
[21] ambiguous.
[22]       Are you talking about the inlet
[23] CDS temperature?
[24]   Q   Do you recall what the CDS inlet
[25] temperature was?

**Page 43**

[1]       MS. SAGERSON: Objection to form, vague and
[2] ambiguous.
[3]   A   It varied. We put it wherever EEC or
[4] Alstom told us to.
[5]   Q   Are you talking about the CDS inlet
[6] temperature?
[7]       MS. SAGERSON: Objection to form.
[8]   A   I'm confused on that part.
[9]       No, not the inlet temperature.
[10]   Q   Did the CDS inlet temperature remain
[11] constant?
[12]       MS. SAGERSON: Objection to form.
[13]   A   I can't recall.
[14]       I'd like to go back just a minute. I did
[15] not hear that you were saying inlet. I just wanted to
[16] make that clear.
[17]   Q   When you make this clarification, can you
[18] explain when you said --
[19]   A   Well, the set point that I was talking
[20] about was the CDS outlet temperature that you can make
[21] set point change out. I thought you was talking about
[22] the outlet. I was confused in between outlet and
[23] inlet.
[24]   Q   Who instructed you regarding the CDS outlet
[25] temperature?

**Page 44**

[1]   A   That would be the direction of EEC or
[2] Alstom.
[3]   Q   Whom at Alstom directed you so set the CDS
[4] outlet temperature?
[5]   A   I can't recall who all.
[6]   Q   Whom at EEC directed you to set the CDS
[7] outlet?
[8]   A   I do recall Bill VanHooser.
[9]   Q   What did he direct you to do?
[10]       MS. SAGERSON: Objection, vague and
[11] ambiguous.
[12]   A   I don't understand what you are asking --
[13] I mean, what did he, I mean, there was a lot of
[14] things. I don't understand.
[15]   Q   Is it your position that Bill VanHooser
[16] directed you to set the CDS outlet temperature?
[17]   A   On different occasions, that is correct.
[18]   Q   At what temperature did he direct you to
[19] set the CDS outlet temperature?
[20]   A   It varied from different times.
[21]   Q   Do you know why it varied?
[22]   A   This is just my opinion, I don't know if
[23] this is factual, but he was just trying to get the CDS
[24] to work. That's my opinion.
[25]   Q   Do you recall when Bill VanHooser left the

A 218

| Doug Tomlin | AES Puerto Rico, L.P. v. |
|---|---|
| February 28, 2006 | Alstom Power, Inc. |

**Page 45**

[1] site?
[2] A  I do not recall.
[3] Q  After Bill VanHooser left the site, did the
[4] CDS temperature remain constant?
[5] A  I can't recall.
[6] Q  Do you recall anyone at AES Puerto Rico --
[7] strike that.
[8]     Do you recall any AES Puerto Rico employees
[9] changing the CDS outlet temperature?
[10]    MS. SAGERSON: Objection to form.
[11] A  I can't recall.
[12] Q  Would the air preheater affect the CDS
[13] inlet temperature?
[14]    MS. SAGERSON: Objection, asked and
[15] answered and vague and ambiguous.
[16] A  Such as? I mean, that's wide open. I
[17] can't answer that.
[18] Q  Can you control the CDS inlet temperature
[19] through the preheater?
[20]    MS. SAGERSON: Objection, vague and
[21] ambiguous.
[22] A  My opinion, I do not believe you can. I'm
[23] not sure.
[24] Q  To your knowledge, did any AES Puerto Rico
[25] employee ever change the CDS inlet temperature?

**Page 46**

[1] A  I don't recall.
[2] Q  You stated that Bill VanHooser instructed
[3] you to set the CDS outlet temperature at various
[4] temperatures; is that correct?
[5] A  That is correct.
[6] Q  And you said that he instructed you, to
[7] make the system work; is that correct?
[8]    MS. SAGERSON: Objection, mischaracterizes
[9] the witness's prior testimony.
[10] A  I don't understand your question.
[11] Q  Why did Bill VanHooser instruct you to
[12] operate the CDS outlet temperature at various
[13] temperatures?
[14]    MS. SAGERSON: Objection to form, vague and
[15] ambiguous.
[16] A  Why would he tell us? He was the vendor or
[17] he was responsible for commissioning it and teaching
[18] AES how to operate it --
[19] Q  How did he -- sorry.
[20] A  -- in my mind.
[21] Q  Did he ever instruct you why he was
[22] changing the CDS outlet temperature?
[23]    MS. SAGERSON: Objection, vague and
[24] ambiguous.
[25] A  Not to my knowledge.

**Page 47**

[1] Q  Did Bill VanHooser ever instruct anyone at
[2] AES Puerto Rico why he was changing the CDS outlet
[3] temperature?    /SAGERSON
[4]    MR. SCHOLLAERT: Objection, vague and
[5] ambiguous.
[6] A  Not to my knowledge.
[7] Q  Prior to Bill VanHooser leaving the site,
[8] did he AES instruct to operate the CDS outlet
[9] temperature at any specific temperature?
[10]    MS. SAGERSON: Objection, vague and
[11] ambiguous.
[12] A  Repeat that, please.
[13] Q  Prior to leaving the site, did
[14] Bill VanHooser instruct AES to operate the CDS outlet
[15] temperature at any specific temperature?
[16] A  I can't recall that.
[17] Q  Do you know of any reasons why you would
[18] change the CDS outlet temperature?
[19] A  Why would we or why did we?
[20] Q  Yes.
[21]    MS. SAGERSON: Objection, vague and
[22] ambiguous.
[23] A  Please repeat that.
[24] Q  Do you know any reason why you would adjust
[25] the CDS outlet temperature?

**Page 48**

[1]    MS. SAGERSON: Objection, lack of
[2] foundation, vague and ambiguous.
[3] A  We would change it when Alstom or EEC would
[4] direct us to.
[5] Q  But you don't know why, do you?
[6]    MS. SAGERSON: Objection, argumentative.
[7] A  I'm not understanding.
[8] Q  Do you know why you would change the CDS
[9] outlet temperature?
[10]    MS. SAGERSON: Objection, for a variety of
[11] reasons.
[12] A  I know that we split up our duties and our
[13] responsibilities because there was a lot of things
[14] going on. I know Gary Bates was watching the CDS and
[15] the ESP. I don't remember all of the details, I just
[16] remember him talking about the 30-degree approach
[17] temperature. And I remember him talking to the
[18] control room guys about the CDS approach temperature
[19] and the wet bulb. I don't know the little details
[20] because I know he was taking care of that, I wasn't
[21] worried about that. I was trying to take care of
[22] other issues.
[23]     You would ask Gary. I don't know if
[24] VanHooser talked to him or explained the reasons but I
[25] depended on Gary for that.

A 219

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 49

[1] Q  So Bill VanHooser never instructed you to
[2] operate the CDS at a specific temperature?
[3]    MS. SAGERSON: Objection, mischaracterizes
[4] the witness's prior testimony.
[5] A  I did not say that.
[6] Q  Did Bill VanHooser instruct you to operate
[7] the CDS outlet at a specific temperature?
[8]    MS. SAGERSON: Objection, vague and
[9] ambiguous, mischaracterizes the witness's prior
[10] testimony.
[11] A  I answered that question before. I don't
[12] recall a specific temperature, no.
[13] Q  You mentioned before the 30-degree
[14] approach.
[15]    What do you mean by that?
[16] A  I don't understand the full theory because
[17] I did not get that deep involved in that portion, like
[18] I trusted Gary and whoever else to take care of that.
[19] Q  Can you tell me what your understanding
[20] was?
[21] A  I can't recall the details.
[22] Q  Just generally, what was your understanding
[23] regarding the 30-degree approach?
[24]    MS. SAGERSON: Objection, asked and
[25] answered.

Page 50

[1]    If you recall.
[2] A  I don't recall.
[3] Q  You mentioned a wet bulb temperature
[4] earlier.
[5]    What do you mean by that?
[6] A  I don't understand the theory of the wet
[7] bulb, I just know that the 30-degree approach, and
[8] like I said in my previous statement, I depended on
[9] Gary and I was not worried about that. I did not
[10] worry about understanding the full theory. I knew
[11] Gary was taking care of that.
[12] Q  What was your position at the time when it
[13] was your understanding that Gary was taking care of
[14] the CES outlet temperature?
[15] A  Control room team leader I believe.
[16] Q  What was Gary Bates' position?
[17] A  Boiler area team leader.
[18] Q  Whose responsibility was it for the
[19] operation of the CDS?
[20]    MS. SAGERSON: Objection to form, vague and
[21] ambiguous, asked and answered.
[22] A  I'm not understanding what you are asking.
[23] Q  As control room leader, control room team
[24] leader, did you instruct the operators how to operate
[25] the CDS?

Page 51

[1]    MS. SAGERSON: Objection, asked and
[2] answered.
[3] A  In what aspect?
[4] Q  The CDS outlet temperature.
[5] A  There was times I could have. I can't
[6] recall exactly.
[7] Q  Now, specifically recalling a particular
[8] incident, why would you tell a control room operator
[9] to adjust the CDS outlet temperature?
[10]    MS. SAGERSON: Objection, mischaracterizes
[11] the witness's testimony.
[12] A  If Gary had, you know, checked something
[13] being the 30-degree approach or whatever, he would
[14] talk to them or either mentioned it, I can't recall.
[15] Q  Did you rely on Gary Bates exclusively on
[16] how to instruct on how to set the CDS outlet
[17] temperature?
[18]    MS. SAGERSON: Objection, mischaracterizes
[19] the witness's prior testimony.
[20] A  I can't recall.
[21] Q  After Bill VanHooser left the site, who
[22] instructed the control room operators to set the CDS
[23] outlet temperature?
[24]    MS. SAGERSON: Objection, lack of
[25] foundation.

Page 52

[1] A  I can't recall.
[2] Q  After Bill VanHooser left the site, do you
[3] recall any circumstance where the CDS outlet
[4] temperature was changed?
[5] A  Sitting here today, I can't recall.
[6] Q  What is the approach temperature?
[7]    MS. SAGERSON: Objection, asked and
[8] answered.
[9] Q  Do you know what the approach temperature
[10] is?
[11]    MS. SAGERSON: Same objection. He already
[12] answered.
[13] A  I don't understand.
[14] Q  Do you know what the wet bulb temperature
[15] is?
[16]    MS. SAGERSON: Objection, asked and
[17] answered.
[18] A  I do not understand that.
[19] Q  You don't know what the wet bulb
[20] temperature is?
[21]    MS. SAGERSON: Objection, asked and
[22] answered.
[23] A  I don't recall.
[24] Q  Did you ever measure the wet bulb
[25] temperature?

A 220

**Page 53**

[1] A    Not to my knowledge.
[2] Q    So you don't recall ever measuring the wet
[3] bulb temperature?
[4] A    I don't recall.
[5] Q    Do you recall ever observing anyone measure
[6] the wet bulb temperature?
[7] A    Repeat that, please.
[8] Q    Do you recall observing anyone ever measure
[9] the wet bulb temperature?
[10] A    I do not recall observing.
[11] Q    Do you recall anyone telling you what the
[12] wet bulb temperature was?
[13]         MS. SAGERSON: Objection, vague and
[14] ambiguous.
[15] A    I do not recall anyone telling me.
[16] Q    Did Bill VanHooser instruct anyone at AES
[17] to keep the CDS outlet temperature 30 degrees above
[18] the wet bulb temperature?
[19] A    Repeat that, please.
[20] Q    Did Bill VanHooser instruct anyone at AES
[21] to keep the CDS outlet temperature 30 degrees above
[22] the wet bulb temperature?
[23] A    I can't recall if he did or not.
[24] Q    Did you testify earlier that he instructed
[25] you to keep a 30-degree approach, earlier?

**Page 54**

[1]         MS. SAGERSON: Objection, mischaracterizes
[2] the witness's prior testimony.
[3] A    I believe I stated that Gary was talking
[4] about the 30-degree approach for the wet bulb.
[5] 30-degree approach is what remember I Gary concerned
[6] with.
[7] Q    Do you know why?
[8] A    I do not know why.
[9] Q    Did anyone ever inform you that running
[10] below a 30-degree approach temperature would cause a
[11] risk of corrosion?
[12] A    Not to my knowledge.
[13] Q    Did you ever have any discussions with
[14] Gary Bates regarding corrosion of the CDS?
[15]         MS. SAGERSON: Objection, vague and
[16] ambiguous. You might want to clarify a time
[17] frame or something.
[18] Q    Please answer the question.
[19] A    Repeat the question.
[20] Q    Do you recall ever having any discussions
[21] with Gary Bates regarding corrosion of the CDS?
[22]         MS. SAGERSON: Objection, same objection.
[23] A    I would like you to clarify better if you
[24] will.
[25] Q    Do you understand what I'm referring to

**Page 55**

[1] when I say corrosion of the CDS?
[2] A    I understand that.
[3] Q    Was this ever mentioned in any discussions
[4] with Gary Bates?
[5]         MS. SAGERSON: Objection, vague ambiguous.
[6] A    Not to my knowledge.
[7] Q    Did you ever talk about the corrosion of
[8] the CDS, with anyone at Alstom?
[9]         MS. SAGERSON: Objection, vague and
[10] ambiguous. It's your deposition, but there's a
[11] period before the discovery of corrosion and
[12] there's a period after the discovery of
[13] corrosion.
[14] A    Can you repeat the question?
[15] Q    Did you ever discuss corrosion with anyone,
[16] corrosion of the CDS, with anyone from Alstom?
[17]         MS. SAGERSON: Objection, vague and
[18] ambiguous.
[19] A    I don't recall.
[20]         MS. SAGERSON: Mr. Tomlin, let me finish my
[21] objection.
[22]         THE WITNESS: I'm sorry.
[23] BY MR. SCHOLLAERT:
[24] Q    At any time in 2003, did you enter the
[25] electrostatic precipitators at AES Puerto Rico?

**Page 56**

[1] A    Repeat the question one more time.
[2] Q    At any time in 2003, did you enter the
[3] electrostatic precipitators at AES Puerto Rico?
[4] A    There was times when I did.
[5] Q    Do you recall when those times were?
[6] A    I do not recall.
[7] Q    Can you turn back to Exhibit No. 2,
[8] Mr. Tomlin. I'm sorry. The second page, second
[9] sentence of the document says, "The following is a
[10] brief overview of the maintenance and monitoring plans
[11] geared specifically to minimize corrosion of the
[12] surface that handles the flue gas."
[13]     Do you see that?
[14] A    I see that it reads that.
[15] Q    And the first page of this document, this
[16] is an e-mail that you received on December 12th, 2003;
[17] is that correct?
[18]         MS. SAGERSON: Objection, the witness has
[19] testified he doesn't recall receiving this
[20] e-mail.
[21] A    I see that that reads that.
[22] Q    Looking back at this document now, do you
[23] recall any discussions regarding corrosion of the CDS
[24] prior to the discovery of corrosion in November of
[25] 2003?

A 221

Page 57

    MS. SAGERSON: Objection, lack of
foundation, vague and ambiguous.
    A    Repeat the question, please.
    Q    Looking at this document now, do you now
recall any discussions of corrosion of the CDS prior
to the discovery of corrosion in November of 2003?
    MS. SAGERSON: Same objection, lack of
foundation, vague and ambiguous.
    A    I do not recall.
    Q    Can you read the fourth paragraph of the
second page of the document which is AESPR-234265.
You can just read it to yourself, please.
    A    Okay.
    Q    I just want to step back.
        Do you recall that corrosion was discovered
in unit 2 ESP in November of 2003? Not to deal with
this document, but just in general, are you aware of
that fact?
    A    I recall that. If it's November, I'm not
sure of the exact time, but I'm aware it was around
that time frame.
    Q    Now, turning back to Exhibit No. 2, the
paragraph you just read, does reading that refresh
your recollection regarding the CDS outlet temperature
being a concern with regards to the corrosion of the

Page 58

flue gas cleaning system?
    MS. SAGERSON: Objection to form,
mischaracterizes the document and the witness's
prior testimony.
    A    Repeat the question, please.
    Q    In looking at Exhibit No. 2, the fourth
paragraph, does reading it refresh your recollection
regarding CDS outlet temperature being a concern with
respect to the corrosion of the flue gas cleansing
system?
    MS. SAGERSON: Same objection.
    A    No, I do not recall.
    Q    Prior to the discovery of corrosion in
November of 2003, you have no recollection of the CDS
outlet temperature being a concern with respect to the
corrosion of the flue gas cleaning equipment; is that
correct?
    MS. SAGERSON: Objection, vague and
ambiguous.
    A    I did not understand your question.
    Q    Prior to the discovery of the corrosion in
November of 2003 in unit 2, you have no recollection
of the CDS outlet temperature being a concern with
respect to the corrosion of the flue gas cleaning
equipment; is that correct?

Page 59

    MS. SAGERSON: Same objection.
    A    I don't recall.
    Q    Do you recall ever meeting Karl Hognefelt
of Alstom at the plant in 2003?
    A    I remember meeting Karl, I'm not sure what
time it was.
    Q    What did your meeting with Karl concern?
    MS. SAGERSON: Objection, mischaracterizes
the witness's prior testimony.
    A    I do not recall.
    Q    Do you recall if you met Karl Hognefelt
prior to the discovery of corrosion?
    A    I'm not exactly sure.
        Repeat the question, please.
    Q    Do you recall whether you met
Karl Hognefelt at the AES Puerto Rico plant prior to
the discovery of corrosion?
    A    I recall meeting Karl a couple different
times, but I'm not sure of the time frame. I believe
there was a time or so before the corrosion was found,
but I'm not 100 percent sure.
    Q    Do you recall why Mr. Hognefelt was
visiting the plant?
    A    I do not recall the reason.
    Q    Do you recall the subject of any of the

Page 60

meetings with Mr. Hognefelt?
    MS. SAGERSON: Objection, mischaracterizes
the witness's testimony. He said he recalled
meeting, not that he met with him.
    Q    Do you recall the substance of any of your
meetings with Mr. Hognefelt?
    MS. SAGERSON: Objection.
    A    I said that I met Karl, I don't remember
ever having meetings.
    Q    Did you speak with Mr. Hognefelt when you
met him?
    A    That is correct.
    Q    Do you recall the substance of any of your
conversations with Mr. Hognefelt when you met him?
    A    I do not recall.
    Q    Did Karl Hognefelt ever instruct AES to set
the CDS outlet temperature at a specific temperature?
    A    I don't recall that fact.
    Q    Do you recall ever speaking with
Mr. Hognefelt regarding the CDS outlet temperature?
    A    Like I said, I remember talking to him but
it's been long ago, I don't remember what the
substance was.
    Q    Do you recall there being a shutdown of
unit 1 in September of 2003?

A 222