Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

## Page 61

[1] A    I can't recall that exact shutdown, there
[2] were so many shutdowns.
[3] Q    Did you ever enter the electrostatic
[4] precipitator during a shutdown?
[5] A    I answered previously I have entered the
[6] precip when we shut down a few times.
[7] Q    Do you recall which unit it was?
[8] A    I do not recall.
[9] Q    Do you recall the time frame of any of the
[10] inspections, any of the times you entered the units?
[11] A    No. The exact times, I cannot recall.
[12] Q    Would you generally go into the
[13] electrostatic precipitator during a shutdown?
[14]       MS. SAGERSON: Objection, vague and
[15] ambiguous.
[16] A    Can you repeat that, please.
[17] Q    Would you generally enter the electrostatic
[18] precipitator during a shutdown?
[19]       MS. SAGERSON: Same objection.
[20] A    I would sometimes, and sometimes I
[21] wouldn't.
[22] Q    What are the reasons that you would enter
[23] an electrostatic precipitator?
[24]       MS. SAGERSON: Objection, vague and
[25] ambiguous.

## Page 62

[1] A    What would be the reason? If something was
[2] found or I just wanted to look to see if I found
[3] anything out of the ordinary.
[4] Q    Did you ever find anything out of the
[5] ordinary?
[6] A    When the corrosion was found, that was out
[7] of the ordinary.
[8] Q    Tell me what you recall.
[9] A    Part of the baffle plates had corroded
[10] away, had holes in them.
[11] Q    Was this in unit 2?
[12] A    I can't recall which unit it was.
[13] Q    Do you recall when it was?
[14] A    It was around the end of '03, that's all I
[15] can recall.
[16] Q    Were you at the plant in January of 2004?
[17] A    I was not.
[18]       MR. SCHOLLAERT: I want to take a short
[19] break.
[20]       THE VIDEOGRAPHER: This ends tape 1 of the
[21] deposition. This time is 11:14 a.m.
[22]       (Recess taken.)
[23]       THE VIDEOGRAPHER: This begins tape 2 of
[24] the deposition of Doug Tomlin. The time is
[25] 11:21 a.m. We are on the record.

## Page 63

[1] BY MR. SCHOLLAERT:
[2] Q    Mr. Tomlin, are you aware that you are
[3] still under oath?
[4] A    I am aware.
[5] Q    Just a formality.
[6]       Let's switch gears for a little bit.
[7]       Do you have knowledge regarding the AES
[8] Puerto Rico plant's makeup water treatment system?
[9]       MS. SAGERSON: Objection, vague and
[10] ambiguous.
[11] A    Repeat.
[12] Q    The plant's makeup water treatment system?
[13]       MS. SAGERSON: Same objection.
[14] A    What about it?
[15] Q    Do you know how many waste streams there
[16] are at the plant?
[17] A    I'm not 100 percent sure.
[18] Q    Are you aware of any waste streams at the
[19] plant?
[20] A    Repeat that question, please.
[21] Q    Are you aware of any wastewater streams?
[22] A    Wastewater?
[23]       MS. SAGERSON: Objection, vague and
[24] ambiguous.
[25] A    I know we get water from a water treatment

## Page 64

[1] plant. I don't remember the name. I don't know any
[2] of the details.
[3] Q    Are you aware that the plant is a zero
[4] discharge permit plant?
[5]       MS. SAGERSON: Objection, asked and
[6] answered.
[7] A    I'm aware.
[8] Q    Can you tell me what that means?
[9] A    That means we cannot discharge any water
[10] from the plant to an outside source.
[11] Q    Are you aware of how the plant was designed
[12] to discharge or get rid of waste water?
[13]       MS. SAGERSON: Objection, vague and
[14] ambiguous.
[15] A    I'm not aware of the details.
[16] Q    Are you aware, generally?
[17]       MS. SAGERSON: Same objection.
[18] A    I can't recall the details.
[19] Q    What was your understanding on how the
[20] plant was going to get rid of its wastewater?
[21]       MS. SAGERSON: Objection, asked and
[22] answered.
[23] A    Repeat the question, please.
[24] Q    What was your understanding of how the
[25] plant was to get rid of its wastewater?

Page 65

    MS. SAGERSON: Same objection.
A  I don't really recall, 100 percent sure. I'm not sure.
Q  Do you know generally?
    MS. SAGERSON: Objection, asked and answered.
A  It is just my opinion, I think some of it was to be sent to the CDS. I'm not 100 percent sure what are the other details.
Q  Are you aware of the plant's design to produce ash rock?
A  I am aware of that.
Q  What was your understanding of the design?
    MS. SAGERSON: Objection, vague and ambiguous.
A  I have no knowledge of that area. I didn't ever go out to that area. I went out to the area but I did not know the operations or the design.
Q  Do you recall the plant producing ash rock?
A  I do recall.
Q  Do you recall if the plant -- if there was a market to sell the ash rock?
    MS. SAGERSON: Objection, vague and ambiguous.
A  I don't recall any of the details on that.

Page 66

Q  How do you make ash rock?
    MS. SAGERSON: Objection, vague and ambiguous.
A  I don't know that process.
Q  Do you recall if the plant ever experienced problems in 2003 complying with the zero liquid discharge permit?
    MS. SAGERSON: Objection, vague and ambiguous.
A  Not to my knowledge. I believe I don't recall any.
Q  Do you recall any problems whatsoever with the compliance with the zero liquid discharge permit?
    MS. SAGERSON: Same objection.
A  Not to my knowledge.
Q  Is there any relationship between the amount -- let's back up.
    Are you aware how the flue gas is cooled in the CDS?
    MS. SAGERSON: Objection, lack of foundation.
A  I don't understand exactly what you're asking. It's not making sense to me.
Q  In the circulating dry scrubber, is it necessary to cool the flue gas?

Page 67

    MS. SAGERSON: Objection, vague and ambiguous.
A  This is my opinion only, I'm not 100 percent sure, but I believe that you have to spray the water in the CDS in order to absorb the SO2 with the reaction. I don't know the chemical process. That's my knowledge.
Q  How is the water sprayed into the CDS?
A  Through the nozzles.
Q  Do you recall how many nozzles there were?
A  I'm not 100 percent sure, but I think there were five.
Q  Did AES regulate -- strike that.
    Did AES monitor the quantity of water sprayed into the CDS?
    MS. SAGERSON: Objection to form, vague and ambiguous.
A  I don't recall.
Q  Do you know how the amount of water -- do you know how the water sprayed in the CDS was controlled?
    MS. SAGERSON: Objection, vague and ambiguous.
A  Repeat the question, please.
Q  Do you know how the amount of water sprayed

Page 68

into the CDS was controlled?
    MS. SAGERSON: Same objection.
A  I do not.
Q  Are you familiar with the pressure gauges associated with the CDS water cooling system?
A  Repeat the question, please.
Q  Are you familiar with the pressure gauges associated with the CDS water cooling system?
A  I remember seeing different pressure gauges, but I don't remember where all of them were.
Q  Do you know how those pressure gauges were controlled?
    MS. SAGERSON: Objection, vague and ambiguous.
A  I don't recall how they were controlled, if there was a pressure control.
Q  Do you know if it was a control room operator function to control the pressure of the CDS water cooling system?
    MS. SAGERSON: Objection to form, lack of foundation.
A  I can't recall the exact details. I'm not 100 percent sure so this speculation. I believe the pressure was controlled and automatic, but I'm not 100 percent sure.

Doug Tomlin
February 28, 2006

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Page 69

[1] Q What do you mean by controlled and
[2] automatic?
[3] A That was a long time ago. I don't recall
[4] the logic or whatever. I can't remember.
[5] Q Do you know if it was a control room
[6] operator function?
[7] A I don't recall.
[8] Q Do you know what the source of the CDS
[9] cooling water was?
[10] MS. SAGERSON: Objection to form.
[11] A Not that I recall.
[12] Q Is there a reverse osmosis system at the
[13] plant?
[14] MS. SAGERSON: Objection to form. Do you
[15] mean now or at this time?
[16] Q Let me clarify. In 2003, was there a
[17] reverse osmosis system at the plant?
[18] A If I remember correctly, there were two
[19] demin water, but I'm not sure.
[20] Q What do you mean be demin water?
[21] A Water make-up for the boilers. I didn't
[22] know the full process on them. I only knew a little
[23] bit about the water treatment area.
[24] Q Can you explain what you mean by demin
[25] water?

Page 70

[1] A Demin water is water that we sent to the
[2] boiler to make steam.
[3] Q Why do you call it demin water?
[4] A Demineralized.
[5] Q That make a little more sense to me.
[6] Do you know how a reverse osmosis system
[7] works?
[8] A Not to my knowledge.
[9] Q Is it your understanding that a reverse
[10] osmosis system demineralizes the water?
[11] A Repeat that, please.
[12] Q Is it your understanding that the reverse
[13] osmosis system demineralized the water?
[14] MS. SAGERSON: Objection, he just testified
[15] he doesn't know how it works.
[16] A I'm not understanding what you're asking.
[17] Q Correct me if I'm wrong, but you testified
[18] that the reverse osmosis system was used to create
[19] demin water; is that correct?
[20] MS. SAGERSON: Objection, mischaracterizes
[21] the witness's prior testimony.
[22] A I said I was not sure of the full process
[23] that we had, but we had RO units that makes demin
[24] water, I believe but I'm not sure, 100 percent,
[25] because I don't really understand the process.

Page 71

[1] Q Do you recall AES ever experiencing
[2] problems with the reverse osmosis system?
[3] MS. SAGERSON: Objection to form, lack of
[4] foundation.
[5] A I can't recall any.
[6] Q Does the reverse osmosis system have
[7] filters?
[8] MS. SAGERSON: Objection to form, vague and
[9] ambiguous.
[10] A That, I do not know.
[11] Q Do you know if the reverse osmosis system
[12] has a membrane?
[13] MS. SAGERSON: Objection to form.
[14] A I do not know. I will make one comment. I
[15] know at AES Beaver Valley, we have RO units and the
[16] only reason I know that they have membranes is because
[17] I know that the water team leader ordered them.
[18] AES Puerto Rico, I'm not sure if that's a
[19] different style. I do not know.
[20] Q While you were employed by AES Puerto Rico,
[21] do you recall the fouling of any membranes at the
[22] plant?
[23] MS. SAGERSON: Objection to form. He just
[24] testified he doesn't know if there are any
[25] membranes.

Page 72

[1] A I can't recall.
[2] Q While you were employed at AES Puerto Rico,
[3] do you recall the fouling of any filters at the plant?
[4] MS. SAGERSON: Same objection.
[5] A I do not recall.
[6] Q Do you know whether the CDS cooling water
[7] comes from the reverse osmosis system at the AES
[8] Puerto Rico plant?
[9] MS. SAGERSON: Objection, asked and
[10] answered.
[11] A Repeat the question, please.
[12] Q Do you know whether the CDS cooling water
[13] at the AES Puerto Rico plant goes through the reverse
[14] osmosis system?
[15] MS. SAGERSON: Same objection.
[16] A I can't remember where it came from.
[17] Q Do you know whether AES monitored the
[18] quality of the CDS cooling water?
[19] MS. SAGERSON: Objection, vague and
[20] ambiguous.
[21] A I can't recall any.
[22] Q Do you recall AES Puerto Rico measuring the
[23] chloride content of the CDS cooling water?
[24] MS. SAGERSON: Objection, vague and
[25] ambiguous.

A 225

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 73

[1] I assume he is asking you ever in your
[2] whole history of your time there.
[3]  A   Could you ask that one more time, please.
[4]  Q   Do you recall while you were employed at
[5] AES Puerto Rico whether they measured the chloride
[6] content of the CDS cooling water?
[7]     MS. SAGERSON: Objection to form.
[8]  A   I cannot recall measuring it, no.
[9]  Q   Do you recall the chloride content of the
[10] CDS cooling water ever being discussed between you and
[11] Gary Bates during your employment at AES Puerto Rico?
[12]  A   I don't recall talking about chlorides with
[13] Gary Bates. I don't recall that.
[14]  Q   Do you recall talking about the chloride
[15] content of the CDS spray water with anyone during your
[16] employment at AES Puerto Rico?
[17]  Q   Do you recall discussing the chloride
[18] content of the CDS cooling water with anyone during
[19] your employment at AES Puerto Rico?
[20]  A   No, I do not recall.
[21]  Q   Are you aware of any instructions to
[22] measure the chloride content of the CDS cooling water
[23] while you were at AES Puerto Rico?
[24]     MS. SAGERSON: Objection, vague and
[25] ambiguous.

Page 74

[1]  A   I didn't understand the question.
[2]  Q   Did anyone ever instruct you to measure the
[3] chloride -- strike that.
[4]     Did anyone instruct AES, while you were at
[5] the plant, to measure the chloride content of the CDS
[6] cooling water?
[7]     MS. SAGERSON: Objection, vague and
[8] ambiguous.
[9]  A   I do not recall.
[10]     MR. SCHOLLAERT: For the record, I am
[11] marking a document as Deposition Exhibit No. 4
[12] and am now showing it to the witness.
[13]     (Thereupon, Tomlin Deposition Exhibit No. 4
[14] was marked for identification.)
[15] BY MR. SCHOLLAERT:
[16]  Q   Can you look over the first page of this
[17] document and let me know when you have finished.
[18]  A   Okay.
[19]  Q   Do you recognize this e-mail?
[20]  A   I do not recognize the e-mail.
[21]  Q   Does this appear to be an e-mail from
[22] Tracy Jarvis to several recipients, you amongst them,
[23] October 2, 2003?
[24]  A   It appears to be an e-mail
[25]  Q   You don't recall receiving this e-mail; is

Page 75

[1] that correct?
[2]  A   That is correct.
[3]  Q   Does this e-mail refresh your recollection
[4] in regards to discussions regarding the chloride
[5] content of the CDS spray water?
[6]     MS. SAGERSON: Objection to form. It
[7] doesn't say anything about chloride content on
[8] the page you're asking him to look at.
[9]  A   It does not refresh my memory.
[10]     MR. SCHOLLAERT: And can you please refrain
[11] from speaking objections. If you have a legal
[12] objection, you can make it.
[13]     MS. SAGERSON: Well, you might want to ask
[14] him to look over the entire document since
[15] there's not one word on here about chloride
[16] content.
[17]     MR. SCHOLLAERT: And I believe you know
[18] that speaking objections are improper. Please
[19] refrain from doing so.
[20] BY MR. SCHOLLAERT:
[21]  Q   Can you look at the graphs on the second --
[22] actually, the third page of the document, what's
[23] stamped as AESPR-234129 in the bottom right-hand
[24] corner, and let me know when you're finished.
[25]  A   Okay.

Page 76

[1]  Q   Do you recognize what that is?
[2]  A   I have never seen this document before
[3] today but it looks like it shows that -- it appears
[4] that the chlorides were measured at a certain period,
[5] but I don't recall it.
[6]  Q   You don't recall the chlorides ever being
[7] monitored at the AES Puerto Rico plant during your
[8] employment at AES Puerto Rico?
[9]     MS. SAGERSON: Objection, mischaracterizes
[10] the witness's prior testimony.
[11]  A   I do not recall it.
[12]  Q   Are you aware of any requirements -- strike
[13] that.
[14]     Are you aware of any specifications related
[15] to the CDS spray water?
[16]  A   Not to my knowledge.
[17]  Q   Are you aware of a maximum chloride content
[18] of the CDS spray water?
[19]     MS. SAGERSON: Objection, vague and
[20] ambiguous.
[21]  A   Repeat the question, please.
[22]  Q   Are you aware of a maximum chloride content
[23] of the CDS spray water?
[24]     MS. SAGERSON: Same objection.
[25]  A   I'm not aware of that.

A 226

Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Page 77

[1] Q  Do you recall any -- after looking at
[2] Exhibit No. 4, do you now recall any discussions
[3] regarding the chloride content of the CDS spray water?
[4]    MS. SAGERSON: Objection to form.
[5] A  Repeat the question, please.
[6] Q  After having looked at Exhibit No. 4, do
[7] you now recall any discussions related to the chloride
[8] content of the CDS spray water?
[9]    MS. SAGERSON: Objection to form, asked and
[10] answered.
[11] A  I do not recall any.
[12] Q  Are you aware of any instructions to
[13] monitor the chloride content of the CDS spray water
[14] during your employment at AES Puerto Rico?
[15]    MS. SAGERSON: Objection, vague and
[16] ambiguous, asked and answered.
[17] A  I'm not aware.
[18] Q  Just turning back to Exhibit No. 4 for a
[19] second. Do you know why you would be receiving an
[20] e-mail from Tracy Jarvis regarding the quality of the
[21] CDS water?
[22]    MS. SAGERSON: Objection, mischaracterizes
[23] the document.
[24] A  Without talking to Tracey, I would not know
[25] why.

Page 78

[1] Q  Do you know whether the chloride content of
[2] the CDS spray water would have any impact on the CDS
[3] outlet temperature?
[4]    MS. SAGERSON: Objection, vague and
[5] ambiguous.
[6] A  Not to my knowledge.
[7] Q  Do you have any knowledge regarding whether
[8] or not the AES Puerto Rico plant sends steam to the
[9] Phillips plant?
[10]    MS. SAGERSON: Objection, vague and
[11] ambiguous.
[12] A  Can you repeat the question.
[13] Q  Do you have any knowledge regarding whether
[14] the AES Puerto Rico plant sends steam to the Phillips
[15] plant?
[16]    MS. SAGERSON: Same objection, lack of
[17] foundation.
[18] A  I know that we sell steam to Phillips.
[19] Q  Do you know whether you get condensate
[20] water in return?
[21]    MS. SAGERSON: Objection, vague and
[22] ambiguous.
[23] A  I can't recall. This is just my opinion,
[24] I'm not 100 percent sure, I believe we were supposed
[25] to, but I don't know if we ever did before I left.

Page 79

[1] That's speculation.
[2] Q  Why did you leave AES Puerto Rico?
[3] A  My daughters were getting to the age, my
[4] oldest was getting ready to start high school and I
[5] needed to get them back to the States because I wanted
[6] them to go to high school in the States.
[7] Q  Are you aware of the plant's environmental
[8] permits regarding opacity?
[9]    MS. SAGERSON: Objection, vague and
[10] ambiguous, lack of foundation.
[11] A  Would you clarify what you're asking.
[12] Q  Are you -- excuse me. Strike that.
[13] Are you aware of the AES Puerto Rico's
[14] plant environmental permits with respect to opacity
[15] levels?
[16]    MS. SAGERSON: Same objection.
[17] A  I am aware that we have limits.
[18] Q  As part of your duties as the control room
[19] team leader, was it to comply with the environmental
[20] permits with respect to opacity?
[21]    MS. SAGERSON: Objection, vague and
[22] ambiguous.
[23] A  Repeat that, please.
[24] Q  Was it part of your responsibilities as
[25] control room team leader to comply with environmental

Page 80

[1] permits with respect to opacity?
[2]    MS. SAGERSON: Same objection.
[3] A  I'm not totally understanding what you're
[4] wanting or what you're asking.
[5] Q  Did you monitor opacity levels as the
[6] control room team leader?
[7] A  The plant has a CEM that monitors the
[8] opacity.
[9] Q  Do you know what the opacity limit was at
[10] the AES Puerto Rico plant?
[11] A  I can speculate. I think but I'm not 100
[12] percent sure that if you go over 20 percent for a
[13] six-minute average, I believe that would be in
[14] exceedance, but I'm not sure. Each state or each
[15] plant has a different one at a different plant. I
[16] can't recall exactly.
[17] Q  Did you have -- strike that.
[18] During your employment at AES Puerto Rico,
[19] was it your job to keep the plant within opacity
[20] limits?
[21]    MS. SAGERSON: Objection, asked and
[22] answered, vague and ambiguous.
[23] A  I don't recall if I had that
[24] responsibility.
[25] Q  You stated earlier that you supervised the

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

**Page 81**

[1] control room operators; is that correct?
[2] A  That is correct.
[3] Q  What did you -- how did you supervise them,
[4] what were your responsibilities?
[5] A  At what point in time?
[6] Q  When you were the control room team leader?
[7] A  To maintain and operate the plant, to
[8] maintain availability of the plant, and, at this
[9] point, get through commissioning of the plant.
[10] Q  What do you mean by get through the
[11] commissioning of the plant?
[12] A  After we get through the commissioning, to
[13] commercial operation date, under the direction of the
[14] vendors, which was Alstom and EEC.
[15] Q  Were you still the control room team leader
[16] once you achieved commercial operation?
[17] A  I can't recall if it was control room team
[18] leader or the operations manager.
[19] Q  What were your responsibilities as
[20] operations manager?
[21] A  As operations manager, different things
[22] that other team leaders wanted to do, either
[23] maintenance or operational-wise would go through
[24] myself.
[25] Q  While you were operations team leader, did

**Page 82**

[1] you have any involvement with the CDS?
[2]   MS. SAGERSON: Objection to form, and
[3] mischaracterizes the witness's prior testimony.
[4] A  What do you mean, did I have anything to do
[5] with the CDS?
[6] Q  Did you instruct anyone on how to operate
[7] the CDS?
[8]   MS. SAGERSON: Objection to form, vague and
[9] ambiguous.
[10] A  I can't recall if I did.
[11] Q  Did you instruct anyone how to operate the
[12] electrostatic precipitator?
[13]   MS. SAGERSON: Objection to form, vague and
[14] ambiguous.
[15] A  I can't recall if I did.
[16] Q  In any of your positions at AES Puerto
[17] Rico, did you instruct anyone how to operate the CDS?
[18]   MS. SAGERSON: Objection the form, vague
[19] and ambiguous.
[20] A  I'm not understanding what you are asking,
[21] how to operate. Was it the ESP you just asked?
[22] Q  CDS.
[23] A  CDS.
[24]   We was directed how to operate it from EEC
[25] and Alstom.

**Page 83**

[1] Q  But once EEC and Alstom left, what did AES
[2] do?
[3]   MS. SAGERSON: Objection, vague and
[4] ambiguous.
[5] A  I'm not understanding what -- I'm still not
[6] understanding.
[7] Q  Correct me if I'm wrong, you testified that
[8] Alstom and/or AES instructed you how to operate the
[9] CDS; is that correct?
[10] A  That is not correct.
[11]   MS. SAGERSON: I think you meant EEC.
[12] Q  You testified that Alstom and/or EEC
[13] instructed you how to operate the CDS; is that
[14] correct?
[15] A  That is correct.
[16] Q  Once Alstom and EEC left the site, who
[17] instructed AES how to operate the CDS?
[18]   MS. SAGERSON: Objection, lack of
[19] foundation, vague and ambiguous.
[20] A  Repeat one more time, please.
[21] Q  After Alstom and EEC left the plant, who
[22] instructed AES how to operate the CDS?
[23]   MS. SAGERSON: Same objection.
[24] A  I can't recall at this time.
[25] Q  What functions did Alstom and/or EEC tell

**Page 84**

[1] AES how to operate the CDS?
[2]   MS. SAGERSON: Objection, vague and
[3] ambiguous.
[4] Q  Strike that. I will re-ask the question.
[5]   When you stated that EEC and/or Alstom
[6] instructed you how to operate the CDS, what do you
[7] mean by that?
[8] A  Repeat the question, please.
[9] Q  When you state that Alstom and/or EEC
[10] instructed you how to operate the CDS, what do you
[11] mean by that?
[12] A  That they was instructing us to do
[13] different things on the CDS such as change the
[14] temperature, try to get the CDS working.
[15] Q  Were there any other instructions besides
[16] temperature?
[17]   MS. SAGERSON: Objection to form.
[18] A  I'm not 100 percent sure but we controlled
[19] the bed DP and the CDS pressure. That goes back to
[20] the guidance that EEC and Alstom was giving us
[21] through, I can't remember the document, but it was
[22] revised several different times. And Bill VanHooser
[23] kept changing different parameters as we would try to
[24] make it work. That's what I think happened. I can't
[25] be sure.

A 228