Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Page 109

[1] Q Is it okay if we call it fly ash
[2] re-injection for now on?
[3] A That is fair.
[4] Q What do you know about fly ash re-injection
[5] at the AES Puerto Rico plant?
[6]     MS. SAGERSON: Objection, vague and
[7] ambiguous.
[8] A This is my vague memory, that it was
[9] designed to re-inject fly ash to -- re-inject fly ash
[10] into the boiler to help the performance of the CDS, if
[11] I remember correctly. I'm not 100 percent sure.
[12] Q Was it supposed to help the performance of
[13] the CDS?
[14] A This is my opinion, I think, the way it was
[15] designed is, the fly ash has residual lime in it, so
[16] there, in turn, it would absorb the sulfur dioxide.
[17] Q Do you recall if the ash was ever tested
[18] for residual lime?
[19]     MS. SAGERSON: Objection, vague and
[20] ambiguous.
[21] A I do not recall.
[22] Q Do you recall when the plant installed the
[23] mechanism to re-inject fly ash?
[24]     MS. SAGERSON: Objection, lack of
[25] foundation.

Page 110

[1] A Could you repeat that.
[2] Q I will rephrase question. When you arrived
[3] at the plant -- strike that.
[4]     Was the plant originally designed to
[5] re-inject fly ash into the boiler?
[6]     MS. SAGERSON: Objection, asked and
[7] answered.
[8] A I believe it was originally designed for
[9] fly ash re-injection, but I'm not sure.
[10] Q Did you say recently? Can you repeat that?
[11] A I believe it was designed to have the fly
[12] ash re-injection, but I'm not 100 percent sure.
[13] Q Is it your recollection that that apparatus
[14] to re-inject the fly ash was there during your
[15] employment at AES Puerto Rico?
[16]     MS. SAGERSON: Objection, vague and
[17] ambiguous.
[18] A I can't recall if it was there at that
[19] point.
[20] Q Do you know how much fly ash is re-injected
[21] back into the boiler?
[22] A I do not know.
[23] Q During your employment at AES Puerto Rico,
[24] was fly ash continually re-injected into the boiler?
[25] A I do not believe it was continuously, no.

Page 111

[1] Q Was there a period where AES Puerto Rico
[2] decided to cease re-injecting fly ash into the boiler?
[3]     MS. SAGERSON: Objection, vague and
[4] ambiguous.
[5] A I can't recall that.
[6] Q Are you aware if the plant is currently
[7] re-injecting fly ash?
[8] A I'm not aware of that.
[9] Q Are you aware of the plant's use of
[10] limestone? Are you generally aware of how the plant
[11] uses limestone?
[12]     MS. SAGERSON: Objection to the form.
[13] A I'm vaguely.
[14] Q Can you describe your understanding?
[15]     MS. SAGERSON: I assume we're talking about
[16] at AES Puerto Rico?
[17]     MR. SCHOLLAERT: Yes.
[18] A Limestone is crushed and dried and put into
[19] a silo and injected into the boiler.
[20] Q Are you familiar with the AES Puerto Rico's
[21] plant use of hydrated lime?
[22] A I am vaguely familiar.
[23] Q What is your understanding?
[24] A We use hydrated lime to inject into the
[25] CDS.

Page 112

[1] Q Are you aware if plant ever changed it's
[2] source of limestone in 2003?
[3] A I'm aware that we used to use aragonite,
[4] but I don't know when we changed to limestone. I
[5] don't know if that was in '02 or after I left.
[6] Q What is aragonite?
[7] A In my opinion, it's just my opinion and
[8] speculation, I believe it's almost the same as
[9] limestone. It's got so much calcium. I'm not an
[10] expert. That's my thoughts. I don't know.
[11] Q Do you know why AES Puerto Rico switched
[12] from aragonite to limestone?
[13] A I do not know the exact reason. I have a
[14] speculation that, I forget, the island that it was
[15] coming from was not doing well, so I think they shut
[16] down, but I don't know.
[17] Q By not doing well, what do you mean?
[18] A They could not either supply the product or
[19] make money, that's just my speculation.
[20] Q Do you know the cost of aragonite?
[21]     MS. SAGERSON: Objection to form, vague and
[22] ambiguous.
[23] A I do not.
[24] Q Do you know the cost of limestone?
[25]     MS. SAGERSON: Same objection.

### Page 113

[1] A  I do not.
[2] Q  Do you know the cost of hydrated lime?
[3]    MS. SAGERSON: Same objection.
[4] A  I do not.
[5] Q  Do you know whether aragonite is more or
[6] less expensive than limestone?
[7] A  I have no idea.
[8] Q  Do you recall our discussion earlier
[9] regarding the CDS injection nozzles? Do you generally
[10] recall our discussion earlier regarding the CDS
[11] nozzles?
[12]    MS. SAGERSON: Objection.
[13] Q  Strike that. Do you know what I'm
[14] referring to when I say CDS water nozzles?
[15] A  I understand.
[16] Q  Are you aware of a procedure to clean the
[17] CDS water nozzles?
[18]    MS. SAGERSON: Objection, vague and
[19] ambiguous.
[20] A  I can't recall a procedure.
[21] Q  Was it part of your responsibility, as
[22] control room team leader, to supervise the cleaning of
[23] the CDS water nozzles?
[24] A  It was not. My responsibility to, what did
[25] you say, witness or observe?

### Page 114

[1] Q  I said supervise.
[2] A  No, it wasn't my responsibility.
[3] Q  Whose responsibility was it to ensure that
[4] the CDS spray nozzles were properly cleaned?
[5]    MS. SAGERSON: Objection to form, lack of
[6] foundation.
[7] A  During what time period?
[8] Q  Beginning in 2003, January of 2003?
[9]    MS. SAGERSON: Same objection.
[10] A  My opinion, and my thoughts would be, it
[11] would be the boiler team leader or a lead operator,
[12] that is my speculation or my opinion.
[13] Q  Were you a boiler team leader at one point?
[14] A  I was at one point.
[15] Q  Was it one of your responsibilities to make
[16] sure that the CDS water nozzles were clean?
[17] A  It was not just my responsibility.
[18] Q  Whose responsibility was it?
[19] A  Lead operators or the boiler team leaders,
[20] if I remember. I can't recall.
[21] Q  Did you ever witness the procedure to clean
[22] the CDS spray nozzles?
[23]    MS. SAGERSON: Objection to form.
[24] A  I have not witnessed the procedure, I have
[25] witnessed nozzles being cleaned.

### Page 115

[1] Q  Can you explain the difference?
[2] A  The procedure is a written document, if I
[3] understand your question correctly.
[4]    Cleaning of the nozzles is the physical
[5] work.
[6] Q  How were the nozzles cleaned?
[7] A  I can't remember exactly. They had to have
[8] some special tools and things to clean them. I
[9] remember -- if I remember correctly, I'm not 100
[10] percent sure, but you have got to be careful with the
[11] surface of whatever size of the tip. I can't
[12] remember. I remember vaguely.
[13] Q  Do you recall how often the nozzles were
[14] cleaned in 2003?
[15] A  I do not recall.
[16] Q  Do you recall if there was a nozzle
[17] cleaning log that recorded the cleaning of the
[18] CDS spray nozzles?
[19] A  Repeat that question, please.
[20] Q  Do you recall if there was a CDS nozzle
[21] cleaning log that recorded the cleaning of the CDS
[22] spray nozzles?
[23] A  I do not recall a log.
[24] Q  Whose responsibility was it to keep records
[25] of maintenance at the plant?

### Page 116

[1]    MS. SAGERSON: Objection to form, vague and
[2] ambiguous, lack of foundation.
[3] A  I'm not sure if I understand your question,
[4] maintenance.
[5] Q  Would the cleaning procedures of the CDS
[6] spray nozzles be considered maintenance of the CDS
[7] nozzles?
[8]    MS. SAGERSON: Objection, vague and
[9] ambiguous.
[10] A  I'm not sure if it were.
[11] Q  Do you recall if there was any recordation
[12] of the cleaning of the CDS nozzles?
[13]    MS. SAGERSON: Objection to form.
[14] A  I know I have seen it sometimes in the
[15] control room logbook or it may have been the boiler
[16] area logbook or the lead operator logbook. I'm not
[17] sure.
[18] Q  Who would record that in those logbooks,
[19] beginning, we will start, with the control room
[20] logbook?
[21] A  That's the first one I said, yes.
[22] Q  Who would make those recordings?
[23] A  The control room operators, if he logged
[24] that.
[25] Q  Did the control room operator actually

Page 117

[1] perform the cleaning?
[2]  A    More than likely not.
[3]  Q    Who performed the cleaning?
[4]  A    The boiler operator.
[5]  Q    Who were the boiler operators in 2003?
[6]  A    I can't remember all of the names. I
[7] mentioned some of them.
[8]  Q    Do you know how many there were?
[9]  A    This is going to be speculation, but I'm
[10] guessing either eight or 12. I can't remember.
[11]  Q    Can you name as many as you can?
[12]  A    Hector Cologne, Hidalgo Rivera, Ismal
[13] Gonzolez, Marco Seresti, Angel Vasquez. That's all I
[14] remember. I can see their faces but I can't remember
[15] their names.
[16]  Q    Do you know who instructed them on how to
[17] clean the CDS spray nozzles?
[18]      MS. SAGERSON: Objection, lack of
[19] foundation.
[20]  A    I remember being shown how and trained by
[21] either Alstom or EEC.
[22]  Q    Whom at Alstom do you remember training on
[23] how to clean the CDS spray nozzles?
[24]  A    In my mind, it would be, and this is
[25] speculation, the person that was working shift before

Page 118

[1] Alstom which would be a Tom Coleman or Joe, I can't
[2] remember his last name. I'm trying to remember who
[3] was on days and who was on nights. They had someone
[4] on shift of, it would be the Alstom shift person.
[5]  Q    Was it their responsibility to instruct the
[6] boiler operators how to clean the CDS spray nozzles?
[7]      MS. SAGERSON: Objection to form.
[8]  A    Repeat that.
[9]  Q    Was it the Alstom employee, Tom Coleman and
[10] Joe's, who you can't remember, responsibility to train
[11] the boiler operators how to clean the CDS spray
[12] nozzle?
[13]      MS. SAGERSON: Objection to form.
[14]  A    It would be -- this is just my opinion, it
[15] would be their responsibility to train or EEC, but
[16] that's just my opinion and speculation.
[17]  Q    Whom at EEC do you recall providing
[18] training on how to clean the CDS spray nozzles?
[19]  A    The only person I recall from EEC was
[20] Bill VanHooser.
[21]  Q    Who supervised the boiler operators?
[22]      MS. SAGERSON: Objection to form.
[23]      At any point?
[24]  Q    Who supervised the boiler operators?
[25]      MS. SAGERSON: Objection to form.

Page 119

[1]  A    At what period?
[2]  Q    I assume that -- what position supervised
[3] the boiler operators?
[4]  A    Boiler area team leader.
[5]  Q    And you were the boiler area team leader at
[6] one point; is that correct?
[7]  A    That is correct.
[8]  Q    Did you train the boiler operators on how
[9] to clean the CDS spray nozzles?
[10]      MS. SAGERSON: Objection to form, vague and
[11] ambiguous.
[12]  A    I did not. They was previously trained by
[13] Alstom and EEC.
[14]  Q    During your employment at AES Puerto Rico,
[15] did you ever get any new boiler operators?
[16]      MS. SAGERSON: Objection to form.
[17]  A    I can't recall.
[18]  Q    After Alstom and EEC left the site, whose
[19] responsibility would it be to train the boiler
[20] operators?
[21]      MS. SAGERSON: Objection, vague and
[22] ambiguous, lack of foundation.
[23]  A    This is opinion, after all of the others
[24] had been trained, it would be the people on shift and
[25] the lead operators. That's my opinion. I don't

Page 120

[1] remember if that's the way it was.
[2]  Q    Is it your opinion that Alstom had a
[3] continuing duty to train the boiler operators at AES
[4] Puerto Rico?
[5]      MS. SAGERSON: Objection to form, vague and
[6] ambiguous, calls for a legal conclusion.
[7]  A    I would like for you to repeat that.
[8]  Q    Is it your opinion that Alstom had a
[9] continuing obligation to train the boiler operators on
[10] how to clean the CDS spray nozzles?
[11]      MS. SAGERSON: Same objection.
[12]  A    I'm not sure if I can answer that. I'm not
[13] understanding.
[14]  Q    After Alstom left, is it your opinion that
[15] they had a continual obligation to train the boiler
[16] operators at AES Puerto Rico?
[17]      MS. SAGERSON: Same objections.
[18]  A    It's my opinion that they were already
[19] trained by Alstom or EEC, but that's my opinion.
[20]  Q    If there was a new operator, whose
[21] obligation would it be to train them?
[22]      MS. SAGERSON: Objection, vague and
[23] ambiguous.
[24]  A    I thought I answered that.
[25]  Q    Could you answer it again?

A 237

Page 121

[1] A  I said it was my opinion that it would be
[2] the boiler operators or lead operator to give them
[3] proper training because they received the training
[4] from Alstom and EEC.
[5] Q  It's your testimony that you never
[6] personally trained anyone how to clean the CDS spray
[7] nozzles?
[8] A  I can't recall training anyone.
[9] Q  Do you know what a broomstick test is?
[10] A  I vaguely remember the broomstick test.
[11] Q  Can you explain to me what your memory is?
[12] A  I remember that, and I don't remember all
[13] of the details, but you would put a broomstick, and
[14] this is all guessing, I don't remember for sure, but I
[15] think you take something, like a sponge or something
[16] on a broomstick, stick it in a port by the nozzle and
[17] pull it out to see if you got a good spray pattern or
[18] a bad spray pattern. That's what I remember
[19] correctly.
[20] Q  What is good spray pattern?
[21] A  The broomstick test is for checking if you
[22] have wet ash which will give you a bad spray pattern.
[23] You will get the bigger droplets, if I remember
[24] correctly. I'm not 100 percent sure.
[25] Q  Do you recall what the purpose of doing the

Page 122

[1] broomstick test was?
[2] A  If I remember correctly, it was to check
[3] for a good nozzle or a bad nozzle, but I'm not sure.
[4] Q  What would happen if you had a bad
[5] broomstick test?
[6] A  I believe you would need to change that
[7] nozzle tip out.
[8] Q  Did you ever perform the broomstick test
[9] yourself?
[10] A  I performed the broomstick test a few
[11] times, but I can't remember how many.
[12] Q  Approximately do you recall how many?
[13] A  I can't recall.
[14] Q  Was it over or under 100?
[15] A  I can say it was definitely under 100.
[16] Q  Did you ever instruct anyone on how to
[17] perform the broomstick test?
[18] A  I can't recall.
[19] Q  Who showed you how to perform the
[20] broomstick test?
[21] MS. SAGERSON: Objection, lack of
[22] foundation.
[23] A  If I remember correctly, I'm not sure, but
[24] I think it was Gary Bates.
[25] Q  Do you recall when that was?

Page 123

[1] A  I do not recall when it was.
[2] Q  Do you recall if it was in 2002 or 2003?
[3] A  I don't recall.
[4] Q  Do you recall if it was the beginning of
[5] your employment at AES Puerto Rico or the end of your
[6] employment at AES Puerto Rico?
[7] A  I can't recall.
[8] Q  Are you familiar with the nozzle test
[9] station at AES Puerto Rico?
[10] A  I am aware of that.
[11] Q  Can you tell me what it is?
[12] A  It's a station down at the pumps to where
[13] you can put a nozzle on a stand to check the spray
[14] pattern.
[15] Q  And how often was that done?
[16] MS. SAGERSON: Objection to form, calls for
[17] speculation.
[18] A  I'm not sure.
[19] Q  Was it done every day?
[20] MS. SAGERSON: Same objection.
[21] A  I can't recall how often.
[22] Q  You can't recall if it was once a week or
[23] once a month?
[24] MS. SAGERSON: Objection, argumentative.
[25] A  I can't recall.

Page 124

[1] Q  When would you bring a nozzle down to test
[2] it in the test stand?
[3] MS. SAGERSON: Objection, lack of
[4] foundation.
[5] A  I can't recall. I know that the test of a
[6] nozzle tip, if I remember right, this is speculation,
[7] but I think I remember Gary Bates saying something
[8] about the spray down at the spray stand was not an
[9] accurate test because the pressure of the pumps were
[10] different than what's upstairs. I remember vaguely, I
[11] think, that to take -- some of the nozzles were tested
[12] up at the CDS where the nozzles were inserted, if I
[13] remember right.
[14] Q  They were just tested in the room around
[15] the CDS?
[16] A  Yes, that's correct.
[17] Q  Was there a test stand up there?
[18] A  I do not believe there was a test stand but
[19] it was made safe, for safe testing, if I remember
[20] right. I'm not sure how it was.
[21] Q  Do you recall when Gary Bates told you
[22] there was a problem, with the problem of the test
[23] stand?
[24] MS. SAGERSON: Objection, mischaracterizes
[25] the witness's prior testimony.

Page 125

[1] A    I don't recall when it was.
[2] Q    Are you able to regulate the pressure at
[3] the test stand?
[4]      MS. SAGERSON: Objection, mischaracterizes
[5] the witness's prior testimony.
[6] A    I do not believe so, but I'm not sure.
[7] Q    Whose responsibility was it to order --
[8] strike that.
[9]      What position at AES Puerto Rico would be
[10] responsible for replacing the nozzle parts?
[11]     MS. SAGERSON: Objection, vague and
[12] ambiguous, lack of foundation.
[13] A    Repeat that.
[14] Q    Whose responsibility, what positions or
[15] responsibility would be in charge of replacing the
[16] spray nozzle tips?
[17]     MS. SAGERSON: Same objection.
[18] A    I believe it would be the boiler area team
[19] leader; speculation.
[20] Q    During your tenure as boiler team leader,
[21] did you ever change the CDS nozzle tips?
[22] A    I can't recall changing the tip.
[23] Q    Do you know how many parts are within a CDS
[24] spray nozzle?
[25] A    I believe it is just one solid piece, but

Page 126

[1] I'm not sure.
[2] Q    Did you ever take a nozzle apart?
[3] A    Not to my knowledge, I don't believe I did.
[4] Q    Do you recall how often the nozzle tips
[5] were replaced?
[6]      MS. SAGERSON: Objection, vague and
[7] ambiguous.
[8] A    I do not recall how often they were
[9] replaced. This is going to be another speculation,
[10] but I think it was, something in my memory, says every
[11] three months.
[12] Q    Is that the entire time you worked at AES
[13] Puerto Rico?
[14] A    I can't recall if that was the whole time,
[15] because if I remember right, this is -- I'm not 100
[16] percent sure on this, the only times that we would
[17] change a tip while -- before commissioning, it would
[18] be a recommendation of Alstom or EEC.
[19] Q    Who would recommend that after Alstom
[20] and/or EEC left the site?
[21]     MS. SAGERSON: Objection, lack of
[22] foundation.
[23] A    My opinion would be the boiler operators
[24] would recommend changing the tip; speculation.
[25] Q    Did you ever recommend to change a tip of

Page 127

[1] the CDS spray nozzle?
[2] A    I cannot recall.
[3] Q    You do not recall the existence of the
[4] nozzle cleaning logbooks; is that correct?
[5] A    I do not recall a logbook with that title,
[6] no.
[7] Q    Correct me if I'm wrong, but you indicated
[8] earlier that the boiler operators would clean the
[9] nozzles, and the control room operator would record
[10] the cleaning of the nozzles; is that correct?
[11]     MS. SAGERSON: Objection, mischaracterizes
[12] the witness's prior testimony.
[13] A    That is not correct.
[14] Q    Can you tell me how that process went?
[15]     MS. SAGERSON: Objection, lack of
[16] foundation, vague and ambiguous.
[17] A    Well, could you explain what you --
[18] Q    You said that the nozzle cleaning was
[19] recorded in the control room logbooks; is that
[20] correct?
[21]     MS. SAGERSON: Objection, mischaracterizes
[22] the witness's prior testimony.
[23] A    I did not say that. I said that it could
[24] have been recorded in the control room logbook.
[25] Q    Are you aware of it being recorded in the

Page 128

[1] control room logbook?
[2] A    I stated I believe I have seen it in the
[3] logbook, but I'm not 100 percent sure.
[4] Q    You testified that the boiler operators
[5] were the AES personnel actually cleaning the nozzles;
[6] is that correct?
[7]      MS. SAGERSON: Objection, mischaracterizes
[8] the witness's prior testimony.
[9] A    Restate that.
[10] Q    I'm sorry. Did you testify earlier that
[11] the boiler operators were the AES personnel cleaning
[12] the CDS spray nozzles?
[13]     MS. SAGERSON: Same objection.
[14] A    At what time frame?
[15] Q    During 2003.
[16] A    The boiler operators were cleaning the
[17] nozzles, as far as I remember, I think.
[18] Q    When did AES Puerto Rico take over
[19] commercial operation of the plant?
[20] A    I believe it was November 28th, I think the
[21] day of Thanksgiving of 2002, if I remember right.
[22] Q    So after November 28th, 2002, would it be
[23] the responsibility of the boiler operators to clean
[24] the CDS spray nozzles?
[25]     MS. SAGERSON: Objection, calls for

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

**Page 129**

[1] speculation.
[2] A   I'm not sure. I don't know.
[3] Q   Whose responsibility would it be?
[4]     MS. SAGERSON: Objection, calls for
[5] speculation.
[6] A   Could you repeat your question.
[7] Q   Whose responsibility would it be to clean
[8] the CDS spray nozzles after November 28th, 2002?
[9]     MS. SAGERSON: Same objection.
[10] A   My opinion, it would be a boiler operator.
[11]    MR. SCHOLLAERT: For the record, I have
[12] marked a document Bates labeled AESPR-349461
[13] through AESPR-349464 as Deposition Exhibit No. 8,
[14] and I am handing it to the witness.
[15]    (Thereupon, Tomlin Deposition Exhibit
[16] No. 8 was marked for identification.)
[17] Q   Would you take a minute to briefly review
[18] this document and let me know when you're finished.
[19]    Mr. Tomlin, is Exhibit No. 8 an e-mail from
[20] you dated September 23rd, 2002 to Gary Bates and
[21] Wilbert Delapaz? Is that what it appears to be?
[22] A   It appears to be an e-mail.
[23] Q   Do you recall sending this e-mail?
[24] A   I do not recall sending this.
[25] Q   Do you recall seeing the attached document

**Page 130**

[1] labeled CDS Water Nozzle Cleaning Procedures Revised
[2] September 22, 2002? Do you recall seeing that
[3] document before?
[4] A   I recall seeing different revisions of the
[5] document, but I'm not sure if this is the one I have
[6] seen. There was so many.
[7] Q   You have seen a version of this document,
[8] you just don't know if that's the one you have seen;
[9] correct?
[10] A   That is correct.
[11] Q   Why would you be transmitting this document
[12] to Gary Bates and Wilbert Delapaz?
[13] A   I can't recall why I did.
[14] Q   Do you know why you would be in possession
[15] of this document?
[16]    MS. SAGERSON: Objection, vague and
[17] ambiguous.
[18] A   I can't recall.
[19] Q   Did someone from EEC give you this
[20] document?
[21] A   I can't recall. This is speculation on my
[22] part, I might think that Bill VanHooser may have given
[23] me different ones, but like I said, there was so many
[24] revisions, I don't know which one is which. I can't
[25] recall.

**Page 131**

[1] Q   Who was Wilbert Delapaz?
[2] A   He was a boiler team leader also at one
[3] point.
[4] Q   Do you know what he was on September 23rd,
[5] 2002?
[6] A   No, I can't recall.
[7] Q   What was your position on September 23rd,
[8] 2002?
[9] A   I believe I was control room team leader,
[10] I'm not 100 percent sure.
[11] Q   What was Gary Bates' position on
[12] September 23rd, 2002?
[13] A   If I remember correctly, he was boiler team
[14] leader.
[15] Q   So was Gary Bates the boiler team leader of
[16] one unit and Wilbert Delapaz of the other unit?
[17] A   I believe that is how it was spelled out,
[18] it was unit 1 and unit 2 team leaders.
[19] Q   Do you think you were sending this document
[20] to them for them to instruct the boiler operators on
[21] how to clean the nozzles?
[22]    MS. SAGERSON: Objection, calls for
[23] speculation.
[24] A   It could, but I don't know. I can't
[25] remember this document.

**Page 132**

[1] Q   Can you turn to the page marked AESPR-
[2] 349463, it is the third page of this Exhibit No. 8.
[3] Are you on that page?
[4] A   Yes, I am.
[5] Q   Can you read the -- I'll read the third
[6] bullet point from the bottom, "Inspect nozzle orifice
[7] for any imperfection (out of round, et cetera) and
[8] these should be noted in the nozzle cleaning logbook
[9] along with a description of their appearance,"
[10] period. "Damaged nozzles should be replaced
[11] promptly," period.
[12]    Do you understand this to be an instruction
[13] from EEC to keep a nozzle cleaning logbook?
[14]    MS. SAGERSON: Objection, calls for
[15] speculation.
[16] A   I see that it reads that.
[17] Q   Did anyone ever tell you to keep a nozzle
[18] cleaning logbook?
[19] A   I can't recall that.
[20] Q   Is this a procedure for CDS water nozzles
[21] cleaning procedures?
[22]    MS. SAGERSON: Objection, vague and
[23] ambiguous, calls for speculation.
[24] A   That's what the title is, but I'm not sure
[25] that's what this is.

A 240