## Page 133

[1] Q    And it instructs you to keep a nozzle
[2] cleaning logbook; is that correct?
[3]         MS. SAGERSON:  Objection, mischaracterizes
[4] the witness's prior testimony.
[5] A    I do not know what this document is,
[6] therefore, I can't answer that.
[7] Q    Is the title of the document "CDS Water
[8] Nozzles Cleaning Procedures"?
[9] A    That is what the title reads.
[10] Q    What would you understand this document to
[11] be?
[12]         MS. SAGERSON:  Objection, calls for
[13] speculation.
[14] A    I would only say that it reads that it is
[15] the cleaning procedure for the water nozzles, but I
[16] have never seen this document or I don't remember
[17] seeing this document.
[18] Q    So prior to today, you don't recall ever
[19] seeing Exhibit No. 8 before?
[20]         MS. SAGERSON:  Objection, asked and
[21] answered.  The witness has testified he has seen
[22] revisions of a similar document.
[23] A    I have seen different revisions, but I do
[24] not know if this is -- if I have seen this one or not.
[25] Q    Does this version instruct you to keep a

## Page 134

[1] CDS cleaning nozzle logbook?
[2] A    It reads to keep a CDS cleaning logbook,
[3] but is it requiring us to, I do not know if this is
[4] the final revision.
[5] Q    Does this revision instruct you to keep a
[6] CDS nozzle cleaning logbook?
[7]         MS. SAGERSON:  Objection, vague and
[8] ambiguous.
[9] A    It requires someone to retain a book.
[10] Q    You believe that document was given to you
[11] by EEC; is that correct?
[12]         MS. SAGERSON:  Objection, mischaracterizes
[13] the witness's prior testimony.
[14] A    I do not know if EEC gave me this.  I can't
[15] recall that.
[16] Q    You obviously had possession of it at one
[17] point; is that correct?
[18] A    It seems that I may have had possession,
[19] but I don't recall.
[20] Q    And you transmitted this CDS Water Nozzle
[21] Cleaning Procedure to Gary Bates and Wilbert Delapaz
[22] on September 23rd, 2002?
[23]         MS. SAGERSON:  Objection, asked and
[24] answered, calls for speculation.
[25] A    I don't recall forwarding this.

## Page 135

[1] Q    Can you look on the last page of the
[2] document that says AESPR-349464.  Just read what it
[3] says under the heading "Broomstick Test."  You can
[4] just read it to yourself.
[5]         Is this your understanding of how the
[6] broomstick test was supposed to be performed?
[7]         MS. SAGERSON:  Objection, calls for
[8] speculation, mischaracterizes the witness's prior
[9] testimony.
[10] A    In this document, that's what it would
[11] read, but I am not sure if this is the procedure.
[12] Q    Can you read the last bullet point of the
[13] document?
[14] A    "The appearance of the broomstick after
[15] removal from the port should be noted in the nozzle
[16] cleaning logbook."
[17] Q    Did you ever instruct anyone, any employees
[18] whom you supervised, to keep a nozzle cleaning
[19] logbook?
[20]         MS. SAGERSON:  Objection, vague and
[21] ambiguous.
[22] A    I do not recall that.
[23]         MR. SCHOLLAERT:  We will take a short break
[24] to change tapes.
[25]         THE VIDEOGRAPHER:  This ends tape 2.  The

## Page 136

[1] time is 2:09 p.m.
[2]         (Recess taken.)
[3]         THE VIDEOGRAPHER:  This begins tape 3 of
[4] the deposition of Doug Tomlin.  The time is
[5] 2:17 p.m.  We are on the record.
[6] BY SCHOLLAERT:
[7] Q    Mr. Tomlin do you realize you are still
[8] under oath?
[9] A    I do.
[10] Q    Do you recall how many documents such as
[11] Exhibit No. 8 EEC transmitted to AES?
[12]         MS. SAGERSON:  Objection, vague and
[13] ambiguous.
[14] A    I do not recall.
[15] Q    You testified earlier that there was a
[16] certain number of revisions of a particular document.
[17] Do you recall what that was?
[18]         MS. SAGERSON:  Objection, vague and
[19] ambiguous.
[20] A    I do not recall.
[21] Q    Did AES issue a document in regards to the
[22] operation of the CDS?
[23]         MS. SAGERSON:  Objection, vague and
[24] ambiguous.
[25] A    What I was saying earlier, something like

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 137

[1] this, but I never knew which was the right operation.
[2] Q   It was a similar document to that?
[3] A   If I remember correctly.
[4]     MS. SAGERSON: Can we clarify to what we're
[5] referring?
[6]     MR. SCHOLLAERT: To Exhibit No. 8.
[7] A   Could you repeat the question.
[8] Q   It was a similar document to Exhibit No. 8
[9] in terms of appearance?
[10] A   I'm not 100 percent sure. It was some kind
[11] of a document, I do not know if it was like this.
[12] Q   And you don't recall how many revisions of
[13] that document there were?
[14]     MS. SAGERSON: Objection, vague and
[15] ambiguous.
[16] A   I do not recall.
[17] Q   During your employment at AES Puerto Rico,
[18] did you ever experience problems with wet ash in the
[19] CDS?
[20]     MS. SAGERSON: Objection, vague and
[21] ambiguous.
[22] A   It depends on what you are calling wet
[23] ash. Can you clarify what you mean by wet ash?
[24] Q   It is my understanding that ash can become
[25] wet and clog the CDS; is that correct?

Page 138

[1] A   That is correct.
[2] Q   Do you recall any times when AES Puerto
[3] Rico experienced problems with wet ash in the CDS?
[4] A   I do recall problems with wet ash in the
[5] CDS.
[6] Q   At what time do you recall?
[7] A   I can't recall the exact time.
[8] Q   Do you recall how many times?
[9] A   I recall two times when we had to unplug
[10] the CDS.
[11] Q   What does it mean to unplug the CDS?
[12] A   The two times that I'm remembering is when
[13] we had to shut the boiler off so we could get all of
[14] the wet ash out of the bottom of the CDS.
[15] Q   How did you do that?
[16] A   I'm not sure. I'm not 100 percent sure
[17] this is how we did it. We had some water lances, and
[18] I believe, but I'm not sure, high pressure water. I
[19] can't remember where we got that from.
[20] Q   Okay.
[21] A   I do know that it was prior to commercial
[22] operation, those two instances, but I can't remember
[23] the exact dates.
[24] Q   The two instances you recall were before
[25] November 28th, 2002?

Page 139

[1] A   I think so, I'm not sure.
[2] Q   Do you recall any more instances?
[3] A   No, I do not recall any.
[4] Q   Did you determine what caused the wet ash?
[5]     MS. SAGERSON: Objection, vague and
[6] ambiguous.
[7] A   I do not recall the reason for that, no.
[8] Q   Did you change your operating procedures
[9] after you discovered wet ash?
[10]     MS. SAGERSON: Objection, lack of
[11] foundation, vague and ambiguous.
[12] A   At that point, we was operating under EEC's
[13] and Alstom's direction.
[14] Q   Did Alstom and/or EEC instruct you to
[15] change your operating procedures to avoid the problem
[16] of wet ash?
[17] A   My opinion, they probably did. This is
[18] speculation, maybe that's why we had so many
[19] revisions. I don't know.
[20] Q   What do you believe would cause creation of
[21] the formation of wet ash in the CDS?
[22] A   Again, just speculation, a bad nozzle tip
[23] or really, in my mind, bad nozzles.
[24] Q   What about the CDS temperature, would that
[25] have affect on the ash?

Page 140

[1]     MS. SAGERSON: Objection, vague and
[2] ambiguous.
[3] A   I'm not sure about that.
[4] Q   Do you believe it would have an affect on
[5] the ash?
[6]     MS. SAGERSON: Objection, calls for
[7] speculation.
[8] A   I'm not sure.
[9] Q   If you increase the heat, wouldn't wet ash
[10] dry out?
[11]     MS. SAGERSON: Objection, calls for
[12] speculation.
[13] A   Just my opinion, that makes sense, common
[14] sense, but I'm not sure if that's a fact.
[15] Q   Did you ever increase the CDS temperature
[16] in order to correct a wet ash problem?
[17]     MS. SAGERSON: Objection, vague and
[18] ambiguous.
[19] A   I can't recall.
[20]     MR. SCHOLLAERT: For the record, I am
[21] marking a document Bates labeled AES-WC-04-1260
[22] as Deposition Exhibit No. 9 and I'm handing a
[23] copy of it to the witness.
[24]     (Thereupon, Tomlin Deposition Exhibit No. 9
[25] was marked for identification.)

Page 141

[1] Q   Mr. Tomlin, can you please read this
[2] document and let me know when you're finished.
[3] A   Okay.
[4] Q   Does this appear to be an e-mail from
[5] Jerry Cagle dated September 14th, 2002 to a number of
[6] recipients, you included?
[7] A   Its appears to be that.
[8] Q   It's a subject matter "Unit Status"?
[9] A   I agree it reads that.
[10] Q   Do you recall receiving this e-mail?
[11] A   I don't recall receiving this specific
[12] e-mail.
[13] Q   Who is Jerry Cagle?
[14] A   Jerry Cagle was an employee of AES.
[15] Q   What was his position?
[16] A   He was sort of in commission or operations.
[17] Q   Was part of his job to create reports and
[18] submit them to people?
[19]      MS. SAGERSON: Objection, calls for
[20] speculation.
[21] A   I'm not sure.
[22] Q   Does the e-mail appear to be a status
[23] report for one of the units?
[24] A   It appears to be that.
[25] Q   Did he regularly send these reports or

Page 142

[1] e-mails?
[2]      MS. SAGERSON: Objection, mischaracterizes
[3] the document.
[4] A   I can't recall how many he would send.
[5] Q   Do you recall receiving other e-mails from
[6] Jerry Cagle?
[7]      MS. SAGERSON: Objection, vague and
[8] ambiguous.
[9] A   I recall receiving different e-mails from
[10] different people, but this specific one, I do not
[11] recall.
[12] Q   Do you see mid-way through the paragraph,
[13] the third line down, it says, "CDS was making heavy
[14] wet ash yesterday afternoon and last night had to dump
[15] the hopper on the floor-inspection is underway to see
[16] if we are plugging."
[17]      Do you see that?
[18] A   I see it reads that.
[19] Q   Is this one of the incidents of wet ash
[20] that you were referring to earlier?
[21] A   Not seeing this document, I'm not sure that
[22] it is because I don't read this that that unit was
[23] shut off, so I don't know if that's true or not.
[24] Q   So the other incidents that you recall the
[25] unit was shut down?

Page 143

[1] A   If I remember correctly.
[2] Q   But you don't recall this incident?
[3] A   I do not recall that incident, no.
[4] Q   Do you see the last line of that paragraph,
[5] where it says, "I called Doug so he can notify EQB of
[6] the ash dusting problem"?
[7] A   I see that it reads that.
[8] Q   Does that refer to you?
[9]      MS. SAGERSON: Objection, calls for
[10] speculation.
[11] A   It could, I'm not sure.
[12] Q   Do you recall notifying the EQB of ash
[13] dusting problems?
[14] A   I do not recall, no.
[15] Q   What is the EQB?
[16] A   Environmental Quality Board.
[17] Q   Was it part of your job responsibilities to
[18] notify the EQB?
[19] A   If I remember correctly, I'm not sure, if
[20] something like this would have happened, I would
[21] contact Bill Vela and he would contact the appropriate
[22] environmental people. And if I remember right, I'm
[23] not sure, that if Bill was not around, then I would be
[24] the one to contact.
[25] Q   What position were you in on

Page 144

[1] September 14th, 2002?
[2] A   I believe control room team leader, but I'm
[3] not 100 percent sure.
[4] Q   Do you recall what was done to correct the
[5] wet ash problem referred to in this Exhibit No. 9?
[6]      MS. SAGERSON: Objection, the witness has
[7] testified he doesn't recall this problem.
[8] A   I do not recall.
[9]      MR. SCHOLLAERT: Will you please refrain
[10] from speaking objections.
[11]      MS. SAGERSON: Well, if you'll stop
[12] mischaracterizing my witness's testimony, I will
[13] refrain from speaking objections.
[14] BY MR. SCHOLLAERT:
[15] Q   For the record, what was your position on
[16] January 15th, 2003?
[17]      MS. SAGERSON: Objection, calls for
[18] speculation.
[19] A   I can't recall if it was control room or
[20] operations.
[21]      January of '03?
[22] Q   (Indicating.)
[23] A   I can't recall.
[24] Q   If you were in the control room, would
[25] Elias Sostre have reported to you?

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 145

[1]     MS. SAGERSON: Objection, calls for
[2] speculation, lack of foundation.
[3]     A   That is possible, but I'm not sure.
[4]     Q   Was he required to provide you with daily
[5] reports of any kind?
[6]     MS. SAGERSON: Objection, calls for
[7] speculation, vague and ambiguous, lack of
[8] foundation.
[9]     A   I really can't remember.
[10]    MR. SCHOLLAERT: For the record, I have
[11] marked a document dated AESPR-244284 as Exhibit
[12] No. 10 and am handing a copy of it to the
[13] witness.
[14]    (Thereupon, Tomlin Deposition Exhibit
[15] No. 10 was marked for identification.)
[16]    Q   Can you look at this e-mail and let me know
[17] when you're finished.
[18]    A   Okay.
[19]    Q   Mr. Tomlin, does Exhibit No. 10 appear to
[20] be an e-mail from you dated January 15th, 2003 to
[21] Elias Sostre, subject: RE: Report?
[22]    MS. SAGERSON: Objection, mischaracterizes
[23] the document.
[24]    A   It appears to be an e-mail.
[25]    Q   And it appears that you are responding to a

Page 146

[1] report provided by Elias Sostre on January 15th, 2003;
[2] is that correct?
[3]     MS. SAGERSON: Objection, lack of
[4] foundation.
[5]     A   It appears to be a response to that, if
[6] this is an e-mail.
[7]     Q   Do you recall receiving or sending this
[8] e-mail?
[9]     A   Sitting here right now, no, I cannot recall
[10] seeing this.
[11]    Q   Mr. Tomlin, have you suffered from any
[12] physical injury that has caused you a memory lapse?
[13]    A   No.
[14]    Q   Have you suffered from any emotional
[15] problems that have caused you to experience memory
[16] lapse?
[17]    MS. SAGERSON: Objection, argumentative.
[18]    A   I don't believe so.
[19]    Q   Do you recall any situations that have
[20] caused you to lose memory from incidents in 2002 and
[21] 2003?
[22]    MS. SAGERSON: Objection, argumentative.
[23]    Nothing other than the passage of three
[24] plus years.
[25]    A   I do not recall anything that would cause

Page 147

[1] that.
[2]     Q   On the first line, it says, "Elias, thank
[3] you for the update," period. "This report was exactly
[4] what I was looking for," period. "Keep up the good
[5] work," period.
[6]     Did Mr. Sostre issue these reports to you
[7] on a regular basis?
[8]     MS. SAGERSON: Objection, lack of
[9] foundation, mischaracterizes the document,
[10] mischaracterizes the witness's prior testimony.
[11]    A   I can't recall if he did or not.
[12]    Q   Do you recall what reports you were looking
[13] for?
[14]    A   I can't recall, not seeing -- not
[15] remembering seeing this, at that moment, I'm not sure
[16] that the report -- what I was talking about, if I did
[17] send this.
[18]    Q   You don't recall if you received regular
[19] reports from Mr. Sostre?
[20]    A   I do not recall.
[21]    Q   I want to refer your attention to the last
[22] paragraph. It says, "Note: We removed a lot of ash a
[23] little bit wet and with rock formations from the Unit
[24] 2 CDS hopper twice during the shift," period. "We
[25] increased the CDS outlet temperature from 153 to 154*F

Page 148

[1] at 04:00 trying to improve the CDS performance"
[2] period. "We also perform the snozzles spray pattern
[3] and broomstick test with goods results," period.
[4]     Do you recall this instance of discovering
[5] wet ash in the CDS?
[6]     A   I do not recall this, no.
[7]     Q   Is this one of the instances that you were
[8] referring to earlier?
[9]     MS. SAGERSON: Objection, the witness just
[10] said he didn't recall.
[11]    A   I don't recall this.
[12]    Q   Mr. Sostre reports that they increased the
[13] CDS outlet temperature from 153 to 154.
[14]    Do you see that?
[15]    A   I see that it reads that.
[16]    Q   Do you know why he would do that?
[17]    A   I would have to talk to Elias to see if he
[18] remembers this to see why he did it.
[19]    Q   Why do you think he increased the
[20] temperature from 153 to 154?
[21]    MS. SAGERSON: Objection, calls for
[22] speculation.
[23]    A   I don't know.
[24]    Q   Do you think it was because they
[25] experienced wet wash in the CDS?

Morse Gantvero & Hodge Court Reporters, Inc.     Min-U-Script®     A 244     (37) Page 145 - Page 148

Case 1:04-cv-01282-JJF   Document 95-14   Filed 03/24/2006   Page 5 of 6

Doug Tomlin
February 28, 2006
AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Page 149

[1]    MS. SAGERSON: Objection, calls for
[2] speculation.
[3]    A    You would have to talk to Elias. I don't
[4] know without talking to Elias.
[5]    Q    But you received a copy of this report;
[6] correct?
[7]    MS. SAGERSON: Objection, the witness says
[8] he doesn't recall if he did.
[9]    A    I don't remember receiving this.
[10]    MR. SCHOLLAERT: For the record, I have
[11] marked a document Bates labeled AESPR-348597 as
[12] Deposition Exhibit No. 11, and am handing a copy
[13] to the witness.
[14]    (Thereupon, Tomlin Deposition Exhibit
[15] No. 11 was marked for identification.)
[16]    Q    Please take a look at it, Mr. Tomlin and
[17] let me know when you are finished.
[18]    A    Okay. I have read it.
[19]    Q    Does Exhibit No. 11 appear to be an e-mail
[20] from you to Richard Trifonoff, Gary Bates, Wilbert
[21] Delapaz and Carlos Reyes forwarding a report that you
[22] received from Elias Sostre on January 20th, 2003?
[23]    MS. SAGERSON: Objection, mischaracterizes
[24] the document.
[25]    A    It appears to be an e-mail forwarded, if

Page 150

[1] that's what it is. I don't recall this document,
[2] having received it.
[3]    Q    You don't recall receiving this e-mail?
[4]    A    I do not recall.
[5]    Q    This appears to be a similar report to
[6] Exhibit No. 10.
[7]    Do you agree?
[8]    A    It appears to be similar in some aspects.
[9]    Q    Does this refresh your recollection as to
[10] whether you received routine reports from
[11] Elias Sostre?
[12]    MS. SAGERSON: Objection, calls for
[13] speculation.
[14]    A    No, its does not refresh my memory about
[15] receiving those reports.
[16]    Q    Would you agree with me that you appear to
[17] have received at least two very similar reports from
[18] Mr. Sostre?
[19]    A    It seems to. It seems to be that I may
[20] have received them, but I'm not sure.
[21]    Q    Mr. Tomlin, I'm going to refer your
[22] attention to the third bullet point down, in the
[23] bottom e-mail, that says "Increase unit 1 CDS outlet
[24] temperature from 153 to 155 degrees Fahrenheit slowly,
[25] watching the opacity carefully, because we found ash a

Page 151

[1] little bit wet at the CDS hopper," period.
[2]    Do you see that?
[3]    A    I see that it reads that.
[4]    Q    Since you state that you don't recall
[5] receiving this e-mail, do you recall this incident?
[6]    A    I do not recall this, no.
[7]    Q    Does it appear from this document that
[8] Elias Sostre increased the CDS outlet temperature as a
[9] result of finding wet ash in the CDS hopper?
[10]    MS. SAGERSON: Objection, calls for
[11] speculation.
[12]    A    Could you repeat the question, please.
[13]    Q    Does it appear that Mr. Sostre increased
[14] the CDS outlet temperature as a result of finding wet
[15] ash in the CDS hopper?
[16]    MS. SAGERSON: Same objection.
[17]    A    I would have to discuss that with Elias to
[18] see if that was the issue. I don't know.
[19]    Q    Looking at the document, do you agree with
[20] me?
[21]    MS. SAGERSON: Objection, calls for
[22] speculation.
[23]    A    I would have to talk to Elias to see why.
[24]    Q    Without talking to Elias, you wouldn't
[25] agree with me that he appears to be increasing the CDS

Page 152

[1] outlet temperature as a result of wet ash?
[2]    MS. SAGERSON: Objections, calls for
[3] speculation, argumentative.
[4]    A    I would not agree because I would have to
[5] talk to Elias to see why.
[6]    Q    Looking at Exhibit No. 20 and Exhibit
[7] No. 11, in both of these reports from Elias Sostre, he
[8] finds wet ash in the CDS and increases the CDS
[9] temperature; is that right?
[10]    MS. SAGERSON: Objection, mischaracterizes
[11] the documents.
[12]    A    Repeat the question.
[13]    Q    In Exhibit No. 10 and Exhibit No. 11, in
[14] both documents, Mr. Sostre reports that he observed
[15] wet ash in the CDS and he also increased the CDS
[16] outlet temperature; is that correct?
[17]    MS. SAGERSON: Objection, mischaracterizes
[18] the documents.
[19]    A    Those two documents read that, but I not
[20] knowing the story and not seeing that, I would have to
[21] talk to Elias to see.
[22]    Q    You said earlier that one of the reasons
[23] for wet ash would be poor CDS nozzles; is that
[24] correct?
[25]    A    I believe I stated that.

A 245

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 153

[1] Q Did you also state that one of the things
[2] that would cause wet ash would be low CDS
[3] temperature?
[4]   MS. SAGERSON: Objection, mischaracterizes
[5] the witness's prior testimony.
[6] A I do not believe I said that.
[7] Q Do you think it would be a factor?
[8]   MS. SAGERSON: Objection, asked and
[9] answered.
[10] A I'm not sure about that. I'm not sure that
[11] that would be a factor.
[12] Q If you increased the temperature within the
[13] CDS, would it tend to dry out ash?
[14]   MS. SAGERSON: Objection, calls for
[15] speculation and asked and answered.
[16] A You have asked this question once before
[17] and I thought I already answered.
[18]   I do not know, that would be my opinion,
[19] common sense, I would think that that would be true,
[20] but to know 100 percent, I would not know.
[21] Q In your opinion, common sense, in
[22] Exhibit 10 and Exhibit 11, is Mr. Sostre increasing
[23] the CDS outlet temperature because he found wet ash?
[24]   MS. SAGERSON: Objection, calls for
[25] speculation.

Page 154

[1]   The witness has answered this question a
[2] number of times and you are mischaracterizing the
[3] documents.
[4] A I am unsure of that.
[5] Q In Exhibit No. 10, the last sentence of the
[6] e-mail says, "We also performed the snozzle spray
[7] pattern and broomstick test with good results."
[8]   Do you see that?
[9] A I see that it reads that.
[10] Q From this document, would you think that
[11] the nozzles were the cause of the wet ash?
[12]   MS. SAGERSON: Objection, calls for
[13] speculation, mischaracterizes. The document says
[14] snozzles not nozzles.
[15]   MR. SCHOLLAERT: Anything else.
[16]   MS. SAGERSON: That's it.
[17] A I would not know without talking to Elias.
[18] And trying to remember this certain situation, I do
[19] not remember this incident.
[20] Q So we looked at three different instances
[21] of having wet ash and you don't particularly recall
[22] any of them; is that correct?
[23]   MS. SAGERSON: Objection, have we looked at
[24] three different instances of experiencing wet
[25] ash. I think you are mischaracterizing that

Page 155

[1] documents grossly.
[2]   MR. SCHOLLAERT: Please stop making
[3] speaking objections.
[4]   MS. SAGERSON: Well, if you stop
[5] mischaracterizing my witness's prior testimony
[6] and the documents, then I will stop.
[7]   MR. SCHOLLAERT: I'm not mischaracterizing
[8] the witness's testimony.
[9]   MS. SAGERSON: Sure. You have consistently
[10] mischaracterized his testimony.
[11]   You can answer.
[12] A What is the question?
[13] Q Exhibits 9, 10 and 11 are also reports to
[14] you that there was wet ash in the CDS; is that
[15] correct?
[16] A These three instances read that, but I do
[17] not remember receiving those.
[18] Q Do you recall any other instances of wet
[19] ash?
[20]   MS. SAGERSON: Objection, asked and
[21] answered.
[22] A I believed I have answered that I remember
[23] two, two instances of wet ash where we had to shut the
[24] units down, therefore I do not remember these
[25] instances.

Page 156

[1] Q Was wet ash a reoccurring problem at the
[2] AES Puerto Rico plant?
[3] A I can't recall.
[4]   MR. SCHOLLAERT: I want to take a short
[5] break.
[6]   THE VIDEOGRAPHER: We are off the record.
[7] The time 2:48 p.m.
[8]   (Recess taken.)
[9]   THE VIDEOGRAPHER: We are on the record.
[10] The time is 2:56 p.m
[11] BY MR SCHOLLAERT:
[12] Q Mr. Tomlin, do you realize you are still
[13] under oath?
[14] A I realized I'm under oath.
[15] Q I'd like to talk about the discovery of
[16] corrosion at the AES Puerto Rico plant.
[17]   Do you recall observing corrosion in unit 2
[18] ESP?
[19]   MS. SAGERSON: Objection to form.
[20] A I remember seeing corrosion. I can't
[21] recall which unit.
[22] Q Do you recall approximately what time that
[23] was?
[24] A I remember it was somewhere in the end of
[25] '03. I believe that was what it was. I'm not sure.