Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

### Page 157

[1] Q  Who discovered the corrosion?
[2] A  I'm not 100 percent sure, but I believe
[3] Paul Stinson was the first one to find it, but I'm not
[4] positive on that.
[5] Q  What happened after discovery of corrosion
[6] in regards to operating procedures?
[7]    MS. SAGERSON: Objection, vague and
[8]    ambiguous.
[9] A  I do not recall on that part. I don't know
[10] if there was any. I remember the Paul Stinson was
[11] working to do different things to see why the
[12] corrosion happened.
[13]    During that period is when I was in
[14] transition trying to get everything ready to move back
[15] to the States.
[16] Q  What was your job function during that
[17] time?
[18] A  I was -- if I remember correctly, it was
[19] boiler area team leader, I believe.
[20] Q  Do you recall if Mr. Stinson gave any
[21] instructions to change the operating procedures of the
[22] CDS or ESP?
[23] A  I cannot recall that.
[24] Q  Do you know whether or not AES Puerto Rico
[25] increased the CDS outlet temperature as a result of

### Page 158

[1] the discovery of corrosion?
[2] A  I cannot recall if he did or not. I
[3] believe that -- this is speculation, I think that they
[4] was starting to increase but I'm not 100 percent sure,
[5] because I don't remember hearing what the real cause
[6] of corrosion was until after I left.
[7] Q  What did you hear the real cause of the
[8] corrosion was?
[9] A  I haven't heard. It's my speculation that
[10] it was the water. I don't know what the real cause
[11] is.
[12] Q  Why is it your speculation it was the
[13] water?
[14]    MS. SAGERSON: I would counsel the witness,
[15]    if you are referring to anything you may have
[16]    learned through discussions with me or anyone
[17]    else at Williams & Connolly, I do not want you to
[18]    answer this question. If this is something you
[19]    learned from other people, that's fine,
[20]    otherwise, don't answer that question.
[21] A  I cannot answer that question.
[22] Q  Do you recall any meetings at the plant
[23] after the discovery of corrosion, to discuss the
[24] issue?
[25] A  I cannot recall that.

### Page 159

[1] Q  Do you recall any communications regarding
[2] the corrosion?
[3]    MS. SAGERSON: Objection, vague and
[4]    ambiguous.
[5] A  Any communications. No, I cannot recall
[6] communications.
[7] Q  You left the plant in December of '03 or
[8] January of '04?
[9] A  December of '03.
[10] Q  Do you recall if it was early December or
[11] late December?
[12] A  It was December. The day I left
[13] Puerto Rico island was the 16th or 17th I believe.
[14] Q  How do you know that?
[15] A  Because it was the 16th of 17th, because
[16] when I arrived in Pennsylvania, I remember seeing snow
[17] on the ground and didn't see the ground until April,
[18] from 80 degree weather.
[19] Q  Did you continue to have any communications
[20] with people at AES Puerto Rico?
[21] A  I remember talking with a few from time to
[22] time, but not really often. I can't remember. I
[23] think it was just to see how everyone was doing. I
[24] think that was all.
[25] Q  Did anyone communicate to you how they

### Page 160

[1] resolved they -- how they arrested the corrosion in
[2] the ESP?
[3]    MS. SAGERSON: Objection, lack of
[4]    foundation.
[5] A  Not to my knowledge.
[6] Q  You began to indicate earlier, but I don't
[7] want to intrude on attorney/client privileges, that
[8] you said you thought it was a result that the
[9] corrosion was attributed to the water.
[10]    Was that communicated to you by attorneys?
[11]    MS. SAGERSON: Don't answer that question.
[12] A  I cannot answer.
[13]    MS. SAGERSON: You can't ask him if I
[14]    communicated the cause of corrosion. You can't
[15]    ask him that question.
[16]    Don't answer it.
[17] Q  Did answer besides attorneys communicate --
[18]    MS. SAGERSON: Don't answer that question,
[19]    because if you answer that question, then your
[20]    answer is no.
[21] Q  -- that the chloride or the water were the
[22] cause of corrosion in unit 2?
[23] A  I cannot answer that question.
[24] Q  We discussed the use of hydrated lime in
[25] the CDS earlier.

A 247

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 161

[1] Do you recall that?
[2] A  I recall discussing that.
[3] Q  Do you have any knowledge regarding the
[4] consumption of hydrated lime in its relationship to
[5] the CDS temperature?
[6] A  Can you repeat that, please.
[7] Q  Do you have any knowledge regarding the
[8] consumption of hydrated lime in its relationship to
[9] the CDS temperature?
[10] A  I do not recall that.
[11] Q  Are you aware that if you increase the CDS
[12] temperature that the CDS will consume more hydrated
[13] lime?
[14] A  I was never aware of that.
[15] Q  Are you aware that AES Puerto Rico
[16] installed a second reverse osmosis system at the
[17] plant?
[18] MS. SAGERSON: Objection, lack of
[19] foundation.
[20] A  I'm not aware of that. I don't recall.
[21] Q  When you were inside one of the
[22] electrostatic precipitators, did you observe
[23] snowballs on electrodes?
[24] MS. SAGERSON: Objection, lack of
[25] foundation, vague and ambiguous.

Page 162

[1] A  I can't recall if there were snowballs,
[2] what you're calling snowballs.
[3] Q  Did you ever observe a conglomeration of
[4] ash on the rigitrodes? Let me back up.
[5]    Do you know what a rigitrode is?
[6] A  I know what a rigitrode is.
[7] Q  Do you recall that it's a vertical piece of
[8] metal with pins coming out the sides?
[9] A  Correct.
[10] Q  Did you ever observe a conglomeration of
[11] ash on the pins of the rigitrodes?
[12] A  I remember vaguely that there was small --
[13] there was ash in the precip. I can't remember a large
[14] portion being on the rigitrodes. There was ash
[15] everywhere. I would not stay in for very long because
[16] it's dirty and messy. I would want to get out as soon
[17] as possible.
[18] Q  And it's hot?
[19] A  And it's hot.
[20] Q  Are you familiar with the operation of soot
[21] blowing --
[22] MS. SAGERSON: Objection, vague and
[23] ambiguous.
[24] Q  -- in the boiler?
[25] MS. SAGERSON: Objection, vague and

Page 163

[1] ambiguous.
[2] A  Could you say that again.
[3] Q  Are you familiar with the operation of soot
[4] blowing in the boiler?
[5] MS. SAGERSON: Same objection.
[6] A  I don't recall, not sure what your exact --
[7] Q  Do you know what soot blowing is?
[8] A  I understand what soot blowing is.
[9] Q  Briefly explain it for me.
[10] A  Soot blowing operation at different plants,
[11] you use a soot blower lance, inject steam through it
[12] to clean either the tubes or different aspects of the
[13] boiler.
[14] Q  Is that how it worked at AES Puerto Rico?
[15] A  What I remember from AES Puerto Rico and
[16] soot blowing, we did not have to blow soot that often
[17] because we had problems in the back pass vibrations.
[18] Q  Was does that mean?
[19] A  We -- Alstom had to install baffle plates
[20] in the -- this is trying to go off memory and I'm not
[21] 100 percent sure. They had to install baffles in the
[22] back pass because of the hard monics that was causing
[23] the tubes to vibrate, therefore it would knock the ash
[24] and you would not have to blow soot, I think is the
[25] way it was.

Page 164

[1] Q  Is soot blowing an operation that is
[2] initiated in the control room?
[3] MS. SAGERSON: Objection to form.
[4] A  I think so but I can't recall.
[5] Q  Do you recall ever directing anyone during
[6] your tenure as the control room team leader to soot
[7] blow?
[8] A  Could you repeat that.
[9] Q  Do you recall ever directing any of the
[10] control room operators to soot blow during your tenure
[11] as control room team leader?
[12] A  Ten years?
[13] Q  Tenure, during your period when you were
[14] there.
[15] MS. SAGERSON: Objection to form.
[16] A  I can't recall.
[17] Q  Do you recall if AES Puerto Rico had to --
[18] strike that.
[19]    Do you recall increasing the CDS outlet
[20] temperature during periods when you did blow soot at
[21] AES Puerto Rico?
[22] MS. SAGERSON: Objection, lack of
[23] foundation.
[24] A  I do not recall.
[25] Q  Do you recall ever blowing soot at AES

| Doug Tomlin | AES Puerto Rico, L.P. v. |
|---|---|
| February 28, 2006 | Alstom Power, Inc. |

Page 165

[1] Puerto Rico?
[2]  A   I know soot was blown at different times,
[3] or just different areas. I can't recall exact times
[4] or details.
[5]  Q   When soot blowing occurs, it actually blows
[6] steam into the boiler; is that correct?
[7]  A   That is correct.
[8]  Q   But you don't recall adjusting the CDS
[9] outlet temperature during soot blowing cycles?
[10]  A   I don't recall that.
[11]  Q   Do you recall there being an issue with
[12] respect to the CDS outlet temperature and its affect
[13] on opacity?
[14]  A   I know we was having opacity issues while I
[15] was there. I never knew what was causing it, the
[16] opacity, because it was never consistent in my mind.
[17] That is my opinion.
[18]  Q   Did you ever attempt to figure out what was
[19] causing the inconsistent opacity?
[20]  A   In my mind, we would try to do something
[21] and then it would work and the next time you would try
[22] the same thing, it wouldn't work. It was just
[23] inconsistency.
[24]  Q   Did you ever resolve the problem?
[25]  A   Not as far as I remember. I'm not 100

Page 166

[1] percent sure. I think they were still having problems
[2] when I left in '03.
[3]  Q   Whose job was it to keep opacity under
[4] control, what position at AES?
[5]  MS. SAGERSON: Objection, lack of
[6] foundation.
[7]  A   Repeat the question.
[8]  Q   What job position at AES would be in charge
[9] of controlling opacity?
[10]  MS. SAGERSON: Same objection.
[11]  A   I believe it would be the control room
[12] operator.
[13]  Q   During the time you were the control room
[14] operator, what did you do to attempt to control
[15] opacity?
[16]  MS. SAGERSON: Objection, mischaracterizes
[17] the witness's testimony.
[18]  A   Repeat the question.
[19]  Q   During your time as control room team
[20] leader, what did you do to attempt to control opacity?
[21]  MS. SAGERSON: Same objection.
[22]  A   I'm not understanding.
[23]  Q   Let me back up.
[24]  Did you state that the control room team
[25] leader was in charge of controlling opacity?

Page 167

[1]  A   I did not.
[2]  Q   Did you say the control room operator's job
[3] was to control opacity?
[4]  A   I stated that.
[5]  Q   Was the control room team leader's job to
[6] supervise the control room operators?
[7]  A   That is correct.
[8]  Q   Would you have knowledge of what the
[9] control room operators were doing as the control room
[10] team leader?
[11]  MS. SAGERSON: Objection, vague and
[12] ambiguous.
[13]  A   Repeat the question, please.
[14]  Q   Would you have knowledge of what control
[15] room operators were doing as the control room team
[16] leader?
[17]  MS. SAGERSON: Same objection, calls for
[18] speculation.
[19]  A   I would not know every aspect of what they
[20] was doing.
[21]  Q   Did you know anything, what they were doing
[22] to control opacity?
[23]  MS. SAGERSON: Objection, calls for
[24] speculation.
[25]  A   Depending on what the issue would be, this

Page 168

[1] is -- I'm not 100 percent sure on this, but if I
[2] remember correctly, they would contact me if they
[3] would start having problems to where I would need to
[4] assist, but the control room operators I think would
[5] work with the lead operator to get opacity under
[6] control if I remember correctly.
[7]  Q   Were you ever called to assist?
[8]  A   I can't recall.
[9]  Q   You don't recall any of the techniques done
[10] in an attempt to control opacity?
[11]  MS. SAGERSON: Objection, mischaracterizes
[12] the witness's prior testimony.
[13]  A   I can't really recall.
[14]  Q   Was it your belief, as the control room
[15] team leader, that a higher CDS outlet temperature led
[16] to increased opacity?
[17]  A   Repeat that.
[18]  Q   Was it your understanding as the control
[19] room team leader that a higher CDS outlet temperature
[20] led to increased opacity?
[21]  A   I can't recall if that were to do it.
[22] Like I stated earlier, there were some
[23] things that were not just consistent so you didn't
[24] know what worked or what didn't.
[25]  Q   What were the other things that were

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 169

[1] inconsistent?
[2] A    I can't recall the things that were done
[3] because they was down by the shift people, but I can't
[4] recall exactly what was being done. And by that
[5] statement, what I'm trying to say is, if something was
[6] tried one day, it may work real good, and then the
[7] next day, it may not work. I can't remember what
[8] exactly, you know, 100 percent sure. I can't
[9] speculate.
[10] Q    I'm just asking for any of the things that
[11] were done to control opacity.
[12] A    I do recall starting and stopping rotary
[13] valves. I can't remember which ones, which in my
[14] opinion, my speculation, rotary valves should be
[15] running all the time. And the other things I remember
[16] I think this is the only thing is, diverting of ash,
[17] but I can't remember how we did that for sure.
[18] Q    The racking sequence, does that affect
[19] opacity?
[20]         MS. SAGERSON: Objection, calls for
[21] speculation.
[22] A    I'm not sure.
[23] Q    During 2003, was it any one person's job
[24] function to oversee efforts to control opacity?
[25] A    I can't recall if it's just one person.

Page 170

[1] Q    Who do you recall being intimately involved
[2] in those efforts?
[3]         MS. SAGERSON: Objection to form, vague and
[4] ambiguous.
[5] A    I'm not sure.
[6] Q    You don't recall who, what employees at AES
[7] Puerto Rico were involved in keeping opacity under
[8] control?
[9]         MS. SAGERSON: Objection, lack of
[10] foundation.
[11] A    I remember everything just -- I think I
[12] remember everyone just trying to, you know, keep the
[13] opacity down low enough so we would keep the units --
[14] I can't remember what you're asking me.
[15] Q    What opacity levels were you attempting to
[16] achieve?
[17]         MS. SAGERSON: Objection to form.
[18] A    I can't recall. If I remember right, I
[19] think we was just trying to get to where we was able
[20] to run. I can't remember what level. I'm not sure.
[21] Q    Do you recall any community opposition to
[22] the opacity at the plant?
[23]         MS. SAGERSON: Objection, vague and
[24] ambiguous.
[25] A    I can't recall if there was or not.

Page 171

[1] Q    You don't recall if citizens of Guyama were
[2] calling the plant and complaining about opacity?
[3]         MS. SAGERSON: Objection.
[4] A    I can't recall yes or no.
[5] Q    Is it correct that you said that the AES
[6] operators did a number of things to try to control
[7] opacity?
[8]         MS. SAGERSON: Objection, mischaracterizes
[9] the witness's prior testimony.
[10] A    I can remember trying things, but not
[11] exactly what all the details were. I know I gave you
[12] two instances. That's all I can remember.
[13] Q    You spoke earlier about instructions
[14] provided by EEC to operate the CDS.
[15]         Were those designed to control opacity?
[16]         MS. SAGERSON: Objection to form.
[17] A    Repeat the question.
[18] Q    We spoke earlier about instructions
[19] provided by EEC, which you said there was a number of
[20] revisions of the documents.
[21]         Were they designed to control opacity?
[22]         MS. SAGERSON: Objection to form, calls for
[23] speculation.
[24] A    I'm not sure about that.
[25] Q    Do you recall the purpose of those

Page 172

[1] revisions?
[2]         MS. SAGERSON: Objection to form, calls for
[3] speculation.
[4] A    I can't recall the specifics of the
[5] revisions.
[6]         (Thereupon, Tomlin Deposition Exhibit
[7] No. 12 was marked for identification.)
[8] Q    I'm handing you a document that has been
[9] marked as Deposition Exhibit No. 12. Mr. Tomlin,
[10] please take a minute and briefly review it. If you
[11] feel like you want the read every sentence, feel free.
[12] Let me know when you are finished.
[13] A    I have read it.
[14] Q    Have you seen this document before?
[15] A    I do not recall seeing this document.
[16] Q    For the record, I'm going to read the date
[17] and title of the document. In the right-hand corner,
[18] it says 1/14/02. The title is "CDS Cold Start-Up."
[19] At the bottom, it says, "page 1 of 3
[20] CDS_Startup_Rev9[1799].doc.
[21]         Do you see that?
[22] A    I see that it reads that.
[23] Q    What is your -- do you recall ever seeing
[24] any revisions of this document?
[25] A    Like I said, I have seen revisions of

Page 173

[1] procedures, but I can't recall which ones.
[2] Q   Does this look familiar to those
[3] procedures?
[4]     MS. SAGERSON: Objection to form.
[5] A   I can't really say that, I haven't seen
[6] this before.
[7] Q   What do you believe this document to be?
[8]     MS. SAGERSON: Objection to form, calls for
[9] speculation.
[10] A   I don't know.
[11] Q   You took a minute to read it; didn't you?
[12]    MS. SAGERSON: Objection, argumentative and
[13] there's not -- I don't know what the question
[14] is.
[15] Q   What do you believe this document to be?
[16]    MS. SAGERSON: Asked and answered.
[17] A   I would have to -- just by reading this,
[18] this is just speculation, because it came from EEC, it
[19] says it's rev 9 of start-up. That is my speculation.
[20] I haven't seen this before.
[21] Q   During your employment at AES Puerto Rico,
[22] did -- were there difficulties in starting the CDS?
[23] A   Repeat that.
[24] Q   Were there difficulties in starting the
[25] CDS?

Page 174

[1] A   The whole question. I didn't hear the
[2] first part.
[3] Q   During your employment at AES Puerto Rico,
[4] were there problems starting the CDS?
[5]     MS. SAGERSON: Objection to form.
[6] A   I'm not sure how to answer that. I don't
[7] understand really what you're asking me.
[8] Q   Where there any opacity spikes when either
[9] AES, Alstom or EEC attempted to start the CDS?
[10] A   There was opacity spikes when the CDS would
[11] be put in service at times from what I remember, but I
[12] don't remember how high or the magnitudes.
[13] Q   Do you remember EEC drafting procedures to
[14] start up the unit without opacity spikes?
[15]    MS. SAGERSON: Objection to form, calls for
[16] speculation.
[17] A   Not 100 percent sure but I think they were
[18] trying to put it in, and each time that would call for
[19] another revision. I don't know how to answer that.
[20] Q   Okay. I guess I'm getting at your comments
[21] earlier that they drafted all these numerous revisions
[22] of procedures.
[23]    What were the procedures for?
[24]    MS. SAGERSON: Objection, asked and
[25] answered.

Page 175

[1] A   I would think that they would be how to
[2] operate, but I don't recall ever seeing a final
[3] revision, so I don't know. I can't recall how to
[4] do --
[5] Q   So you recall the existence of the
[6] procedures, but you don't remember what they were; is
[7] that correct?
[8]     MS. SAGERSON: Objection to form,
[9] mischaracterizes the witness's prior testimony.
[10] A   Can you repeat that.
[11] Q   Do you recall the existence or revisions of
[12] procedures, but you don't recall what the procedures
[13] were for; is that correct?
[14]    MS. SAGERSON: Same objection.
[15] A   I'm not sure. I'm not sure what you're
[16] asking me.
[17] Q   Do you recall what any of the procedures
[18] were? You mentioned on your own earlier that there
[19] were numerous revisions of procedures. I'm asking you
[20] what those procedures were?
[21]    MS. SAGERSON: Objection, asked and
[22] answered.
[23] A   I don't recall.
[24] Q   Does this appear to be one of those?
[25]    MS. SAGERSON: Objection, asked and

Page 176

[1] answered.
[2] A   I haven't seen this before. I don't recall
[3] seeing this before.
[4] Q   But you do recall seeing some of the
[5] revisions; is that correct?
[6]     MS. SAGERSON: Objection, vague and
[7] ambiguous.
[8] A   I think I may have seen them, but I'm not
[9] 100 percent sure.
[10] Q   Did AES implement the procedures that EEC
[11] gave them?
[12]    MS. SAGERSON: Objection, vague and
[13] ambiguous.
[14] A   I don't know. Repeat that. I'm not sure
[15] what you are asking.
[16] Q   EEC drafted procedures.
[17] A   Restart the question.
[18] Q   Is it your testimony that EEC drafted
[19] procedures how to operate the CDS?
[20] A   I think. I'm not 100 percent sure, but I
[21] think I remember EEC making drafts of how to operate
[22] this equipment and they was training our operators how
[23] to deal with this equipment. I will go back to my
[24] last statement. I don't know if this is the procedure
[25] or which one was which. I don't recall any.

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 177

[1] Q Do you recall how AES became in possession
[2] of any of the procedures?
[3] A I do not recall that.
[4] Q You just remember there being procedures
[5] but you don't remember AES getting them?
[6]     MS. SAGERSON: Objection to form.
[7] A I do not recall.
[8] Q Do you recall anyone at Alstom giving
[9] anyone at AES any of the EEC procedures?
[10]     MS. SAGERSON: Objection to form, calls for
[11] speculation.
[12] A I do not recall.
[13] Q Do you recall anyone at EEC giving anyone
[14] at AES the revised procedures?
[15]     MS. SAGERSON: Objection, calls for
[16] speculation, lack of foundation.
[17] A I have no idea. I do not recall.
[18] Q Just turning back to Exhibit 12, if you
[19] look at the second to last bullet point, it says,
[20] "Measure wet bulb temperature at 100 to 125 MW load."
[21]     Do you see that?
[22] A I see that it reads that.
[23] Q Can we come to the understanding that means
[24] 100 to 125 megawatt load?
[25] A That's the way I read that.

Page 178

[1] Q When you start up a CDS, you start it up at
[2] full load. Sorry. Let me back up.
[3]     What is the megawattage of the boilers at
[4] the AES Puerto Rico plant?
[5] A What do you mean what are the megawatt?
[6] Q Do you know how many megawatts each boiler
[7] can produce at the AES Puerto Rico plant?
[8] A If I remember correctly, I think 255
[9] megawatts.
[10] Q When you bring the CDS online, when you
[11] start up the CDS, how many megawatts are the boilers
[12] running at?
[13] A I can't recall the exact megawatt.
[14] Q Would you bring up the CDS at full load?
[15]     MS. SAGERSON: Objection to form, asked and
[16] answered.
[17] A I don't think so.
[18] Q Why don't you think so?
[19] A I remember -- I vaguely remember that the
[20] megawatt load was at around a 50 percent load but I'm
[21] not 100 percent sure about that. I do remember
[22] something in the air permit to where you had a certain
[23] number of hours from start up to get the CDS in
[24] service, I believe, but I don't remember. I'm not
[25] sure about that.

Page 179

[1] Q Do you know if the load has any affect on
[2] the wet bulb temperature?
[3]     MS. SAGERSON: Objection to form, vague and
[4] ambiguous.
[5] A I don't know that.
[6] Q Did you understand the question?
[7] A Repeat the question.
[8] Q Is the wet bulb temperature at 50 percent
[9] load the same as it would be at 100 percent load?
[10]     MS. SAGERSON: Objection to form.
[11] A I don't know.
[12] Q Looking at Exhibit No. 12 again, do you see
[13] anything in this document that purports to relate to
[14] the long-term operation of the CDS?
[15] A Repeat that question.
[16] Q When you look at Exhibit No. 12, do you see
[17] anything that purports to instruct how to operate the
[18] CDS beyond start-up?
[19]     MS. SAGERSON: Objection to the form of the
[20] question, vague and ambiguous.
[21] A I don't know what you're asking me. I
[22] don't understand the question.
[23] Q The question is, does this document refer
[24] only to start-up of the CDS?
[25] A I don't know if this document is true and

Page 180

[1] binding, I haven't seen it.
[2] Q I'm not asking if it's true and binding.
[3] I'm asking if anything in here relates to anything
[4] beyond the start-up of the CDS.
[5]     MS. SAGERSON: Objection to the form. The
[6] witness said he has never seen this document
[7] before to his recollection.
[8] A I would have to read it in more detail. I
[9] don't know.
[10] Q You read the document before we started
[11] discussing it; is that correct?
[12] A I vaguely read through it.
[13] Q Did you see anything, when you read through
[14] it, other than relating to the start-up of the CDS?
[15]     MS. SAGERSON: He wasn't looking for that.
[16] If you would like him to read through it
[17] carefully again, go ahead and ask him to.
[18] Q Please read through it again. I would like
[19] you to read anything in this document that relates to
[20] anything beyond the start-up of the CDS?
[21]     MS. SAGERSON: I'm objecting again as vague
[22] and ambiguous.
[23] A I have read it again.
[24] Q Can you answer my question?
[25] A Your question was?

A 252