Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Page 181

[1] Q  Does anything in this document purport to
[2] instruct anything beyond the start-up of the CDS?
[3]      MS. SAGERSON: Objection, calls for
[4] speculation, vague and ambiguous.
[5] A  This would be my opinion, I don't know if I
[6] would say it gives you any guidance after the CDS is
[7] put in service or stabilized, but that's just my
[8] opinion of how I read this. You could have a
[9] different opinion.
[10] Q  Do you recall, in your position as control
[11] room team leader, ever instructing your control room
[12] operators to follow any of the procedures provided by
[13] Environmental Elements Corporation?
[14]      MS. SAGERSON: Objection to form, calls for
[15] speculation, lack of foundation, vague and
[16] ambiguous.
[17] A  I can't recall.
[18]      MR. SCHOLLAERT: Can we take a short break,
[19] please?
[20]      THE VIDEOGRAPHER: We are of the record.
[21] The time 3:35 p.m.
[22]      (Recess taken.)
[23]      THE VIDEOGRAPHER: We are on the record.
[24] The time is 3:49 p.m.
[25] BY MR. SCHOLLAERT:

Page 182

[1] Q  For the last time, do you realize you are
[2] still under oath, Mr. Tomlin?
[3] A  I do.
[4] Q  Thank you.
[5]     Are you aware of the two failures that
[6] occurred in unit 1 intermediate super heater 1?
[7]      MS. SAGERSON: Objection to form.
[8] A  I do recall a vague memory of tube leaks.
[9] I can't remember all of the details.
[10] Q  Do you recall how many tube leaks there
[11] were?
[12] A  I cannot recall that.
[13] Q  Do you recall what unit tube leaks occurred
[14] in?
[15] A  I believe it was unit 1 intermediate, but
[16] I'm not positive.
[17] Q  Do you recall any other tube leaks besides
[18] unit 1 intermediate?
[19] A  I'm not 100 percent sure, but I recall it
[20] was a possibility that it was a reheat FEHE and it was
[21] a tubular.
[22] Q  Do recall AES's installation of additional
[23] handcuffs in the FEHE?
[24] A  I do not recall instillation of additional
[25] handcuffs.

Page 183

[1]      MR. SCHOLLAERT: For the record, I am
[2] marking a document Bates labeled AESPR-028353 as
[3] Deposition Exhibit No. 13, which I am handing a
[4] copy to the witness.
[5]      (Thereupon, Tomlin Deposition Exhibit
[6] No. 13 was marked for identification.)
[7] Q  Please take a minute to review Exhibit
[8] No. 13 and let me know when you are finished.
[9] A  I have read this document.
[10] Q  Does this appear to be an e-mail from
[11] Al Dyer to a number of recipients, you included, on
[12] September 20th, 2003?
[13] A  It appears that this is an e-mail document.
[14] Q  And the subject of the e-mail is U1
[15] Intermediate SH Tube Failure?
[16] A  I see that it reads that.
[17] Q  Do you recall receiving this document?
[18] A  I do not recall receiving this document.
[19] Q  Have you ever seen this document before?
[20] A  I don't recall seeing this document.
[21] Q  In the first sentence of the e-mail, it
[22] says, "Here is a summary and a follow-up/action items
[23] list of the September 29th conference call," period.
[24] And it goes on to list a number of participants, you
[25] included.

Page 184

[1]      Do you recall participating in the
[2] September 29th conference call?
[3] A  I recall attending or being with a
[4] conference call, but I'm not sure if this is the call
[5] that it was.
[6] Q  Was it a conference call discussing the
[7] unit 1 intermediate super heat tube failure?
[8] A  I do recall being on a call for that. I
[9] remember some of the items in this document but not
[10] all of it.
[11] Q  Which items do you remember?
[12] A  I remember the item, the first bullet item,
[13] under "Conclusions".
[14] Q  Okay. What do you remember about that
[15] item?
[16] A  I remember finding -- I was one of the
[17] first ones that went into this after the tube failure
[18] and I remember finding a handcuff that had migrated.
[19] Q  What do you mean by migrated?
[20] A  Move from its original position.
[21] Q  And you were the first person to discover
[22] the tube leak?
[23]      MS. SAGERSON: Objection to form,
[24] mischaracterizes the witness's prior testimony.
[25] Q  Were you the first person to discover the

AES Puerto Rico, L.P. v.
Alstom Power, Inc.

Doug Tomlin
February 28, 2006

Page 185

[1] tube leak?
[2]     MS. SAGERSON: Same objection.
[3]     A    I am not 100 percent sure. In my mind, I
[4] think that I was the one. I do not know, because I
[5] know the second time that I went, Al Dyer was with me
[6] and I told Al, "I seen this handcuff, this is the only
[7] thing that I can see that's different," but I'm not
[8] sure that I was the first one that had seen it, 100
[9] percent.
[10]    Q    Were you involved in the analysis of what
[11] caused the handcuff to move?
[12]    A    I was involved with parts of that.
[13]    Q    What parts?
[14]    A    The parts that I was involved with was the
[15] damaged tubes that were cut out, we ensured that they
[16] were numbered and labeled to where we would put it
[17] sort of together like a jigsaw puzzle so we could see
[18] if we could find what caused this leak.
[19]    Q    Did you find what caused the leak?
[20]    A    I did not.
[21]    Q    Who did?
[22]    A    I believe it was Paul Stinson that found
[23] the crack. I'm not 100 percent sure of that.
[24]    Q    Do you -- what tube failure are we
[25] referring to?

Page 186

[1]     A    The intermediate super heat tube failure.
[2]     Q    Do you know when the failure occurred?
[3]     A    I do not know when that occurred.
[4]     Q    Did you observe more than one failure?
[5]         MS. SAGERSON: Objection to form.
[6]     A    I'm not understanding what you're saying.
[7]     Q    You testified that you observed a tube
[8] leak; correct?
[9]     A    That is correct.
[10]    Q    Had you observed more than one instance of
[11] a tube leak occurring?
[12]    A    At AES Puerto Rico?
[13]    Q    Yes.
[14]    A    I remember seeing one that I think, I'm not
[15] 100 percent sure, but I think it was the reheat
[16] FEHE on unit 2.
[17]    Q    What other items on this e-mail do you
[18] recall?
[19]        MS. SAGERSON: Objection to form.
[20]    Q    I'm referring to Exhibit No. 13.
[21]        MS. SAGERSON: Objection to form.
[22]    A    I do not recall the e-mail but I recall
[23] vague remembrance of just items.
[24]    Q    Please describe what other items you have
[25] recollection of.

Page 187

[1]     A    I remember that there was discussion on
[2] item No. -- under "Short-term Preventive Measures". I
[3] remember that that was discussed but I do not remember
[4] if it was complete.
[5]     Q    Any others? Let me stop you there.
[6]         What would welding stoppers on bolted
[7] handcuffs do? What would be the purpose of welding
[8] stoppers?
[9]     A    If I'm correct, I think, this is my opinion
[10] only, I think it was to prevent if the handcuff would
[11] try to move, that stopper would not allow it to move.
[12]    Q    What is a stopper?
[13]    A    I believe the intention was to weld one on
[14] each side of the handcuff to where it couldn't vibrate
[15] this way or that way (indicating), but I'm not 100
[16] percent sure.
[17]    Q    Do you recall if that -- if they ever did
[18] that?
[19]    A    I do not recall if that was complete.
[20]    Q    Can you -- do you recall any of the other
[21] items listed on Exhibit No. 15?
[22]    A    I recall that there was a discussion of
[23] additional bolted handcuffs but I do not know if those
[24] were ever purchased or ordered.
[25]    Q    What did the discussion entail?

Page 188

[1]     A    The only thing that I remember is just
[2] discussion if we should install additional handcuffs.
[3] I'm not sure how that came about.
[4]     Q    Whose recommendation was it to install
[5] additional handcuffs?
[6]     A    I do not recall whose idea that was.
[7]     Q    Do you remember the design of the
[8] additional handcuffs that were to be added?
[9]         MS. SAGERSON: Objection to form.
[10]    A    I do not recall.
[11]    Q    Do you recall any other items listed in
[12] Exhibit No. 13?
[13]    A    Not to my memory I do not recall any
[14] others.
[15]    Q    I am going to refer your attention to the
[16] last paragraph on page 2, AESPR-028354 where it says
[17] "Lessons Learnt Report." The first bullet point says,
[18] "Operations: To be written by Doug Tomlin/Elias
[19] Sostre (October 15, 2003).
[20]        Do you see that?
[21]    A    I see that it reads that.
[22]    Q    Do you recall that item number on
[23] Exhibit 13?
[24]    A    I do not recall that.
[25]    Q    Do you recall drafting a lessons learnt

A 254

Case 1:04-cv-01282-JJF   Document 95-16   Filed 03/24/2006   Page 3 of 5

Doug Tomlin                                                    AES Puerto Rico, L.P. v.
February 28, 2006                                              Alstom Power, Inc.

Page 189

[1] report related to the FEHE intermediate super heat
[2] tube failures?
[3]  A   I do not recall doing that.
[4]  Q   Do you know whether Elias Sostre drafted a
[5] report, lessons learnt report, regarding the unit 1
[6] intermediate super heat tube failures?
[7]  A   I do not know if that was completed.
[8]  Q   Can you identify who Chip Bergeron is who
[9] is listed as a participant on the first page of
[10] Exhibit 13?
[11]  A   Chip Bergeron is a plant manager at one of
[12] the gas fire coal plant -- gas fire plants, I believe
[13] at the Red Oak, but I'm not 100 percent sure.
[14]  Q   Where is Red Oak?
[15]  A   I believe it is Eastern Pennsylvania, but
[16] I'm not sure.
[17]  Q   Why would he have been participating in
[18] this call?
[19]      MS. SAGERSON: Objection to form, calls for
[20] speculation.
[21]  A   I'm not sure how he was asked to be a
[22] participant.
[23]  Q   Do you recall if he contributed to the
[24] conference call discussions?
[25]  A   I do not recall.

Page 190

[1]  Q   Who was Gary Martin?
[2]  A   Gary Martin is -- he was the control room
[3] team leader at Shadypoint.
[4]  Q   Where is Shadypoint?
[5]  A   Oklahoma.
[6]  Q   Do you recall Mr. Martin's participation in
[7] the conference call?
[8]  A   I can't recall his participation.
[9]  Q   Why do you believe, why do you think that
[10] two people who were plant -- at different AES Puerto
[11] Rico -- strike that.
[12]      Why do you think two people that were not
[13] employees of AES Puerto Rico would participate in this
[14] conference?
[15]      MS. SAGERSON: Objection, calls for
[16] speculation.
[17]  A   I can only give you my thoughts and opinion
[18] or speculation that Chip Bergeron and Gary Martin has
[19] previous experience at AES. That's my speculation why
[20] they would participate, but we would have to ask Al
[21] Dyer.
[22]  Q   You don't recall them speaking during the
[23] conferencing?
[24]      MS. SAGERSON: Objection to form.
[25]  A   I cannot recall.

Page 191

[1]  Q   Do you recall who performed the analysis of
[2] what caused the unit 1 intermediate super heat tube
[3] failures?
[4]      MS. SAGERSON: Objection, asked and
[5] answered.
[6]  A   I do not recall.
[7]  Q   Who is Bill Kownurko?
[8]  A   Bill Kownurko is a consultant that AES has
[9] used throughout different plants.
[10]  Q   What type of consultant is Mr. Kownurko?
[11]  A   Boiler inspection and operation if I'm
[12] correct, I'm not sure 100 percent.
[13]  Q   Why was Mr. Kownurko involved in the call?
[14]      MS. SAGERSON: Objection, calls for
[15] speculation.
[16]  A   I believe you would have to ask Al.
[17]  Q   You were a participant in this call; were
[18] you not?
[19]  A   I believe I was, but I can't recall.
[20]  Q   You don't have any recollection of
[21] Mr. Kownurko contributing?
[22]  A   I do not recall.
[23]  Q   Do you have any other recollection
[24] regarding the conferencing?
[25]      MS. SAGERSON: Objection, vague and

Page 192

[1] ambiguous.
[2]  A   I don't recall.
[3]  Q   You don't recall if the handcuffs, the
[4] double handcuffs were ever installed; is that
[5] correct?
[6]  A   I do not recall if they were ever installed
[7] or purchased.
[8]      MR. SCHOLLAERT: Do you have any follow-
[9] up?
[10]      MS. SAGERSON: Just a few. Are you done?
[11]      MR. SCHOLLAERT: Yes.
[12]         EXAMINATION
[13] BY MS. SAGERSON:
[14]  Q   I just have a couple of follow-up questions
[15] for you.
[16]      Your last position at AES Puerto Rico was a
[17] boiler room area leader; correct?
[18]  A   I believe that is correct.
[19]  Q   And do you recall that you assumed that
[20] position some time in late 2003?
[21]  A   I believe that is correct, but I do not
[22] remember the exact time.
[23]  Q   Do you believe it was either in September
[24] or October of 2003?
[25]      MR. SCHOLLAERT: Objection to form.

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Doug Tomlin  
February 28, 2006

Page 193

[1] A   It is possible but I'm not 100 percent
[2] sure.
[3] Q   Do you recall that you assumed that
[4] position some time after you had begun interviewing
[5] for positions in the United States?
[6]     MR. SCHOLLAERT: Objection to form.
[7] A   I believe that is possible, but I'm not 100
[8] percent sure.
[9] Q   Were you ever a boiler room operator while
[10] you were at EEC Puerto Rico?
[11]    MR. SCHOLLAERT: Objection to form.
[12] A   I was not a boiler operator.
[13] Q   And if I understood your earlier testimony
[14] correct there is such a thing as a lead operator at
[15] AES Puerto Rico?
[16]    MR. SCHOLLAERT: Objection,
[17]    mischaracterizes the witness's testimony.
[18] A   That's correct.
[19] Q   And the lead operator, in terms of
[20] hierarchy, in between a team leader and the operators?
[21]    MR. SCHOLLAERT: Objection to form.
[22] A   That could be evaluated like that. I'm not
[23] 100 percent sure that that's true.
[24] Q   Did the control room have a lead operator?
[25] A   The control room had a lead operator, yes.

Page 194

[1] Q   And is it fair to say that the lead
[2] operator would interact more often with the control
[3] room operators than the team leader?
[4]     MR. SCHOLLAERT: Objection to form.
[5] A   I believe that to be correct.
[6] Q   You do recall that EEC and Alstom
[7] instructed and trained AES on how to run the CDS and
[8] ESP; correct?
[9]     MR. SCHOLLAERT: Objection to form.
[10] A   Could you repeat that.
[11] Q   Do you recall that EEC and Alstom, during
[12] the commissioning and start-up phase, trained and
[13] instructed AES on how to run the CDS and ESP?
[14]    MR. SCHOLLAERT: Objection to form.
[15] A   I believe that is correct.
[16] Q   And you do recall that EEC provided some
[17] written instructions to AES in relation to the
[18] operations of the CDS; correct?
[19]    MR. SCHOLLAERT: Objection to form. You're
[20] testifying.
[21] A   Can you repeat that, please.
[22] Q   You do recall that EEC provided some
[23] written instructions or guidance to AES in relation to
[24] the operation of the CDS; correct?
[25]    MR. SCHOLLAERT: Same objection.

Page 195

[1] A   I do recall that. I am unsure of which
[2] documents. I'm not 100 percent sure.
[3] Q   You recall that they did provide some
[4] documents, you just don't recall specially what those
[5] documents were; correct?
[6]     MR. SCHOLLAERT: Objection, counsel is
[7] testifying.
[8] A   That's correct.
[9] Q   Could you just refer back to Exhibit No. 12
[10] for one second, please. And I just want clarification
[11] on this because I think on occasion your testimony was
[12] slightly different.
[13]    Is it your testimony that you never saw
[14] this document or you just don't recall one way or
[15] another if you saw this specific document?
[16]    MR. SCHOLLAERT: Objection.
[17] Q   You can answer.
[18] A   I do not recall seeing this document but
[19] I'm not 100 percent sure.
[20] Q   And while you were at AES Puerto Rico, were
[21] you ever the water treatment team leader?
[22] A   I was not.
[23]    MS. SAGERSON: That is all I have.
[24]    MR. SCHOLLAERT: That's all the questions I
[25] have today.

Page 196

[1]     Defendant reserves the right to open the
[2] deposition if any facts or circumstances deem
[3] necessary to do so.
[4]     Thank you.
[5]     THE VIDEOGRAPHER: This ends the deposition
[6] of Doug Tomlin. The time is 4:10 p.m. We are
[7] off the record.
[8]     MS. SAGERSON: We are going to read and
[9] sign.
[10]        - - -
[11]    (Thereupon, at 4:10 o'clock p.m., the
[12] deposition was concluded.)
[13]        - - -

A 256

Doug Tomlin  
February 28, 2006

AES Puerto Rico, L.P. v.  
Alstom Power, Inc.

Page 197

SIGNATURE PAGE

------------------------------------------------

Doug Tomlin  
   Subscribed and sworn to before me this  
_____ day of _____, 2005.

------------------------------------------------

Notary Public

- - -

Page 198

CERTIFICATE

COMMONWEALTH OF PENNSYLVANIA, )  
                               ) SS:  
COUNTY OF ALLEGHENY.           )

I, Jessica L. Tapia, do hereby certify that before me, a Notary Public in and for the Commonwealth aforesaid, personally appeared DOUG TOMLIN, who then was by me first duly cautioned and sworn to testify the truth, the whole truth, and nothing but the truth in the taking of his oral deposition in the cause aforesaid; that the testimony then given by him as above set forth was by me reduced to stenotypy in the presence of said witness, and afterwards transcribed by means of computer-aided transcription.

I do further certify that this deposition was taken at the time and place in the foregoing caption specified, and was completed without adjournment.

I do further certify that I am not a relative, counsel, or attorney of either party, or otherwise interested in the event of this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Pittsburgh, Pennsylvania, on this ____ day of _____, 2005.

_____  
Jessica L. Tapia  
Notary Public in and for the  
Commonwealth of Pennsylvania  
My commission expires August 19, 2006.

- - -

Page 199

I-N-D-E-X

EXAMINATION BY:                              PAGE:  
Mr. Schollaert                                 3  
Ms. Sagerson                                 192

- - -

EXHIBIT INDEX

TOMLIN DEPOSITION EXHIBIT NO.                PAGE:

1   Operation and Maintenance Manual,          25  
    Volume 1, Environmental Elements  
    Corporation

2   E-mail from Ron McParland sent Friday,     31  
    September 12, 2003, Subject ESP, CDS  
    Corrosion Maintenance Plan.doc

3   Document beginning with title page AES     38  
    Puerto Rico Total Energy Project

4   E-mail from Tracy Jarvis sent Thursday     74  
    October 2, 2003, Subject FW: CDS Water

5   E-mail from WeLi Yu sent Wednesday,        99  
    February 12, 2003, subject Dewcom  
    humidity transmitted at #2 CDS outlet

6   E-mail from Paul Stinson sent Monday,     104  
    September 15, 2003 Subject RE: ESP  
    CDS Corrosion Maintenance Plan.doc

7   E-mail from David Stone dated Monday,     106  
    September 15, 2003, subject RE: ESP  
    CDS, Corrosion Maintenance Plan.doc

8   E-mail from Doug Tomlin dated Monday,     129  
    September 23, 2002, Attaching CDS_  
    WAterNozzle_REV1.doc

9   E-mail from Jerry Cagle sent Saturday,    140  
    September 14, 2002 subject: Unit Satus

10  E-mail from Doug Tomlin, dated            145  

Page 200

    RE: Report

11  E-mail from Doug Tomlin, dated Tuesday,   149  
    January 21, 2003, subject: FW: Report  
    1-20-03

12  CDS Cold Start up, Environmental          172  
    Elements Corporation

13  E-mail from Al Dyer Sent Saturday,        183  
    September 20, 2003, Subject U1  
    intermediate SH Tube Failure

- - -

A 257