IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SURREPLY IN
OPPOSITION TO DEFENDANT'S SECOND MOTION TO COMPEL PRODUCTION
<u>ELECTRONIC DOCUMENTS OR, IN THE ALTERNATIVE, FOR SANCTIONS</u>**

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699

Counsel for Defendant ALSTOM Power Inc.

Date: March 28, 2006

ALSTOM Power Inc. ("ALSTOM"), defendant, by its counsel, hereby files this Opposition to Plaintiff's Motion to file a Surreply in Opposition to ALSTOM's Second Motion to Compel Production of Electronic Documents or, in the Alternative, for Sanctions. The Court should deny Plaintiff's Motion to File a Surreply for two reasons.

First, Plaintiff is simply wrong when it asserts that ALSTOM raised new matters in its Reply. The law cited by ALSTOM in its Reply was in direct response to the case law cited by Plaintiff in its Opposition. Indeed, despite Plaintiff's contention to the contrary, as set forth in ALSTOM's opening paper, Rule 37 provides this Court with all of the authority and discretion it needs to impose the sanctions requested by ALSTOM. Further, ALSTOM does not argue that Second Circuit law is controlling. Rather, in its Reply, ALSTOM referred the Court to an analogous Second Circuit case because the Court may find the rationale set forth in that decision to be instructive. Thus, ALSTOM did not raise any new matters in its Reply and there is no basis for AES's Surreply.

Second, the filing of a surreply is extraordinary in the context of a discovery motion. Moreover, the filing of the surreply could delay resolution of ALSTOM's motion to compel and thereby increase the prejudice to ALSTOM, should the Court grant ALSTOM's motion and compel further discovery. This is particularly true where, as here, discovery has closed and trial is less than 60 days away.

For these reasons, ALSTOM respectfully requests that the Court deny AES's Motion to File a Surreply.

ALSTOM POWER INC.

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware  19806
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120
Fax:  (410) 547-0699

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of March, 2006, copies of the foregoing Opposition To Plaintiff's Motion To File A Surreply In Opposition To Defendant's Second Motion To Compel Production Electronic Documents Or, In The Alternative, For Sanctions and proposed Order were filed with the Court using CM/ECF, which will send copies of those documents to:  John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.  In addition, courtesy copies were served, via first-class mail, upon Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

/s/ Daniel W. Scialpi
Daniel W. Scialpi (#4146)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion to file a Surreply in Opposition to ALSTOM's Second Motion to Compel Production of Electronic Documents or, in the Alternative, for Sanctions and Defendant's Opposition thereto, the Motion is **DENIED**.

**ORDERED**, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:    John S. Spadaro, Esquire
       Richard R. Wier, Jr., Esquire
       Daniel W. Scialpi, Esquire