# Exhibit 1



OBER KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**James E. Edwards, Jr.**
jeedwards@ober.com
410-347-7330

**Offices In**
Maryland
Washington, D.C.
Virginia

March 22, 2006

<u>VIA FACSIMILE AND FIRST-CLASS MAIL</u>

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Re:　AES Puerto Rico, LP v. ALSTOM Power Inc.

Dear Dan:

Now that both parties have completed their initial Expert Witness Disclosures, we suggest moving to schedule depositions, starting with the non-party expert witnesses that have been engaged specifically to develop expert testimony in this proceeding.  In contrast to the way that we have handled depositions of fact witnesses, we also suggest that the depositions take place either in our respective Firm's offices or, failing that, in Wilmington.  In doing so, at least for witnesses who are not local, only the expert, rather than two lawyers, will be required to travel.

In the next two days, we will discuss availability with ALSTOM's non-party expert witnesses; we request that AES-PR do the same.  I will contact you on Friday, March 24, to see if we can agree upon a schedule for these depositions.

Finally, all documents viewed or prepared by AES-PR's expert witnesses are responsive to ALSTOM's Request No. 76 in its First Request for Production of Documents to AES-PR.  Such documents, which include witnesses' notes, correspondence, electronic mail, memoranda, photographs, and the like, have not yet been produced by AES-PR.  Accordingly, we request that AES-PR make these documents available for inspection and copying at its earliest convenience.

If you have any questions or different suggestions about how to proceed, please call me.

Sincerely yours,

James E. Edwards, Jr.

JEEJr/bak
cc:　ALSTOM Power Inc.