IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., </br></br>  Plaintiff, </br> v. </br></br> ALSTOM POWER, INC., </br></br>  Defendant. | Civ. No. 04-1282-JJF |

### [Proposed] ORDER

Upon consideration of Plaintiff AES Puerto Rico L.P.'s Motion for a Protective Order Against Defendant ALSTOM's Improper Deposition Notices, it is this ____ day of April 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that ALSTOM's deposition notices for AES-PR's experts are quashed.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE