# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

March 30, 2006

VIA CM/ECF

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
844 North King Street
Wilmington, Delaware 19801

> Re:   AES Puerto Rico, L.P. v. ALSTOM Power Inc.
>       Case No. 04-1282 JJF

Dear Judge Farnan:

Together with attorneys from Ober|Kaler, who have been admitted in this case *pro hac vice*, we represent ALSTOM Power Inc., the defendant. This letter is prompted by the recent filings of both parties and is for the purpose of requesting that the Court convene a status/scheduling conference, which we believe will aid in the disposition of many open issues as the parties prepare for a May 22, 2006 trial in this matter.

Within the last month, ALSTOM has filed three discovery motions. Two of these are Motions to Compel the production of electronic from AES Puerto Rico, L.P., the plaintiff. ALSTOM filed these motions on February 22 and 23, 2006, and these motions have been fully briefed by both parties.

More recently, on March 24, 2006, ALSTOM filed a Motion for Sanctions arising from what ALSTOM believes is a pattern of improper discovery tactics. On March 24, 2006, ALSTOM also filed a Motion for Partial Summary Judgment. Response to both of those motions are due to be filed with the Court on Friday, April 7, 2006.

Further, disputes have arisen between the parties with respect to expert witness depositions. In response to Notices of Depositions served by ALSTOM, AES has filed a Motion

The Honorable Joseph J. Farnan, Jr.
March 30, 2006
Page 2

for Protective Order seeking to preclude ALSTOM from taking the depositions of its experts. On Monday, April 3, 2006, ALSTOM intends to submit an Opposition to the Motion for Protective Order and a Motion to Compel the appearance of the expert witnesses for deposition.

Under the Court's Rule 16 Scheduling Order, the parties are scheduled to appear for a Pre-Trial Conference on Thursday, May 4, 2006. Trial of this case to a jury is scheduled to commence on Monday, May 22, 2006. In view of this extensive recent activity and the upcoming May trial date, ALSTOM believes that a status/scheduling conference would be helpful to the Court and the parties. We are, of course, providing opposing counsel a copy of this letter. In view of the time remaining before trial on the Court's schedule, we will contact AES' local counsel, Mr. Spadaro, and invite him to join us in a call with the Court's appointment secretary regarding the scheduling of such a conference should the Court determine that appropriate.

We appreciate your consideration of this matter.

Respectfully yours,

/s/ Daniel W. Scialpi

Daniel W. Scialpi

cc: ALSTOM Power Inc.
James E. Edwards, Jr., Esquire (via facsimile)
John S. Spadaro, Esquire (via e-mail)
Daniel D. Williams, Esquire (via facsimile)