# TAB 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP           *    C.A. NO.: 04-1282(JJF)
                              *
     Plaintiff                *
                              *
     Vs.                      *
                              *
ALSTOM POWER, INC.            *
                              *
     Defendant                *
*******************************

DEPOSITION OF MR. DAVID STONE
30(b)(6)

DATE      :  March 10, 2006

TIME:     :  9:30 A.M.

OFFICE    :  Ober, Kaler, Grims & Shriver, P.S.C.
             120 East Baltimore Street
             Baltimore, Maryland 21202-1643

HELD AT   :  Axtmayer, P.S.C.
             250 Ponce de León Avenue
             Suite 404
             Hato Rey, Puerto Rico

APPEARANCES

FOR PLAINTIFF:

   Daniel D. Williams, Esq.

FOR DEFENDANT:

   Anthony Vittoria, Esq.

NOTARY PUBLIC:

   Liana I. Loyola, Esq.



**CRESPO & RODRIGUEZ, INC.**
Taquígrafos de Récord
TELS: (787) 758-5930 / (787) 763-8018
FAX: (787) 767-8217
A-6 Yale Street, Santa Ana
Rio Piedras, Puerto Rico 00927

1  MR. WILLIAMS:
2       Objection, vague.
3  THE DEPONENT:
4       I believe we operate all our systems, at different
5  times, maybe not continuously, but we do startup systems
6  as to keep those systems operational, and they're not
7  stagnant.
8  BY MR. VITTORIA:
9       Q   I want to know specifically about the fly ash
10 reinjection system. Did AES Puerto Rico start that
11 system as soon as it started commercial operation?
12 MR. WILLIAMS:
13      Objection, asked and answered, and vague.
14 THE DEPONENT:
15      I mean, I would assume that it was started up and
16 used as a commissioning, during commissioning to run the
17 facility, because we wouldn't have accepted the plant if
18 there were components in the plant that weren't
19 operational.
20 BY MR. VITTORIA:
21      Q   And then following commercial operation by
22 AES, did AES continue to operate the fly ash reinjection
23 system in December of 2002?
24 MR. WILLIAMS:
25      Objection, vague.



1    THE DEPONENT:
2       When you say "operating," does that mean
3    continuous, started up, I guess...?
4    BY MR. VITTORIA:
5       Q    Continuous.
6       A    The... my understanding is that we began
7    inject-ing the fly ash on a more continuous basis during
8    the summer of 2003, for several months.
9       Q    Do you remember what month?
10      A    I don't recall whether it was June or July;
11   somewhere in the summer months, that I recall.
12      Q    Why did AES Puerto Rico decide to start
13   running the fly ash reinjection on a continuous basis in
14   the summer of 2003?
15      A    The facility that was designed with the fly
16   ash reinjection system, and at that point it was decided
17   we would start using the design system.
18      Q    Do you have an understanding as to why that
19   decision was made?
20      A    I'm not sure who exactly made that decision,
21   I'm not sure if it was the team leaders, I'm not sure of
22   the exact person, but when the decision was made to
23   start operating the system, because that was the way it
24   was originally designed, and we weren't operating it as
25   it was originally designed.

1   Q   Do you have an understanding as to why it
2   wasn't being continuously operated prior to that
3   decision?
4   A   I don't have any specific knowledge why it
5   wasn't being operated.
6   Q   Al Dyer became the president and plant manager
7   of the plant around July of 2003, correct?
8   A   It might've been around... the summer of 2004
9   (sic), I don't know the exact date when Al became plant
10  manager, somewhere in that summer, in that summer.
11  Q   Of 2003? I think you said 2004.
12  A   Yeah, 2003; sorry.
13  Q   Was it Mr. Dyer who made the decision to
14  continuously run the fly ash reinjection system, during
15  the summer of 2003?
16  A   It may well have been Al Dyer. I don't know
17  if it was anyone else from operations that wanted to
18  begin operating it more continuously, I'm not for sure
19  specifically that it was him, Al Dyer, making that
20  direct order to do that.
21  Q   Were there problems with the fly ash
22  reinjection system?
23  MR. WILLIAMS:
24      Objection, vague.
25

1    THE DEPONENT:
2         As with any system, there's always problems. I, I
3    don't know what specific problems you would be talking
4    about, but nothing works perfect at the beginning.
5    BY MR. VITTORIA:
6         Q    And you said that it was decided to run the
7    fly ash reinjection system continuously in the summer of
8    2003 for several months. How many months was it running
9    continuously?
10   MR. WILLIAMS:
11        Objection, mischaracterizes the Witness's
12   testimony.
13   THE DEPONENT:
14        I was... it's my understanding that we ran the
15   system for I believe two or three months.
16   BY MR. VITTORIA:
17        Q    And why was it decided to cease running it
18   continuously after two or three months?
19        A    I'm not sure of the exact reason why it was
20   discontinued.
21        Q    Did the plant experience a reduction in the
22   use of hydrated lime during that two or three months?
23        A    I don't know specifically if in 2003, at that
24   time frame, whether consumption were up or down, I
25   really don't know. I'd have to research the documents a

1   what procedures were allegedly modified, how such
2   modifications were made, by whom such modifications were
3   made, to whom such modifications, whether or such
4   modifications were oral or in writing, and when such
5   modifications occurred." Do you see that item?
6   MR. WILLIAMS:
7       And we object to this item, this particular
8   interrogatory is inappropriate.
9   THE DEPONENT:
10      I do see the statement No. 15.
11  BY MR. VITTORIA:
12      Q   Did you speak with anybody regarding this
13  item?
14  MR. WILLIAMS:
15      Other than counsel?
16  BY MR. VITTORIA:
17      Q   Other than counsel in preparation for this
18  deposition.
19      A   I don't recall speaking with anybody else with
20  respect to this item.
21      (Whereupon, a document has been marked for
22  identification as Exhibit 37 of the deposition.)
23      Q   I'm handing you what's been marked as Exhibit
24  37, and ask you if you've seen this document before.
25

1   MR. WILLIAMS:
2       I would note for the record this document has been
3   supplemented. Does Counsel have the supplement?
4   MR. VITTORIA:
5       I'm not sure if I do or don't. I don't have it
6   here.
7   THE DEPONENT:
8       I may have seen this... I don't know if I... I've
9   seen quite a few of these, I don't know if it's this one
10  specifically, this exact one or not. It appears to be
11  one I've seen.
12  BY MR. VITTORIA:
13      Q   Can you see this is Plaintiff's responses to
14  Alstom Power, Inc.'s second set of interrogatories,
15  correct?
16  MR. WILLIAMS:
17      And, again, I'll note for the record that it's been
18  supplemented.
19  THE DEPONENT:
20      The title would indicate that it's Plaintiff's
21  response to Alstom Power, Inc.'s second set of interro-
22  gatories.
23  BY MR. VITTORIA:
24      Q   And if you would turn to the second-to-last
25  page of the document... just for the record, it

1  paragraph on page number four.
2       A    Okay.  Can I read the question of the...
3       Q    Sure.
4       A    Okay.
5       Q    The second paragraph on page number four says,
6  "In September or October, 2002, EEC and/or Alstom pre-
7  sented revised operating procedures to AES-PR, in the
8  'EEC Control Room Reference' book.  They periodically
9  updated those procedures in September and/or October,
10 2002.  Those revised procedures supplemented and
11 superseded the August, 2001 EEC O&M Manual.
12      The instructions in the final EEC Control Room
13 Reference Book, dated October 22, 2002, direct the plant
14 operator to set the CDS outlet temperature to 152
15 degrees."  Did I read that correctly?
16      A    I believe you read the paragraph that began
17 "In September or October, 2002..." in its entirety.
18      (Whereupon, a document has been marked for
19 identification as Exhibit 38 of the deposition.)
20 MR. WILLIAMS:
21      And once again we'll note for the record this
22 paragraph has been supplemented.
23 BY MR. VITTORIA:
24      Q    I'm handing you what's been marked as Exhibit
25 38, and I would ask you, is what has been marked as

365

1      Q   And do you recall if Mr. Sostre told you that
2  the best source of the data would be on when the system
3  was operating?
4  MR. VITTORIA:
5      Objection. Leading.
6  THE DEPONENT:
7      Elías indicted to me that the best data for the
8  times and amounts of fly ash reinjection would be on the
9  DCS system.
10 BY MR. WILLIAMS:
11     Q   And do you recall specifically what he told
12 you about how frequently the fly ash reinjection system
13 was run in the summer months of 2003?
14 MR. VITTORIA:
15     Objection, leading. Compound.
16 THE DEPONENT:
17     Elías, I reflected on our conversation with Elías,
18 he indicated that it was more, it was an intermittent
19 reinjection system.
20 MR. WILLIAMS:
21     Okay, I have no further questions. Any follow-up,
22 Mr. Vittoria?
23 MR. VITTORIA:
24     Yes, thank you.
25                    REDIRECT EXAMINATION


CRESPO & RODRIGUEZ, INC.
TEL. (787) 758-5930 • FAX: (787) 767-8217