IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.,                      *

      Plaintiff                        *

      v.                               *     C.A. No. 04-1282-JJF

ALSTOM POWER INC.,                          *

      Defendant                        *

\*      \*      \*      \*      \*      \*      \*

## ALSTOM POWER INC.'S MOTION TO COMPEL DISCOVERY

ALSTOM Power Inc., the defendant, by its counsel, pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and the Orders issued in this case by the Court, hereby requests that the Court issue an Order compelling AES Puerto Rico, L.P., plaintiff, to make available for deposition all of the individuals identified in its Affirmative Expert Witness Disclosures and, prior to such depositions, produce documents relating to such Expert Witness Disclosures in response to ALSTOM's Request No. 76 in its First Request for Production of Documents and Things. The grounds for this Motion are set forth in greater detail in the Memorandum in Opposition to Motion for Protective Order and In Support of Motion to Compel Discovery, which is submitted simultaneously with this Motion.

Date: April 4, 2006                         Respectfully Submitted,


/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road
Suite 200
Wilmington, Delaware   19806
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:    (410) 547-0699

Counsel for Defendant
ALSTOM Power Inc.

## CERTIFICATE OF SERVICE

I CERTIFY that on April 4, 2006 ALSTOM Power Inc., defendant, by its counsel, served its Motion to Compel Discovery by hand delivery on John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, and by electronic mail and first-class mail on Daniel D. Williams, Esquire, Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, attorneys for AES Puerto Rico, L.P.

/s/ Daniel W. Scialpi
Daniel W. Scialpi (#4146)