IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Motion for Protective Order filed by AES Puerto Rico, L.P., plaintiff, and the Opposition thereto filed by ALSTOM Power Inc., and upon consideration of the Motion to Compel Discovery filed by ALSTOM Power Inc. and the Opposition thereto filed by AES Puerto Rico, L.P., it is this _ day of _____, 2006, by the United States District Court for the District of Delaware:

ORDERED that the Motion for Protective Order filed by AES Puerto Rico, L.P. be, and the same hereby is, DENIED;

AND IT IS FURTHER ORDERED that the Motion to Compel Discovery filed by ALSTOM Power Inc. be, and the same hereby is, GRANTED;

AND IT IS FURTHER ORDERED that, within three business days after the date of this Order, AES Puerto Rico, L.P. shall make available for inspection and photocopying all documents responsive to Request No. 76 of ALSTOM Power Inc.'s First Request for Production of Documents;

AND IT IS FURTHER ORDERED that, within 14 days after the delivery of photocopies of documents responsive to ALSTOM's Request No. 76 to counsel for ALSTOM Power Inc., AES Puerto Rico, L.P. shall make available for deposition the six individuals identified in its

Affirmative Expert Disclosures at such times and locations that are mutually agreeable to the parties.

Dated: _____        _____
                                    Joseph J. Farnan
                                    United States District Court Judge