IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

### ALSTOM POWER INC.'S REQUEST FOR HEARING

ALSTOM Power Inc., defendant, by its counsel, hereby requests that the Court schedule a hearing to receive oral argument on ALSTOM Power Inc.'s Motion to Compel Discovery and on the Motion for Protective Order filed by AES Puerto Rico, L.P., the plaintiff.

Date: April 4, 2006

Respectfully Submitted,

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road
Suite 200
Wilmington, Delaware  19806
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone: (410) 685-1120
Fax:   (410) 547-0699

Counsel for Defendant
ALSTOM Power Inc.

## CERTIFICATE OF SERVICE

I CERTIFY that on April 4, 2006 ALSTOM Power Inc., defendant, by its counsel, served its Request for Hearing by hand delivery on John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, and by electronic mail and first-class mail on Daniel D. Williams, Esquire, Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, attorneys for AES Puerto Rico, L.P.

/s/ Daniel W. Scialpi
Daniel W. Scialpi (#4146)