# Tab A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AES PUERTO RICO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 04-1282-JJF |
| | ) | |
| ALSTOM POWER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF DANIEL D. WILLIAMS

I, DANIEL D. WILLIAMS, declare as follows:

1.    I am an attorney at Williams & Connolly LLP and I represent AES Puerto Rico,

L.P. ("AES-PR") in the above-captioned matter.

2.    On December 23, 2005, AES-PR served one interrogatory on ALSTOM.  On

February 7, 2006, two weeks past due, ALSTOM responded to that interrogatory, and then

supplemented that response on the last day of fact discovery, March 10, 2006.

3.    I have been informed that over 75% of the electronic documents that AES-PR

produced after December 30, 2005 deadline were based on the agreement between AES-PR and

ALSTOM to produce documents for individuals identified by the other party.

4.    On January 16, 2006, AES-PR made available to ALSTOM for copy and

inspection 13 boxes of documents.  The vast majority of those documents had nothing

whatsoever to do with AES-PR's damages claims.  Instead most of those boxes contained print-

outs and other compilations of Plant operating data.

5.    In preparing AES-PR's corporate designee on damages, as AES-PR was required to do under Fed. R. Civ. P. 30(b)(6), AES-PR concluded that its damages figures had changed since its initial response to Interrogatory No. 10 and that a supplemental response was in order. AES-PR worked diligently to provide a supplemental response to ALSTOM's counsel prior to the January 18, 2006 deposition.

6.    Prior to ALSTOM's filing of its motion for partial summary judgment, I asked ALSTOM's counsel to consent to a two-week extension of time for AES-PR to respond to ALSTOM's motion because AES-PR would be conducting expert depositions and defending Ron McParland's deposition during the same two week timeframe. ALSTOM refused to consent to this request.

7.    On February 1, 2006 and February 25, 2006, AES-PR received from ALSTOM a combined total of over 45,000 electronic documents. ALSTOM's February productions comprised over 25% of ALSTOM's total electronic document production. Thousands of these documents involved witnesses that AES-PR had already deposed.

8.    On March 3, 2006, I informed ALSTOM's counsel that a small number of recently-created documents would be available for copy and inspection at the AES-PR Plant on March 8, 2006. On March 8, I received word from my office that ALSTOM's counsel was seeking to arrange pick-up of the documents. We agreed to have the copy service pick them up at the Plant. When someone from the copy service had not arrived by close of business, my assistant offered to have Plant personnel copy the documents and to have me deliver them by hand to ALSTOM's counsel in Puerto Rico on Friday, which was the first possible opportunity for me to do so. I received the documents on the night of March 9 and delivered them to ALSTOM's counsel on March 10.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of April 2006, at Washington, D.C.

Daniel D. Williams