# Tab C

OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**James E. Edwards, Jr.**
jeedwards@ober.com
410-347-7330

**Offices In**
Maryland
Washington, D.C.
Virginia

February 8, 2006

<u>VIA FACSIMILE AND FEDERAL EXPRESS</u>

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Re:     AES Puerto Rico, LP v. ALSTOM Power Inc.
Civil Action No. 04-1282-JJF

Dear Dan:

Enclosed you will find a copy of ALSTOM Power Inc.s' Electronic-Mail Privilege Log.  If you have any questions, please do not hesitate to call me.

Sincerely yours,

James E. Edwards, Jr.

JEEJr/bak

Enclosure