# Tab D

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 29, 2005

**Via Federal Express**

Anthony F. Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD 21202-1643

  Re: **AES Puerto Rico, LP v. ALSTOM Power, Inc.**

Dear Tony:

  Enclosed please find two CDs of electronic data that ALSTOM requested relating to the Plant's boiler, which are Bates-stamped AESPR 300448 – 300449, as well as a CD with an additional production in Concordance format of miscellaneous electronic documents. We have now completed our production of paper and electronic documents. We reserve the right to supplement our production if responsive documents are discovered in the future.

  In addition, enclosed please find a CD of electronic documents responsive to the subpoena for John Toher. The documents are Bates-stamped JT-02843 – JT-30116. This production completes Mr. Toher's response to ALSTOM's document subpoena.

           Sincerely,

           Daniel D. Williams

Enclosures