# Tab F

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 13, 2006

**Via Email & U.S. Mail**

Anthony F. Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD 21202-1643

    Re:   **AES Puerto Rico, LP v. ALSTOM Power, Inc.**

Dear Tony:

    A small number of boxes will be available at the plant on Tuesday, January 16, 2006 for ALSTOM's review. Please let me know when you would like to have your copy service pick up the documents for copying.

    Also, there are a number of outstanding discovery issues on ALSTOM's part that I would appreciate you addressing at your earliest convenience. First, AES-PR still has not received all email for Mr. Barber – a central witness in this litigation. Second, AES-PR still has not received ALSTOM's electronic-document privilege log. Third, AES-PR has not heard from ALSTOM regarding the myriad concerns we wrote to you about regarding ALSTOM's hardcopy privilege log. Fourth, AES-PR still has not heard from ALSTOM regarding the ALSTOM control room log that ALSTOM has failed to produce.

    Finally, as you know, Mr. Gabrelli testified in his recent deposition that he has responsive documents that ALSTOM has not made available to AES-PR. Given Mr. Gabrelli's centrality to this case, I am deeply troubled by that admission. I trust that you will take all necessary steps to ensure that AES-PR has access to those documents in short order and that you will also confirm that ALSTOM has gathered all responsive documents for all of its others employees as well.

WILLIAMS & CONNOLLY LLP

Anthony F. Vittoria, Esq.
January 13, 2006
Page 2

        Please feel free to call if you have any questions.

                                Sincerely,

                                Daniel D. Williams