# Tab K

```
                                                          Page 1
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3  AES PUERTO RICO, L.P.    *

 4        Plaintiff          *

 5     v.                    *    CIV. NO. 04-1282-JJF

 6  ALSTOM POWER, INC.       *

 7        Defendant          *    Pages 1 - 248

 8                          -----------

 9

10

11

12       Videotaped deposition of William B. VanHooser

13                    Baltimore, Maryland

14                 Tuesday, February 7, 2006

15

16                                        ORIGINAL

17

18

19

20  Job No. 172632

21  Reported by:  Kathleen R. Turk, RPR-RMR
```

Page 39

1   supposed to be a hands-off period.

2   Q   Prior to the hundred hour demonstration,

3   were AES personnel on-site at the plant?

4          MR. VITTORIA:  Objection to the form

5   of the question.

6   A   Yes.

7   Q   And during that period, were they taking

8   instructions and direction from Alstom and EEC as

9   to how to operate the equipment?

10         MR. VITTORIA:  Objection to the form

11  of the question; objection, mischaracterizes

12  evidence and assumes evidence not in, in the

13  record.

14  A   Yes.

15  Q   I forgot my question.

16         MS. SAGERSON:  Would you read back

17  my question?

18         (Question was read by the Reporter.)

19  Q   (By Ms. Sagerson) And during the hundred

20  hour reliability test, were they following written

21  instructions that had been provided to them from

1   EEC and Alstom?

2           MR. VITTORIA: Objection to the form
3   of the question, it's compound. The objection
4   lacks -- phew -- assumes facts not in evidence and
5   mischaracterizes the testimony.
6       A   They were following some of the
7   directions.
8           I can't say that they were following all
9   directions, but some.
10      Q   And were -- was EEC on-site during the
11  one hundred hour reliability test?
12      A   Yes.
13      Q   Did Alstom have individuals on-site
14  during the hundred hour reliability test?
15      A   Yes.
16      Q   Were you on-site during the hundred hour
17  reliability test?
18      A   Yes.
19      Q   And that test started in October, 2002,
20  correct?
21      A   Yes, I believe it was in that time frame.

Page 246

1        CERTIFICATE OF NOTARY PUBLIC

2        I, Kathleen R. Turk, the officer before whom the

3   foregoing deposition was taken, do hereby certify that

4   the witness whose testimony appears in the foregoing

5   deposition was duly sworn by me; that the testimony of

6   said witness was taken by me in stenotype and thereafter

7   reduced to typewriting under my direction; that said

8   deposition is a true record of the testimony given by

9   said witness; that I am neither counsel for, related to,

10  nor employed by any of the parties to the action in

11  which this deposition was taken; and, further, that I am

12  not a relative or employee of any attorney or counsel

13  employed by the parties hereto, nor financially or

14  otherwise interested in the outcome of the action.

15

16                    *Kathleen R. Turk* (signature)

17                    Kathleen R. Turk

18                    Notary Public in and for the

19                    State of Maryland

20  My Commission Expires:

21  March 1, 2007.