# Tab L

Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF DELAWARE
3
4
5    AES PUERTO RICO, L.P.,  )
6         Plaintiff,         )
7    VS.                     )    No. 04-1282-JJF
8    ALSTOM POWER, INC.,     )
9         Defendant.         )
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF LINDA ROTHE, a witness
17   called on behalf of the Plaintiff, pursuant to the Federal
18   Rules of Civil Procedure, before Esmeralda Guzman, a
19   Certified Shorthand Reporter and Notary Public in and for
20   the State of Connecticut, taken at Alstom Power, Inc., 2000
21   Day Hill Road, Windsor, Connecticut, taken on Friday,
22   January 13, 2006, commencing at 9:41 a.m.
23
24   Job No. 172540
```

Page 122

1    Q.   Your letter lists nineteen issues.  Correct?

2    A.   Correct.

3         MR. VITTORIA:  Objection.

4    Q.   (By Mr. Williams)  Under the heading CDS, ESP

5    outstanding items.  Correct?

6    A.   Yes.

7    Q.   Are these punch list items?

8    A.   They appear to be.

9    Q.   Let's go to issue number one.  And can you read

10   into the record the first sentence of the opacity spike

11   issue that you presented to EEC in this letter?

12   A.   "Startup and normal operating procedures for the

13   CDS and ESP have been modified countless times without

14   attaining consistent reliable operation."

15   Q.   And read the next sentence.

16   A.   "Stack opacity spikes exceeding the maximum

17   permissible levels continue."

18   Q.   The second issue that you present to EEC in this

19   letter is operation coverage post one hundred hour

20   reliability test.  Right?

21   A.   Yes.

22   Q.   Can you read that issue into the record?

23        MR. VITTORIA:  I'm going to object to

24        the continuing reading into the record.  We

Page 123

1    had Linda, Miss Rothe read two sentences
2    from the first item and then no questions
3    were asked about it. And the document says
4    what it says. This isn't a procedure in
5    which documents can be read into the
6    record. The document is what it is, but
7    you can continue.
8    Q.  (By Mr. Williams) Please go ahead.
9    A.  "With the CDS and ESP equipment in its current
10   state, it requires continuous expert monitoring and manual
11   manipulation by the operators both locally and remotely
12   from the main unit control room to remain in compliance
13   with the stack opacity and SO2 emissions limits. This
14   requires at least one process knowledgeable person present
15   in the control room and one equipment knowledgeable person
16   in the field at all times. EEC has not demonstrated that
17   the CDS, ESP is reliably operable. EEC personnel are
18   required to continue on site until reliable operation can
19   be consistently obtained."
20   Q.  Please turn to issue eleven in the issues that you
21   communicated to EEC in your December 20, 2002 letter.
22   Issue eleven is CDS water injection nozzle tip fouling.
23   Correct?
24   A.  Yes.

Page 212

1  STATE OF CONNECTICUT

2  HARTFORD, SS.

3

4          I, Esmeralda Guzman, a Certified Shorthand

5  Reporter and Notary Public in and for the State of

6  Connecticut, do hereby certify that the foregoing

7  transcript of the deposition of Linda Rothe, having

8  previously been sworn on January 13, 2006, is true and

9  accurate to the best of my knowledge, skill, and ability.

10         I further certify that I am not a relative or

11 employee or attorney or counsel of any of the parties

12 hereto, nor am I a relative or employee of such attorney or

13 counsel; nor do I have any interest in the outcome or

14 events of this action.

15         IN WITNESS WHEREOF, I have hereunto set my hand

16 and seal this 6th day of February 2006.

17

18                        *Esmeralda Guzman*

19                        ESMERALDA GUZMAN

20

21 My Commission Expires:

22 September 30, 2010

23

24