# Tab M

Page 1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF DELAWARE

 3

 4    - - - - - - - - - - - - - - - - - - - X

 5    AES PUERTO RICO, LP,                   :

 6                    PLAINTIFF,             :

 7              VS.                          :CA NO 04 1282 JJF

 8    ALSTOM POWER, INC.,                    :

 9                    DEFENDANT.             :
                                                  ORIGINAL
10    - - - - - - - - - - - - - - - - - - - X

11

12

13         VIDEOTAPED DEPOSITION OF RAYMOND HICKEY, taken at

14    the law offices of Cowdery, Ecker & Murphy, 750 Main

15    Street, Hartford, Connecticut, before Jennifer

16    Tramontano, a Licensed Shorthand Reporter and Notary

17    Public, in and for the State of Connecticut, on Friday,

18    February 24, 2006, at 9:42 a.m.

19

20           DEL VECCHIO REPORTING SERVICES, L.L.C.
                PROFESSIONAL SHORTHAND REPORTERS
21                      117 RANDI DRIVE
                  MADISON, CONNECTICUT 06443
22           (203) 245-9583      (800) 839-6867
                     FAX (203) 245-2760
23

24        HARTFORD         NEW HAVEN         STAMFORD

25
```

Page 40

1   temperature of the superheat to a certain level.  It's
2   called intermediate because it's not the final section.
3       Q   I apologize.  Let's back up for one second
4   back to the October 2002 leak.  You said, basically, the
5   tubes inside looked like Swiss cheese, I think you
6   described them.  What do you do after you have all of
7   these tubes looking like Swiss cheese?
8       A   You cut them all out and replace them.
9       Q   How do you replace them?  Do you have to
10  replace the entire assembly?
11      A   No.  In this particular case, we didn't do
12  that.  Well, in the reheater, I think we may have
13  replaced some entire assemblies, yes; but generally,
14  even though it does look quite extensive, a lot of times
15  you can cut out pieces of tubing and replace just
16  sections of tubing.  I think in the reheater, it was so
17  extensive that we did replace whole assemblies.
18      Q   About how long did it take to do these
19  repairs?
20      A   It can vary by your workforce and everything.
21  It could have been anywhere from a week to a month.
22      Q   During that time, that unit is not operating;
23  is that correct?
24      A   That's correct.
25      Q   On the October 2002 leak, about how expensive

Page 41

1  was it to do those repairs with the materials and labor
2  and everything combined?
3      A    I have no idea.
4      Q    Do you have a ball park?
5          MR. EDWARDS:  If you have some basis for
6          answering, absolutely you should answer.
7          There's a line somewhere, and I don't think
8          any of us can exactly cross it between having
9          a basis and just making a guess, but you need
10         to have some sort of basis.
11         THE WITNESS:  Based on what I have seen
12         recently and what it costs to do some of
13         these repairs, I would guess probably in the
14         quarter to half million range.
15 BY MR. TUXBURY:
16     Q    That would be fairly expensive.
17         Let's go back to the 2003 leak.  On the
18 fourth paragraph in this report, it says that there are
19 FBHE assembly tubes and hanger tubes.  We talked about
20 this earlier, the hanger tubes are what connect the
21 assemblies to the walls of the FBHE?
22     A    No.  The hanger tubes hold the assembly in
23 place.  There are four rows of hanger tubes in these
24 fluid bed heat exchangers, two rows on each, what we
25 call half assembly.

1  nozzles and into the plenum just because of the head
2  that forms by this level of ash.
3      Q   So, the back sifting you're describing occurs
4  when you have a trip; the ash goes into the nozzles
5  where the air is coming out of when it's operating?
6      A   Correct.
7      Q   What is being described here where there's
8  ash building up on the slope that it's causing back
9  sifting?
10     A   That's not causing back sifting.
11     Q   What is?
12     A   That is caused, we are experiencing plugging
13 of the front nozzles of the rear FA plenums that is
14 caused by the back sifting ash building up on the
15 gradual slope on the bottom of the plenums and not
16 draining away from the inlet.  Okay.  So, what they're
17 saying here is when they open up for whatever reason,
18 the ash wasn't blowing down the slope, so they had to
19 build up.
20     Q   Why do they describe it as back sifting ash
21 building up?  Is that the type of ash that would cause
22 back sifting?
23     A   No.  It's ash that has back sifted, building
24 up in the plenum.
25     Q   Okay.

```
 1              MR. EDWARDS:  Again, just to be clear, he
 2         hasn't identified who the author of this
 3         document is or if he even knows who the
 4         author of this document is.
 5              THE WITNESS:  I think you're misreading
 6         this a little bit.
 7   BY MR. TUXBURY:
 8        Q    Explain to me.
 9        A    This is ash that has back sifted, building
10   up.
11        Q    What happens when that ash that back sifts
12   builds up?
13        A    What happens, it could prevent the air from
14   going through the nozzles in that location or some of
15   the air, anyway.
16        Q    So, back sifting is in some ways a part of
17   the ordinary design of the FBHE?
18        A    Back sifting is an natural occurrence, yes.
19        Q    Right, and so, you have this mechanism in the
20   plenum to drain away this back sifting ash?
21        A    Correct.
22        Q    If you don't drain it away, you're going to
23   get pluggage in the plenum nozzles?
24        A    It could happen, yes.
25        Q    And if there's pluggage in the plenum
```

Page 115

1      A    Steve Renals, he was -- I have already --
2    Steve Renals is down here twice.  I don't know why.
3    It's the same guy.  It's the last Steve Renals I talked
4    about.  Fishburn, we already talked about him.  John
5    Johnston, he works for Nolan Heard.  John Glaspie, he
6    was in the pressure part group working for Bill Rice.
7    Vinny Costa was in the pressure part group.  Bill
8    McMahon, I think he was in pressure part group, also.
9    Bruce Buchholz is the head of tendering.
10     Q    What is tendering?
11     A    The bidding, you know, he runs our proposals.
12     Q    This would be for all proposals?
13     A    Right.
14     Q    Is he an engineer?
15     A    Well, he is by education, but he's not an
16   engineer, actively an engineer for a long time.  In
17   fact, back at this time, he may have been our general
18   manager.  He's in tendering now, but in '04, he was -- I
19   think he was a general manager at that time.
20     Q    What is the role of general manager?
21     A    He was either -- I don't know.  He was the --
22   well, he runs the whole organization.  That may have
23   been -- what's the date, January 28, '04.  Let me think
24   back.
25          MR. EDWARDS:  I'm going to tell you that

1                you shouldn't think about this, but it's
2                maybe not something to be tearing over for
3                too long, and I caution you about just
4                guessing.
5                     THE WITNESS:  I don't know what his role
6                was at that time for sure.  I don't remember.
7    BY MR. TUXBURY:
8         Q    Richard Maxson?
9         A    He was the head of our estimating department.
10   Paul Panos --
11        Q    Stop for a second.  What's the estimating
12   department?
13        A    They do the estimating for our proposals.
14        Q    They figure out the cost and how much you
15   should bid for?
16        A    Yes.
17        Q    Paul Panos?
18        A    He's an engineer in the performance group.
19        Q    How do the pressure parts group and the
20   performance group relate again?
21        A    The performance group selects the pressure
22   parts from a standpoint of the performance aspects.
23   They design, they surface the unit, decide how much
24   metal you need, what that metal should be.  The pressure
25   part group does the actual drawing up and puts it down

Page 137

```
 1                    C E R T I F I C A T E

 2           I hereby certify that I am a Notary Public, in and

 3   for the State of Connecticut, duly commissioned and

 4   qualified to administer oaths.

 5           I further certify that the deponent named in the

 6   foregoing deposition was by me duly sworn, and thereupon

 7   testified as appears in the foregoing deposition; that

 8   said deposition was taken by me stenographically in the

 9   presence of counsel and reduced to typewriting under my

10   direction, and the foregoing is a true and accurate

11   transcript of the testimony.

12           I further certify that I am neither of counsel nor

13   attorney to either of the parties to said suit, nor of

14   either counsel in said suit, nor am I interested in the

15   outcome of said cause.

16           Witness my hand and seal as Notary Public this 13th

17   day of March, 2006.

18

19                              _____

20                              Jennifer Tramontano

21                              Notary Public

22   My Commission Expires:

23   May 31, 2010              License Number 00239

24

25
```