# Tab N

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
 4
 5    AES PUERTO RICO, L.P.,    )
 6         Plaintiff,           )
 7    VS.                       )    No. 04-1282-JJF
 8    ALSTOM POWER, INC.,       )
 9         Defendant.           )
10
11
12
13
14
15
16    VIDEOTAPED DEPOSITION OF FRANK GABRIELLI, a witness
17    called on behalf of the Plaintiff, pursuant to the Federal
18    Rules of Civil Procedure, before Esmeralda Guzman, a
19    Certified Shorthand Reporter and Notary Public in and for
20    the State of Connecticut, taken at Alstom Power, Inc., 2000
21    Day Hill Road, Windsor, Connecticut, taken on Thursday,
22    January 12, 2006, commencing at 10:09 a.m.
23
24
```

**ORIGINAL**

Case 1:04-cv-01282-JJF   Document 108-15   Filed 04/07/2006   Page 3 of 5

Page 84

```
 1   Rico's boiler?
 2              MR. VITTORIA:  Objection.  Objection
 3        to the form of the question.
 4              THE WITNESS:  My understanding from
 5        this was that the amount of chlorine or
 6        chloride in coal or coal ash, the original
 7        coal or coal ash was relatively low.
 8        Q.   (By Mr. Williams)  Specifically what level was it?
 9        A.   It was less than .1% I assume.
10        Q.   Your understanding was that the chloride content
11   could range from .03% to 1%?  I'm sorry.
12        A.   From 0 to .1%.
13        Q.   The next sentence says, "Chloride content of the
14   few samples that were measured was less than 0.01%."
15   Correct?
16        A.   Correct.
17        Q.   Where did you get that information?
18        A.   Again was from him.  From Mr. Jarvis.
19        Q.   Mr. Jarvis was describing the chloride content of
20   samples of coal.  Correct?
21              MR. VITTORIA:  Objection.  We're
22        talking about ash here, Dan.  We're not
23        talking about coal.
24              MR. WILLIAMS:  Okay.  I'll ask
```

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

1      Counsel to stop testifying.
2           MR. VITTORIA:  I'll ask you to stop
3      mischaracterizing what is in the document.
4    Q.  (By Mr. Williams)  Can you answer the question,
5  please?  Do you want it read back?
6    A.  No, I will say that this information tells me that
7  the amount of chlorine in the original coal, that the way
8  you measure chlorine in the original coal is chlorine in
9  the ash of the original coal.
10    Q.  So your --
11           MR. VITTORIA:  Can you let the
12      witness finish?  No, Dan, you interrupted
13      this time.  He's still trying to finish.
14      Can you let him finish his answer?
15    Q.  (By Mr. Williams)  Go ahead, Mr. Gabrielli.
16    A.  As I was saying, the way that chlorine or
17  chemicals are measured in coal, in the original coal, you
18  do an ash analysis.
19    Q.  Now, your report describes the amount of chlorine
20  in the coal.  Is that correct?
21           MR. VITTORIA:  Objection.  It does
22      not.
23    Q.  (By Mr. Williams)  Go ahead and answer the
24  question, please.

1  STATE OF CONNECTICUT

2  HARTFORD, SS.

3

4      I, Esmeralda Guzman, a Certified Shorthand Reporter

5  and Notary Public in and for the State of Connecticut, do

6  hereby certify that the foregoing transcript of the

7  deposition of Frank Gabrielli, having previously been sworn

8  on January 12, 2006, is true and accurate to the best of my

9  knowledge, skill, and ability.

10     I further certify that I am not a relative or

11 employee or attorney or counsel of any of the parties

12 hereto, nor am I a relative or employee of such attorney or

13 counsel; nor do I have any interest in the outcome or

14 events of this action.

15     IN WITNESS WHEREOF, I have hereunto set my hand and

16 seal this 25th day of January 2006.

17

18                          *Esmeralda Guzman*

19                          ESMERALDA GUZMAN

20

21 My Commission Expires:

22 September 30, 2010

23

24