# Tab O

```
           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP          *    C.A. NO.: 04-1282(JJF)
                             *
     Plaintiff               *
                             *
        Vs.                  *
                             *
ALSTOM POWER, INC.           *
                             *
     Defendant               *
*******************************
```

DEPOSITION OF MR. DAVID STONE
30(b)(6)

DATE     :  March 10, 2006

TIME:    :  9:30 A.M.

OFFICE   :  Ober, Kaler, Grims & Shriver, P.S.C.
            120 East Baltimore Street
            Baltimore, Maryland 21202-1643

HELD AT  :  Axtmayer, P.S.C.
            250 Ponce de León Avenue
            Suite 404
            Hato Rey, Puerto Rico

APPEARANCES

FOR PLAINTIFF:

    Daniel D. Williams, Esq.

FOR DEFENDANT:

    Anthony Vittoria, Esq.

NOTARY PUBLIC:

    Liana I. Loyola, Esq.



**CRESPO & RODRIGUEZ, INC.**
Taquígrafos de Récord
TELS: (787) 758-5930 / (787) 763-8018
FAX: (787) 767-8217
A-6 Yale Street, Santa Ana
Río Piedras, Puerto Rico 00927

1  the FBHEs, correct?
2  MR. WILLIAMS:
3      Objection, misstates the Witness's testimony, and
4  outside the scope of the deposition.
5  THE DEPONENT:
6      I didn't review all the tube failures, and the
7  documents related to all the tube failures, to know
8  exactly why each tube failure occurred.
9                  (Short pause taken)
10 MR. VITTORIA:
11     Okay, if I could just have a minute. Take a break.
12 Off record.
13                  OFF THE RECORD
14 MR. VITTORIA:
15     Okay. It's Alstom's position that this Witness has
16 had insufficient information about several of the items
17 identified in the second amended notice of deposition of
18 corporate designee, and therefore reserves the right to
19 reconvene this deposition at a later date. That being
20 said, I have no further questions at this time.
21 MR. WILLIAMS:
22     Well, let's see if we can clear those issues up
23 now. I have some questions.
24 MR. VITTORIA:
25     I object to Counsel's statement.



1  MR. WILLIAMS:
2      Well, Mr. Vittoria, I'm going to do some redirect,
3  and you'll have a chance to ask some more questions. Do
4  you object to my seeing if that clears up your concern?
5  MR. VITTORIA:
6      I... Do what you need to do, Dan.
7  MR. WILLIAMS:
8      Well, I'm asking if you object to it procedurally
9  forward from here.
10 MR. VITTORIA:
11     No.
12 MR. WILLIAMS:
13     Okay, great.
14                    CROSS EXAMINATION
15 BY MR. WILLIAMS:
16     Q    Mr. Stone, do you recall you testified you
17 weren't sure of how many FBHE units received a double
18 set of handcuffs, earlier today?
19 MR. VITTORIA:
20     Objection, mischaracterizes his testimony.
21 THE DEPONENT:
22     I do recall that, after recollection, that there
23 was, that the double handcuffs were installed on all
24 six, six FBHEs.
25

1  Q   And do you recall if Mr. Sostre told you that
2  the best source of the data would be on when the system
3  was operating?
4  MR. VITTORIA:
5      Objection. Leading.
6  THE DEPONENT:
7      Elías indicted to me that the best data for the
8  times and amounts of fly ash reinjection would be on the
9  DCS system.
10 BY MR. WILLIAMS:
11 Q   And do you recall specifically what he told
12 you about how frequently the fly ash reinjection system
13 was run in the summer months of 2003?
14 MR. VITTORIA:
15     Objection, leading. Compound.
16 THE DEPONENT:
17     Elías, I reflected on our conversation with Elías,
18 he indicated that it was more, it was an intermittent
19 reinjection system.
20 MR. WILLIAMS:
21     Okay, I have no further questions. Any follow-up,
22 Mr. Vittoria?
23 MR. VITTORIA:
24     Yes, thank you.
25              REDIRECT EXAMINATION


CRESPO & RODRIGUEZ, INC.
TEL. (787) 758-5930 • FAX: (787) 767-8217

```
 1                CERTIFICATE OF COURT REPORTER
 2
 3       I, MATTHEW J. CLUTTEUR SHORT, Court Reporter, and
 4  member of Crespo Rodríguez, Inc.:
 5       DO HEREBY CERTIFY:  That the foregoing transcript
 6  is a full, true and correct record of the testimony
 7  given which was taken down by me, and thereafter reduced
 8  to the typewritten form.
 9       I FURTHER CERTIFY:  That I am not in any way
10  involved or interested in the outcome of said action.
11       WITNESS my hand this  24th  of   March   ,
12  2006 in San Juan, Puerto Rico.
13
14
15                           _____
16                           MATTHEW J. CLUTTEUR SHORT
17                           Court Reporter
18
19
20
21
22
23
24
25
```