IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1282-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## [Proposed] ORDER

Upon consideration of Defendant ALSTOM Power Inc.'s Motion for Sanctions, Plaintiff AES Puerto Rico, L.P.'s Opposition, and any reply thereto, it is this ____ day of _____, 2006, hereby

**ORDERED** that the motion is DENIED; and it is further

**ORDERED** that AES Puerto Rico, L.P. is to be awarded its costs and fees incurred in opposing this motion.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE