# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

April 10, 2006

**BY ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      RE:   AES Puerto Rico, L.P. v. Alstom Power, Inc.
             C.A. No.: 04-1282JJF

Dear Dr. Dalleo:

      On Friday, April 7, 2006, my office was unsuccessful in its repeated attempts to file the *Opposition of Plaintiff AES Puerto Rico, L.P. to Alstom Power Inc.'s Motion for Partial Summary Judgment*. Several attempts were made to file and upload the opposition; however, each time the CM/ECF page showed an error message reading "error has occurred[;] the page cannot be displayed."

      This morning we contacted the Clerk's office regarding this issue and were told that our inability to file the opposition stemmed from a change in the login instructions. Unfortunately, we were not aware of that change prior to today. Accordingly, we have filed the opposition today at docket 109. We have also prepared the attached Request to Change Filing Date for the Court's approval.

      In short, plaintiff AES Puerto Rico, L.P. respectfully requests that the subject opposition be deemed filed on Friday, April 7, 2006. I am available to address this matter at the Court's convenience.

                                                  Respectfully,
                                                  /s/John S. Spadaro
                                                  John S. Spadaro

JSS/hrj
cc:   Daniel D. Williams, Esq.
       Richard R. Wier, Esq.
       Daniel W. Scialpi, Esq.
       Anthony F. Vittoria, Esq.

130681

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## AES PUERTO RICO, L.P.'S REQUEST
## TO CHANGE FILING DATE

Plaintiff AES Puerto Rico, L.P. ("AES") respectfully requests a change in the filing date for the following submission:

| **Document No.** | **Title** |
|---|---|
| 109 | **Opposition of Plaintiff AES Puerto Rico, L.P. to Alstom Power Inc.'s Motion for Partial Summary Judgment** |

Specifically, AES ask that this opposition, e-filed on April 10, 2006, be deemed as filed on *April 7, 2006.*

The grounds for this request are set forth in the accompanying Certification of John S. Spadaro, filed contemporaneously herewith. As shown by that certification, AES made several attempts to file this document on April 7, 2006, but were unable to do so because (as AES later learned) the login instructions had changed.

WHEREFORE plaintiff AES Puerto Rico, L.P. respectfully requests that the subject document be deemed filed as of April 7, 2006.

130652

        Respectfully submitted,

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

April 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282JJF |

### CERTIFICATION OF JOHN S. SPADARO

John S. Spadaro certifies, under penalty of perjury, as follows:

1. I am an attorney admitted to the Bar of the Supreme Court of the State of Delaware, and counsel of record for AES Puerto Rico, L.P. herein.

2. AES Puerto Rico, L.P. has today filed herein, at document no. 109, its "Opposition of Plaintiff AES Puerto Rico, L.P. to Alstom Power Inc.'s Motion for Partial Summary Judgment" (the "Opposition").

3. AES Puerto Rico, L.P. made several unsuccessful attempts to e-file the Opposition on April 7, 2006. Attempted filings at 9:37 p.m., 9:52 p.m., 10:05 p.m., 10:21 p.m., 11:07 p.m. and 11:51 p.m. were each unsuccessful, resulting only in a system message stating that an "error has occurred[;] the page cannot be displayed."

4. On April 10, 2006, my office learned from Court personnel that our inability to make the subject filing on April 7 was due to a change in login instructions. My office was unaware of this change prior to April 10, 2006.

130653

5. In light of the technical difficulties encountered in the course of AES Puerto Rico, L.P.'s efforts to e-file the Opposition on April 7, 2006, AES Puerto Rico, L.P. has applied to the Court for a change in the document's filing date from April 10, 2006 to April 7, 2006.

/s/ John S. Spadaro

110924

2