## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC., | ) |
| | ) |
| Defendant. | ) |

## APPENDIX TO
## OPPOSITION OF PLAINTIFF AES PUERTO RICO, L.P TO
## ALSTOM POWER INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

### Volume I
### (Pages B.001 through B.280)

John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel (302) 472-8100
Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: April 7, 2006                    Attorneys for AES Puerto Rico, L.P.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.,                )
                                      )
                                      )
              Plaintiff,              )
          v.                          )         Civ. No. 04-1282-JJF
                                      )
ALSTOM POWER, INC.,                   )
                                      )
              Defendant.              )
                                      )

## APPENDIX TO
## OPPOSITION OF PLAINTIFF AES PUERTO RICO, L.P TO
## ALSTOM POWER INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

### Volume II
### (Pages B.281 through B.548)


John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel (302) 472-8100
Fax (302) 472-8135


OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029


Dated:  April 7, 2006                 Attorneys for AES Puerto Rico, L.P.

**INDEX**

Contract No. W419-44-C0001 (2/24/98)................................................................B.001

Declaration of Allan B. Dyer (4/5/06) ..............................................................B.082

Expert Report of Richard R. Lunt (2/24/06)........................................................B.085

Expert Report of Jack R. McDonald, Ph.D. (2/26/06)........................................B.139

Expert Report of John G. Toher (2/26/06)..........................................................B.154

Thomas Coleman deposition transcript excerpts (2/23/06) ................................B.168

Allan Dyer 30(b)(6) deposition transcript excerpts (1/18/06) ............................B.180

Allan Dyer 30(b)(6) deposition transcript excerpts (3/9/06) ..............................B.193

Karl Hognefelt deposition transcript excerpts (1/10/06) ....................................B.197

     Exhibit 9:    Hognefelt memo re: Trip Report to AES
               (10/15/02).................................................................B.212

     Exhibit 10:   Hogneflet memo re: Summary AES Puerto
               Rico trip report (10/16/02) ..............................B.219

     Exhibit 18:   Hognefelt Trip Report (11/26/03)....................................B.220

Tracy Jarvis deposition transcript excerpts (3/2/06)............................................B.227

William Jarvis 30(b)(6) deposition transcript excerpts (3/14/06).........................B.236

William Jarvis deposition transcript excerpts (3/14/06) ......................................B.240

     Exhibit 17:   Jarvis e-mail to Rothe (1/9/03) ........................................B.281

     Exhibit 25:   Jarvis e-mail to Rothe (11/20/03) ....................................B.284

     Exhibit 28:   Jarvis e-mail to Buchholz (1/20/04)..................................B.285

     Exhibit 38:   Jarvis e-mail to Dyer (3/10/04) ........................................B.287

     Exhibit 41:   Jarvis letter to Dyer (5/18/04) .........................................B.289

     Exhibit 42:   Dyer letter to Jarvis (6/22/04).........................................B.292

Exhibit 46:     Jarvis e-mail to Dyer (6/29/04) ........................................................ B.294

Exhibit 55:     Jarvis letter to Dyer (7/30/04) ........................................................ B.297

Linda Rothe deposition transcript excerpts (1/13/06) ............................................ B.300

Exhibit 3:      Purchase Order (3/30/99) ............................................................... B.325

Exhibit 9:      Rothe e-mail to VanHooser (9/19/02) with
                attached EEC letter to Jarvis (9/19/02) ............................................. B.367

Exhibit 22:     Rothe letter to Kimberl (12/20/02) .................................................. B.371

Exhibit 27:     Rothe e-mail to VanHooser (4/7/03) attaching
                updated punchlist .......................................................................... B.376

Exhibit 30:     Rothe letter to Titus (4/17/03) ........................................................ B.387

Exhibit 32:     Rothe letter to Durante (5/29/03) .................................................... B.388

Exhibit 36:     Rothe letter to Hucks (1/13/04) ...................................................... B.392

Exhibit 37:     Alstom Invoice to EEC (1/29/04) .................................................... B.394

Exhibit 38:     Alstom cover letter (3/11/04) and Invoice to EEC
                (1/29/04) ..................................................................................... B.395

Elias Sostre deposition transcript excerpts (1/20/06) ............................................. B.397

Paul Stinson deposition transcript excerpts (2/9/06) ............................................. B.407

Exhibit 22:     Specification for Circulating Dry
                Scrubber (5/10/01) ....................................................................... B.420

David Stone deposition transcript excerpts (3/10/06) ............................................ B.427

Doug Tomlin deposition transcript excerpts (2/28/06) ........................................... B.443

William B. Van Hooser deposition transcript excerpts (2/7/06) ............................... B.445

Exhibit 17:     CDS Cold Start-Up (11/14/02) ...................................................... B.462

Plaintiff's Supplemental Responses to ALSTOM Power, Inc.'s
Interrogatory No. 10 (1/17/06) ......................................................................... B.465

Plaintiff AES Puerto Rico, L.P.'s First Set of Requests for
Admission (2/7/06) ................................................................................. B.470

    Tab A:  Excerpt from Specification for Circulating
           Dry Scrubber (5/10/01) ................................................................ B.475

    Tab B:  Specification for Electrostatic Precipitator
           (5/10/01) ...................................................................................... B.499

    Tab D:  Request for Quotation (4/14/00) .................................................. B.528

    Tab G:  Environmental Elements Non Conformances ............................. B.531

ALSTOM Power Inc.'s Amended Response to AES Puerto Rico,
L.P.'s First Set of Requests for Admission (3/13/06) ......................................... B.534

AES Puerto Rico, L.P.'s Responses to ALSTOM Power, Inc.'s
Third Set of Interrogatories and Supplemental Responses to
Specified Interrogatories (3/10/06) .................................................................. B.540

## SIGNATURE DOCUMENT

## CONTRACT NO. W419-44-C0001

THIS CONTRACT IS entered into, effective as of **February 24, 1998** by and between **Duke/Fluor Daniel Caribbean S.E.** (hereinafter referred to as "Duke/Fluor Daniel Caribbean S.E." or "DFDC")

whose address is:          **Duke/Fluor Daniel Caribbean S.E.**
                           **P.O. Box 1011**
                           **Charlotte, NC   28201-1011**

and **Combustion Engineering, Inc.** (hereinafter referred to as "Contractor" or "ABBCE"),

whose address is:                              **LICENSE NUMBER    TBD**

                           **ABB Combustion Engineering Systems**
                           **Combustion Engineering, Inc.**
                           **P.O. Box 500**
                           **2000 Day Hill Road**
                           **Windsor, CT   06095-0500**

In consideration of the agreements herein contained, the parties hereto contract and agree as follows:

**ARTICLE   1.0          CONTRACT DOCUMENTS**

This Contract shall consist of this Signature Document and the following documents, and the exhibits, drawings, specifications and documents referred to therein, all of which by this reference are incorporated herein and made a part of this Contract:

                    DEFINITION OF TERMS
                    PART I     -      SCOPE OF WORK
                    PART II    -      COMMERCIAL TERMS
                    PART III   -      GENERAL TERMS

Said Contract sets forth the entire Contract and agreement between the parties pertaining to the Work and supersedes all inquiries, proposals, agreements, negotiations and commitments, whether written or oral, prior to the date of execution of this Contract, pertaining to said Work of this Contract.  The provisions of this Contract may be changed only by a writing executed by Duke/Fluor Daniel Caribbean S.E. and Contractor.  Trade custom and trade usage are superseded by this Contract and shall not be applicable in the interpretation of performance of this Contract.

**ARTICLE   2.0           PRECEDENCE**

In cases of express conflict between PARTS of the Contract, specifications, drawings or exhibits, the order of precedence shall be as follows:

              -      Signature Document
              -      Definition of Terms
              -      PARTS I AND II
              -      PART III



EXHIBIT
Rothe       1
1-13-06

**ALDEC05 - 01491**

In the event of an express conflict between the documents listed above, or between any other documents which are a part of the Contract, Contractor shall notify DFDC immediately and shall comply with DFDC's resolution of the conflict.

**B.001**

**ARTICLE    3.0          SCOPE OF WORK**

Except as otherwise expressly provided elsewhere in this Contract, Contractor shall supply all services, things, and items of expense necessary to perform, and shall perform, the Work generally described as:

**Design, Manufacture, Supply, Delivery, Erection, and Startup Assistance of the Circulating Fluidized Bed Boilers, Circulating Dry Scrubber Flue Gas Desulfurization Systems, and Electrostatic Precipitators.**

said work being more particularly described in PART I - SCOPE OF WORK (herein referred to as "Work"), for and in connection with the

AES PUERTO RICO TOTAL ENERGY PROJECT

said Work to be performed on a site to be designated by Duke/Fluor Daniel Caribbean S.E. at or in the vicinity of **Guayama, Puerto Rico.**

Contractor acknowledges that Contractor's Work done under this Contract is part of Duke/Fluor Daniel Caribbean S.E's obligation to AES Puerto Rico L.P. (hereinafter referred to as "Owner") under the Engineering, Procurement and Construction Services Agreement between AES Puerto Rico L.P and Duke/Fluor Daniel Caribbean S.E. dated effective as of April 3, 1996 (the "EPC Contract"). Contractor hereby agrees to assume full responsibility for all its obligations under this Contract between ABBCE and DFDC.

**ARTICLE    4.0          CONTRACT PRICE**

Contractor's full compensation for full and complete performance by Contractor of all the Work and compliance with all terms and conditions of this Contract shall be as set forth in PART II - COMMERCIAL TERMS.

**ARTICLE    5.0          CAPTIONS**

Titles and captions used in this Contract are for convenience only and shall not be used in the interpretation of any of the provisions of this Contract.

IN WITNESS WHEREOF, the parties hereto have executed this Contract on the day and year below written, but effective as of the day and year first set forth above.

| COMBUSTION ENGINEERING, INC. | DUKE/FLUOR DANIEL CARIBBEAN S.E. |
|---|---|
| BY: | BY: |
| TITLE: | TITLE: PRESIDENT |
| DATE: 2/24/98 | DATE: 2/24/98 |

ALDEC05 - 01492

B.002

## Definition of Terms

Definitions.  As used in this Contract, the following terms shall have the following meanings (such meanings as necessary to be equally applicable to both the singular and plural forms of the terms defined):

"ASME" means the American Society of Mechanical Engineers or any successor thereto.

"Applicable Laws" means all laws, treaties, ordinances, judgments, decrees, injunctions, writs and orders of any court, arbitrator or governmental agency or authority and rules, regulations, and orders of any Federal, commonwealth, state, county, municipal, regional, environmental or other governmental body, instrumentality, agency, authority, court or other body having jurisdiction over the Facility and any activity conducted by Contractor at the Facility or on the Facility Site, including, without limitation construction of the Facility on the Facility Site, use or disposal of any Hazardous Material, performance of the Work to be performed hereunder, or operation of the Facility, as all of the foregoing may be applicable and in effect from time to time.

"Applicable Permits" means all Permits required to be obtained or maintained in connection with construction of the Facility on the Facility Site, transmission of electricity to the Utility, transmission of Process Steam to the Steam Host(s), performance of the Work to be performed hereunder, or operation of the Facility, as may be in effect from time to time.

"BTU" means British Thermal Unit

"Boiler Hot Loop" means all refractory and the metal pressure parts surface of the boiler which come in contact with hot circulating solids, including without limitation the combustion chamber water walls and grid, radiant superheat surface (in-furnace surface), cyclones (including cross-over duct and expansion joint) and loop seals. For purposes of this Contract, "Boiler Hot Loop" will also include the cyclone outlet duct and expansion joint, and the reheat and superheat elements in the convection section.

"Chronic Failure" shall have the meaning  as set forth in Article 1.3.2 of part III of this Contract.

"Commercial Operation Date" means the date upon which Owner will begin to sell, and the Utility will begin to buy, energy and capacity pursuant to the terms of the Power Purchase Agreement.

"Completed Performance Test" means any Performance Test established as a Completed Performance Test in accordance with the provisions of Section 10, Part II of this Contract.

1

B.003

ALDEC05 - 01493

"Contract " means the Contract Document, all written amendments, modifications and supplements hereto, all Scope Change Orders, and the Attachments hereto which by this reference are incorporated herein.

"Contract Document" means this document consisting of the Signature Document, Definition of Terms, Part I, Part II, and Part III hereof, as amended from time to time.

"Contractor" means Combustion Engineering, Inc. which may be designated in this Contract Document as "ABBCE". Combustion Engineering, Inc. may be referred to in some provisions of the Contract Documents as "Seller" or "Manufacturer."

"Duke/Fluor Daniel Caribbean S.E." shall mean the Engineer, Buyer, and General Contractor for the Project which may be designated in this Contract Document as "D/FDC".

"Facility" means the 454.3 megawatt (net) coal-fired cogeneration plant to be located near Guayama, Puerto Rico, as an integrated whole and including all components thereof and related facilities located on the Facility Site, including without limitation any and all appliances, parts, instruments, appurtenances, accessories and other property that may be incorporated or installed in or attached to or otherwise become part of such plant.

"Facility Site" means all those parcels of land near Guayama, Puerto Rico, as shown on the Land Survey Map attached to this Contract and prepared for AES Puerto Rico L.P. by Kelly Alvarez Associates.

"Fuel Supplier" means the supplier or suppliers of coal, limestone and any other substance used as fuel or used in connection with fuel during the operation of the Facility, and their successors and permitted assigns.

"Guaranteed Performance Acceptance Date" means the date which is 29 months after the Contractor receives written notice to proceed.

"Hazardous Material" means any substance, material, waste or constituent for which any duty is imposed under, cleanup is authorized pursuant to, or regulation is otherwise imposed by, any Applicable Law.

"Independent Engineer" means such independent engineer of recognized expertise, selected by the financing parties and reasonably acceptable to Owner, and such independent engineer's successors and permitted assigns.

"Interconnection Facilities" means all equipment and facilities to be constructed and installed for the purpose of interconnecting the Facility with the Utility's electric transmission and distribution system, including without limitation all metering equipment, transmission and distribution lines and associated equipment, transformers and associated equipment, relay and switching equipment, and protective devices and safety equipment.

2

ALDEC05 - 01494

"Jobsite"  shall have the same meaning as "Facility Site".

"Notice of Performance Acceptance" shall have the meaning set forth in Section 10, Part II of this Contract.

"Owner"  means AES Puerto Rico, L.P. a limited partnership formed pursuant to the laws of the State of Delaware, whose general partner is AES Puerto Rico, Inc., a Delaware corporation, and its successors and permitted assigns as owner hereunder. (AES-PR).

"Owner's Lenders" means (a) any and all lenders providing the construction, interim or long term financing (including a leveraged lease or any other refinancing thereof) for the Project, and any trustee or agent acting on their behalf, and (b) any and all equity investors (other than Owner) providing financing  or refinancing for the Project, and any trustee or agent acting on their behalf; provided, however, that financing parties shall not include any such lenders or equity investors who provide additional financing for the Project more than 6 months after Project Completion (except for any such additional financing used to pay the reasonable fees and transaction costs associated with any refinancing of all or any portion of the amount of  Project financing that is outstanding 6 months after Project Completion)

"Or Equal" means as reviewed and accepted in writing by Duke/Fluor Daniel Caribbean  S.E..

"Performance Acceptance" means the achievement of Project performance pursuant to the Provisions set forth in Section 10, Part II of this Contract.

"Performance Guarantees" shall have the meaning set forth in Article 6.3.3 of technical specification W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.00-0001 attached to this Contract.

"Performance Test" means the operation of the Facility by or on behalf of Duke/Fluor Daniel Caribbean in accordance with the provisions of  Section 10, Part II of this Contract and in accordance with Applicable Laws and Applicable Permits, for the purpose of determining the Facility's level of achievement of the Performance Guarantees and its compliance with the guaranteed emission limits as described in the technical specifications of this Contract.

"Permits" means any valid waiver, exemption, variance, franchise, permit, authorization, license or similar order of or from any Federal, commonwealth, state, county, municipal, regional, environmental or other governmental body, instrumentality, agency, authority, court or other body  having jurisdiction over the matter in question required to be obtained or maintained in order for Contractor to perform the Work to be performed hereunder which are not otherwise specified to be obtained by Duke/Fluor Daniel Caribbean S.E. or Owner.  Building Permit, Air Permit and Operating Permit  shall be obtained by either Duke/Fluor Daniel Caribbean S.E. or Owner.

B.005

ALDEC05 - 01495

"Power Purchase Agreement" means the Power Purchase and Operating Agreement, dated October 11, 1994 between AES Puerto Rico, L.P. and Puerto Rico Electric Power Authority or any other power purchase agreement entered into by Owner and any Utility for the purchase of electricity produced by the Facility, as any such agreement may be amended, supplemented or modified from time to time.

"Project" means the Facility, the services and all other work to be furnished by Duke/Fluor Daniel Caribbean S.E. as an integrated whole including, but not limited to, all equipment, labor, and materials to be furnished by Contractor in performance of the Work.

"Project Completion" means the acceptance by Owner of the completed Project in accordance with the following:

Project Completion shall be achieved if and only if:

a)    Performance Acceptance shall have been achieved;

b)    The Punch List items have been completed in accordance with this Contract;

c)    Contractor has performed all of the Work required to be performed under this Contract.

"Prudent Utility Practices" means the practices, methods and acts (including but not limited to the practices, methods and acts engaged in or approved by a significant portion of the electric utility industry for similarly situated facilities in the United States with characteristics similar to those of the Facility) that at a particular time, in the exercise of reasonable professional judgment in light of the facts known or that reasonably should have been known at the time a decision was made, would have been expected to accomplish the desired result in a manner consistent with Applicable Laws, Applicable Permits, reliability, safety, environmental protection, economy and expediency.

"Punch List" means the list prepared by Duke/Fluor Daniel Caribbean S.E. or Owner, with the full cooperation of the Contractor, which list shall set forth all items of the Work which remain to be performed in order to ensure that the Project fully complies with all of the standards and requirements set forth in this Contract.

"Release" means release in writing by Duke/Fluor Daniel Caribbean S.E.

"Review" means examination by Duke/Fluor Daniel Caribbean S.E.

"Specifications" means all of the design documents attached and/or referenced therein.

4

B.006

ALDEC05 - 01496

"Steam Host" means Phillips Puerto Rico Core and its successors and permitted assigns, as purchaser of steam under a Steam Sale Agreement and/or any other person who is a purchaser of steam under a Steam Sale Agreement, and such person's successors an permitted assigns.

"Steam Sale Agreement" means any agreement to be entered between Owner and a Steam Host for the sale of Process Steam produced by the Facility and any other agreement for the sale or disposal of steam, as any such agreement may be amended, supplemented or modified from time to time.

"Unit" means the complete facilities, systems, auxiliaries, and equipment for a single 250MW boiler, circulating dry scrubber, and electrostatic precipitator equipment linkage.

"Utility" means any and all of Puerto Rico Electric Power Authority, a Puerto Rico public corporation, and its successors and permitted assigns, as purchaser of electricity under a Power Purchase Agreement and any other Person with which Owner enters a Power Purchase Agreement for the purchase of electricity and such Person's successors and permitted assigns

" Work" means ,unless otherwise indicated in the Contract Documents, all design, manuals, training, drawings, documentation, manufacture, supply, delivery, erection, startup, including supervision, labor, materials, construction equipment, tools, fuel for construction equipment, supplies, consumables, facilities, incidentals, and services performed and/or provided hereunder by Contractor or a subcontractor or supplier of any tier of Contractor.

5

B.007

ALDEC05 - 01497

# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 1 of 33

### Part I
### SCOPE OF WORK

**1.0**  **SCOPE OF WORK - GENERAL**

1.1    Except as otherwise expressly provided herein, Contractor shall supply all the design, engineering, manufacture, delivery, installation, inspection, factory testing, field testing, labor, equipment, materials, tools, warehousing services, and each and every item of expense necessary for the supply, handling, delivery, erection, startup, and testing of the CFB Boilers, Circulating Dry Scrubbers, Electrostatic Precipitators and all appurtenances, herein after called the Work.

1.2.    Scope shall include technical field support and consultation services during performance testing, initial operation of all equipment furnished, and training of Owner's operating and maintenance personnel.

**2.0**  **SCOPE OF SUPPLY AND TECHNICAL REQUIREMENTS**

2.1    All equipment shall be furnished and all Work shall be performed in strict accordance with the following described specifications, drawings, and other documents, which by this reference are made a part hereof.

2.1.1    Specifications

| SPECIFICATION NO. | REV. | TITLE |
|---|---|---|
| 2.1.1.1 W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.00-0001 | 1 | Circulating Fluidized Boiler and Appurtenances |
| 2.1.1.2 W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.03-0001 | 1 | Circulating Dry Scrubber |
| 2.1.1.3 W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.03-0002 | 1 | Electrostatic Precipitator |
| 2.1.1.4 AES-GPR-I | 0 | General Project Requirements (GPR) |

2.1.2    Attachments

2.1.2.1    None

**2.3**  **CODES, REGULATIONS & STANDARDS**

-American National Standards Institute (ANSI)
-National Electrical Code (NEC)
-Underwriters' Laboratories (UL)
-Institute of Electrical & Electronic Engineers (IEEE)

**B.008**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 2 of 33

-American Society for Testing & Materials (ASTM)
-American Society of Mechanical Engineers (ASME)
-National Fire Protection Association (NFPA)
-American Institute of Steel Construction (AISC)
-Occupational Safety and Health Act - including local requirements of OSHA
-American Welding Society - Structural Welding Code (AWS)
-Steel Structure Painting Council (SSPC)
-Air Moving and Control Association (AMCA)
-Factory Mutual Engineering Corp. (FM)
-National Electrical Manufacturers Association (NEMA)
-Instrument Society of America (ISA)
-Scientific Apparatus Makers Association (SAMA)
-Heat Exchanger Institute (HEI)
-American Gear Manufacturer's Association (AGMA)
-Code of Federal Regulations (CFR) 40 CFR Part 60

## 3.0     SCOPE OF SERVICES - BY CONTRACTOR

### 3.1     DESIGN AND ENGINEERING SERVICES

### 3.1.1     General

3.1.1.1     The Contractor shall furnish the design, materials, shop fabrication, shop testing, and delivery of complete CFB Boiler Packages, CDS Packages, and ESP Packages. Each equipment package shall be furnished with all the accessories required for proper operation. Equipment scope of supply shall be as defined in the technical specifications listed in Paragraph 2.1.1 of this document.

3.1.1.2     DFDC may from time to time require other information from the Contractor. This information may be concerned with optimizing the plant cycle as it pertains to Contractor supplied equipment, verifying the integrity of the design or construction of Contractor supplied equipment, or some other aspect of design, fabrication or utilization of Contractor supplied equipment. Such information shall be supplied to DFDC by the Contractor.

3.1.1.3     The Contractor shall provide assistance during check-out and start-up of the plant to correct any deficiencies which may exist in any Contractor installed instrumentation. This shall include, but not be limited to, the proper operation of each component and control loop.

### 3.1.2     Model Studies

3.1.2.1     Contractor shall conduct a model test of the electrostatic precipitator. The model test shall address the full range of operating loads starting from 25% to 100% + 5% OP of boiler MCR, including the 3% in-leakage, with intermediate load points of 75% and 100% of boiler MCR. Contractor shall conduct the model studies, in accordance with IGCI-EP7, to examine, at all operating conditions, the following:

**B.009**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 3 of 33

a.      Distribution and flow control of flue gas.

b.      Gas velocity distribution.

c.      Optimize overall duct layout.

d.      Minimize particulate and/or fly ash drop out.

3.1.2.2     The minimum acceptable scale shall be one twelfth (1/12) of full size. The entire system from the scrubber outlets to the stack inlets shall be included in the model.

3.1.2.3     All instrumentation used in the model shall be calibrated against a validated laboratory standard device.

3.1.2.4     The model study shall in no way relieve the Contractor from providing a full scale system which meets all the performance guarantees specified in Section 6.3 of DFDC specification W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.00-0001. Model test shall be witnessed by Owner and Engineer.

3.1.3     <u>Control Systems</u>

3.1.3.1     Contractor shall provide all information and support necessary for DFDC to design a boiler control system which is satisfactory to all involved parties. Information shall include all logic diagrams in SAMA format and all other technical information required to program logic in the plant DCS. Support shall include review and recommendations of control philosophy and implementation.

3.1.3.2     Contractor shall provide functional logic diagrams, typical graphics and support necessary for DFDC and the plant control system supplier to program the burner management system, sootblowers, CDS absorber system, lime unloading and preparation system, limestone preparation and feed system, ash recirculation system, sootblowers, flue gas cooling water system, and all other Contractor supplied systems that will be controlled from the plant DCS.

3.1.3.3     Contractor shall participate in the factory checkout of all Contractor supplied control systems and the plant DCS control system. The Contractor shall include one (1) trip occupying five (5) days including travel time for assisting DFDC with DCS factory checkout of the interface communication at the DCS supplier's facility.

3.1.3.4     Contractor shall provide logic diagrams, control system description, and all interface addresses for the PLC based ESP control system, so that DFDC has the appropriate information to operate and maintain the ESP.

**B.010**

3.1.4     <u>Structural Steel</u>

3.1.4.1     Contractor shall furnish necessary arrangement and loading information to DFDC to allow design and procurement of structural steel framing and connecting steel for boiler building.



Part I
CFB/CDS/ESP

# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2       CONSTRUCTION AND ERECTION

3.2.1     Notice to Start Construction

3.2.1.1   Contractor shall not mobilize until he receives a written notice to start construction (NTSC) from Duke/Fluor Daniel Caribbean (DFDC).

3.2.2     Specific

3.2.2.1   Installation of equipment defined in Sections 7.1 and 7.2 of the technical specifications listed in Paragraph 2.1.1 of this document.

3.2.2.2   Contractor shall restrain either temporarily or permanently all terminal points in their design locations.

3.2.2.3   Contractor to supply all material and make connections at Coal Bunker outlets.

3.2.2.4   Contractor to supply, install, and adjust all hangers for the piping in the Contractor's scope of supply.

3.2.2.5   All piping connections that are ASME Section 1 will be made by Contractor. All piping connections at interface points that are ANSI B31.1 will be made by Others.

3.2.2.6   Contractor to supply all material and make duct connections of all Contractor supplied ducting..

3.2.2.7   Contractor to supply all material and make duct connection at the inlet flange of the stack.

3.2.2.8   Contractor shall release in writing all terminal points to DFDC.

3.2.2.9   Contractor shall install the equipment furnished in accordance with approved drawings and instructions and shall provide all of the materials, labor, supervision, tools and equipment necessary for such work.

3.2.2.10  Work shall include receiving, unloading, storage, protection, necessary moving from storage, rigging, drilling, doweling, setting, welding, assembling, aligning, witnessing grouting, general clean-up, testing, non-destructive examination and any other work necessary to prepare the equipment and accessories for normal continuous service. The equipment shall be installed in the locations shown on approved drawings.

3.2.2.11  Work shall include hot alignments as required by manufacturer after equipment operation and the flushing of all lube oil systems in Contractor's scope of supply.

3.2.2.12  Contractor shall witness grouting of supplied equipment. Preparation and grouting will be by DFDC.

**B.011**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2.2.13   Contractor shall identify, obtain DFDC's approval, for all structural steel, siding, stairs, and platforms that are required to be left out during the erection of the Work. The items left out will be installed by DFDC per a mutually agreed schedule with Contractor.

3.2.2.14   All primed and finish coated surfaces shall be repaired in accordance with a DFDC approved coating specification.

3.2.2.15   Installation procedures shall conform with the procedures prescribed. For equipment not supplied with instruction manuals, Contractor shall follow standard practices acceptable to DFDC or to manufacturer's representatives.

3.2.2.16   Special attention shall be paid to all erection notes on the drawings, and all work shall be in strict conformance thereto.

3.2.2.17   It shall be understood and agreed to by Contractor that the Work herein described shall be complete in every detail, even though every item involved is not specifically mentioned.

3.2.2.18   Contractor shall supply all surveying and measurements pertaining to the performance of construction. DFDC will supply appropriate benchmarks.

3.2.2.19   Contractor shall include installation of all low voltage wiring between and interconnecting all Contractor supplied electrical equipment including wire, cable, conduit, cable tray, supports, junction boxes, heat tracing, and grounding cable loops for the CDS Package and the ESP Package. Electrical installation for the CFB Boiler Package will be by DFDC. Material, design, and installation of these components shall be in accordance with the requirements of Attachment 7 to the technical specifications listed in Paragraphs 2.1.1.2 and 2.1.1.3 of this document.

3.2.2.20   Contractor is responsible for all interior lighting systems furnished with the CDS Package and the ESP Package. Material, design, and installation of interior lighting systems shall be in accordance with the requirements of Attachment 7 to the technical specifications listed in Paragraphs 2.1.1.2 and 2.1.1.3 of this document . Contractor shall be responsible for the design, supply, and installation of the 480:208/120V or 480:480/277V transformers and panelboards and all low voltage wiring and associated raceway from this equipment to the various Contractor supplied utilization equipment.

3.2.2.22   Contractor shall supply all weld rods/filler material and issue control.

3.2.3   <u>Instrument and Control Mechanical Installation</u>

3.2.3.1   The Contractor is responsible for the complete installation of all instrument and control components furnished with the CDS Package and the ESP Package.

3.2.3.2   Contractor scope of supply for the CFB Boiler Package, with respect to I&C installation, is as follows:



**B.012**

# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

a.  The complete installation of all steam generator metal temperature thermocouples and the interconnecting wiring to local Contractor supplied NEMA 3R or NEMA 4 junction boxes.

b.  Installation of the primary sensing device in Contractor supplied piping, ductwork, etc. DFDC will install all primary sensing devices located in DFDC supplied piping. DFDC will install all tubing, piping, etc. from the primary device to the final destination.

3.2.3.3  All instruments, piping, tubing, and other devices shall be installed as shown on Contractor's Instrument/Loop Detail drawings and be neat and orderly in appearance. Hangers and supports shall not interfere with the access, operation or maintenance of any equipment.

3.2.3.4  Contractor shall mount field instruments with pipe stands, wall or floor mounting panels, special mounting brackets, or other methods as called for on the Contractor's Instrument/Loop Details and/or Electrical Location drawings. All mounts shall be constructed to minimize vibration and provide ease of access to instruments for maintenance and removal.

3.2.3.5  Contractor shall mount all panels and control board instruments using suitable hardware in the locations called for on the Contractor's Instrument/Loop Detail drawing, Instrument List, or Electrical Location drawing. Contractor shall allow a minimum of two feet of clearance in front and back for access and maintenance.

3.2.3.6  Contractor shall tube and/or pipe all process sensing lines (impulse lines) from the process piping connection to the instrument as shown on Contractor's Instrument/Loop Details. Instrument impulse lines shall be routed as follows:

a.  Liquid filled lines shall not be routed over electrical control panels, cabinets, or enclosures, whenever possible.

b.  Instrument lines must be routed at least six inches from the outside insulation of any steam line.

c.  Instrument lines must be routed to adequately clear walkways and access areas. Contractor shall assure that instrument lines are at least seven feet above the finished floor level when crossing these areas. Instrument lines shall not be routed on the floors in these areas.

d.  Gas or vacuum filled impulse lines shall be connected into the top connections of the instrument. Bottom connections shall be used for drains.

e.  Liquid filled impulse lines shall be connected into the bottom connections of the instrument. Top connections shall be used for vents.

**B.013**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 7 of  33

3.2.3.7    Buyer will furnish, erect, and support all instrument air piping/tubing between the Buyer's main air header and Contractor's device requiring instrument air for all such devices located in the boiler building.

Contractor shall furnish, erect, and support all instrument air piping/tubing between the Buyer/Contractor instrument air terminal point  and Contractor's device requiring instrument air for all such devices located outside of the boiler building.

3.2.3.8    All instrument air piping shall be carbon steel pipe. Local air service runs from the main instrument air header to local areas of use shall be 1" minimum pipe size. Individual runs to instruments shall be run as detailed on Contractor's Instrument/Loop Detail drawings. Where tubing is specified on these drawings, compression type fittings shall be used. The use of flared joints is not allowed.

3.2.3.9    Contractor shall install all direct mounted instruments and associated equipment (pressure gauges, thermowells, thermometers, etc.) in accordance with Contractor's Instrument/Loop Details or the appropriate Contractor subvendor's drawings.

3.2.3.10    Contractor shall furnish and install all manifold valves, isolation valves, blowdown valves, tubing, tube fittings, pipe, supports, gaskets, and any miscellaneous hardware required to complete the Work. Contractor shall furnish and install all hangers and supports including any miscellaneous steel work or tubing support tray necessary to support pipe or tubing.

3.2.3.11    All fittings shall be installed in accordance with the manufacturer's instructions. Fittings shall  be located so as to provide access for tightening in case of leaks. Couplings should be staggered and offset in tubing trays to provide access. Tubing shall approach all compression fittings with a minimum of two inches of straight tubing.

3.2.3.12    All threaded joints except compression fittings shall be made using 1/2" wide Teflon tape if the design temperature is less than or equal to 500°F. If the design temperature is greater than 500°F, threaded joints except compression fittings shall be made using graphite tape leaving one thread at the end of the connection exposed.

3.2.3.13    In general, no impulse pipe or tubing should be restrained in three dimensions except at the instrument. The Contractor shall install supports as required to insure the integrity of the installation.

3.2.3.14    The Contractor shall calibrate all instruments installed by the Contractor. Contractor shall advise DFDC of any missing or incomplete calibration data. Contractor shall provide the information necessary for DFDC to calibrate all Contractor supplied instruments installed by DFDC.

3.2.3.15    The Contractor shall provide instrument turnover packages to DFDC. Turnover packages shall include calibration records, as-built drawings, etc.

**B.014**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2.3.16    All unused instrument connections shall be appropriately plugged.

3.2.3.17    Extreme care shall be used to ensure that instruments systems are not contaminated with Teflon tape or other foreign matter.

3.2.3.18    The Contractor shall correct all deficiencies within Contractor's scope of work that may be detected by testing and/or inspection.

3.2.4       <u>Existing Conditions and Site Maintenance</u>

3.2.4.1     The submission of a bid confirms that the Contractor is thoroughly familiar with the conditions related to his Work.

3.2.4.2     The Contractor shall suspend all work that will be adversely affected by weather.

3.2.4.3     The site will be congested. Numerous other contractors will be working in the same area and access will require close coordination. Each Contractor is expected to plan and coordinate his work accordingly. When required, DFDC will establish priorities.

3.2.4.4     Throughout the progress of work, the Contractor shall not interfere with use of, or access to adjacent buildings or facilities.

3.2.4.4     DFDC assumes no responsibility except as provided in Paragraph 5.2.8 of this document for the condition or maintenance of any temporary road or structure that may be used by Contractor in performing the work under these specifications, or in transferring materials to and from the site of the work. Contractor shall exercise care to minimize damage to all roads both public and private during the performance of the Work. As between DFDC and Contractor, damage to all roads and structures caused by Contractor, or by any of its Subcontractors, suppliers or Manufacturers at any tier shall be the responsibility of Contractor.

3.2.4.5     The Contractor shall not close or otherwise obstruct walkways, roadways or erection access areas without the express permission of DFDC.

3.2.4.6     The Contractor shall maintain accessibility at all times to any fire hydrants located within the perimeter of the work site.

3.2.5       <u>Protection of Property</u>

3.2.5.1     The Contractor shall preserve in operating condition all active utilities traversing or within and about the site, protect all such property and items, including but not limited to piping, conduits, drains, manholes, mains, laterals, catch basins, valve boxes, meters, and other appurtenances and structures and promptly repair any damage to such utilities due to Contractor's work under this Contract, to the satisfaction of the owning utilities or municipal agencies having jurisdiction.

**B.015**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2.5.2     Existing appurtenances and improvements identified by DFDC, which are to remain, shall be protected from damage due to work under this specification. Such Contractor caused damage to facilities shall be promptly repaired and/or replaced in kind by the Contractor.

3.2.5.3     The Contractor shall erect and maintain temporary barricades, warning signs and guards necessary to protect streets and roadways, walkways, personnel, and adjoining properties from damage in accordance with applicable rules and regulations which are required by the Contractor to perform the Work.

3.2.5.4     The Contractor shall provide and maintain bracing and shoring as required by applicable regulations for safety specific to the contractor's work. The Contractor shall assume all responsibility for the strength and adequacy of such shoring and bracing.

3.2.6       <u>Inspection and Testing</u>

3.2.6.1     The Contractor shall be solely responsible for the inspection and testing of all welds performed by the Contractor and Contractor's subcontractors throughout the execution of the this contract. All such Inspection and Testing shall conform to all applicable codes as outlined in Section 2.3 of this contract document. All Inspection/Testing documentation shall be submitted in accordance with the contract document.

3.2.6.2     Contractor shall notify DFDC prior to all alignment, valve setting, flushes, test, etc. so that DFDC and Owner may observe.

3.2.6.3     All pneumatic tubing systems shall be pressurized and leak checked using a soap bubble solution at each mechanical connection. All pneumatic tubing systems shall be blown clear with compressed air before connections are made to control devices.

3.2.6.4     Special precautions for flow elements during system flush shall be as follows:

     a.     Contractor shall not install orifice plates until after the initial system flush.

     b.     Contractor shall remove turbine meters and rotameters and install temporary piping or tubing prior to initial system flush.

     c.     Contractor shall remove pitot tubes and annubars and plug the connections until after initial system flush.

3.2.7       <u>Material Receiving, Handling, and Control</u>                          **B.016**

3.2.7.1     The Contractor's responsibilities for handling and control of Contractor supplied material shall include, but not be limited to the following.

3.2.7.2     Contractor shall pay all demurrage charges and claims for damage to transport vehicles which result from unloading operations performed by Contractor under this Contract.



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2.7.3    It is the Contractor's responsibility to perform all activities necessary for all equipment and materials, spare parts, and special tools to be installed or furnished under this Contract required to receive, unload, check, inventory, and store in accordance with this Contract.

3.2.7.4    When shipment is made to a harbor, Contractor shall be responsible for unloading and transportation to the site.

3.2.7.5    Contractor shall provide a representative(s) at the Jobsite to receive, check, and store delivered Equipment, spare parts, special tools and Materials. This representative(s) shall be at the Jobsite or other necessary delivery location to receive each and every delivery for the Contractor.

3.2.7.6    All Equipment, Material, spare parts, and special tools that are received and inventoried by Contractor, but which are to be turned over to Owner, shall be delivered by Contractor to DFDC's warehouse with a Material Transfer Report at the appropriate time.

3.2.7.7    Quantities of materials which must be supplied in excess of those described on drawings and bills of material due to the Contractor's lack of material control, loss, damage or excess wastage shall be at the Contractor's expense.

3.2.8    <u>Storage of Equipment and Materials</u>

3.2.8.1    Contractor shall provide all temporary buildings and trailers needed for storage of Equipment and Materials installed under this Contract which require indoor storage at the Jobsite prior to their installation. Temporary buildings and trailers and stored Materials shall be located as approved by DFDC and shall be removed within thirty (30) days after the work is completed.

3.2.8.2    DFDC shall be advised of all arrangements made by Contractor and its Subcontractors, Suppliers and Manufacturers for storage of Equipment, Materials, or both in a location other than on the Jobsite. Evidence of insurance coverage for such off-site storage shall be furnished to DFDC prior to placing any Equipment or Materials into storage off the Jobsite.

3.2.8.3    Protection of Equipment and Materials while under the control and care of Contractor shall be in accordance with Manufacturers, and Suppliers, recommendation, and shall include, but not be limited to, the following:

a.    Maintain shop coatings in prime or finished condition.

b.    Protect exposed machined surfaces with suitable rust preventive compound adequate for outdoor storage.

c.    Prevent detrimental rusting and corrosion of all unpainted steel and metal surfaces not normally painted.

**B.017**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 11 of 33

---

d.    Haul and store metal plate, tubular products, formed shapes, and sheet metal Work so as to prevent permanent deformation or crimps in the Material.

e.    Keep openings in pipe, vessels, Equipment, and machinery closed with adequate durable covers as appropriate.

f.    Equipment and Materials stored outdoors shall be blocked up and maintained sufficiently above grade to avoid any contact with the ground and flooding , and shall be arranged for natural drainage. Where appropriate, secured covers shall be provided, installed and maintained. Storage conditions shall be monitored frequently to assure compliance.

g.    Protect motors, electrical Equipment, and machinery of all kinds against corrosion, moisture deterioration, mechanical injury, and accumulation of dirt or other foreign matter during storage and after installation. Protect all bearings using factory grease packings or lubricating oil. All motors with ratings larger than 200 HP shall be meggered, after receipt and prior to start-up, with a record of each maintained and provided to DFDC. All motors with space heaters shall have the heaters powered and in operation.

h.    For Equipment requiring internal protection from moisture accumulation, maintain drying heat or suitable moisture absorbing compound.

i.    Provide adequate protection to aluminum-walled panels in storage to prevent corrosion and discoloration.

j.    Keep electrical switch gear, panel boards, control panels, and other electrical Equipment closed when possible. Provide adequate protection for it during storage and installation, and until the time of Performance Acceptance by DFDC, from the following:

    (1)    Rain and all other weather conditions.
    (2)    Dust, dirt, sand, and concrete splatter.
    (3)    Excessive heat, freezing, and condensation.
    (4)    Welding operations, falling objects, and construction Work in general.

k.    Protect stored and installed insulating Materials from rain and other water.

l.    Protect alloys and stainless steels from contamination.

m.    Protect all stored and installed Equipment and Materials from weld spatter.

3.2.8.4    Equipment and Materials shall not exhibit detrimental pitting, rust or decay from the effects of storage and handling by Contractor prior to Performance Acceptance of Work by DFDC.

**B.018**

---



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.2.8.5    Contractor shall be responsible for Equipment provided by it and for DFDC equipment under Contractor's control and care throughout the construction period of the Contract, or until acceptance by DFDC.

3.2.9      <u>Material Received Inspection</u>

3.2.9.1    All material and Equipment received by Contractor shall be visually inspected by Contractor with the results documented on a Material Received Report.

3.2.10     <u>Material and Equipment In-Storage Inspection</u>

3.2.10.1   Contractor shall prepare inspection procedures for all Materials and Equipment in storage and for Equipment stored in place.  The procedures shall include at a minimum:

      a.     Periodic inspection of all stored Materials and Equipment.

      b.     Monthly rotation of all rotating Equipment.

      c.     Monthly inspection of all Equipment and Material covers and enclosures.

      d.     All defective storage conditions shall be corrected immediately.

3.2.11     <u>Use of Owner's Equipment</u>

3.2.11.1   Use of any permanent Project Equipment for construction activities by Contractor shall not be allowed, whether it is furnished or installed under this Contract or not, including turbine room cranes, elevators, heating, ventilating, air conditioning equipment, and plumbing fixtures, except as approved in writing by DFDC.  Equipment used by Contractor during construction shall be repaired, replaced, or restored to like new condition at no additional cost to DFDC.   Start-up and testing of the boiler and its appurtenances shall not constitute "use of equipment" as used herein.

3.3        <u>COMMISSIONING, STARTUP, AND TESTING</u>

3.3.1      <u>General</u>

3.3.1.1    Contractor shall notify DFDC five (5) days in advance of when tests, which are designated as witness points,  are to be conducted at the Jobsite or in the Manufacturer's factory so that Owner's representative may be present to witness the test, if desired.  Owner may appoint inspectors to ascertain that the Work is accomplished properly and in accordance with the Contract documents.  Regardless of the location of the Work, the inspectors shall have full access to the Work and shall be given full cooperation.  The inspectors shall have the authority, subject to the final decision of Owner, to reject any defective Work or Material.  The inspectors shall have no authority to permit any deviation from the Contract Documents or Project Documents.  Witness points need to be defined prior to contract signing.



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

---

3.3.1.2   The Contract Price shall include all tests and inspections normally conducted by Manufacturers, construction Contractors, and Material Suppliers and all other tests and inspections which may be so specified herein.

3.3.1.3   Contractor shall provide the tests and inspections listed in Section 14.0 of each technical specification listed in Paragraph 2.1.1 of this document.

3.3.2   <u>Bolt Torque Testing</u>

3.3.2.1   Contractor shall prepare Quality Procedures for checking the torque applied to tighten bolts. Bolt torque testing shall be conducted on structural steel (as required in Contractor's scope), piping, flanged, and bolted connections to Equipment. Contractor to submit procedures for review and approval.

3.3.3   <u>Weld Testing</u>

3.3.3.1   Contractor's weld testing procedures shall be defined in the Quality Procedures and shall satisfy applicable codes and standards. The weld testing program shall be administered by a welding inspector certified in compliance with the American Welding Society (AWS).

3.3.4   <u>Other Testing</u>

3.3.4.1   Contractor shall conduct field tests of the Work as required to comply with applicable codes, to determine acceptability of workmanship and as specified including, but not limited to, the following:

a.   Pressure testing of piping systems, pressure vessels and related Equipment.

b.   Testing of welded joints in accordance with applicable requirements.

c.   Leakage testing of all tanks.

d.   Leakage testing of the CDS absorber module, the electrostatic precipitator, and flues and ducts by means of visual inspections of all field welds and mechanical connections and a selected percentage for weld pressure leak test. Contractor to submit a detailed procedure for approval prior to Notice to Start Construction.

e.   Seller shall perform the following additional inspections to ensure that the ducts, flues, and equipment are gas tight:

i.   Perform ultrasonic leak testing on 100% of the furnace, cyclone, convection cage, CDS absorber, and ESP casing field seam welds.

ii.   Implement a procedure for visually inspecting 100% of all duct and flue welds and signing off an inspection sheet.

**B.020**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.3.5    <u>Boiler Hydrostatic Testing</u>

3.3.5.1    After the boiler is erected, all of its pressure parts and piping systems shall be hydrostatically tested by Contractor in accordance with the ASME Boiler and Pressure Vessel Code and the applicable portions of ANSI B31.1 - Code for Power Piping. The minimum test pressure shall be 150 percent of the boiler design working pressure. The Main Steam and Boiler Feed Water Systems may be hydrostatically tested by DFDC at the same time.

3.3.5.2    The reheater shall be hydrostatically tested by the Contractor after the permanent reheater inlet has been connected, and prior to steam line blow. The Hot Reheat and Cold Reheat lines may be hydrostatically tested by DFDC at the same time.

3.3.5.3    The welded joints or other areas which must be examined during hydrostatic tests of pressure parts of piping systems shall not be encased with jacketing or insulation until after hydrostatic testing.

3.3.5.4    Contractor shall furnish all necessary equipment and materials required for testing including, but not limited to pumps, gauges, temporary blank-off plates, gaskets, anchors, bracing, etc. The boiler reheater and the reheater piping shall be hydrostatically tested together at one time.

3.3.5.5    DFDC shall provide condensate quality water for the tests and suitable disposal facilities for the test wastewater after the tests are completed. Water will be supplied to the inlet of the Contractor's hydro pump located on the ground floor and the waste water will be taken from the Contractor's drain line also located on the ground floor. Contractor shall provide all piping, hoses and drain lines to deliver water for the testing and for disposal of the water following testing. Water for hydrostatic testing shall be heated to a minimum temperature of 70°F by Contractor unless negotiations delete this scope requirement. Contractor shall provide heat exchangers, circulating pumps and all piping required to heat cold water to the proper temperature.

3.3.5.6    Contractor shall furnish and install an accurate pressure gage and continuously monitor the pressure during each entire hydrostatic test.

3.3.5.7    Contractor shall provide adequate means to limit the maximum pressure that can be developed during the hydrostatic test to the specified test pressure.

3.3.5.8    Contractor shall immediately repair or replace all Material and Equipment found to be leaking or otherwise defective.

3.3.5.9    Contractor shall protect all Equipment and Materials from damage which may result from leaks during testing. Protect all instruments and appurtenances as required during testing and repair, or replace them if damaged. Clean up fluid from all leaks immediately.

**B.021**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.3.5.10    Contractor shall furnish eight (8) copies of all inspection certificates to DFDC.

3.3.5.11    Contractor shall provide all required attendance access for Owner's insurance inspector, including opening the boiler for inspection.

3.3.6    <u>Boiler Casing Tests</u>

3.3.6.1    During erection, Contractor shall perform 100% visual inspection of all boiler casing, flues and ducting field welds. In addition, Contractor shall conduct ultrasonic leak detection testing on 100% of the furnace, cyclone and convection cage field membrane seam welds. Contractor shall advise DFDC of the inspection and test procedures to be used prior to the Notice to Start Construction.

3.3.6.2    Contractor shall furnish all necessary equipment and materials required for inspection and testing.

3.3.6.3    The casing inspections and test may be witnessed by DFDC and Owner. Contractor shall provide DFDC sufficient notice so that DFDC and Owner may have a representative(s) in attendance.

3.3.6.4    Contractor shall immediately repair all defects found during the inspections and tests, replace all defective material, and reinspect or retest until the complete boiler is in accordance with the procedures.

3.3.7    <u>Boilout/Chemical Cleaning</u>

3.3.7.1    Upon completion of its erection, Contractor will inspect and mechanically clean the boiler. Contractor will inspect drums, headers, and supply pipes and tubes, and remove all debris and blow out all parts which cannot be visually inspected.

3.3.7.2    Contractor will provide all temporary piping, hoses and drain lines required to deliver water and chemicals to the boiler for boilout and for disposal of boilout wastes.

3.3.7.3    DFDC shall provide the services of specialists in chemical cleaning of boilers to chemically clean the water sides of the boiler. DFDC shall prepare the boilout and chemical cleaning procedure and submit to the Contractor for review and approval.

3.3.7.4    Contractor shall provide the labor to install the temporary piping with valving to support boilout and chemical cleaning and DFDC shall provide demineralized water, chemicals, protective equipment, safety barriers, compressed nitrogen gas, piping, valves, hoses, lances, pumps, instrumentation, heaters and other equipment and materials required to supply and monitor cleaning solutions.

3.3.7.5    DFDC shall provide all labor, piping, valves, hoses, temporary pumps, and other equipment and materials required for disposal facilities.

**B.022**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

Revision: 1
February 4, 1998
Page: 16 of 33

3.3.7.6    Contractor shall have technical support on site on a twenty-four (24) hours per day, seven (7) days per week basis, during the chemical cleaning operations, at no change in the Contract Price.

3.3.7.7    Contractor shall provide all piping, hoses, lances required to flush the complete boiler after chemical cleaning to include, but not be limited to, all tubes, headers and downcomers. DFDC is responsible for disposal of chemicals and flush water.

3.3.7.8    Contractor shall remove, replace and seal weld handholes, access openings and pipe connections as required for chemical cleaning and flushing operations.

3.3.7.9    Contractor shall wherever practical isolate or not install parts subject to damage during chemical cleaning until chemical cleaning is completed. Contractor will replace all parts damaged by chemical cleaning provided that the chemical cleaning process is performed in accordance with a procedure approved by the Contractor.

3.3.7.10   Each Contractor, Subcontractor, Supplier and Manufacturer shall, submit to DFDC, submit two (2) certified (if required) copies of reports of all tests and inspections performed with Three (3) weeks following each test completion. Reports shall include test data, performance curves, and other pertinent test and inspection data.

3.3.7.11   Water, fuel, and boiler operating personnel will be furnished by Owner during chemical cleaning and boilout for operating permanent equipment including operation of valving connected in boiler operation.

3.3.8    <u>Setting Safety Valves</u>

3.3.8.1    Contractor shall schedule and coordinate the setting of safety valves with other Work and the overall Project schedule. The setting of the reheat safety valves shall be performed while the temporary jumper between the Main Steam stop valve and the Cold Reheat line is in place for blowing steam lines. The superheater safety valves shall not be set until the blowing of steam lines is completed.

3.3.8.2    Owner shall provide operating personnel to operate drain valves as required to remove condensate from the Main Steam and reheat lines while setting the superheater and reheat safety valves.

3.3.9    <u>Start-up and Performance Testing Procedures</u>

3.3.9.1    Contractor shall be responsible for providing submitting detailed procedures for all start-up, pre-operational, and commissioning tests for all Seller supplied systems, equipment and components for DFDC approval in accordance with the requirements of Section 2.8 of the General Project Requirements.

**B.023**



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

3.3.9.2     Detailed procedures shall be submitted no later than ninety (90) days prior to the scheduled performance of any start-up, pre-operational, or commissioning test for all Seller supplied systems, equipment and components. These procedures shall include test methodologies, step-by-step procedures, applicable codes and standards, relevant drawings which identify test boundaries, test record forms, checklists, punchlists, and other documentation required to determine compliance with guarantees.

## 3.4     TECHNICAL DIRECTION

### 3.4.1     General

3.4.1.1     The Contractor shall furnish the supervisory and consulting services of qualified technical personnel as required to successfully erect, checkout, startup, and to successfully demonstrate the Contractor's scope of supply and to train the Owner's personnel. The Contractor's personnel shall place special emphasis on safety in the providing of these services.

### 3.4.2     Erection Supervisor .

3.4.2.1     Contractor's erection supervisor(s) shall provide direction and consultation as required to facilitate safe erection and/or installation including, but not limited to:

    a.     Technical support and direction for the proper receiving, handling, and storage of Contractor supplied equipment and materials.

    b.     Technical support and direction for the proper and efficient erection and/or installation of all Contractor supplied equipment and materials.

    c.     Near term and long term planning, sequencing, and scheduling consultation. The Contractor shall provide and maintain a current listing of check and hold points for all work.

    d.     Sequential acceptance of the step by step erection and/or installation of all Contractor supplied equipment and materials. Contractor's representative shall provide timely written acceptance of erection and/or installation work.

    e.     Quality control inspection of workmanship to Contractor's standards.

    f.     Determination of the need for and the coordination of the services of specialist required for the proper erection and/or installation of Contractor's supplied scope.

### 3.4.3     Start-up Supervisor                                    **B.024**

3.4.3.1     The Contractor's start-up supervisor(s) shall provide direction and consultation as required to accomplish the safe and complete start-up and tuning of all Contractor supplied equipment and systems including, but not limited to:



# DUKE/FLUOR DANIEL
## CARIBBEAN S.E.

a.  Determination as to the readiness of equipment and systems for checkout and startup procedures.

b.  Technical support and consultation in the start-up and initial operation of all equipment furnished, including equipment furnished by Contractor's subvendors.

c.  Near term and long term planning, sequencing, and scheduling consultation. The Contractor shall provide and maintain a current listing of check and hold points for all work.

d.  Instruction of the Owner's operating and maintenance personnel in the startup, normal operation, shutdown, alarm responses (normal and emergency), and the maintenance of all Contractor supplied systems and equipment.

e.  Participation in the Contractor's class room training program to provide hands on and installation specific input to the program.

f.  Technical support including instrumentation and maintenance personnel, during initial system operation including all tuning of Contractor supplied logic and controls.

g.  Determination of the need for and coordination of the services of specialist required for the proper checkout and/or startup of the Contractor's supplied scope.

h.  Technical support for performance testing.

3.4.4    <u>Training</u>

3.4.4.1  The Contractor shall provide a formal training program for the Owner's operating and maintenance personnel including, as a minimum, the following:

a.  The program shall train the Owner's personnel in the reasoning and purpose behind all equipment furnished by the Contractor.

b.  The program shall be given at the Jobsite in facilities provided by DFDC/Owner.

c.  Contractor's program shall include formal class room training specific to the Contractor's scope of supply including drawings, illustrations, text and study material. The training shall include classroom sessions and a minimum of one (1) hands-on training session. The Seller shall provide a video tape of the sessions to provide a means of training personnel in the future.

d.  The training program shall cover all equipment, systems, processes, and controls of the CFB Boiler Package, the CDS Package, and the ESP Package.

**B.025**

