

**Report to:**
**Williams & Connolly LLP**
**on behalf of**
**AES Puerto Rico, L.P.**

RE: AES Puerto Rico, L.P.
v.
Alstom Power Inc.

**Prepared for:**
**Williams & Connolly LLP**
**725 Twelfth Street, N.W.**
**Washington, DC 20005-5901**

**24 February 2006**

**Prepared by:**

_Richard R. Lunt_    02-24-06
Richard R. Lunt          Date

Scientific Applications International Corp.
FOCIS Division.
7 Wells Avenue
Newton, MA 02459

SAIC Reference No: 06-5628-00-8799-101

**B.086**

## Table of Contents

1.0    Introduction ................................................................................. 1

2.0    Scope of Analysis.......................................................................... 1

3.0    Summary of Qualifications .......................................................... 1

4.0    Overall Conclusions...................................................................... 2

5.0    Basis of Analysis........................................................................... 2
    5.1    Interviews and Discussions ................................................. 3
    5.2    Documents ........................................................................... 3

6.0    Discussion of Findings, Opinions and Conclusions.................... 5
    6.1    Cause of ESP Corrosion....................................................... 5
        6.1.1    Ash Chloride Levels and CDS Approach Temperature................... 5
        6.1.2    Impact of Ash Re-Injection ...................................................... 7
    6.2    Conformance to Operation and Maintenance Requirements............ 8
        6.2.1    CDS Outlet Temperatures ....................................................... 9
        6.2.2    Flue Gas Adiabatic Saturation (Wet-Bulb) and Approach Temperatures ....... 9
        6.2.3    Nozzle Inspection and Cleaning ............................................. 14
    6.3    Conformance with Chloride Design Criteria ........................15
        6.3.1    Chloride Content of Coal .......................................................16
        6.3.2    Chloride Content of CDS Spray Water .................................16

### Tables
Table 6-1:    Summary of EEC Material Balances (100% MCR)................................ 6
Table 6-2:    Estimated Range of Flue Gas Wet-Bulb Temperatures..........................10
Table 6-3:    Summary of Soot Blowing Impacts on Wet-Bulb Temperature.................11
Table 6-4:    Summary of Analysis of DCS Temperature Data for Unit 2 CDS............13
Table 6-5:    Unit 2 Wet-Bulb Temperature Measured by Robert Kohl vs. DCS Data .......13
Table 6-6:    Summary of Maximum Chloride Contributions to CDS Ash....................15

### Appendices
Appendix A:    Curriculum Vita for Richard R. Lunt
Appendix B:    Richard R. Lunt Compensation Rate
Appendix C:    Calculation of Chloride Levels in the Flue Gas and CDS Ash With and Without Ash Re-Injection
Appendix D:    DCS Temperature Data and Analysis for Unit 2 CDS

## 1.0    Introduction

Dr. Richard R. Lunt, a Principal in the FOCIS Division of SAIC, Inc. ("FOCIS"), has been engaged by Williams & Connolly LLP ("Williams & Connolly") to provide expert testimony on behalf of AES Puerto Rico, L.P. ("AES") in the matter of AES Puerto Rico, L.P. v. Alstom Power Inc. ("Alstom") to provide a properly designed air pollution control (APC) system consisting of a circulating dry scrubber (CDS) and electrostatic precipitator (ESP) for control of sulfur dioxide ($SO_2$), particulate matter and opacity.

## 2.0    Scope of Analysis

Williams & Connolly has requested that Dr. Lunt evaluate the design of the APC systems and the operating conditions and maintenance activities between June 2002 and December 2003, relative to the corrosion experienced in the ESPs. Specific emphasis was requested in the following areas.

1.    Cause of corrosion of the ESP plates and the potential impacts of: chloride content of the ash; CDS operating temperature; ash re-injection on the levels of chloride in the gas and ash; and other operating and maintenance practices that could have contributed to the corrosion experienced.

2.    Conformance of operation and maintenance to system specifications, supplier guidance and instructions, and related industry practices.

This report presents the results of Dr. Lunt's evaluation. The opinions expressed herein are to a reasonable degree of scientific and engineering certainty and are based upon the information available as of the date of this report. If additional information becomes available, Dr. Lunt reserves the right to modify the opinions and conclusions expressed herein.

## 3.0    Summary of Qualifications

Dr. Lunt is a chemical engineer with over 30 years experience in air pollution control (APC) systems encompassing technology development, process evaluation and full-scale implementation. He has been directly involved in the original design, or subsequent modifications, of over twenty commercial applications for $SO_2$ control at utility power stations, chemical plants and metallurgical facilities. His experience covers most all principal commercial $SO_2$ control technologies; and he has worked with both system suppliers and owners. Of particular relevance to this assignment are eleven combined particulate and $SO_2$ control projects involving spray drying or circulating dry scrubbing. These projects have included various aspects of technology development, technology evaluation, preliminary design, review of detailed design and/or performance assessment.

Dr. Lunt's curriculum vita is provided in Appendix A. His compensation rate is provided in Appendix B.

**B.088**

### 4.0    Overall Conclusions

1.  The root cause for the corrosion in the ESPs can be traced to design deficiencies in the APC system. These design deficiencies were manifested by the decision made during commissioning to operate the CDSs at an approach temperature[1] ($\Delta T_{AS}$) of approximately 30 F in order to achieve the opacity limit required for environmental compliance. The corrosion resulted from the high levels of chloride and the low approach temperature that caused excess moisture in the ash. The selection of the approach temperature was made by Environmental Elements Corporation (EEC) and/or Alstom. This 30 F approach temperature is within the overall range initially established by EEC, but this low an approach temperature was anticipated to be for low chloride conditions. EEC had originally recommended a much higher approach temperature for high chloride conditions explicitly to avoid corrosion. The lower approach temperature ultimately led to corrosion of the ESP carbon steel plates.

2.  The corrosion experienced would have occurred at this range of approach temperature and chloride concentration even had the CDS water spray system continuously performed exactly as designed. Any perturbations in water spray patterns or droplet size due to buildup on the nozzles would not have been causal factors in the corrosion.

3.  Ash re-injection to the boilers was also not a cause of corrosion, and it is unlikely even to have increased the rate of corrosion to any significant degree. Ash re-injection has no appreciable impact on the total mass loading of chloride to either the CDS or ESP, nor on the level of chloride in the collected ash. The amount of chloride in the CDS ash is only a function of the amount of chloride in the coal, the concentration of chloride in the spray water used for the CDS and the outlet temperature of the CDS (which affects the amount of spray water used).

4.  AES operated the plant in conformance with design specifications (e.g., boiler load, coal supply, CDS water supply and ash re-injection). For all practical purposes, AES also operated and maintained the dry scrubber system in accordance with the instructions and functional guidance provided during commissioning by Alstom and EEC specifically with regard to CDS outlet temperature, CDS pressure drop, monitoring of the CDS operation and maintenance of CDS spray nozzles. Overall, AES exercised appropriate judgment in interpreting and implementing EEC's directives consistent with industry practice.

### 5.0    Basis of Analysis

The opinions and conclusions presented in this report are based upon information derived from the following general sources.

*   Observations during a plant visit on 10 January 2006.

*   Discussions with AES plant personnel.

---

[1] Approach temperature ($\Delta T_{AS}$) for dry $SO_2$ scrubbing systems is defined as the difference between the measured gas temperature (called the "dry bulb temperature") and the temperature of the gas if it were fully saturated with water (100% relative humidity) by water spray cooling (sometimes referred to as the "wet bulb temperature").

- Discussions with other individuals knowledgeable about the plant conditions and operation.
- Review of documents pertaining to plant design specifications, contractors' proposals, CDS system design, equipment supplier operating and maintenance instructions, the plant's electronic data files, and plant operating and maintenance logs.

Specific sources are delineated in the following sections.

### 5.1    Interviews and Discussions

AES Plant Personnel

Carlos Alequin, Water Treatment Leader

Al Dyer, President and Plant Manager

Csaba Kiss, Maintenance Team Leader

Elias Sostre, Control Room Team Leader

David Stone, Engineering/Commercial Team Leader

WeiLi Yu, Instrument Team Leader

Other

Tracy Jarvis, AES Deepwater (former Water Treatment Team Leader at AES Puerto Rico)

John Toher, IJM Consulting

### 5.2    Documents

The following documents were reviewed as a part of this investigation.

1.  EEC's "Operation and Maintenance Manual, August 2001 Issue", Volume 1

2.  "CDS Nozzle Cleaning Logs" [AESPR 000558-772]

3.  Control Room Reference document "CDS Water Nozzle Cleaning Procedure", dated 13 October 2002 [AESPR 000200-3]

4.  Control Room Reference document "CDS Cold Startup, Preliminary Steps to CDS Startup", dated 14 November 2002

5.  "Laboratory Condition Assessment of Electrostatic Precipitator (ESP) Collecting Plates Removed from AES Puerto Rico Power Generation Plant in Guayama, Puerto Rico [ALTRAN 000001-38]

6.  Lief Lindau emails and "AES Puerto Rico ESP Collectors Corrosion Report" [AL1-05551-79]

7.  "AES Puerto Rico ESP Collectors Corrosion Report" [AL1-05580-5604]

8.  William Jarvis letter to AES PR dated 02 July 2004 and attached report "AES Puerto Rico ESP Collectors Corrosion Report" dated 15 June 2004

9.  "Analysis of ESP Plate Corrosion" [AESPR-066365-81]

10. "AES P.R. Unit 2 ESP Inspection", Mark XXIII Enterprises, Inc. [AESPR-066464-69]

11. "Metallurgical Lab Report", GE Betz [AESPR-066649-54]

12. "Results of CDS Survey"

13. LMIC letter dated 02 July 2004

14. IJMC letter dated 10 October 2004

15. DFD and Alstom emails regarding emissions compliance tests [AL1-04925-8]

16. Alstom emails regarding emissions compliance tests [API 0675688-9]

17. Alstom, AES and ENSR emails regarding emissions compliance [API 0675694-7]

18. Deposition of William B. VanHooser, 07 February 2006 [pages 42-97]

19. Deposition of Gary Bates, 26 January 2006

20. "DFD Specification, CFB Boiler" [API 0674718-57]

21. "DFD Specification, Circulating Dry Scrubber" [API 0674822-81]

22. "DFD Specification, ESP" [API 0674898-976]

23. "DFD Specification, ESP", dated 10 May 2001

24. IJM CDS material balance backup information [IJM 00014-16]

25. "Flue Gas Cleaning System Performance Selection for AES Puerto Rico" [L1-003679-81]

26. "AES Puerto Rico Maintenance and Monitoring Plan, Flue Gas Cleaning System", 04 May 2001

27. "ABB Purchase Order" [API 0673619-702]

28. AES Total Energy Plant Puerto Rico, Plant Performance Test Log", on the data disk entitled "CDS Reports from 2002 to 2005"

29. Email from James Tuxbury dated 16 February 2006 transmitting an email from Elias Sostre dated 10 February 2006 providing responses to specific questions regarding soot blowing operations and overall boiler operating capacities

30. "Water Analysis Report", GE Betz [AESPR 007080-91]

31. "Water Analysis Report", GE Betz [AESPR 0076647-67]

32. Paul Stinson "Site Visit Report, Sept 9, 2003", [AESPR 007295]

33. "CDS Makeup Water Samples" [AESPR 000518-57]

34. "Opacity Reports", dated 10.09.03 through 10.13.03 [AESPR-233994-99]

35. Karl Hognefelt trip report dated 29 July 2002, "Subject: Trip Report – AES Puerto Rico – CDS Startup" [AL1-04943-53]

36. Karl Hognefelt trip report dated 15 October 2002, "Subject: Trip Report - AES Puerto Rico" [AL1-05902-08]

37. Karl Hognefelt trip report dated 16 October 2002, "Subject: Summary AES Puerto Rico Trip Report" [AL1-04896-906]

**B.091**

38. Karl Hognefelt trip report dated 20 February 2003, "Subject: AES - Puerto Rico ESP" [AL1-04941]

39. Karl Hognefelt trip report dated 29 September 2003, "Subject: Tuning of AES Puerto Rico CDS & ESP" [LIND-EMAIL-000457-62]

40. Karl Hognefelt trip report dated 26 November 2003, "Subject: Visit to AES Puerto 11/23/03-11/25/03" [AL1-05732-38]

41. "ESP Unit No. 2 – Photographs Taken During Outage Nov. 2003", [AL1-04741-87]

42. "Dewpoint Calculation", Excel spreadsheet containing the algorithm for calculating dew point developed by Dewcon

43. Mark XXIII Enterprises, Inc., 29 August 2003 Report [AESPR-071085]

44. Excel Spreadsheet entitled "CDS", containing AES summary of Unit 2 CDS dew point and outlet temperatures from the plant DCS

45. "AES Puerto Rico Weekly Commissioning Report" [WARD-EMAIL-002408]

## 6.0    Discussion of Findings, Opinions and Conclusions

### 6.1    Cause of ESP Corrosion

The root cause for the corrosion in the ESPs can be traced to design deficiencies in the APC system. These design deficiencies were manifested by the decision made during commissioning to operate the CDSs at an approach temperature of approximately 30 F in order to achieve the opacity limit required for environmental compliance. The corrosion resulted from the high levels of chloride and the low approach temperature that caused excess moisture in the ash. The selection of the approach temperature was made by Environmental Elements Corporation (EEC) and/or Alstom. This 30 F approach temperature is within the overall range initially established by EEC, but this low an approach temperature was anticipated to be for low chloride conditions. EEC had originally recommended a much higher approach temperature in its "Operation and Maintenance Manual, August 2001 Issue" for high chloride conditions explicitly to avoid corrosion. The lower approach temperature ultimately led to corrosion of the ESP carbon steel plates.

### 6.1.1    Ash Chloride Levels and CDS Approach Temperature

The CDS approach temperature of 30 F was too low under conditions where the collected ash contains high levels of chloride, i.e., chloride levels significantly greater than about 0.5 wt% (as chloride). Calcium chloride that is formed in the ash is a hygroscopic compound (has a strong affinity for water). The enhanced tendency to hold water slows its evaporation from the ash particles. Therefore, when the ash contains high chloride levels, it is necessary to operate a CDS at a higher outlet temperature (i.e., higher approach temperature) to ensure that the ash is completely dry leaving the CDS. If the ash is not fully dry, it can deposit on and stick to surfaces not only in the CDS but importantly in the downstream ESP. Such deposits tend to create corrosion "cells" that result in pitting of the steel. The corrosion is primarily due to the presence of chloride and residual moisture. The corrosion can be accelerated by the presence of acid components in the gas (sulfur dioxide, sulfuric acid mist and possibly hydrochloric

acid). These acids can be absorbed in the ash moisture or can deposit on the surfaces by condensation.

The need to operate the CDS units at higher approach temperatures under high chloride conditions has been known to industry experts for years, including both EEC and Alstom.

1.  In 1992 EEC conducted pilot testing of a combination CDS scrubber and fabric filter at Dakota Gasification to demonstrate the technology applicability for high inlet $SO_2$ levels. The gas contained no hydrochloric acid; however, brine was injected in order to enhance the utilization of lime and improve $SO_2$ removal. This produced high levels of chloride in the ash. After testing with brine injection at approach temperatures of $25 \pm 5$ F, excessive corrosion was discovered in the fabric filter.

2.  Karl Hognefelt of Alstom noted in his report of 29 September 2003 [LIND-EMAIL-000462]:

    a.  "High chloride content can result in serious corrosion in the CDS and ESP"; and

    b.  "If using high chloride water a test can be made by increasing the CDS operating temperature 5 & 10 F. This will make the ash much less sticky and will also reduce the risk for corrosion".

EEC's recognition of the importance of ash chloride levels relative to CDS outlet temperature was clearly indicated in the material balances provided by EEC [Drawing No. 999, "Process Flow Diagram Marcona Limestone, Rev 3, 15 May 2003]. Table 6-1 summarizes the results of these material balances showing an increasing CDS outlet temperature with increasing ash chloride content.

**Table 6-1.  Summary of EEC Material Balances (100% MCR)**

| Material Balance Case | Low Chloride | High Chloride | Maximum Chloride |
|---|---|---|---|
| Chloride Content in Spray Water (ppm) | 1,900 | 4,300 | 4,300 |
| Chloride Content of Ash (wt% as Cl) | 0.8 | 1.3 | 1.8 |
| CDS Outlet Temperature (F) | 156 | 168 | 176 |
| Estimated approach temperature (F) [1] | 30 | 42 | 50 |

Note 1 – Using an adiabatic saturation temperature of 126 F calculated by R. R. Lunt for Design Criteria conditions

EEC's "Operation and Maintenance Manual, Volume 1, August 2001 Issue" also makes several references to the need to operate the CDSs at higher outlet temperatures with increasing ash chloride content. For example:

1.  Section 4.1 Design Criteria of CDS [page 4-2] lists the same CDS Outlet temperatures for "Low Chloride" and "Maximum Chloride" as referenced above – i.e., 156 F for "Low Chloride" and 176 F for "Maximum Chloride" at 100% MCR; and

2.  Section 9.0 Introduction to Maintenance [page 9-2] makes reference to the importance of calcium chloride ($CaCl_2$) content of the ash and cites a 1.0-3.5 wt% range (as $CaCl_2 \cdot 2H_2O$), equivalent to 0.5-1.7 wt% as chloride.

Unfortunately, the EEC Operation and Maintenance Manual contained conflicting information for the CDS outlet temperature setpoint. This understandably diminished the importance of the message concerning chloride levels. For example:

- Section 6.7 Cooling Water System [page 6-17] states "Normal operating temperature at the outlet of the CDS vessel is expected to be 176 F";

- Section 9.0 Introduction to Maintenance [page 9-2] states "…the CDS scrubbing process will use a nominal 30 F flue gas approach temperature to adiabatic saturation" (this is equivalent to a CDS outlet temperature generally in the range of 150-156 F, as discussed later); and

- Section 9.2 Component Maintenance, CDS [page 9-14] states "For optimization of acid gas removal the outlet temperature should remain at 168 F".

Ultimately, the instructions contained in the Operation and Maintenance Manual were superseded by a specific set of operating guidelines issued by EEC in a sequence of Control Room Reference documents that were successively revised between September and November 2002. The final set of operating guidelines provided by EEC on 14 November 2002 [page 2] set dual criteria for the CDS outlet temperature -- "the higher of 152 F or 30 F approach to saturation". This guideline appears to have been established to ensure attainment of opacity limits, but at the expense of the potential for corrosion and solids buildup.

Nevertheless, the latest guideline for CDS outlet temperature is what AES relied upon and subsequently used through November 2003. That AES deferred to the updated instructions is consistent with industry practice. Operating conditions set forth in O&M manuals prepared during the design and construction phases of a project are frequently modified during startup when a system is "tuned" to the specific conditions of an application. Such adjustments are then usually documented either by changes to the O&M manual or through issue of one or more supplemental guidance documents. Supplemental guidance was the case here.

### 6.1.2   Impact of Ash Re-Injection

Ash re-injection to the boilers was not the cause of corrosion in the ESPs, and it is not considered to have been a significant contributing factor to increasing the rate of corrosion. Even had it been, the potential impact of ash re-injection should have been addressed in the design of the CDS and ESP. Continuous ash re-injection was clearly identified in the plant design specifications.

Ash re-injection has no significant impact on the total mass loading of chloride to the CDS or ESP; nor does it have any significant impact on the level of chloride in the collected ash. Chloride mass loadings in the CDS ash are essentially only a function of the coal chloride content, the concentration of chloride in the spray water employed for the CDS and the amount of spray water used. (The latter determines the CDS outlet temperature.) These are also the principal parameters in determining the concentration of chloride in the CDS ash, although concentration is also affected by coal ash content and limestone feed along with other lesser factors.

That ash re-injection has no significant impact is because the CDS is normally operated at a preset pressure drop, which establishes the bed mass required in the CDS. Thus, it doesn't matter whether this bed mass is created by recycling the ash from the ESP directly to the CDS

or by diverting a portion of the recycled ash back to the CFB boiler for re-injection. From the CFB boiler most all of this re-injected ash will just be transported back to the CDS.

The only potential impact that can be envisioned with ash re-injection to the boiler is the release of some of the chloride into the flue gas:

$$CaCl_2 \cdot 2H_2O \xrightarrow[\text{HEAT}]{} CaO + 2 HCl + H_2O.$$

This decomposition reaction does increase the HCl content of the flue gas. However, lime-based CDS scrubbers are extremely efficient at capturing HCl. In fact, CDS units were first developed specifically for HCl emissions control on municipal solid waste incinerators in Europe during the mid-1980s. These installations demonstrated very high removal efficiencies for HCl, 98-99+%. Since HCl is much more easily absorbed than $SO_2$, a minimum of 98% removal efficiency for HCl can, therefore, be expected at AES, and it probably exceeded 99%. Thus, essentially all of the HCl in the gas phase would be reabsorbed into the ash solid phase and there would be little HCl in the gas that could pass on to the ESP. Rather, it is the chloride (and higher moisture) in the ash that defines the ESP corrosion.

The above discussion regarding the distribution of chloride in ash is illustrated in Appendix C. Appendix C contains a parametric analysis of chloride mass flows and concentrations both with and without ash re-injection. Three different system operating conditions are considered. The results presented in these spreadsheets provide quantitative support to the above commentary.

That ash re-injection is not a major contributing factor to corrosion is further supported by the experience cited above regarding pilot testing at Dakota Gasification. The flue gas at Dakota Gasification contained no HCl; but brine (chloride) solution was injected into the CDS unit to enhance performance. The brine created high levels of chloride in the ash, and high rates of corrosion were experienced in the fabric filter downstream of the CDS at relatively low approach temperatures similar to those at AES.

## 6.2    Conformance to Operation and Maintenance Requirements

Plant staff interviewed as a part of this investigation (Csaba Kiss, Elias Sostre and WeiLi Yu) reported that the operation and maintenance of AES' APC facilities were under the direction of Alstom during the first six months following startup in May 2002. After commercial operation was declared on 29 November 2002, control of operation and maintenance was transferred to AES.

This distinction in authority and responsibility is important. For the first six months of operation, Alstom and EEC established the baseline for how the system was to be operated and maintained. This was then articulated in EEC's Control Room Reference manual. The fact that Alstom/EEC elected not to institute many of the precepts set forth in EEC's Operation and Maintenance Manual during the first six months is telling. Important among the precepts not followed were lack of rigorous testing of flue gas wet-bulb temperatures; failure to develop a relationship for flue gas wet-bulb temperature as a function of operating conditions; and no test program for spray water chloride content.

Available documents and statements by plant staff indicate that AES undertook a diligent and reasonable operating and maintenance program. And, there is no evidence that either Alstom

or EEC identified any particular problems after November 2002 with the manner in which AES was operating the CDS units until September 2003. According to Elias Sostre, shortly after turnover to AES, Alstom staff visited the plant and made no recommendations for adjustments to any of AES' practices with respect to CDS operation (i.e., outlet temperature setpoint, wet-bulb temperature measurements or nozzle inspection and cleaning).

### 6.2.1   CDS Outlet Temperatures

Gary Bates has stated in his deposition that during his tenure at AES he consistently recommended operation at CDS approach temperatures of 30 F or above, consistent with EEC's instructions in the Control Room Reference dated 14 November 2002. This would correspond to CDS outlet temperatures generally in the range of 150-156 F based upon wet-bulb temperatures measured in the range of 120-126 F (see Section 6.2.2).

A review of the plant's electronic data logs from December 2002 through early November 2003 shows that the CDS units for both Units 1 and 2 were operated consistently between 151 F and 157 F with occasional periods down to 150 F. There were also periods in October 2003 when CDS outlet temperatures were raised to as high as 165 F for tests requested by Paul Stinson to determine whether the systems could successfully achieve opacity limits. This range of CDS outlet temperatures is in conformance with EEC's commissioning instructions.

It was not until nearly a year after plant turnover that Alstom expressed concern about the CDS operating temperatures. In September 2003, Karl Hognefelt visited the plant and noted in his trip report that "The operating temperature is chosen to minimum [sic] 30 F above the dew point [sic] in accordance with EEC recommendations. Current gas temperature leaving the CDS was 153 F" [LIND-EMAIL-000457]. Mr. Hognefelt, though, noted in the conclusions of his report that "High chloride content can result in serious corrosion in the CDS and ESP" and that Chloride content should be monitored and the CDS outlet temperature should be maintained in accordance with EEC operating instructions to prevent corrosion" [LIND-EMAIL-000462]. However, Mr. Hognefelt failed to clarify the apparent inconsistency between his statements.

### 6.2.2   Flue Gas Adiabatic Saturation (Wet-Bulb) and Approach Temperatures

Variability of Wet-Bulb Temperatures

Flue gas wet-bulb temperatures are affected primarily by coal composition, ambient air humidity, boiler load, boiler excess air, air in-leakage downstream of the boiler, flue gas temperature and soot blowing. These factors are not all completely independent. For example, boiler load, excess air and flue gas temperature are generally interrelated. As boiler load is reduced, excess air usually goes up causing flue gas temperatures to go down.

Based upon a review of the Design Criteria and the potential range of operational parameters, flue gas wet-bulb temperatures would be expected to vary generally from about 120 F to 126 F, with a typical value of about 123 F. The conditions leading to this range of temperatures are tabulated in Table 6-2. There could be periods where wet-bulb temperatures might drop somewhat below 119 F or rise a few degrees above 126 F, but these would be expected to be short-term excursions.

**Table 6-2.  Estimated Range of Flue Gas Wet-Bulb Temperatures[1]**

| Plant Operating Conditions | Wet-bulb Temperature (F) |
|---|---|
| Low Wet-bulb Temperature<br>• Cool, dry ambient air (winter)<br>• Reduced boiler load (higher excess air)<br>• Dry coal<br>• No soot blowing | 119 |
| Typical Wet-bulb Temperature<br>• Average ambient air<br>• 80-90% boiler load<br>• Design coal<br>• No soot blowing | 123 |
| Design Condition Wet-bulb Temperature<br>• Hot, humid ambient air (summer)<br>• 100% boiler load<br>• Design coal<br>• No soot blowing | 126 |

Note 1 – Estimated by R. R. Lunt as a part of this analysis

The principal factors affecting flue gas wet-bulb temperatures cited above are discussed briefly below.

• **Coal composition** – It was reported by David Stone that there was no change in the coal supply since startup; and that analyses of coal samples (started in March 2002) showed no noteworthy fluctuations in coal composition. Therefore, it can be deduced that there were no significant changes in coal composition that would affect wet-bulb temperature.

• **Ambient air humidity** – The amount of water in the combustion air can affect the flue gas wet-bulb temperature. The impact is estimated to be between -4 F and +2 F relative to design conditions. At the summer design conditions of 89 F ambient (dry bulb) temperature and 80% relative humidity, the calculated flue gas wet-bulb temperature would be 126 F taking into account a small amount of air in-leakage at the CDS. If it were then to begin to rain, the air temperature would drop slightly and the humidity would increase, resulting in about a 2 F increase in the flue gas wet-bulb temperature. Alternatively the lower temperatures and humidity in the winter would reduce flue gas wet-bulb by about twice that amount.

• **Boiler excess air** – Increasing boiler excess air generally decreases wet-bulb temperature both because it dilutes the gas with more air and reduces the humidity. However, boiler excess air is a primary combustion control parameter especially for base-loaded units. Boiler excess air can affect the unit's thermal efficiency and pollutant emissions. So, it is unlikely that changes to boiler excess air will be a significant factor.

• **Boiler load** – In general, wet-bulb temperatures should decrease somewhat at lower boiler load because the flue gas temperature is generally lower due to reduced firing rates and usually higher excess air. Thus, setting the CDS outlet temperature based upon

a wet-bulb temperature taken at a high load condition establishes a more conservative condition for the full range of boiler load. As the boiler load is reduced, the approach temperature would actually increase.

- **Air in-leakage** – Air in-leakage downstream of the boiler reduces the wet-bulb temperature at the CDS because it reduces both the flue gas temperature and humidity. For a new plant that has been fully commissioned, there should be little change in air in-leakage during the first two years of operation. Air in-leakage usually increases as the equipment ages. Nevertheless, the impact should be to reduce wet-bulb temperatures, thereby increasing the approach temperature for a constant CDS outlet temperature setpoint.

- **Flue gas temperature** – As noted above, flue gas temperature typically varies with boiler load, excess air and air in-leakage. There are other factors such as performance of heat recovery systems (e.g., economizers and air preheaters). Overall, the effect of changes in flue gas temperature on wet-bulb temperature is approximately 1.5 F $T_{WB}$ per 20 F $T_{DB}$. Thus, reducing the flue gas temperature by 20 F from the design condition of 280 F to 260 F would decrease the wet-bulb temperature from 126 F to about 124.5 F. Conversely, increasing the flue gas temperature by 20 F from the design condition of 280 F to 300 F would increase the wet-bulb temperature from 126 F to about 127.5 F.

- **Soot blowing** – Soot blowing will slightly affect the flue gas wet-bulb temperature because it injects steam (water) into the gas stream. This increases the water content (humidity) of the gas, which in turn increases the wet-bulb temperature. The impact, though, is small and is only for short periods of time. Table 6-3 summarizes the frequency, duration and steam consumptions for soot blowing cycles along with calculated increases in wet-bulb temperature.

**Table 6-3.  Summary of Soot Blowing Impacts on Wet-Bulb Temperature**

| Soot Blowing Location | Air Preheater | Economizer and Backpass |
|---|---|---|
| Date Started | Since 11/28/02 | 10/16/03 |
| Frequency | Once/Shift Daily | Once/Day Three/Week |
| Duration (minutes) | 12 | 7 |
| Steam Rate (lbs/h) | 9,540 | 11,400 (Max) |
| $\Delta T_{WB}$ Increase (F) – 100% MCR [1] | 1.1 | 1.3 |

Note 1 – Estimated by R. R. Lunt as a part of this analysis

The water added during soot blowing represents a small increment to the total water in the gas – only enough to increase the wet-bulb temperature by ~1-1.5 F at full load. This would last for at most about 30 minutes per day on days of soot blowing both the preheaters and economizers. However, only the air preheaters were soot blown until just one month prior to the discovery of the corrosion in the Unit 2 ESP.

**B.098**

Despite the relatively small impact, EEC stated that the design incorporated the ability to automatically increase the CDS outlet temperature during soot blowing cycles ["Operation and Maintenance Manual, August 2001 Issue", page 6-17]. A soot blowing signal is also shown on the P&ID as being supplied by DFDC [Drawing Number D900, "Process & Instrumentation Diagram, Circulating Dry Scrubber System", Sheet 3, Rev 4]. However, WeiLi Yu and Elias Sostre said there was never a soot blowing signal to the CDS outlet temperature automatic controller; and the existence of an automatic adjustment is not mentioned in the "Control Room Reference" documents.

Considering the relatively small impact of soot blowing, the utility of such automatic adjustment would be unnecessary. It's akin to fine-tuning a watch when what is needed is a reliable sundial.

Determination of Wet-Bulb and Approach Temperatures

EEC's "Operation and Maintenance Manual, August 2001 Issue" emphasized the importance of determining flue gas wet-bulb temperatures and, during the initial period of operation, developing the relationship between wet-bulb temperature and system operating conditions [pages 9-2 and 9-4]. However, there are few records documenting measurements of flue gas wet-bulb temperature over the first six months of operation when EEC and Alstom were directing the operation of the plant; and there are no records of any analysis by either EEC or Alstom to determine a relationship between wet-bulb temperature and operating conditions. EEC's assertion of the importance of initially developing a relationship between operating conditions and wet-bulb temperature appears to have been disaffirmed by their own failure to perform such an analysis. In fact, Mr. VanHooser, EEC's principal on site representative during startup, has testified in his deposition that he measured flue gas wet-bulb temperature only "about half a dozen times" [page 49].

What is particularly noteworthy is that, according to plant staff, EEC did not provide any formal training during commissioning regarding how to measure wet-bulb temperature. Gary Bates stated in his deposition that he had learned how to perform a wet-bulb temperature measurement at Black Hills [page 160]. The proper measurement of flue gas wet-bulb temperature, though, can be highly site-specific and should be the subject of specific training. The best location for sampling as well as the technique employed can vary from site to site.

Following turnover to AES, plant staff did make efforts to monitor wet-bulb temperatures. In his deposition of 26 January 2006, Gary Bates testified that he "... took numerous wet-bulb temperatures" [page 164]. In an email dated 15 January 2003, he wrote "We have been doing several wet-bulb temps on the CDS outlet and it is usually 123 F on Unit 2 and 123.5 F on Unit 1" [page 167]. Further, Alstom's "AES Puerto Rico Daily Commissioning Report" dated 08 January 2003 [WARD-EMAIL-002408] states "AES has been performing wet-bulb test [sic] every couple of days with the results ranging from 121-123 deg F."

Further, in early 2003, AES on its own account purchased and installed on the Unit 2 CDS a gas moisture analyzer manufactured by Dewcon. WeiLi Yu reported that the instrument was activated on 07 March 2003 with the plant's DCS using the moisture content signal to

calculate the gas dew point[2]. From March until late July 2003, the dew point was only displayed on the control room monitors. On 22 July, the dew point was added to the plant's data logging system. The analyzer continued working until 27 October 2003, when it failed due to moisture in the monitor's control system. The analyzer could not be readily repaired and it was disconnected on 07 November 2003.

Therefore, dew points for Unit 2 were tracked not just on a daily basis, but continuously between early March and late October 2003. For CDS applications, dew point is considered to be a reasonable surrogate for wet-bulb temperature since it can be measured indirectly with an on-line analyzer and because dew points trend closely with wet-bulb temperatures (wet-bulb temperatures are typically 2-4 F higher).

The dew points recorded in the DCS data base for Unit 2 are tabulated in Appendix D along with calculations of the corresponding wet-bulb temperatures estimated as a part of this evaluation. The analysis covers the end of July through late October 2003 during which there were 73 days of operation excluding startups and shut downs. Table 6-4 provides a summary of the results of this analysis. The calculated daily average wet-bulb temperatures for the 73 days averaged 122 F and ranged from 120 F to 124 F. The calculated daily average approach temperatures averaged 30.3 F and ranged from 27.5 F to 36.3 F. There were only six days where daily average approach temperatures were below 28.5 F.

**Table 6-4.  Summary of Analysis of DCS Temperature Data for Unit 2 CDS**

| Daily Average Temperature (F) | Dew Point | CDS Outlet | Wet-Bulb | Approach |
|---|---|---|---|---|
| Average | 118.9 | 152.4 | 122.1 | 30.3 |
| Median | 118.9 | 152.2 | 122.1 | 30.4 |
| Maximum | 121.4 | 157.0 | 124.0 | 36.3 |
| Minimum | 116.2 | 150.4 | 119.9 | 27.5 |

These wet-bulb temperatures are completely consistent with the previous discussion of expected variability. They are also corroborated by measurements by Robert Kohl on 20 August 2003 taken at the ESP outlet of Unit 2. This is summarized in Table 6-5.

**Table 6-5.  Unit 2 Wet-Bulb Temperature Measured by Robert Kohl vs. DCS Data**

| Date | 20 August 2003 | |
|---|---|---|
| Load (MW Gross) | 250-252 | |
| Robert Kohl Measurements | ESP - Dry Bulb (F) | 153.2 |
|  | ESP - Wet-bulb (F) | 123.6 |
| Plant DCS System | CDS – Dry Bulb (F) | 153 |
|  | CDS – Dew Point (F) | 121 |
|  | CDS – Wet-bulb (F) [1] | 124 |

Note 1 – Calculated by R. R. Lunt as a part of this analysis

---

[2] Dew point (also called saturation temperature) is the temperature at which a given mixture of water and gas would be fully saturated (100% relative humidity). For gases that are nearly saturated with water as is the case for the CDS, the dew point is very close to the wet bulb (adiabatic saturation temperature).

While dew point monitoring was only implemented on Unit 2, there is no reason to believe that the results would be significantly different for Unit 1. It is essentially identical to Unit 2 and the CDS operating conditions mirrored that of Unit 2.

### 6.2.3  Nozzle Inspection and Cleaning

EEC provided two different sets of instructions for CDS water spray nozzles maintenance.

1. The "Operation and Maintenance Manual, August 2001 Issue" [page 9-5] states that the nozzles should be inspected and cleaned daily for the first three months and then every four days thereafter.

2. EEC's "CDS Water Nozzle Cleaning Procedure" dated 13 October 2002 [AESPR 000200] states that "Each nozzle should be removed from service and cleaned once every 8 hours" and "Each nozzle must be removed from service and cleaned after a Boiler or CDS trip".

The second set of instructions is unreasonable and unnecessary. If EEC's system requires that type of maintenance every shift, then there is something seriously wrong with the design of the spray system. This was not required for either of their prior installations (Black Hills or Roanoke Valley); nor did operating history at either of these precursor installations indicate that such an intensity of maintenance should be needed. Considering that this takes a two or three man crew to perform the maintenance, it places an onerous requirement on the plant … more maintenance than is routinely required for any lime-based wet scrubbing system that is subject to a much higher potential for scaling.

The maintenance routine that AES did institute was in line with that prescribed in EEC's Operation and Maintenance Manual. It consisted of:

- daily inspection and cleaning nozzles for the first three months;
- inspection and cleaning of nozzles about every four days thereafter;
- replacement of damaged nozzles as identified (this was changed in January 2004 to replacement of all nozzles every month); and
- "broomstick" testing each CDS every shift.

Review of the "CDS Nozzle Cleaning Log" [AESPR 000558-000741] corroborates implementation of the inspection and cleaning aspects of this maintenance program. Over the first three months of 2003 there were 91 inspections/cleanings of nozzles on Unit 1 when it was in operation. Through much of January 2003, there were two per day, with one per day during February and March. During the period October – December 2003 there were 21 recorded inspections/cleanings of the Unit 1 nozzles. While no similar log was available for review for Unit 2 during 2003, Elias Sostre has stated that both Units 1 and 2 were operated and maintained in the same manner.

Broomstick testing also provided an early warning of possible nozzle problems. Csaba Kiss stated that this was done every shift and was to be recorded in the control room log, although recording of the tests was inconsistent, depending upon the operator. Some operators recorded it conscientiously, others did not. Nevertheless, if they got a bad result (excessive wet solids), then they would inspect and clean the nozzles. However, he said a bad result was rare.

**B.101**

This maintenance program was more than adequate. As experience was gained with the CDS units, it was found that the initial high frequency of inspections and cleanings was not required. By 2005, the nozzle inspection procedure had been relaxed to once per week, although broomstick testing continued on a once per shift basis. Csaba Kiss stated that that they have rarely found a plugged or damaged nozzle. The nozzles do normally have a thin deposit of wet solids on the tips, but the solids do not cover the spray holes and are readily cleaned off so it does not negatively affect nozzle performance.

During the plant visit on 10 January 2006, the broomstick test procedure was observed and the condition of one of the nozzles on Unit 2 was checked. The nozzle had been in service for six days since its last inspection/cleaning. Its condition was found to be exactly as Mr. Kiss reported.

### 6.3    Conformance with Chloride Design Criteria

As previously noted, chloride mass loadings and concentrations in the CDS ash are primarily determined by the concentration of chloride in the coal, the concentration of chloride in the CDS spray water and the amount of spray water used. The plant design was based upon the use of reject water from the reverse osmosis (RO) unit on the plant's cooling tower water treatment system as the principal, if not sole, source of CDS spray water. This was to be the cornerstone of the plant's design as a zero water discharge facility, i.e., using the CDS units to evaporate excess water.

The potential contributions of RO reject water and coal to the level of chloride in the CDS ash for design conditions are summarized in Table 6-4. This analysis employed the same spreadsheet computational tool used for investigating the impact of ash re-injection (see Appendix C) and is consistent with EEC's material balances. As shown, CDS spray water accounts for about 60% while coal chloride makes up the remaining 40%.

**Table 6-6. Summary of Potential Chloride Contributions to CDS Ash**

| Chloride Source | Contribution to CDS Ash Chloride Concentration (wt%) | |
| --- | --- | --- |
| | As Chloride (Cl⁻) | As Calcium Chloride ($CaCl_2 \cdot 2H_2O$) |
| Maximum Coal Chloride (0.10 wt%) | 0.6 | 1.3 |
| Maximum RO Reject Water Chloride (4,300 ppm) | 0.9 | 1.8 |
| **Maximum Total** | **1.5** | **3.1** |

It is apparent that that the levels of ash chloride shown in Table 6-6 were never close to being realized over the first year of commercial operation due to the combination of coal composition, CDS operating conditions and constraints in the performance of the RO units. A close examination of these factors indicates that ash chloride concentrations could have been at most two-thirds of these maximum levels. The basis for this conclusion is discussed below.

Nevertheless, what is surprising is William Jarvis' statement in his letter of 02 July 2004 that an ash chloride content of 0.82 wt% "is cause for concern" [page 2]. This level is only about half the maximum ash chloride loading of 1.5 wt% estimated for the design conditions. His expression of concern suggests a lack of understanding of the basic criteria for the plant design as reflected in EEC's material balances and references to provisions for high chloride levels.

### 6.3.1    Coal Chloride Content

David Stone reported that sampling and analysis of coal deliveries began in March 2002. He said that they sampled each vessel since that time. Coal chloride levels measured were consistently 0.02-0.03 wt%. This is the low end of the specified range of 0.01-0.10 wt%. Coupled with the fact that the basic coal composition did not vary significantly, it can be readily deduced that coal chloride levels could not have contributed to high levels of chloride in the ash. Assuming an average of 0.025 wt% chloride, the maximum ash chloride content would be about 1.05 wt% as chloride (about 2.1 wt% as $CaCl_2 \cdot 2H_2O$) assuming maximum levels of chloride in the CDS spray water.

### 6.3.2    Chloride Content of CDS Spray Water

EEC's "Operation and Maintenance Manual, August 2001 Issue" [pages 9-2 and 9-3] states that conductivity and chloride concentration in the CDS spray water should be measured; and that "In the beginning, this should be carried out on a weekly basis, and may be modified later, depending on plant operating characteristics." There are no records that such analyses were conducted by either EEC or Alstom during the first four months of CDS operation prior to system turnover in November 2002, nor that Alstom or EEC instructed the plant personnel to perform such analyses. Consequently, AES did not institute a program for monitoring CDS spray water chloride levels immediately after plant turnover. There would have been no point of implementing such a monitoring program when:

1.   neither Alstom nor EEC deemed it important enough to make analyzing the CDS spray water a priority or even a routine part of its commissioning program;

2.   CDS outlet temperatures were fixed by the higher of 152 F or a 30 F approach temperature, so there was no need to worry about adjusting CDS outlet temperatures based upon chloride levels since this requirement had been superseded by setting the CDS temperature;

3.   the plant was having to continually use other sources of water either to supplement or replace RO reject for the CDS sprays, such that there few periods when the sprays were operated on RO reject water alone;

4.   ongoing performance problems with the RO units resulted in chloride concentrations in the RO reject that were often much lower than would have been attained under normal operation; and

5.   an analysis program based upon weekly sampling would have been useless in light of the much more frequent variations in water sources cited above.

Blending of RO reject water with other water sources was initiated shortly after startup due to the need for more CDS spray water than was anticipated. The higher water demand resulted

from operation of the CDS units at 155 F because more water is required for operation at lower temperatures. According to EEC's material balances, two units operating at full load and 156 F outlet temperature requires 312 gpm of spray water. On a steady state basis, this is about 80 gpm more than the amount of RO reject water available at the design capacity of the RO unit (estimated by the plant to be 230 gpm). Thus, at high loads for two units, blending with other water sources became routine through 2003. For low loads and with only one operating unit, it was possible to meet demand with just RO reject water.

During the early stages of commissioning, RO bypass water was used to supplement RO reject water. RO bypass water is essentially the same as the cooling tower water fed to the RO unit in terms of chloride content. It would be expected to have about half the concentration of chloride as the RO reject water. The first recorded use of RO bypass water was 08 September 2002; and logs indicate that its use continued. During the spring and early summer of 2003, there was increased use of filtered water for blending because of lower perceived impacts on opacity. By September 2003, blending with filtered water and potable water was routine.

There were also many maintenance and performance problems encountered with the RO membranes that affected RO reject flow and quality. Frequent, progressive fouling of the membranes continually reduced the total flow capacity of the RO units due to high pressure drop. This also reduced effectiveness of the membranes in producing high quality permeates. Overall, these caused frequent, sustained reductions in the amount of RO reject water available as well as lower concentrations of chloride in the reject water.

In September 2003, AES began measuring conductivity and chloride concentrations in the CDS spray water and logging the source of water used on a daily basis. The "CDS Makeup Water" logs show that over the 81 days between 11 September and 30 November 2003 there were only ten days when RO reject water alone was used. For these ten days, the chloride concentrations measured in the CDS spray water averaged 2,610 ppm and ranged from 1,420 to 3,210 ppm. Over the entire period, CDS spray water averaged 1,980 ppm and ranged from 47 to 3,520 ppm. (Note that the highest levels were either during use of RO reject water alone or RO reject water blended with a small amount of RO bypass.)

While there are no similar data compilations prior to September 2003, chloride concentrations would be expected to be in the same range since, as noted, blending was routine. There were, though, several water analyses performed by GE Betz for the cooling tower water treatment system that lend credence to this extrapolation. On 21 March 2003, analyses of RO reject water and clarifier overflow (which is the feed to the RO unit) showed 4,180 ppm in the reject and 2,340 ppm in the clarifier. On 12 and 17 September 2002, two clarifier overflow samples showed 1,820 ppm and 1,650 ppm chloride, respectively. RO reject water was not analyzed on these dates; but assuming the same partitioning factor from the March analyses, the corresponding RO reject water would have had chloride levels of 3,250 and 2,950 ppm, respectively.

In summary, all measurements of chloride levels in the CDS spray water were below the maximum of 4,300 ppm and there is no evidence that would indicate that this design maximum was exceeded during operation through 2003. Further, in light of the relatively low chloride levels in the coal, chloride levels in the spray water would have had to have been as much as 50% higher than the 4,300 ppm design condition (roughly 6,450 ppm) before chloride levels in the ash would reach the design maximum of 1.5 wt% chloride.

Telephone: 617 618 4640
Richard.R.Lunt@saic.com

## Employment History

Science Applications International Corporation (2005 - Present)
 Principal

FOCIS Associates, Inc. (2002 - 2005)
 Principal

Arthur D. Little, Inc. (1991 - 2002)
 Principal, Environmental Science and Technology Practice

United Engineers and Constructors, Inc. (1980 - 1991)
 Director, Environmental Systems and Services (1989 - 1991)
 Project Manager (1986 - 1989)
 Project Engineering Manager (1983 - 1986)
 Manager of Process Engineering (1981 - 1983)
 Supervising Process Engineer (1980 - 1981)

Arthur D. Little, Inc. (1972 - 1980)
 Senior Consulting Engineer, Chemical and Metallurgical Engineering

Columbia University (1969 - 1972)
 Instructor, Department of Chemical Engineering

## Education

Doctor of Engineering Science in Chemical Engineering, Columbia University
Master of Science in Chemical Engineering, Columbia University
Bachelor of Arts in Chemistry (with Honors), Colgate University

## Experience Summary

Arthur D. Little – Principal; FOCIS Associates – Principal; and SAIC - Principal

Market and manage multi-disciplinary environmental projects drawing upon technical expertise in air emissions control, wastewater treatment, chemical process technology and pollution prevention. Principal areas of work include: evaluations of state-of-the-art and emerging technologies; environmental permitting; environmental compliance audits; due diligence assessments; process design of air emissions control systems; and market analyses and strategic planning for technology commercialization and environmental business.

United Engineers and Constructors - Director, Environmental Systems and Services

Formed the Division with an initial staff of 18 personnel in 1988 and directed its growth to more than 100 professionals over three years achieving annual revenues over $12MM. Responsible for the overall management, including: organization, project staffing, business development and operations. In this capacity, coordinated the administration and provided overall technical direction of engineers and scientists in three regional offices (Philadelphia, Denver and Chicago), the certified Environmental Laboratory (Westchester, PA) and an environmental project group on Johnston Island. The Division provided environmental consulting and engineering/design services to internal projects as well as directly to private sector companies and non-regulatory Federal agencies. Services encompassed: site selection; project/plant licensing; basic engineering and detailed design (air, wastewater, solid and hazardous wastes); site assessments; site remediation; and compliance program support.

**B.105**

<u>United Engineers and Constructors - Project and Engineering Manager</u>
- Basic engineering, detailed design, procurement, and startup of $SO_2$ systems for two, 800 MW, coal-fired units at Arizona Public Service Company's Four Corners' Station, NM.
- Basic engineering, detailed design and construction of a complete wastewater treatment system retrofit on two PC-fired boilers at Metropolitan Edison's Portland Station, PA.
- Detailed engineering/design and construction support for a 1350 TPD, 34-MW Municipal Solid Waste mass burn cogeneration facility in York County, PA.
- Basic engineering, detailed design, procurement, construction and startup of facilities to provide potable water and to treat acid mine drainage water for use as utility service water at a grass roots, culm-fired cogeneration facility in Reading, PA.

<u>United Engineers and Constructors – Manager of Process Engineering</u>
Responsible for managing process engineers in the Power and Industrial Divisions. In this capacity administered personnel; coordinated staffing of projects; and conducted design reviews. The process engineering staff provided services in the areas of water treatment; wastewater treatment; particulate control; gaseous emissions control; and permitting support. Also provided technical expertise in specialty areas (listed below).

**Technical Expertise**
Areas of expertise include:
- Gaseous and particulate emissions control technology (Attachment A)
- Physical/chemical wastewater treatment technology
- Chemical demilitarization technology
- General permitting for air emissions and wastewater discharges
- Pollution prevention programs

**Licenses and Certifications**
- Registered Professional Engineer - Pennsylvania, Rhode Island and New Mexico (Held a temporary professional engineering license for three years in Manitoba, Canada)
- 40-Hour HAZWOPER Certification

**Patents and Publications**
- Three US patents: two in $SO_2$ scrubbing technology and one for chemical formulation of a new polymer.
- Over three dozen publications in the areas of pollution prevention, $SO_2$ scrubbing technology, modeling of reactor mixing, process simulation, and waste and water management (Attachment B).
- Co-authorship of five books: three on $SO_2$ scrubbing technology; one on integrating inherent process safety and pollution prevention in process design; and one on utility waste & water management.

**Expert Witness Experience**
Served as an Expert Witness in litigation related to $SO_2$ scrubbing technology (Attachment C).

**General Air Pollution Control**

System Design for Commercial Installations

Provided basic process engineering, managed or assisted in detailed design, and led or supported startup for numerous gaseous emissions control systems.

- Once-through sodium and sodium/lime dual alkali $SO_2$ scrubbing systems for 10 industrial facilities – two 80,000 lbs/h industrial steam boilers; a copper smelter; two specialty coke plants; a gold roaster; three precious metals smelters; a zinc smelter; and a phosphorus ore roaster.

- Once-through sodium and sodium/lime dual alkali flue gas desulfurization (FGD) systems for four coal-fired utility boilers – two 125 MW; one 20 MW; and one 280 MW.

- Retrofit of conventional direct lime FGD systems for two 800 MW utility boilers.

- Limestone slurry forced oxidation (LSFO) FGD system for two, new 750 MW lignite-fired utility boilers.

- Industrial, direct lime/limestone scrubber upgrades – Conducted in-depth process evaluations and developed design modifications to enhance performance for two industrial $SO_2$ control systems experiencing severe scaling problems – one direct lime scrubbing and one limestone forced oxidation.

- Upgrade of HCl caustic/water, twin tower absorber for specialty chemicals plant.

- Carbon adsorption, caustic/hypochlorite scrubbing and incineration systems to control VOCs and $H_2S$ offgases from several sources at two municipal WWT plants.

System Operations Support

- Ongoing process operations support over the past ten years for APC systems ($SO_2$, particulate and opacity) at a specialty coke facility.

- Operations review and development of operating guidelines and equipment modifications to improve performance of a combined particulate and $SO_2$ scrubbing system at a Western European manufacturing plant.

- Ongoing process operations support over the past ten years for upgrading and expanding APC systems at a U.S. smelter.

- Management of process startup and follow-up debugging of flue gas desulfurization systems on three utility boilers.

- Ongoing operations and modifications support at a specialty chemicals plant for nine combined particulate and gaseous pollutant control units (venturi rod scrubbers and a wet ESP – for particulate, HCl and $H_2SO_4$ mist); five HCl absorbers and two VOCs absorbers.

Technology Evaluation

- Coordinated a detailed, "red flag" design review of the operational efficacy of first-of-a-kind, dry, fluid-bed, lime-based particulate and $SO_2$ scrubbing technology installed on a coal-fired U.S. utility boiler and a waste gas recovery boiler.

- Conducted an in-depth technical and economic assessment of an emerging technology to recover $SO_2$ from both wet and dry, sodium-based flue gas desulfurization systems and convert it to high value fertilizer products.

- Conducted dozens of technical and economic feasibility studies for the application of commercially available $SO_2$ scrubbing systems industrial processes and utility boilers. Technologies evaluated have included: conventional direct lime; magnesium-promoted lime; limestone forced oxidation; lime spray drying; lime circulating bed; sodium-based dual alkali; once-through sodium; ammonia; and direct sulfuric acid.

- Conducted several technical and economic feasibility studies for the application of commercially available acid gas control systems for HCl, $H_2SO_4$ or HF emissions from industrial processes.

- Conducted numerous technical and economic feasibility studies for the application of commercially available particulate control systems for industrial processes and utility boilers. Technologies included mechanical collectors, ESPs, high energy wet scrubbers and fabric filters.

- Evaluated $NO_X$ emissions reductions achieved in existing wet scrubbers on chemical process units for a major chemicals company. Also developed the conceptual design for a novel $NO_X$ emissions control approach using aqueous absorption for a new chemical process.

- For an international specialty chemicals company, provided technical and environmental assistance in characterizing production processes at two facilities and developing methodologies for calculating air emissions to support Title V programs.

- Coordinated a technology "prudency" review of designs for controlling particulate, acid gas, VOCs and CO emissions from a modularized hazardous waste incinerator.

- Coordinated a detailed technology review of the applicability of high temperature, barrier filtration technology to specialty coke furnaces.

Technology Research and Development

Participated in R&D programs for the development of process technology ranging from laboratory bench-scale through prototype and demonstration systems.

- Assisted in preparation of test plans and provided onsite process guidance for three full scale tests of concentrated mode lime dual alkali on a phosphorus ore roaster.

- Coordinated pilot scale testing of venturi scrubbing of coal-fired boiler fly ash leading to full-scale installation.

- Program Manager for six pilot and two prototype programs evaluating seven modes of dual alkali FGD technology leading to commercialization of two different modes.

- Test program coordination and data analysis for pilot-scale testing of magnesium-enhanced lime scrubbing FGD technology leading to full-scale applications.

- Day-to-day management of pilot-scale testing of once-through sodium scrubbing of $SO_2$ using mined trona leading to full-scale designs for three utility boilers.

- Coordinated data analysis for an EPA-funded demonstration program of the first industrial application of dilute mode, dual alkali FGD technology.

- Participated in the planning and data analysis for several pilot scale tests of caustic/hypochlorite scrubbing of $H_2S$ emissions.

A-2

### Spray Dryer and Dry Entrained Bed FGD Experience

- For a supplier of dry sorbent technology, performed a comprehensive assessment of all Lime-Based Entrained Bed $SO_2$ Control Systems in operation to develop correlations of Lime Utilization as a function of design and operating parameters.

- For the same supplier of dry sorbent technology, developed an in-depth analysis of Lime Utilization for Lime Spray Dryer technology versus Lime-Based Entrained Bed $SO_2$ Control technology.

- For Environmental Elements Corporation, provided consulting services in support of their Circulating Dry Scrubber pilot plant operations for at Dakota Gasification.

- For Environmental Elements Corporation, performed a "design prudency" "red flag" review of the Circulating Dry Scrubber system being installed at LG&E's Roanoke Valley Power Plant. This plant was the first, full-scale Lime-Based Entrained Bed $SO_2$ Control System installed in the US. The review was undertaken to: confirm its process and mechanical design integrity; ensure the projected operational efficacy of the plant; and verify that all performance guarantees would be achievable.

- For Environmental Elements Corporation, performed a design prudency "red flag" review of the Circulating Dry Scrubber system being installed at the Black Hills Power Plant. This was the second full-scale Lime-Based Entrained Bed $SO_2$ Control System installed in the US. The review was undertaken to: confirm its process and mechanical design integrity; ensure the projected operational efficacy of the plant; and verify that all performance guarantees would be achievable.

- Working with Hatch Associates, coordinated the process design for conceptual engineering of a Lime-Based Entrained Bed $SO_2$ Control Systems for application to furnaces and roasters at a strategic metals recovery plant.

- In support of Hatch Associates, assisted in the conduct of a technology feasibility study for application of dry sorbent technologies at a titanium production plant in Canada. Subsequently supported process design concepts for preparation of a preliminary engineering package.

- For a major Midwestern US utility, conducted a technology and economic feasibility study resulting in the selection of Lime-Based Entrained Bed $SO_2$ Control Systems for retrofit at two of their coal-fired power stations. Subsequently assisted the utility in coordinating preliminary design efforts with technology suppliers.

- For a specialty coke producer, assisted in the evaluation and development of preliminary design concepts for a Lime-Based Entrained Bed $SO_2$ Control system for a new facility to be located in the Midwest.

- Served as an expert witness in the arbitration of a lawsuit involving installation of circulating fluid bed $SO_2$ scrubbing technology at an industrial metals refining facility.

- Served as an expert witness in a lawsuit involving installation of a Teller combined sodium- and lime-based $SO_2$ dry scrubbing technology at an integrated iron and steel facility.

**Richard R. Lunt (Attachment B - Publications)**

## Publications - Books

*Making EHS an Integral Part of Process Design,* Bendixen, L. M., R. P. Stickles and R. R. Lunt, AIChE, New York, New York, 2001

*Profiles in Flue Gas Desulfurization,* Lunt, R. R. and J. D. Cunic, AIChE, New York, New York, 2000

*The Acid Rain Sourcebook,* Elliot, T. C. and R. G. Schwieger (Editors), *Section 7: Use Regenerable Scrubbers to Slash $SO_2$ Emissions,* Lunt, R. R. and J. S. MacKensie, McGraw-Hill, Inc., New York, New York, 1984.

*Flue Gas Cleaning Wastes Disposal and Utilization,* Santhanum, C. J., R. R. Lunt, C. B. Cooper, D. E. Kleinschmidt, I. Bodek and W. A. Tucker, Noyes Data Corporation, Park Ridge, New Jersey, 1981

*The Analysis of Micromixing Effects in Continuous Flow, Homogeneous Reactors,* Lunt, R. R., Thesis for Doctor of Engineering Science degree in Chemical Engineering, Columbia Unversity, New York, New York, 1974

*Theory of Residence Time Distributions in Circulating Systems: Application to the Human Circulation,* Lunt, R. R., Thesis for Master of Science degree in Chemical Engineering, Columbia University, New York, New York, 1969

## Publications – Journals and Proceedings

"Sulfur Dioxide Control Technology Evaluation for Aluminum Smelters", The Minerals, Metals & Material Society, San Antonio, Texas, March 2006 (with C. L. Dobbs, L. Coleman, M. A. Palazzollo, D. Wilson, and S. Broek) - Pending

"Adaptation of Dilute Mode Lime Dual Alkali Scrubbing at Stillwater Mining Company's PGM Smelter", The Minerals, Metals & Material Society, San Antonio, Texas, August 2003 (with D. K. Modrow and G. K. Roset)

"Realizing the Promise of Pollution Prevention", Pollution Prevention Review, Vol. 6, No. 3, July 1996 (with R. C. Bowen)

"Advanced Byproduct Recovery: Direct Catalytic Reduction of Sulfur Dioxide to Elemental Sulfur", First Joint Power and Fuel Systems Conference, Pittsburgh, Pennsylvania, July 1996 (with K. R. Benedek et. al.)

"Preventing Pollution at the Harvard Hospitals", Resource, Risk Management Foundation, Cambridge, Massachusetts, February 1996

"Managing Technology for Pollution Prevention", Corporate Environmental Excellence Seminar, The Conference Board, New York, New York, April 1992 (with A. P. Graffeo and C. L. Kusik)

"Expert Systems for Flue Gas Desulfurization Operations", EPRI Conference on Expert Systems, Orlando, Florida, June 1989 (with K. A. Lukens, et. al.)

"Four Corners [Units] 4 and 5 Waste Processing System – An Integrated and Unique Retrofit", Ninth EPA/EPRI Symposium on FGD, Cincinnati, Ohio, June 1985 (with C. S. White and A. P. Simko)

"FGD Retrofit at Four Corners Power Station", EEI Prime Movers Committee Meeting, Phoenix, Arizona, January 1985 (with A. P. Simko)

"FGD Reliability/Redundancy Evaluations for the Four Corners Power Station", 1984 Joint Power Generation Conference, Toronto, Canada, September 1984 (with R. C. Boritz)

"Long-Term Options for Reducing Sulfur Dioxide Emissions: Regenerable Scrubbers", Power Magazine Acid Rain Conference, New York, New York, March 1984 (with J. S. MacKensie)

"FGD Water Management – Four Corners Power Plant", Canadian Electric Association FGD Symposium, Ottawa, Canada, September 1983 (with K. A. Lukens, et. al.)

"Corrosion of Aluminum and Zinc in Containment following a LOCA and Potential for Precipitation of Corrosion Products in the Sump", Second International Workshop on the Impact of Hydrogen on Water Reactor Safety, Albuquerque, New Mexico, October 1982 (with K. K. Niyogi and J. S. MacKensie)

"Experimental Characterization of Mixing Mechanisms in Flow Reactors Using Reactive Tracers", I&EC Fundamentals, Vol. 19, May 1980 (with J. L. Spencer)

"Identification of Micromixing Mechanisms in Flow Reactors: Transient Inputs of Reactive Tracers", I&EC Fundamentals, Vol. 19, May 1980 (with J. L. Spencer and S. A. Leshaw)

"Current Alternatives for Flue Gas Desulfurization Waste Disposal – An Assessment", EPA Symposium on FGD, Las Vegas, Nevada, March 1979 (with C. J. Santhanum and C. B. Cooper)

"Recent Developments in Environmental Control Processes for Coal-Fired Power Plants", AIChE Annual Meeting, November 1979 (with C. J. Santhanum)

"Ocean Disposal of Flue Gas Cleaning Wastes", Air Pollution Control Association Annual Meeting, Houston, Texas, June 1978 (with C. B. Cooper and J. W. Jones)

"Mine Disposal of FGD Wastes", EPA Symposium on FGD, Hollywood, Florida, November 1977 (with S. L. Johnston)

"Disposal of Solid Wastes from Flue Gas Cleaning Systems", AIChE Annual Meeting, New York, November 1977 (with C. R. LaMantia)

"Properties of Industrial Sludges", Geotechnical Practice for Disposal of Solid Waste Materials, Ann Arbor, Michigan, June 1977

"A Review of FGD Technology for Application to Coal-Fired Boilers in the Pulp and Paper Industry", TAPPI Annual Engineering Conference, Houston, Texas, October 1976 (with C. R. LaMantia and I. L. Jashnani)

"FGD Sludges – Properties, Potential and Problems", AIChE National Meeting, Atlantic City, New Jersey, August 1976

"Surface Coal Mine Disposal of FGD Wastes", Engineering Foundation Conference on waste Disposal, Houston Woods, Ohio, October 1976

"Air Pollution Control – Solid and Liquid Waste Disposal Consequences", World Congress on Chemical Engineering, Amsterdam, The Netherlands, June 1976 (with C. R. LaMantia)

"Operating Experience – CEA/ADL Dual Alkali Process at Gulf Power/Southern Services'" EPA Symposium on FGD, New Orleans, Louisiana, March 1976 (with C. R. LaMantia, et. al.)

"Startup and Operation of the CEA/ADL Dual Alkali Process at Gulf Power/Southern Services", AIChE Annual Meeting, Los Angeles, California, November 1975 (with C. R. LaMantia, et. al.)

"EPA-ADL Dual Alkali Program – Interim Results", EPA Symposium on FGD, Atlanta, Georgia, November 1974 (with C. R. LaMantia, et. al.)

"Dual Alkali Process for Sulfur Dioxide Removal", Chemical Engineering Progress, Vol. 70, No. 6, June 1974 (with C. R. LaMantia and I. S. Shah)

"Dual Alkali Process for Sulfur Dioxide Removal", AIChE Annual Meeting, Philadelphia, Pennsylvania, November 1973 (with C. R. LaMantia and I. S. Shah)

"Recirculation Effects in Indicator Dilution Measurements", AIChE National Meeting, Cincinnati, Ohio, May 1971 (with J. L. Spencer, et. al.)

### Publications – Government and Research Institute Reports

*Chemical Safety Vulnerability Working Group Report,* Vols. 1-3, U. S. Department of Energy, September 1994

*Special Issue Review of Pollution Prevention Management Within the U. S. Department of Energy,* U. S. Department of Energy, Office of Environmental Audit, August 1994

*Galvanic Sludge Recycling Project,* US Trade and Development Agency, Advanced Waste Management Systems, Inc. and Arthur D. Little, Inc., Vols. I and II, June 1993

*An Evaluation of the Disposal of Flue Gas Desulfurization Wastes in Mines and the Ocean – Final Assessment,* US EPA Industrial Environmental Research Laboratory, Research Triangle Park, 1981

*Waste and Water Management for Conventional Coal Combustion Assessment Report – 1979,* Vols. I-V, EPA-600/7-80-012a-e, US EPA Industrial Environmental Research Laboratory, Research Triangle Park, March 1980

*Full-Scale Dual-Alkali Demonstration System at Louisville Gas and Electric Co. – Final Design and System Cost, Vols I and II,* EPA-600/7-79-221a and b, US EPA Industrial Environmental Research Laboratory, Research Triangle Park, September 1979

*Application of Scrubbing Systems to Low Sulfur/Alkaline Ash Coals*, EPRI FP-595, Electric Power Research Institute, December 1977

*An Evaluation of the Disposal of Flue Gas Desulfurization Wastes in Mines and the Ocean – Initial Assessment*, EPA-600/7-77-051, US EPA Industrial Environmental Research Laboratory, Research Triangle Park, May 1977

**Richard R. Lunt (Attachment B - Publications)**

*Final Report: Dual Alkali Test and Evaluation Program*, Vols. I-III, EPA-600/7-77-050a-c, US EPA Industrial Environmental Research Laboratory, Research Triangle Park, May 1977

## Leadership/Coordination of Conferences and Workshops

AIChE Joint CWRT/CPPS Workshop - "Integrating Inherent Safety, Pollution Prevention and Green Chemistry", Atlanta, Georgia, March 2000 (with L. M. Bendixen, R. P. Stickles and P. J. Kopf)

Environmental Business Opportunities Conference, "Air Pollution Control Markets", Cambridge, Massachusetts, September 1995

Third Annual Air Force Worldwide Pollution Prevention Conference and Exhibition, "Review of DOE's Pollution Prevention Initiative", San Antonio, Texas, August/September 1994 (with K. Loving et. al.)

U.S. EPA Region I Workshop – "The Science Behind Regulations and Compliance, Pollution Prevention Perspectives", Boston, Massachusetts, September 1993 (with A. A. Balasco)

US DOE Joint DOE/ADL Workshop on "DOE's Pollution Prevention Program", Washington DC, December 1993

"Corporate Environmental Leadership Program Seminar and Workshop", Co-Sponsored by Perkins Coie and Arthur D. Little, Washington DC, March 1993 (with L. M. Bendixen)

Environmental Business Opportunities Conference, "Managing Pollution Prevention: The High Performance Business Approach", Cambridge, Massachusetts, October 1992

AIChE 71st Annual Meeting, Chairman of Session 123: "Ultimate Disposition-?", Miami, Florida, November 1978