## List of Materials Consulted in Preparation of Report

1. AES Puerto Rico. Letter from Allan B. Dyer, President, AES. Coal Pile Runoff Pond – Overflow Events, AES Puerto Rico ("AES PR"), Guayama, PR.
2. ALSTOM Canada Inc. Jeff Graham. Technical Services Report: AES-Puerto Rico Gas Distribution Testing, Unit 2 Environmental Element Precipitator, March 6-22, 2003.
3. ALSTOM Inc. Karl Hognefelt. Trip Report: Visit to AES Puerto Rico 11/23/03-11/25/03, November 26, 2003.
4. ALSTOM Memorandum from Karl Hognefelt. Puerto Rico Experience, 2/19/2004.
5. ALSTOM Power. Memorandum from Karl Hognefelt: AES Puerto Rico ESP, 2/20/2003.
6. ALSTOM Power. Memorandum from Karl Hognefelt: Summary AES Puerto Rico trip report, 10/16/2002.
7. ALSTOM Power. Memorandum from Karl Hognefelt: Trip report AES Puerto Rico, 10/15/2002.
8. ALSTOM, Karl Hognefelt. Tuning of AES Puerto Rico CDS & ESP Trip Date 9/22/2003-9/26/2003, Report Date 09/29/2003
9. Stultz, S.C. and J.B. Kitto, editors. Steam: its generation and use, 40th Ed., Babcock & Wilson, 1992.
10. Duke/Fluor Daniel Caribbean, S.E. 6.3. Performance Guarantees, Specification No.: W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.00-0001, Revision 2.
11. Duke/Fluor Daniel Caribbean, S.E. Specification No.: W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.03-0001, Revision 2. Circulating Dry Scrubber Flue Gas Cleaning System Scope of Supply and Technical Requirements. May 10, 2001.
12. Duke/Fluor Daniel Caribbean, S.E. Specification No.: W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.03-0002, Revision 2. Electrostatic Precipitator (ESP) Flue Gas Cleaning System Scope of Supply and Technical Requirements. May 10, 2001.
13. Eckert, R.G. and Drake, Robert M., Jr. Introduction to Heat and Mass Transfer, 2nd Ed., McGraw-Hill Book Company, Inc. 1959..
14. Environmental Elements Corporation. Air Pollution Control System (Desulphurization & Particulate Control) Operation and Maintenance Manual, DFDC PO Number: 3674004SB0001, EEC M.O. NUMBER 420584, August 2001 Issue
15. Environmental Elements Corporation. Functional Description for APCS, Specification No. 420584-A903, Revision 0, 06/26/2001.
16. File Memo from Bart Vince. Status Report on emission testing activities at the AES Puerto Rico plant site, January 27, 2003.
17. Memo from Al Dyer (October 03, 2004 4:24 PM) FW: Opacity from Elias Sostre (October 03, 2003 3:01 PM)
18. Memo from Elias Sostre. Opacity Report 10.09.03
19. Memo from Elias Sostre. Opacity Report 10.15.03 sent October 15, 2003 4:10 PM
20. Memo from Elias Sostre. Opacity Reports for 10.10.03-10.13.03,
21. Memo from Ernest Pagaduan. FW: Opacity Report from Elias Sostre for 10.14.2003, sent October 14, 2003 4:15 PM
22. Memo from Thomas Coleman. CDS/ESP operations, Monday, June 9, 2003 3:14 AM.
23. Nebergall, William H., *et al.* College Chemistry with Qualitative Analysis, 2nd Ed., D.C. Heath and Company, Boston, 1963.

2

**B.142**

24. Trigon Engineering Consultants, Inc. Emission Compliance Sampling Report: Duke/Fluor Daniel Caribbean, S.E. AES Puerto Rico Total Energy Project Re-Test, Guayama, Puerto Rico, Trigon Project No. 046-02-164, January 2003

25. Trigon Engineering Consultants, Inc. Emission Compliance Sampling Report: Duke/Fluor Daniel Caribbean, S.E. AES Puerto Rico Total Energy Project Re-Test-Unit 2, Guayama, Puerto Rico, Trigon Project No. 046-03-062, June 2003

26. Trigon Engineering Consultants, Inc. Stationary Source Sampling Report for Duke/Fluor Daniel Caribbean, S.E., Guayama, Puerto Rico. Trigon Project No. 046-01-192, October 2002

## Assumptions for Report

I have been asked to assume the following costs:

1. The cost to modify the water treatment system to remove chlorides including O&M costs is 25.2 million dollars.

2. The interim cost to dispose of the high chloride water until the new water system is on line is 9.2 million dollars.

I have been asked to make the following operating assumptions:

1. Operation at approximately 155 deg F or higher at the CDS outlet is not possible with design (high chloride) CDS spray water without opacity exceedances.

2. It is possible to operate at higher than 155 deg F at the CDS outlet with low chloride CDS spray water without opacity exceedances or rapid corrosion.

3. Operation at 155 deg F or lower at the CDS outlet with design (high chloride) CDS spray water causes rapid corrosion to ESP internal components, especially the collection plates.

## Conclusions and Basis for Conclusions

Units No. 1 & 2 at the AES Puerto Rico Total Energy Facility in Guayama, Puerto Rico are both coal-fired, circulating fluidized bed (CFB) boilers with each having a net generating capacity of 227 megawatt (MW net). The specification coal is low in ash and sulfur contents with a moderate to high heating value. Selective Non-Catalytic Reduction (SNCR) is utilized by injecting urea in the CFB boiler in order to control $NO_x$ emissions. Limestone is also injected into the CFB boiler in order to control $SO_2$ emissions. Downstream of the boiler is a Ljungstrom air heater that heats primary combustion air and reduces the temperature of the combustion gas from the boiler to nominally 300 deg F.

The combustion gas exiting the airheater undergoes further pollution control by first passing through a circulating dry scrubber (CDS) and then an electrostatic precipitator (ESP) before being discharged through an induced draft (I.D.) fan and a stack to the atmosphere/environment.

3

B.143

The primary function of the CDS is to provide further control of $SO_2$ emissions. However, it also provides control of other gaseous emissions such as HCL and $NH_3$ (slip from SNCR). The function of the ESP is to control particulate emissions by removing sorbent/flyash particulate from the gas exiting the CDS. The particulate collected in the ESP contains un-reacted sorbent and is re-circulated to the CDS in order to maintain the circulating bed in the CDS and to re-use un-reacted sorbent in the removal process for $SO_2$, etc.

Upon new start-up of Units No. 1 & 2 described above, along with associated peripheral systems, the specified expected lifetime of the major components was 25 years. In addition, it was expected that the pollution control equipment provided would be of a design capable of meeting the specified and compliance limits for gaseous and particulate emissions and stack opacity while protecting the system components from damage. Within a relatively short period of time of operation of Units No. 1 & 2, serious corrosion of the ESP collection plates was discovered. Also, during this period of time, the ESPs had difficulties meeting stack opacity compliance limits.

The operating assumptions 1 and 3 stated above mean that stack opacity compliance and prevention of rapid corrosion to ESP internal components, especially the collection plates, can not be achieved simultaneously with the design (high chloride) CDS spray water. This situation is a consequence of not being able to raise the CDS outlet temperature above 155 deg F and avoid stack opacity exceedances. Therefore, one of these two detrimental conditions will exist with the design (high chloride) CDS spray water. This situation is not acceptable because the system was specified to operate with the design (high chloride) spray water with no adverse or detrimental effects. Use of the design (high chloride) CDS spray water is very important because it is intended to provide a means of removing and disposing of chloride as part of a zero discharge system.

Operating assumption 2 stated above means that operation without excessive stack opacity exceedances is achievable at a CDS outlet temperature higher than 155 deg F with low chloride CDS spray water. This mode of operation minimizes the occurrence of stack opacity exceedances and minimizes the potential for corrosion of the ESP collection plates. This is a consequence of both higher CDS outlet temperature and low chloride CDS spray water. Although not workable with high chloride CDS spray water, the original design called for a significantly higher than 155 deg F CDS outlet temperature when utilizing high chloride CDS spray water in order to mitigate downstream corrosion. Thus, the CDS outlet temperature is the only process variable that can potentially be adjusted to mitigate downstream corrosion.

A reasonable and feasible approach to solving the problems of stack opacity exceedances and/or rapid corrosion of ESP internal components must take into account the ramifications contained in assumptions 1 – 3 discussed above. Approaches involving major physical modifications to the CDS and/or ESP are most likely not both reasonable and feasible. For example, increase the size of the existing ESP or add/substitute another type of particulate control device in order to prevent stack opacity exceedances at higher CDS outlet temperatures. These approaches would be costly, may not easily and desirably fit into the existing plant layout, may not be guaranteed of success, etc. Therefore, reasonable and feasible approaches should involve process and/or equipment

4

B.144

repairs/replacements/modifications in which the physical size of the CDS and ESP do not change.

The other approaches that I have considered for solving, mitigating or dealing with the problem include the following:

1. Modify and control the operating process conditions in the CDS and/or ESP such that high chloride CDS spray water can be utilized without incurring excessive stack opacity exceedances or corrosion of ESP internal components. (process solution)

2. Optimize the design/operation of the ESP subsystems (flow distribution devices, T-R sets, electrical sectionalization, plate and wire rappers, hopper ash evacuation valves, etc.) such that high chloride CDS spray water can be utilized without incurring excessive stack opacity exceedances or corrosion of ESP internal components. (equipment solution)

3. Continue to operate with highly corrosive conditions in the ESP and replace the ESP collection plates with the same type of design originally utilized in addition to possible repair/replacement of other internal components on a relatively frequent basis of roughly every 12 months. (equipment solution)

4. Continue to operate with highly corrosive conditions in the ESP and replace the ESP collection plates with a different type of design that would be greatly less susceptible to the type of corrosion experienced by the original design and would require less frequent replacement of ESP internal components. (equipment solution)

5. Reduce the chlorides in the CDS spray water to the low level or less so that operation at higher CDS outlet temperature can be sustained on a long-term basis without excessive stack opacity exceedances and rapid corrosion can be prevented. (process solution)

Approaches 1 and 2 above have been pursued and investigated in an ongoing fashion since the start-up of Units No. 1 & 2 without successful resolution of both the problems of excessive stack opacity exceedances and rapid corrosion of the ESP internal components. The situation that still exists is manifest in the operating assumptions listed at the beginning of this report and discussed previously in this report.

Although contrary to the design specifications, approach 3 above would offer a means of dealing with the problem. However, this is not a solution or mitigation to the fundamental technical problem(s). In this approach, the ESP collection plates are treated as sacrificial components which must be periodically replaced. This would be relatively costly and would have to be repeated on a relatively frequent basis. This approach alone does not address the potential for the corrosion of other ESP internal components that may presently exist or be evidenced over time. Future costs associated with the repair/replacement of other ESP internal components due to corrosion would be very difficult to gauge. Also, the risk to long-term ESP equipment/performance reliability is high with continued operation with a highly corrosive environment. In summary, the major drawbacks to this approach are that it 1) does not address

B.145

the fundamental process and/or equipment problems. 2) will incur high recurring costs associated with materials. labor and possible unintended downtime of a unit and 3) does not address possible ongoing but slower or undetected corrosion to key ESP internal components and shell other than the collection plates.

Approach 4 is simply a variation of approach 3 where different collection plate properties are employed in an attempt to reduce the rapid corrosion rate. The collection plate properties that might be modified include the type of metal and thickness. It is uncertain whether or not the use of more corrosion resistant metals (Corten, stainless steel, etc.) would retard the rapid corrosion process significantly as compared to those in the original design. Also, ESP collection plates made out of these types of metals would be more costly than the original plates. In this approach, the replacement plates might also be made thicker in an attempt to extend the life of the plates and the time between replacements. A roughly 25% increase in collection thickness could probably be implemented within the existing load design safety margin. However, it is not certain that a 25% increase in metal thickness will translate into an increase in time between collection plate replacements of 25%. In any event, this type of modification in itself would not alter significantly the problems/drawbacks related to cost and frequency of ESP collection plate replacement. This will also add to the material cost and will be limited by the capability of the original design to support the additional weight. Also, the increase in the cost of materials and possibly installation would be offset to some extent any decrease in cost due to any extension of the time between plate replacements. It should also be noted that changes to the collection plate properties will most likely impact the plate rapping characteristics requiring some type of investigation. In addition to the special considerations presented in this paragraph for approach 4, the considerations and drawbacks discussed in the paragraph above for approach 3 also apply for approach 4.

I estimate the cost for one replacement of the corroded ESP collection plates with 16 gauge, Corten would be 6.7 million dollars based on replacement of 2/3 of the plates in each unit and not including any lost production revenues due to the replacement. This type of cost would have to be incurred relatively frequently over the design lifetime of the ESPs resulting in a relatively high final total cost (refer to cost comparisons later in the report). In my opinion, approaches 3 and 4 are not good long-term ones because they 1) do not address the fundamental problem(s), 2) are relatively costly, 3) allow significant risk to ESP long-term reliability, 4) interfere with normal plant operation and 5) involve potential costs that would be very difficult to gauge related to longer term corrosion damage to ESP internal components other than collection plates.

Approach 5 above offers a process solution to the problem based on the operating assumption 2. By treating the water to be used as CDS spray water in order to obtain chloride concentrations at the low level or less, more latitude in the CDS outlet temperature will be obtained. If necessary, higher CDS outlet temperatures would be possible in order to mitigate corrosion of the ESP internal components without incurring excessive stack opacity exceedances. This approach addresses the cause (high chloride spray water) of the problem at its source. Therefore, it is technically sound and straight forward.

6

The solution that AES implemented to stop continued corrosion of the ESP internal components is that of approach 5 above along with replacement of 2/3 of the ESP collection plates in Units No. 1 & 2. In my opinion, this solution is reasonable from a technical standpoint.

Certain assumed costs of the solution implemented by AES were stated at the beginning of this report. These costs are re-stated here:

1.  The cost to modify the water treatment system to remove chlorides including O&M costs is 25.2 million dollars.

2.  The interim cost to dispose of the high chloride water until the new water system is on line is 9.2 million dollars.

In addition, the estimated cost (refer to as cost 3) for one replacement of the corroded ESP collection plates with 16 gauge, Corten is 6.7 million dollars based on the replacement of 2/3 of the plates in each unit and not including any lost production revenues due to the replacement.

Cost 1 is necessary in order to modify the water treatment system so that low chloride or less CDS spray water can be used. Cost 2 is necessary because the high chloride water can not be used in the CDS spray water as a means of removing chlorides from the water. Cost 3 is necessary in order to restore the original mechanical and electrical integrity of the collection plates of the Units No. 1 & 2 ESPs so that proper operation can be obtained. The total cost for items 1 and 2 of 34.4 million dollars is reasonable when viewed as the equivalent of about five replacements of 2/3 of the ESP collection plates per unit not including any lost production revenues due to the replacements and any costs associated with corrosion of other ESP internal components. Based on the rapid corrosion of the ESP plates with the high chloride CDS spray water, as many as 12-17 plate replacements would be required to ensure proper ESP operation over the expected 25 year lifetime of the ESP. Based on this replacement frequency range, the estimated cost of plate replacements over the lifetime of the ESP would be 80.4-113.9 million dollars in today's dollars. The cost of the solution AES implemented is 41.1 million dollars. Thus the solution implemented by AES is cost effective. In my opinion, the solution AES implemented is commercially reasonable.

The opinions I have expressed in this report are held to a reasonable degree of engineering certainty based on my education, training, and experience.

B.147

APPENDICES

Resume

# JACK R. McDONALD, Ph.D.
### 3405 Hunters Ridge Road, Columbia, Tennessee 38401
### Telephone: (931)380-5290
### Facsimile: (931)380-5290

## EDUCATION

| | |
|---|---:|
| Ph.D. in Physics, Auburn University, Auburn, AL | 1977 |
| M.S. in Physics & Math, Auburn University, Auburn, AL | 1968 |
| B.S. in Physics & Math, Samford University, Birmingham, AL | 1966 |
| APCA Continuing Education Course on Fundamentals of Dispersion Modeling | 1982 |
| Boiler and End-Use Steam Equipment Efficiency Improvement Seminar and Workshop (Auburn University) | 1984 |
| ASME Continuing Education Course on Computational Fluid Dynamics: Engineering Analysis & Applications | 2000 |

## RELEVANT EXPERIENCE

**Control Device Work:** 33 years experience involving over 300 projects related to various particulate sources (boilers, kilns, incinerators, etc.) and types of particulate and gaseous air pollution control equipment including mechanical collectors, wet/dry and particulate/$SO_2$ scrubbers, ESPs, fabric filters, low $NO_x$ burners, and selective/non-selective catalytic reduction devices. Some situations addressed include:

- Development of <u>first</u> practical and reliable ESP mathematical computer model based on fundamental physical principles and successful utilization of ESP modeling for over 31 years to predict the performance of ESP field installations

- Preparation of detailed, user-oriented manuals on ESP technology, ESP mathematical modeling, and $SO_3$ conditioning

- Evaluation of downstream effects due to implementation of low $NO_x$ burners

- Evaluation of downstream effects due to implementation of selective catalytic reduction and selective non-catalytic reduction from $NO_x$ control

- Analysis and interpretation of particulate source, control device, and stack data with regard to causes of particulate control problems

- Inspection of particulate control equipment to determine short and long term effects on

8

**B.148**

performance
- Applications of mechanical collectors, wet particulate scrubbers and wet and dry ESPs

- Control device applications to many different types of particulate sources

- Development of ESP sizing criteria and specifications for new and upgraded installations based on modeling techniques, existing data/information bases, and good industry practices

- Analysis, evaluation, and utilization of existing ESP specifications for bid response, performance predictions, resolution of disputes, etc.

- Baseline opacity values and spiking or other types of excursions as related to particulate source/control device operation and procedures

- Particulate/acid fallout near plants related to boiler/ESP operation and procedures

- Start-up and shut-down excursions due to boiler/ESP operational procedures and/or performance

- Cold-side ESP performance with different coals, boiler types, ESP types, and flue gas conditioning

- Hot-side ESP performance with different coals and the effects of time-dependent sodium depletion on flyash resistivity

- Needed hot-side ESP performance improvements while maintaining hot-side operation and/or hot-to-cold side ESP conversion and the impact of various fuel supplies and $SO_3$ and/or $NH_3$ conditioning

- Comparison and analysis of different ESP discharge electrode geometries and of impact on ESP performance

**ESP Technology Evaluation:** Evaluation of technologies such as wet designs, pulsed energization, precharging with high intensity ionizers and three electrode systems, two-stage precipitators, RDE designs, humidification, and flue gas conditioning with sulfur trioxide, ammonia compounds, and sodium; technology assessments of proposed or existing particulate emissions control systems, to include impact studies of different fuel sources and technology alternatives on process and control device performance, and equipment selection recommendations related thereto; and inspections of equipment, collection of data related to performance and development of documents/manuals related to the equipment performance.

**Research Activities:** Directed/conducted research dealing with fundamental particle collection mechanisms of control devices (ESPs, filters/baghouses, scrubbers); investigation of scrubbing, filtration, and electrostatic mechanisms for particulate removal from light-duty diesel exhaust gas

9

B.149

(EPA grants/contracts); and theoretical studies related to particle charging process and the gaseous and solid state conduction mechanisms in ESPs. Developed and managed the formulation of the EPA and EPA/EPRI mathematical models of electrostatic precipitation. Developed fabric filter performance and pressure drop prediction models.

**Measurement and Evaluation Activities:** Extensive experience in simulating the performance of laboratory, pilot-plant, and full-scale ESPs. Development of techniques and instrumentation for measuring electric potential distributions and *in situ* ion mobilities in corona discharges and measuring individual particle charges in ESPs. Experience with use of baghouses and scrubbers to collect particulate emissions from stationary sources; use of inertial, electrical, and optical systems to measure aerosol properties in order to establish the performance of particulate control equipment and the particulate concentrations and visible emissions at the stack exit; and use of opacity and light scattering models for many different types of process streams to analyze the effects of mass concentration, particle size distribution, index of retraction, and stack (duct) diameter on visible emissions.

**Litigation Activities:** Experience includes hot- and cold-side ESP issues; issues related to performance guarantees, patents, and personal injuries; and disputes between government, public, and corporate organizations

## POSITIONS HELD RELATED TO AIR POLLUTION CONTROL

**Jack R. McDonald, Inc.**                President/Consultant                1985-Present
*Consulting services in air pollution control technology*

**Pollution Diagnostics, Inc.**          Chairman                           1988-1998
*Measurement services related to air pollution control technology*

**EPSCO, Inc.**                          President/CEO/Consultant           1987-1998
*Consulting services and product development in air pollution control technology*

**EPSCO International, Ltd.**             President/Consultant  1996-1997
*International consulting services in air pollution control technology*

**Crestmont Associates, Inc.**           Manager, R&D/General Manager       1984-1985
*Consulting and construction services and product development in air pollution control technology*

**Paul and McDonald Associates, Inc.**   Vice President                     1982-1984
*Consulting, measurements, and construction management services in air pollution control technology*

**Southern Research Institute**    Section Head, Control Device Research Division 1973-1982
*Research in electrostatic precipitator and fabric filter fundamentals*

10

**B.150**

## PROFESSIONAL ACTIVITIES AND HONORS

- Recognized as an International Fellow by The International Society for Electrostatic Precipitation for outstanding contributions to the science and application of electrostatic precipitation

- Author/co-author of 61 publications and numerous unpublished reports related to air pollution control technologies, including reports on the EPA mathematical model of electrostatic precipitation, EPA manual for use of electrostatic precipitators to collect flyash, and manual for use of $SO_3$ conditioning.

- Speaker at numerous seminars/workshops on cold-side and hot-side ESP operation and conversion of hot-side ESPs to cold-side, ESP operation and maintenance problems, and effects of process conditions on ESP performance

- Chair/panelist in national and international round table discussions on effects of low $NO_x$ burners on ESPs, available $NO_x$ reduction technologies, ESP technologies, and ESP rebuild/upgrade economics, and ESP modeling for Compliance Assurance Monitoring (CAM)

- Reviewer for journals and government agencies, including NSF, DOE, Environmental Science and Technology Journal, Journal of Aerosol Science and Technology, Journal of Applied Physics, and American Society of Mechanical Engineers, and Journal of Electrostatics

- Member of The International Society for Electrostatic Precipitation, Air and Waste Management Association, and American Society of Mechanical Engineers

**B.151**

## PARTIAL LIST OF ORGANIZATIONS RELATED TO SERVICES PERFORMED

- Environmental Protection Agency
- Electric Power Research Institute
- Tennessee Valley Authority
- Loring Air Force Base
- Natural Gas Consortium
- Stone and Webster
- Sargent & Lundy
- Raytheon
- Black & Veatch
- Envirotech/Buell
- Lodge-Cottrell
- Combustion Engineering
- ABB Flakt
- Research-Cottrell
- Wheelabrator
- Alabama Power
- Georgia Power
- Gulf Power
- Gulf States Power
- Public Service of New Mexico
- Northern Indiana Public Service
- DELMARVA Power
- Northeast Utilities
- Wisconsin Power & Light
- Interstate Power
- Iowa Public Service
- Nebraska Public Power District
- Omaha Public Power District
- Duke Power
- Carolina Power & Light
- Virginia Electric Power
- Atlantic Energy
- Pennsylvania Power & Light

- Madison Gas & Electric
- Illinois Power
- Commonwealth Edison
- Detroit Edison
- Ohio Edison
- Indianapolis Power & Light
- Central Louisiana Electric Co-op.
- British Columbia Hydro & Power
- Ontario Hydro & Power
- Union Electric
- Electric Energy Inc.
- Public Service Co. of Oklahoma
- Lower Colorado River Authority
- Salt River Project
- Pacificorp
- Colorado-Ute Electric Assoc.
- Public Service Electric & Gas
- Rochester Gas & Electric
- Kentucky Utilities
- Proctor & Gamble
- Union Camp
- MacMillan Bloedel
- Bowater Southern
- Georgia Kraft
- Weyerhaeuser
- Plateau Oil
- U.S. Steel
- Lone Star Cement
- National Cement
- Niagara Mohawk
- Research Cottrell
- Detroit Edison
- Southern Environmental

## Publications Within Last 10 Years

None

12

**B.152**

## Testimony in Depositions and Trials Within Last 4 Years

1. Testified before an arbitration panel in dispute between Black & Vetch Construction, Inc./PKF Mark III, Inc. Worcester Partnership (Claimant) and Upper Blackstone Water Pollution Abatement District concerning disputed contract and technical issues related to a sewage sludge incinerator source, wet particulate and gaseous control scrubbers, wet ESPs, and regenerative thermal oxidizers.

## Compensation/Fees

$280 per hour

**B.153**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AES PUERTO RICO, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 04-1282-JJF |
| | ) | |
| ALSTOM POWER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF JOHN G. TOHER

I, John G. Toher, do hereby declare as follows:

      1.      I have been retained as an expert witness by Williams & Connolly LLP on behalf of plaintiff AES Puerto Rico, L.P. in the case identified above.

      2.      At the request of plaintiff, I prepared a report concerning the operation and maintenance of the pollution control equipment in the power plant owned by AES Puerto Rico, L.P. A copy of my report, which is dated February 26, 2006, is attached to this declaration.

      3.      The information in my report is true and accurate to the best of my knowledge, information, and belief, and accurately reflects my professional opinions concerning the subjects on which I was retained to opine.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this _8TH_ day of April, 2006.

 

 

                                    _____
                                    John G. Toher

**B.154**

# EXPERT REPORT
# FOR JOHN G. TOHER

Case 1:04-cv-01282-JJF    Document 111-6    Filed 04/10/2006    Page 15 of 26

AES Puerto Rico, L.P. vs. ALSTOM Power, Inc        Feb 26, 2006

## EXPERT REPORT

### Statement of Objective

I've been asked by Williams & Connolly to opine on various issues concerning the operating and maintenance procedures as related to the scrubbers and precipitators at the power generating plant of AES Puerto Rico, LP located in Guayama, Puerto Rico. The opinions herein are expressed with a reasonable degree of engineering certainty. However, I reserve the right to revise and add to my opinions as appropriate.

### Qualifications

My academic background includes a B.S. in Chemical Engineering from the University of Rhode Island. I have over twenty-five years of hands-on experience in air pollution control business/product research and development. During this time I have worked in $SO_x$, $NO_x$, air toxic, and particulate control technologies in the power generation, refinery, and incineration industries. I have extensive field experience with all the various types of gaseous and particulate control equipment and systems. My area of expertise is flue gas desulphurization (FGD), particularly *spray dryer* and *fluid bed absorbers* on coal fired power plants.

I have been offering professional consulting services to the environmental sector since June of 2000. Past and current clients include Alstom Power Inc., Ameren, Subsidiaries of the AES Corporation (Greenidge, Puerto Rico, and Westover Stations), Babcock Power Environmental, Black Hills Generation, Bechtel, Chemical Lime Co., Environmental Elements Corporation, Focis Associates, Graf-Wulff, Lurgi Lentjes Bischoff Gmbh, Lurgi Lentjes N. America, Marsulex Environmental Technology, Mead Westvaco Paper, and Orion Power Midwest.

My curriculum vita and work experiences are included in Appendix A.

**B.156**

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**          **Feb 26, 2006**

## Basis of Opinion

I have based my opinions on my twenty-five years experience with dry scrubbing technology, direct inspection on several occasions of the equipment in question, routine and frequent discussions with plant personnel, and by reviewing the following documents associated with this assignment.

1. AES Project Design Files (3 ring binder) maintained by the writer during the employ of Environmental Elements Corporation. These files include the project specifications, design basis, material balances, and limited information concerning the purchase order between EEC and ABB.

2. The original "Operation and Maintenance Manual" as issued by EEC.

3. Revisions to item 2 above collectively listed as "Control Room Reference---EEC" including the document titled "CDS COLD START-UP" dated 11/14/02 revision 9.

4. AES Operating log books for units one and two.

5. Report from Microbeam re: Analysis of ESP Plate Corrosion

6. Report from Mark XXIII Enterprises, Inc. dated 7 December 2003

7. Report from GE Betz dated January 21, 2004.

8. Letter from TASC Consulting denying warranty claim

9. Letter from Alstom dated July 2, 2004 concerning causes of corrosion and attaching Alstom corrosion report authored by Frank Gabrielli; Mike Borden; and Kurt Johnson

10. Various emails of the writer and others associated with the commissioning of the plant.

**B.157**

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**        **Feb 26, 2006**

## Equipment Functionality

The emissions control technology installed at the AES Guayama power plant consists of circulating dry scrubbers (CDS) followed by electrostatic precipitators (ESP). The primary function of the CDS is to remove acidic sulfur di and trioxide ($SO_2$, $SO_3$) from the boiler flue gases by contacting these gases with an alkaline reagent i.e. fresh calcium hydroxide (hydrated lime) and the natural alkalinity of the boiler flyash. The CDS vessel allows the boiler flue gas to slow down as it passes through the dense bed of circulating lime and boiler fly ash. To enhance the reaction between $SO_2$, $SO_3$ and lime, atomized water is sprayed into the bed, thus lowering the temperature of the bed and providing a thin film of surface moisture where the much faster aqueous phase reactions occur. As the flue gas passes through the moistened mass of bed material, the sensible heat of the gas is used to evaporate the water which in turn cools the gas, elevates its moisture content, and dries the bed material as it becomes entrained in the gases and leaves the CDS. This is an ongoing dynamic process that requires a constant balance of water and recirculating bed material to replenish the materials exiting the CDS.

The ESP further slows the gas velocity and provides positively charged as well as grounded surfaces i.e. electrodes and plates, to collect the particulate material in the flue gas. The degree of collection is a function of the loading of solids entering the ESP and the concentration of solids exiting the stack per the plant's air permit. This collected material is then recirculated back to the CDS for bed material with the excess being removed from the process. There were numerous (daily) emission violations in the first years of operation of the plant (2002, 2003). Most of these violations were for opacity but several were also for $SO_2$.

## Statement of Specific Opinions

1. The corrosion in the precipitators is consistent with moist materials exiting in the presence of sulfur dioxide and chloride salts. These moist conditions are most likely due to the

3of 12

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**          **Feb 26, 2006**

presence of high concentrations of chlorides in the CDS water, low operating temperatures, and low bed density. The original manuals from EEC require an operating temperature range of 156 F for low chlorides to 176 F for high chlorides and a bed density of 3.0 inches. Portions of the manuals were revised during commissioning. New instructions were issued to operate at a temperature of 152 F or an approach of 30 F (whichever is higher) and to use a full load bed density of 1.25 to 1.5 inches. In my opinion, given the high level of chlorides in the process, both of these revised instructions were inappropriate.

2. It is the responsibility of commissioning personnel from the equipment supplier to train plant operators with the proper method of measuring the wet bulb temperature of the flue gas. If the supplier's O&M manuals include a written method, then commissioning personnel should witness use of this method by plant personnel to confirm proper application of the written method. In this case since the supplier's manuals do not include a written method to follow, then it was the responsibility of commissioning personnel to teach one or more of the plant personnel the proper method of measuring this temperature. Acceptable locations for measuring the wet bulb temperature are between the air preheater and the inlet of the scrubber or between the outlet of the precipitator and the inlet of the induced draft fan. Temperature stratification will likely exist in the scrubber inlet duct and this must be taken into consideration if this location is selected. Once readings have been taken several times with good repeatability, then plant personnel can use these readings as a trusted baseline.

3. I do not believe the cause of corrosion in the ESPs was an improper spray pattern from the water nozzles on the CDS. The control room log books do not show frequent or repeated notation of wet ash problems with the scrubbers. In fact, there are very few indications of "broomstick" tests being anything other than satisfactory. There is one severe wetting problem in each unit requiring the scrubber to be taken out of service and cleaned of deposits. This occurred in July and August of 2003. The type of corrosion I saw in the precipitators is not, in my opinion, the result of one specific incident of wall wetting in the

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**          **Feb 26, 2006**

scrubbers. It is more likely the result of one and one-half years of marginal conditions of low bed density, high chlorides, and low temperature that caused the extensive corrosion of ESP plates rather than any one specific wall wetting incident.

4. The routine removal and cleaning of the water spray nozzles served no purpose other than to train the operators how to remove and reinstall these nozzles. Replacing the wear components, such as the mouthpiece, every three to six months is the kind of preventative maintenance that is typical and necessary.

5. The August 2001 O&M manual calls for control logic to raise the CDS operating temperature during a soot blowing cycles, but such control logic was never implemented by Alstom or EEC. The end user of new technology such as AES Puerto Rico would not be expected to change the control logic provided by the original equipment manufacturer (OEM) unless a severe deficiency was discovered that posed a threat to the safety of the equipment or the plant personnel. Even under these circumstances, the plant personnel would typically either advise the OEM of the problems and request improvements be made directly by the OEM or wait until after the warranty period has expired and then make the improvements themselves.

6. It is standard in the industry to follow the direction of the manufacturer's field personnel during commissioning. This supersedes the written manuals until such time as the manuals are updated with all field revisions.

**B.160**

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc            Feb 26, 2006**

# APPENDIX A

JOHN G. TOHER

5401 Weywood Drive

Reisterstown, MD 21136

443-745-5763 Ph        410-429-0921 fax        ijmconsult@comcast.net

### • STRATEGIC THINKER    TEAM LEADER    PROBLEM SOLVER

John Toher has over twenty-five years of hands-on experience in air pollution control business/product research and development.  During this time he has worked in $SO_x$, $NO_x$, air toxic, and particulate control technologies in the power generation, refinery, and incineration industries. He has extensive field experience with all the various types of gaseous and particulate control equipment and systems.  His area of expertise is flue gas desulphurization (FGD), particularly *spray dryer* and *fluid bed absorbers* on coal fired power plants. He has been offering professional consulting services to the environmental sector since June of 2000.  His primary area of expertise involves FGD technologies and their competitive fit in the N. American industrial and utility market.  Past and current clients include Alstom Power Inc., Ameren, Subsidiaries of the AES Corporation (Greenidge, Puerto Rico, and Westover Stations), Babcock Power Environmental, Black Hills Generation, Bechtel, Chemical Lime Co., Environmental Elements Corporation, Focis Associates, Graf-Wulff, Lurgi Lentjes Bischoff Gmbh, Lurgi Lentjes N. America, Marsulex Environmental Technology, Mead Westvaco Paper, and Orion Power Midwest.

Current assignments include compliance strategies, process technology evaluation, technology specifications, capital and O&M cost modeling, market surveys, and evaluation of emerging technologies for FGD applications in N. America.

**B.161**

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**          **Feb 26, 2006**

_____PROFESSIONAL PROFILE_____

Previously Mr. Toher was the Director of Scrubbing Technology at Environmental Elements Corporation where he was responsible for all aspects of the business unit.  He was recruited by EEC to put them into the scrubber business as a natural extension of their particulate control product lines.  Also at EEC, Mr. Toher held positions as Manager, Scrubber Systems; and Director, Business Development.  During this time he secured greater than 50% market share with **spray dryer absorbers** for municipal solid waste incinerators and introduced the circulating fluid bed scrubbing technology to the N. American Power Industry.

Before Environmental Elements Corporation, Mr. Toher was with Niro Atomizer, Inc. as a proposal and process engineer during the introduction of spray dryer absorber technology to the US.  His responsibilities with Niro included technical support of the sales force and commercial scale-up of new process technology at the demonstration plant in Minneapolis, Minnesota.

Prior to joining Niro Atomizer, Mr. Toher was a process/project engineer with Genstar at their pulverized limestone plant in Texas, Maryland.  He was responsible for optimization of minerals processing technology such as ball mills (wet & dry), air classifiers, centrifuges, froth flotation, spray dryers, and pneumatic conveying systems.

He has a BS in Chemical Engineering with a minor in Business from the University of Rhode Island.


## **Attachment A - Relevant Experience**

Experiences while working with Niro Atomizer and their North American partner, Joy Manufacturing, were:
- I managed the performance testing of several spray dryer absorber (SDA) flue gas desulphurization (FGD) systems as a

Case 1:04-cv-01282-JJF     Document 111-6     Filed 04/10/2006     Page 22 of 26

AES Puerto Rico, L.P. vs. ALSTOM Power, Inc          Feb 26, 2006

final effort leading to acceptance of the system by the
Purchaser.

- I participated in several dry FGD research and development
  efforts at a 100 megawatt commercial demonstration SDA in
  Minneapolis, MN.  These efforts were focused on various
  calcium and sodium based dry sorbents being investigated for
  simultaneous control of oxides of sulfur and nitrogen in the
  flue gases of a coal fired boiler.

- I participated in dry FGD research and development efforts
  using an industrial size SDA at the process steam boilers on-
  site at Argonne National Laboratories in Illinois.  These efforts
  were focused on performance issues with the SDA technology
  with high $SO_2$ concentrations and operating with greater than
  90% capture of $SO_2$ in the boiler flue gas.

Experiences while working with Environmental Elements Corporation
were:

- I managed the transfer of the circulating fluid bed (CFB) FGD
  technology between Germany and Baltimore, Maryland.  This
  involved securing detailed process and design information for
  the CFB technology and all its supporting equipment.  Part of
  this process was to visit as many operating sites as possible
  within Germany, Switzerland, and Austria to review operating
  data and discuss operating and maintenance issues with plant
  personnel.

- I participated in the design and operation of a pilot plant scale
  CFB scrubber in North Dakota.  The pilot plant was designed
  to investigate parametric design issues associated with using
  the CFB technology for high removal efficiency of high SO2
  concentrations in the off-gas of a thermal oxidation process at
  the Dakota Gasification Plant in Beulah, N. Dakota.  The
  primary thrust of these efforts was to demonstrate greater
  than 90% reduction on concentrations of SO2 up to 6000 ppm
  with a lime utilization of 60% or better.

B.163

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc          Feb 26, 2006**

- I managed the design and commissioning of the first three CFB dry scrubbers in N. America.  The first two jobs ranged from the smallest to the largest applications in the market of interest as well as from Western subituminous low sulfur coal to Eastern bituminous medium sulfur coals.   The third project consisted of a new application of the CFB technology, developed here in the U.S., as a polishing scrubber following a circulating fluid bed boiler.

I have been a sole proprietor consultant since 2000.  Some of my contracts in this role consisted of the following:

- **FGD Technology Evaluation** – (2000) Hired by an independent power company to assist in the selection of CFB dry scrubbing technology for a re-powering project at their plant.  This assignment involved a review of equipment design criteria, technical performance capability, O&M cost, and commercial issues associated with bids taken by the client.

- **SDA Bid Preparation** – (2001) Hired by a technology provider to assist in the preparation of a firm bid proposal for dry scrubbing (SDA) technology.  This assignment included writing and editing the entire text of the proposal as well as preparing guarantees for operating cost and emission performance.

- **FGD Market Analysis** – (2001) Hired by a technology provider to define the emerging N. American FGD market in the Power Industry.  This assignment involved preparing a detailed summary of the market based "cap and trade" program of sulfur dioxide emissions, EPA's system of SO2 allowances (allocation, redemption, etc..), and the national bank of allowances.  This was an extensive review that involved both qualitative and quantitative analysis.  The final report format was both text (bound) and a power point presentation.

- **EPC Contractor Selection** – (2001) Hired by an independent power company to assist in the evaluation and

**B.164**

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc          Feb 26, 2006**

selection of EPC bids for the installation of CFB dry scrubber technology at a power generating station in Ohio.  My assignment was to evaluate the contractor's understanding of the dry scrubbing technology to be installed and verify the completeness of each bid with respect to scope and division of work.

- **"Lime in the FGD Market" Analysis** – (2002) Hired by a Lime Manufacturer to define the opportunity for growth of lime demand in the U.S. Power Industry.  This was a two part assignment.  Phase one consisted of a broad based definition of the location, size, and timing of the FGD market in the N. American Power Industry.  It also included historical market share of lime and limestone based technologies in the 80's and 90's, factors influencing the selection of either lime or limestone based FGD technology, and growth assumptions for lime demand going forward (though 2010).

- Phase two was a series of audits of SO2 emissions and allowances held or allocated.  It involved a system-wide review of the generating assets of ten individual companies.  The report identified the magnitude of the company's excess emissions with projections of the location and timing of units to be scrubbed or retired.

- **SDA Corrosion Investigation** – (2004) Hired to investigate and find the "root cause" of severe corrosion being experienced with a spray dryer absorber in the pulp & paper industry.  A final report with recommendations was issued in late summer of 2004.

- **FGD Technology Selection** – (2004) Hired to write technical specifications to be incorporated into the RFQ for a complete fluid bed FGD system on a new coal fired power generating plant.  This assignment consisted of evaluating fuel specifications, writing the technical RFQ, evaluating OEM bids, and making equipment recommendations to the new plant owner and operator.

**AES Puerto Rico, L.P. vs. ALSTOM Power, Inc**                    **Feb 26, 2006**

- **FGD Technology Selection** – (2005) Hired to recommend compliance options for an existing power plant under a state consent decree  This assignment consisted of evaluating fuel specifications, screening dry scrubbing technologies (spray dryer and fluid bed), sizing & layout of major equipment components, and making recommendations to the plant owner and operator.

- **Technical Advisor** – (2005) Hired to act as the Owner's advisor for a power plant that has contracted for fluid bed scrubbing technology that will be retrofitted onto the plant.  This assignment will consist of reviewing contractor submittals and advising the Owner of issues that could affect equipment performance.

- **Technical Advisor** – (2005) Hired by a major mid-Atlantic EPC based contractor in the power generation industry.  The initial assignment was to facilitate a more thorough knowledge of the fluid bed scrubbing technology at the executive level of the company.  They were anticipating the first of many contracts that would include the fluid bed technology in their scope of supply; I was hired to help them assess the maturity of this technology as well as the commercial risk associated with being liable for its performance.

- **FGD Technology Screening** – (2005) Hired to assess the fit of dry scrubbing technology on several stations within the client's fleet of operations.  This assignment consisted of evaluating current & future fuel specifications, economic modeling of scrubbing technologies (spray dryer, fluid bed, and wet), sizing & layout of major equipment components, and making recommendations to the plant owner and operator.

**B.166**

AES Puerto Rico, L.P. vs. ALSTOM Power, Inc          Feb 26, 2006

## Attachment B – Compensation

My fee to AES for providing professional services in this matter is
$100. per hour plus travel and living expenses at actual cost.

B.167