**Karl Hogenefelt**

Page 141

1        A.    Yes.

2        Q.    **Mike Rini?**

3        A.    Mike Rini was the manager of

4 engineering I think at that time.  And Lars-Erik

5 Johansson is the manager of the Global Technology

6 office in Sweden.

7        Q.    **Which is also part of Alstom?**

8        A.    Yes.

9        Q.    **Anybody else this went to?**

10       A.    No, not what I know.  I can't remember

11 exactly, but I usually put all the names when I do

12 something like this.

13       Q.    **You don't have any recollection of**

14 **sending it to anybody else?**

15       A.    No.  I don't.

16       Q.    **Can you look at the last bullet on**

17 **your summary, please.**

18       A.    Yes.

19       Q.    **The last sentence of that bullet says:**

20 **"For the long term, there is a risk for corrosion by**

21 **operating the CDS at 150 degrees Fahrenheit."  Did I**

22 **read that correctly?**

23       A.    Yes.

24       Q.    **And to be clear, when you say**

25 operating at 150 degrees Farhenhit, you're referring

B.205

**Karl Hogenefelt**

Page 142

1 to the CDS outlet temperature?

2          A.      Yes.

3          Q.      And it turns out the risk you

4 identified is an accurate risk, it actually came to

5 pass, right?

6          A.      Yes.  Yes, this was a year earlier.

7          Q.      And the risk here is the risk of

8 corrosion caused by operating the outlet temperature

9 with high chloride water, correct?

10         A.      That's correct, yes.

11         Q.      Now, the EEC personnel on staff during

12 commissioning instructed the plant to run using 150

13 degrees CDS outlet temperature even when using high

14 chloride water because that was the only way for the

15 equipment to comply with the air emission limits for

16 opacity, correct?

17         A.      I don't know about the high chloride

18 water at this time.

19         Q.      Okay.  Well, would it be fair to say

20 that the EEC commissioning staff on site in October

21 2002 ran the plant at 150 degrees Fahrenheit outlet

22 temperature because that was the only way to make the

23 equipment perform properly to comply with the air

24 emission limits for opacity?                      B.206

25                      MR. EDWARDS: Objection.

Page 219

1 collector plates?

2          A.    I think that's the right

3 interpretation.  That's my thought.

4                          (Thereupon, the respective

5                          document was marked Exhibit

6                          No. 18.)

7          Q.    I'm going to hand you what's been

8 marked as exhibit 18, and ask you to identify it for

9 the record.

10          A.    Yeah, this is my trip report from the

11 visit to the site in November 2003.

12          Q.    Specifically, your visit to the site

13 on November 23rd, 2003, through November 25, 2003;

14 correct?

15          A.    Correct, yes.

16          Q.    And your report is dated November

17 26th, 2003, is that correct?

18          A.    That's correct, yes.

19          Q.    And you wrote this report?

20          A.    Yes, I did.

21          Q.    Do you see there is number one,

22 corrosion, on the first page?

23          A.    Yes.

24          Q.    There is a sentence that starts with

25 the word unfortunately about four lines down?

B.207

**Karl Hogenefelt**

Page 267

1 and maybe it is okay.

2          Q.    Okay.  And you wouldn't put his

3 suggestion about using a different material for

4 components of the ESP higher on the list because his

5 suggestion was expensive as he fully acknowledges in

6 his e-mail, right?

7          A.    Yes.  Yes.

8          Q.    Same with Mr. Lindau's  suggestion

9 about fabric filter, you wouldn't have put that high

10 on the list of solutions because it was expensive,

11 right?

12         A.    Yes, I mean its major rebuilds and

13 first we should see that we correct the recommended

14 operating conditions, so we follow that.

15                         (Thereupon, the respective

16                         document was marked Exhibit

17                         No. 23.)

18 BY MR. WILLIAMS:

19         Q.    Right.  Okay.  You can put that

20 exhibit aside.  And I'm going to show you what's been

21 marked as exhibit number 23, which purports to be a

22 report from a company called TASC, T-A-S-C,

23 Consulting Services to Linda Rothe, who works in

24 Alstom's Windsor office, dated July 2nd, 2004, and

25 the subject is analysis of precipitator curtain

B.208

**Karl Hogenefelt**

Page 268

1 corrosion warranty claim.  Do you see that?

2          A.    Yes.

3          Q.    My first question to you is whether

4 you've seen this report before?

5          A.    Maybe I have.  It's nothing that

6 directly comes to mind.

7          Q.    Could you just -- it's short.  If you

8 could take a minute to read it and I will ask you

9 some questions about it.

10          A.    And who is the person that has written

11 this report?

12          Q.    Well, it comes from TASC Consulting

13 Services, and it appears to be written -- on the

14 second page it says it's written by someone named

15 Dreu Beers?

16                          MR. EDWARDS: Is your

17               question still pending?

18                          MR. WILLIAMS:  My question

19               for you -- sorry.  I don't think I had

20               a question, just to read.

21                          MR. EDWARDS:  I don't think

22               you did.  Let him ask you a

23               question.                          **B.209**

24 BY MR. WILLIAMS:

25          Q.    My question for you is having reread

Page 269

1 this, do you have any recollection having seen this

2 before?

3          A.    I -- maybe so, but it's nothing that

4 comes to mind right here.

5          Q.    Do you see that the report concludes

6 that sulfuric acid was allowed to collect on the ESP

7 collector plates?

8          A.    Yes.

9          Q.    And that sulfuric acid caused

10 corrosion?

11         A.    Yes.

12         Q.    You laugh.  How come?

13         A.    I -- when I'm reading this report I

14 get a feeling that this person is not so familiar

15 with the process.

16         Q.    So it would be fair to say that you

17 don't agree with that conclusion as to the cause?

18         A.    I don't agree with what he's saying

19 here.

20         Q.    Just so the record is clear.  You

21 don't agree what this report states what the cause of

22 it -- I'm sorry.  Strike that.

23               You don't agree that the report

24 accurately states what the cause of the corrosion was

25 at the at AES Puerto Rico facility, right.

B.210

280

<u>C E R T I F I C A T E</u>

STATE OF TENNESSEE:

COUNTY OF KNOX:

I, Georgette H. Mitchell, Registered Professional Reporter, Certified Court Reporter (TN) and Notary Public, do hereby certify that I administered the oath to the deponent, that I reported in machine shorthand the above testimony, that the foregoing pages, numbered 1 to 280 inclusive, were done by computer-aided transcription under my supervision and constitute a true and accurate record of the proceedings, and that there has not been a request made by the deponent to review the transcript.

I further certify that I am not an attorney or counsel for any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

Witness my hand and official seal this the 25th day of January, 2006.

_Georgette H. Mitchell_

GEORGETTE H. MITCHELL
Registered Professional
Reporter, Certified
Court Reporter (TN)
My commission expires: 4-6-08.

B.211

# ALST⊙M

**MEMORANDUM**

**Power**

Environmental Control Systems Business

To:    Dennis Loslo, Tom Pearson, Stefan Ahman
       Mark Fiedler, Leif Lindau, David Anderson     cc:  Tom Lillestolen, Lars-Erik Johonsson

From:  KARL HOGNEFELT

Date:  10/15/2002, date of trip 10/12/02 – 10/15/02

Subject: Trip report AES Puerto Rico

The 2 x 250 MW plant is in the startup phase and writer were requested by ALSTOM Windsor to come to site to support in trouble shooting on problems with the CDS and ESP air pollution control system supplied by Environmental Elements (EEC).
People met at site:
Bill Jarvis, Project Manager ALSTOM
Gary Mattice, Commision Mgr ALSTOM
Fred Cambell, ALSTOM
Bill van Hooser, EEC
Rich Hoch, EEC
Rob Kohl, EEC

**AL1-05902**

**The following are notes made for each day on site:**
**Saturday 10/12/02**
Both units 1&2 had started the 100-hour performance test Saturday morning. The load was at approximately 50%. Plans are to increase load 85% on Sunday and to100% on Monday. Before starting the CDS that morning the ESP was working well and the opacity was 1-2%. The start of the CDS caused a major opacity spike 70-80% for 30-40 minutes. It seems that the ESP have difficult to keep up when the ash load is increased and till the water spray has reduced the temperature down to 150F that is the normal gas temperature with CDS in service. How can this major opacity spike be avoided at startup?

It has been observed that the rotary feeders at the back end ESP hoppers also will cause opacity spikes when in operation. EEC has tried to operate the feeders continues at the 5th and 6th field hoppers but this will increase the opacity and the feeders were now set to start on timer with only one of the feeders operating at the same time. The 100-hour test condition did

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com


**EXHIBIT**
**9**
1-10-06 Ho snof-dt

ALSTOM Power      1
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

**B.212**

**MEMORANDUM**

**Power**

Environmental Control Systems Business

not allow for any changes in the control of these feeders. It was discussed to change to have high level hopper alarm controlling the operation of the feeders.
Why will the operation of these feeders cause an increase in opacity?
Is the pressure differential enough to create a gas leak up to the hoppers and take the fine dust out to the stack?
The feeders have been checked to have a clearance between house and rotor of 10-13/1000 of an inch, that correspond to supplier specification. The packing on the slide gates above the feeders have been checked and changed in some cases when leaks have been noticed. A leak from ambient in this area is not good and will definitely cause turbulence inside the hopper and prevent the discharge of the ash.
This real fine dust collected in the last field hoppers has at a couple occasions been dumped to the ash silo by closing the feeder from first row of hoppers and open the diverter valve in the air slide.  This can be done for one airslide at the time for a short time of 5-10 minutes. This action has resulted in a more stable operation with fewer opacity spikes.

The ash recirculation process does only allow for ash bleed-off from the first field hopper and the fine dust collected in the last field will only be recirculated and concentrated in the ash in the CDS system.
Is it more difficult to wet high concentrations of fine dust fed to the CDS?
Are sudden higher concentrations of fine dust to the ESP causing the opacity spikes?
Is this fine dust also high resistivity and difficult to catch in the ESP?             **AL1-05903**
Or is it just backflow in the feeders into the hoppers that cause the opacity spikes?

To come closer to the answers to these questions view ports were installed on the inspection doors on the side of the ESP above the hopper level.
The ESP power levels are very important to evaluate performance of the ESP.
Power readings for both ESP units were collected from previous and current day operations.
With the current load of 50% the power readings are very good. See attachment 1.
There is no indication of any back corona with the last 6 electrical fields on max current.

**Sunday 10/13/02**
The load had been increased to approximately 85% load (213 MW) for both units. The opacity was slightly higher than yesterday and had some more spikes. The average opacity was still below 4%.
Observation from the view ports did confirm that back end collecting plates are very clean and have only minor dust of very fine fractions. At rapping there will be a dust cloud that will take about 30 second to clear. The rapping sequences had been adjusted from previous

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

2

**MEMORANDUM**

**Power**

Environmental Control Systems Business

AL1-05904

settings to a less aggressive timing on the front field. The last field was set to rap once every 40 minutes. The outlet-perforated screen has rapping and was set to rap every 30-minute. It was suggested to EEC that the perforated screen rapping could be reduced to reduce risk for opacity spikes every 30 minute.

The power readings from ESP's at 85% load still show very high current levels in the last 6 fields. The voltage varies from 58 to 63 kV in the different fields. See attachment.
It was noted that two TR's fell out of service on unit 1 at two occasions for no reason. The TR's were restarted and the power came back to normal. EEC said that they were aware of the problem and were going to correct this in the software for the ESP TR controller.

There were alarm for high level in one last field hopper in unit 1 and two hoppers in field5 in unit 2 ESP. The operation of the discharge rotary feeders did not help and operations had to check the hoppers closely as they seem to have plugged outlets. Poke holes were opened and rods were used to clear blockage. The level instruments were also checked to give the right signal. The process of breaking to blocked hopper there were noted a couple opacity spikes caused by opening the poke holes.
A leak was noted at hopper 450A at unit 2 at the packing for the slide gate damper. This needs to be corrected. A leak in this area can cause increased opacity, risk for condensation and plugging of hopper outlet and also be a risk for corrosion in the long time. The leak was reported to EEC.

The CDS require the four nozzle lances to be cleaned once a shift. The cleaning procedure will cause a disturbance in the process and show increased opacity. The cleaning procedure was changed to have a spare nozzle lance ready for exchange when removing a dirty lance. This reduces the time for one nozzle out of operation and will reduce the influence on the temperature control of the gas temperature. Previous noted opacity spikes when cleaning nozzles was reduced with the new procedure. A typical dirty nozzle has a ½" muddy deposit around the tip and can easily be cleaned with a steel brush and a rug. Minor deposits were noticed inside the nozzle cover. These nozzles do not have any air flushing.

**Monday 10/14/02**
Unfortunately unit 1 boiler had got a tube leak during the night and was forced to go down. To repair this leak it was estimated it would take at least seven days before they could start again. There were plans made to look inside the CDS and the ESP to look for any possible ash build up from steam released from the boiler. The internal inspection can be made when the cooling is finished on Thursday.

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power          3
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

## MEMORANDUM

**Power**

Environmental Control Systems Business

Unit 1 continues to run and the load was increased to 100%. For some time it was even tested at 266MW that is 105%. The CDS and ESP preformed well at this full load. The opacity was around 5% with some minor spikes related to the rapping of the ESP. The ESP power readings were very good and are show in attachment. The CDS were set to run at 150°F outlet temperature and the SO2 collection was very good. See data in attachment.

Startup problems with the CDS with high opacity levels (50-70%) have been noticed. The CDS start procedure includes start of ash feeding and then start of spraying of water to get the gas temperature down to 150°F. The ESP cannot collect the high ash concentration without lowering the gas temperature. The longer time it takes to get down to normal operating temperature the bigger opacity spike. At Monday evening it was demonstrated at 100% load that the CDS can be taken off line and than set into service again in a very short time (approximately 30minutes) and this will result in a very short opacity spike that will not influence the 6-minute average opacity.

Technical data for the fluegas was taken from the Sims system at 100% load and are reported in attachment. The test points for the Sims system are located half way up in the stack.

During all Monday Unit 2 CDS and ESP were running very good at 100 – 105% load with very few opacity spikes. Unfortunately the 100 hour performance test have to be restarted when unit one boiler is repaired and can be restarted. The test requirements state that both boilers will be running with similar load.

**AL1-05905**

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power                    **4**
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

**MEMORANDUM**

**Power**

Environmental Control Systems Business

## ESP power data

Date 10/10/02, **Unit 1**, load 85%, opacity 1.71%

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kV | 46 | 52 | 63 | 56 | 4 | 13 | 0 | 64 | 64 | 63 | 66 | 59 |
| MA | 254 | 316 | 312 | 433 | 246 | 930 | 0 | 912 | 1051 | 985 | 931 | 1043 |
| Sparks | 49 | 50 | | 48 | 8 | 2 | 0 | 14 | 1 | 0 | 0 | 0 |

Date 10/11/02, **Unit 1**, load 85%, opacity 1.34%

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kV | 41 | 51 | 54 | 55 | 32 | 26 | 63 | 64 | 65 | 63 | 66 | 59 |
| MA | 208 | 278 | 297 | 396 | 403 | 199 | 791 | 1005 | 1036 | 1022 | 900 | 1056 |
| Sparks | 49 | 48 | | 48 | 55 | 52 | 49 | 11 | 8 | 0 | 0 | 0 |

Date 10/12/02, **Unit 1**, load 46%, opacity 3.57%

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kV | 56 | 58 | 65 | 59 | 54 | 64 | 67 | 65 | 65 | 62 | 66 | 58 |
| MA | 358 | 563 | 350 | 624 | 471 | 885 | 1050 | 1136 | 1114 | 1021 | 898 | 1060 |
| Sparks | 51 | 53 | | 52 | 57 | 31 | 7 | 0 | 0 | 0 | 0 | 0 |

Date 10/13/02, **Unit 1**, load 72%, opacity 0.76%

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kV | 53 | 57 | 54 | 59 | 66 | 0 | 0 | 65 | 66 | 63 | 66 | 58 |
| MA | 207 | 399 | 456 | 699 | 1005 | 0 | 0 | 1090 | 1071 | 998 | 819 | 1044 |
| Sparks | 49 | 50 | 59 | 51 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Date 10/13/02, **Unit 2**, load 72%, opacity 4.9%

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kV | 57 | 61 | 57 | 61 | 60 | 63 | 63 | 64 | 63 | 63 | 61 | 61 |
| MA | 263 | 482 | 547 | 679 | 774 | 972 | 1042 | 1135 | 1106 | 1162 | 1112 | 1126 |
| Sparks | 50 | 51 | 50 | 45 | 48 | 19 | 5 | 0 | 0 | 0 | 0 | 0 |

**AL1-05906**

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power                    5
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

**MEMORANDUM**

**Power**

Environmental Control Systems Business

## CDS OPERATION DATA

| UNIT | 1 | 2 | |
|------|---|---|---|
| DATE | 10/13/02 | 10/14/02 | |
| LOAD | 213MW (85%) | 255MW (100%) | |
| GASFLOW (ACFM) | 619950 | 723930 | |
| TEMPERATURE IN (F) | 283 | 276 | |
| TEMPERATURE OUT (F) | 150 | 150 | |
| So2 IN (PPM) | 110 | 160 | |
| So2 OUT (PPM) | 0.4 | 0.4 | |
| Delta P (Inch WC) | 1.4 | 2.16 | |
| Lime feed lb/hr | 265 | 246 | |
| Opacity out ESP | 3.3 | 3.0 | |

## SIMS DATA FOR UNIT 2, DATE 10/14/02

| LOAD | 255MW | |
|------|-------|---|
| GASFLOW | 658 KSCFM | |
| TEMPERATURE (STACK) | 162°F | |
| SO2 | 7.43PPM | |
| NOX | 48.7PPM | |
| CO | 19.7PPM | |
| O2 | 5.76% | |
| CO2 | 11.85% | |
| OPACITY | 3.6% | |
| | | |
| CALCULATED VALUES | | |
| NOX EMMISSION | 0.076LB/MBTU | |
| NOX MASS | 202LB/HR | |
| NOX CORRECTED TO 7% O2 | 45.2PPMVD | |
| SO2 EMMISSION RATE | 0.006LB/MBTU | |
| SO2 MASS EMMISSION | 16.2LB/HR | |
| SO2 CORRECTED TO 7% O2 | 2.3PPMVD | |
| CO EMMISSION RATE | 0.018LB/MBTU | |
| CO MASS EMMISSION | 49.9LB/HR | |
| CO CORRECTED TO 7% O2 | 18.2PPMVD | |
| OPACITY 10 SECOND AVG | 3.2% | |
| OPACITY 6 MINUTES AVG | 3.2% | |

AL1-05907

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power          6
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

B.217

1. 1309. 9144 BUB

**B.218**

AL1-05908

# ALSTOM

**MEMORANDUM**

**Power**

Environmental Control Systems Business

| To: | Bill Jarvis | cc: | Jim Yann |
|---|---|---|---|
| | Tom Lillestolen | | Mike Rini |
| | Peter Maurin | | Lars-Erik Johansson |

From: KARL HOGNEFELT
Date: 10/16/2002

**Subject: Summary AES Puerto Rico trip report**

The following is a summary of my notes from a trip to AES Puerto Rico power plant to support in trouble shooting on the EEC air pollution control equipment:

- Startup problems with the CDS with high opacity levels (50-70%) have been noticed. The CDS start procedure includes start of ash feeding and then start of spraying of water to get the gas temperature down to 150°F. The ESP cannot collect the high ash concentration with out lowering the gas temperature. The longer time it takes to get down to normal operating temperature the bigger opacity spike. At Monday evening it was demonstrated that the CDS can be taken off line and than set into service again in a very short time and this will result in a very short opacity spike that will not influence to 6-minute average opacity.

- The procedure for cleaning the CDS nozzle lances has been improved to reduce the time for influencing the process. There are four nozzles lances per reactor that need cleaning once a shift. Now they have a spare lance for exchange with a dirty that will reduce the time for change and risk for influence the process. Previously noted opacity spikes at cleaning of nozzles were reduced with new procedure.

- ESP power levels are good even at full load and resulting in opacity of 4-5%. Opacity spikes had previously been noted when feeding the fine dust from last row of hoppers. Minor leaks in this area can have a detrimental effect and cause dust to slip out and result in an increase of opacity. Correction had been made to leaks at slide gate dampers.

- The process does not have any ash discharge to silo for the back end hoppers. The system will get a higher concentration of fine dust the longer you operate. EEC has now accepted that this fine ash will be redirected and dumped to ash silo when hoppers show high level. This will reduce risk for opacity spikes at increased feed of this fine dust to process. There is no problem meeting the SO2 removal requirements at current operation. For long term there is a risk for corrosion by operating the CDS at 150°F.

There is a full report from this trip with more technical information if you are interested.

**B.219**

**AL1-04941**

EXHIBIT
10
1-10-06 Hognefelt

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 2000
Fax: +33 1 47 55 3699

# ALSTOM

**Power Environment**

Environmental Control Systems

## TRIP REPORT

**Subject: Visit to AES Puerto Rico 11/23/03 – 11/25/03**

**Author: Karl Hognefelt**                          **Report date 11/26/03**

The purpose of my trip to AES Guayama, Puerto Rico was to support customer and to inspect the unit 2 ESP that was off line.
The following are my notes on the different subjects:

1. **Corrosion**

   The CDS & ESP had been operating satisfactory before the outage and the previous reported opacity spikes seem not to occur after the increasing of the rapping frequency for all fields.

   Unfortunately it was noticed that there were a lot of corroded collecting plates in the ESP. Many plates had been corroded so bad that the lower end had separated and could easily shorten the DE system. Most of the corrosion seems to be in the bend between the flat surface and the reinforcement ribs at the ends. The bends probably has built in stresses and this has increased the corrosion. There were many plates that had 10-15' sections where the flat plate section were loose from the reinforcement ribs and also reinforcement ribs that were all loose from the plates. Some of the flat areas were also hard corroded and very thin or gone. It is very difficult to understand why the electrical fields were not shortening out and how the ESP could perform as good as it did before the outage.

   Most of the corrosion is concentrated to the lower half of the ESP. Inspection from the roof area do not show any signs of corrosion. This gives an indication that temperature stratification can have had an influence on the corrosion. Thermo couples will be installed in the roof area and on the hopper walkway to see how much the temperature differs in the box.

   The worst corroded area are in mechanical field 3 and 4 of the total 6 field long ESP. There are 400 – 500 plates that I counted that need to be replaced because of bad corrosion. This is only counting what you see direct from the walkways and not counting intermediate plates and areas difficult to inspect.

   The two last fields in both sides seem to have less corrosion and I did not see any plates in these fields that need to be replaced now.

   Some plates were also corroded bad at the connection to the bottom bar and had in some cases come loose from the guide bar.

**AL1-05732**

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power Environment
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 20 00
Fax: +33 1 47 55 25 62



EXHIBIT
18
1-10-06 Hognefelt

**B.220**

# ALSTOM

The following sketch show approximate location of the corroded collecting plates:



From the sketch above you can see that the worst corrosion was noticed between field 3 and 4.



## 2. OTHER OBSERVATIONS

There were major ash build up "snow balls" on some of the DE spikes. Most of them were located in the upper part of ESP and concentrated to a couple of rows in most

B.221

AL1-05733

# ALSTOM

fields. Some build up were as big as there were only 2" space to the collecting plate. I could not see any relation between the DE ash balls and the corroded collecting plates. There were also noted that some of the stabilizer insulator located in the bottom of the DE frames were broken and need to be replaced.

3. **Notes from discussions with Paul Stinson AES.**

- AES had two men from FLS service on site to do their evaluation of the corroded collecting plates. Both of them had been working for EEC and were familiar with the ESP design.
- FLS service gave instructions to AES on what to cut out of the corroded collecting plates and how to reinforce with new flat bars.
- FLS had told Paul that the corrosion could be related to high sparking and Paul was going to reduce to maximum spark rate as long as it did not increase the opacity.
- I told Paul that I did not believe that the sparking had any significant influence on the corrosion. I told him that corrosion pattern indicated that it was more related to operating temperature. (Corrosion concentrated to lower area, lower temperature) I also told him that the high chloride content in the CDS water would increase the risk for corrosion.
- Paul admitted that there is a high chloride content in the water but the plant has no choice but to use this water as their operating permit is based on zero discharge.
- Paul agreed to increase the operating temperature and tried this direct in unit 1. No problem to go from 153°F to 165° and further to 175°F. The opacity stayed the same about 3-5% but the SO2 increased as expected and they increased the hydrated lime feed to compensate for this. Paul instructed the operators for unit 1 to continue to run at the elevated temperature after the CDS of 175°F.

B.222

AL1-05734

# ALSTOM

- Paul told me that he had just found that there is a diagram in the O&M manual that show an operating temperature of 175°F when they use high concentration of chloride water for the CDS.
- Paul also told me that AES has placed an order for new collecting plates to replace the corroded plates. The number of plates ordered corresponds to total replacement of all plates in one and 1/3 box. They will have plates available for unit 1 ESP if needed.
- The new collecting plates will be made in Corten material and increased thickness from 18Ga to 16Ga. I reminded him that this would be an increase in dead load and to check for structural increased load.
- Paul will also rewire the rappers to rap the leading and trailing edge of the collecting plates on the same time. He believes this will make the rapping further efficient and will not require more of the control system.
- Data from recent water analyze show that the chloride content is around 2500-3000 ppm. The data I saw vary but seem to be in this range most of the time.

## 4. CONCLUSION

The reason for the bad corroded collecting plates is probably a combination of using high chloride contents water and operating at a too low temperature. The reason for the hard corrosion on the collecting plates is also related to the electrical field strength that will concentrate the chlorides to the plate surface and increase the corrosion. Samples from corroded collecting plates has been taken and sent to Windsor for analyze. This analyze will show what is on the corded plate surface and if there is a concentration of chlorides as suspected.

There were no signs of corrosions on the casing walls or hoppers.

B.223

AL1-05735

**ALSTOM**

**TYPICAL CORROSION OF COLLECTING PLATE**



AL1-05736

B.224

# ALSTOM

**OPERATING DATA UNIT 1**



AL1-05737

# ALSTOM

## MORE OPERATING DATA UNIT 1



B.226

AL1-05738

1    06-84210 mkh

2

3              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

4

5    AES PUERTO RICO, L.P.,    *
          Plaintiff,           *

6                              *

     VS.                       *    C.A. No.04-1282-JJF

7                              *

     ALSTOM POWER INC.,        *

8         Defendant.           *

9

10

11                                    COPY

12

13    *****************************************************
                    ORAL DEPOSITION OF

14                    TRACY JARVIS
                    MARCH 2, 2006

15    *****************************************************

16

17

18

19

     ORAL AND VIDEOTAPED DEPOSITION of TRACY JARVIS,

20   produced as a witness at the instance of the
     Defendant, and duly sworn, was taken in the

21   above-styled and numbered cause on the 2nd of March,
     2006, from 9:22 a.m. to 3:57 p.m., before Mary Kay

22   Hendricks, CSR in and for the State of Texas,
     reported by machine shorthand, at the offices of the

23   Schwartzenburg Law Offices, 5300 Memorial, Suite
     700, Houston, Texas, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on the
     record or attached hereto.

25                                        B.227

1    osmosis and an ion exchange system.

2        Q.   What does the ionic exchange system do?

3        A.   It is -- it acts as a polisher after the

4    water passes through the reverse osmosis.

5        Q.   What do you mean by "a polisher"?

6        A.   It takes the water and makes it ultra pure

7    quality.

8        Q.   I'll direct your attention back to

9    Exhibit No. 3.  The bottom paragraph, the first

10   line, we talked about the Cl2 stations.  The next

11   sentence says, "Is close to the initial price, but

12   we now have four Cl2 detectors."  What are the Cl2

13   detectors?

14       A.   This would have been correspondence with

15   Carlos to -- we were in discussion of buying some

16   leak detectors for the chlorine gas.

17       Q.   And who is Carlos Alequin?

18       A.   He would have been a water treatment

19   operator.

20            (Jarvis Exhibit No. 4 marked.)

21       Q.   (BY MR. VITTORIA)  You've been handed

22   what's been marked as Exhibit No. 4.  I'll ask you

23   to take a look at that.

24       A.   Okay.                          **B.228**

25       Q.   This is an excerpt from another complete

Tracy Jarvis

```
 1    document, but do you recognize this as a diagram of
 2    the water treatment system following the inclusion
 3    of a new RO system?
 4        A.    I don't recall if it's a diagram after the
 5    inclusion of a new RO system.
 6        Q.    Well, let's just talk about some of the
 7    aspects.
 8        A.    Okay.
 9        Q.    There's a box in the top left-hand corner
10    that says "PRASA," P R A S A.  Do you see that?
11        A.    I see that.
12        Q.    What is PRASA?
13        A.    PRASA is the local waste water treatment
14    authority.
15        Q.    Do you know what PRASA stands for?
16        A.    It's something in Spanish.
17        Q.    Fair enough.  And underneath the word
18    "PRASA" or the initials "PRASA," it has in
19    parentheses "dirty."  Do you see that?
20        A.    I see that.
21        Q.    What does that mean?
22        A.    That would have meant that that would have
23    been our poorest quality make-up water.
24        Q.    So while you were an employee of AES Puerto
25    Rico, the plant was receiving water from PRASA?
```

B.229

Tracy Jarvis

1    A.    That was our normal make-up for cooling

2  water.

3    Q.    How much water was AES Puerto Rico getting

4  from PRASA on a typical day?

5    A.    I think we averaged around three to four

6  million gallons per day.

7    Q.    And what made this water dirty?

8    A.    It was treated waste water from the

9  surrounding community.

10    Q.    So it was essentially treated sewage?

11    A.    Yes.  It was a sewage treatment facility

12  from the residential and commercial area.

13    Q.    Did AES Puerto Rico pay for this water?

14    A.    We had a contract with PRASA to pay them

15  for the water.

16    Q.    A box that's farther to the left but a

17  little bit below that first one says, "Canal &

18  wells."  Do you see that?

19    A.    I see that.

20    Q.    And what -- what is the canal?

21        MR. TUXBURY:  I want to object for a

22  second and just remind that the witness has not

23  stated he recognizes this document or isn't sure

24  when and where this came from, but he can answer the

25  question.

**B.230**

Tracy Jarvis

```
1    crystallizer in relation to the CDS/ESP corrosion,
2    correct?
3              MR. TUXBURY:  Objection, vague,
4    ambiguous, lack of foundation.  And, again,
5    Mr. Jarvis is here testifying on his own behalf, not
6    as a corporate designee of AES Puerto Rico.
7         A.   The RO system was one of the options that
8    we were looking at at that time period, and there
9    was a team of people that were looking at this
10   particular RO, and we were evaluating which one
11   would be the best fit at that time.
12        Q.   (BY MR. VITTORIA)  So they were separate
13   options in AES' consideration at the time.
14             MR. TUXBURY:  Objection,
15   mischaracterizes the witness' testimony.
16        A.   Which were separate options?
17        Q.   (BY MR. VITTORIA)  The secondary RO and the
18   brine crystallizer.
19             MR. TUXBURY:  Same objections.
20        A.   It had been proposed to us by G.E. Betz
21   that this option would be a viable option for us
22   with the understanding that it might not be the
23   total fix.
24        Q.   (BY MR. VITTORIA)  At the time G.E. Betz
25   indicated that the secondary RO system might not be
```

B.232

```
 1    the total fix?
 2        A.   They had -- they felt confident that it
 3    would help us in our situation, but there was also
 4    discussions that included down the line there might
 5    be something else that needs to be added.
 6        Q.   And these were discussions with G.E. Betz.
 7        A.   This was a discussion with G.E. Betz.
 8        Q.   And what did they indicate might be
 9    added -- might need to be added down the line?
10             MR. TUXBURY:  Objection, vague,
11    ambiguous.
12        A.   I really don't recall exactly what the
13    other options would have been.
14        Q.   (BY MR. VITTORIA)  Did they indicate to you
15    that a brine crystallizer might be needed down the
16    line?
17        A.   One option would have been the brine
18    crystallizer.
19        Q.   Is there any documentation that you're
20    aware of that indicates that G.E. Betz informed AES
21    Puerto Rico that a brine crystallizer might be
22    needed somewhere down the line?
23             MR. TUXBURY:  Objection, vague.
24        A.   I don't recall any.
25        Q.   (BY MR. VITTORIA)  Do you recall who with
```

B.233

Tracy Jarvis

```
 1     G.E. Betz --  who at G.E. Betz informed you or
 2     anyone else at AES Puerto Rico that a brine
 3     crystallizer might be needed down the road?
 4                 MR. TUXBURY:  Objection.  Mr. Jarvis
 5     can only testify as to what he personally knows.
 6         A.    There were other Betz people involved in
 7     the discussions, and I don't recall individual
 8     names.
 9         Q.    (BY MR. VITTORIA)  Isn't it true that AES
10     Puerto Rico believed at the time that all it needed
11     was a secondary RO system?
12                 MR. TUXBURY:  Objection, vague, asked
13     and answered.  And, again, Mr. Jarvis is here to
14     testify on his own behalf, not as a corporate
15     designee of AES Puerto Rico; and argumentative.
16         A.    I can't really state that it would have
17     been a true statement that that was the end-all,
18     fix-all.
19                 (Jarvis Exhibit No. 16 marked.)
20         Q.    (BY MR. VITTORIA)  You've been handed
21     what's been marked as Exhibit No. 16, and I ask you
22     to take a look at that document.  Mr. Jarvis, do you
23     recognize this document?
24         A.    I can't recall this particular document.
25         Q.    If you'd turn to the first page, it appears
```

B.234

Tracy Jarvis

```
 1    STATE OF TEXAS              *

 2    COUNTY OF HARRIS            *

 3

 4              I, the undersigned certified

 5    shorthand reporter and notary public in and for the

 6    State of Texas, certify that the facts stated in the

 7    foregoing pages are true and correct.

 8

 9              I further certify that I am neither

10    attorney or counsel for, nor related to or employed

11    by, any of the parties to the action in which this

12    deposition is taken and, further, that I am not a

13    relative or employee of any counsel employed by the

14    parties hereto, or financially interest in the

15    action.

16

17              SUBSCRIBED AND SWORN TO under my

18    hand and seal of office on this the 10th day of

19    March    , 2006.

20

21              Mary Kay Hendricks  By :

              Mary Kay Hendricks, CSR

22              Certified Shorthand Reporter and

              Notary Public in and for

23              the State of Texas

24    Certificate No.   2602

      Expiration date:  12/31/06

25
```

B.235

**William Jarvis**

Page 1

1            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

2

3

                    C.A. No. 04-1282-JJF

4

5    AES PUERTO RICO, L.P.

6    VS

7    ALSTOM POWER, INC.

8

9

10

11

12       Videotaped Deposition of:  WILLIAM JARVIS,

13   taken pursuant to Rule 30(b)(6) of the Federal Rules

14   of Civil Procedure before Barbara L. Murphy, Licensed

15   Shorthand Reporter, License No. 305 and Notary Public

16   within and for the state of Connecticut, held at the

17   offices of Cowdery, Ecker and Murphy, 750 Main Street,

18   Hartford, Connecticut on March 14, 2006 commencing at

19   9:05 a.m.

20

21

22

23                           **B.236**

24

25   Job No. 172947a

**William Jarvis**

Page 17

1    would be accurate.

2         Q.    (By Mr. Williams)  Does Alstom make any

3    effort to verify that the information in its requests

4    for quotation is accurate?

5         A.    We always do but this is a project

6    description and as I said earlier, this has very

7    little relevance on the installation of the refractory

8    itself.

9              So I don't see it as very point to that

10   request for quotation.

11        Q.    Can you please turn to tab G of Exhibit 2.

12   If it would be helpful, you're welcome to take the

13   clip off while you work with it.

14              Did you see this document preparing for

15   your deposition today?

16        A.    Yes, I did.

17        Q.    Are you aware who created this document?

18        A.    Well, I'm aware that it says that I created

19   it but I don't recall this document.

20        Q.    And you're aware that the document reflects

21   that it was created on June 24, 2003?

22        A.    I saw some information that said that I

23   created it, yes.

24        Q.    And that it was modified on June 25, 2003?

25        A.    I did see that, yes.  I don't recall

**Esquire Deposition Services**
DC 1-800-441-3376         MD 1-800-539-6398         VA 1-800-752-8979

**William Jarvis**

Page 18

1   creating this document but there are several things on

2   here to me that based on the dates that it was said

3   that it was created or modified, that some of these

4   issues had been resolved or didn't exist at the

5   time -- at that time -- that point in time.

6       Q.   Is this document currently residing on your

7   computer?

8       A.   I didn't check.

9       Q.   At one time did this document reside on your

10  computer?

11      A.   I didn't check but I know that my hard drive

12  was copied and it said that this document was on my

13  hard drive but I did not recall creating it.

14      Q.   You have no reason to dispute that it was,

15  in fact, from your hard drive?

16      A.   I have no reason to dispute that.

17      Q.   Do you see row 7 under A operational

18  performance issues on this document?

19      A.   A7, yes.

20      Q.   Do you see it says CDS outlet temperature

21  lower than design to satisfy opacity permit?

22      A.   I do see that.

23      Q.   And in early to mid 2003 you did believe

24  that the AES Puerto Rico's CDS outlet temperature had

25  been set lower than design to satisfy AES Puerto Rico

B.238

William Jarvis

Page 31

1                          C E R T I F I C A T E

2              I hereby certify that I am a Notary Public, in

3       and for the state of Connecticut, duly commissioned

4       and qualified to administer oaths.

5              I further certify that the deponent named in

6       the foregoing deposition was by me duly sworn, and

7       thereupon testified as appeared in the foregoing

8       deposition; that said deposition was taken by me

9       stenographically in the presence of counsel and

10      reduced to typewriting under my direction, and the

11      foregoing is a true and accurate transcript of the

12      testimony.

13             I further certify that I am neither of counsel

14      nor attorney to either of the parties to said suit,

15      nor am I an employee of either party to said suit, nor

16      of either counsel in said suit, nor am I interested in

17      the outcome of said cause.

18             Witness my hand and seal as Notary Public this

19      20th day of March, 2006.

20

21

22

                            Barbara L. Murphy, LSR
23                          Notary Public

24

        My Commission Expires:

25      June 30, 2007

**Esquire Deposition Services**
DC 1-800-441-3376          MD 1-800-539-6398          VA 1-800-752-8979

Page 1

1            IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF DELAWARE

2

3

                                C.A. No. 04-1282-JJF

4

5    AES PUERTO RICO, L.P.

6    VS

7    ALSTOM POWER, INC.

8

9

10

11

12           Videotaped Deposition of:  WILLIAM JARVIS,

13    taken pursuant to the Federal Rules of Civil Procedure

14    before Barbara L. Murphy, Licensed Shorthand Reporter,

15    License No. 305 and Notary Public within and for the

16    state of Connecticut, held at the offices of Cowdery,

17    Ecker and Murphy, 750 Main Street, Hartford,

18    Connecticut on March 14, 2006 commencing at 9:42 a.m.

19

20

21

22

23                                  ORIGINAL

24

25    Job No. 172947b                    B.240

**William Jarvis**

Page 41

1    there to do that.  I think eventually it was

2    installed.

3                    (Exhibit No. 6, offered and marked.)

4        Q.   (By Mr. Williams)  I'm going to hand you

5    what's been marked Exhibit No. 6.

6                    Do you see Exhibit 6 is an E-mail from

7    Mr. VanHooser dated November 14, 2002 to a number of

8    Alstom people including yourself as well as two

9    individuals at AES?

10       A.   Yes.

11       Q.   And Mr. VanHooser attaches several documents

12   to his E-mail.

13                   Do you see that on the attach line?

14       A.   Oh, let's see.  Yes.

15       Q.   And one of them is called CDS underscore

16   start-up underscore rev 9 dot doc.

17                   Do you see that?

18       A.   Yes, I do.

19       Q.   Now I'll represent to you the pages in this

20   exhibit aren't consecutively numbered.

21       A.   Um-hm.

22       Q.   The document, the E-mail that was produced

23   to us by your counsel didn't have an attachment

24   attached to it.

25                   But we located the document that's

B.241

**William Jarvis**

Page 42

1    attached beginning at Page 2.  And do you see at the

2    bottom of the document attached to Page 2 it says CDS

3    underscore start-up underscore rev 9 and then there is

4    a bracket that says 1799 and a closed bracket dot doc?

5        A.    Yes.

6        Q.    And I will represent to you that your

7    counsel provided us with the document that's starts on

8    Page 2 of this exhibit from a folder that was labeled

9    as coming from your computer, from the hard drive of

10   your computer.

11       A.    Um-hm.

12       Q.    Do you understand the document that starts

13   at Page 2 to be the attachment that Mr. VanHooser sent

14   --

15       A.    I have no reason to doubt that it is.

16       Q.    Okay.  And it would appear to be the ninth

17   revision of his CDS operating procedures?

18              MR. EDWARDS:  Objection.  Foundation.

19   You can answer.

20              THE WITNESS:  It is labeled revision

21   R-E-V 9 so it would seem logical, yeah.

22       Q.    (By Mr. Williams)  Okay.  You can put that

23   exhibit aside.

24              Actually why don't you keep that exhibit

25   out for a second.  I apologize.

B.242