# Tab A

## DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 1 of 27

CARIBBEAN ARCHITECTS & ENGINEERS (CAE)

FLUOR DANIEL CARIBBEAN, INC. (FDCI)

DUKE/FLUOR DANIEL CARIBBEAN (DFDC)

DUKE/FLUOR DANIEL INTERNATIONAL (DFDI)

DUKE/FLUOR DANIEL INTERNATIONAL SERVICES (DFDIS)

AES PUERTO RICO, L. PARTNERSHIP (AES-PR)

AES-PR TOTAL ENERGY PROJECT

GUAYAMA, PUERTO RICO

### CIRCULATING DRY SCRUBBER
### FLUE GAS CLEANING SYSTEM

#### SCOPE OF SUPPLY AND TECHNICAL REQUIREMENTS
#### MATERIALS, EQUIPMENT, FACILITIES, AND DOCUMENTS

RECEIVED
JUN 04 2001
TECNICAL DOCUMENT CONTROL

Revision 0 - Conformance Specification - February 17,1997

**REVISION LOG**

| | | | |
|---|---|---|---|
| 1 | February 4, 1998 | 6 | |
| 2 | May 10, 2001 | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 2 of 27

### DUKE/FLUOR DANIEL
### VERIFICATION OF SPECIFICATION

Owner: _____ AES Puerto Rico, L.P. (AES-PR) _____

Title of Specification: _____ AES Puerto Rico Total Energy Project _____

_____ Circulating Dry Scrubber Flue Gas Cleaning System _____

Specification Number: _____ W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.03-0001 _____

Revision: _____ 02 _____

In accordance with established procedures, the quality of this specification has been assured. Signatures certify that the above specification was originated, checked, and approved as noted below:

| | | | |
|---|---|---|---|
| Prepared By: | | *Robert F Day Jr* | Date: 5/11/01 |
| Checked By: | | *signature* | Date: 5-11-01 |
| Inspected By: | Mechanical | *signature* | Date: 5-14-01 |
| | Electrical | *signature* | Date: 5-15-01 |
| | Civil | *signature* | Date: 5-15-01 |
| | Layout | *signature* | Date: 5-15-01 |
| Approved By: | Eng. Mgr. | *signature* | Date: 5/15/01 |

Specification
Circulating Dry Scrubber

B.476

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No. W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.03-01
Revision: 2
May 10, 2001
Page: 5 of 27

**1.0    COVER SHEET**

Attached.

**2.0    VERIFICATION SHEET**

Attached.

**3.0    TABLE OF CONTENTS**

Attached.

**4.0    GENERAL**

**4.1    SCOPE**

1.    This specification establishes the minimum requirements for the design, materials, fabrication, and shop testing for complete Circulating Dry Scrubber Flue Gas Desulfurization Packages (CDS) for the AES Puerto Rico Total Energy Project. Each CDS Package shall be complete with all the accessories, as described in the following sections of this specification, required for proper operation.

2.    This specification shall be used in conjunction with the associated Circulating Fluidized Bed (CFB) Boiler specification W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.00-0001 and the Electrostatic Precipitator (ESP) specification W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.03-0002 included in the Contract. Seller is to provide a complete package, from the boiler through to each stack inlet, to meet all the performance guarantees as outlined in these specifications.

3.    The Station will consist of two (2) nominal 255 MW generating units, with each generating unit consisting of one (1) coal fired, circulating fluidized bed (CFB), balanced draft boiler, one (1) CDS Package, one (1) ESP Package, and one (1) reheat turbine generator. Reliability and availability of the facility must be maximized to ensure dependable service. Design service life is twenty-five (25) years.

4.    Each CDS Package shall consist of one (1) CDS absorber/reactor vessel designed to process 100% of boiler MCR gas flow. Each CDS Package shall include all structural steel, ductwork, duct supports, valves, dampers, instrumentation, control system, and auxiliary equipment required for a complete system. Scope shall also include a lime receiving, preparation, storage, and conditioning system, ash recirculation system, and flue gas cooling water system.

**4.2    INSTALLATION SITE**

The installation site will be located near Guayama, Puerto Rico. The site is accessible via barge and roads for unloading plant equipment.

**4.3    DEFINITIONS**

The following definitions shall apply to this specification:

| | | |
|---|---|---|
| Owner | - | AES Puerto Rico, L.P. (AES-PR) |
| Engineer | - | Caribbean Architects & Engineers (CAE) |
| | - | Duke/Fluor Daniel Caribbean S.E. (DFDC) |
| Buyer | - | Duke/Fluor Daniel Caribbean S.E. |



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 6 of 27

Bidder       -    Firm proposing to supply the subject equipment
Seller        -    Firm awarded the order for the subject equipment
General Contractor -    Duke/Fluor Daniel Caribbean S.E.

### 4.4 CODES AND STANDARDS

The design, fabrication, materials, workmanship, and testing of all equipment covered by this specification shall be in accordance with the edition and addenda in effect at time of order placement of the following codes and standards. Note that only recognized U.S. standards and foreign standards will be accepted. Foreign codes and standards used shall be submitted, in English, for Engineer's approval.

1. American Society of Mechanical Engineers (ASME), Power Test Code, PTC 21, Dust Separating Apparatus.

2. American National Standards Institute (ANSI):

   a. B31.1, Power Piping.

   b. B16.25, Buttwelding Ends.

   c. B16.11, Steel Fittings - Socket Welding and Threaded.

   d. B16.5, Pipe Flanges and Flanged Fittings.

   e. B16.34, Valves - Flanged, Threaded, and Welding End.

   f. B3.15, Load Rating and Fatigue Life for Ball Bearings.

   g. B3.16, Load Rating and Fatigue Life for Roller Bearings.

3. American Society for Testing and Materials (ASTM):

   a. Specification for Structural Steel, A36.

   b. Specification for Carbon Steel Pipe, Grade A or B - Seamless, A53

   c. Specification for Forgings, Carbon Steel for Piping Components, A105

   d. Specification for Low and Intermediate Tensile Strength Carbon Steel Plates of Structural Quality, A283

   e. Specification for Seamless Carbon Steel Pipe for High Temperature Service, A106 Grade B.

   f. Specification for Filament-Wound Glass-Fiber-Reinforced Thermoset Resin Chemical Resistant Tanks, D-3299.

   g. Specification for Contact Molded Glass-Fiber-Reinforced Thermoset Resin Chemical Resistant Tanks, D-4097.



# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 7 of 27

h.  Test Method for Chemical Resistant of Thermosetting Resins Used in Glass-Fiber-Reinforced Structures, C-581.

i.  Test Method for Indentation Hardness of Rigid Plastics by Means of a Barcol Impressor, D-2583.

4.  American Welding Society (AWS), D1.1, Welders and Welding Qualification Procedures for Structural Steel.

5.  American Institute of Steel Construction (AISC):

a.  Code of Practice for Steel Buildings and Bridges.

b.  Specification for the Design, Fabrication, and Erection of Structural Steel for Buildings.

6.  International Conference of Building Officials, Uniform Building Code.

7.  American Gear Manufacturer's Association (AGMA).

8.  Hydraulic Institute Standards for Centrifugal, Rotary and Reciprocating Pumps.

9.  National Fire Protection Association (NFPA), National Electric Code, NFPA-70.

10.  Factory Mutual Engineering Corp. (FM), Handbook of Loss Prevention.

11.  National Electrical Manufacturer's Association (NEMA), MG1, Safety Standard for Construction and Guide for Selections, Installation and Use of Motors and Generators

12.  Instrument Society of America (ISA), Standards and Practices for Instrumentation.

13.  Scientific Apparatus Makers Association (SAMA), PMC 22.1, Functional Diagramming of Instrument and Control Systems.

14.  Code of Federal Regulations (CFR):

a.  40 CFR Part 60, Standards of Performance for New Stationary Sources.

b.  40 CFR Part 51, Section 51.166, Prevention of Significant Deterioration of Air Quality - Definition of Best Available Control Technology.

15.  American Water Works Association (AWWA), D100, Welded Steel Tanks for Water Storage.

16.  American Petroleum Institute (API):

a.  Welded Steel Tanks for Oil Storage, API Standard 650.

b.  Venting Atmospheric and Low Pressure Storage Tanks, API Standard 2000.

17.  All safety related electrical hardware shall be listed in the Factory Mutual Approval Guide, or if not listed in this guide, shall be Underwriters Laboratories listed.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W419-1-1709.03-0001
Revision: 2
May 10, 2001
Page: 8 of 27

18. Equipment and system design shall be in accordance with the rules and regulations of the Federal Occupation Safety and Health Act (OSHA).

19. All work performed and materials provided by Seller shall be in accordance with Federal, State, County, and Municipal codes, laws, and ordinances of the place of installation.

## 5.0 ATTACHMENTS

The following attachments shall form a part of this specification:

1. Fuel Analyses.

2. Reagent Analyses.

3. Proposal Data Sheets.

4. Preliminary Site Plan.

5. List of Approved Subcontractors.

6. Water Analyses for $SO_2$ Scrubber Makeup.

7. CDS and ESP Electrical System Specifications.

## 6.0 INSTALLATION AND OPERATING CONDITIONS

## 6.1 INSTALLATION DESIGN CRITERIA

1. The CDS and associated auxiliary systems will be installed outdoors on a concrete pad. The pad will be furnished by the Buyer.

2. The following local atmospheric conditions shall be assumed as Design Conditions:

| a. | Design Ambient Temperature: | – Minimum: 50°F.<br>– Maximum: 110°F. |
| b. | Summer Dry Bulb Temperature: | 89°F (ASHRAE 1%). |
| c. | Summer Wet Bulb Temperature: | 81°F (ASHRAE 1%). |
| d. | Winter Dry Bulb Temperature: | 67°F (ASHRAE 99%). |
| e. | Elevation: | 15 feet above mean sea level. |
| f. | Environment: | Tropical seashore environment. |



Specification
Circulating Dry Scrubber

**B.480**

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 9 of 27

3.  Plant wastewater will be used for the CDS spray water. Seller shall state quality and quantity requirements for the spray water. Reference Attachment 6 to this specification for the expected water analysis of the CDS spray water. Buyer will filter the CDS spray water through 200 mesh to remove suspended solids prior to delivering spray water to Seller's tank.

4.  High quality instrument air (filtered, -25°F dew point) and station air (saturated, unfiltered) will be available at 80 psig minimum, 125 psig maximum. Piping and component structural design conditions for Instrument and Station Air System are 150 psig and 120°F.

5.  All structures and components shall be designed for seismic loads in accordance with the requirements of Section 5.0, Design Criteria for Wind and Seismic Loads, of the General Project Requirements (GPR). The equipment does not have to remain operational through the event, however, equipment shall be designed to operate satisfactorily following the seismic event.

6.  All outdoor structures and components shall be designed for wind loads in accordance with the requirements of Section 5.0, Design Criteria for Wind and Seismic Loads, of the General Project Requirements (GPR).

7.  Design of all equipment shall be such that all loads, forces and moments be resolved into the foundation supports. Anchor bolt pattern, number, and diameter shall be determined based on the assumption that anchor bolts will be fabricated from ASTM A36 bar stock material. Anchor bolts will be furnished by the Buyer.

8.  All structures, ductwork, and hoppers shall be designed for flyash and particulate loads that result from flyash settling out in the flue gas flow path. All ducts shall be designed to minimize ash fallout at minimum unit load gas volume. Flyash density shall be a minimum of 90 lbs/ft$^3$ for structural design purposes.

9.  Support or foundation loads for all Seller supplied equipment, including dead loads, operating loads, and any special foundation or support requirements, shall be clearly indicated by the Seller on Seller's drawings. Load combinations shall be in accordance with the Uniform Building Code in effect at time of contract.

10. A source of filtered water for cooling purposes will be supplied by the station Closed Cooling System. Maximum cooling water temperature entering Seller's components will not exceed 100°F. Piping and component structural design conditions for the Closed Cooling System are 150 psig and 130°F. Seller shall list cooling water quality and quantity requirements for each application.

11. All Seller supplied equipment interfacing with Buyer's control equipment shall be compatible with 3-15 psi pneumatic or 4-20 mA electronic signal ranges. Control power is available at 120 VAC.

12. Power for operating motors rated 1/2 horsepower and below shall be 120 volts, single phase, 60 hertz supplied from Seller provided 208/120V panelboards. Power for operating motors rated above 1/2 horsepower through 300 horsepower will be available at 480 volts, 3 phase, 60 hertz. Power for operating motors rated above 300 horsepower and below 3000 horsepower will be available at 6900 volts, 3 phase, 60 hertz. Power for operating motors rated 3000 horsepower and above will be available at 13800 volts, 3 phase, 60 hertz.



# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-000 :
Revision: 2
May 10, 2001
Page: 10 of 27

13. Seller shall erect all Seller supplied material and equipment. Erection shall include the installation of all low voltage wiring between and interconnecting all Seller supplied electrical equipment including wire, cable, conduit, cable tray, supports, junction boxes, heat tracing, and grounding cable loops in Seller's scope of supply. Material, design, and installation of these components shall be in accordance with the requirements of Attachment 7 to this specification. Buyer will retain responsibility for the design, supply, and installation of all 480 volt cable and raceway to the Seller supplied utilization equipment (motors, transformer/rectifier (T/R) sets, lighting transformers, etc.).

14. Material, design, and installation of all Seller supplied interior lighting systems shall be in accordance with the requirements of Attachment 7 to this specification. Seller shall be responsible for the design, supply, and installation of the 480:208/120V or 480:480/277V transformers and panelboards and all low voltage wiring and associated raceway from this equipment to the various Seller supplied utilization equipment. Buyer will retain responsibility for the design, supply, and installation of all exterior lighting systems.

## 6.2   OPERATING CONDITIONS

1. The CDS shall be designed to be removed from and returned to service on a daily basis. System shall also be designed to maintain continuous full load operation.

2. Each Circulating Dry Scrubber Flue Gas Desulfurization Package (CDS) will be used to reduce sulfur dioxide emissions from one coal fired, circulating fluidized bed, balanced draft steam generator. Flue gas will pass through a regenerative type air heater before entering the CDS.

3. Each CDS shall be capable of operating in conjunction with the CFB boiler with an overall sulfur dioxide removal rate as required in the specification guarantees. Base load service is anticipated however, the facility may be used in daily start-stop peaking service with rapid load changes within the limits of the boiler or turbine-generator. Seller shall describe limits of the proposed system to changes in boiler load. It is expected that a minimum of 70% of $SO_2$ removal will be accomplished in the CFB boiler with the remainder in the CDS. The Seller shall optimize the design of the CFB boiler and the CDS combination to minimize capital and operating costs while maintaining the guaranteed $SO_2$ removal rate. Seller shall provide guaranteed percent sulfur removal and lime consumption for the CDS only.

4. The CDS is required to operate for a minimum of twenty-five (25) years with minimum downtime for periodic inspections and maintenance, and at good reliability levels in comparison to other similar units in electric utility service.

5. The CDS shall be designed for the boiler gas flows defined by the CFB boiler supplier in accordance with the requirements of DFDC specification W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.00-0001. Air inleakage for the CDS and ductwork shall be assumed to be 3% and added to the gas flow determined by the CFB boiler supplier for design of the system.

6. An upset temperature condition can exist if air heater operation were compromised. For this condition, the Seller's equipment shall be designed for flue gas temperature at the air heater outlet to 400°F, for up to a 30 minute duration. All Seller supplied equipment shall be capable of withstanding this condition.

7. All Seller supplied equipment shall be arranged to allow access for maintenance, service and equipment removal.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification  o.: W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.00-0001
Revision: 2
May 10, 2001
Page: 11 of 27

8.      Number 2 fuel oil will be used for flame stabilization during startup, boiler boilout, and low load operation.

## 6.3    PERFORMANCE GUARANTEES

1.      All performance guarantees for the combined scope of supply (CFB Boiler Package, the CDS Package, and the ESP Package) are listed in Section 6.3 of DFDC specification W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.00-0001, Circulating Fluidized Bed Boiler and Appurtenances.

## 7.0    EQUIPMENT AND SERVICES TO BE FURNISHED

## 7.1    EQUIPMENT TO BE FURNISHED BY THE SELLER

1.      The equipment to be furnished for each CDS Package shall include, but not necessarily be limited to, the following:

     a.      One (1) venturi reactor (or fluid bed absorbers) each complete with bed removal hopper, hopper isolation valve, all necessary auxiliary connections (hydrated lime, water injection nozzles, ash recirculation system from dedusting equipment, etc.), and support steel structures.

     b.      Ash recirculation system including air slides, ash hoppers, instrumentation, and weatherproof enclosure for Seller's equipment.

     c.      Ladders, platforms, and stairs.

     d.      Complete flue gas ducting beginning at the air heater outlet and ending at the ESP inlet, including all dampers, expansion joints, sample and test ports, and supports.

     e.      Any lifting eyes or support lugs required for lifting and handling Seller supplied equipment or components.

     f.      Thermal insulation and lagging of all Seller supplied equipment and ductwork requiring thermal insulation. Insulation shall be a minimum of 4" fiberglass insulation with 0.032" aluminum lagging.

     g.      480:480/277V or 480:208/120V transformers and power distribution/lighting panelboards. Buyer's 480 volt auxiliary system is three wire; therefore all Seller supplied 480:480/277V (delta/wye) transformers will be required to supply 277 volt single phase loads within the Seller's system.

     h.      One (1) hydrate lime storage silo sized for a total of 6.5 days storage as required for operation of the CFB boiler at 100% of MCR (reference Paragraph 6.2.5 of DFDC specification W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.00-0001) and meeting the specified emission limit guarantees while using fresh lime only. Storage system shall include all required connections for storage of lime, distribution to Seller's equipment, instrumentation, and weatherproofing.

     i.      Flue gas cooling water system.

2.      All interior lighting (design and fixtures) and ventilation (design and materials) shall be provided by the Seller for all Seller supplied enclosures.



Specification
Circulating Dry Scrubber

**B.483**

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 12 of 27

3.  One (1) complete set of spare parts recommended for erection, startup, initial operation and performance testing of all Seller supplied equipment.

4.  One (1) complete new set of all special tools and appliances necessary to properly install, maintain and operate all Seller supplied equipment. Tools shall be packed in a suitable steel case and identified as to its content.

## 7.2    TERMINAL POINTS

Seller's terminal points for the combined scope of supply (CFB Boiler Package, CDS Package, and ESP Package) are listed in Section 7.2 of DFDC specification W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.00-0001, Circulating Fluidized Bed Boiler and Appurtenances.

## 8.0    DESIGN REQUIREMENTS

## 8.1    GENERAL

1.  Seller shall provide equipment and components in accordance with the approved suppliers listed in Attachment 5 to this specification, unless otherwise approved by the Engineer. Equipment or components not listed in Attachment 5 shall be Seller's standard.

2.  Equipment layout shall be based on the general equipment layout shown in Attachment 4 to this specification.

3.  Control and termination cabinets, all associated internal components and wiring, and instrument and control hardware furnished with Seller supplied equipment shall be in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

4.  All Seller supplied thermocouples and RTDs shall be furnished in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

5.  All electric motors shall be provided in accordance with the requirements of Sections 8.1, 8.2, 8.3, or 8.15, Motor Requirements, of the General Project Requirements (GPR), as applicable to the motor rated horsepower. All motor enclosures shall be outdoor grade.

6.  All Seller supplied equipment and control systems shall be shop wired and tested to the fullest extent possible prior to shipping. All of the Buyer's connections and Buyer's interconnecting wiring to Seller supplied equipment shall be in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

7.  Except for motors, instrumentation, and components shipped loose for mounting in Buyer's panels, all electrical connections required by the Buyer to Seller's equipment shall be external to the equipment on numbered terminal strips in junction boxes or electrical panels.

8.  All valve and damper actuators shall be supplied in accordance with the requirements of Section 8.4, Actuator Requirements, of the General Project Requirements (GPR).



# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W413 15-1709.03-0901
Revision: 2
May 10, 2001
Page: 13 of 27

9.  Any PLC or similar microprocessor based control system that requires a communication interface with the Station DCS shall be supplied with the necessary hardware and software for two fiber optic Allen Bradley Control Net communication channels in accordance with the requirements of Section 8.5, General Requirements for Programmable Logic Controllers and Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

10. All piping furnished by the Seller shall be provided in ANSI standard sizes in nominal English units (inch sizes). All weld end preparations, socket weld couplings, threaded connections, flange sizes and ratings, at Buyer/Seller terminal points, shall comply with ANSI standards in English units.

11. Nozzles shall be prepared for connection with Buyer's piping as follows:

    a.  Welded connections 2" NPS and smaller shall be socket weld couplings in accordance with the requirements of ANSI B16.11.

    b.  Welded connections greater than 2" NPS shall be butt weld connections. Butt weld ends shall be beveled for welding in accordance with the requirements of Section 7.1, Welding, of the General Project Requirements (GPR).

    c.  All flanged connections shall be supplied in accordance with the requirements of ANSI B16.5.

12. All welding to be performed shall be accomplished by welders and procedures qualified in accordance with AWS D1.1. Qualification of all welders and procedures shall be at Seller's expense.

13. The fluid bed absorber and interconnecting ductwork shall be capable of withstanding a flue gas transient internal design pressure of a minimum of ± 35 inches wg, or higher as required per the system's design, without permanent deformation of any support member. Seller shall design the system(s) to withstand any and all transient conditions without permanent deformation of any support member.

14. All materials shall be new and in accordance with applicable ASTM specifications or with other recognized standards such as SAE. No peening, caulking or filling shall be permitted in repairing cracks, pin-holes or blow-holes. Defects in fabricated steel shall be repaired by chipping out welds to bottom of vee and rewelding.

15. The use of asbestos or material containing asbestos shall not be permitted. The use of mercury or material containing mercury shall not be permitted. All nonmetallic materials shall be noted to the Engineer for approval.

16. The equipment and materials specified are intended to be the minimum suitable for the intended service. They are not intended to limit the Seller's responsibility for proper design and selection of equipment. It is the Seller's responsibility to bid a complete system for the intended service and the specification is only for general guidelines. Any changes in proposed equipment or materials during design shall be approved by the Engineer.

17. All uninsulated structural steel shall be galvanized. All steel which is not galvanized shall be coated with a primer or other rust preventative compound, suitable for outdoor storage, in accordance with the requirements of Section 3.0, Preparation and Packaging for Export Shipment, of the General Project Requirements (GPR). Surface preparation and coating of components manufactured by Seller's subvendors (pumps, motors, etc.) shall be in accordance with the manufacturer's standards.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 14 of 27

8.2    ABSORBER/REACTOR VESSEL

1. Each CDS Package shall consist of one (1) circulating dry scrubber absorber/reactor vessel. Each reactor vessel shall be sized to process 100% of the flue gas from the CFB boiler, when the boiler is operating at 100% MCR (Reference Paragraph 6.2.5 of DFDC specification W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.00-0001) and is firing the range coal. Each CDS shall be designed to provide a minimum of 3 seconds of residence time for flue gas and 30 minutes of calcium residence time at the guarantee condition. Design shall minimize buildup of solids.

2. The CDS shall be constructed entirely of materials suitable for long life an the specified environment under all conditions of operation with flue gas, hydrated lime additive, and cooling water as specified. Each absorber/reactor shell shall be fabricated of 1/4 inch (minimum) A-36 carbon steel plate, except for an area from the expansion joint down to the top of the venturi section. This area shall include a 1/8" corrosion allowance and shall be fabricated of 3/8 inch (minimum) A-36 carbon steel plate. The absorber/reactor shell shall be all welded fabrication, and externally reinforced to withstand an internal pressure of ± 35 inches wg. or higher as required per the system's design. Each CDS shell shall be able to withstand a maximum upset gas temperature of 400°F for up to a 30 minute duration. The CDS shall be constructed in accordance with the following:

   a. Each reactor shell shall be constructed to form a pressure-tight envelope from the flue gas inlet to the flue gas outlet.

   b. Welded joints shall be used whenever possible. Flanged and bolted joints shall be used where necessary for maintenance.

   c. Any penetrations of the reactor required for piping connections, hydrated lime and recycle injection, to accessories shall be sealed to retain the pressure-tight integrity of the reactor.

   d. All interior module baffles, braces, and supports shall be designed so they will not trap hydrated lime and fly ash. Convenient access shall be provided to permit easy cleaning of all surfaces.

   e. The reactor shells shall be supported on foundations furnished by the Buyer.

   f. The bottom of the CDS shall be sloped to prevent accumulation of hydrated lime and fly ash, and allow ease of clean-out. Requirements for periodic clean-out and the provisions made for this shall be completely described. Beneath the CDS reactor, an isolation valve assembly and spacer section for the future addition of a delumper shall be provided. The terminal point between the Seller and the Buyer's ash removal system shall be a minimum of 48 inches from the foundation slab.

   g. All observation openings needed for inspection of CDS internals during operation shall be provided. Consideration shall be given to the fact that the CDS will be operating under a partial vacuum in determining the number of observation openings required.

   h. Provisions shall be made in the design of the reactor to absorb differential expansions which may occur under extremes of ambient temperature or during startup.

   i. All access doors needed for maintenance of the CDS shall be provided. Doors shall be large enough for entry of personnel and equipment including scaffolds if required. Personnel access doors shall be minimum of 18 by 24 inches. Scaffold access doors shall be minimum of 24 by 52 inches. Pressure-tight and vacuum-tight door seals shall be provided and doors and frames shall be structurally reinforced to prevent deflection which could result in leakage to seals.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

3. Each CDS shell shall be furnished with an integral hopper designed to contain the entire bed of ash in the CDS in the case of a system shutdown. Air flow turning vanes shall be installed in the CDS hopper to direct flue gas upward into the reactor. Hopper shall be designed for or provided with the following:

    a.    All welded construction using 3/16 inch (minimum) ASTM A-36 carbon steel plate.

    b.    Structurally designed and reinforced to withstand a full load of material weighing 90 lb/ft$^3$ and accommodate Buyer supplied hopper vibrator equipment weighing approximately 500 pounds.

    c.    60 degree minimum side slope and 24 inch square (minimum) outlet.

    d.    Two (2) 4 inch diameter capped poke holes, located 90° to each other.

    e.    Two (2) anvil blocks for manual rapping.

    f.    24 inch (minimum) diameter access door.

    g.    Thermostatically controlled electric hopper heaters to maintain the hopper skin temperature not less than the outlet temperature of the CDS reactor shell.

    h.    Hopper level detector.

    i.    Double blade isolation valve with actuator and limit switches.

4. All access provisions and structural support steel shall be provided by the Seller.

5. Welding of shop fabricated components shall be performed in accordance with the requirements of the codes and standards referenced in this specification.

6. Pressure ports shall be provided on each shell for monitoring the pressure drop across the shell internals as required for testing, instrumentation, control, alarms, and protective interlocks.

7. Temperature detectors shall be provided on the CDS for monitoring process temperatures for instrumentation, control, alarms, and protective interlocks.

## 8.3    REAGENT STORAGE SYSTEM

1. Each CDS Package shall include one (1) hydrate lime storage silo sized for a total of 6.5 days storage as required for operation of the CFB boiler at 100% of MCR (reference Paragraph 6.2.5 of DFDC specification W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.00-0001) and meeting the specified emission limit guarantees while using fresh lime only. Storage system shall include all required connections for storage of lime, distribution to Seller's equipment, instrumentation, weatherproofing, and the following:

    a.    Two (2) fill pipes for use with pneumatic self unloading trucks.

    b.    One hopper outlet with gyratory (live) bin bottom and/or fluidized bottom and slide gate.

    c.    Combination manway/pressure relief valve.



# DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 16 of 27

   d.   Two (2) level indicators for high and low level alarm.

   e.   Induced draft fabric filter lime dust collector (vent filter) on top of silo, sufficient for unloading truck at maximum rate. The hydrated storage silo shall be vented to the inlet of the ESP.

   f.   Caged ladder from grade to the top of silo.

   g.   Space available for truck unloading control panel, mounted locally.

   h.   Piping and connections to ground level as necessary to accommodate a portable pneumatic conveying system for silo fill.

2.   Each reagent system shall include all piping, fittings, pipe supports, diverter valve(s), rotary vane feeder(s), volumetric feeders, valves and instrumentation required to supply hydrated lime to the ash recirculation system.

3.   The system shall be designed for washdown. All terminal boxes, fittings, raceways, etc. shall be coated for the severe CDS FGD environment.

## 8.4   ASH RECIRCULATION SYSTEM

1.   Seller shall furnish a complete ash recirculation system to convey ash from the ESP hoppers to the CDS and for ash disposal, including all piping and fittings, pipe supports, structural supports, instrumentation and controls. Ash recirculation system shall include air slides to remove ash from the ESP hoppers and convey it to the disposal ash hopper and CDS.

2.   Enclosed air slides shall be used to convey ash from each ESP hopper to the ash disposal hopper and the CDS. The air slides shall be furnished as follows:

   a.   Fabricated of 12 gauge (minimum thickness) carbon steel. Supports shall have no greater than 20 foot spans.

   b.   The product chamber shall be provided with a rain lip to seal the aeration membrane from the elements. Gaskets shall be utilized to seal the air slide sections against ash and air leakage.

   c.   The fluidizing membrane shall provide a uniform, low permeability, wear resistant surface.

   d.   The conveying incline shall be adequate to transfer the ash to the ash conditioner.

   e.   Two 100% capacity blowers and air heaters shall be installed for each generating unit. This equipment will service the airslides furnished for one generating unit.

3.   Seller shall size each ash disposal hopper to store 8 hours of flyash and CDS byproduct for disposal with the CFB boiler operating at 100% MCR (Reference Paragraph 6.2.5 of DFDC specification W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.00-0001) and firing the worst case range coal. Buyer's flyash handling system will remove the ash for disposal from each ash disposal hopper.



# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 17 of 27

## 8.5    FLUE GAS COOLING WATER SYSTEM

1.  Each CDS Package shall include a Flue Gas Cooling Water System capable of providing flue gas cooling for all specified operating conditions. The system shall include, but shall not be limited to, the following components in its configuration.

    a.    One cooling water tank.

    b.    Two (2) 100 percent capacity cooling water pumps.

    c.    Redundant water nozzle sets.

2.  Seller shall furnish all piping and pipe supports, valves, instrumentation and controls required for a complete system from the cooling water tank through to the CDS water nozzles. The Buyer will provide scrubber spray water to the Seller's Cooling Water Tank. The expected analysis of the scrubber spray water is listed in Attachment 6 to this specification.

3.  The cooling water tank shall be supplied by the Seller and shall be constructed of material suitable for the quality of water to be stored. The tank shall have adequate capacity in accordance with Seller's standards. The tank shall be fabricated in accordance with the requirements of Section 8.6 of this specification.

4.  The cooling water pumps shall be supplied by the Seller in accordance with the requirements of Section 8.7 of this specification. Pump capacity shall be adequate for all specified CDS operating conditions. Bidder shall list the design flow and head requirements for the pumps and the pump sizing criteria in the proposal.

5.  The water nozzles shall be installed in the circulating dry scrubber (CDS). The nozzles shall be corrosion and erosion resistant to preclude solids buildup, and shall be designed to accommodate inspection and replacement while the CDS is in operation without impacting CDS performance. Number of water nozzle sets per CDS shall be in accordance with Seller's standards.

## 8.6    COOLING WATER TANK

1.  All metal tanks shall be designed, fabricated, and erected in accordance with AWWA Standard D100 or API Standard 650. All exceptions are subject to Engineer's approval prior to incorporation into the design.

2.  All FRP tanks shall be fabricated by filament winding or contact molding. Filament wound tanks shall be designed, fabricated, and tested in accordance with ASTM Specification D-3299. All contact molded tanks shall be designed, fabricated, and tested in accordance with ASTM Specification D-4097. A gel coat or pigment shall be used on the exterior coat of the tank after inspections are complete. An ultraviolet absorber shall also be added to the exterior surfaces of all tanks for improved weather resistance.

3.  All tanks shall be furnished complete with all overflows, vents, drains, baffles, skirts, wear plates, instruments, and any other connections or appurtenances required for the intended application.

4.  All tanks shall be of the closed top type and shall be provided with suitable drain connection(s) so that the tank can be completely drained. All flanged piping connections shall have 150 lb rated flanges in accordance with ANSI B16.5.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-001
Revision: 2
May 10, 2001
Page: 18 of 27

5.   All tanks shall have at least one 24 inch minimum diameter manway in the tank shell. A davit or similar device shall be provided to facilitate manway removal.

## 8.7   PUMPS

1.   Pumps shall be furnished with pump and driver mounted on a common baseplate where practical. Pump/motor assembly shall be furnished complete with all instrumentation and appurtenances required for a complete system. As a minimum, each pump/motor assembly should include the following accessory equipment:

    a.   <u>Coupling and Guards.</u> Each pump shall be furnished with a shaft coupling and guard. The couplings shall be spacer type if required to permit replacement of the pump shaft seals without disturbing the motor drive. Shaft couplings and guards shall also be provided at the input and output shafts of variable speed drives, if applicable.

    b.   <u>Baseplates.</u> Each pump shall be provided with a baseplate. The baseplate shall be common to the pump, motor and variable speed drive if applicable. Motor mounting provisions shall be subject to approval of the motor manufacturer. No components shall be required to be dismantled for grout placement.

    c.   <u>Miscellaneous Trim.</u> All piping, valves, strainers, pressure regulators, and filters required for seal or stuffing box injection water, air vent valves, oil level indicators, grease lubricators, and other miscellaneous accessories shall be furnished.

2.   Horizontal centrifugal pumps are preferred for this application; however, other types of pumps will be considered where best suited for a specific application. Pumps shall be designed for ease of dismantling for inspection and maintenance. Pumps shall be provided with flanged suction and discharge connections designed for through-bolting. Pumps shall be constructed of corrosion-erosion resistant materials specially suited for long life in the intended service.

3.   Flow rate regulation systems shall be compatible with the control equipment furnished.

4.   Seller shall furnish a complete cooling water pumping system including a 100% capacity standby pump completely piped to the system and provided with controls for both automatic and manual start and stop.

5.   Pumps shall be sized with margins beyond design ratings of at least 20 percent on head and 10 percent on flow capacity to ensure that the system can achieve its specified rating. Centrifugal pumps shall not utilize the largest impeller available for the selected model and service.

6.   Drives shall be furnished complete with all required accessories including but not limited to oil pumps, coolers, heaters, control devices to interface with the Buyer's plant distributed control system, piping, and trim. Oil systems shall be designed to serve all components.

7.   Mechanical shaft seals are preferred for water service.

8.   Pump variable speed couplings shall be fluid drives as manufactured by Voith or Howden or disk clutch type slip couplings as manufactured by Flowserve or Philadelphia Gear Corporation, or Engineer approved equal.



# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.C - 0001
Revision: 2
May 10, 2001
Page: 19 of 27

## 8.8   DUCTS

1.   Seller shall provide all ductwork from the air heater outlets to the ESP inlets. CDS inlet and outlet ducts, bypass ducts (if recommended by Bidder), and interconnecting ducts shall be furnished as part of each CDS Package.

2.   Inlet and outlet ducts shall be arranged to minimize the number and severity of bends. Bends greater than 30° shall be vaned.

3.   All ducts shall be all welded, gas tight construction fabricated from at least 3/16 inch steel plate and properly stiffened for ± 35 iwg gas pressure or higher as required by the Seller's design. All bracing and stiffening shall be external whenever possible. The ducts shall have the necessary fabric expansion joints and access doors. Seller shall supply all required duct supports. Structural design of the ducts and supports shall be based on the assumption that the duct contains one (1) foot of ash with an ash density of 90 lbs/cu.ft.

4.   Ducts shall be sized to minimize pressure drop but also to avoid excessively low velocities that might allow ash to drop out of the gas stream. Maximum allowable velocity shall be 60 ft/sec.

5.   Seller is responsible for providing suitable expansion joints for the ductwork system. As a minimum, duct expansion joints shall be furnished at the following locations:

   a.   Outlet of each air heater

   b.   Inlet of each absorber

   c.   Outlet of each absorber

   d.   ESP inlet - per Seller's design

6.   Reactions shall not be transferred across expansion joints at the air heaters and ESP connections. The joints shall be capable of absorbing thermal movements in all directions for both normal operating and emergency conditions.

## 8.9   INSULATION AND LAGGING

1.   Insulation shall be provided for all Seller supplied components exposed to the hot gas stream and where required for personnel protection, or where required for proper operation of equipment.

2.   Erection pricing shall include labor only. Insulating materials and all consumables shall be included in the materials portion of Seller's scope of supply, as required to insulate all Seller supplied equipment and ducts. This shall include the following:

   a.   Lagging shall be box ribbed aluminum siding, 0.032 inch thickness, and shall be installed sealed and flashed to provide a neat, weatherproof protective coating. Color of the lagging will be selected by the Owner from Seller's standard finishes.



Specification
Circulating Dry Scrubber

## DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 21 of 27

6.  All handrail shall be fabricated from 1-1/2" diameter standard wall pipe conforming to ASTM A53 or A120. Handrail shall be galvanized. Handrail shall be a two rail system meeting the requirements of the UBC, 97 edition. Handrail post spacing shall not exceed 6 feet center-to-center. The use of speedrail is acceptable.

7.  Seller shall provide a steel and grating walkway from the Buyer's boiler building structural steel to the top of each CDS absorber. Seller shall provide a second walkway from the top of each CDS absorber to the stairtower furnished with the ESP Package.

### 8.12  EXPANSION JOINTS

1.  Expansion joints shall be installed, as a minimum, in Seller supplied flue gas ductwork at each air heater outlet, and the inlet and outlet of each absorber. Seller shall also provide expansion joints at each ESP inlet if required by Seller's design.

2.  Each expansion joint shall be designed to operate in hot (up to 500°F) particulate laden, dry, potentially corrosive flue gas. The composite design must dissipate enough heat to reduce the temperature at the belt to a temperature which is below its maximum operating temperature.

3.  The fabric belt element/insulation system shall be designed to withstand full system operating temperatures and pressures, including upset or excursion conditions.

4.  Frames to be constructed of 1/4 inch minimum thickness steel. All edges in contact with the fabric material shall be radiused. Frame shall be flat belt design. Inboard facing frames are not acceptable. Frame design should have the liners integral with the frame for one piece construction and ease in installation and maintenance.

5.  Frame materials of construction are to be compatible with the ducting adjacent to the expansion joint. As a minimum, ASTM A36 carbon steel shall be used.

6.  Fabric element clamping bars (back-up bars) shall be a minimum of 3/8 inch thickness by 2 inch width with radiused edges.

7.  Fabric element bolting shall be 3/8 inch minimum diameter, 120,000 psi tensile strength fasteners on 6 inch minimum centers. The fabric element attachment flange corners shall have a minimum radius of 6 inches, with corner clamping bars with a minimum of three fasteners.

8.  An accumulation bag or pillow is required to reduce the build up of ash in the bottom of the joint. The bag should fill the entire cavity and be constructed of materials that will perform in the conditions described in this specification.

### 8.13  INSTRUMENTATION AND CONTROLS

1.  Seller shall provide all process instruments to monitor and control the operation of the sulfur dioxide absorption system, the flue gas cooling water system, lime handling system, ash recirculation system, and all related Seller supplied systems and equipment.

2.  Seller shall provide a PLC based control system for the lime handling system. PLC shall be furnished in accordance with the requirements of Section 8.5, General Requirements for PLCs, included in Revision 4 of the General Project Requirements. All I/O interfaces to the Buyer's DCS shall be hard wired.



Specification
Circulating Dry Scrubber

**DUKE/FLUOR DANIEL
CARIBBEAN, S.E.**

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 22 of 27

3.   Seller shall furnish complete control logic which will be incorporated in Buyer's DCS for the sulfur dioxide absorption system, flue gas cooling water system, and ash recirculation system. Logic drawings, sequence charts, written operation and logic description, typical graphics, calibrations, and switch and alarm settings shall be furnished.

4.   Seller shall provide local stop/jog controls for the lime handling system equipment and flue gas cooling water pumps for use in maintenance, in addition to the normal controls.

## 9.0   SPECIAL REQUIREMENTS

### 9.1   PRE-AWARD MEETING

Not Applicable for Conformed Specification.

### 9.2   PACKAGING AND SHIPPING

1.   Equipment shall be prepared for shipment in such a manner that quality and cleanliness will be maintained during shipment and outdoor storage. Equipment and all components shall be adequately protected against damage during shipment. Reference Section 3.0, Preparation and Packaging for Export Shipment, of the General Project Requirements (GPR) for specific requirements.

2.   All components shipped loose shall have a securely attached tag identifying the part number, equipment name, or other means for identifying the installed location of the component, and the Buyer's Purchase Order Number.

### 9.3   MISCELLANEOUS REQUIREMENTS

1.   Seller shall provide all special tools and appliances and a listing which identifies all special tools and appliances furnished in accordance with the requirements of Section 4.2, Special Tools, of the General Project Requirements (GPR).

2.   Seller shall provide nameplates for all Seller supplied equipment in accordance with the requirements of Section 7.3, Nameplate, of the General Project Requirements (GPR).

### 9.4   NOISE

1.   Sound levels from Seller supplied equipment shall comply with the requirements of Section 7.2, Noise, of the General Project Requirements (GPR). All machinery with expected free field sound pressure levels in excess of the four (4) hour exposure design criteria set forth in 1910.95 of OSHA standards shall be provided with suitable enclosures and/or noise abatement devices to bring the equipment into compliance with 1910.95 eight (8) hour exposure limits. Sound enclosures, if required, shall be supplied by the Seller.

### 9.5   MATERIAL ORIGIN OF MANUFACTURE

1.   Parts, materials, or equipment of origin or manufacture from outside the United States shall be in accordance with the requirements of Section 7.4, Material Origin of Manufacture, of the General Project Requirements (GPR).



Specification
Circulating Dry Scrubber

**B.493**

# DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 23 of 27

## 10.0   QUALITY ASSURANCE

1.      Adequate quality assurance programs must be implemented by the Seller assuring compliance with the specified standards, practices, and specification requirements. The quality assurance program must cover both new equipment and spare parts. Written evidence of an auditable quality assurance program must be submitted at Engineer's request. Seller's quality assurance procedures shall comply with the requirements of Section 1.0, Quality Assurance Procedures, of the General Project Requirements (GPR).

## 11.0   DELIVERY

1.      Firm pricing reference dates and delivery schedule are provided in Buyer's Request for Quotation.

2.      The Seller shall submit a complete schedule for drawings, manufacture, delivery, and erection.

3.      Prior to any material shipment, Seller must first obtain approval from the Buyer which will be based on the satisfactory completion of all requirements of the equipment specification including all documentation required by the Engineer. Authorization for releases for engineering, material orders, manufacturing, and shipment will be issued by the Buyer.

## 12.0   DRAWINGS

## 12.1   GENERAL

1.      Drawings shall be in accordance with the requirements of Section 2.0, Drawing, Document & Instruction Manual Requirements, of the General Project Requirements (GPR).

2.      All drawings submitted by the Seller shall include Seller's standard transmittal form identifying the contents of the submittal and listing the following information

    a.      AES Puerto Rico Total Energy Project

    b.      Buyer's Purchaser Order Number

3.      Electronic files (.dwg, .tif, .dxf, etc.) of each drawing shall be submitted to the Engineer at the address shown in Paragraph 12.1.7 of this specification in accordance with the submittal schedule agreed upon at award of order. Material is not to be fabricated until drawings are approved, unless authorized in writing by the Buyer.

4.      In addition to the five prints required by Paragraph 12.1.3, Seller shall provide an electronic copy of general arrangement drawings, P&IDs, and electrical interconnection drawings on Intergraph Microstation or Autocad format. One (1) copy of these drawings shall be submitted on disk to the Engineer with the prints.

5.      The Seller shall allow two (2) weeks after receipt for the Buyer's/Engineer's response to all submittals requiring a release prior to manufacture and/or fabrication. The Seller shall resubmit all documentation requiring resubmittal within two (2) weeks of return to the Seller. Drawing submittals that require less than two weeks turnaround time shall have the required turnaround time noted on the drawing transmittal.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.:  W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 03-0001
Revision: 2
May 10, 2001
Page:  24 of  27

6. The Seller shall select equipment and place orders with subsuppliers on a schedule to meet the Buyer's design release and the project schedule.  The manufacturing time shall be a governing schedule factor only if it is more critical to the project schedule than the design schedule.

7. Drawings and instruction manuals for all Seller supplied equipment shall be submitted for approval to the Engineer at the following address:

| R F Day | | R F Day |
| Duke/Fluor Daniel | | Duke/Fluor Daniel |
| One Coliseum Centre | or | PO Box 1011 |
| 2300 Yorkmont Road | | Charlotte, NC 28201-1011 |
| Charlotte, NC 28217 | | |

## 12.2  SPECIFIC

1. Seller shall submit the following types of drawings and information as a minimum, with nomenclature as provided by the Buyer:

   a.    Outline drawings of all equipment supplied.

   b.    Arrangement and loadings of foundation supports.

   c.    General arrangement of Seller supplied equipment showing all Buyer/Seller interface points.

   d.    Arrangement of walkways, ladders, stairs, and elevator.

   e.    Process flow diagrams showing the schematic arrangement of all piping and instrumentation. Flow diagrams should also show flow rates, pressure, temperatures, pipe sizes, schedules and materials.

   f.    Compressed air, service water, and any other consumable requirements.

   g.    Piping layout drawings.

   h.    Control logic diagrams.

   i.    Electrical elementary diagrams.

   j.    Wiring diagrams and terminal block layouts.

   k.    Front view of panels.

   l.    System interconnection diagrams.

   m.    Completed Motor Data Sheets for all Seller supplied motors (See the Motor Requirements in Section 8.0 of the General Project Requirements, as applicable to motor rated horsepower).

   n.    Instrument locations.



Specification
Circulating Dry Scrubber

## DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 25 of 27

o.  System performance curves (reference Section 6.3 of this specification).

p.  Bill of materials for all Seller supplied equipment.

q.  Motor List.

r.  Valve List.

s.  Instrument list showing manufacturer, model number, setpoints, and ranges for all Seller supplied instruments.

t.  Damper and expansion joint list.

u.  Equipment storage instructions.

v.  A Preventative Maintenance (PM) chart that is a compilation of preventative maintenance schedules and lubrication charts for all Seller supplied equipment. Reference Section 8.9, Lubrication List, of the General Project Requirements (GPR).

w.  Startup and performance test procedures in accordance with the requirements of Section 2.8, Start-up and Performance Test Procedures, of the General Project Requirements (GPR).

## 13.0  INSTRUCTION MANUALS

1.  At time of shipment, each piece of equipment or assembly shall be accompanied by three (3) copies of long and short term storage and maintenance instructions.

2.  Equipment instruction manuals shall be furnished in accordance with the requirements of Section 2.6, Instruction Manuals, of the General Project Requirements (GPR).

3.  Three (3) copies of instruction manuals for all Seller supplied equipment shall be submitted for approval to the Engineer at the address listed in Paragraph 12.1.7 of this specification.

4.  A total of fifteen (15) copies of approved operating and maintenance manuals shall be submitted to the Engineer at the address given in Paragraph 12.1.7 of this specification in accordance with the SDR Form.

## 14.0  TESTS AND INSPECTIONS

1.  A copy of all required tests and inspections, as applicable to a field erected CDS Package, shall be submitted to the Engineer at the address given in Paragraph 12.1.7 of this specification for approval before the equipment is shipped.

2.  Motors shall be tested as specified in Section 8.1, 8.2, 8.3, or 8.15, Motor Requirements, of the General Project Requirements (GPR), as applicable to the rated horsepower of the motor.

3.  The Seller shall make all tests necessary to ensure that material, equipment and workmanship are of the required degree specified herein and shall fully comply with the laws and regulations of the Commonwealth of Puerto Rico (including National Board registration requirements). Note that although Puerto Rico is not a code territory, all Seller supplied equipment shall be designed, fabricated, tested and stamped in accordance with codes and standards referenced in Section 4.4 of this specification.



Specification
Circulating Dry Scrubber

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 26 of 27

4.     Owner and/or Engineer shall have full access to the equipment during the process of fabrication and testing. Seller shall notify Mike Copeland at (704) 426-2373 at least five (5) working days prior to hydrostatic and functional tests to allow for witness at Owner/Engineer discretion.

5.     The test procedures, acceptance criteria, and test reports shall be supplied by the Seller for all tests performed.

6.     The Engineer/Owner shall:

    a.     Have full access to the equipment during the process of its manufacture and shop testing.

    b.     Be notified when manufacturing and testing schedule is arranged.

    c.     Be informed during manufacture of any major problems or rework that may affect delivery of the equipment as scheduled.

## 15.0    SPARE PARTS

1.     Seller shall furnish Erection and Commissioning Spare Parts and submit spare parts lists in accordance with the requirements of Section 4.1, Spare Parts, of the General Project Requirements (GPR).

2.     All parts and consumables, with the exception of fuel, reagents, and utilities, required during startup and initial operation, and performance testing shall be supplied by the Seller.

## 16.0    INFORMATION TO BE FURNISHED

### 16.1    PRIOR TO AWARD OF ORDER

Not Applicable for Conformed Specification.

### 16.2    AFTER AWARD OF ORDER

1.     Seller shall submit drawings listed in Section 12.2 of this specification in accordance with the drawing submittal schedule.

2.     Seller shall submit a 3.5" HD computer disk with general arrangement drawings and P&IDs if available on Intergraph Microstation version 4.0 format or Autocad. Calma System in IGES format is also acceptable.

## 17.0    DISCREPANCIES AND INTERPRETATION

Should Seller find discrepancies in, or omissions from, the drawings or specifications or be in doubt as to their meaning, the Seller shall notify the Buyer by letter, who will then issue a written interpretation.



# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0001
Revision: 2
May 10, 2001
Page: 27 of 27

## 18.0   CONFORMANCE WITH SPECIFICATIONS

The Bidder must submit with the proposal a list of all major and minor exceptions to these specifications and obtain written approval from the Engineer of such exceptions prior to award of order. If there are no exceptions, it must be so stated in writing. It is particularly emphasized that any unapproved nonconformity with the specification must be changed to complete conformity at the Seller's expense, and this expense will include the cost of all labor and materials and other related expenses by the Owner, Engineer, or Seller.

## 19.0   CONSTRUCTION SERVICES

Erection shall be in accordance with the requirements of Section 3.0 of the Part I - Scope of Work document included in the purchasing documents.

## 20.0   TECHNICAL DIRECTION

Commissioning and training services shall be in accordance with the requirements of Section 3.0 of the Part I - Scope of Work document included in the purchasing documents.

## 21.0   SUBMISSION OF PROPOSALS AND PRICES

Not Applicable for Conformed Specification.

# Tab B

**DUKE/FLUOR DANIEL CARIBBEAN, S.E.**

Specification :    W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.03-____2
Revision: 2
May 10, 2001
Page: 1 of 29

CARIBBEAN ARCHITECTS & ENGINEERS (CAE)

FLUOR DANIEL CARIBBEAN, INC. (FDCI)

DUKE/FLUOR DANIEL CARIBBEAN (DFDC)

DUKE/FLUOR DANIEL INTERNATIONAL (DFDI)

DUKE/FLUOR DANIEL INTERNATIONAL SERVICES (DFDIS)

AES PUERTO RICO, L. PARTNERSHIP (AES-PR)

AES-PR TOTAL ENERGY PROJECT

GUAYAMA, PUERTO RICO

ELECTROSTATIC PRECIPITATOR (ESP)
FLUE GAS CLEANING SYSTEM

SCOPE OF SUPPLY AND TECHNICAL REQUIREMENTS
MATERIALS, EQUIPMENT, FACILITIES, AND DOCUMENTS

Revision 0 - Conformance Specification - February 17,1997

**REVISION LOG**

| | | | |
|---|---|---|---|
| 1 | February 4, 1998 | 6 | |
| 2 | May 10, 2001 | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |



Specification
ESP

AESPR 021845

AESPR-021845