DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001

# DUKE/FLUOR DANIEL
## VERIFICATION OF SPECIFICATION

Owner: AES Puerto Rico, L.P. (AES-PR)

Title of Specification: AES Puerto Rico Total Energy Project
Electrostatic Precipitator Flue Gas Cleaning System

Specification Number: W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.03-0002

Revision: 02

In accordance with established procedures, the quality of this specification has been assured. Signatures certify that the above specification was originated, checked, and approved as noted below:

| | | Signature | Date |
|---|---|---|---|
| Prepared By: | | Robert F Day Jr | 5/11/01 |
| Checked By: | | Brian C Powell | 5/11/01 |
| Inspected By: | Mechanical | [signature] | 5/11/01 |
| | Electrical | [signature] | 5-11-01 |
| | Civil | WMB for Richard Wiles | 5/11/01 |
| | Layout | John L Meddi | 5-11-01 |
| Approved By: | Eng. Mgr. | [signature] | 5-11-01. |

Specification
ESP

AESPR 021846

AESPR-021846

B.500

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 3 of 29

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.0 | COVER SHEET | 1 |
| 2.0 | VERIFICATION SHEET | 2 |
| 3.0 | TABLE OF CONTENTS | 3 |
| 4.0 | GENERAL | 5 |
| | 4.1 SCOPE | 5 |
| | 4.2 INSTALLATION SITE | 5 |
| | 4.3 DEFINITIONS | 5 |
| | 4.4 CODES AND STANDARDS | 6 |
| 5.0 | ATTACHMENTS | 8 |
| 6.0 | INSTALLATION AND OPERATING CONDITIONS | 8 |
| | 6.1 INSTALLATION DESIGN CRITERIA | 8 |
| | 6.2 OPERATING CONDITIONS | 10 |
| | 6.3 PERFORMANCE GUARANTEES | 11 |
| 7.0 | EQUIPMENT AND SERVICES TO BE FURNISHED | 11 |
| | 7.1 EQUIPMENT TO BE FURNISHED BY SELLER | 11 |
| | 7.2 TERMINAL POINTS | 12 |
| 8.0 | DESIGN REQUIREMENTS | 13 |
| | 8.1 GENERAL | 13 |
| | 8.2 ELECTROSTATIC PRECIPITATOR | 16 |
| | 8.2.1 Precipitator | 16 |
| | 8.2.2 Hoppers | 17 |
| | 8.2.3 Weather Enclosures | 17 |
| | 8.2.4 Precipitator Access | 18 |
| | 8.2.5 Rappers | 19 |
| | 8.2.6 Transformer-Rectifier Sets | 19 |
| | 8.2.7 Controls | 20 |
| | 8.3 AUXILIARY EQUIPMENT | 21 |
| | 8.3.1 Ductwork and Appurtenances | 21 |
| | 8.3.2 Insulation and Lagging | 21 |
| | 8.3.3 Structural Steel | 22 |
| | 8.3.4 Ladders, Platforms and Stairs | 22 |
| | 8.3.5 Expansion Joints | 23 |



Specification
ESP

AESPR 021847

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 4 of 29

TABLE OF CONTENTS (Cont'd)

| | | |
|---|---|---|
| 9.0 | SPECIAL REQUIREMENTS | 23 |
| 9.1 | PRE-AWARD MEETING | 23 |
| 9.2 | WELDING | 23 |
| 9.3 | NOISE | 23 |
| 9.4 | NAMEPLATES | 24 |
| 9.5 | PACKAGING AND SHIPPING | 24 |
| 9.6 | MISCELLANEOUS REQUIREMENTS | 24 |
| 10.0 | QUALITY ASSURANCE | 24 |
| 11.0 | DELIVERY | 24 |
| 12.0 | DRAWINGS | 25 |
| 12.1 | GENERAL | 25 |
| 12.2 | SPECIFIC | 25 |
| 13.0 | INSTRUCTION MANUALS | 27 |
| 14.0 | TESTS AND INSPECTIONS | 28 |
| 15.0 | SPARE PARTS | 28 |
| 16.0 | INFORMATION TO BE FURNISHED BY BIDDER | 29 |
| 16.1 | WITH PROPOSAL | 29 |
| 16.2 | AFTER AWARD OF ORDER | 29 |
| 17.0 | DISCREPANCIES AND INTERPRETATION | 29 |
| 18.0 | CONFORMANCE WITH SPECIFICATIONS | 29 |
| 19.0 | CONSTRUCTION SERVICES | 29 |
| 20.0 | TECHNICAL DIRECTION | 29 |
| 21.0 | SUBMISSION OF PROPOSALS AND PRICES | 29 |

Specification
ESP

AESPR 021848

B.502

AESPR-021848

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 6 of 29

| | | |
|---|---|---|
| Seller | - | Firm awarded the order for the subject equipment |
| General Contractor | - | Duke/Fluor Daniel Caribbean S.E. |
| *Penthouse* | - | *A weatherproof, gas-tight enclosure over the precipitator to contain the high voltage insulators.* |
| Upper Weather Enclosure | - | A non gas-tight enclosure on the roof of the precipitator to shelter equipment (T/R sets, rappers, purge airfans, etc.) and maintenance personnel. |

4.4    CODES AND STANDARDS

The design, fabrication, materials, workmanship, and testing of all equipment covered by this specification shall be in accordance with the edition and addenda in effect at time of order placement of the following codes and standards. Note that only recognized U.S. standards and foreign standards will be accepted. Foreign codes and standards used shall be submitted, in English, for Engineer's approval.

1.   American National Standards Institute (ANSI):

   a.   B31.1, Power Piping.

   b.   B16.25, Buttwelding Ends.

   c.   B16.11, Steel Fittings - Socket Welding and Threaded.

   d.   B16.5, Pipe Flanges and Flanged Fittings.

   e.   B16.34, Valves - Flanged, Threaded, and Welding End.

   f.   B3.15, Load Rating and Fatigue Life for Ball Bearings.

   g.   B3.16, Load Rating and Fatigue Life for Roller Bearings.

   h.   B16.1, Cast Iron Pipe Flanges and Flanged Fittings.

   i.   B16.3, Malleable Iron Threaded Fittings.

   j.   B36.10, Welded and Seamless Wrought Steel Pipe.

   k.   B36.19, Stainless Steel Pipe.

2.   American Society of Mechanical Engineers (ASME):

   a.   Boiler and Pressure Vessel Code, Section VIII, Divisions 1 and 2, Unfired Pressure Vessels.

   b.   Boiler and Pressure Vessel Code, Section IX, Welding and Brazing Qualifications.

   c.   Power Test Code, PTC 21, Dust Separating Apparatus.

3.   American Society for Testing and Materials (ASTM):

   a.   Specification for Low-Carbon-Nickel-Molybdenum-Chromium Alloy Rod, B574.



Specification
ESP

AESPR 021850

AESPR-021850

# DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 7 of 29

b.    Specification for Low-Carbon-Nickel-Molybdenum-Chromium Alloy Plate, Sheet, and Strip, B575.

c.    Specification for Forgings, Carbon Steel for Piping Components, A105.

d.    Specification for Structural Steel, A36.

e.    Specification for Low and Intermediate Tensile Strength Carbon Steel Plates of Structural Quality, A283.

f.    Specification for Carbon Steel Pipe, Grade A or B - Seamless, A53.

g.    Specification for Seamless Carbon Steel Pipe for High Temperature Service, A106 Grade B.

4.    American Welding Society (AWS), D1.1, Welders and Welding Qualification Procedures for Structural Steel.

5.    American Institute of Steel Construction (AISC):

a.    Code of Standard Practice for Steel Buildings and Bridges.

b.    Specification for the Design, Fabrication, and Erection of Structural Steel for Buildings.

6.    International Conference of Building Officials, Uniform Building Code.

7.    American Gear Manufacturers Association (AGMA).

8.    Factory Mutual Engineering Corp. (FM), Handbook of Loss Prevention.

9.    National Fire Protection Association (NFPA), National Electric Code, NFPA-70.

10.    National Electrical Manufacturers Association (NEMA), MG1, Safety Standard for Construction and Guide for Selections, Installation and Use of Motors and Generators.

11.    Instrument Society of America (ISA), Standards and Practices for Instrumentation.

12.    Scientific Apparatus Makers Association (SAMA), PMC 22.1, Functional Diagramming of Instrument and Control Systems.

13.    Code of Federal Regulations (CFR):

a.    40 CFR Part 60, Standards of Performance for New Stationary Sources.

b.    40 CFR Part 51, Section 51.166, Prevention of Significant Deterioration of Air Quality - Definition of Best Available Control Technology.

14.    All work performed and materials provided by Seller shall be in accordance with Federal, State, County, and Municipal codes, laws, regulations, and ordinances of the place of installation.



Specification
ESP

AESPR 021851

AESPR-021851



15. All safety related electrical hardware shall be listed in the Factory Mutual Approval Guide or, if not listed in this guide, shall be Underwriters Laboratories listed.

16. Equipment and system design shall be in accordance with the rules and regulations of the Federal Occupation Safety and Health Act (OSHA).

17. Industrial Gas Cleaning Institute (IGCI):

    a. Publication EP-5, Information Required for the Preparation of Bidding Specifications for Electrostatic Precipitators (1973).

    b. Publication EP-6, Electrostatic Precipitator (1968).

    c. Publication EP-7, Gas Flow Model Studies (1987).

    d. Publication EP-8, Structural Design Criteria for Electrostatic Precipitator Casings (1987).

18. Underwriters' Laboratories (UL).

19. Institute of Electrical & Electronic Engineers (IEEE).

20. Steel Structure Painting Council.

21. Air Moving and Control Association (AMCA).

**5.0 ATTACHMENTS**

The following attachments shall form a part of this specification:

1. Fuel Analyses.
2. Reagent Analyses.
3. Proposal Data Sheets.
4. Preliminary Site Plan.
5. List of Approved Subcontractors.
6. CDS and ESP Electrical System Specifications.

**6.0 INSTALLATION AND OPERATING CONDITIONS**

**6.1 INSTALLATION DESIGN CRITERIA**

1. The ESP and associated equipment will be installed outdoors on a concrete pad. The pad will be furnished by the Buyer.

2. The following local atmospheric conditions shall be assumed as Design Conditions:

**DUKE/FLUOR DANIEL CARIBBEAN, S.E.**

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 9 of 29

| | | |
|---|---|---|
| a. | Design Ambient Temperature: | -Minimum:  50°F.<br>-Maximum:  110°F. |
| b. | Summer Dry Bulb Temperature: | 89°F (ASHRAE 1%). |
| c. | Summer Wet Bulb Temperature: | 81°F (ASHRAE 1%). |
| d. | Winter Dry Bulb Temperature: | 67°F (ASHRAE 99%). |
| e. | Elevation: | 15 feet above mean sea level. |
| f. | Environment: | Tropical seashore environment |

3.  All outdoor support structures and components shall be designed for wind loads in accordance with the requirements of Section 5.0, Design Criteria for Wind and Seismic Loads, of the General Project Requirements (GPR).

4.  All structures and components shall be designed for seismic loads in accordance with the requirements of Section 5.0, Design Criteria for Wind and Seismic Loads, of the General Project Requirements (GPR). The equipment does not have to remain operational through the event, however, the equipment shall be designed to operate satisfactorily following the seismic event.

5.  Support loads for all Seller supplied equipment, including dead loads, operating loads, and any special foundation or support requirements, shall be clearly indicated by the Seller on Seller's drawings. Load combinations shall be in accordance with the Uniform Building Code in effect at time of contract.

6.  All structures, ductwork, and hoppers shall be designed for fly ash and particulate loads that result from fly ash settling out in the flue gas flow path. All ducts shall be designed to minimize ash fallout at minimum unit load gas volume. Fly ash fallout in horizontal sections of ductwork is assumed to accumulate 2 feet on the precipitator inlet and 1 foot on the outlet. Fly ash density should be as a minimum 90 lb/ft$^3$.

7.  Design of all equipment shall be such that all loads, forces and moments be resolved into the foundation supports. Anchor bolt pattern, number and diameter shall be determined based on the assumption that anchor bolts will be fabricated from Buyer's ASTM A36 bar stock material. Anchor bolts will be furnished by the Buyer.

8.  A source of filtered water for cooling purposes will be supplied by the station Closed Cooling System. Maximum cooling water temperature entering Seller's components will not exceed 100°F. Piping and component structural design conditions for the Closed Cooling System are 150 psig and 130°F. Seller shall list cooling water quality and quantity requirements for each application.

9.  High quality instrument air (filtered, -25°F dew point) and station air (saturated, unfiltered) will be available at 80 psig minimum, 125 psig maximum. Piping and component structural design conditions for the Instrument and Station Air System are 150 psig and 120°F.

10. All Seller supplied equipment interfaces with Buyer's control equipment shall be compatible with 3-15 psi pneumatic or 4-20 mA electronic signal ranges. Control power is available at 120 VAC.



Specification
ESP

AESPR 021853

AESPR-021853

# DUKE/FLUOR DANIEL
# CARIBBEAN, S.E.



Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 10 of 29

11. Power for operating motors rated 1/2 horsepower and below shall be 120 volts, single phase, 60 hertz supplied from Seller provided 208/120V panelboards. Power for operating motors rated above 1/2 horsepower through 300 horsepower will be available at 480 volts, 3 phase, 60 hertz. Power for operating motors rated above 300 horsepower and below 5000 horsepower will be available at 6900 volts, 3 phase, 60 hertz. Power for operating motors rated above 5000 horsepower will be available at 13800 volts, 3 phase, 60 hertz.

12. Material, design, and installation of all Seller supplied interior lighting systems shall be in accordance with the requirements of Attachment 6 to this specification. Seller shall be responsible for the design, supply, and installation of the 480:208/120V or 480:480/277V transformers and panelboards and all low voltage wiring and associated raceway from this equipment to the various Seller supplied utilization equipment. Buyer will retain responsibility for the design, supply and installation of all exterior lighting systems.

13. Seller shall erect all Seller supplied material and equipment. Erection shall include the installation of all low voltage wiring between and interconnecting all Seller supplied electrical equipment including wire, cable, conduit, cable tray, supports, junction boxes, heat tracing, and grounding cable loops in Seller's scope of supply. Material, design, and installation of these components shall be in accordance with the requirements of Attachment 6 to this specification. Buyer will retain responsibility for the design, supply, and installation of all 480 volt cable and raceway to the Seller supplied utilization equipment (motors, transformer/rectifier (T/R) sets, lighting transformers, etc.).

## 6.2    OPERATING CONDITIONS

1. Each Electrostatic Precipitator Flue Gas Cleaning Package (ESP) will be used to control particulate emissions from one coal fired, circulating fluidized bed, balanced draft steam generator. Flue gas will pass through a regenerative type air heater and a circulating dry scrubber before entering Seller's precipitator.

2. The ESP is required to operate for a minimum of twenty-five (25) years with minimum downtime for periodic inspections and maintenance, and at good reliability levels in comparison to other similar units in electric utility service.

3. Each precipitator system shall operate continuously, not intermittently, to provide continuous particulate removal.

4. The ESP shall be designed for the boiler gas flows defined by the CFB boiler supplier and CDS supplier in accordance the requirements of DFDC specification W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.00-0001. Air inleakage for the precipitator and ductwork shall be assumed as 3% and added to the gas flows determined by the CFB and the CDS suppliers for the design of the system. Air inleakage should occur evenly over the entire length of the precipitator in accordance with the Bidder's standards. Bidder shall state how inleakage is accounted for in the precipitator design. Actual air inleakage shall be less than 3%.

5. An upset temperature condition can exist if air heater operation were compromised. For this condition, the Seller's equipment shall be designed for flue gas temperature at the air heater outlet to 400°F, for up to a 30 minute duration. All Seller supplied equipment shall be capable of withstanding this condition.

6. All Seller supplied equipment shall be arranged to allow access for maintenance, service, and equipment removal.





Specification
ESP

AESPR 021854

**AESPR-021854**

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

7. Number 2 fuel oil will be used for flame stabilization during startup, boiler boilout, and low load operation.

8. The Electrostatic Precipitator Flue Gas System shall be capable of providing continuous reliable service in compliance with the specified emission limits without the use of any performance or reliability enhancement additives.

## 6.3 PERFORMANCE GUARANTEES

1. All performance guarantees for the combined scope of supply (CFB Boiler Package, the CDS Package, and the ESP Package) are listed in Section 6.3 of DFDC specification W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.00-0001, Circulating Fluidized Bed Boiler and Appurtenances.

## 7.0 EQUIPMENT AND SERVICES TO BE FURNISHED

## 7.1 EQUIPMENT TO BE FURNISHED BY SELLER

1. The equipment supplied for each ESP Package shall include, but not necessarily be limited to, the following:

   a. One (1) electrostatic precipitator (ESP). Each precipitator system shall have one inlet and one downflow outlet nozzle to provide adequate flow distribution (internal chambers in each box are not required).

   b. Electrical transformer/rectifier equipment.

   c. Hoppers, hopper outlet connection, hopper vibrators, hopper heating and capacitance type hopper ash level probes.

   d. Inlet and outlet transition pieces necessary to connect precipitators to ductwork.

   e. All controls necessary to operate the precipitators, hopper heaters, level indicators, rapping system, etc., through a Seller supplied PC based control system with hardwired I/O for monitoring and alarming to the Buyer's Distributed Control System (DCS). The primary operator interface shall be a separate Seller supplied desktop PC with CRT in the Electrical Equipment Room under the Unit 1 ESP.

   f. All support steel.

   g. Staircase and platforms as required for operation, testing, and maintenance, including hopper access platforms.

   h. Weatherproof, gas-tight penthouse enclosure over the precipitator to contain the high voltage insulators.

   i. Linear reactors.

   j. Hopper enclosure (non-gas tight) to enclose the area around the hoppers from the bottom of the sidewall to the concrete floor below the air slide.

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 12 of 29



k. Access doors, IMTEC or equivalent.

l. Key interlock system, Castell or Engineer approved equivalent.

m. Rapper system for electrodes and collecting plates.

n. Mechanical separators.

o. Complete flue gas ducting from the ESP inlet to each inlet of each ID Fan and from each outlet of each ID Fan to the stack breeching including all dampers, expansion joints, sample and test ports, flow control devices such as perforated plates and turning vanes as required by the flow model and field flow test, and all supports.

p. Thermal insulation and lagging of all Seller supplied equipment and ductwork requiring thermal insulation. Insulation shall be a minimum of 4" fiberglass insulation with 0.032" aluminum lagging.

q. Access and inspection doors for all Seller supplied equipment and ductwork.

r. Reusable test ports with removable insulation and suitable personnel access for performing tests for the long term.

s. Access platforms, walkways, handrails, stairs, and ladders.

t. 480:480/277V 0r 480:208/120V transformers and power distribution/lighting panelboards. Buyer's 480 volt auxiliary system is three wire; therefore all Seller supplied 480:480/277V (delta/wye) transformers will be required to supply 277 volt single phase loads within the Seller's system.

u. All required electrical equipment and control cabinets which include, but not limited to, panelboards, T-R sets, low voltage transformers, cables, controls, instrumentation, rapping controllers, and other equipment required for a complete system.

2. All interior lighting (design and fixtures) and ventilation (design and materials) shall be provided by the Seller for all Seller supplied enclosures.

3. Seller to provide necessary above grade grounding connections from electrical equipment to Engineer's ground mat.

4. One (1) complete set of spare parts recommended for erection, startup, initial operation and performance testing of all Seller supplied equipment.

5. One (1) complete new set of all special tools and appliances necessary to properly install, maintain and operate all Seller supplied equipment. Tools shall be packed in a suitable steel case and identified as to its content.

7.2    SELLER'S TERMINAL POINTS

Seller's terminal points for the combined scope of supply (CFB Boiler Package, the CDS Package, and the ESP Package) are listed in Section 7.2 of DFDC specification W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.00-0001, Circulating Fluidized Bed Boiler and Appurtenances.



Specification
FSP

AESPR 021856

AESPR-021856

## DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 13 of 29

**8.0    DESIGN REQUIREMENTS**

**8.1    GENERAL**

1.    Seller shall provide equipment and components in accordance with the approved suppliers listed in Attachment 5 to this specification, unless otherwise approved by the Engineer. Equipment or components not listed in Attachment 5 shall be Seller's standard.

2.    Proposal shall be based on the general equipment layout shown in Attachment 4 to this specification.

3.    All Seller supplied thermocouples and RTDs shall be furnished in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

4.    Control and termination cabinets, all associated internal components and wiring, and instrument and control hardware furnished with Seller supplied equipment shall be in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

5.    All electric motors shall be provided in accordance with the requirements of Sections 8.1, 8.2, 8.3, or 8.15, Motor Requirements, of the General Project Requirements (GPR), as applicable to the motor rated horsepower. All motor enclosures shall be outdoor grade.

6.    A Seller supplied equipment and control systems shall be shop wired and tested to the fullest extent possible prior to shipping. All of the Buyer's connections and Buyer's interconnecting wiring to Seller supplied equipment shall be in accordance with the requirements of Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

7.    Any PLC or similar microprocessor based control system that requires a communication interface with the Station DCS shall be supplied with the necessary hardware and software for two fiber optic Allen Bradley Control Net communication channels in accordance with the requirements of Section 8.5, General Requirements for Programmable logic Controllers, and Section 8.6, General Requirements for Vendor Supplied Control Systems, of the General Project Requirements (GPR).

8.    All valve and damper actuators shall be supplied in accordance with the requirements of Section 8.4, Actuator Requirements, of the General Project Requirements (GPR).

9.    Except for motors, instrumentation, and components shipped loose for mounting in Buyer's panels, all electrical connections required by the Buyer to Seller's equipment shall be external to the equipment on numbered terminal strips in junction boxes or electrical panels.

10.    All piping furnished by the Seller shall be provided in ANSI standard sizes in nominal English units (inch sizes). All weld end preparations, socket weld couplings, threaded connections, flange sizes and ratings, at Buyer/Seller terminal points, shall comply with ANSI standards in English units.

11.    Nozzles shall be prepared for connection with Buyer's piping as follows:

    a.    Welded connections 2" NPS and smaller shall be socket weld couplings in accordance with the requirements of ANSI B16.11.



*Specification*
ESP

AESPR 021857

**AESPR-021857**

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 14 of 29



b.  Welded connections greater than 2" NPS shall be butt weld connections. Butt weld ends shall be beveled for welding in accordance with the requirements of Section 7.1, Welding, of the General Project Requirements (GPR).

c.  All flanged connections shall be supplied in accordance with the requirements of ANSI B16.5.

12. All welding to be performed shall be accomplished by welders and procedures qualified in accordance with AWS D1.1. Qualification of all welders and procedures shall be at Seller's expense.

13. All materials shall be new and in accordance with applicable ASTM specifications or with other recognized standards such as SAE. No peening, caulking or filling shall be permitted in repairing cracks, pin-holes or blow-holes. Defects in fabricated steel shall be repaired by chipping out welds to bottom of vee and rewelding.

14. The use of asbestos or material containing asbestos shall not be permitted. The use of mercury or material containing mercury shall not be permitted. All nonmetallic materials shall be noted to the Engineer for approval.

15. The equipment and materials specified are intended to be the minimum suitable for the intended service. They are not intended to limit the Seller's responsibility for proper design and selection of equipment. It is the Seller's responsibility to bid a complete system for the intended service and the specification is only for general guidelines. Any changes in proposed equipment or materials during design shall be approved by the Engineer.

16. Each ESP Package shall be comprised of one (1) gas train per unit sized to process 100% of the flue gas from one boiler, when the boiler is operating from 0% to 100% + 5% OP of boiler MCR and is firing any of the coals given in Attachment 1.

17. All uninsulated structural steel shall be galvanized. All steel which is not galvanized shall be coated with a primer or other rust preventative compound, suitable for outdoor storage, in accordance with the requirements of Section 3.0 of the General Project Requirements (GPR). Surface preparation and coating of components manufactured by Seller's subvendors (pumps, motors, etc.) shall be in accordance with the manufacturer's standards.

18. Each ESP Package will consist of a dual-chamber precipitator including a louvered type mechanical separator with associated ductwork and controls to allow proper operation of the system.

19. The precipitator and flue gas ductwork shall be capable of withstanding a transient internal design pressure of ± 35 inches wg or higher as required per the system's design, loadings due to ash fallout and buildup, thermal loadings experienced during normal and abnormal operating modes, and seismic loads without permanent deformation of the structure or any support member.

20. The precipitator control console, located in the Unit 1 Electrical Equipment Room, shall constitute the primary operator interface. It shall include a Intel Pentium II, Windows NT based computer with MMI software and dedicated I/O extension, color CRT, keyboard and a laser printer. Secondary operator monitoring will occur at the DCS operator interface in the main control room. Some controls will be located locally at the rappers. Seller shall provide all control logic and diagrams for the ESP, which includes the T-R set and rapper control system. All instrumentation required to monitor and control the precipitator shall be supplied by the Seller. Hardwired I/O shall link start/stop controls and common status alarms for the ESP to the Buyer's DCS.



Specification
ESP

AESPR 021858

AESPR-021858

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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 03-0001
Revision: 2
May 10, 2001
Page: 15 of 29

21. Instrumentation shall be supplied to allow monitoring of each precipitator box. The following parameters, at a minimum, will be interfaced to the ESP control console for control and monitoring purposes:

a. T-R Set Trouble (7 alarms per T/R)

b. Rapper Panel On/Off

c. ESP Inlet and Outlet Gas Temperature

d. Rapper Operation Program Number

e. T-R On/Off Status Indication

f. Common Rapper Alarm

g. Common ESP Alarm

h. Ash Hopper Level

i. T-R Controller On/Off

j. T-R Secondary Voltage Adjust

k. T-R Spark Rate Adjust

l. Opacity Control Mode On/off (Energy Management System)

m. Rapper Panel On/Off

n. T-R Primary & Secondary Voltage

o. T-R Primary & Secondary Current

p. T-R Spark Rate/Arc Rate

q. T/R Controller Secondary Voltage Switch Value

r. T/R Controller Spark Rate Switch Value

s. Opacity Control Mode On/Off

t. Back Down Routine Number

u. Energy Management Set Point



## DUKE/FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 16 of 29

**8.2    ELECTROSTATIC PRECIPITATOR**

**8.2.1    Precipitator**

1.    Each ESP Package shall consist of one (1) precipitator box per train. Each box/train shall treat 100% of each boiler's flue gas. Each box shall have one inlet and one outlet nozzle and provide adequate flow distribution. (Internal chambers in each box are not required.) There shall be a minimum of twelve (12) electrical fields and six (6) mechanical fields identical in size in the direction of flow inside each box/train. An electrical field is defined as a section that is electrically charged by only one T-R set. The maximum allowable square footage per T-R set for 16 inch spacing shall be nominally 35,000 square feet.

2.    A four point suspension system shall be utilized for the discharge electrodes for all electric fields with a depth of 9 feet or greater. Only alumina support insulators shall be used.

3.    Gas passage spacing centerline to centerline shall be sixteen (16) inches or 400 mm.

4.    The precipitator shall be designed with one redundant electric field in the direction of gas flow. The intent is a design that will allow losing one transformer-rectifier set per boiler. All electric fields shall be of identical Specific Collection Area (SCA) and the total SCA of the system shall be 400 minimum. The precipitator shall be designed to meet all the emission and all the performance guarantees for all coals listed in Attachment 1. The resulting total ESP collecting plate area, minus the one redundant field area, divided by the worst case (highest flue gas flow rate) coal at 100% of boiler MCR condition, shall result in a SCA value of 400 or greater.

5.    For the purposes of the Performance Guarantees listed in Section 6.3 of DFDC specification W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.00-0001, the redundant field(s) shall not be considered.

6.    Gas velocity through the precipitator shall be approximately 3.3 (average) feet per second

7.    Appropriate precipitator inlet and outlet baffling shall be provided to insure uniform flow distribution. Baffling plates shall be provided with rapper attachments as required. RMS values shall be used in accordance with IGCI-EP7. Combining inlet mechanical field and perforated plates into one rapper is not permitted.

8.    Antisneak baffling between fields and before the inlet field shall be provided as required by model, field tests and experience.

9.    Discharge electrodes shall be of the rigid frame type.

10.    Collection plate height shall be restricted to a maximum of fifty (50) feet.

11.    Precipitator structure shall be designed to support full hopper loading assuming an ash weight of 90 lbs per cubic foot.

12.    Precipitator casing units shall be of welded steel construction using plate of not less than 1/4 inch thickness.

13.    Precipitator casing shall be designed to allow free thermal movement without distortion.

14.    Collection plates shall be fabricated from plate not less than nominal eighteen (18) gauge thickness.



*Specification*
*ESP*

AESPR 021860

B.514                    AESPR-021860

## DUKE /FLUOR DANIEL CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 17 of 29

15.    Aspect ratio shall be a minimum of 1.2.

16.    No more than 2000 square feet of plate per rapper is allowed.

### 8.2.2    Hoppers

1.    Hoppers shall have a minimum valley angle slope of 55°, rounded corners of 3 inch radius, and a 12 inch diameter flanged outlet for connection with Seller's CDS fly ash handling system. Hoppers shall be designed for continuous evacuation and based on a material density of 45 lbs/ft$^3$.

2.    Two (2) dual J-type thermocouples with ungrounded tips shall be provided with each hopper to monitor hopper skin temperature. Temperature measurement and alarms shall be in the Precipitator Electrical Room.

3.    A hopper heating system shall be provided for the lower third (by height) of each hopper and throat area of sufficient size to maintain a hopper skin temperature equal to, at a minimum, the value of the flue gas temperature. Seller shall state in proposal the heating capability (watts/ft$^2$) of the heating system. Hopper heaters shall be wired in a parallel circuit to the extent possible.

4.    One strike plate measuring 12 inches by 12 inches located above the flange connection and one vibrator mounting bracket plate for Seller supplied hopper vibrator shall be provided on either side of each hopper. Two 4 inch diameter poke holes per hopper shall be located at bottom of ESP fly ash hoppers, pointed in the direction of the hopper discharge valve and oriented so that the probes cannot be rammed into sources of high voltage. The vibrator controls will be supplied by the Buyer.

5.    Two (2) capacitance type level probes shall be provided on the first field hoppers and one capacitance type per hopper for all remaining hoppers. Hopper ash level controls shall be provided with each hopper. The level instruments shall be monitored by a dedicated microprocessor controller which can indicate partial pluggage and full pluggage alarms of the hopper level. The alarm signals shall be remotely monitored by the precipitator control system in the Precipitator Electrical Room.

### 8.2.3    Weather Enclosures

1.    A weatherproof, gas tight enclosure (penthouse) shall be provided above the precipitator hot roof to provide housing and maintenance space for the high tension electrode suspension system and rapping equipment. The Penthouse enclosure shall be a minimum of six (6) feet in height above the precipitator hot roof. Lighting inside the penthouse is not required. Sufficient power receptacles outside each door is required. Thermal insulation shall be provided for the penthouse enclosure floor. The desired configuration is a penthouse above the precipitator hot roof with any penthouse roof equipment (such as T-R sets and rappers) exposed to the elements. An upper weather enclosure is <u>not</u> required. For clarification purposes, the following definitions are provided below as defined by Industrial Gas Cleaning Institute (IGCI) Publication No. EP-1:

   a.    Penthouse:                A weatherproof, gas-tight enclosure over the precipitator to contain the high voltage insulators.

   b.    Upper Weather Enclosure:    A non gas-tight enclosure on the roof of the precipitator to shelter equipment (T/R sets, rappers, purge air fans, etc.) and maintenance personnel.



Specification
ESP

AESPR 021861

**AESPR-021861**

2. The attachment of the penthouse to the casing shall be designed with due consideration to differential thermal expansion.

3. All high tension support bushings shall be provided with heating to prevent condensation when the unit is off-line.

4. The ventilation/heating system provided for the penthouse enclosure shall provide approximately 500 CFM of air per boiler from the hot side of the airheater. The system is not required to provide heating to the penthouse area if support insulators are equipped with bushing heaters. Support insulator heaters are required for each insulator.

5. In addition, Seller shall also provide a weather enclosure (nongas-tight) under the precipitator to enclose the hopper area, providing a maintenance area for the Buyer's ash handling equipment. Adequate interior lighting shall be provided. Ventilation fans and louvers shall also be provided. Enclosure shall include two 36 inch mandoors, with the doors located at either end of the precipitator. In addition, two to four equipment doors large enough to accommodate a Bobcat size loader (6' x 7') shall be quoted as an option adder.

**8.2.4 Precipitator Access**

1. Access through the precipitator casing should be provided between each mechanical field, before the inlet field, and after the outlet field at the bottom of the collecting plates.

2. Spacing between mechanical fields and between the baffle plates and a mechanical field in the direction of gas flow should be 24 inches. In these spacings, walkways shall be provided at the bottom of the collecting plates. Walkways shall be provided with galvanized standard grating with 1" by 3/16" minimum bearing bars.

3. Each hopper shall be provided with conveniently located doors that provide access to all areas of the hopper. Hopper access doors shall be provided with an inner door designed to minimize collected hot ash that could injure personnel upon opening primary access. Hopper access platforms shall be provided for accessing hopper doors, poke holes, clean-out doors, striker plate, level detectors, and all fly ash handling system components.

4. The penthouse enclosure area on top of the precipitator shall be provided with a penthouse-to-precipitator casing (hot roof) access for each electric field buss section.

5. Suitable keyed interlocks (Castell or Engineer approved engineering equivalent) shall be provided for hot roof (penthouse-to-precipitator casing) access doors, hopper access doors, side access doors, and level detectors.

6. All access doors shall be of the quick opening type, cast construction, largest commercially available rectangular size (approximately 26" by 30"), and be airtight. IMTEC doors for size 18" x 30" or 24" x 48" shall be quoted as the base. An equivalent may be quoted as an alternate option with breakout price or deduct.

7. Grating with a prime coat of paint instead of galvanized grating is acceptable for grating located inside of the precipitator casing.

8.2.5 **Rappers**

1. Rappers shall be capable of generating a minimum acceleration of 50 g's measured below 3,000 hertz at any point in the collecting plates or discharge electrodes. Bidder is to submit experimental test data, with the proposal, of measured acceleration for the proposed plate and electrode design.

2. No more than 2000 square feet of plate per rapper is allowed.

3. Rapping cycle and frequency, and intensity shall be completely adjustable from one electric field to another.

8.2.6 **Transformer-Rectifier Sets**

1. The Transformer-Rectifier Sets shall consist of a transformer, current limiting reactor, and rectifiers - all connected in a silicone oil-filled tank which is completely sealed and suitably painted for outdoor use. Standard semi-outdoor bushings shall be supplied on the T-R sets and shall be suitable for outdoor use when enclosed in a bus duct to protect them from the elements. The Seller shall provide, as a minimum, the following components per T-R Set:

   a. Transformer-Rectifier Tank - The T-R tanks shall be designed to withstand 4 PSIG test pressure. The lid on the tank shall have a separate handhole cover which shall facilitate quick and thorough field servicing. Lugs and supports shall be available to aid in lifting by crane or forklift respectively.

   b. Low Voltage Junction Box - A low voltage junction box shall be mounted on the outside of the T-R tank and house all the low voltage input bushings as well as metering feedback bushings. In addition, a terminal board for oil temperature and level gauge alarm contacts shall be contained in this box.

   c. Main Transformer - A high voltage step-up transformer shall be provided to increase the voltage from the low voltage supply to the high voltage required.

   d. Rectifier - A full-wave rectifier bridge shall be connected across the transformer secondary. The rectifiers shall be mounted on plug-in modules that can be easily removed and replaced through the top tank handhole cover.

   e. Current Limiting/Linear Reactor - A current limiting/linear reactor with 50%, 75%, and 100% manual taps shall be provided and wired in series with the T-R set main transformer primary. The reactor is used to limit the current to the T-R voltage regulating SCR controller and limiting peak currents to the T-R set during precipitator sparking. Linear Reactors will be located external to both the T-R control cabinets and the T-R set near the T-R sets in the ESP roof area.

   f. Pressure Vacuum Gauge - A pressure/vacuum gauge shall be provided to indicate pressure/vacuum changes within the tank.

   g. High Voltage Switches - An externally mounted high voltage air grounding switch is to be provided by the Seller. The switch shall have a "window' built into the switch housing to provide a view of the switch position. No internal switches shall be provided in the T-R oil tank.

   h. Oil Level Gauge - An oil level gauge shall be provided to indicate oil level.

   i. Oil Temperature Gauge - An oil temperature gauge shall be provided to indicate oil temperature.

2. Each T-R set shall have a silicon diode type rectifier assembly with secondary kV dividers.

3. High voltage switches shall be provided on the penthouse roof top to allow isolation of individual buss sections with an adequate grounding system for personnel protection.

4. The maximum allowable square footage per T-R set for 16 inch spacing shall be nominally 20,000 square feet.

### 8.2.7 Controls

1. All panel designs shall be complete in every detail. They shall be furnished with the necessary flush mounted meters, relays, indicating lights, control switches, etc. to properly control, protect and monitor the operation of all equipment. All interface signals required by this specification for connection to Buyer's equipment shall be prewired to Seller supplied terminal blocks for connection of Buyer's field wiring. All control equipment shall be arranged for full accessibility.

2. The voltage controls shall be programmable automatic digital solid state rectifier type designed to maintain spark rate, maximum current, or maximum voltage according to plant load. The Automatic Voltage Controls (AVC) shall have programmable overcurrent, undervoltage trips for protection of the T-R set. The T-R set shall have low oil level and high oil temperature alarms tied into the AVC. Manual voltage control shall be provided to back up the AVC and to allow testing and maintenance of the system.

3. The rapper controls shall be a PLC based system which monitors and controls all rappers. Manual rapper controls shall be provided to back up the automatic rapper controls and to allow testing and maintenance of the system.

4. Direct reading meters shall be provided for primary current, secondary current, primary voltage and secondary voltage, with both digital and analog readout.

5. Equipment for each boiler's precipitator system (2 precipitator boxes per precipitator system) will be located in the Electrical Equipment Room under the each precipitator. Control panels (if required) shall have provision for bottom cable entry. The bottom 12 inches of these panels shall be free of equipment to allow sufficient cable access space.

6. The controls for each precipitator shall have a common trouble alarm (dry contact) and status indication prewired to Seller supplied terminal blocks for connection to Buyer's DCS. All I/O interfaces to the Buyer's DCS will be located in the Electrical Equipment Room under the Unit 1 precipitator.

7. Rapper controls and AVC shall be interfaced with the console in the control room for control, data logging, histograms, and energy management data acquisition functions. Primary control, monitoring and alarming shall be from the Seller supplied console (computer, CRT, keyboard, and printer) in the Electrical Equipment Room under the Unit 1 precipitator. This allows the operator direct interface with the system so that T-R output can be adjusted or the rapper system can be regulated. Secondary monitoring, alarming, and supervisory data acquisition shall be from the control room DCS consoles. Precipitator and AVC shall have power-off rapping feature. Automatic voltage controls shall have a coded privilege, multi-level access code to prevent unauthorized parameter changes.

# DUKE/FLUOR DANIEL
## CARIBBEAN, S.E.

Specification No.: W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, 0002
Revision: 2
May 10, 2001
Page: 21 of 29

### 8.3    AUXILIARY EQUIPMENT

#### 8.3.1    Ductwork and Appurtenances

1.    Seller shall provide all ductwork from the ESP inlet to the stack inlets.

2.    Seller is responsible for providing suitable expansion joints for the ductwork system. As a minimum, expansion joints shall be located at the following locations:

    a.    ESP Inlet - per Seller's design.

    b.    ESP Outlet - per Seller's design.

    c.    Each ID Fan Inlet.

    d.    Each ID Fan Outlet.

    e.    Each Stack Inlet.

3.    Ducts shall be sized for a maximum gas velocity of 3000 feet per minute in rectangular ducts, and 3500 feet per minute in circular ducts, when operating at the design condition. The Bidder may offer an alternate duct size with an engineering justification, but only after a base bid has been offered for the 3000 / 3500 feet per minute maximum gas velocity case.

4.    All ducts shall be welded gas-tight construction fabricated from at least 3/16 inch steel plate and properly stiffened for ± 35 iwg gas pressure or higher as required by Seller's design. All bracing and stiffening shall be external whenever possible. The ducts shall have the necessary fabric expansion joints, access doors, soot hoppers, instrument inserts and required duct supports. Structural design of the ducts and supports shall be based on the assumption that the duct contains one (1) foot of ash with an ash density of 90 lbs/cu.ft.

5.    Inlet and outlet ducts shall be arranged to minimize the number and severity of bends. Bends greater than 30° shall be vaned.

6.    The ducts shall be designed to minimize fly ash or other particulate fall out over the broad range of specified operating conditions and possible daily load cycles.

#### 8.3.2    Insulation and Lagging

1.    Insulation shall be furnished for all Seller supplied components exposed to the hot gas stream, where required for personnel protection.

2.    Erection pricing shall include labor only. Insulating materials and all consumables shall be included in the materials portion of Seller's scope of supply, as required to insulate all Seller supplied equipment and ducts. This shall include the following

    a.    All insulation shall be applied to prevent direct heat transfer through steel. All temporary steel such as erection lifting lugs shall be removed prior to insulation installation. All access doors shall be independently insulated to allow convenient access or removal. Penetrations for instrument taps, electrical conduit, etc. shall be gasketed and sealed to prevent leakage under operating conditions.



*Specification*
ESP

AESPR 021865

**AESPR-021865**

**B.519**

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 22 of 29

b. Thermal insulation shall be semi-rigid fiberglass wool batts suitable for temperatures to 1000°F.

c. Lagging shall be box ribbed aluminum siding 0.032 inch thickness, and shall be installed sealed and flashed to provide a neat weatherproof protective coating. Color of the lagging will be selected by the Owner from Seller's standard finishes.

3. Roofs shall be pitched to facilitate drainage and shall be furnished with gutters and downspouts.

**8.3.3    Structural Steel**

1. All steel required to support Seller supplied equipment, ductwork, stairs, platforms, ladders, and piping shall be provided by Seller. Seller is responsible for final structural design which shall be in accordance with AISC specifications.

2. All uninsulated steel shall be galvanized. All steel which is not galvanized shall be coated with a primer or other rust preventative compound, suitable for outdoor storage, in accordance with the requirements of Section 3.0, Preparation and Packaging for Export Shipment, of the General Project Requirements.

3. All floor members shall be designed for a uniform utility load of 50 lbs/ft$^2$, in addition to the floor live load, to account for miscellaneous piping and electrical components.

**8.3.4    Ladders, Platforms, and Stairs**

1. Elevated concrete floors shall be designed for a uniform live load of 200 lbs/ft$^2$. Grating floors and stairs shall be designed for a uniform live load of 100 lbs/ft$^2$ or a 300 lb concentrated load, whichever is more stringent. Grating shall be supported such that the live load deflection is limited to 0.25 inch.

2. Platforms or walkways shall be provided to access all sample points, valves, dampers, operators, and access doors which can not be easily reached from the operating floor. Platforms shall be provided under the ash hoppers to allow access to the level probes, access doors, etc. Structural steel at access points shall be of suitable size and section to permit attaching of access platforms and stairs. Platforms and walkways shall have pipe handrails and kick plates meeting OSHA Standards.

3. Grating shall have 3/16 inch wide by 1-1/2 inch deep bearing bars with bearing bars on 1-3/16 inch centers, and twisted cross bars on 4 inch centers. Sleeves for penetrations and kickplate shall be provided. Grating, sleeves, and kickplate shall be galvanized.

4. All handrail shall be fabricated from 1-1/2" diameter standard wall pipe conforming to ASTM A53 or A120. Handrail shall be galvanized. Handrail shall be a two rail system meeting the requirements of the UBC, 97 edition. Handrail post spacing shall not exceed 6 feet center-to-center. The use of speedrail is acceptable.

5. As a minimum, a steel stairway and a caged access ladder shall be provided to access the roof, side doors, and duct doors of each precipitator. Ladders shall be located at the opposite end of the equipment, relative to the stairway.

6. Ladders shall be constructed of ASTM A36 bar rails, 1-1/2" by 1/2", with 1" diameter rungs. Ladders shall be galvanized. Use of ladders as access to Seller's equipment and platforms will be subject to Buyer's approval.



Specification
ESP

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 23 of 29

**8.3.5    Expansion Joints**

1.    Expansion joints shall be installed, as a minimum, in Seller supplied flue gas ductwork at each inlet and outlet of each I.D Fan, and each stack inlet.

2.    Each expansion joint shall be designed to operate in hot (up to 500 °F) particulate laden, dry, potentially corrosive flue gas. The composite design must dissipate enough heat to reduce the temperature at the belt to a temperature which is below its maximum operating temperature.

3.    The fabric belt element/insulation system shall be designed to withstand full system operating temperatures and pressures, including upset or excursion conditions.

4.    Frames to be constructed of 1/4 inch minimum thickness steel. All edges in contact with the fabric material shall be radiused. Frame shall be flat,belt design. Inboard facing frames are not acceptable. Frame design should have the liners integral with the frame for one piece construction and ease in installation and maintenance.

5.    Frame materials of construction are to be compatible with the ducting adjacent to the expansion joint. As a minimum, ASTM A36 carbon steel shall be used.

6.    Fabric element clamping bars (back-up bars) shall be a minimum of 3/8 inch thickness by 2 inch width with radiused edges.

7.    Fabric element bolting shall be 3/8 inch minimum diameter, 120,000 psi tensile strength fasteners on 6 inch minimum centers. The fabric element attachment flange corners shall have a minimum radius of 6 inches, with corner clamping bars with a minimum of three fasteners.

8.    The expansion joint shall meet the flue gas duct movements ± 1/4 inch. The Seller shall state the breech opening required to meet the movement conditions.

9.    An accumulation bag or pillow is required to reduce the build up of ash in the bottom of the joint. The bag should fill the entire cavity and be constructed of materials that will perform in the conditions described in this specification.

**9.0    SPECIAL REQUIREMENTS**

**9.1    PRE-AWARD MEETING**

Not Applicable for Conformed Specification.

**9.2    WELDING**

1.    All shop welding and weld end preparations shall be in accordance with the requirements of Section 7.1, Welding, of the General Project Requirements (GPR).

**9.3    NOISE**

1.    All machinery with expected sound pressure levels in excess of the four (4) hour exposure design criteria set forth in 1910.95 of OSHA standards shall be provided with suitable enclosures and/or noise abatement devices to bring the equipment into compliance with 1910.95 eight (8) hour exposure limits. Sound enclosures, if required, shall be supplied by the Seller.



Specification
ESP

AESPR 021867

**AESPR-021867**

B.521



DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 24 of 29

2.      Sound levels from Seller supplied equipment shall comply with the requirements of Section 7.2, Noise, of the General Project Requirements (GPR).

## 9.4    NAMEPLATES

1.      Seller shall provide nameplates for all Seller supplied equipment in accordance with the requirements of Section 7.3, Nameplates, of the General Project Requirements (GPR).

## 9.5    PACKAGING AND SHIPPING

1.      All components shipped loose shall have a securely attached tag identifying the part number, equipment name, or other means for identifying the installed location of the component, and the Buyer's Purchase Order Number.

2.      Equipment shall be prepared for shipment in such a manner that quality and cleanliness will be maintained during shipment and reasonable outdoor storage. Equipment and all components shall be adequately protected against damage during shipment. Reference Section 3.0, Preparation and Packaging for Export Shipment, of the General Project Requirements (GPR) for specific requirements.

## 9.6    MISCELLANEOUS REQUIREMENTS

1.      Seller shall provide all special tools and appliances and a listing which identifies all special tools and appliances furnished in accordance with the requirements of Section 4.2, Special Tools, of the General Project Requirements (GPR).

2.      Each precipitator shall be supplied with a comprehensive keyed interlock system to prevent personnel access into the precipitator when a hazardous condition exists in the area of the precipitator.

3.      Parts, materials, or equipment of origin or manufacture from outside the United States shall be in accordance with the requirements of Section 7.4, Material Origin of Manufacture, of the General Project Requirements (GPR).

## 10.0   QUALITY ASSURANCE

1.      Adequate quality assurance programs must be implemented by the Seller assuring compliance with the specified standards, practices, and specification requirements. The quality assurance program must cover both new equipment and spare parts. Written evidence of an auditable quality assurance program must be submitted at Engineer's request. Seller's quality assurance procedures shall comply with the requirements of Section 1.0, Quality Assurance Procedures, of the General Project Requirements (GPR).

## 11.0   DELIVERY

1.      Firm pricing reference dates and delivery schedule are provided in Buyer's Request for Quotation.

2.      The Seller shall submit a complete schedule for drawings, manufacture, delivery, and erection.

3.      Prior to any material shipment, Seller must first obtain approval from the Buyer which will be based on the satisfactory completion of all requirements of the equipment specification including all documentation required by the Engineer. Authorization for releases for engineering, material orders, manufacturing, and shipment will be issued by the Buyer.

Specification
ESP

AESPR 021868

AESPR-021868

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 25 of 29

12.0   DRAWINGS

12.1   GENERAL

1.     Drawings shall be in accordance with the requirements of Section 2.0, Drawing, Document & Instruction
       Manual Requirements, of the General Project Requirements.

2.     All drawings submitted by the Seller shall include Seller's standard transmittal form identifying the
       contents of the submittal and listing the following information

       a.     AES Puerto Rico Total Energy Project

       b.     Buyer's Purchaser Order Number

3.     Electronic files (.dwg, .tif, .dxf, etc.) of each drawing shall be submitted to the Engineer at the address
       shown in Paragraph 12.1.6 of this specification in accordance with the submittal schedule agreed upon at
       award of order. Material is not to be fabricated until drawings are approved, unless authorized in writing
       by the Buyer.

4.     In addition to the five prints required by Paragraph 12.1.3, Seller shall provide an electronic copy of
       general arrangement drawings, P&IDs, and electrical interconnection drawings on Intergraph
       Microstation or Autocad format. One (1) copy of these drawings shall be submitted on disk to the
       Engineer with the prints.

5.     The Seller shall allow two (2) weeks after receipt for the Buyer's/Engineer's response to all submittals
       requiring a release prior to manufacture and/or fabrication. The Seller shall resubmit all documentation
       requiring resubmittal within two (2) weeks of return to the Seller. Drawing submittals that require less
       than two weeks turnaround time shall have the required turnaround time noted on the drawing
       transmittal.

6.     Drawings and instruction manuals for all Seller supplied equipment shall be submitted for approval to
       the Engineer at the following address:

       R F Day                                                R F Day
       Duke/Fluor Daniel                                      Duke/Fluor Daniel
       One Coliseum Centre                 or                 PO Box 1011
       2300 Yorkmont Road                                     Charlotte, NC 28201-1011
       Charlotte, NC 28217

7.     The Seller shall select equipment and place orders with subsuppliers on a schedule to meet the Buyer's
       design release and the project schedule. The manufacturing time shall be a governing schedule factor
       only if it is more critical to the project schedule than the design schedule.

12.2   SPECIFIC

1.     The Seller shall submit general arrangement drawings showing all Seller supplied equipment in final
       assembled positions and providing the following minimum information:

       a.     Locating all Seller/Buyer terminal points.

       b.     Size, type and rating of all Seller/Buyer ducting connections.

**AES**

Specification
ESP

AESPR 021869

AESPR-021869

DUKE/FLUOR DANIEL
CARIBBEAN, S.E.

Specification No.: W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.03-0002
Revision: 2
May 10, 2001
Page: 26 of 29



    c.    Thermal movements for all Seller/Buyer terminal points.

    d.    Locating all electrical panels and junction boxes.

    e.    Buyer's Tag Numbers for all equipment, valves and instruments.

    f.    Equipment pull space or maintenance access requirements.

    g.    Recommended arrangement of walkways, platforms, stairs and ladders for precipitator and precipitator auxiliary equipment access.

    h.    Locating all instruments.

    i.    Instrument location, mounting, hookup and termination details.

2.    The Seller shall submit following drawings, as a minimum, covering all Seller supplied equipment:

    a.    Electrical elementary diagrams.

    b.    System electrical interconnection (point-to-point) diagrams.

    c.    Electrical Load List.

    d.    ISA Data Sheets for Seller supplied instruments which the Buyer will be interfacing directly with the Seller at the Seller - Buyer interface points.

    e.    List of all Seller supplied dampers including manufacturer, model number, size, and actuator type/manufacturer.

    f.    Piping and duct layout drawings for all Seller supplied piping and ducts.

    g.    List of Seller supplied expansion joints including manufacturer, model number, material of construction, and maximum operating temperature.

    h.    List of all Seller supplied valves (including Seller's subvendors) including manufacturer, model number, size, and actuator type/manufacturer.

    i.    Control logic diagrams and requirements. Notation shall be in accordance with SAMA requirements. Final drawings will be by Engineer.

    j.    Instrument/Electrical Equipment list showing manufacturer, model number, setpoints, and ranges for all Seller supplied instruments.

    k.    Certified performance curves for all Seller supplied fans and louver/dampers.

    l.    Bill of material.

    m.    Outline and cross sectional drawings for the various components (i.e., pumps, valves, etc.). This may be in the form of catalog data if sufficiently detailed.

3.    The Seller shall submit the following information, as a minimum, for each motor application:



Specification
ESP

AESPR 021870

AESPR-021870

a. Motor outline and parts list.

b. Completed DFD Motor Data Sheet (See the Motor Requirements in Section 8.0 of the General Project Requirements).

c. Routine Test Reports.

d. Connection diagram for motor and accessories.

4. The Seller shall submit the following information, as a minimum, for each electrical panel and junction box:

a. Outline drawing giving envelope dimensions, weight and front view.

b. Interior view showing component layout, terminal block numbers and terminal numbers.

c. Wiring diagram.

5. Seller shall provide a table or drawing showing the maximum allowable nozzle loadings for all Seller/Buyer connections.

6. Test report of Seller's model study.

7. Seller shall provide a complete list of all special tools furnished and instructions for their use.

8. Seller shall provide recommended storage procedures for both long term and short term storage of all Seller supplied equipment.

9. Seller shall provide a complete list of all recommended spare parts for all Seller supplied equipment.

10. Seller shall provide a copy of the field checkout and startup procedures to be used by Seller's Field Engineer during site checkout and initial startup of all Seller supplied equipment. Startup and performance test procedures shall be provided in accordance with the requirements of Section 2.8, Start-up and Performance Test Procedures, of the General Project Requirements (GPR).

11. Seller shall provide Current-Voltage IV curves for start up.

12. A preventative maintenance (PM) chart that is a compilation of preventative maintenance schedules and lubrication charts for all Seller supplied equipment. Reference Section 8.9, Lubrication List, of the General Project Requirements (GPR).

**13.0 INSTRUCTION MANUALS**

1. At time of shipment, each piece of equipment or assembly shall be accompanied by three (3) copies of long and short term storage and maintenance instructions.

2. Equipment instruction manuals shall be furnished in accordance with the requirements of Section 2.6, Instruction Manuals, of the General Project Requirements (GPR).

3. Three (3) copies of instruction manuals for all Seller supplied equipment shall be submitted for approval to the Engineer at the address listed in Paragraph 12.1.6 of this specification.

AESPR-021871