**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____
|                                       | )  |
| AES PUERTO RICO, L.P.,                | )  |
|                                       | )  |
|                Plaintiff,             | )  |
|        v.                             | )  Civ. No. 04-1282JJF
|                                       | )  |
| ALSTOM POWER, INC.,                   | )  |
|                                       | )  |
|                Defendant.             | )  |
|_____|_)_ |

**NOTICE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY U.S. MAIL**
Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY U.S. MAIL**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro, No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: April 10, 2006          Attorneys for AES Puerto Rico, L.P.

130702