IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

[Proposed] ORDER

Upon consideration of Defendant ALSTOM Power Inc.'s Motion for Partial Summary Judgment, Plaintiff AES Puerto Rico, L.P.'s Opposition, and any reply thereto, it is this \_\_\_\_ day of _____, 2006, hereby

**ORDERED** that the motion is **DENIED**.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE