# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-1282-JJF |

### PLAINTIFF AES PUERTO RICO, L.P.'S
### RESPONSES AND OBJECTIONS TO ALSTOM POWER, INC.'S
### FIRST SET OF REQUESTS FOR DOCUMENTS AND INSPECTION

Plaintiff AES Puerto Rico, L.P. (AES P.R.), by and through counsel, hereby responds and objects to Defendant ALSTOM Power, Inc.'s First Set of Requests for Production and Inspection ("First Requests") as follows:

### GENERAL OBJECTIONS

Plaintiff AES P.R. objects generally to the First Requests on the following grounds:

1.      The majority of requests contained in the First Requests are overbroad on their face and would require search for, and production of, documents not reasonably calculated to lead to the discovery of admissible evidence.

2.      AES P.R. objects to each request to the extent it seeks documents protected by the attorney-client privilege, the attorney work-product doctrine, other applicable statutory or common-law privileges, or calls for the production of documents AES P.R. has agreed to keep confidential.

3.      AES P.R. objects to each request to the extent it seeks to impose requirements beyond those provided for in the Federal Rules of Civil Procedure or the Local Rules of this Court.

119895

**REQUEST 74:**   Any and all documents related to the Distributed Control System.

**RESPONSE:**   AES P.R. objects to this request on the grounds that it is overly broad and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST 75:**   Any and all documents relating to the Plant Operating Data.

**RESPONSE:**   AES P.R. objects to this request on the grounds that the definition of the phrase "Plant Operating Data" is vague. AES P.R. also objects on the grounds that the request is overbroad and unduly burdensome, and seeks information not relevant to the claims and defenses at issue in this litigation.

**REQUEST 76:**   All documents which were viewed by or prepared by any person who may be called to testify as an expert witness at the trial of this case and all bibliographies, resumes or curricula vitae regarding any such expert witness who may be called to testify at the trial of this case.

**RESPONSE:**   AES P.R. objects to this request on the grounds that production of the requested information is premature and that the request seeks to impose obligations on AES P.R. greater than are imposed by the Federal Rules of Civil Procedure and the Local Rules of this Court. AES P.R. will provide the appropriate information pursuant to the Rules when required by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any scheduling order entered by the Court.

## REQUESTS FOR INSPECTION

**REQUEST 1:**   Any components that were removed from the CDS and/or the ESP equipment, including, but not limited to, any collector plates that were removed.

**RESPONSE:**   In an April 15, 2005, letter, AES P.R. explained to ALSTOM that it had removed parts of the ESP collector plates during the November 2003 and/or January 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALSTOM POWER, INC., ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 04-1282-JJF |

## NOTICE OF SERVICE

On April 27, 2005, Plaintiff served Plaintiff's Responses and Objections to ALSTOM Power, Inc.'s First Set of Requests for Documents and Inspection, along with a copy of this Notice of Service, by hand delivery, as follows:

        Richard R. Weir, Esq.
        Daniel W. Scialpi, Esq.
        1220 Market Street, Suite 600
        Wilmington, DE 19801

and provided a copy by facsimile as follows:

        James E. Edwards, Esq.
        Anthony F. Vittoria, Esq.
        Michael Schollaert, Esq.
        Ober, Kaler, Grimes & Schriner
        Fax: (410) 547-0699

        Respectfully submitted,

        /s/ John S. Spadaro
        John S. Spadaro, Bar No. 3155
        MURPHY SPADARO & LANDON
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        Tel. (302) 472-8100
        Fax (302) 472-8135

119895