# EXHIBIT 3

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JAMES L. TUXBURY
ATTORNEY AT LAW
(202) 434-5509
jtuxbury@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 6, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD  21202-1643

> Re:    **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

We have available beginning tomorrow, Friday April 7, 2006, for your inspection and copying in our office, the documents considered in the expert reports by three of AES-PR's experts, Jack McDonald, Richard Lunt, and Stuart Rosenberg. We will provide the documents considered by John Toher as soon as they become available.  Please contact me to arrange a mutually convenient date and time for your review and copying.

Sincerely,

James L. Tuxbury

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JAMES L. TUXBURY
ATTORNEY AT LAW
(202) 434-5509
jtuxbury@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 12, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony Vittoria, Esq.
Ober, Kaler, Grimes & Schriver
120 East Baltimore Street
Baltimore, MD 21202-1643

> Re:   **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

The documents from AES-PR's expert, John Toher, are now available for copying and inspection. This completes AES-PR's production of its experts' documents. John Toher's documents will be available today to your copy service, which is scheduled to copy documents this afternoon. Please let me know if you have any questions.

Sincerely,

James L. Tuxbury