IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | Civ. No. 04-1282-JJF |

**[Proposed] ORDER**

Upon consideration of Defendant ALSTOM Power Inc.'s Motion To Compel Discovery (D.I. 106), Plaintiff AES Puerto Rico, L.P.'s Opposition, and any reply thereto, it is this ____ day of _____, 2006, hereby

**ORDERED** that the motion is DENIED; and

**FURTHER ORDERED** that AES Puerto Rico, L.P.'s Motion for a Protective Order (D.I. 103) is GRANTED.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE