IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P., | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*

**NOTICE OF SERVICE**

I certify that, on this 14th day of April, 2006, I caused a copy of the attached to be filed with the Court using CM/ECF and that a copy has been electronically served on: John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805. In addition, a courtesy copy was served, via electronic mail, upon Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

/s/ Daniel W. Scialpi
Daniel W. Scialpi

1811917.1