IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.,           *

    Plaintiff,                        *

v.                                *    C.A. No. 04-1282-JJF

ALSTOM POWER INC.,               *

    Defendant.                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPENDIX TO REPLY TO PLAINTIFF'S OPPOSITION TO ALSTOM
POWER INC.'S MOTION FOR SANCTIONS AND REQUEST FOR HEARING**

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302) 888-3222

James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
Phone:  (410) 685-1120
Fax:    (410) 547-0699

Counsel for Defendant
ALSTOM Power Inc.

Date: April 14, 2006

TABLE OF CONTENTS
APPENDIX TO
DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO ALSTOM
POWER, INC.'S MOTION FOR SANCTIONS AND REQUEST FOR HEARING

| Tab Number | Description | Appendix Page Numbers |
|---|---|---|
| 30 | Excerpt Operation and Maintenance Manual, Volume 1 | C 001 to C 008 |
| 31 | Part III – General Terms of Contract | C 009 to C 011 |
| 32 | 08/10/04 Letter from W. Mugdan to C. Reyes | C 012 to C 043 |
| 33 | 03/10/06 Plaintiff's Responses to ALSTOM's Third Set of Interrogatories and Supplemental Responses to Specified Interrogatories | C 044 to C 054 |
| 34 | 03/08/05 Defendant's First Request for Production of Documents and Things and Entry Upon Land for Inspection | C 055 to C 073 |
| 35 | 08/15/05 Letter from A. Vittoria to D. Williams | C 074 to C 084 |
| 36 | 09/06/05 Letter from D. Williams to A. Vittoria | C 085 to C 087 |
| 37 | 09/16/05 Letter from A. Vittoria to D. Williams | C 088 to C 094 |
| 38 | 09/27/05 Letter from D. Williams to A. Vittoria | C 095 to C 098 |
| 39 | 10/25/05 Letter from A. Vittoria to D. Williams | C 099 to C 100 |
| 40 | 11/28/05 Plaintiff's Responses to ALSTOM's Second Set of Interrogatories | C 101 to C 111 |
| 41 | 12/05/05 Defendant's Motion to Compel Production of Documents | C 112 to C 125 |
| 42 | 12/16/05 Discovery Dispute Resolution Plan | C 126 to C 128 |
| 43 | 01/05/06 Letter from D. Williams to A. Vittoria | C 129 to C 131 |
| 44 | Chart: Environmental Index Recordkeeping | C 132 to C 135 |

|    | Regulatory Required |    |
|----|---|---|
| 45 | 08/16/05 Letter from A. Vittoria to Regional Freedom of Information Officer, U.S. EPA | C 136 to C 137 |
| 46 | 11/12/03 Email from P. Stinson to J. Ruggirello and T. Newton | C 138 to C 139 |
| 47 | 11/03/03 Memo from P. Stinson to A. Dyer | C 140 to C 143 |
| 48 | Continuous Emissions Monitoring System Report for the Fourth Quarter 2003 | C 144 to C 154 |
| 49 | 10/30/03 Letter from B. Vela to whom it may concern attaching CEMS Report for Third Quarter 2003 | C 155 to C 167 |
| 50 | 04/29/04 Letter from B. Vela to Chief, Air Compliance Branch, U.S. EPA, Region 2 | C 168 to C 174 |
| 51 | 11/24/03 Email from P. Stinson to Puerto Rico Leaders | C 175 |
| 52 | Graph: Unit 1 CDS Make-up Water Quality | C 176 |
| 53 | 03/07/06 Second Amended Notice of Deposition of Corporate Designee | C 177 to C 185 |
| 54 | Excerpt from Deposition of D. Stone 30(B)(6) | C 186 to C 190 |

Tab 30

# OPERATION AND MAINTENANCE MANUAL, VOLUME 1





## ENVIRONMENTAL ELEMENTS
### C O R P O R A T I O N
*Innovation • Customer Satisfaction*





*AES PUERTO RICO,*
*L. PARTNERSHIP (AES-PR)*
*GUAYAMA, PUERTO RICO*

*AES-PR TOTAL ENERGY*
*PROJECT M.O. 420584*

## AIR QUALITY CONTROL SYSTEMS
*Electrostatic Precipitators • Fabric Filters • Scrubber Systems • Repair, Rebuild, and Enhancement*

EEC-05970

C 001

## AIR POLLUTION CONTROL SYSTEM
## (DESULPHURIZATION & PARTICULATE CONTROL)
## OPERATION AND MAINTENANCE MANUAL

### AES PUERTO RICO, L. PARTNERSHIP (AES-PR)
### AES-PR TOTAL ENERGY PROJECT
### GUAYAMA, PUERTO RICO

DFDC PO NUMBER: 3674004SB0001
EEC M.O. NUMBER 420584

### AUGUST 2001 ISSUE

REPLACEMENT SPARE PARTS
TEL   800-PART-EEC
TEL   800-727-8332
FAX   410-368-7059

24-HR EMERGENCY SERVICE
800-928-HELP
800-928-4357

ENVIRONMENTAL ELEMENTS CORP.
3700 Koppers Street
Baltimore, MD 21227
Phone: (410) 368-7000
Fax:   (410) 368-6896

Office Hours: 8:15 a.m.-5:00 p.m. EST
Monday through Friday

*AUGUST 2001 ISSUE*

Copyright (C) Environmental Elements Corporation, 2001

This manual is copyrighted and contains proprietary information. This document may not, in whole or in part, be copied, photocopied, produced, translated, or reduced to any electronic medium or machine readable form without prior consent, in writing, from Environmental Elements Corporation.

The information in this manual has been carefully checked and is believed to be reliable. However, no responsibility is assumed for inaccuracies.

Specifications are subject to change without notice.

*AUGUST 2001 ISSUE*

# Table of Contents

| | | Page # |
|---|---|---|
| **Chapter 1: Document Content** | | |
| 1.1 | Volume Composition | 1-2 |
| 1.2 | Chapter Composition | 1-2 |
| **Chapter 2: Description of CDS/ESP Operation** | | |
| 2.1 | System Overview | 2-2 |
| 2.2 | Basic Subsystems of Air Pollution Control System | 2-4 |
| 2.3 | Description of Circulating Dry Scrubber (CDS) | 2-6 |
| 2.4 | Description of Electrostatic Precipitation (ESP) | 2-8 |
| 2.5 | Lime System Description | 2-9 |
| 2.6 | Ash Handling Description | 2-10 |
| **Chapter 3: Safety** | | |
| 3.0 | Introduction to Safety | 3-2 |
| 3.1 | CDS and Subsystems Safety Precautions | 3-2 |
| 3.2 | Electrostatic Precipitator Safety Precautions | 3-4 |
| 3.3 | Hazards | 3-5 |
| **Chapter 4: Design Criteria and Specifications** | | |
| 4.1 | Design Criteria of CDS | 4-2 |
| 4.2 | Design Criteria of Electrostatic Precipitator | 4-3 |
| 4.3 | Design Criteria of Lime System | 4-4 |
| 4.4 | Design Criteria of Ash Handling System | 4-5 |
| **Chapter 5: Description of APCS Components** | | |
| 5.1 | Description of CDS Components | 5-2 |
| 5.2 | Description of Electrostatic Precipitator Components | 5-4 |
| 5.3 | Description of Lime System Components | 5-7 |
| 5.4 | Description of Ash Handling Subsystem | 5-8 |
| **Chapter 6:** | **Description of Control Processes** | |
| 6.0 | Introduction to System Controls | 6-2 |
| 6.1 | Hydrated Lime Receiving System | 6-2 |
| 6.2 | Hydrated Lime Feed System | 6-3 |
| 6.3 | Medium Pressure Aeration Air System | 6-6 |
| 6.4 | Low Pressure Airslide Air System | 6-8 |
| 6.5 | Ash Recirculation System | 6-10 |
| 6.6 | Ash Disposal System | 6-14 |
| 6.7 | Cooling Water System | 6-16 |
| 6.8 | Electrostatic Precipitator Dust Collection System | 6-19 |
| 6.9 | ESP Penthouse Purge System | 6-26 |

*AUGUST 2001 ISSUE*

| | | | Page # |
|---|---|---|---|
| **Chapter 7:** | **Start-up of APCS and Components** | | |
| | 7.0 | Introduction to Start-up Procedures | 7-2 |
| | 7.1 | Hydrated Lime Receiving System Start-up | 7-2 |
| | 7.2 | Hydrated Lime Feed System Start-up | 7-3 |
| | 7.3 | Medium Pressure Aeration Air System Start-up | 7-4 |
| | 7.4 | Low Pressure Airslide Air System Start-up | 7-4 |
| | 7.5 | Ash Recirculation System Start-up | 7-5 |
| | 7.6 | Ash Disposal System Start-up | 7-6 |
| | 7.7 | Cooling Water System Start-up | 7-6 |
| | 7.8 | Electrostatic Precipitator Dust Collection System Start-up | 7-8 |
| | 7.9 | ESP Penthouse Purge System Start-up | 7-8 |
| | 7.10 | Initial Start-up Procedure for CDS/ESP as a System | 7-8 |
| | 7.11 | Operator Concerns | 7-13 |
| **Chapter 8:** | **Shutdown of APCS and Components** | | |
| | 8.0 | Introduction to Shutdown Procedures | 8-2 |
| | 8.1 | Normal or Upset Shutdown | 8-2 |
| | 8.2 | Short Shutdown | 8-2 |
| | 8.3 | Lengthy Shutdown | 8-4 |
| | 8.4 | Extended Shutdown | 8-8 |
| | 8.5 | Hydrated Lime Receiving System Shutdown | 8-8 |
| | 8.6 | Hydrated Lime Feed System Shutdown | 8-9 |
| | 8.7 | Medium Pressure Aeration Air System Shutdown | 8-9 |
| | 8.8 | Low Pressure Airslide Air System Shutdown | 8-10 |
| | 8.9 | Ash Recirculation System Shutdown | 8-10 |
| | 8.10 | Ash Disposal System Shutdown | 8-10 |
| | 8.11 | Cooling Water System Shutdown | 8-11 |
| | 8.12 | Electrostatic Precipitator Dust Collection System Shutdown | 8-11 |
| | 8.13 | ESP Penthouse Purge System Shutdown | 8-12 |
| **Chapter 9:** | **Maintenance of APCS** | | |
| | 9.0 | Introduction to Maintenance | 9-2 |
| | 9.1 | Maintenance Periodic Summary | 9-3 |
| | 9.2 | Component Maintenance | 9-9 |
| | 9.3 | Annual Inspection Procedures for the ESP | 9-17 |
| | 9.4 | Biennial Inspection Procedures for the ESP | 9-19 |
| | 9.5 | Triennial Inspection Procedures | 9-20 |

*AUGUST 2001 ISSUE*

|  | Page # |
|---|---|
| **Chapter 10: Troubleshooting Common Problems** | |
| 10.0  Introduction to Troubleshooting | 10-2 |
| 10.1  Problems Associated with the CDS | 10-2 |
| 10.2  Problems Associated with the ESP | 10-5 |
| 10.3  Diagnosing and Solving Specific Problems with the ESP | 10-7 |
| 10.4  Other Problems | 10-10 |

APPENDIX A: Performance/Guarantee Curves

APPENDIX B: Lubrication List

APPENDIX C: Electrical Equipment Load List

APPENDIX D: Electrical Motor List

APPENDIX E: Electrical Motor Data Sheets

APPENDIX F: Valve Installation List

APPENDIX G: Damper Installation List

APPENDIX H: Fan Data Sheets

APPENDIX I: Instrument List

APPENDIX J: Instrument Data Sheets

APPENDIX K: Volume Content

APPENDIX L: General Arrangement Drawings

APPENDIX M: One Line Electrical Diagrams

APPENDIX N: Piping & Instrumentation Diagrams

APPENDIX O: Process Flow Diagrams

## 4.1  Design Criteria of CDS

The CDS is designed for varying boiler loads, acid gas concentrations, flue gas temperatures, and performance levels. The operator should become familiar with these different parameters.

### Conditions

|  | 100% of Boiler MCR | 50% of Boiler MCR |
|---|---|---|
| Flue Gas from Boiler (ACFM) | 783,089 | 408,287 |
| Inlet Temperature | 280°F | 232°F |
| Moisture Content at Inlet | 9.3% | 8.6% |
| Outlet Temperature (Low Chloride) | 156°F | 156°F |
| Outlet Temperature (Maximum Chloride) | 176°F | 172°F |
| $SO_2$ into CDS (PPM) | 114 | 102 |
| $SO_2$ out of CDS (PPM) | 9 | 8 |
| Cooling Water into CDS (GPM) | | |
|     Low Chlorides | 146 | 40 |
|     Max Chlorides | 121 | 40 |

### Design

| | |
|---|---|
| Height of Vessel | 68 feet |
| Diameter of Vessel | 28 feet |
| Wall Thickness and Material | 1/4" minimum A36 mild steel |

## Increased Opacity

All the problems mentioned above can result in higher opacity levels (increased dust emission). Other items that could cause an increase in opacity follow.

| Possible Cause | Action |
|---|---|
| Improper rapper cycle times and/or intensity | Readjust rapper times and/or intensity according to Drawings 890 and 891. |
| Improper gas flow distribution, causing high gas velocity in areas of the precipitator, and reducing the treatment time | Check distribution media for damage or blockage |
| Precipitator is full of dust, causing re-entrainment of collected dust | Remove dust and verify that removal system is working properly |
| Flue gas leakage around the treatment zone (above, below, or along the sides) | Check baffling for damage |
| Gas volume above the rated design, causing increased velocity within the precipitator and reducing treatment time | Conduct pitot tube traverse to determine gas volume |
| Improperly adjusted controls | See manual ME-204 to correct control problems |
| Change in dust particle size | Verify boiler operation. Verify that coal supplier has not changed. |

## Additional Resources

For additional information, refer to the following resources:

| Resource | Information Provided |
|---|---|
| Appendix | Mechanical and electrical schematic drawings and diagrams |
| Technical Manual ME-204 | Installation, operation, maintenance, and troubleshooting details of the Adapticon 3200 Automatic Voltage Controller |
| Auxiliary Manuals | Installation, operation, maintenance and troubleshooting details of precipitator components manufactured by contracted vendors |

Tab 31

## PART III - GENERAL TERMS

### 1.0 WARRANTIES

1.1.1 Contractor warranties Duke/Fluor Daniel Caribbean S.E. ("D/FDC") and Owner that the Work shall comply with the provisions of this Contract and all specifications and drawings referred to in this Contract, and that the Work shall be free from defects in materials and workmanship and in full compliance with any design or engineering furnished by Contractor. Contractor further warranties D/FDC and Owner that all materials, equipment and supplies furnished by Contractor for the Work shall be new and fit for their specified purposes as set forth in this Contract and be in full compliance with the requirements of this Contract. As described in this Agreement, if any defect in the Work in violation of the foregoing warranties arises within the period set forth below, Contractor shall upon receipt of prompt written notice from D/FDC or Owner of such defect promptly furnish, at no cost to D/FDC or Owner, design and engineering, labor, equipment and materials necessary to correct such defect and cause the Work to comply fully with the foregoing warranties.

1.2 Contractor, at its expense, (including, without limitation, costs of removal, packing, transportation and reinstallation) shall remedy promptly any defective Work which exists during the applicable warranty period as set forth in this Article 1.0, and of which D/FDC gives written notice within a reasonable time after discovery of the defect or damage. Upon such notification by D/FDC, Contractor shall promptly commence and proceed to make all needed adjustments, repairs, additions, corrections, and replacements which arise out of or are necessitated by such defective Work or damage. Contractor shall conduct such warranty work on a overtime schedule basis if D/FDC determines such a schedule is necessary to avoid or minimize the effects of an outage or load reduction and D/FDC shall reimburse Contractor the premium differential for performing warranty work on an overtime basis. Contractor shall coordinate its warranty Work with D/FDC to minimize interference to D/FDC's and Owner's operations. D/FDC will permit reasonable access to as much of the Unit(s) as Contractor may reasonably require for performance of warranty Work, but any costs of uncovering Work shall be the responsibility of the Contractor. Contractor shall perform warranty Work so that such adjustments, repairs, additions, corrections, and replacements do not degrade the performance of, nor impair the use of the Equipment, Materials or other Work in question, other systems, or the Unit(s) as a whole to an extent that the Equipment, Materials, or other Work, systems or Unit(s) will not meet the requirements of this Contract in all respects, and Contractor shall repair or replace all other facilities to the extent they are destroyed or damaged as result of Contractor's performance of warranty Work.

1.2.1 The Warranty Period means that period extending:

Until twelve (12) months after Performance Acceptance with the following exceptions:

    a.    The warranty period for the Boiler Hot Loop shall be twenty-four (24) months after Performance Acceptance;

    b.    The warranty period shall be extended for corrective Work as set forth below.

1.2.2 At the mutual agreement of Contractor and D/FDC, warranty Work provided hereunder may be deferred until the time of the Unit's next regularly scheduled maintenance outage, provided that such outage shall commence not later than six (6) months after D/FDC's notice to Contractor of the defective condition, and the warranty provisions hereunder shall apply notwithstanding that such outage occurs after the time the warranty would otherwise expire.

Contractor shall not be liable or responsible for any such warranty work if the outage is not commenced within the stated six (6) months.

1.3 The warranty period shall be extended to cover each of the specific repairs, adjustments, additions, corrections, and replacements furnished under the warranty for a period of twelve (12) months from the date of such repair, adjustment, addition, correction, or replacement, except as provided in the following two paragraphs but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance. A repair, addition, adjustment, correction, or replacement shall be deemed to be completed upon Contractor's submittal to D/FDC of written Notice of Completion unless D/FDC, within ten (10) days thereafter, furnishes Contractor with a written statement of reasons as to why such repair, addition, adjustment, correction, or replacement is not complete. Contractor warrants that the repair, addition, adjustment, correction, or replacement will be consistent with the warranties herein throughout the duration of the applicable warranty period.

1.3.1 In the event any adjustment, repair, addition, correction, or replacement made pursuant to this warranty is ineffective in remedying the defective condition in question, D/FDC shall so notify Contractor in writing prior to expiration of the Warranty Period, as applicable, and Contractor shall proceed to conduct further warranty Work consistent with its obligation under this Article until the defective condition is remedied.

1.3.2 A chronic failure ("Chronic Failure") shall be deemed to occur when any piece of Equipment and/or Materials, or part or component thereof, fails during the Warranty Period and fails a second time during the extended warranty period from the same cause(s). In the event of a Chronic Failure, D/FDC and Contractor shall consult with each other and others as appropriate to reach mutual agreement as to the cause of the failure and as to the appropriate remedy. The warranty for the repair(s) shall then be extended for a period of twelve (12) months from the completion of the repair but in no case shall any warranty or re-warranty obligation of Contractor extend beyond 24 months after Performance Acceptance.

1.4 In the event Contractor shall have been notified in writing of any defects in the Work in violation of Contractor's foregoing guarantees and shall fail to promptly and adequately correct such defects, D/FDC and Owner shall have the right upon written notice to Contractor to correct or to have such defects corrected for the account of Contractor, and Contractor shall promptly pay D/FDC or Owner the reasonable costs incurred in correcting such defects upon submittal of a written claim with back-up documentation supporting written claim.

1.5 In the event of an emergency when, in the reasonable judgment of D/FDC, delay could cause serious loss or damage, the adjustments, repairs, additions, corrections, and replacements necessary to remedy any defective Work may be made by D/FDC, or by a third party chosen by D/FDC, without giving prior notice to Contractor, and the reasonable cost of the remedial work shall be paid by Contractor but Contractor shall have no responsibility or liability (including warranty) for such remedial work. Notice of this course of action will be provided by D/FDC to Contractor as soon as practical.

1.6 The Contractor shall warrant for a period of twenty-four (24) months from performance acceptance the scrubbers, precipitators, induced draft fans, interconnecting duct work and duct work from the induced draft fans to the stack flange against the consequences of accelerated corrosion outside of the industry standards for power-generated facilities with dry scrubbing systems to the extent that the corrosion has materially affected or is reasonably expected to

materially affect in the next two (2) years (i) the structural integrity of the Equipment of any portion thereof or (ii) that ability of the Equipment to mechanically perform. Contractor's corrosion guarantee is conditioned upon operation and maintenance of the system in accordance with Contractor's Operation and Maintenance manuals, Owner's specified operating parameters, and typical system operation at baseload and specified capacity factors. Corrosion shall be monitored by a mutually agreed upon mapping program to be conducted by Owner. Upon demonstration that corrosion exceeds the level described above, the Contractor and Owner shall use best faith efforts to mutually agree on the appropriate remedial actions. In the event that the parties are unable to reach a mutual agreement either as to the extent of corrosion or the appropriate remedy, the issue shall be referred to a mutually agreeable third party mediator. There shall be no re-warranty or extended warranty obligation, as set forth in Article 1.3, applicable to this Article 1.6.

1.7 Contractor agrees that D/FDC may assign its rights under this warranty and other parts of this Contract to Owner and Owner's Lenders, and Contractor hereby consents to the same and shall fully honor its obligations hereunder in the event of any such assignment.

1.8 Consumable items, normal wear and tear (e.g. including, but not limited to, wear on refractory surfaces and maintenance thereof and/or sacrificial items such as weld overlay, tube shields, etc.) and erosion, corrosion or chemical attack to any portion of the boiler system caused in whole or part by deviations in the fuel or feedstocks from the limits specified in the Contract are excluded from any warranty obligations of the Contractor.

1.9 Contractor's representatives shall have reasonable access to test and operating records, the equipment, and other information they deem necessary to satisfy themselves of the validity of a claim under this warranty.

1.10 ALL IMPLIED WARRANTIES INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED AND WAIVED.

## 2.0 INSPECTION, TESTING AND QUALITY CONTROL

2.1 Contractor shall inspect all materials, supplies and equipment which are to be incorporated in the Work. In addition, Contractor shall conduct a continuous program of construction quality control for all Work. Contractor's quality control program and inspection procedures for the foregoing shall be submitted in writing to D/FDC for review and approval, and shall be in sufficient detail to delineate those items to be inspected and the manner in which they are to be inspected, and shall adequately describe all construction quality control activities contemplated, including provision for adequate documentation of Contractor's performance of such quality control and inspection.

2.2 Contractor shall, during the course of performance of the Work hereunder, without additional compensation, make or cause to be made all tests required by this Contract. D/FDC may require additional inspections and tests for which Contractor shall be compensated for. Contractor shall furnish D/FDC with satisfactory documentation of the results of all inspections and tests. For those tests which are specifically listed in the Contract as "D/FDC Witness Tests", D/FDC shall be given not less than five (5) working days notice by Contractor in order that D/FDC and/or Owner may witness any such tests.