# Tab 32



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

AUG 1 0 2004

Certified Mail - Return Receipt Requested

Mr. Carlos Reyes, Vice President
AES Puerto Rico, L.P.
Carr. #3 Km 142.0, Barrio Jobos
P. O. Box 1890
Guayama, Puerto Rico 00785

Re:    – Second Revision to the Final Prevention of Significant Deterioration of Air Quality
       (PSD) Permit for the AES Puerto Rico Cogeneration Plant (AES-PRCP)
       – Administrative Permit Modification

Dear Mr. Reyes:

On October 29, 2001, the Region 2 Office of the U.S. Environmental Protection Agency
(EPA) issued a revised final PSD permit to the AES Puerto Rico, L.P. company for the
construction and operation of a 454 megawatt (net) coal-fired steam electric cogeneration facility
known as the AES Puerto Rico Cogeneration Plant (AES-PRCP) in Guayama, Puerto Rico.

On August 12, 2003, AES-PRCP requested EPA to make additional changes in AES-
PRCP's PSD permit. Subsequently, AES-PRCP superseded the August 12, 2003 letter with the
April 19, 2004 submittal. AES-PRCP's proposed changes are not expected to result in emission
increases over those allowed in the PSD permit except for a trivial amount of 0.0210 ton/year (42
lb/year) of $PM_{10}$ associated with increased lime deliveries. These changes involve:

1.    *Updating the $PM_{10}$ emissions limit for the CFB boiler stack to account for the actual
      stack test data results for condensible $PM_{10}$.* The $PM_{10}$ limit will increase from 36.9 lb hr
      to 73.8 lb/hr and from 0.015 lb/MMBTU to 0.03 lb/MMBTU. The existing PSD permit
      allows this updating to be done administratively up to a maximum not to exceed 0.05
      lb/MMBTU because no reliable $PM_{10}$ condensible data existed during the preconstruction
      review process.

2.    *Increasing the size of the emergency boiler feedwater pump diesel engine from 400 hp to
      430 hp.* During the testing of the emergency equipment AES-PRCP will fire the unit at or
      below 400 hp so that the hourly and annual emissions will not increase above the limits in
      the current PSD permit.

Internet Address (URL) • http //www.epa.gov
Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Postconsumer, Process Chlorine Free Recycled Paper

EPA 0001

3.   *Increasing AES-PRCP's annual usage limit of lime from 6,736 tons/year to 8,950 tons/year.* This will be accomplished with an increase in truck delivering lime to the facility which will increase the $PM_{10}$ fugitive emissions by 0.0210 ton/year (42 lb/year).

4.   *Adding the option of using trucks to haul ash off-site for on island beneficial uses.* The PSD permit allows truck traffic on-site to haul ash rock (manufactured aggregate) from the batch mixing area to the spread and crush area. AES-PRCP would restrict the number of limestone delivery trucks to offset the $PM_{10}$ emissions (due to resuspension of roadway silt) from on-site trucks hauling ash. Therefore, there will be no increase in $PM_{10}$ emissions from the combined limestone and ash truck traffic on-site.

5.   *Introducing a new category of startup that applies to startup following outages.* This type of startup can take longer than the 14 hours allowed in the PSD permit because of the requirement to dry refractory material by subjecting it to gradually increasing temperature. This "post-outage startup" is likely to be required up to two times a year, for an average of one startup per boiler. Allowable emissions during startup will not increase beyond the allowable lb/hr limits but will increase beyond the lb/MMBTU limits.

6.   *Increasing the allowed four turnovers per year in the startup fuel tank to a total of seven turnovers per year in order to accommodate the oil requirements of two post-outage startups per year.* There will be no increase in facility-wide VOC emissions allowed in the permit.

7.   *Changing the cover of the inactive coal yard.* This entails removing the layer of dirt and grass and installing a layer of one-foot thick compacted and hardened manufactured aggregate (allowed to harden to a concrete-like material).

In addition to the changes requested by AES-PRCP, EPA is implementing an additional change because of the latest changes to the PSD regulations, effective March 3, 2003. EPA will now be requiring that facility records that are required to be maintained by this permit be kept for a period of at least ten years (instead of the previous 5 years).

EPA reviewed AES-PRCP's proposed changes and has determined that the changes will not result in any increase in emissions from the facility except for a trivial amount of 42 lb/year of $PM_{10}$ and that the facility still meets best available control technology (BACT). Furthermore, the changes will not result in a significant impact of short term $PM_{10}$, $SO_2$ or CO. There will be a slight increase in the annual average $PM_{10}$ concentration near the fenceline due to the proximity of the ash truck roadway but this is a trivial change. Indeed, the air quality assessment which included the total modeled AES-PR facility plus recent ambient concentrations measured at the Jobos monitors showed that all the impacts are well within the National Ambient Air Quality Standards. Not only is the increase in 42 lb/year below the $PM_{10}$ significance level of 15 tons/year, but it is only 0.14% of that level. In addition, AES has agreed to immediately supplement its Title V permit application to include the new limit along with the other changes so that there will be an opportunity for public review. In light of these factors, EPA has made a determination to approve AES-PRCP's requested changes to the PSD permit as administrative

changes with no public review. The changes and clarifications to the PSD permit have been included in Attachment I and II of this permit. Attachment III contains a summary of the air quality impacts for $SO_2$, $PM_{10}$ and CO which are well within National Ambient Air Quality Standards.

This determination is final Agency action under the Clean Air Act (the Act). Under Section 307 (b)(1) of the Act, judicial review of this final action is available only by the filing of a petition for review in the United States Court of Appeals for the appropriate circuit within 60 days from the date on which this final permit decision is published in the Federal Register. Under Section 307 (b)(2) of the Act, this final permit decision shall not be subject to later judicial review in civil or criminal proceedings for enforcement.

If you have any questions regarding this letter, please call Mr. Steven C. Riva, Chief, Permitting Section, Air Programs Branch, at (212) 637-4074

Sincerely,

Walter E. Mugdan, Director
Division of Environmental Planning and Protection

Attachments

cc:     Gladys M. Gonzales, Chairman
        Puerto Rico Environmental Quality Board (w/attachments)

EPA 0003

Attachment 1

## AES Puerto Rico Cogeneration Project
### Project Description

General Project Description:

AES Puerto Rico, L.P. (AES-PRLP) proposes to construct and operate a 454 megawatt (net) coal-fired steam electric cogeneration facility located in Guayama, Puerto Rico. The AES Puerto Rico Cogeneration Project (AES-PRCP) will generate electricity for sale to the Puerto Rico Electric Power Authority (PREPA) and steam for the process and/or heating needs of one or more industries in the vicinity of the site. This cogeneration facility will consist of two bituminous coal-fired circulating fluidized bed (CFB) boilers which together will have a maximum heat input rate of 4,922.7 million British Thermal Units per hour (MMBTU/hr) at 105% maximum continuous rating (MCR). In addition, each CFB will be capable of generating approximately 1.8 million lb/hr of steam at 2,400 psig and 1,000°F at the superheater outlet. These boilers will supply superheated steam to two extraction/condensing turbines to drive electric generators and supply process steam flow to industrial facilities of up to 290,000 lb/hr.

Emissions will be controlled through the use of CFB boiler and scrubber designs with limestone and lime injection, respectively, an electrostatic precipitator and a selective non-catalytic reduction system, in conjunction with the use of low sulfur coal. No. 2 fuel oil will be used as a start-up fuel.

In addition, the facility will include one limestone dryer with a maximum heat input rate of 13 MMBTU/hr. The limestone dryer will consist of a crusher, in which a stream of heated air both classifies (separates by size fraction) the ground limestone, and dries the material. The limestone dryer will use propane and combustion controls to minimize emissions. The applicant also proposes to include a diesel generator, a diesel-engine driven boiler feed water pump and a diesel-engine driven fire water pump to ensure the safe operation and shutdown of the cogeneration facility in the unlikely event of a complete loss of off-site power.

Cooling System:

The exhaust steam coming from the turbines is fed to a cooling tower. Circulating water flow in the tower will be 225,000 gallons per minute (gpm). The cooling tower will have a drift eliminator which will reduce drift to 0.001% of circulating water flow.

Coal and Limestone Receiving and Handling Systems:

In order to minimize fugitive particulate emissions during unloading and to meet physical requirements of docking and unloading, gravity-feed belt conveyor and self-unloading ships will

**EPA 0004**

Attachment I (cont'd)

AES Puerto Rico Cogeneration Project
Project Description

be employed for delivering coal to the facility. The coal will be transported by overland
conveyor approximately 3,800 feet to the site and stored in on-site stockpiles. The overland
conveyor between the facility and the harbor will be capable of supplying coal and limestone
delivered by ship to the facility's coal and limestone stockpiles.

Lime Receiving and Handling System:

The lime handling system includes equipment for storing lime delivered to the site by truck and
discharging lime to the circulating dry scrubber reactant preparation system.

Trucks delivering lime to the site will be equipped with a pneumatic transport to convey lime to
the storage silo. A baghouse design vent filter and vent fan located on the silo roof will filter the
air from the trucks unloading transport air and displaced air from the silo.

Solid Waste Handling and Processing:

The facility will process fly ash and scrubber residue, bed ash, and sludge from the cooling tower
sidestream treatment system thickener into manufactured aggregate. The facility will include a
system to receive the solid waste streams and process them into conditioned by-product by
gravimetrically controlled mixing of the waste stream with water. The conditioned by-product
will be trucked or conveyed by belt conveyor to the by-product processing yard. Ash in its dry
form will be fully contained during removal from the CFB boilers and air emission control
systems, handling, and storage. Two ash storage silos are proposed to be located at the facility:
one for bed ash and one for fly ash. Two full-capacity mechanical exhausters will be provided
for conveying ash to the silos.

Coal Storage:

*Coal will be stored at the facility in two outdoor piles. The inactive storage pile contains a
nominal 30-day supply and is intended for use in the event of a coal delivery interruption. This
pile will be created when the plant is built, and will be covered with one-foot thick layer of
hardened manufactured aggregate. This aggregate will be ash mixed with water, spread with
trucks, compacted and allowed to harden to a concrete-like material except in the event that
access to this supply is needed. A 20-day active storage pile, compacted to prevent weathering,
will be created by the stacking tubes.

*       Denotes a July 2004 Revision

EPA 0005

Attachment I (cont'd)

### AES Puerto Rico Cogeneration Project
### Project Description

Each of the two coal storage piles onsite will be lined with a geosynthetic liner. Any stormwater run-off from the coal pile areas will be collected in a lined pond. The water collected will be recycled and utilized within the facility as part of the zero-water-discharge design.

Limestone Storage:

A 150-day active supply of limestone will be stored in an enclosed storage area.

Dust Control Systems:

Dust control and collection systems will be installed at all material transfer points. The dust collection system will be either induced-draft filter bag units or insertible cartridge-type filters designed to be inserted directly into a conveyor head chute or conveyor loading skirt, as appropriate.

PSD-Affected Pollutants Emitted at the AES Puerto Rico Cogeneration Project and Their Potential to Emit:

The AES-PRCP will have as constituents in the combustion by-products, the PSD-affected pollutants listed below which are formed in the following ways:

**Nitrogen Oxides ($NO_x$)** - formed from the high-temperature oxidation of nitrogen contained in the combustion air (thermal $NO_x$) and from the oxidation of nitrogen that is bound in the fuel (fuel $NO_x$). The relative amounts of thermal and fuel $NO_x$ formed depend primarily on the flame temperature and the fuel nitrogen content, respectively. The potential to emit for $NO_x$ is 2,058 tons/year.

**Sulfur Dioxide ($SO_2$)** - formed from the oxidation of organic sulfur contained in the fuel. Approximately 98% of the sulfur in bituminous coal is emitted as sulfur dioxides. The remaining 2% of fuel-bound sulfur is taken out as sulfate salts in the bottom ash or in the boiler itself. The potential to emit for $SO_2$ is 453 tons/year.

**\*Particulate Matter (PM), Particulate Matter Under 10 Microns ($PM_{10}$)** - consist of coal ash, unreacted limestone and reaction products of the $SO_2$ removal process (calcium sulfate or gypsum). The potential to emit for $PM_{10}$ is 623 tons/year.

\*    Denotes a July 2004 Revision

**EPA 0006**

Attachment I (cont'd)

AES Puerto Rico Cogeneration Project
Project Description

**Volatile Organic Compounds (VOCs)** - due to incomplete combustion of organic compounds
in the fuel. The potential to emit for VOC is 99.5 tons/year.

**Carbon Monoxide (CO)** - formed as a result of the incomplete combustion of the carbon
contained in the fuel. Incomplete combustion can be caused mainly by fuel-rich conditions,
insufficient combustion oxygen, and/or low combustion temperatures. The potential to emit for
CO is 2,055 tons/year.

**Fluorides and Sulfuric Acid Mist** - released in trace amounts from the combustion of coal.
Fluoride emissions vary depending on the fluorine content of the fuel. The potential to emit for
fluorides is 9.8 tons/year. Similarly, sulfuric acid mist depend primarily upon the sulfur content
of the fuel and the degree of emission control. The potential to emit for sulfuric acid mist is 50
tons/year.

**Fugitive Dust Emissions** - derived from the material handling systems (coal, limestone and ash
systems) including the following activities:

- unloading or loading of ships or trucks;
- material transfer points; and
- exposure of materials to wind (in open storage piles).

*****************************************************************

EPA 0007

## Attachment II

### AES Puerto Rico Cogeneration Project
### PSD Permit Conditions

The AES-PRCP as described in <u>Attachment I</u> is subject to the following conditions:

### I.   Permit Expiration

This PSD Permit shall become invalid if construction:

a.    has not commenced (as defined in 40 CFR Part 52.21(b)(9)) within 18 months after the approval takes effect;

b.    is discontinued for a period of 18 months or more; or

c.    is not completed within a reasonable time.

### II.   Notification of Commencement of Construction and Startup

The EPA Regional Administrator (RA) shall be notified in writing of the anticipated date of initial startup (as defined in 40 CFR Part 60.2) of each facility of the source not more than sixty (60) days nor less than thirty (30) days prior to such date. The RA shall be notified in writing of the actual date of commencement of construction and startup within fifteen (15) days after such date.

### III. Plant Operations

All equipment, facilities, and systems installed or used to achieve compliance with the terms and conditions of this PSD Permit shall at all times be maintained in good working order and be operated as efficiently as possible so as to minimize air pollutant emissions. The continuous emission monitoring systems required by this permit shall be on-line and in operation 95% of the time when boilers are operating.

### IV.   Right to Entry

The Regional Administrator and/or her authorized representatives, upon the presentation of credentials shall be permitted:

1.    to enter at any time upon the premises where the source is located or in which any records are required to be kept under the terms and conditions of this PSD Permit;

2.    at reasonable times to have access to and copy any records required to be kept under the terms and conditions of this PSD Permit;

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

3.    to inspect any equipment, operation, or method required in this PSD Permit; and

4.    to sample emissions from the source.

## V.    Transfer of Ownership

In the event of any changes in control or ownership of facilities to be constructed or modified, this PSD Permit shall be binding on all subsequent owners and operators. The applicant shall notify the succeeding owner and operator of the existence of this PSD Permit and its conditions by letter, a copy of which shall be forwarded to the Regional Administrator.

## VI.    Types of Fuel

AES-PRCP shall combust the following fuels:

1)    Low sulfur coal with a maximum sulfur content of 1.0% by weight.
2)    Distillate oil with a maximum sulfur content of 0.05% sulfur by weight (startup and emergency equipment fuel).
3)    Propane.

## VII.    Pollution Control Equipment

AES-PRCP shall install and shall continuously operate the following air pollution controls:

1)    A Selective Non-Catalytic Reduction (SNCR) system (urea injection) for the control of $NO_x$ at the CFBs;
2)    A limestone injection system and circulating dry scrubber, which uses lime, for the control of $SO_2$ at the CFBs;
3)    An Electrostatic Precipitator (ESP) for the control of PM and $PM_{10}$ at the CFBs;
4)    Baghouses for the control of PM and $PM_{10}$ emissions at the limestone dryer.
5)    Drift eliminators for the control of particulates from the cooling tower.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

VIII.   Best Available Control Technology (BACT) and Emission Limitations for Each of the
Two Circulating Fluidized Boilers (CFBs)

1-CFB.   **Particulate Matter (PM), Particulate Matter Under 10 Microns (PM$_{10}$)**

a.1   Emissions of PM shall not exceed 0.015 lb/MMBTU or 36.9 lb/hour, whichever is
more stringent.

\*   a.2   Emissions of PM$_{10}$ (condensible and noncondensible) shall not exceed 0.03
lb/MMBTU or 73.8 lb/hour, whichever is more stringent.

\*   a.3   Because condensible PM$_{10}$ emissions from fluidized bed boilers have not been
widely quantified, there is a possibility that the actual condensible portion of PM$_{10}$
would cause the above emission rate to be exceeded. In the event that AES-
PRCP cannot meet the above limit because of condensible PM$_{10}$, EPA may adjust
the PM$_{10}$ emission rate to a level not to exceed 0.05 lb/MMBTU, pending EPA's
review of the stack test results. This change in the permit will be accomplished
administratively. *[On April 19, 2004, AES-PRCP submitted a request under this
provision. EPA granted this request.]*

b.   Opacity of emissions shall not exceed 20 percent (six-minute average) except for
one six-minute set per hour which shall not exceed 27 percent.

c.   The control efficiency of particulate matter emissions shall be established during
all particulate performance testing and shall be a minimum of 99% at all times of
normal operation (daily average).

2-CFB.   **Nitrogen Oxides (NO$_x$)**

a.   Emissions of nitrogen oxides shall not exceed on a 24-hour rolling average basis
57 parts per million dry volume (ppm$_{dv}$) corrected to 7% oxygen, or 0.10
lb/million British thermal units (BTU), or 246.1 lb/hour, whichever is more
stringent.

\*   Denotes a July 2004 Revision.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

3-CFB.    **Carbon Monoxide (CO)**

    a.    Emissions of CO shall not exceed 0.10 lb/MMBTU on an eight-hour average basis, 94 $ppm_{dv}$ corrected to 7% oxygen, or 246.1 lb/hour, whichever is more stringent.

4-CFB.    **Sulfur Dioxide ($SO_2$)**

    a.    Emissions of sulfur dioxide shall not exceed on a 3-hour average basis 9.00 $ppm_{dv}$ corrected to 7% oxygen, or 0.022 lb/MMBTU, or 54.1 lb/hour, whichever is more stringent.

    b.    The maximum sulfur content of the coal shall be 1.0% S by weight. The maximum sulfur content of the No. 2 fuel oil shall be 0.05% sulfur by weight.

5-CFB.    **Sulfuric Acid Mist**

    a.    Emissions of sulfuric acid mist shall not exceed based on the average of three 1-hour stack performance tests 0.64 $ppm_{dv}$ corrected to 7% oxygen, or 0.0024 lb/MMBTU, or 5.9 lb/hour, whichever is more stringent.

6-CFB.    **Fluorides (as Hydrogen Fluoride)**

    a.    Emissions of fluorides shall not exceed $4.78 \times 10^{-4}$ lb/MMBTU or 1.18 lb hour, whichever is more stringent.

7-CFB.    **Volatile Organic Compounds (VOCs)**

    a.    Emissions of VOCs shall not exceed based on the average of three 1-hour stack performance tests 7.70 $ppm_{dv}$ corrected to 7% oxygen, 0.0047 lb/MMBTU, or 11.6 lb/hour, whichever is more stringent.

8-CFB.    **Ammonia ($NH_3$)**

    a.    The ammonia slip associated with the urea injection shall not exceed 10 $ppm_{dv}$, corrected to 7% oxygen.

EPA 0011

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

IX.    Best Available Control Technology (BACT) and Emission Limitations for the Limestone Dryer (LD)

1-LD.    The limestone dryer operation shall be limited to a 50% capacity factor, calculated on a calendar year basis or 4,380 hours per calendar year.

2-LD.    The limestone dryer shall only burn propane.

3-LD.    The limestone dryer shall utilize combustion controls to minimize air emissions.

4-LD.    **Particulate Matter (PM), Particulate Matter Under 10 Microns (PM$_{10}$)**

   a.1    Emissions of PM shall not exceed 0.095 lb/MMBTU or 1.24 lb/hour, whichever is more stringent.

   a.2    Emissions of PM$_{10}$ shall not exceed 0.095 lb/MMBTU or 1.24 lb/hour, whichever is more stringent.

   b.    Opacity of emissions shall not exceed 20 percent (six-minute average) except for one six-minute set per hour which shall not exceed 27 percent.

   c.    The control efficiency of particulate matter emissions shall be established during all particulate performance testing and shall be a minimum of 99% at all times of normal operation (daily average).

5-LD.    **Nitrogen Oxides (NO$_x$)**

   a.    Emissions of nitrogen oxides shall not exceed based on the average of three 1-hour stack performance tests 0.15 lb/million British thermal units (BTU), or 1.95 lb/hour, whichever is more stringent.

6-LD.    **Carbon Monoxide (CO)**

   a.    Emissions of CO shall not exceed based on the average of three 1-hour stack performance tests 0.02 lb/MMBTU, or 0.26 lb/hour, whichever is more stringent.

EPA 0012

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

7-LD.    **Sulfur Dioxide (SO$_2$)**

    a.    Emissions of sulfur dioxide shall not exceed based on the average of three 1-hour stack performance tests 0.02 lb/MMBTU, or 0.26 lb/hour, whichever is more stringent.

8-LD.    **Volatile Organic Compounds (VOCs)**

    a.    Emissions of VOCs shall not exceed based on the average of three 1-hour stack performance tests 0.01 lb/MMBTU, or 0.13 lb/hour, whichever is more stringent.

X.    **Best Available Control Technology (BACT) and Emission Limitations for the Cooling Tower (CT)**

    1-CT.    The drift rate shall be limited to 2.25 gallons/minute (0.001% of circulating water flow). This level shall be achieved through the use of drift eliminators which provide surface area upon which water droplets may impact and fall back into the cooling tower.

    2-CT.    **Particulate Matter (PM), Particulate Matter Under 10 Microns (PM$_{10}$)**

        a.    Emissions of PM$_{10}$ shall not exceed 0.33 lb/hour.

        b.    Emissions of PM shall not exceed 15 lb/hour.

    3-CT.    **Volatile Organic Compounds (VOC)**

        a.    Emissions of VOC shall not exceed 0.5 lb/hour.

EPA 0013

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

XI.    Storage Tanks

   1-ST.    The AES-PRCP shall have the following storage tanks:

       a.    150,000-gallon startup fuel tank.
       b.    2,000-gallon mobile equipment fuel tank.
       c.    700-gallon diesel generator tank.
       d.    300-gallon fire pump tank.
       e.    200-gallon emergency boiler feed pump tank.

* 2-ST.    There shall be a maximum of seven turnovers per year in the startup fuel tank, producing approximately 83.8 lb/year of VOC emissions (AP-42).

   3-ST.    The remaining tanks shall contain diesel fuel and shall emit less than 5 lb/year of VOC (AP-42).

XII.    Emergency Equipment

*    The emergency equipment consists of a fire water pump driven by a diesel engine, a diesel generator, and a 430 hp emergency boiler feed pump driven by a diesel engine. The equipment shall only be operated under the following conditions:

   1-EE.    The maximum annual operating hours for each of the above-named equipment shall be 200 hours/calendar year, except during emergencies. This 200-hour allowance is intended to allow for proper maintenance of the equipment.

   2-EE.    The fire pump shall be used for fighting fires when no electricity is available at the facility.

   3-EE.    The diesel generator shall be used during emergencies for critical plant functions (i.e., emergency lighting) when no electricity from PREPA's grid is available at the site (this situation is characterized as "black plant mode").

*    Denotes a July 2004 Revision

EPA 0014

C 025

### Attachment II (cont'd)

### AES Puerto Rico Cogeneration Project
### PSD Permit Conditions

\* 4-EE.    The emergency boiler feed pump shall be used to pump cooling water into one or both boilers if one or both turbines trip unexpectedly and are unable to utilize the steam generated by the boilers. However, during routine testing and maintenance of the 430 hp emergency boiler feedwater pump diesel engine, the load on the engine shall be physically limited to less than 400 hp by operating procedures and the configuration of the associated equipment so that it complies with the emission rates listed in Condition XII.7-EE below.

5-EE.    None of these three emergency equipment shall be used during a standard startup or shutdown of the facility as well as during any dispatch load level requested by PREPA.

6-EE.    The emergency equipment shall only burn distillate oil with a maximum sulfur content of 0.05% S by weight.

7-EE.    Emissions and total annual operating hours from the emergency equipment shall not exceed:

| Pollutant | Fire Pump (lb/hr) | Diesel Generator (lb/hr) | Emergency Boiler Feed Pump (lb/hr) |
|---|---|---|---|
| $NO_x$ | 10.4 | 14.58 | 12.34 |
| CO | 5.1 | 0.55 | 2.67 |
| $SO_2$ | 0.13 | 0.29 | 0.82 |
| $PM_{10}$ | 0.3 | 0.68 | 0.82 |
| VOC | 0.5 | 0.06 | 0.99 |
| Annual Planned Operating Hours | 200 hr | 200 hr | 200 hr |

\*    Denotes a July 2004 Revision

**EPA 0015**

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

8-EE.   AES-PRCP shall measure the sulfur content of the fuel oil for each fuel delivery. The sulfur content of the fuel shall be measured by the most current method applicable to fuel oil promulgated by the American Society for Testing and Materials (ASTM). The results of the testing shall be included in the quarterly reports.

* 9-EE.   AES-PRCP shall record and maintain records on the hours of operation for each emergency equipment and the amounts of fuel fired for each occurrence. All information shall be recorded in a permanent form suitable for inspection. The file shall be retained for at least ten years following the date of such measurement, calculation, and record.

## XIII.   Fugitive Emissions

The following activities shall be incorporated into the materials storage and handling systems:

### 1. Coal Handling

a.   The coal transfer from ship to boom shall be enclosed.

b.   The boom transfer at the surge hopper shall be controlled by a dust suppression system.

c.   All conveyors shall be enclosed and sealed.

d.   The two transfer houses shall be enclosed and equipped with dust suppression systems.

e.   Enclosed stacking tubes shall be utilized.

f.   The 30-day inactive coal pile shall be earth-covered and grassed.

g.   The transfer at ten (10) reclaim hoppers shall be enclosed in an underground tunnel.

*   Denotes a July 2004 Revision

**EPA 0016**

Attachment II (cont'd)
AES Puerto Rico Cogeneration Project
PSD Permit Conditions

h.   The conveyor transfer to crusher, the crusher, the crusher transfer to conveyor, and the powerhouse bag filters shall be enclosed and connected to fabric filters.

i.   Total $PM_{10}$ fugitive emissions from coal handling shall not exceed 1.13 tons/year.

## 2A. Limestone Handling (if Delivered by Ship)

a.   The limestone transfer from ship to boom shall be enclosed.

b.   The boom transfer at the surge hopper shall be controlled by a dust suppression system.

c.   All conveyors shall be enclosed and sealed.

d.   The two transfer houses shall be enclosed and equipped with dust suppression systems.

e.   An enclosed stacking tube shall be utilized.

f.   The 150-day pile of limestone shall be enclosed.

g.   The conveyor transfer to crusher and the crusher shall be enclosed and connected to a fabric filter.

h.   The pneumatic conveyor shall be connected to a fabric filter.

i.   The transfer at reclaim hopper shall be enclosed in an underground tunnel.

## 2B. Limestone Handling (if Delivered by Truck)

a.   The 150-day pile of limestone shall be enclosed.

b.   The conveyor transfer to crusher and the crusher shall be enclosed and connected to a fabric filter.

EPA 0017

C 028