Attachment II (cont'd)
AES Puerto Rico Cogeneration Project
PSD Permit Conditions

    c.    The pneumatic conveyor shall be connected to a fabric filter.

    d.    The transfer at reclaim hopper shall be enclosed in an underground tunnel.

    e.    Total $PM_{10}$ fugitive emissions from limestone handling (delivered by ship and truck) shall not exceed 1.66 tons/year.

**3. Lime Handling**

    a.    The pneumatic conveyor shall be connected to a fabric filter.

    b.    The screw feeder shall be completely enclosed.

\*    c.    Total $PM_{10}$ fugitive emissions from lime handling shall not exceed 0.0445 ton/year.

**4. Ash Handling**

    a.    The fly ash pneumatic conveyor, the fly ash silo to mixer, the bed ash pneumatic conveyor, the bed ash silo to mixer transfer, the batch mixer, and the transfer into truck area shall be enclosed and sealed.

    b.    The ash rock processing lifts shall be wetted and compacted.

    c.    The truck travel to spread and crush area, the transfer from truck area, the ash rock lift fracture area, the ash rock storage wind erosion, and the bulldozing area shall be wetted.

    d.    The reclaim hopper shall be underground and enclosed.

    e.    All conveyors shall be enclosed and sealed.

    f.    Total $PM_{10}$ fugitive emissions from ash handling shall not exceed 0.70 ton/year.

\*   Denotes a July 2004 Revision

Attachment II (cont'd)
AES Puerto Rico Cogeneration Project
PSD Permit Conditions

*     g.     Trucks may be used to haul unmixed bed ash and fly ash, conditioned ash (bed and fly ash mixed and wet) and manufactured aggregate offsite for on island beneficial uses. If so, AES-PRCP shall implement precautions to minimize fugitive emissions.

XIV. Continuous Emission Monitoring (CEM)/Continuous Opacity Monitoring (COM) Requirements

1. Prior to the date of startup and thereafter, AES-PRCP shall install, calibrate, maintain, and operate the following continuous monitoring systems in each of the two flues of the fluidized bed combustion unit exhaust stack:

    a. Continuous emission monitoring (CEM) systems to measure stack gas $NO_x$ (as measured $NO_2$) and $SO_2$ concentrations and a continuous opacity monitoring system. The systems shall meet EPA monitoring performance specifications (40 CFR Part 60.13 and 40 CFR Part 60, Appendix B, Performance Specifications 1, 2, and 3, and Appendix F).

    b. A continuous monitoring system to measure stack gas volumetric flow rates. The system shall meet EPA monitoring performance specifications (40 CFR Part 52, Appendix E). EPA may approve an alternative to this monitoring system, such as using monitored data for emission rates on a lb/MMBTU basis and calculated plant heat input data on a MMBTU/hr basis, provided that EPA deems that this procedure will produce representative data.

    c. A CEM system to measure CO and a continuous monitoring system to measure carbon dioxide or oxygen. These systems, at a minimum, shall meet EPA monitoring performance specifications of 40 CFR Part 60, Appendix B, Performance Specifications 3 and 4, and 40 CFR Part 60, Appendix F.

2. Not less than 60 days prior to the date of startup of the boiler(s), AES-PRCP shall submit to the EPA a Quality Assurance Project Plan for the certification of the CEM systems. CEM performance testing may not begin until the Quality Assurance Project Plan has been approved by EPA.

* Denotes a July 2004 Revision

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

3. AES-PRCP shall notify EPA 15 days in advance of the date upon which demonstration of the CEM system performance will commence (40 CFR Part 60.13(c)). The CEM system performance date shall be no later than the date of the initial performance testing required under Permit Condition XV. of this permit.

4. AES-PRCP shall submit a written report to EPA of the results of all monitor performance specification tests conducted on the monitoring system(s) within 45 days of the completion of the tests. The continuous emission monitors must meet all the requirements of the applicable performance specification test in order for the monitors to be certified.

5. AES-PRCP shall submit a written report of all excess emissions to EPA for every calendar quarter. All quarterly reports shall be postmarked by the 30th day following the end of each quarter and shall include the information specified below:

   a. The magnitude of excess emissions computed in accordance with 40 CFR Part 60.13(h), any conversion factor(s) used, and the date and time of commencement and completion of each time period of excess emissions.

   b. Specific identification of each period of excess emissions that occurs during startups, shutdowns, and malfunctions for each fluidized bed combustion unit. The nature and cause of any malfunction (if known) and the corrective action taken or preventive measures adopted shall also be reported.

   c. The date and time identifying each period during which the continuous monitoring system was inoperative except for zero and span checks and the nature of the system repairs or adjustments.

   d. When no excess emissions have occurred or the CEM system has not been inoperative, repaired, or adjusted, such information shall be stated in the report.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

    e.    Results of quarterly monitor performance audits, as required in 40 CFR Part 60, Appendix F.

    f.    Excess emissions shall be defined as:

        i)    any consecutive 24-hour period during which the average emission of $NO_x$, as measured by the CEM system, exceeds the corresponding mass or concentration emission limit set for $NO_x$ in Condition VIII.2-CFB above.

        ii)    any eight-hour period during which the average emission of CO, as measured by the CEM system, exceeds the corresponding mass or concentration emission limit set for CO in Condition VIII.3-CFB above.

        iii)    any 3-hour period during which the average emission of $SO_2$, as measured by the CEM system, exceeds the corresponding mass or concentration emission limits set for $SO_2$ in Condition VIII.4-CFB above.

        iv)    any 6-minute period during which the average opacity, as measured by the CEM system, exceeds 20% opacity, except for one 27% opacity per each one-hour period.

    g.    For the purposes of this permit, excess emissions indicated by the CEM systems, except during startup or shutdown, shall be considered violations of the applicable emission limits.

\*   6.    AES-PRCP shall maintain a file of all measurements, including CEM system performance evaluations; all CEM systems or monitoring device calibration checks; adjustments and maintenance performed on these systems or devices; and all other information required by 40 CFR Part 60 recorded in a permanent form suitable for inspection. The file shall be retained for at least ten years following the date of such measurement, maintenance, reports, and records.

\*   Denotes a July 2004 Revision

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

7. Emissions in excess of the applicable emission limit listed under Condition VIII. of this permit, during periods of startup and shutdown, shall not be considered a violation of the applicable emission limit.

8. For the purposes of this permit, startup and shutdown shall be defined as:

   a. **Startup** - Circulating Fluidized Bed (CFB) boiler startup is defined as the period beginning with initial use of the burners firing low sulfur distillate fuel oil (< 0.05% S) and ending at the time when the load has increased to 227.15 MW, when both CFB boilers are operating, or 113.58 MW, when a single CFB boiler is operating. The duration of the startup shall not exceed fourteen (14) consecutive hours for any given individual boiler startup.

   * b. **Post-Outage Startup** - CFB boiler post-outage startup is defined as the period of time beginning with the initial use of the CFB's startup burner after new refractory is installed in the combustor. After the new refractory is installed, it must be dried by subjecting it to gradually increasing temperature. The post-outage startup shall be allowed up to twice per year for an average of one startup per boiler. The duration of the post-outage startup shall not exceed 50 consecutive hours for any given startup. The amount of fuel burned shall not exceed 4,200 gallons per hour, 85,000 gallons per day and a total of 175,000 gallons per startup.

   c. **Shutdown** - CFB boiler shutdown is defined as the period of time beginning with the load decreasing from 227.15 MW, when both CFB boilers are operating, or 113.58 MW, when a single CFB boiler is operating, and ending when the bed material fluidizing air has been discontinued. The duration of the shutdown shall not exceed eight (8) consecutive hours for any given individual boiler shutdown.

\* Denotes a July 2004 Revision

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

9. At all times, including periods of startup, shutdown, and malfunction, AES-PRCP shall, to the extent practicable, maintain and operate the CFBs including associated air pollution control equipment in a manner consistent with good air pollution control practice for minimizing emissions. Determination of whether acceptable operating and maintenance procedures are being used will be based on information available to EPA and/or PREQB which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the facility.

XV. Performance Test Requirements

1. Within 60 days after achieving the maximum production rate of the boilers, but no later than 180 days after initial startup as defined in 40 CFR Part 60.2, and at such other times as specified by the EPA, AES-PRCP shall conduct performance tests for $SO_2$, $NO_x$, PM, $PM_{10}$, CO, VOCs, lead, fluorides, opacity, sulfuric acid mist, and fugitive emissions. All performance tests shall be conducted at the maximum operating capacity of the unit(s) being tested and/or other loads specified by EPA.

2. At least 60 days prior to actual testing, AES-PRCP shall submit to the EPA a Quality Assurance Project Plan detailing methods and procedures to be used during the performance stack testing. A Quality Assurance Project Plan that does not have EPA approval may be grounds to invalidate any test and require a re-test.

3. AES-PRCP shall demonstrate that the lead emissions from the facility do not exceed the PSD significance level of 0.6 tons per year. AES-PRCP estimates that its maximum hourly emission of lead from the CFB boilers is 0.0208 lb/hour (0.087 ton/year).

4. AES-PRCP shall use the following test methods, or a test method which would be applicable at the time of the test and detailed in a test protocol approved by EPA:

   a. Performance tests to determine the stack gas velocity, sample area, volumetric flowrate, molecular composition, excess air of flue gases, and moisture content of flue gas shall be conducted using 40 CFR Part 60, Appendix A, Methods 1, 2, 3, and 4.

EPA 0023

C 034

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

b. Performance tests for the emissions of $NO_x$ shall be conducted using 40 CFR Part 60, Appendix A, Method 7E.

c. Performance tests for the emissions of $SO_2$ shall be conducted using 40 CFR Part 60, Appendix A, Method 6C.

d. Performance tests for the emissions and control efficiency of PM shall be conducted using 40 CFR Part 60, Appendix A, Method 5.

e. Performance tests for the emissions of $PM_{10}$ shall be conducted using 40 CFR Part 51, Appendix M, Method 201 (exhaust gas recycle procedure) or Method 201A (constant flow rate procedure) and Method 202.

f. Performance tests for the emissions of CO shall be conducted using 40 CFR Part 60, Appendix A, Method 10.

g. Performance tests for the emissions of volatile organic compounds shall be conducted using 40 CFR Part 60, Appendix A, Method 25A and Method 18 (take the difference between the two results).

h. Performance tests for the emissions of fluorides shall be conducted using 40 CFR Part 60, Appendix A, Method 13B.

i. Performance tests for the emissions of sulfuric acid mist shall be conducted using 40 CFR Part 60, Appendix A, Method 8.

j. Performance tests for the emissions of lead shall be conducted using 40 CFR Part 60, Appendix A, Method 29.

k. Performance tests for the drift rate on two of the cooling tower cells shall be conducted using the isokinetic sampling system with the heated beak-pack style method (HBIK) to confirm the specified drift rate of 2.25 gallons/minute.

l. Performance tests for the visual determination of fugitive emissions from the coal, limestone, and ash handling shall be conducted using 40 CFR Part 60, Appendix A, Method 22.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

m. Performance tests for the visual determination of the opacity of emissions from the stack shall be conducted using 40 CFR Part 60, Appendix A, Method 9 and the procedures stated in 40 CFR Part 60.11.

5. The ammonia slip shall be met by maintaining the optimum urea injection flow rate at various operating loads. The optimum urea injection flow rate needed to achieve the ammonia slip limit shall be determined during the performance test and shall become a condition of this permit.

6. Test results indicating that emissions are below the limits of detection shall be deemed to be in compliance.

7. Additional performance tests may be required at the discretion of the EPA for any or all of the above pollutants.

8. For performance test purposes, sampling ports, platforms and access shall be provided by AES-PRCP on the combustion exhaust system in accordance with 40 CFR Part 60.8(e).

9. Results of emission testing must be submitted to EPA within 60 days after completion of performance tests.

10. Operations during periods of startup, shutdown, and malfunction shall not constitute representative conditions for the purpose of a performance test.

XVI. Other Requirements

1. **Coal Sampling**

   Coal samples shall be taken and analyzed monthly to determine ash content (% by weight); sulfur content (% by weight); and heat value (BTUs per lb). These shall be measured by the most current methods applicable to coal promulgated by the American Society for Testing and Materials (ASTM). Reports are to be submitted to EPA every calendar quarter.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

2.a **Coal Lead Content**

The lead content of the coal/fuel oil shall be monitored such that total annual lead emissions from the facility do not exceed the PSD significance level of 0.6 tons per year. AES-PRCP shall demonstrate, at least annually starting with the 400th day after facility startup and, no longer than each 365th day thereafter, that lead emissions are below the PSD significance level. The lead content of the fuels shall be measured using the most current applicable ASTM method.

2.b **Coal Fluorine Content**

The fluorine content of the coal shall be monitored on a monthly basis such that the total annual fluoride emissions from the facility do not exceed 9.8 tons per 12-month rolling average calculated every month. The fluorine content of the coal shall be measured using the most current applicable ASTM method.

3. **New Source Performance Standards (NSPS) Compliance**

AES-PRCP shall comply with the requirements codified in:

a. Standards of Performance for Electric Utility Steam Generating Units (40 CFR Part 60, Subpart Da) -- boilers.

b. Standards of Performance for Coal Preparation Plants (40 CFR Part 60, Subpart Y) -- coal handling.

c. Standards of Performance for Nonmetallic Mineral Processing Plants (40 CFR Part 60, Subpart OOO) -- limestone processing.

4. **PSD Increment and NAAQS Modeling Analyses**

AES-PRCP shall conduct air dispersion modeling analyses of the Prevention of Significant Deterioration of Air Quality (PSD) increments and National Ambient Air Quality Standards (NAAQS) for $SO_2$ which involves the combined impacts from other nearby existing sources. This shall be done under the following conditions:

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

a. The modeling analyses shall conform with the EPA "Guideline on Air Quality Models" (40 CFR § 51, Appendix W), air permit regulations (40 CFR §51 and §52), and the approved dispersion modeling protocol submitted to EPA for the AES-PRCP.

b. The emission inventory incorporated into the modeling analysis shall include, at a minimum, the background sources agreed upon by AES-PRLP and EPA in the approved modeling protocol for the AES-PRCP. Also, the modeling domain shall encompass, at a minimum, the domain agreed upon by AES-PRLP and EPA in the approved modeling protocol for the AES-PRCP. (Refer to May 18, 1995 letter from TRC to EPA; July 22, 1995 letter from EPA to TRC; October 2, 1995 letter from ENSR to EPA and October 17, 1995 letter from ENSR to EPA.)

c. The same models, assumptions, and meteorological database used by AES-PRCP in the permit application shall be used for these air quality standards.

d. AES-PRCP shall submit the modeling analyses to EPA within three (3) to six (6) months of the effective date of this PSD permit.

5. **Postconstruction Ambient Monitoring**

AES-PRCP shall install and maintain an $SO_2$ ambient monitor in a location which is approved by EPA prior to the operation of the facility. The $SO_2$ ambient monitor shall operate upon commencement of operation of the facility. AES-PRCP shall also meet the following conditions:

a. The duration of the monitoring collection shall not exceed 365 days unless the monitor records an exceedance of the applicable NAAQS in which case EPA may extend the monitoring.

b. The monitor shall operate according to an approved EPA QA/QC plan.

c. The monitoring data shall be recorded and submitted to EPA and PREQB on a quarterly basis. If an exceedance is measured, AES-PRCP shall notify EPA and PREQB of such an exceedance in writing within 15 days of its completion of normal QA/QC procedures for the specified month.

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

6. **Maximum Annual Capacity Factor**

   a. AES-PRCP shall not exceed a maximum annual capacity factor of 95% during any period of 12 consecutive months. Compliance will be demonstrated by limiting facility fuel use to a maximum of 40,966,709 MMBtu during any period of 12 consecutive months. AES-PRCP shall maintain fuel use records to demonstrate compliance with this condition.

   b. "Annual capacity factor" means the ratio between the actual heat input to the steam generating units from fuel use during a period of 12 consecutive calendar months and the potential heat input to the steam generating units from fuels had the steam generating units been operated for 8,760 hours during that 12-month period at the maximum design heat input capacity of 4922.7 MMBtu/hr. Therefore, a maximum annual capacity factor of 95% means fuel use will not exceed 40,966,709 MMBtu during a period of 12 consecutive calendar months.

XVII. Malfunction

Any failure of air pollution control equipment, process equipment, or of a process to operate in a normal manner which results in an increase in emissions above any allowable emission limit stated in Condition VIII of this Attachment II and actions taken on any unit must be reported by telephone within 24 hours to:

Chief, Air Permit Division
Puerto Rico Environmental Quality Board
Santurce, Puerto Rico 00910
(787) 767-8071

In addition, the EPA Regional Administrator (RA) and the Puerto Rico Environmental Quality Board (PREQB) shall be notified in writing within (15) days of any such failure. This notification shall include: a description of the malfunctioning equipment or abnormal operation; the date of the initial failure; the period of time over which emissions were increased due to the failure; the cause of the failure; the estimated resultant emissions in excess of those allowed under Condition VIII of this Attachment II; and the methods utilized to restore normal operations. Compliance with this malfunction notification provision shall not excuse or otherwise constitute a defense to any violations of this permit or of any law or regulations which such malfunction may cause.

EPA 0028

C 039

Attachment II (cont'd)

AES Puerto Rico Cogeneration Project
PSD Permit Conditions

XVIII. Recordkeeping and Reporting Requirements

\*    1. All records required to be maintained by this permit shall be kept for a period of at least ten (10) years.

2. All reports required by this permit shall be submitted to:

> Chief, Air Compliance Branch
> Division of Enforcement and Compliance Assistance
> U.S. Environmental Protection Agency
> Region 2
> 290 Broadway - 21st Floor
> New York, New York 100007-1866

Copies of the reports shall also be submitted to:

a. Region 2 CEM Coordinator
U.S. Environmental Protection Agency
Region 2
Air and Water QA Team
Monitoring and Assessment Branch
2890 Woodbridge Avenue - MS-102
Edison, New Jersey 08837-3679

b. Director, Caribbean Environmental Protection Division
U.S. Environmental Protection Agency
Region 2
Centro Europa Building
1492 Ponce de Leon Avenue, Suite 417
Santurce, Puerto Rico 00907-4127

c. Director, Air Permit Division
Puerto Rico Environmental Quality Board
P.O. Box 11488
Santurce, Puerto Rico 00910

\* Denotes a July 2004 Revision

Attachment III
AES Puerto Rico Cogeneration Project
Air Quality Impacts

Page 1 of 2

## Projected Maximum Impacts from the AES Puerto Rico Cogeneration Project Air Quality Impacts (μg/m³) - October 2001

| POLLUTANT | AVERAGING TIME | AES-PRCP's MODELED IMPACT | SIGNIFICANCE LEVEL | AES-PRCP + Background Sources PSD Increment | AES-PRCP + Background Sources NAAQS | PSD Incrt | NAAQS |
|---|---|---|---|---|---|---|---|
| $NO_2$ | Annual | 0.81 | 1 | Not Calculated[1] | Not Calculated[1] | 25 | 100 |
| $SO_2$ | Annual | 0.55 | 1 | Not Calculated[1] | Not Calculated[1] | 20 | 80 |
|  | 24-hour | 4.97 | 5 |  |  | 91 | 365 |
|  | 3-hour | 20.0 | 25 |  |  | 512 | 1300 |
| $PM_{10}$ | Annual | 2.4 | 1 | 3.3 | 44.5 | 17 | 50 |
|  | 24-hour | 17.2 | 5 | 16.6 | 112.1 | 30 | 150 |
| CO | 8-hour | 140.3 | 500 | Increment Standard does not exist | 140.3 | NA | 10,000 |
|  | 1-hour | 200.5 | 2000 |  | 200.5 |  | 40,000 |

[1] Since AES-PRCP's impacts are below the "Significant Impact Level," the facility is not required to perform PSD increment or NAAQS analyses which accounts for impacts from other nearby existing sources.

EPA 0030

C 041

Attachment III

AES Puerto Rico Cogeneration Project
Air Quality Impacts

**Projected Maximum Impacts Resulting from the July 2004 Revisions to the AES Puerto Rico Cogeneration Project - Air Quality Impacts (µg/m³)**

| POLLUTANT | AVERAGING TIME | AES-PRCP's Modeled Impact | PSD SIGNIFICANT IMPACT LEVEL | 2002/2003 Maximum Actual Concentrations from Ambient Monitors in Jobos | Total Impacts (Addition of Columns 3 and 5.) | NAAQS |
|---|---|---|---|---|---|---|
| $NO_2$ | Annual | This permit revision does not affect the projected $NO_2$ maximum impacts identified in the previous chart. | | | | |
| $SO_2$ | Annual | This permit revision does not affect the projected $SO_2$ maximum annual impacts identified in the previous chart. | | | | |
| | 24-hour[a] | 3.1 | 5 | N/A | N/A | 365 |
| | 3-hour[a] | 8.6 | 25 | | | 1300 |
| $PM_{10}$ | Annual[b] | 3.6 | 1 | 26 | 29.6 | 50 |
| | 24-hour[b] | 13.3 | 5 | 94 | 107.3 | 150 |
| CO | 8-hour[a] | 23 | 500 | 140.3 | 163.3 | 10,000 |
| | 1-hour[a] | 53 | 2000 | 200.5 | 253.5 | 40,000 |

[a] - Reflects only maximum short-term impacts during the post-outage startup lasting up to 50 consecutive hours.
[b] - Reflects only maximum short- and long-term impacts due to changes affecting $PM_{10}$ made in this permit revision.
N/A - Not available.

EPA 0031

EPA 0032

C 043