# Tab 46

EXHIBIT NO. 29
M.J.MANZI

| From: | Paul Stinson |
|---|---|
| Sent: | Wednesday, November 12, 2003 3:45 PM |
| To: | John Ruggirello; Tom Newton |
| Cc: | Al Dyer; Pete Norgeot; Mark Woodruff; Steven Clancy; Ned Hall |
| Subject: | Progress Update: Sept2-Nov10, 2003 |

John,

To this point, I have been exclusively assisting Al Dyer at Puerto Rico.

I have worked on the following:

1) **Opacity.** The plant was experiencing elevated baseline levels of opacity with occasional excursions, several times a day, resulting in many exceedances. The problem is now under control, thanks to a big effort of everyone on the team. We learned that maximizing the frequency of rapping, at much higher frequencies than expected, are necessary to control opacity. We tried about everything else during the effort. I am following up with the rapping controls, as the present system at the plant needs some low cost upgrades to be able to reliably maximize rapping where it needs to be.

2) **Unit 1 Turbine** failure from May, 2003. Al asked me to evaluate Alstom's report and what AES's consultant determined. Also to evaluate the risk of failure in Unit 2. Alstom attributed the failure to a pit formed by the unusually high level of corrosion experienced in this machine. Alstom concluded that the corrosion resulted from steam contamination and thus was not their fault. I conclude that the contamination was caused by Alstom's practice of immediate vacuum breaking upon turbine trip combined with the fact that LP hood sprays were also on and the unit operated for months with a minor condenser tube leak.
    a. Vacuum breaking under these circumstances causes the LP hood cooling spray water to be "blasted" throughout the LP and IP turbine. This is the source of the salty contamination that caused the pit corrosion.
    b. Vacuum breaking (to decelerate rapidly through the critical speeds on shutdown and trip) was eliminated on Unit 1 after the re-build because Al insisted that the unit be properly balanced. It will be eliminated on Unit 2 after the current outage by re-balancing this machine.
    c. Although I agree that the pit on the L-1 stage blade provided a convenient site for a high cycle fatigue crack to initiate, I am skeptical that the pit corrosion is the root cause of the problem. I think it more likely that immediate vacuum breaking at 3600 rpm, allowing the condenser pressure to rise to close to atmospheric, is more likely to produce high stresses in these blades. The inspection of Unit 2 blades and the elimination of vacuum breaking on this unit is likely to eliminate further risk.
    d. A small residual risk remains that the blade in Unit 1 failed due to a design problem with the blades. I do not have the means to evaluate this risk, and Alstom is not being presently very co-operative in helping us evaluate this risk. I am not highly concerned, though.

3) **FBHE tube failure.** We determined that the recent failure in Unit 1 was caused by high cyclic stress, cracking a tube. This high stress was caused by migrating tube clamps. A temporary solution was implemented with the advice and assistance of AES PR's consultant, Bill Kownurko. A permanent solution is being implemented on Unit 2 this outage. It was fun to be able to use my Thames experience again, but Al and I agree that this was an example where we failed to take note of what we already knew during construction of the plant.

4) **Commodity consumption.** I have been working to develop a program to reduce consumption of lime, limestone, urea, water, and other consumables to or below design levels. I expect that this is achievable, and Al is determined to do it. I have begun by getting a number of control loops re-designed and tuned so that they can run in automatic. We corrected a recently a problem with the unit master that was causing the unit to upset on increasing load. We are making good progress here. Later this fall, Al will have a new performance engineer, Csaba Kiss, from Hungary, start at the plant. I will turn over my work in area to him when he is ready.

5) Overall. I think AES Puerto Rico has the potential to be quite a strong model for the rest of AES. I would like to continue to support Al in achieving this status. I am providing some advice and assistance with developing his engineering staff.

AESPR-146601

C 138

I have made contact with Leon Ballard and he is sending me background material so that I can assist the plant with a technical evaluation of Deepwater's options to reduce NOx. I will start on that immediately.

I need to get going on some technical work in support of Steve Clancy. Ned Hall has arranged a few meetings that will help me get up to speed. I will have to miss the first one next Monday, as Patty is having some surgery that day, it turns out.

Tom and I are currently still trading voice mails. I plan to see how my work can best fit to support the overall corporate effort.

Please advise if the above is helpful or if you need more info.

Paul

AESPR-146602

C 139

# Tab 47



# Memo

**Date:** 11/3/2003

**To:** Al Dyer

**Cc:** Elias Sostre, Carlos Reyes

**From:** Paul Stinson

**RE:** Resolution of Opacity Problem

---

The opacity problem at AES Puerto Rico (AESPR) has been resolved, and it has been established that the problem was caused by rapping too infrequently. The purpose of this memo is to communicate my thinking as to how the infrequent rapping produced this opacity problem, so as to

1) establish some dialogue on this subject that may enhance all of our understanding,

2) to provide some guidance for troubleshooting future opacity problems should they arise,

3) and to provide some basis for vigilance in future maintenance of the electrostatic precipitator (ESP).

## Discussion

A number of theories were advanced and many potential fixes were tried in attempts to eliminate frequent opacity excursions at the AESPR facility. The problem was finally resolved by maximizing the frequency of rapping on all collecting plates, wires, the inlet distribution plate and nozzle and the outlet partition plate. Table One and Table Two display the original and new parameters.

Rapping frequency is increased by reducing the repeat time on a field of collecting plates, wires, distribution plates, etc. For each of these, there are a set of rappers. Each rapper in the set is rapped within the specified repeat time. For the AESPR rapping control system, the smallest repeat time that can currently be specified is 2 minutes and 30 seconds. When it was decided to try "maximum frequency rapping", the shortest repeat period for each set of rappers was inserted (see Table Two).

*The question could be asked, "why did the infrequent rapping result in opacity problems?"* My answer is somewhat speculative, but I can hypothesize below.

First, it is necessary to consider some theory on rapping frequency. It is desirable to set rapping frequency low enough to build up a layer of ash, say ¼ to ½ inch thick, before rapping. Too frequent rapping may increase particulate in the chimney and too infrequent rapping may cause certain fields to stop collecting ash. In general, the first stage is set to rap most frequently and the subsequent stages are rapped with decreasing frequency, In accordance with the expectation of lower ash collecting rates.

AESPR-176336

C 140

[The ash being collected by AESPR's ESPs is of low resistivity. This means that it can be collected easily on the collecting plates, but that it readily gives up its charge to the plate and thus can be easily re-entrained in the gas flow. ]

If a given set of collecting plates is not being rapped frequently enough, at some point during the repeat time, they will become "full" of ash, and further ash will not collect on them until after they are rapped. This means that for a portion of the repeat time, ash will "bypass" these plates and be collected on the downstream plates. These downstream plates may also become "full", because their respective rapping frequency does not account for the upstream bypassing. The result may be a shifting of loading to the downstream collecting plates, with a result that the ash loading on all of the plates becomes excessive, and the opacity of the outlet flue gas becomes higher.

If an ESP is operating with many "full" plates, because of too infrequent rapping, it may become more sensitive to having transformer/rectifier (T/R) sets out of service. The "overloaded" downstream plates are not as able to collect the ash that is bypassing the plates in the fields where the T/Rs are out of service.

One of the observations that made troubleshooting the opacity problems difficult was the correlation between operation of rotary valves and opacity spikes. It was found that opacity upsets could be corrected usually be shutting down a number of the rotary valves in the 420 through 450 hoppers. This led to speculation that "blowback" through the rotary valves, due to low ash levels in the hoppers, was the root cause of opacity excursions.

What may have been happening instead is that by shutting down some of the rotary valves, the operators were reducing the ash loading into the ESP, giving the ESP a chance to "catch up" with rapping. Reducing this ash loading may have effectively reduced the frequency of rapping required. Given the need to eventually re-start the rotary valves to avoid high levels in the hoppers, and thus to increase the ash circulation rate through the ESP and CDS, it is not surprising that the relief in terms of opacity was only temporary.

AESPR-176337

C 141

Table One: Original Rapping Parameters

| Field Name | Panel | Repeat Time H | M | S | Lift Pulse | No | Freq | Start Delay (Before POR) | POR Time | Reset Time | ACG | Rest Method | Rapping Direction | Starting Rapper | DUTY CYCLE | F-DUTY | INTW DUTY | INTW TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | 1 | 0 | 5 | 0 | 9 | No Info | No Info | 0 Secs | 0 Secs | 1 secs | 1 | MIN | Ascending | 1 | 33% | 9% | 3% | 120% |
| HPL | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 Secs | 0 Secs | 1 secs | 6 | MIN | Ascending | 1 | 86% | 43% | 23% | 120% |
| HPT | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 Secs | 0 Secs | 1 secs | 6 | MIN | Ascending | 1 | 86% | 43% | 23% | 120% |
| PPL | 1 | 0 | 5 | 0 | 12 | 2 | 1 | 0 Secs | 0 Secs | 1 secs | 7 | MIN | Ascending | 1 | 60% | 30% | 16% | 120% |
| PPT | 1 | 0 | 5 | 0 | 12 | 2 | 1 | 0 Secs | 0 Secs | 1 secs | 7 | MIN | Ascending | 1 | 60% | 30% | 16% | 120% |
| SPL | 1 | 0 | 10 | 0 | 12 | 3 | 1 | 0 Secs | 0 Secs | 1 secs | 8 | MIN | Ascending | 1 | 33% | 12% | 8% | 120% |
| SPT | 1 | 0 | 10 | 0 | 12 | 3 | 1 | 0 Secs | 0 Secs | 1 secs | 8 | MIN | Ascending | 1 | 33% | 12% | 8% | 120% |
| 1W | 1 | 0 | 5 | 0 | 10 | 2 | 1 | 0 Secs | 0 Secs | 1 secs | 10 | MAX | Ascending | 1 | 37% | 14% | 8% | 120% |
| 2W | 1 | 0 | 5 | 0 | 10 | 2 | 1 | 0 Secs | 0 Secs | 2 secs | 10 | MAX | Ascending | 1 | 37% | 9% | 5% | 120% |
| 3W | 1 | 0 | 5 | 0 | 10 | 2 | 1 | 0 Secs | 0 Secs | 2 secs | 10 | MAX | Ascending | 1 | 2% | 2% | 2% | 120% |
| 18N | 1 | 0 | 30 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 3 | MAX | Ascending | 1 | 14% | 3% | 1% | 7% |
| 4PI | 2 | 0 | 15 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 1 | MAX | Ascending | 1 | 14% | 3% | 1% | 7% |
| 4PT | 2 | 0 | 20 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 1 | MAX | Ascending | 1 | 14% | 2% | 1% | 7% |
| 5PL | 2 | 0 | 30 | 0 | 7 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 1 | MAX | Ascending | 1 | 14% | 2% | 1% | 7% |
| 5PT | 2 | 0 | 30 | 0 | 7 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 1 | MAX | Ascending | 1 | 14% | 2% | 0% | 7% |
| 6PL | 2 | 1 | 0 | 0 | 7 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 1 | MAX | Ascending | 1 | 14% | 2% | 0% | 7% |
| 6PT | 2 | 1 | 0 | 0 | 7 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 2 | MAX | Ascending | 1 | 14% | 2% | 0% | 7% |
| 4W | 2 | 0 | 10 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 2 | MAX | Ascending | 1 | 9% | 3% | 1% | 7% |
| 5W | 2 | 0 | 10 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 2 | MAX | Ascending | 1 | 9% | 3% | 1% | 7% |
| 6W | 2 | 0 | 10 | 0 | 8 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 2 | MAX | Ascending | 1 | 9% | 3% | 1% | 7% |
| PP | 2 | 4 | 0 | 0 | 9 | No Info | No Info | 0 Secs | 0 Secs | 2 secs | 3 | MAX | Ascending | 1 | 0% | 0% | 0% | 7% |

DP  Inlet distribution plate (3 total)
PL  Plate Leading
PT  Plate Trailing
W   Wires (Rigitrode electrodes)
EN  Inlet nozzle (duct) "4 'air operated vibrators"
PP  Outlet partition plate (1 total)

AESPR-176338

Table Two : New Maximum Frequency Rapping Parameters

| Field Name | Panel | Repeat Time H | Repeat Time M | Repeat Time S | Lift Pulse | No | Freq | Start Delay (Before POR) | POR Time | Reset Time | ACG | Rest Method | Rapping Direction | Starting Rapper | DUTY CYCLE | F-DUTY 7% | INTW DUTY | INTW TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | 1 | 0 | 2 | 30 | 9 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 67% | 7% | 3% | 211% |
| PL | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 42% | 42% | 33% | 211% |
| PT | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 3 | Min | Ascending | 1 | 42% | 42% | 33% | 211% |
| PP | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 4 | Min | Ascending | 1 | 49% | 42% | 33% | 211% |
| 2PL | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 2 | Min | Ascending | 1 | 42% | 42% | 33% | 211% |
| 2PT | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 5 | Min | Ascending | 1 | 42% | 42% | 33% | 211% |
| 3PL | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 8 | Min | Ascending | 1 | 67% | 11% | 3% | 211% |
| 3PT | 1 | 0 | 2 | 30 | 12 | 2 | 1 | 0 | 0 | 1 | 8 | Min | Ascending | 1 | 67% | 11% | 3% | 211% |
| 1W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 67% | 11% | 3% | 211% |
| 2W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 67% | 11% | 3% | 211% |
| 3W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 67% | 11% | 3% | 211% |
| 1BN | 1 | 0 | 2 | 30 | 8 | No info | No info | 0 | 0 | 1 | 8 | Min | Descending | 28 | 82% | 32% | 32% | 216% |
| 4PL | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 8 | Min | Descending | 28 | 82% | 41% | 32% | 216% |
| 4PT | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 9 | Min | Ascending | 1 | 82% | 41% | 32% | 216% |
| 5PL | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 8 | Min | Ascending | 28 | 82% | 41% | 32% | 216% |
| 5PT | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 8 | Min | Descending | 28 | 82% | 41% | 32% | 216% |
| 6PL | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 10 | Min | Descending | 26 | 82% | 41% | 32% | 216% |
| 6P1 | 1 | 0 | 2 | 30 | 10 | 2 | 1 | 0 | 0 | 1 | 10 | Min | Ascending | 1 | 82% | 41% | 32% | 216% |
| 4W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 28 | 35% | 41% | 9% | 218% |
| 5W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 35% | 12% | 9% | 218% |
| 6W | 1 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Descending | 29 | 35% | 6% | 3% | 218% |
| PP | 2 | 0 | 2 | 30 | 10 | 1 | 1 | 0 | 0 | 1 | 7 | Min | Ascending | 1 | 35% | 5% | 3% | 218% |

DP  Inlet distribution plate (3 total)
PL  Plate Leading
PT  Plate Trailing
W   Wires (Rigitrode electrodes)
BN  Inlet nozzle (duct) "4 air operated vibrators"
PP  Outlet partition plate (1 total)

The dropout curtain has rotary hammers that run continuously.

AESPR-176339

C 143

# Tab 48



# Fourth Quarter 2003

# Continuous Emissions Monitoring System Report

PO Box 1890, Guayama PR 00785 * Tel: 787-866-8117 * Fax: 787-866-8139

C 144

EPA 0342



**PUERTO RICO**

CAPS FF
C.O.—

January 29, 2004

**Chief, Air Compliance Branch**
**Division of Enforcement and Compliance Assistance**
U.S. EPA, Region 2
290 Broadway – 21st Floor
New York, NY 10007-1866

**Subject: AES Puerto Rico Cogeneration Plant (AES-PR), Guayama, PR – 4th Quarter**
**2003 CEMS Report**

Enclosed is a copy of AES Puerto Rico's CEMS Quarterly Report for 4th Quarter 2003. This is being submitted in accordance with the requirements of the facility's PSD Permit, 40 CFR Part 60.49a and Appendix F to part 60.

During the preparation of this report it was noted that a software error exists in the 30-day rolling averages reports (Tabs 5 and 6). These reports are invalidating operating hours when boiler load is reduced for facility dispatches. We will contact the vendor for troubleshooting of this error.

Also, please note in the Unit 2 Opacity Monitor Downtime Report and the Missing Data Log for opacity that the CEMS incorrectly used the opacity monitor out-of-service during an outage for calculating percent downtime to operating time.

Certification Statement: Based on information and belief formed after reasonable inquiry, the statements and information in this document are true accurate and complete.

If you have any questions I can be reached at (787) 866-8117 ext.239.

Sincerely,

William G. Vela

cc:     Region 2 CEM Coordinator
        Director, CEPD, USEPA
        Director, Air Permit Program

C 145

EPA 0343



## Puerto Rico

*CAPS GP*
*C- 0. —*

# Fourth Quarter 2003

# Continuous Emissions Monitoring System Report

PO Box 1890, Guayama PR 00785 * Tel: 787-866-8117 * Fax: 787-866-8139

C 146

EPA 0344

# Table of Contents

| Tab | Section Description |
|-----|---------------------|
| 1 | Monitoring System Performance and Excess Emission Summary - Unit 1 |
| 2 | Monitoring System Performance and Excess Emission Summary - Unit 2 |
| 3 | Excess Emissions Report – Unit 1 |
| 4 | Excess Emissions Report – Unit 2 |
| 5 | Daily Emissions Report – Unit 1 |
| 6 | Daily Emissions Report – Unit 2 |
| 7 | Availability Report - Unit 1 |
| 8 | Availability Report – Unit 2 |
| 9 | Relative Accuracy Test Audit (RATA) Results Report |

C 148

EPA 0346

# Monitoring System Performance and Excess Emission Summary

## Unit 1

C 149

EPA 0347

===========================================================================
Monitor Downtime Report
AES Puerto Rico
Unit #1
OPACITY
===========================================================================
Report for 10/01/2003 to 12/31/2003
Today's Date:  01/24/2004
===========================================================================

1.  Monitor Availability

| Reasons for Missing or Unacceptable Data | Downtime (minutes) | % Downtime to Operating Time |
|---|---|---|
| a.  Monitor Malfunctions | 0 | 0.00 |
| b.  Non-Monitor Equipment Malfunctions | 0 | 0.00 |
| c.  Quality Assurance | 336 | 0.25 |
| d.  Other Known Causes | 0 | 0.00 |
| e.  Unknown Causes | 6 | 0.00 |
| Total CMS Downtime | 342 | 0.26 |

Total Online Operating Time in Minutes          132480
[Total CMS Downtime] x 100 / [Total             0.26
source operating time].   (%)


B.  Excess Emissions Summary

1.  Number of 6 Minute Averages                          22080
2.  Number of 6 Minute Averages in Excess of Limit          51

| 3.  Reasons for Excess Emissions Based on 6 Minute Rolling Average | Duration (Minutes) | % E.E. Time To Operating Time |
|---|---|---|
| I.  Startup / Shutdown | 0 | 0.00 |
| II.  Control Equipment Malfunction | 0 | 0.00 |
| III.  Process Malfunction | 0 | 0.00 |
| IV.  Unknown Causes | 0 | 0.00 |
| V.  Other Known Causes | 306 | 0.23 |
| TOTAL | 306 | |

Total Monitored Facility Operating Minutes          132138
Total duration of excess emissions x 100 /          0.23
[Total source operating time].   (%)

C 150

EPA 0348

Monitor Span Exceedance Summary for OPACITY

Instrument Span: 80

e instrument did not exceed its span during the reporting period.
-------------------------------------------------------------------------------

# Monitoring System Performance and Excess Emission Summary

## Unit 2

C 152

EPA 0361

```
===============================================================================
                        Monitor Downtime Report
                            AES Puerto Rico
                               Unit #2
                               OPACITY
===============================================================================
 Report for 10/01/2003 to 12/31/2003
 Today's Date:  01/29/2004
===============================================================================
```

1. Monitor Availability

| Reasons for Missing or Unacceptable Data | Downtime (minutes) | % Downtime to Operating Time |
|---|---|---|
| a. Monitor Malfunctions | 0 | 0.00 |
| b. Non-Monitor Equipment Malfunctions | 0 | 0.00 |
| c. Quality Assurance | 12762 ** | 11.3 ** |
| d. Other Known Causes | 1320 ** | 1.16 ** |
| e. Unknown Causes | 132 | 0.12 |
| Total CMS Downtime | 14214 ** | 12.5 ** |

| | |
|---|---|
| Total Online Operating Time in Minutes | 113316 |
| [Total CMS Downtime] x 100 / [Total source operating time].  (%) | 12.54 |

** 19491 of these downtime minutes and 12.27% of the downtime are during a
boiler outage.  Unit 2 was shutdown from November 8 to December 2.  A plant
technician had conducted maintenance on the opacity monitor at the beginning of
the outage and did not return it to service until the end of the outage prior
to start-up.  To prevent a re-occurrence, we have instructed our technicians to
keep the CEMS monitors in-service at all times except when actually performing
maintenance.

B. Excess Emissions Summary

| | |
|---|---|
| 1. Number of 6 Minute Averages | 18886 |
| 2. Number of 6 Minute Averages in Excess of Limit | 19 |

| 3. Reasons for Excess Emissions Based on 6 Minute Rolling Average | Duration (Minutes) | % E.E. Time To Operating Time |
|---|---|---|
| I. Startup / Shutdown | 6 | 0.01 |
| II. Control Equipment Malfunction | 0 | 0.00 |
| III. Process Malfunction | 0 | 0.00 |
| IV. Unknown Causes | 0 | 0.00 |
| V. Other Known Causes | 108 | 0.11 |
| TOTAL | 114 | |

| | |
|---|---|
| Total Monitored Facility Operating Minutes | 99102 |
| Total duration of excess emissions x 100 / [Total source operating time].  (%) | 0.12 |

C 153

EPA 0362

Monitor Span Exceedance Summary for OPACITY

Instrument Span: 80

The instrument did not exceed its span during the reporting period.
-----------------------------------------------------------------------

C 154

EPA 0363