Tab 49



October 30th, 2003

To whom it may concern:

This package includes the third quarterly CEMS report by AES Puerto Rico in Guayama, PR.
If you have any questions or doubts please call William Vela at 787-866-8117 x239.

Thank you for your cooperation,
William Vela
Engineering Group

C 155

EPA 0193

Carr. #3 Km. 142.0, Bo. Jobos • P.O. Box 1890, Guayama, Puerto Rico 00785 • Tel. (787) 866-8117 • Fax (787) 866-8139



# Third Quarter 2003

# CEMS Report

C 156

PO Box 1890, Guayama PR 00785 * Tel: 787-866-8117 * Fax: 787-866-8139    EPA 0194

# Table of Contents

| Tab | Section Description |
|-----|---------------------|
| 1 | Monitoring System Performance and Excess Emission Summary Unit 1 |
| 2 | Monitoring System Performance and Excess Emission Summary Unit 2 |
| 3 | Excess Emissions Report – Unit 1 |
| 4 | Excess Emissions Report – Unit 2 |
| 5 | Daily Emissions Report – Unit 1 |
| 6 | Daily Emissions Report – Unit 2 |
| 7 | Availability Report – Unit 1 |
| 8 | Availability Report – Unit 2 |
| 9 | CGA Report – Unit 1 |
| 10 | CGA Report – Unit 2 |

C 157

EPA 0195

# Monitoring System Performance

# And

# Excess Emission Summary

# Unit 1

C 158

EPA 0196

```
===================================================================
                    Monitor Downtime Report
                        AES Puerto Rico.
                            Unit #1
                            OPACITY
===================================================================
Report for 07/01/2003 to 09/30/2003
Today's Date:  10/08/2003
===================================================================
```

1. Monitor Availability

| Reasons for Missing or Unacceptable Data | Downtime (minutes) | % Downtime to Operating Time |
|---|---|---|
| a. Monitor Malfunctions | 0 | 0.00 |
| b. Non-Monitor Equipment Malfunctions | 0 | 0.00 |
| c. Quality Assurance | 0 | 0.00 |
| d. Other Known Causes | 144 | 0.13 |
| e. Unknown Causes | 0 | 0.00 |
| Total CMS Downtime | 144 | 0.13 |

Total Online Operating Time in Minutes                111738
[Total CMS Downtime] x 100 / [Total                     0.13
source operating time].     (%)

3. Excess Emissions Summary

  1. Number of 6 Minute Averages                         18623
  2. Number of 6 Minute Averages in Excess of Limit        181

| 3. Reasons for Excess Emissions Based on 6 Minute Rolling Average | Duration (Minutes) | % E.E. Time To Operating Time |
|---|---|---|
| I. Startup / Shutdown | 24 | 0.02 |
| II. Control Equipment Malfunction | 0 | 0.00 |
| III. Process Malfunction | 0 | 0.00 |
| IV. Unknown Causes | 0 | 0.00 |
| V. Other Known Causes | 1062 | 0.95 |
| TOTAL | 1086 | |

Total Monitored Facility Operating Minutes             111594
Total duration of excess emissions x 100 /               0.97
[Total source operating time].    (%)

C 159

EPA 0197

Monitor Span Exceedance Summary for OPACITY

Instrument Span: 80
Span Range Exceedances

| DATE | TIME |
|---|---|
| 08/12/2003 | 10:48 |
| 08/12/2003 | 11:00 |
| 08/12/2003 | 11:06 |
| 08/12/2003 | 11:12 |
| 08/12/2003 | 11:18 |

C 160

EPA 0198

```
================================================================
                    Monitor Downtime Report
                        AES Puerto Rico.
                            Unit #2
                            OPACITY
================================================================
Report for 07/01/2003 to 09/30/2003
Today's Date:  10/08/2003
================================================================
```

1. Monitor Availability

   | Reasons for Missing<br>or Unacceptable Data | Downtime<br>(minutes) | % Downtime to<br>Operating Time |
   |---|---|---|
   | a. Monitor Malfunctions | 0 | 0.00 |
   | b. Non-Monitor Equipment Malfunctions | 0 | 0.00 |
   | c. Quality Assurance | 0 | 0.00 |
   | d. Other Known Causes | 36 | 0.03 |
   | e. Unknown Causes | 0 | 0.00 |
   | Total CMS Downtime | 36 | 0.03 |

   | | |
   |---|---|
   | Total Online Operating Time in Minutes | 132426 |
   | [Total CMS Downtime] x 100 / [Total source operating time].  (%) | 0.03 |

B. Excess Emissions Summary

   | | |
   |---|---|
   | 1. Number of 6 Minute Averages | 22071 |
   | 2. Number of 6 Minute Averages in Excess of Limit | 278 |

   | 3. Reasons for Excess Emissions<br>Based on 6 Minute Rolling Average | Duration<br>(Minutes) | % E.E. Time To<br>Operating Time |
   |---|---|---|
   | I. Startup / Shutdown | 162 | 0.12 |
   | II. Control Equipment Malfunction | 0 | 0.00 |
   | III. Process Malfunction | 0 | 0.00 |
   | IV. Unknown Causes | 0 | 0.00 |
   | V. Other Known Causes | 1506 | 1.14 |
   | TOTAL | 1668 | |

   | | |
   |---|---|
   | Total Monitored Facility Operating Minutes | 132390 |
   | Total duration of excess emissions x 100 / [Total source operating time].  (%) | 1.26 |

# Excess Emissions Report

## Unit 1

C 162

EPA 0223

```
================================================================
                    Opacity Excess Emissions Report
                    AES Puerto Rico.
                    Unit #1
================================================================
Opacity Excess Emission Limit: 20.0 %
----------------------------------------------------------------
Today's Date: 10/07/2003                Reporting Period
Time: 10:02:52                          07/01/2003 - 09/30/2003

Date       Time   ID         Value      Reason / Action / Comment
----------------------------------------------------------------


07/10/2003 0118   OPACITY1   21.700%    R: PRECIPITATOR TROUBLE
                                        C: adjust hz at rotary's valves 440
                                           & 450.


07/11/2003 0118   OPACITY1   30.000%    R: MISC.EQUIPMENT TROUBLE
                                        C: ADJUST ROTARY's VALVES VELOCITY


07/17/2003 1212   OPACITY1   39.100%    R: STARTUP
                                        C: CDS Start Up Stop Rv Rows 420,43
                                           0,440,450


07/17/2003 1400   OPACITY1   32.000%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED CONTROLS SHOP
                                        C: problems with RV  S/D rv rows 42
                                           0,430,440,450


08/09/2003 0236   OPACITY1   21.800%    R: PRECIPITATOR TROUBLE
                                        C: ROTARIES PROBLEMS &T.R. 10 TRIPS


08/09/2003 0354   OPACITY1   27.100%    R: PRECIPITATOR TROUBLE
                                        C: T.R. PROBLEMS DUE TO HIGH LEVELS
```

C 163

EPA 0224

```
===============================================================================
===============================================================================
                       Opacity Excess Emissions Report        Page:2

1/09/2003 0400   OPACITY1      27.500%      R: PRECIPITATOR TROUBLE
                                            C: T.R.PROBLEMS


08/09/2003 0412  OPACITY1      27.800%      R: PRECIPITATOR TROUBLE
                                            A: NOTIFIED BTO
                                            C: T.R. PROBLEMS  DUE  TO HIGH  LEV
                                               EL

08/09/2003 0418  OPACITY1      29.900%      R: PRECIPITATOR TROUBLE
                                            C: T.R.PROBLEMS   DUE TO HIGH LEVEL

08/09/2003 0424  OPACITY1      28.800%      R: PRECIPITATOR TROUBLE
                                            C: T.R.PROBLEMS

08/09/2003 0430  OPACITY1      27.200%      R: PRECIPITATOR TROUBLE
                                            A: NOTIFIED BTO
                                            C: T.R. PROBLEMS

08/09/2003 0436  OPACITY1      23.800%      R: PRECIPITATOR TROUBLE
                                            A: NOTIFIED BTO
                                            C: HIGH LEVEL

08/09/2003 0442  OPACITY1      22.200%      R: PRECIPITATOR TROUBLE
                                            A: NOTIFIED BTO
                                            C: T.R. PROBLEMS

08/09/2003 0554  OPACITY1      26.400%      R: PRECIPITATOR TROUBLE
                                            A: NOTIFIED BTO
                                            C: T.R. PROBLEMS

08/09/2003 0630  OPACITY1      22.300%      R: PRECIPITATOR TROUBLE
                                            C: T/R'S TRIP , VLV HIGH LEVELS

08/09/2003 0654  OPACITY1      23.100%      R: PRECIPITATOR TROUBLE
                                            C: T/R'S TRIP , VALVE HIGH LEVEL


08/09/2003 1036  OPACITY1      27.000%      R: PRECIPITATOR TROUBLE
                                            C: T/R TRIP, ROTARY VLV HIGH LEVEL
```

C 164

EPA 0225

```
===============================================================================
                    Opacity Excess Emissions Report        Page:3

1/09/2003 1124   OPACITY1      28.200%          R: PRECIPITATOR TROUBLE
                                                C: T/R TRIP, ROTARY HIGH LEVEL

08/09/2003 1130  OPACITY1      31.200%          R: PRECIPITATOR TROUBLE
                                                C: T/R TRIP, ROTARY   VLV HIGH LEVEL

08/09/2003 1200  OPACITY1      32.900%          R: LOADSWING
                                                C: FREQUENCY DISTURBAMCE

08/09/2003 1300  OPACITY1      30.900%          R: LOADSWING
                                                C: FREQUENCY DISTURBANCE

08/09/2003 1306  OPACITY1      36.600%          R: LOADSWING
                                                C: FREQUENCY DISTURBANCE


08/09/2003 1930  OPACITY1      26.100%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels lowerd
                                                   load

08/09/2003 1942  OPACITY1      35.600%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels

3/09/2003 1954   OPACITY1      28.000%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels

08/09/2003 2006  OPACITY1      33.400%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2012  OPACITY1      21.700%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2018  OPACITY1      27.300%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2024  OPACITY1      22.300%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2030  OPACITY1      26.800%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2036  OPACITY1      29.700%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
                                                   d load

08/09/2003 2042  OPACITY1      30.300%          R: PRECIPITATOR TROUBLE
                                                C: t.r. &rotary high levels &lowere
```

```
                                                          d load

08/09/2003  2048   OPACITY1     24.300%    R: PRECIPITATOR TROUBLE
                                           C: t.r. &rotary high levels &lowere
                                              d load

08/09/2003  2054   OPACITY1     21.800%    R: PRECIPITATOR TROUBLE
                                           C: t.r. &rotary high levels &lowere
                                              d load

08/09/2003  2106   OPACITY1     32.900%    R: PRECIPITATOR TROUBLE
                                           C: t.r. &rotary high levels &lowere
                                              d load &take cds out of ser

08/09/2003  2112   OPACITY1     39.600%    R: PRECIPITATOR TROUBLE
                                           A: NOTIFIED BTO
                                           C: t.r. &rotary high levels &lowere
                                              d load &take cds out of ser

08/10/2003  0748   OPACITY1     29.800%    R: PRECIPITATOR TROUBLE
                                           A: NOTIFIED CONTROLS SHOP
                                           C: Problems with RV,stop all rotary
                                              valves to control

08/11/2003  1124   OPACITY1     44.600%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hopp
                                              ers during maint inspection

08/11/2003  1236   OPACITY1     27.300%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hopp
                                              ers during maint inspection

08/11/2003  1324   OPACITY1     28.500%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high level at hoppe
                                              rs during maint inspection

08/11/2003  1336   OPACITY1     20.800%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hopp
                                              ers during maint inspection

08/11/2003  1524   OPACITY1     20.600%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hoop
                                              ers during maint inspection

08/11/2003  1530   OPACITY1     24.000%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hopp
                                              ers during maint inspection

08/11/2003  1612   OPACITY1     25.800%    R: PRECIPITATOR TROUBLE
                                           C: trouble with high levels at hopp
                                              ers during maintenance insp
```

```
08/11/2003 1618  OPACITY1    30.500%    R: PRECIPITATOR TROUBLE
                                        C: trouble at RV hoppers levels dur
                                           ing maintenance inspection

08/11/2003 1624  OPACITY1    23.600%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED CONTROLS SHOP
                                        C: trouble with high levels at RV h
                                           oppers

08/11/2003 2118  OPACITY1    29.400%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED BTO
                                        C: T/R TRIP, HIGH LEVELS

08/11/2003 2230  OPACITY1    22.200%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVELS

08/11/2003 2236  OPACITY1    21.600%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP , HIGH LEVEL

08/11/2003 2242  OPACITY1    20.400%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVELS

08/12/2003 0042  OPACITY1    23.700%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED BTO
                                        C: T/R TRIP , HIGH LEVEL

08/12/2003 0148  OPACITY1    26.700%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVELS

08/12/2003 0154  OPACITY1    22.900%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVELS

08/12/2003 0242  OPACITY1    23.800%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVELS

08/12/2003 0318  OPACITY1    22.700%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED BTO
                                        C: T/R TRIP , HIGH LEVEL

08/12/2003 0348  OPACITY1    27.800%    R: PRECIPITATOR TROUBLE
                                        A: NOTIFIED BTO
                                        C: T/R TRIP, HIGH LEVELS

08/12/2003 0354  OPACITY1    29.000%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP,  HIGH LEVEL

08/12/2003 0418  OPACITY1    32.100%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH   LEVEL

08/12/2003 0454  OPACITY1    33.200%    R: PRECIPITATOR TROUBLE
                                        C: T/R TRIP, HIGH LEVEL
```