# Tab A

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

James E. Edwards, Jr.
jeedwards@ober.com
410-347-7330

Offices In
Maryland
Washington, D.C.
Virginia

March 27, 2006

<u>VIA FACSIMILE & FIRST-CLASS MAIL</u>

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re: AES Puerto Rico, L.P. v. ALSTOM Power Inc.

Dear Dan:

This follows my letter to you dated March 24, 2006 in response to your letter earlier that same day regarding expert witness discovery.

Based upon the content of your letter of March 24, and in the absence of agreed dates from AES, ALSTOM has served Notices to take the depositions of persons who have been identified by AES as experts whose opinions may be presented at trial. If the witnesses are not going to appear on the dates that we have scheduled for these depositions, please let me know immediately.

To date, we have been able to contact three of ALSTOM's proposed expert witnesses. Ronald Ballinger would be available for deposition on April 6, 7 or 11, 2006. Otakar Jonas would be available for deposition beginning April 6, 2006. Marlin Anderson will be traveling out of the country the entire week of April 3. He would not be available for deposition until April 11, at the earliest, and April 12 would be better. We will provide you the availability of Joseph Mair as soon as that has been determined.

Finally, ALSTOM does not have a discovery request from AES with respect to notes, correspondence, e-mail, memoranda, photographs, and other documents considered by its expert witnesses and, therefore, declines to produce those materials. Please advise when similar materials for the experts designated by AES will be available for inspection and copying in response to Request No. 76 of ALSTOM's First Request for Production of Documents.

OBER | KALER
A Professional Corporation

Daniel D. Williams, Esquire
March 27, 2006
Page 2

If you have any questions, please call me.

Sincerely yours,

James E. Edwards, Jr.

JEEJr/pkp