# Tab C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------- X

AES PUERTO RICO,        )

L.P.,                   )   No. 04-1282-JJF

    Plaintiff,         )

  vs.                   )

ALSTOM POWER, INC.,     )

    Defendant.         )

------------------------------ X

Videotaped Deposition of

Ronald George Ballinger, ScD

Tuesday, April 11, 2006

Baltimore, Maryland

Pages 1 -

Job No.: 173880

Reported by: Deborah Larson Hommer, RPR

1   you're right, I just don't remember.
2              BY MR. WILLIAMS:
3       Q.   I direct your attention to Exhibit
4   No. 1.  Did you write the September 9, 2004,
5   report yourself?
6       A.   Yes.  In this case, I would provide
7   a draft, do the initial writing, and then in
8   consultation with the other authors on the
9   document we would agree on the final document,
10  but I would supply -- I supplied the first
11  draft.
12      Q.   Did you retain the first draft?
13      A.   Did I retain the first draft?  I
14  don't know.  I could look, but I don't know.
15      Q.   Have you ever looked to see if you
16  had it?
17      A.   Not recently.  No, never looked.
18      Q.   Do you know that a subpoena was
19  issued asking Altran to turn over all drafts
20  of this September 9, 2004, report?
21             MR. VITTORIA:  Objection.
22             THE WITNESS:  I certainly never got

1  a subpoena, and I'm pretty darn sure that
2  Altran never got a subpoena.  So if you said
3  there was one issued, then who got it?  I
4  don't know.  I think I would have known.
5          BY MR. WILLIAMS:
6      Q.  So no one told you that there was a
7  subpoena in this litigation for all the
8  materials related to your September 9, 2004,
9  report?
10         MR. VITTORIA:  Objection.
11         THE WITNESS:  No subpoena ever --
12 no.
13         BY MR. WILLIAMS:
14     Q.  And it is possible that you
15 currently have the draft of your September 9,
16 2004, report that you wrote?
17     A.  It's certainly possible.
18     Q.  How would you describe the role of
19 Mr. McKrell -- which is M-c-K-r-e-l-l -- with
20 respect to the September 9, 2004, report?
21     A.  Thomas McKrell is an employee of
22 Altran Solutions, and he is a Ph.D. in -- from

1  you to gather your documents relating to your
2  work with respect to the AES Puerto Rico
3  project?
4       A.   What do you mean by gather?  Let's
5  back up.  It's normal for me to keep things in
6  one place, so I don't have to gather anything.
7  They're there.
8       Q.   Has Ober Kaler asked you to give
9  them a copy of all of your documents relating
10 to your work with respect to the AES Puerto
11 Rico project?
12      A.   The document flow has been in the
13 other direction.
14      Q.   So they --
15      A.   Except for my notes and stuff,
16 they're the ones that have the documents.
17      Q.   They have --
18      A.   I asked for them.
19      Q.   They haven't asked you to do that?
20      A.   No.
21      Q.   Now, you refer to notes.  What
22 notes did you take in the course of your work?

1    A.    They would be notes taken during
2  meetings.  They would be notes taken --
3  certainly some notes taken during the visit
4  that we took.  They were pretty minimal
5  because it was 120 degrees and I was in a
6  Tyvek suit, so it's a little hard to take
7  notes.  But minimal, maybe none.
8         And then there were some notes that
9  I took during this past weekend.  As I was
10 reading the control room logs and reading
11 through things, I would sit down and basically
12 make a few notes.  There would be some
13 notes -- yes, that's about it.
14    Q.    Did you save your meeting notes
15 that you referred to?
16    A.    They're in a log book with numbered
17 pages -- not numbered pages, but a fixed
18 binder.  Sure, I saved it.
19    Q.    Did you save the notes that you
20 made this week with respect to the specific
21 documents that you reviewed?
22    A.    I -- I have the notes, yes.

1  Dr. Kalmanovitch provided to you?
2       A.   All the data files.  Of course.
3       Q.   You've saved all of those?
4       A.   Yes.
5       Q.   Where are those data files located?
6       A.   Those data files are located on my
7  computer in my office.
8       Q.   And where is your office
9  specifically?
10      A.   MIT.
11      Q.   At MIT?
12      A.   (Nods head up and down.)
13      Q.   What's the address?
14      A.   You're going to send the gendarmes
15 after me or what?
16      Q.   Well, you didn't answer our
17 subpoena.
18      A.   I didn't see it.
19           MR. VITTORIA:  Objection to
20 counsel's testimony.  This is a defective
21 subpoena.  We've put this in the record.  This
22 is issued out of the court of Delaware.

1  Mr. Ballinger is a resident of Massachusetts.
2  He is also an agent of ALSTOM and -- I mean an
3  agent of Ober Kaler's, and so the documents
4  that were subpoenaed are actually the property
5  of Ober Kaler.  The subpoena was issued
6  outside of the discovery period.
7              So I object to counsel's testimony
8  in this case and representations.
9              BY MR. WILLIAMS:
10     Q.    And you didn't respond to the
11  subpoena directed directly to Altran?
12     A.    I didn't see it.
13     Q.    Where is your office located?
14     A.    185 Albany Street, Cambridge,
15  Massachusetts, 02139, building NW-22,
16  room 117.  You need a key card to get in.
17     Q.    Where are your notes?
18     A.    They would be either home or in my
19  office.  I don't know for sure.  My home
20  address is 65 Burnam Road, Andover,
21  Massachusetts, 01810.
22     Q.    And where are the notes on the