# Tab H

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 3, 2006

**VIA E-MAIL AND FIRST-CLASS MAIL**

James E. Edwards, Jr., Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

      Re:    **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Jim:

      Your letter from earlier today states that you refuse to produce the documents of the experts retained by Ober Kaler for purposes of this litigation because the subpoenas requesting them were issued out of the U.S. District Court for the District of Delaware and the subpoenas were sent to you – the person who retained these experts – rather than being served by process server on the experts. Having submitted reports for litigation pending in the U.S. District Court for the District of Delaware, it strikes me as odd for you to take the position that that Court has no jurisdiction over these experts. We listed the place of production as your office in Maryland as a courtesy to you, but if you would prefer to produce the documents at the offices of AES-PR's Delaware counsel in Wilmington, that will be acceptable as long as production is made sufficiently in advance of the depositions.

      Moreover, these documents are called for, not only by the subpoena, but by AES-PR's document requests served on ALSTOM over a year ago on March 7, 2005. Those document requests specifically request documents from "any agents acting on behalf of" ALSTOM. *See* Plaintiff's First Set of Document Requests at 2 (¶ e). AES-PR's specific document requests include, *e.g.*, "All documents relating to AES-PR's warranty claim concerning the Plant's ESP" and "All documents relating to the Plant's ESP." *See* Reqs. 9-10. AES-PR is producing its experts' documents to ALSTOM on the basis of ALSTOM's document requests to AES-PR, and ALSTOM must do the same.

WILLIAMS & CONNOLLY LLP

James E. Edwards, Jr., Esquire
April 3, 2006
Page 2

   Please confirm as soon as possible whether, even in light of the above, ALSTOM is persisting in its refusal to produce its experts' documents in advance of its experts' depositions. It is customary for parties to work collaboratively and informally to arrange exchange of expert materials before the depositions of the experts. I am certainly willing to accommodate your needs in terms of timing and location of production as long as ALSTOM can make the documents available so that they can be reviewed in advance of the depositions. Please let me know how we can reach a mutually agreeable production of these materials.

         Sincerely,

         Daniel D. Williams