# Tab I

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

James E. Edwards, Jr.
jeedwards@ober.com
410-347-7330

Offices In
Maryland
Washington, D.C.
Virginia

April 5, 2006

VIA FACSIMILE & FIRST-CLASS MAIL

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re: AES Puerto Rico, L.P. v. ALSTOM Power Inc.

Dear Dan:

This is in response to your letter to me dated April 3, 2006 regarding subpoenas that your office attempted to issue out of the United States District Court for the District of Delaware and deliver to me in an effort to compel the production of documents and the appearance of expert witnesses for depositions.

As indicated in my letter to you dated April 3, 2006, all of the subpoenas are defective. Moreover, there is no outstanding discovery request from AES pursuant to which ALSTOM is obligated to produce documents produced by or relied upon by its expert witnesses. Conversely, ALSTOM's Request No. 76 in its First Request for Production of Documents to AES specifically required AES to produce a range of documents provided to and produced by experts engaged by AES. Nevertheless, despite your indication that AES would do so, AES has failed to produce those documents.

As set forth in my letter to you on April 3, ALSTOM will make its expert witnesses available for deposition in these offices on the dates identified in AES' Notices of Deposition. ALSTOM will not, however, provide the documents that AES has attempted to obtain without the benefit of a discovery request or a proper subpoena.

Although not cited in my letter to you on April 3, there are other reasons why AES is not entitled to the production of documents relied upon or produced by ALSTOM's expert witnesses. Among other things, the Court's Rule 16 Scheduling Order provides that the parties are to serve discovery requests on one another such that discovery would be completed by March 10, 2006. Nevertheless, AES failed to serve a discovery request on ALSTOM requesting the production of documents

OBER|KALER
A Professional Corporation

Daniel D. Williams, Esquire
April 5, 2006
Page 2

produced by or relied upon by ALSTOM's expert witnesses. Therefore, in addition to the other deficiencies, the subpoenas that your office delivered to me are untimely.

Moreover, in order to utilize a subpoena to compel the production of documents, it must be served upon the custodian of those documents and must allow a reasonable period of time for compliance. In this case, neither of those requirements have been satisfied.

The subpoenas that your office belatedly attempted to issue are a nullity. Furthermore, apart from the depositions that have been scheduled, ALSTOM will object to any attempt to obtain further discovery of its expert witnesses.

If you have any questions, please call me.

Sincerely yours,

James E. Edwards, Jr.

JEEJr/bak