# Tab J

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.         *

    Plaintiff               *

v.                            *    CIV. NO. 04-1282-JJF

ALSTOM POWER, INC.            *

    Defendant               *    Pages 1 - 98

-----------

Videotaped deposition of Joseph F. Mair, C.P.A.

Baltimore, Maryland

Thursday, April 6, 2006

Reported by:  Kathleen R. Turk, RPR-RMR

Case 1:04-cv-01282-JJF   Document 118-11   Filed 04/17/2006   Page 3 of 3
AES Puerto Rico LP v. Alstom Power, Inc.   Joseph F. Mair   Volume 1

Page 87

1   currently as you sit here in this office?

2   A    No.

3   Q    Will you produce those documents to AES

4   Puerto Rico?

5           MR. VITTORIA:  Objection.

6           It's our position that it's his

7   not -- it's not his place to decide whether those

8   documents are produced or not, but you're retained

9   by Ober Kaler.

10  A    If I'm instructed to by Ober Kaler, I

11  will.

12  Q    Umh-humh.

13       Were you ever told by Ober Kaler to keep

14  your doc -- any documents that you reviewed?

15  A    No.

16  Q    Were you ever told to gather documents

17  for production?

18  A    No.

19  Q    When were you told -- when did you

20  receive this phone call telling you to come to

21  this deposition today?