# Tab L

## Williams, Daniel

**From:**     Vittoria, Anthony [afvittoria@ober.com]

**Sent:**     Thursday, November 10, 2005 10:04 AM

**To:**     Williams, Daniel

**Cc:**     Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia

**Subject:** RE: AES v. ALSTOM

Dan,

Today we are sending out the following documents: 1) Jeff Graham's personal file; 2) documents received by ALSTOM prior to October 28, 2004 relating to Altran's work; 3) the Joint Defense Agreement between ALSTOM and Liberty.

Ober|Kaler will be producing Altran's documents, but they are not yet ready to be produced.

Tony

> -----Original Message-----
> **From:** Williams, Daniel [mailto:DDWilliams@wc.com]
> **Sent:** Wednesday, November 09, 2005 5:17 PM
> **To:** Vittoria, Anthony
> **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> **Subject:** RE: AES v. ALSTOM
>
> Tony, to clarify, are you producing Altran's pre-10/28/04 documents responsive to the subpoena tomorrow, as well as Alstom's, or are Altran's documents coming to us directly from Altran?
>
> Best regards, Dan
>
> > -----Original Message-----
> > **From:** Williams, Daniel
> > **Sent:** Wednesday, November 09, 2005 10:28 AM
> > **To:** 'Vittoria, Anthony'
> > **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> > **Subject:** RE: AES v. ALSTOM
> >
> > Tony, waiting until tomorrow to send the package is fine. Thanks for saving us the trip to Baltimore (although I always enjoy my time in Charm City).
> >
> > Best regards, Dan
> >
> > > -----Original Message-----
> > > **From:** Vittoria, Anthony [mailto:afvittoria@ober.com]
> > > **Sent:** Wednesday, November 09, 2005 10:24 AM
> > > **To:** Williams, Daniel
> > > **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> > > **Subject:** RE: AES v. ALSTOM
> > >
> > > Dan,

It will not be that many, but we will not be able to collect them until the end of the day, which means the package would not go out until tomorrow. If that is acceptable to you, we are happy to do that.

Tony

> -----Original Message-----
> **From:** Williams, Daniel [mailto:DDWilliams@wc.com]
> **Sent:** Wednesday, November 09, 2005 10:23 AM
> **To:** Vittoria, Anthony
> **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> **Subject:** RE: AES v. ALSTOM
>
>
> Tony,
>
> I did receive your fax, thanks. I don't know what the quantity of Altran documents from before October 28, 2004 is, but could you include those with the Jeff Graham materials?
>
> Best regards, Dan
>
> > -----Original Message-----
> > **From:** Vittoria, Anthony [mailto:afvittoria@ober.com]
> > **Sent:** Wednesday, November 09, 2005 10:20 AM
> > **To:** Williams, Daniel
> > **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> > **Subject:** RE: AES v. ALSTOM
> >
> > Dan,
> >
> > We will send you a copy of Jeff Graham's personal file.
> >
> > I trust that you got the facsimile of my letter regarding Altran yesterday. If you did not, an original copy should arrive today or we can fax another copy.
> >
> > Tony
> >
> > > -----Original Message-----
> > > **From:** Williams, Daniel [mailto:DDWilliams@wc.com]
> > > **Sent:** Tuesday, November 08, 2005 4:17 PM
> > > **To:** Vittoria, Anthony
> > > **Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
> > > **Subject:** RE: AES v. ALSTOM
> > >
> > > Tony, as you know, last week we sent you two boxes of paper documents without requesting that you pay for the copies or shipping charges. Could you please return the favor and ship a copy of the Jeff Graham file to me? GE sent me a copy of its production directly.
> > >
> > > Also, last Wednesday, you promised to respond to my October 28 letter

4/12/2006

concerning Altran "in the very near future." Could you please give me an update as to your position on that issue?

Best regards, Dan

-----Original Message-----
**From:** Vittoria, Anthony [mailto:afvittoria@ober.com]
**Sent:** Tuesday, November 08, 2005 3:50 PM
**To:** Williams, Daniel
**Cc:** Boatman, Jeb; Schollaert, Michael; Corwin, Kevin S.; Banister, Patricia
**Subject:** AES v. ALSTOM

Dan,

This is to inform you that we have recieved Jeff Graham's "personal" file. We have also received documents from GE pursuant to the subpoenas served on GE Infrastructure and GE Betz.

Please let me know if you want to come to Baltimore to review these documents or if you want to send a copy service to make copies.

Tony

**Anthony F. Vittoria**
410-347-7692
afvittoria@ober.com

O B E R | K A L E R
*Attorneys at Law*
www.ober.com
443-263-4192 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

-------------------------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message

4/12/2006

and all its attachments.

===================================================

------------------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is
addressed and may contain information that is privileged, confidential and
exempt from disclosure under applicable law. If the reader of this message is
not the intended recipient or the employee or agent responsible for delivering
this message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us
immediately by reply or by telephone (call us collect at (202) 434-5000) and
immediately delete this message and all its attachments.

===================================================

------------------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may
contain information that is privileged, confidential and exempt from disclosure under applicable
law. If the reader of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by reply or by telephone (call
us collect at (202) 434-5000) and immediately delete this message and all its attachments.

===================================================

4/12/2006