# Tab M

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Anthony F. Vittoria**
afvittoria@ober.com
410-347-7692

**Offices In**
Maryland
Washington, D.C.
Virginia

November 22, 2005

**VIA FEDERAL EXPRESS**

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Re:   *AES Puerto Rico, LP v. ALSTOM Power Inc.*
      **Civil Action No. 04-1282-JJF**

Dear Dan:

Enclosed please find electronic documents for the following custodians: Tom Coleman, Vincent Costa, Gary Mattice, Craig Winchester, Edward Zielinski.

In addition, please find Altrans' documents responsive to AES's subpoena, Bates numbered ALTRAN 000001 to ALTRAN 000212.

Sincerely,

Anthony F. Vittoria

AFV/

Enclosures

cc:   Altran Solutions, Inc.