**Tab N**

**Tuxbury, James**

| | |
|---|---|
| **From:** | Williams, Daniel |
| **Sent:** | Wednesday, April 12, 2006 11:51 AM |
| **To:** | Vittoria, Anthony; Edwards, James; Schollaert, Michael |
| **Cc:** | Sagerson, Ann; Tuxbury, James |
| **Subject:** | Altran documents |

Gentlemen:  As you know, <u>in addition to </u>our most recent subpoena requesting documents from Ober Kaler's experts (which is the subject of dispute between the parties), on October 12, 2005, we issued a subpoena to Altran for all documents relating to the AES-PR plant.  By letter dated November 9, 2005, you instructed me to address all communications concerning Altran's documents to you, and by letter dated November 8, 2005, you advised me that Altran would be producing its responsive documents that pre-date October 28, 2004.  Then, by e-mail dated November 10, 2005, you confirmed that Ober Kaler would be producing Altran's documents pre-dating October 2004 on Altran's behalf.

You subsequently claimed to have produced all the responsive Altran documents pre-dating October 2004, but Dr. Ballinger's deposition testimony yesterday demonstrates that you have not, in fact, done so.  Dr. Ballinger, the chief Altran principal working on the AES-PR project, testified that he had not been provided with a copy of either of AES-PR's subpoenas and that he had never gathered for production his documents relating to either the September 2004 report Altran issued or Altran's March 2006 report.  He then testified that he has retained at least some of the pre-October 2004 documents, including but not limited to meeting notes of meetings with Mr. Dreu Beers and drafts of his September 2004 report.  Those documents are not among the documents Ober produced on Altran's behalf last Winter.

Please confirm whether ALSTOM will produce all of Altran's responsive pre-October 2004 documents forthwith.

Best regards, Dan

Daniel D. Williams
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
tel.  (202) 434-5263
fax  (202) 434-5029