IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | Civ. No. 04-1282-JJF |

### [Proposed] ORDER

Upon consideration of Plaintiff AES Puerto Rico's Motion to Compel Defendant ALSTOM Power, Inc. to Produce Expert Documents, it is this ____ day of April 2006, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that defendant shall produce all responsive documents from its testifying experts; it is further

**ORDERED** that defendant shall produce all Altran Corporation documents responsive to plaintiff's October 12, 2005 subpoena, and it is further

**ORDERED** that plaintiff may continue its depositions of defendant's testifying experts once the experts' documents have been produced.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE