**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO FILE A SURREPLY IN
OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

Plaintiff AES Puerto Rico, L.P. ("AES-PR") hereby requests leave to file the

attached Surreply (Exhibit 1) in order to address arguments raised by ALSTOM Power, Inc.

("ALSTOM") for the first time in its Reply to Plaintiff's Opposition to Motion for Sanctions.

**ARGUMENT**

On March 24, 2006, ALSTOM filed Defendant's Motion for Sanctions and an

accompanying 26-page Memorandum. On April 7, 2006, AES-PR filed Plaintiff's Opposition to

ALSTOM's Motion for Sanctions. In response to AES-PR's Opposition, on April 14, 2006,

ALSTOM filed a 17-page Reply to Plaintiff's Opposition to ALSTOM's Motion for Sanctions,

along with a 190-page supplemental appendix, that proffers an entirely new theory why sanctions

should be imposed – that AES-PR allegedly failed to produce documents ALSTOM received

from the Environmental Protection Agency in response to a Freedom of Information Act request.

Local Rule 7.1.3(c)(2) states that "[t]he party filing the opening brief shall not

reserve material for the reply brief which should have been included in a full and fair opening

brief . . ." Because ALSTOM raised a completely new theory for sanctions for the first time in

its reply brief, and thereby deprived AES-PR of an opportunity to respond, AES-PR respectfully

requests leave to file the attached surreply. *See* Ex. 1.

## CONCLUSION

For the foregoing reasons, AES-PR respectfully requests that this Court grant its

motion to file the attached surreply.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated:  April 19, 2006

Attorneys for AES Puerto Rico, L.P.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that, prior to filing this motion, I asked ALSTOM's counsel

whether ALSTOM would consent to this motion.  ALSTOM's counsel indicated that ALSTOM

does not object to AES-PR filing a surreply to ALSTOM's Motion for Sanctions.  Counsel for

ALSTOM further stated that "ALSTOM reserves the right to file a response to the Surreply if

necessary."

Daniel D. Williams
Attorney for Plaintiff AES Puerto Rico, LP

2

## CERTIFICATE OF SERVICE

On April 19, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Unopposed

Motion To File a Surreply in Opposition to Defendant's Motion for Sanctions by e-mail and first

class mail, postage prepaid, on:

> Richard R. Wier, Esq.
> Daniel W. Scialpi, Esq.
> Two Mill Road
> Suite 200
> Wilmington, Delaware 19806
>
> James E. Edwards, Esq.
> Anthony Vittoria, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

/s/ John S. Spadaro