# Tab A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>    Plaintiff, )<br>         v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>    Defendant. )<br>) | Civ. No. 04-1282-JJF |

## DECLARATION OF GEANNETTE M. SIBERÓN

I, Geannette M. Siberón, do hereby declare as follows:

1.  I am an employee of AES Puerto Rico, L.P. ("AES-PR") and am responsible for Environmental Compliance. I have served in this position since joining AES-PR on March 28, 2005. What follows is based on my personal knowledge and a review of AES-PR's files except as otherwise noted.

2.  In early January 2006, I met with Maria Torres, who was coordinating collection of paper documents for this lawsuit, and an attorney for AES-PR to confirm whether I had provided all the necessary documents for production to ALSTOM. We looked through all of the documents in my office. During that process, we identified a set of quarterly reports to the EPA transmitting information relating to air emissions that had not previously been turned over to ALSTOM.

3.  I designated these quarterly EPA reports as documents to be copied for ALSTOM. However, this week I discovered that, due to a miscommunication between Ms. Torres and myself, the quarterly reports accidentally were left out of the materials taken from my office to be copied for ALSTOM.

4.  I first discovered this oversight earlier this week when I was asked to re-confirm that three specific EPA quarterly reports were among the documents that we provided to

ALSTOM for copying. During that review, I discovered that the quarterly reports had not been included in the materials.

5. I reviewed the quarterly reports to see which reports we have. I determined that we have copies of the reports we sent to the EPA for all quarters from the fourth quarter of 2002 through the fourth quarter of 2005 except for the fourth quarter of 2003 and the first quarter of 2005. I searched for a copy of the fourth quarter 2003 report but was not able to locate it. I understand that AES-PR never retained a copy of the first quarter 2005 report.

6. On Monday, April 17, 2006, copies of the quarterly reports that we have were gathered and sent to AES-PR's lawyers' office in Washington, D.C. AES-PR now has provided to the lawyers all of the quarterly EPA reports that it is able to locate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2006.

_____
Geannette M. Siberón