# Tab B

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 1 | 01/05/2003 | 0542 | OPACITY1 | 33.30% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: Opacity went high while increasing load. Initiated a dump | A |
| U1-Opacity- 2 | 01/19/2003 | 0742 | OPACITY1 | 23.50% | R: LOADSWING<br>C: MANUAL DUMP | A |
| | 01/19/2003 | 0754 | OPACITY1 | 29.20% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: DUMP SEQUENCE WAS ACTIVATED AND BACK END ROTARY VALVES STOPPE | |
| U1-Opacity- 3 | 02/02/2003 | 0030 | OPACITY1 | 54.70% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: STARTUP ID FAN | C |
| U1-Opacity- 4 | 02/03/2003 | 2030 | OPACITY1 | 22.10% | R: MISC EQUIPMENT TROUBLE<br>C: BTO UNPLUGGING 450 B | D |
| U1-Opacity- 5 | 02/04/2003 | 0554 | OPACITY1 | 32.80% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: LOAD INCREASE | D |
| U1-Opacity- 6 | 02/19/2003 | 2012 | OPACITY1 | 26.20% | R: PRECIPITATOR TROUBLE<br>C: DOSING VALVE 400 B STUCK IN CLOSE POS. | D |
| U1-Opacity- 7 | 02/21/2003 | 0500 | OPACITY1 | 30.30% | R: LOADSWING<br>C: LOAD INC FROM 135 MW TO 200 MW | D |

AESPR-261795

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 8 | 02/23/2003 | 0818 | OPACITY1 | 42.20% | R: SO3 SYSTEM TROUBLE<br>A: NOTIFIED BTO<br>C: CDS START UP , S/D RV ROWS 420 TO 450 | C |
|  | 02/23/2003 | 0830 | OPACITY1 | 27.70% | R: SO3 SYSTEM TROUBLE<br>A: NOTIFIED BTO<br>C: CDS START UP , S/D RV ROWS 420 TO 450 |  |
| U1-Opacity- 9 | 03/19/2003 | 0724 | OPACITY1 | 37.20% | R: MONITOR SYSTEM TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: CLOSED ALL ESP HOPPER VALVE | C |
| U1-Opacity- 10 | 03/19/2003 | 1724 | OPACITY1 | 27.90% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED MAINTENANCE SHOP<br>C: WORKING WITH NEW TIPS | B |
| U1-Opacity- 11 | 03/20/2003 | 0742 | OPACITY1 | 39.80% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED MAINTENANCE SHOP<br>C: HPR-400B NO WORKING PROPERLY | C |
| U1-Opacity- 12 | 03/20/2003 | 1106 | OPACITY1 | 30.10% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED ELECTRIC SHOP<br>C: WORKING WITH DOS VALVE 400B | C |
| U1-Opacity- 13 | 03/20/2003 | 1706 | OPACITY1 | 35.90% | R: MISC EQUIPMENT TROUBLE<br>C: 400B DOS VALVE TROUBLE | C |
|  | 03/20/2003 | 1754 | OPACITY1 | 34.20% | R: MISC EQUIPMENT TROUBLE<br>C: WORKING WITH DOSING VLV 400B | C |
| U1-Opacity- 14 | 03/21/2003 | 0512 | OPACITY1 | 27.70% | R: PRECIPITATOR TROUBLE | B |

AESPR-261796

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 04/10/2003 | 0200 | OPACITY1 | 42.00% | R: MISC EQUIPMENT TROUBLE A: NOTIFIED BTO C: AIR HTR TRIPPED CAUSING CDS S/D | |
| U1-Opacity- 29 | 04/10/2003 | 1848 | OPACITY1 | 29.70% | R: PRECIPITATOR TROUBLE C: lowered load | D |
| U1-Opacity- 30 | 04/14/2003 | 2112 | OPACITY1 | 45.30% | R: MISC EQUIPMENT TROUBLE A: NOTIFIED CONTROLS SHOP C: Air Heater Trip | C |
| U1-Opacity- 31 | 04/15/2003 | 0018 | OPACITY1 | 35.10% | R: MISC EQUIPMENT TROUBLE A: NOTIFIED CONTROLS SHOP C: Air Heater Trip | C |
| | 04/15/2003 | 0024 | OPACITY1 | 51.70% | R: MISC EQUIPMENT TROUBLE C: Air Heater Trip | |
| U1-Opacity- 32 | 04/15/2003 | 1648 | OPACITY1 | 68.80% | R: MISC EQUIPMENT TROUBLE C: AIR PREHEATER TRIPPED | D |
| | 04/15/2003 | 1654 | OPACITY1 | 47.80% | R: MISC EQUIPMENT TROUBLE A: NOTIFIED BTO C: AIR PREHEATER TRIPPED | |
| U1-Opacity- 33 | 07/10/2003 | 0118 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE C: adjust hz at rotary's valves 440& 450. | B |
| U1-Opacity- 34 | 07/11/2003 | 0118 | OPACITY1 | 30.00% | R: MISC EQUIPMENT TROUBLE C: ADJUST ROTARY's VALVES VELOCITY | B |

Page 6

AESPR-261800

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| U1-Opacity- 35 | 07/17/2003 | 1212 | OPACITY1 | 39.10% | R: STARTUP<br>C: CDS Start Up Stop Rv Rows 420,430,440,450 | C |
| U1-Opacity- 36 | 07/17/2003 | 1400 | OPACITY1 | 32.00% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: problems with RV S/D rv rows 420,430,440,450 | C |
| U1-Opacity- 37 | 08/09/2003 | 0230 | OPACITY1 | 22.10% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R 3-6-7-10 TRIP& ROTARIES PROBLEMS | A |
| | 08/09/2003 | 0236 | OPACITY1 | 21.80% | R: PRECIPITATOR TROUBLE<br>C: ROTARIES PROBLEMS &T.R. 10 TRIPS | |
| | 08/09/2003 | 0348 | OPACITY1 | 22.00% | R: PRECIPITATOR TROUBLE<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0354 | OPACITY1 | 27.10% | R: PRECIPITATOR TROUBLE<br>C: T.R. PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0400 | OPACITY1 | 27.50% | R: PRECIPITATOR TROUBLE<br>C: T.R PROBLEMS | |
| | 08/09/2003 | 0406 | OPACITY1 | 24.90% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: T.R. PROBLEMS | |
| | 08/09/2003 | 0412 | OPACITY1 | 27.80% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO | |

AESPR-261801

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 0418 | OPACITY1 | 29.90% | R: T.R PROBLEMS DUE TO HIGH LEVELS C: T.R PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0424 | OPACITY1 | 28.80% | R: PRECIPITATOR TROUBLE C: T.R PROBLEMS DUE TO HIGH LEVELS | |
| | 08/09/2003 | 0430 | OPACITY1 | 27.20% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: T.R. PROBLEMS | |
| | 08/09/2003 | 0436 | OPACITY1 | 23.80% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: HIGH LEVEL | |
| | 08/09/2003 | 0442 | OPACITY1 | 22.20% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: HIGH LEVEL | |
| | 08/09/2003 | 0548 | OPACITY1 | 24.70% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: HIGH LEVEL | |
| | 08/09/2003 | 0554 | OPACITY1 | 26.40% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: HIGH LEVEL | |
| | 08/09/2003 | 0600 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: HIGH LEVEL C: T/R 1-3,1-7,1-8,1-10 TRIP- UNDER VOLTAGE | |

AESPR-261802

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
|  | 08/09/2003 | 0630 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VLV HIGH LEVELS |  |
|  | 08/09/2003 | 0654 | OPACITY1 | 23.10% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL |  |
| U1-Opacity- 38 | 08/09/2003 | 1006 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL | B |
|  | 08/09/2003 | 1036 | OPACITY1 | 27.00% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL |  |
|  | 08/09/2003 | 1124 | OPACITY1 | 28.20% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL |  |
|  | 08/09/2003 | 1130 | OPACITY1 | 31.20% | R: PRECIPITATOR TROUBLE<br>C: T/R'S TRIP , VALVE HIGH LEVEL |  |
|  | 08/09/2003 | 1148 | OPACITY1 | 23.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE | B |
| U1-Opacity- 39 | 08/09/2003 | 1200 | OPACITY1 | 32.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE |  |
|  | 08/09/2003 | 1300 | OPACITY1 | 30.90% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE |  |
|  | 08/09/2003 | 1306 | OPACITY1 | 36.60% | R: LOADSWING<br>C: FREQUENCY DISTURBANCE |  |
| U1-Opacity- 40 | 08/09/2003 | 1924 | OPACITY1 | 20.80% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels | A |
|  | 08/09/2003 | 1930 | OPACITY1 | 26.10% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load |  |

Page 9

AESPR-261803

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 1942 | OPACITY1 | 35.60% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels | |
| | 08/09/2003 | 1954 | OPACITY1 | 28.00% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels | |
| | 08/09/2003 | 2000 | OPACITY1 | 25.00% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels | |
| | 08/09/2003 | 2006 | OPACITY1 | 33.40% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2012 | OPACITY1 | 21.70% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2018 | OPACITY1 | 27.30% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2024 | OPACITY1 | 22.30% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2030 | OPACITY1 | 26.80% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2036 | OPACITY1 | 29.70% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2042 | OPACITY1 | 30.30% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2048 | OPACITY1 | 24.30% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |
| | 08/09/2003 | 2054 | OPACITY1 | 21.80% | R: PRECIPITATOR TROUBLE<br>C: t.r. &rotary high levels lowered load | |

AESPR-261804

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/09/2003 | 2100 | OPACITY1 | 26.00% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels &lowered loac &take cds out of ser | |
| | 08/09/2003 | 2106 | OPACITY1 | 32.90% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels &lowered loac &take cds out of ser | |
| | 08/09/2003 | 2112 | OPACITY1 | 39.60% | R: PRECIPITATOR TROUBLE C: t.r. &rotary high levels &lowered loac &take cds out of ser | |
| U1-Opacity-41 | 08/10/2003 | 0748 | OPACITY1 | 29.80% | R: PRECIPITATOR TROUBLE A: NOTIFIED CONTROLS SHOP C: Problems with RV,stop all rotary valves to control | C |
| U1-Opacity-42 | 08/10/2003 | 2248 | OPACITY1 | 20.40% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: t/r trip, rotary v/v high levels | B |
| U1-Opacity-43 | 08/11/2003 | 1112 | OPACITY1 | 23.40% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: Problems at the RV Row 430 got high level while pulling out | C |
| | 08/11/2003 | 1124 | OPACITY1 | 44.60% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | |
| | 08/11/2003 | 1236 | OPACITY1 | 27.30% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | |
| | 08/11/2003 | 1300 | OPACITY1 | 22.40% | R: PRECIPITATOR TROUBLE | |

AESPR-261805

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift | Team |
|---|---|---|---|---|---|---|---|
| | 08/11/2003 | 1324 | OPACITY1 | 28.50% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1336 | OPACITY1 | 20.80% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1500 | OPACITY1 | 22.40% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1524 | OPACITY1 | 20.60% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1530 | OPACITY1 | 24.00% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1600 | OPACITY1 | 23.90% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1612 | OPACITY1 | 25.80% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1618 | OPACITY1 | 30.50% | R: PRECIPITATOR TROUBLE C: trouble with high levels at hoppers during maint inspection | | |
| | 08/11/2003 | 1624 | OPACITY1 | 23.60% | R: PRECIPITATOR TROUBLE | | |

AESPR-261806

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift | Team |
|---|---|---|---|---|---|---|---|
| U1-Opacity- 44 | 08/11/2003 | 2118 | OPACITY1 | 29.40% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: trouble with high levels at RV hoppers<br>A: NOTIFIED CONTROLS SHOP | B | |
| | 08/11/2003 | 2200 | OPACITY1 | 21.60% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP , HIGH LEVELS | | |
| | 08/11/2003 | 2230 | OPACITY1 | 22.20% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/11/2003 | 2236 | OPACITY1 | 21.60% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/11/2003 | 2242 | OPACITY1 | 20.40% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/11/2003 | 2342 | OPACITY1 | 24.80% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/12/2003 | 0030 | OPACITY1 | 26.60% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/12/2003 | 0042 | OPACITY1 | 23.70% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/12/2003 | 0148 | OPACITY1 | 26.70% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | | |
| | 08/12/2003 | 0154 | OPACITY1 | 22.90% | R: PRECIPITATOR TROUBLE | | |

AESPR-261807

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 0206 | OPACITY1 | 27.00% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0242 | OPACITY1 | 23.80% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0312 | OPACITY1 | 20.90% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0318 | OPACITY1 | 22.70% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0348 | OPACITY1 | 27.80% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0354 | OPACITY1 | 29.00% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0418 | OPACITY1 | 32.10% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0430 | OPACITY1 | 22.80% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0454 | OPACITY1 | 33.20% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0530 | OPACITY1 | 29.10% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0548 | OPACITY1 | 20.10% | R: PRECIPITATOR TROUBLE<br>C: T/R TRIP, HIGH LEVELS | |
| | 08/12/2003 | 0748 | OPACITY1 | 23.40% | R: PRECIPITATOR TROUBLE | |

AESPR-261808

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 0818 | OPACITY1 | 25.60% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0824 | OPACITY1 | 26.20% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0842 | OPACITY1 | 24.00% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0848 | OPACITY1 | 27.70% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0854 | OPACITY1 | 54.20% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0906 | OPACITY1 | 35.40% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0912 | OPACITY1 | 36.80% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0924 | OPACITY1 | 23.00% | R: PRECIPITATOR TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |

AESPR-261809

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift_Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 0930 | OPACITY1 | 51.70% | R: PRECIPITATOR TROUBLE | |
| | 08/12/2003 | 0936 | OPACITY1 | 26.10% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0942 | OPACITY1 | 36.20% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0948 | OPACITY1 | 53.40% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 0954 | OPACITY1 | 54.50% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 1000 | OPACITY1 | 46.70% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 1006 | OPACITY1 | 72.00% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 1012 | OPACITY1 | 71.10% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |
| | 08/12/2003 | 1018 | OPACITY1 | 59.40% | R: FLYASH SYSTEM TROUBLE<br>C: Hoppers High Levels, Problems With TR's | |

AESPR-261810

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 1024 | OPACITY1 | 55.00% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1030 | OPACITY1 | 62.60% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1036 | OPACITY1 | 77.80% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1042 | OPACITY1 | 77.40% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1048 | OPACITY1 | 78.30% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1054 | OPACITY1 | 80.30% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1100 | OPACITY1 | 78.90% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1106 | OPACITY1 | 80.30% | R: PRECIPITATOR TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1112 | OPACITY1 | 80.60% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |

AESPR-261811

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 1118 | OPACITY1 | 80.60% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1124 | OPACITY1 | 80.60% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1130 | OPACITY1 | 78.90% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1136 | OPACITY1 | 64.70% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1142 | OPACITY1 | 47.80% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1148 | OPACITY1 | 39.10% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1154 | OPACITY1 | 29.90% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1200 | OPACITY1 | 28.30% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1206 | OPACITY1 | 26.20% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |

AESPR-261812

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 08/12/2003 | 1306 | OPACITY1 | 21.40% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| | 08/12/2003 | 1312 | OPACITY1 | 21.30% | R: FLYASH SYSTEM TROUBLE C: Hoppers High levels,Problems With TR's | |
| U1-Opacity- 45 | 08/13/2003 | 1324 | OPACITY1 | 27.00% | R: FLYASH SYSTEM TROUBLE A: NOTIFIED CONTROLS SHOP C: Problems with CDS temp control valve High temp | D |
| | 08/13/2003 | 1400 | OPACITY1 | 20.20% | R: FLYASH SYSTEM TROUBLE C: problems with CDS temp control valve, high temp | |
| U1-Opacity- 46 | 08/14/2003 | 0700 | OPACITY1 | 23.50% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO | A |
| | 08/14/2003 | 0706 | OPACITY1 | 20.20% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: T.R. 6/10 PROB   ROTARIES HIGH LEV. | |
| | 08/14/2003 | 0724 | OPACITY1 | 22.80% | R: PRECIPITATOR TROUBLE C: T.R. 6/10 &ROTARIES PROBL. | |
| | 08/14/2003 | 0800 | OPACITY1 | 21.00% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: T.R. &ROTARIES PROBL. | |
| | 08/14/2003 | 0824 | OPACITY1 | 30.00% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: T.R. &ROTARIES PROBL. | |

AESPR-261813

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift_Team |
|---|---|---|---|---|---|---|
| U1-Opacity-64 | 9/4/2003 | 0430 | OPACITY1 | 29.50% | R: LOADSWING Lower load as PREPA request | B |
| U1-Opacity-65 | 09/04/2003 | 0430 | OPACITY1 | 29.50% | R: LOADSWING A: REDUCE LOAD C: LOWER LOAD AS PREPA REQUEST | B |
| U1-Opacity-66 | 09/09/2003 | 0636 | OPACITY1 | 25.00% | R: PRECIPITATOR TROUBLE C: ROTARY VLV FULL | A |
| U1-Opacity-67 | 09/09/2003 | 1306 | OPACITY1 | 21.30% | R: PRECIPITATOR TROUBLE C: ROTARY VLV FULL | A |
| U1-Opacity-68 | 9/29/2003 | 1248 | OPACITY1 | 21.50% | R: LOADSWING C: Process upset during rampup after startup | D |
| 69 | 09/29/2003 | 1300 | OPACITY1 | 36.90% | R: LOADSWING C: Process Upset during rampup after startup | C |
| 70 | 09/30/2003 | 0506 | OPACITY1 | 39.00% | R: LOADSWING A: NOTIFIED BTO C: Unit #2 Trip , Frequency Swing | C |
| 71 | 09/30/2003 | 1336 | OPACITY1 | 33.20% | R: LOADSWING C: During loadswing | D |
| 72 | 10/02/2003 | 0854 | OPACITY1 | 20.40% | R: PRECIPITATOR TROUBLE C: Trouble managing ash hopper levels | A |
| | 10/02/2003 | 0936 | OPACITY1 | 20.80% | R: PRECIPITATOR TROUBLE C: Trouble managing ash hopper levels | A |
| | 10/04/2003 | 2348 | OPACITY1 | 31.30% | R: PRECIPITATOR TROUBLE | A |

AESPR-261820

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift_Team |
|---|---|---|---|---|---|---|
| | 10/05/2003 | 0024 | OPACITY1 | 58.70% | R: PRECIPITATOR TROUBLE<br>C: rotary valve failure(440c) | |
| | 10/05/2003 | 0030 | OPACITY1 | 44.20% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: rotary valve failure(440c) | |
| 73 | 10/07/2003 | 1554 | OPACITY1 | 27.50% | R: PRECIPITATOR TROUBLE<br>C: it's tripped due to high hopper levels | D |
| 74 | 10/12/2003 | 0754 | OPACITY1 | 27.50% | R: PRECIPITATOR TROUBLE<br>C: STOPS ESP ROWS 410, 420, 430, 440 &450. | B |
| 75 | 11/11/2003 | 0836 | OPACITY1 | 28.50% | R: LOADSWING<br>A: NOTIFIED BTO<br>C: CDS OPERATING WITH 3 NOZZLES ONLY | D |
| | 11/01/2003 | 0842 | OPACITY1 | 40.00% | R: LOADSWING<br>C: CDS OPERATING WITH 3 NOZZLES ONLY | |
| 76 | 11/10/2003 | 1906 | OPACITY1 | 45.50% | R: MISC EQUIPMENT TROUBLE<br>A: NOTIFIED BTO<br>C: BAD NOZZLE QUICK CONNECTORS | D |
| | 11/10/2003 | 1912 | OPACITY1 | 46.70% | R: MISC EQUIPMENT TROUBLE<br>C: PLUGGED QUICK CONNECTORS WHILE CLEANING NOZZLES | |
| 77 | 11/23/2003 | 1918 | OPACITY1 | 36.00% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: rapper program sequence change | B |

AESPR-261821

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| 78 | 12/04/2003 | 0618 | OPACITY1 | 27.200% | R: PRECIPITATOR TROUBLE<br>C: Rapper trouble | A |
| | 12/04/2003 | 1842 | OPACITY1 | 30.600% | R: PRECIPITATOR TROUBLE<br>C: Rapper sequence trouble. | |
| 79 | 12/04/2003 | 1848 | OPACITY1 | 47.400% | R: PRECIPITATOR TROUBLE<br>C: Rapper sequence trouble. | D |
| | 12/04/2003 | 1854 | OPACITY1 | 32.700% | R: PRECIPITATOR TROUBLE<br>C: Rapper sequence trouble. | |
| 80 | 12/05/2003 | 1206 | OPACITY1 | 57.500% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Tech Rep and I&E making adjustme<br>nts to system | A |
| | 12/05/2003 | 1212 | OPACITY1 | 49.600% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Tech Rep and I&E making adjustme<br>nts to rapper sequencing PLC | |
| | 12/05/2003 | 1218 | OPACITY1 | 55.700% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Tech Rep and I&E making adjustme<br>nts to system | |
| | 12/05/2003 | 1224 | OPACITY1 | 50.200% | R: PRECIPITATOR TROUBLE<br>C: Making adjustments to system | |
| | 12/05/2003 | 1230 | OPACITY1 | 37.500% | R: PRECIPITATOR TROUBLE<br>C: Making adjustments to system | |
| | 12/05/2003 | 1236 | OPACITY1 | 39.400% | R: PRECIPITATOR TROUBLE | |

AESPR-261822

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 12/05/2003 | 1242 | OPACITY1 | 54.100% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1248 | OPACITY1 | 37.800% | C: Mkaing adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1254 | OPACITY1 | 36.000% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1300 | OPACITY1 | 43.200% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1306 | OPACITY1 | 39.300% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1312 | OPACITY1 | 30.800% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1318 | OPACITY1 | 32.700% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1324 | OPACITY1 | 31.700% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1330 | OPACITY1 | 36.900% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1336 | OPACITY1 | 40.600% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1342 | OPACITY1 | 56.100% | C: Making adjustments to system  R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1348 | OPACITY1 | 49.500% | R: PRECIPITATOR TROUBLE | |

AESPR-261823

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift_Team |
|---|---|---|---|---|---|---|
| | 12/05/2003 | 1854 | OPACITY1 | 20.900% | R: PRECIPITATOR TROUBLE C: Rapper sequence problems. | |
| 81 | 12/05/2003 | 1848 | OPACITY1 | 24.200% | A: NOTIFIED BTO C: Rapper sequence problems | D |
| | 12/05/2003 | 1436 | OPACITY1 | 39.800% | R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1430 | OPACITY1 | 62.800% | R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1424 | OPACITY1 | 42.500% | R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1418 | OPACITY1 | 33.500% | R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1412 | OPACITY1 | 37.100% | R: PRECIPITATOR TROUBLE | |
| | 12/05/2003 | 1400 | OPACITY1 | 37.600% | R: PRECIPITATOR TROUBLE C: Making adsments to system | |
| | 12/05/2003 | 1354 | OPACITY1 | 60.000% | R: PRECIPITATOR TROUBLE C: Making adjustments to system | |

Page 30

AESPR-261824

## Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift_Team |
|---|---|---|---|---|---|---|
| 82 | 12/05/2003 | 2112 | OPACITY1 | 30.600% | R: PRECIPITATOR TROUBLE C: Start up front rows rappers. | D |
| 83 | 12/06/2003 | 0048 | OPACITY1 | 20.400% | C: R: PRECIPITATOR TROUBLE | D |
| 84 | 12/06/2003 | 0442 | OPACITY1 | 21.400% | C: Rapper sequence problems R: PRECIPITATOR TROUBLE | D |
| 85 | 12/06/2003 | 1218 | OPACITY1 | 30.200% | C: Rapper sequence problems R: PRECIPITATOR TROUBLE | B |
| 86 | 12/06/2003 | 1618 | OPACITY1 | 30.500% | A: NOTIFIED ELECTRIC SHOP C: Adjustments being performed on R apper sequencing. R: PRECIPITATOR TROUBLE | B |
| 87 | 12/06/2003 | 1918 | OPACITY1 | 29.100% | A: NOTIFIED BTO C: Evaluation and Adjustments being made to system. R: PRECIPITATOR TROUBLE | A |
| 1 | 01/03/2004 | 1106 | OPACITY1 | 21.900% | C: took cds out R: PRECIPITATOR TROUBLE | D |
|  | 01/03/2004 | 1112 | OPACITY1 | 35.000% | C: took cds out R: PRECIPITATOR TROUBLE |  |
|  | 01/03/2004 | 1118 | OPACITY1 | 29.300% | C: took cds out R: PRECIPITATOR TROUBLE |  |

Page 31

AESPR-261825

# Unit 1 Opacity Deviations Above Permit Limits

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 01/03/2004 | 11:24 | OPACITY1 | 20.600% | R: PRECIPITATOR TROUBLE<br>C: took ccs out | |
| | 01/03/2004 | 12:12 | OPACITY1 | 23.000% | R: PRECIPITATOR TROUBLE<br>C: took ccs out | |
| | 01/03/2004 | 12:24 | OPACITY1 | 25.100% | R: PRECIPITATOR TROUBLE<br>C: took ccs out | |
| 2 | 01/04/2004 | 14:30 | OPACITY1 | 32.900% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: High levels on the rotary valves<br>and TRS failing | D |
| 3 | 01/31/2004 | 12:12 | OPACITY1 | 29.100% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED BTO<br>C: close all rotary vlv,change rapp<br>ing seq. | B |
| | 01/31/2004 | 13:36 | OPACITY1 | 31.500% | R: PRECIPITATOR TROUBLE<br>C: close rotary vlv, change rapping<br>seq | |
| 4 | 07/04/2004 | 01:36 | OPACITY1 | 54.800% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED ELECTRIC SHOP<br>C: Loss of TR's and rappers, had to<br>be turned on manually | B |
| | 07/04/2004 | 01:42 | OPACITY1 | 36.800% | R: PRECIPITATOR TROUBLE<br>C: Loss of all TR's and rappers, ha<br>d to be turned on manually | |
| 5 | 07/04/2004 | 17:48 | OPACITY1 | 32.100% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: loss of all t/r's and rappers | C |

AESPR-261826

## Unit 2 Opacity Exceedences

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 09/27/2003 | 0506 | OPACITY2 | 25.700% | R: LOADSWING C: Trouble managing ash hopper leve ls | |
| 75 | 09/28/2003 | 2324 | OPACITY2 | 50.900% | R: PRECIPITATOR TROUBLE A: NOTIFIED BTO C: T/R TRIPPED- ROTARY VLV HIGH | B |
| | 09/29/2003 | 0130 | OPACITY2 | 25.700% | R: PRECIPITATOR TROUBLE C: ROTARY VLV FULL | |
| | 09/29/2003 | 0148 | OPACITY2 | 33.400% | R: PRECIPITATOR TROUBLE C: ROTARY VLV FULL | |
| | 09/29/2003 | 0154 | OPACITY2 | 30.300% | R: PRECIPITATOR TROUBLE C: ROTARY VLV FULL | |
| 76 | 10/10/2003 | 0618 | OPACITY2 | 34.600% | R: STARTUP A: NOTIFIED BTO C: SYSTEM STARTUP | A |
| | 10/10/2003 | 0630 | OPACITY2 | 47.400% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustments. | |
| | 10/10/2003 | 0636 | OPACITY2 | 58.500% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 0618 | OPACITY2 | 27.900% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 0824 | OPACITY2 | 76.300% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO | |

AESPR-261958

## Unit 2 Opacity Exceedences

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| | 10/10/2003 | 0630 | OPACITY2 | 67.200% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 1236 | OPACITY2 | 79.700% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 1242 | OPACITY2 | 39.700% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 1600 | OPACITY2 | 47.900% | R: PRECIPITATOR TROUBLE C: Startup of CDS/ESP. TL and CRO making adjustment | |
| | 10/10/2003 | 1636 | OPACITY2 | 20.100% | R: PRECIPITATOR TROUBLE C: Stopped rotary valves to resetab lish seals | |
| 77 | 12/08/2003 | 0930 | OPACITY2 | 21.200% | R: PRECIPITATOR TROUBLE A: NOTIFIED CONTROLS SHOP C: AES working with rapper config uration | C |
| 78 | 12/10/2003 | 1418 | OPACITY2 | 31.000% | R: MISC EQUIPMENT TROUBLE C: Placing CDS in service after tro uble with hydrated lime | D |
| | 12/10/2003 | 1436 | OPACITY2 | 33.900% | R: MISC EQUIPMENT TROUBLE C: placing CDS in service after pro | |

AESPR-261959

## Unit 2 Opacity Exceedences

| Incident Number | Date | Time | ID | Value | Reason / Action / Comment | Shift Team |
|---|---|---|---|---|---|---|
| 1 | 01/03/2004 | 1924 | OPACITY2 | 27.100% | R: PRECIPITATOR TROUBLE<br>A: NOTIFIED CONTROLS SHOP<br>C: Paul Timson rapper configuration test | C |
| 80 | 12/13/2003 | 1918 | OPACITY2 | 27.200% | R: LOADSWING | D |
| 79 | 12/12/2003 | 0606 | OPACITY2 | 30.500% | R: PRECIPITATOR TROUBLE<br>C: Rotary valves high levels | C |
| | 12/10/2003 | 1442 | OPACITY2 | 30.000% | R: MISC EQUIPMENT TROUBLE<br>C: Placing CDS in service after pro blem with hydrated lime | |
| 2 | 01/03/2004 | 2042 | OPACITY2 | 21.100% | R: PRECIPITATOR TROUBLE<br>C: rapper configuration test | C |
| 3 | 01/18/2004 | 1630 | OPACITY2 | 26.700% | R: PRECIPITATOR TROUBLE<br>C: High levels in ESP hoppers. | C |
| | 01/18/2004 | 1642 | OPACITY2 | 27.400% | R: PRECIPITATOR TROUBLE<br>C: High levels in ESP hoppers. | |
| | 01/18/2004 | 1648 | OPACITY2 | 20.900% | R: PRECIPITATOR TROUBLE<br>C: High levels in ESP hoppers | |
| 4 | 01/21/2004 | 0912 | OPACITY2 | 32.400% | R: PRECIPITATOR TROUBLE<br>C: Hi ash concentration | A |

AESPR-261960