# Tab C


Puerto Rico

# FAX MESSAGE

To:   Ana Rosa Rivera                    Fax:   (787) 756-5906
      PR EQB, Air Quality Area

From: William Vela                       Tel:   (787) 866-8117 ext.239

Date: December 11, 2003                  Total Pages: 3 (including cover)

**Subject: AES Puerto Rico Cogeneration Plant (AES-PRCP), Guayama, PR (Construction Permit PFE-30-0896-0860-II-C) - Notification of Reportable Emissions Deviations**

AES Puerto Rico is required by the facility's permits and the PR Regulations to notify the EQB if any permit limit is exceeded due to malfunction or process upset. This faxed message serves as notification.

**Unit 2 NOx:** Attached is a copy of the CEMS Excess Emissions Report and the CEMS Daily Emission Report for Unit 2 for December 11, 2003. Please note the NOx deviations above the 24-hour permit limits on December 11 between 0200 and 0500 hours. These were only for the NOx parts per million (ppm) limit. The limits for pounds per hour and pounds per million Btu were not exceeded.

This incident was due to continuing trouble with the hydrated lime feed system due to water entering the hydrated lime silo during the recent heavy rains. Operators lowered boiler load to remove the Circulating Dry Scrubber from service to clear plugged piping and maintain SOx within below the permit limit. Unfortunately the load required for this resulted in insufficient process temperature for the NOx control reagent to react properly. This occurred during the 0200 hour on December 11, 2003.

The corrective action was to adjust temperatures and increase load for proper reaction.

If you have any questions I can be reached at (787) 866-8117 ext. 239.

William G. Vela

Carr. #3 Km 142.0, Bo. Jobos * PO Box 1890, Guayama PR 00785 * TEL: 787-866-8117 * Fax: 787-866-8139

AESPR 136180

```
                              u2 excess 12-11

================================================================================
                        Hourly Excess Emissions Report
                        AES Puerto Rico
                        Unit #2
================================================================================

   NOx 24 Hour Rolling Average Limits:      57 ppmvd corrected to 7% Oxygen
                                            0.10 lb/mmBtu
                                            246.1 lb/hr

   CO 8 Hour Rolling Average Limits:        94 ppmvd corrected to 7% Oxygen
                                            0.10 lb/mmBtu
                                            246.1 lb/hr

   SO2 3 Hour Rolling Average Limits:       9.00 ppmvd corrected to 7% Oxygen
                                            0.022 lb/mmBtu
                                            54.1 lb/hr
--------------------------------------------------------------------------------
Today's Date: 12/11/2003                            Reporting Period
Time: 18:20:26                                      12/11/2003 - 12/11/2003

Date        Time   ID         Value          Reason / Action / Comment
--------------------------------------------------------------------------------
12/11/2003  0200   NOX_24HR    58    ppmvd   R: MISC.EQUIPMENT TROUBLE
                                             A: REDUCE LOAD
                                             C: Low load due to trouble with rap
                                                pers and CDS.  Too low temp

12/11/2003  0300   NOX_24HR    58    ppmvd   R: MISC.EQUIPMENT TROUBLE
                                             C: Low temp due to low load while c
                                                orrecting problems with CDS

12/11/2003  0400   NOX_24HR    58    ppmvd   R: MISC.EQUIPMENT TROUBLE
                                             C:

12/11/2003  0500   NOX_24HR    58    ppmvd   R: MISC.EQUIPMENT TROUBLE
                                             C:


================================================================================
```

Page 1

**AESPR 136181**

```
                             u2 gaseous 12-11

                          Daily Emission Report
                          AES Puerto Rico
                          Unit #2


Date and Time Report Generated:                      Reporting Period
12/11/2003 18:19:13                                  Start: 12/11/2003  0:00
                                                     End  : 12/11/2003 23:00
                                                     Hourly Averages
```

| Hour | Htip mmBtu | SO2 lb/mmBtu | SO2 lbs | SO2 ppmvd @7% O2 | NOx lb/mmBtu | NOx lbs | NOx ppmvd @7% O2 | CO lb/mmBtu | CO lbs | CO ppmvd @7% O2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2054.3 | 0.000 | 0.0 | 0.0 | 0.091 | 186.9 | 51.9 | 0.043 | 88.3 | 40.2 |
| 1 | 1915.3 | 0.000 | 0.0 | 0.0 | 0.109 | 208.8 | 62.3 | 0.052 | 99.6 | 49.1 |
| 2 | 1547.4 | 0.000 | 0.0 | 0.0 | 0.136 | 210.4 | 77.7 | 0.091 | 140.8 | 84.8 |
| 3 | 1521.0 | 0.000 | 0.0 | 0.0 | 0.085 | 129.3 | 48.6 | 0.075 | 114.1 | 70.4 |
| 4 | 1507.9 | 0.000 | 0.0 | 0.0 | 0.089 | 134.2 | 50.8 | 0.077 | 116.1 | 72.0 |
| 5 | 1734.9 | 0.000 | 0.0 | 0.0 | 0.084 | 145.7 | 48.0 | 0.064 | 111.0 | 60.2 |
| 6 | 2210.0 | 0.000 | 0.0 | 0.0 | 0.090 | 198.9 | 51.3 | 0.030 | 66.3 | 27.9 |
| 7 | 2594.6 | 0.025 | 64.9 | 10.2 | 0.092 | 238.7 | 52.5 | 0.021 | 54.5 | 19.8 |
| 8 | 2644.3 | 0.006 | 15.9 | 2.4 | 0.089 | 235.3 | 50.5 | 0.021 | 55.5 | 19.9 |
| 9 | 2732.2 | 0.010 | 27.3 | 3.9 | 0.088 | 240.4 | 49.9 | 0.020 | 54.6 | 18.5 |
| 10 | 2708.9 | 0.005 | 13.5 | 2.1 | 0.087 | 235.7 | 49.3 | 0.021 | 56.9 | 19.4 |
| 11 | 2649.6 | 0.006 | 15.9 | 2.4 | 0.089 | 235.8 | 51.0 | 0.021 | 55.6 | 19.3 |
| 12 | 2670.8 | 0.002 | 5.3 | 0.9 | 0.090 | 240.4 | 51.2 | 0.020 | 53.4 | 18.8 |
| 13 | 2652.9 | 0.009 | 23.9 | 3.5 | 0.090 | 238.8 | 51.2 | 0.020 | 53.1 | 18.8 |
| 14 | 2650.8 | 0.004 | 10.6 | 1.8 | 0.089 | 235.9 | 50.7 | 0.020 | 53.0 | 19.0 |
| 15 | 2466.4 | 0.000 | 0.0 | 0.0 | 0.092 | 226.9 | 52.6 | 0.026 | 64.1 | 24.3 |
| 16 | 2307.6 | 0.000 | 0.0 | 0.0 | 0.088 | 203.1 | 49.9 | 0.028 | 64.6 | 26.6 |
| 17 | 2299.2 | 0.000 | 0.0 | 0.0 | 0.086 | 197.7 | 48.7 | 0.028 | 64.4 | 26.2 |
| 18 | 0.0 | 0.000 | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |

AESPR 136182