Case 1:04-cv-01282-JJF    Document 119-6    Filed 04/19/2006    Page 1 of 2

# Tab D

Case 1:04-cv-01282-JJF    Document 119-6    Filed 04/19/2006    Page 1 of 2

<div style="text-align:center">
LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029
</div>

DANIEL D. WILLIAMS
(202) 434-5263
ddwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 18, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

Anthony F. Vittoria, Esquire
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

    Re:   **AES Puerto Rico, L.P. v. ALSTOM Power, Inc.**

Dear Tony:

    After receiving ALSTOM's reply brief in support of its motion for sanctions last Friday, AES-PR sought to re-confirm that it had produced copies of its quarterly EPA reports transmitting CEMS data. During the course of that review, AES-PR discovered that, although the EPA quarterly reports it possesses had been designated for copying, they inadvertently had not been copied and produced. Please be advised that those reports are now available for ALSTOM's review and inspection at my office. You should be aware that AES-PR does not believe it possesses copies of two of the EPA quarterly reports, one for the fourth quarter of 2003 and one for the first quarter of 2005.

    Please have your copy service contact me to arrange pick-up. If you would like to discuss this matter further, feel free to call me at your convenience.

Sincerely,

*[signature]*

Daniel D. Williams