# Tab F

ADVANCED
PRINT

# STATIONARY SOURCE SAMPLING REPORT

# FOR

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

# GUAYAMA, PUERTO RICO

AES Puerto Rico Total Energy Project

AES Puerto Rico Total Energy Plant
19-Dec-02
DUKE FLUOR DANIEL No.: 00367400
3674134K48-5-1

*Duke/Fluor Daniel*

**D-Information Only**
Notification of receipt of data does not constitute acceptance nor
relieve Contractor/Supplier of any liability. Acceptance is
accomplished under the terms of the Contract/Purchase Order.

Performed by:

Trigon Engineering Consultants, Inc.
6200 Harris Technology Boulevard
Charlotte, North Carolina 28269
704/598-1049

Trigon Project No. 046-01-192
October 2002

Emission Compliance Sampling Report

Duke/Fluor Daniel Caribbean S.E.
AES Puerto Rico Total Energy Project
Guayama, Puerto Rico

Trigon Project No. 046-01-192
October 2002

# STATIONARY SOURCE SAMPLING REPORT

# FOR

# DUKE/FLUOR DANIEL CARIBBEAN, S.E.

# GUAYAMA, PUERTO RICO

AES Puerto Rico Total Energy Project

Performed by:

Trigon Engineering Consultants, Inc.
6200 Harris Technology Boulevard
Charlotte, North Carolina 28269
704/598-1049

Trigon Project No. 046-01-192
October 2002

# REPORT CERTIFICATION

This report, testing details, and the final results have been performed under the supervision and reviewed by the persons named below.  Results contained in this report relate only to the items tested.  This report shall not be reproduced in full or in part without the written consent of Trigon Engineering Consultants, Inc.


Date  12-10-02                    Signature  Joseph P. Konzelmann

Joseph P. Konzelmann
Project Manager
Air Monitoring Department
Trigon Engineering Consultants, Inc.


Date  12|16|02                    Signature

Paul R. Jenkins, Jr.
Quality Assurance Manager
Air Monitoring Department
Trigon Engineering Consultants, Inc.


Date  12/10/02                    Signature

Robert F. Callahan
Operations Manager
Air Monitoring Department
Trigon Engineering Consultants, Inc.

*Stationary Source Sampling, Duke/Fluor Daniel Caribbean, S.E.*                                                                    *December 10, 2002*
*AES Puerto Rico Total Energy Project, Guayama, Puerto Rico*                                              *Trigon Project No. 046-01-192*

# TABLE OF CONTENTS

1.0    **INTRODUCTION** .................................................................................... 4
     1.1    Purpose ................................................................................................ 4
     1.2    Outline of Test Program ....................................................................... 4
     1.3    Test Participants .................................................................................... 6

2.0    **PROCESS DESCRIPTION** ................................................................... 7
     2.1    Discussion ............................................................................................ 7
             Figure 1 – 227 MW (net) Generating Unit Air Flow Schematic ........... 8
             Figure 2 - Limestone Dryer Air Flow Schematic ................................ 9

3.0    **SAMPLING METHODS** ...................................................................... 10
     3.1    Sampling Strategy ............................................................................... 10
     3.2    Sampling and Analytical Procedures ................................................... 10
         3.2.1    Sampling Ports, Traverse Points and Cyclonic Flow
                 Determination ...................................................................... 11
         3.2.2    Stack Gas Velocity and Volumetric Flow Rate Determination .... 11
         3.2.3    Dry Molecular Weight Determination .................................... 12
         3.2.4    Moisture Determination ........................................................ 12
         3.2.5    Gaseous Pollutant Instrumental Analyzer Procedures ............. 12
         3.2.6    Sulfur Dioxide Instrumental Analyzer Description .................. 14
         3.2.7    Oxides of Nitrogen Instrumental Analyzer Description ........... 15
         3.2.8    Carbon Monoxide Instrumental Analyzers ............................. 15
         3.2.9    Sulfuric Acid Mist ($SO_2$ and $SO_3$) Sampling and Analysis ..... 16
         3.2.10    Total Fluoride Sampling and Analysis .................................... 17
         3.2.11    Determination of Ethane and Methane .................................... 18
         3.2.12    Total Gaseous Organics Flame Ionization Analyzer Procedure .... 19
         3.2.13    Lead Sampling and Analysis .................................................. 20
         3.2.14    Ammonia Sampling and Analysis ........................................... 21
         3.2.15    Particulate Matter Sampling and Analysis .............................. 22
         3.2.16    Visual Determination of Opacity ........................................... 23
         3.2.17    Visual Determination of Fugitive Emissions ........................... 24
         3.2.18    Sampling Ports and Points .................................................... 24
         Figure 3 – AES Puerto Rico Total Energy Project ................................ 25
         Figure 4 – Limestone Dryer Exhaust .................................................. 26
     3.3    Quality Assurance and Quality Control ............................................... 27

4.0    **RESULTS** ............................................................................................. 28
     4.1    Summary of Results ............................................................................ 28
     4.2    Discussion .......................................................................................... 31

5.0    **APPENDICES** ..................................................................................... 33
     Total Number of Pages in the Appendices - 853
     A.    Summary of Results and Example Calculations
     B.    Field Data Sheets
     C.    Data Acquisition System Uncorrected Values
     D.    Data Acquisition System Values Corrected for System Bias
     E.    Laboratory Documentation
     F.    Facility Process Documentation
     G.    Calibration Data
     H.    Ambient Site Date

*Stationary Source Sampling, Duke/Fluor Daniel Caribbean, S.E.*                                                                   *December 10, 2002*
*AES Puerto Rico Total Energy Project, Guayama, Puerto Rico*                                              *Trigon Project No. 046-01-192*

## 1.0     INTRODUCTION

This section describes the purpose, a brief outline including the sampling and analytical strategy, and the personnel involved in the test program.

### 1.1     Purpose

The purpose of this test report is to present the sampling results of the emission compliance sampling performed on the exhaust of two coal-fired 227 megawatt (MW) generating units (Unit Nos. 1 and 2), each equipped with a circulating fluidized bed (CFB) boiler, located at the AES Puerto Rico Total Energy facility in Guayama, Puerto Rico. Sampling was performed at each unit for particulate matter, sulfur dioxide, oxides of nitrogen, sulfuric acid mist, carbon monoxide, total fluoride, ethane and methane, total gaseous organics (as carbon), lead, particulate matter less than 10 microns and ammonia. In addition, sampling was also performed on the exhaust of the Limestone Dryer. This sampling was performed for particulate matter, sulfur dioxide, oxides of nitrogen, carbon monoxide, ethane and methane, total gaseous organics (as carbon), and particulate matter less than 10 microns. Opacity observations were performed at Unit Nos. 1 and 2, the Limestone Dryer, and various sources associated with the coal and limestone unloading and handling operations. The visual determination of fugitive emissions was also performed at five sources associated with the coal unloading and handling operations. Emissions compliance testing conformed with and was in accordance to Code of Federal Regulations Volume 40, Part 60 (40 CFR 60) Appendix A, 40 CFR 60 Subpart Da, and 40 CFR 51 Appendix M.

Data generated from this project will be used to demonstrate compliance with the requirements of the PSD Air Quality Permit issued by the United States Environmental Protection Agency Region 2 Office (US EPA) for the AES Puerto Rico Total Energy Facility.

### 1.2     Outline of Test Program

Stationary source sampling at the AES Puerto Rico Total Energy facility in Guayama, Puerto Rico was performed September 30 through October 9 2002 at Unit 1, October 3 through October 9, 2002 at Unit 2, and on September 29, 2002 at the Limestone Dryer by the Air Monitoring Department of Trigon Engineering Consultants, Inc. Three sampling runs were performed for each sampling method, with the exception of the ammonia sampling where several test runs were performed at various boiler loads. United States Environmental Protection Agency (US EPA) Methods 1, 2, 3A and 4 were performed along with

*Stationary Source Sampling, Duke/Fluor Daniel Caribbean, S.E.*
*AES Puerto Rico Total Energy Project, Guayama, Puerto Rico*

*December 10, 2002*
*Trigon Project No. 046-01-192*

pollutant-specific methods. The following table summarizes the pollutants, test methods, test dates and run durations for the test program.

| AES Puerto Rico Total Energy Test Program | | | | | |
|---|---|---|---|---|---|
| Pollutant | Test Method | Unit 1 | Unit 2 | Limestone Dryer | Run Duration |
| Particulate Matter | 5* | 10/2/02 | 10/7/02 | 9/29/02 | 120 minutes |
| Sulfuric Acid Mist | 8 | 9/30/02 | 10/8/02 | N/A | 60 minutes |
| Lead | 29 | 10/3/02 | 10/7/02 | N/A | 60 minutes |
| Opacity | 9 | 9/30-10/1/02 | 10/8/02 | 9/29/02 | 60 minutes |
| Total Fluoride | 13B | 10/1/02 | 10/8/02 | N/A | 60 minutes |
| Sulfur Dioxide | 6C | 9/30/02 | 10/7/02 | 9/29/02 | 60 minutes |
| Oxides of Nitrogen | 7E | 9/30/02 | 10/7/02 | 9/29/02 | 60 minutes |
| Carbon Monoxide | 10 | 9/30/02 | 10/7/02 | 9/29/02 | 60 minutes |
| Total Gaseous Organics | 25A | 9/30/02 | 10/7/02 | 9/29/02 | 60 minutes |
| Ethane and Methane | 18 | 9/30/02 | 10/7/02 | 9/29/02 | 60 minutes |
| $PM_{10}$ | 201A/202 | 9/30/02 | 10/7/02 | 9/29/02 | ~ 60 minutes |
| Ammonia | CTM-027 | 10/1-9/02 | 10/3-9/02 | N/A | 60 minutes |

* Particulate matter was determined in conjunction with the lead sampling at Unit 2.

Sampling and analytical procedures used were those established by the US EPA in standard reference test methods and appropriate sampling and analytical procedures. The test runs were conducted during normal operating conditions.