# Tab G

AES Total Energy Plant Puerto Rico
PLANT PERFORMANCE TEST LOG

DATA DATE: 5/27/2003  START TIME: 0:00   LOG NAME: Daily CEMS   LOG DESC: Unit 1

| Time From | Time To | Economiser Out O2 A logai130 %O2 | Economiser Out O2 B logai131 %O2 | Economiser O2 Average logai130_131 %O2 | SO2 Analyser logai140 ppm | CEMS CO logai500a lbs/MBTU | CEMS CO logai500b LB/HR | CEMS CO logai500c PPMVD | CEMS SO2 logai502a lbs/MBTU | CEMS SO2 logai502b LB/HR | CEMS SO2 logai502c PPMVD | CEMS NOX logai503a lbs/MBTU | CEMS NOX logai503b LB/HR | CEMS NOX logai503c PPMVD | Stack Opacity logai515 % | CEMS Gas Flow logai525 KLB/HR | CEMS Gas Temp logai525 Deg F | CEMS Unit Load logai001b MW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0:00 | 1:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.26 | -0.07 | 7.47 | -1 | 0 | 0 |
| 1:00 | 2:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.27 | -0.07 | 7.47 | -1 | 0 | 0 |
| 2:00 | 3:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.30 | -0.07 | 7.47 | -1 | 0 | 0 |
| 3:00 | 4:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.30 | -0.07 | 7.47 | -1 | 0 | 0 |
| 4:00 | 5:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.31 | -0.07 | 7.47 | -1 | 0 | 0 |
| 5:00 | 6:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.33 | -0.07 | 7.47 | -1 | 0 | 0 |
| 6:00 | 7:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.35 | -0.07 | 7.47 | -1 | 0 | 0 |
| 7:00 | 8:00 | 20.87 | 21.03 | 20.87 | -124.99 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.35 | -0.07 | 7.47 | -1 | 0 | 0 |
| 8:00 | 9:00 | 20.87 | 21.03 | 20.87 | -124.98 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.35 | -0.07 | 7.47 | -1 | 0 | 0 |
| 9:00 | 10:00 | 20.87 | 21.03 | 20.87 | -124.95 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.34 | -0.07 | 7.47 | -1 | 0 | 0 |
| 10:00 | 11:00 | 20.87 | 21.03 | 20.87 | -124.93 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.34 | -0.07 | 7.47 | -1 | 0 | 0 |
| 11:00 | 12:00 | 20.87 | 21.03 | 20.87 | -124.95 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.32 | -0.07 | 7.47 | -1 | 0 | 0 |
| 12:00 | 13:00 | 20.87 | 21.03 | 20.87 | -124.96 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.32 | -0.07 | 7.47 | -1 | 0 | 0 |
| 13:00 | 14:00 | 20.87 | 21.03 | 20.87 | -124.98 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.31 | -0.07 | 7.47 | -1 | 0 | 0 |
| 14:00 | 15:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.32 | -0.07 | 7.47 | -1 | 0 | 0 |
| 15:00 | 16:00 | 20.88 | 21.03 | 20.88 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.33 | -0.07 | 7.47 | -1 | 0 | 0 |
| 16:00 | 17:00 | 20.88 | 21.03 | 20.88 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.34 | -0.07 | 7.47 | -1 | 0 | 0 |
| 17:00 | 18:00 | 20.88 | 21.03 | 20.88 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.34 | -0.07 | 7.47 | -1 | 0 | 0 |
| 18:00 | 19:00 | 20.88 | 21.03 | 20.88 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.28 | -0.07 | 7.47 | -1 | 0 | 0 |
| 19:00 | 20:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.27 | -0.07 | 7.47 | -1 | 0 | 0 |
| 20:00 | 21:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.27 | -0.07 | 7.47 | -1 | 0 | 0 |
| 21:00 | 22:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.28 | -0.07 | 7.47 | -1 | 0 | 0 |
| 22:00 | 23:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.06 | -0.02 | 0.000 | -0.28 | -0.07 | 7.47 | -1 | 0 | 0 |
| 23:00 | 0:00 | 20.87 | 21.03 | 20.87 | -125.00 | 0.000 | -0.3 | -0.1 | 0.000 | -0.06 | -0.02 | 0.000 | -0.31 | -0.07 | 7.47 | -1 | 0 | 0 |
| AVERAGE | | 20.9 | 21.0 | 20.9 | -125 | 0.000 | -0.3 | -0.1 | 0.000 | -0.07 | -0.02 | 0.000 | -0.31 | -0.07 | 7.47 | -1 | 0 | 0 |
| MAXIMUM | | 20.9 | 21.0 | 20.9 | -125 | 0.000 | -0.3 | -0.1 | 0.000 | -0.06 | -0.02 | 0.000 | -0.26 | -0.07 | 7.47 | -1 | 0 | 0 |
| MINIMUM | | 20.9 | 21.0 | 20.9 | -125 | 0.000 | -0.3 | -0.1 | 0.000 | -0.08 | -0.02 | 0.000 | -0.35 | -0.07 | 7.47 | -1 | 0 | 0 |
| STDEV | | 0.0 | 0.0 | 0.0 | 0 | 0.000 | 0.0 | 0.0 | 0.000 | 0.00 | 0.00 | 0.000 | 0.03 | 0.00 | 0.00 | 0 | 0 | 0 |

AESPR-075335