# Tab H

```
========== ======      ========== =======     ========== =======     ========== =======     =========
                       30 Day Rolling Average es Report
                           AES             Puerto Rico
                                           Unit #1
========== ======      ========== =======     ========== =======     ========== =======     =========

Date and Time Report Generated:                           Reporting Period
03/24/2004 09:53:23                                       Start : 01/01/2003
                                                          End   : 12/31/2003
```

| DATE | OP HOURS DAY | SO2 DAILY AVERAGE lb/mmBtu | VALID HOURS DAY | SO2 30-DAY AVERAGE lb/mmBtu | VALID DAYS | NOX DAILY AVERAGE lb/mmBtu | VALID HOURS DAY | NOX 30-DAY AVERAGE lb/mmBtu |
|---|---|---|---|---|---|---|---|---|
| 1/1/2003 | 24 | 0.003 | 23 | 0.005 | 30 | 0.09 | 24 | 0.08 |
| 1/2/2003 | 24 | 0.009 | 24 | 0.005 | 30 | 0.089 | 24 | 0.08 |
| 1/3/2003 | 24 | 0.011 | 24 | 0.005 | 30 | 0.092 | 24 | 0.08 |
| 1/4/2003 | 21 | 0 | 0 | 0.005 | 30 | 0 | 0 | 0.08 |
| 1/5/2003 | 24 | 0.015 | 24 | 0.006 | 30 | 0.1 | 24 | 0.09 |
| 1/6/2003 | 24 | 0.003 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/7/2003 | 24 | 0.008 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/8/2003 | 24 | 0.003 | 24 | 0.006 | 30 | 0.087 | 24 | 0.09 |
| 1/9/2003 | 24 | 0.005 | 24 | 0.006 | 30 | 0.084 | 24 | 0.09 |
| 1/10/2003 | 24 | 0.008 | 24 | 0.006 | 30 | 0.083 | 24 | 0.09 |
| 1/11/2003 | 24 | 0.003 | 24 | 0.006 | 30 | 0.085 | 24 | 0.09 |
| 1/12/2003 | 24 | 0.002 | 24 | 0.006 | 30 | 0.084 | 24 | 0.09 |
| 1/13/2003 | 24 | 0.004 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/14/2003 | 24 | 0.007 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/15/2003 | 24 | 0.009 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/16/2003 | 24 | 0.005 | 24 | 0.006 | 30 | 0.09 | 24 | 0.09 |
| 1/17/2003 | 24 | 0.003 | 24 | 0.006 | 30 | 0.089 | 24 | 0.09 |
| 1/18/2003 | 24 | 0.006 | 24 | 0.007 | 30 | 0.079 | 24 | 0.09 |
| 1/19/2003 | 24 | 0 | 8 | 0.007 | 29 | 0.084 | 24 | 0.09 |
| 1/20/2003 | 24 | 0 | 16 | 0.007 | 28 | 0.088 | 24 | 0.09 |
| 1/21/2003 | 24 | 0.007 | 24 | 0.007 | 28 | 0.089 | 24 | 0.09 |
| 1/22/2003 | 24 | 0.009 | 22 | 0.007 | 28 | 0.09 | 23 | 0.09 |
| 1/23/2003 | 24 | 0.009 | 24 | 0.007 | 28 | 0.09 | 24 | 0.09 |
| 1/24/2003 | 17 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/25/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/26/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/27/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/28/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/29/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/30/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 1/31/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 2/1/2003 | 0 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 2/2/2003 | 10 | 0 | 0 | 0.007 | 28 | 0 | 0 | 0.09 |
| 2/3/2003 | 24 | 0 | 15 | 0.007 | 27 | 0.116 | 24 | 0.09 |

AESPR-076319