IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

On April 24, 2006, Plaintiff served AES Puerto Rico, L.P.'s Further Supplemental Response to ALSTOM Power, Inc.'s Interrogatory No. 10, along with a copy of this Notice of Service, by first class mail, postage prepaid, on:

> Richard R. Wier, Esq.
> Daniel W. Scialpi, Esq.
> 1220 Market Street, Suite 600
> Wilmington, Delaware 19801

and by e-mail and first class mail, postage prepaid, on:

> Anthony F. Vittoria, Esq.
> James E. Edwards, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

                                                                        Tel. (302) 472-8100  
                                                                         Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas  
R. Hackney Wiegmann  
Daniel D. Williams  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Tel. (202) 434-5000  
Fax (202) 434-5029

Dated: April 24, 2006                                       Attorneys for AES Puerto Rico, L.P.