# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

April 28, 2006

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 King Street
Wilmington, DE 19801

   RE: **AES Puerto Rico, L.P. v. Alstom Power, Inc.**
      **C.A. No.: 04-1282JJF**

Dear Judge Farnan:

  I serve as local counsel to the plaintiff AES Puerto Rico, L.P. in this matter. As the Court is aware, my co-counsel from the Williams & Connelly firm are actively preparing for trial.

  Because (for our part) the case will be tried exclusively by members of the Williams & Connelly firm, all of whom have been admitted *pro hac vice*, I write to respectfully request that I be excused from the pretrial conference and trial. For ease of reference, I note that under the Court's October 7, 2006 Scheduling Order the pretrial conference is scheduled for May 4, 2006 at 10:00 a.m., and trial is scheduled to commence on May 22, 2006 at 9:30 a.m.

  I am available to address any questions regarding this request.

            Respectfully,

            /s/ John S. Spadaro

            John S. Spadaro

JSS/slr
cc: Daniel D. Williams, Esq. (by e-mail)
   Daniel W. Scialpi, Esq. (by hand delivery)
   James E. Edwards, Esq. (by facsimile)

131299