IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | * |
| Plaintiff, | * |
| v. | *   C.A. No. 04-1282-JJF |
| ALSTOM POWER INC., | * |
| Defendant. | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**<u>DEFENDANT'S VOIR DIRE QUESTIONS</u>**

ALSTOM Power Inc. ("ALSTOM"), defendant, by and through its undersigned counsel, respectfully requests that the following voir dire examination be administered to all prospective jurors in addition to the customary questions asked by the Court.

1.  This case involves a contract dispute between AES Puerto, L.P. and ALSTOM Power Inc. related to the construction of a coal fired power plant in Guayama, Puerto Rico. Do you have any information concerning this Project other than what you have been advised by the Court during these proceedings today?

2.  Do you, or any relative or close friend, have a personal acquaintance or do any business with any of the parties to this case? The parties are AES Puerto Rico, L.P., of Delaware and Puerto Rico and ALSTOM Power Inc. of Delaware and Connecticut. The partners that compose AES Puerto Rico, L.P. are AES Puerto Rico, Inc. of the Cayman Islands and AES Monroe Holdings, B.V. of the Netherlands.

3.  Do you, or any relative or close friend, have a personal acquaintance or do any business with either Duke/Fluor Caribbean, S.E. or Environmental Elements Corporation?

Duke/Fluor Caribbean, S.E. was a partnership between Duke Energy Corporation and Fluor Corporation.

4. Do you, or any relative or close friend, have a personal acquaintance or do any business with a company owned by or affiliated with The AES Corporation?

5. Do you, or any relative or close friend, have a personal acquaintance or do any business with a company owned or affiliated with Duke Energy or Fluor Corporation?

6. Have you, or any members of your immediate family, ever held stock in Environmental Elements Corporation?

7. Do you, or any relative or close friend, have a personal acquaintance or association with any of the lawyers representing the parties in this case? The lawyers representing AES Puerto Rico, L.P. are John S. Spadaro, of the law firm Murphy Spadaro & Landon and Dane H. Butswinkas, R. Hackney Wiegmann, and Daniel D. Williams of the law firm Williams & Connolly LLP. The lawyers representing ALSTOM Power Inc. are Richard Wier, Jr. and Daniel Scialpi of Richard R. Wier, Jr., P.A. and John Wolf, James Edwards, Jr., Anthony Vittoria, and Michael Schollaert, of the law firm Ober, Kaler, Grimes & Shriver, P.C.

8. Do you, or any relative or close friend, have a personal acquaintance with or know any of the following persons who might be called to testify as a witness? The witnesses expected to be called for AES Puerto Rico, L.P. are: Carlos Alequin, John T. Baecher, Allan B. Dyer, Stewart Ferguson, Richard Lunt, Jack McDonald, Ronald McParland, Gamaliel Rivera, Stuart Rosenberg, Willy Santiago, Elias Sostre, Paul Stinson, David Stone and John Toher.

The witnesses expected to be called for ALSTOM Power Inc. are: Marlin Anderson, Ronald Ballinger, Gary Bates, Thomas Coleman, Raymond Hickey, Jim Hipson, Karl Hogenefelt, William Jarvis, Otakar Jonas, Robert Kohl, Timothy Maidenford, Joseph Mair, Kim

Monroe, Paul Panos, Linda Rothe, Paul Stinson, John Toher, William Van Hooser, Thomas Wardell, Bruce Wilhelm.

9. Are you, or any relative or close friend, employed in the power or environmental pollution control industries?

10. Are you, or any relative or close friend, employed by any contractor providing services to the power industry?

11. Have you, or has any relative or close friend, ever been involved as a witness in a civil proceeding involving an alleged breach of contract?

12. Do any of you have any reason whatsoever why you would prefer not to serve as a juror in this case?

13. Do any of you know any reason about which I have not asked you any questions in this case that you would feel would tend to make you prejudiced one way or another in this case?

Respectfully submitted,

/s/ signature

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of May, 2006, a copy of the foregoing was sent by electronic mail to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Daniel D. Williams, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Daniel W. Scialpi (#4146)