IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP         :
                            :
     Plaintiff,             :
                            :
v.                          :  Civil Action No. 04-1282 (JJF)
                            :
ALSTOM POWER, INC.,         :
                            :
     Defendant.             :

O R D E R

The Court has read the papers submitted by the parties concerning Defendant's Motion For Sanctions (D.I. 93). The Court finds no misconduct has been established as contemplated by Federal Rule of Civil Procedure 37. The Court is persuaded that both parties' have engaged their opposition in what appears to be litigation strategies.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Sanctions (D.I. 93) is **DENIED**.

April 28, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE