IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, LP | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 04-1282 (JJF) |
| ALSTOM POWER, INC., | : |
|     Defendant. | : |

### O R D E R

WHEREAS, Defendant filed a Motion for Sanctions (D.I. 93) with Memorandum in Support (D.I. 94);

WHEREAS, an Answering Brief in opposition was filed by Plaintiff (D.I.108)

WHEREAS, Plaintiff filed an Unopposed Motion To File A Surreply In Opposition To Defendant's Motion For Sanctions (D.I. 119)

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion To File A Surreply (D.I. 119) is **GRANTED**.

April 28, 2006
    DATE

UNITED STATES DISTRICT JUDGE