IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, LP | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1282 (JJF) |
| | : |
| ALSTOM POWER, INC., | : |
| | : |
| Defendant. | : |

O R D E R

The Court has read and considered the papers submitted by the parties concerning Plaintiff's Protective Order Motion (D.I. 103).

The Court finds that Defendant seeks to take expert depositions outside the time established by Order in this case. The Court further finds that Defendant has not established good cause in support of its request.

THEREFORE, IT IS HEREBY ORDERED the Motion Of Plaintiff AES Puerto Rico, L.P. For A Protective Order Against Defendant Alstom's Improper Deposition Notices (D.I. 103) is **GRANTED**.

April 28, 2006
DATE

UNITED STATES DISTRICT JUDGE