IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP                  :
                                     :
      Plaintiff,                   :
                                     :
v.                                   : Civil Action No. 04-1282 (JJF)
                                     :
ALSTOM POWER, INC.,                  :
                                     :
      Defendant.                   :

### O R D E R

The parties shall not file any further motions or applications in any form until the email discovery the Plaintiff has been ordered to produce is completed.

IT IS SO ORDERED.

April 2F, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE