IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP        :
                           :
    Plaintiff,             :
                           :
v.                         : Civil Action No. 04-1282 (JJF)
                           :
ALSTOM POWER, INC.,        :
                           :
    Defendant.             :

### O R D E R

The Court has read and considered the contentions of the parties concerning Defendant's Motion To Compel (D.I. 106). As Plaintiff argues, the instant motion appears to have been filed as an opposition to Plaintiff's Protective Order Motion (D.I. 103). The Court agrees with Plaintiff that Defendant's motion is now moot.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Compel (D.I. 106) is **DENIED as moot**.

April 28, 2006                               _____
    DATE                                     UNITED STATES DISTRICT JUDGE