IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, LP              :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 04-1282 (JJF)
                                 :
ALSTOM POWER, INC.,              :
                                 :
        Defendant.               :

### O R D E R

Because the Court recently ordered certain additional discovery in the above-captioned case, it is necessary to continue the trial date.

THEREFORE, IT IS HEREBY ORDERED that:

1) The May 4, 2006 Pretrial Conference and the May 22, 2006 Trial are **CONTINUED**.

2) A Pretrial Conference will be held on **Thursday, September 14, 2006 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

3) Trial shall commence on **Monday, October 16, 2006 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 28, 2006                         [signature]
    DATE                       UNITED STATES DISTRICT JUDGE