**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF AES PUERTO RICO, L.P.'S PROPOSED VOIR DIRE**

Pursuant to Federal Rule of Civil Procedure 47 and Local Rule 47.1(a), Plaintiff AES-Puerto Rico hereby submits its proposed voir dire questions:

1. Do you know or have you heard of any of the attorneys here in the courtroom, or any member of their families, or the law firms at which they work?

    [read names of all attorneys and law firms participating in trial]

2. Do you know or have you heard of any of the potential witnesses who may appear at trial?

    [read names of all witnesses from witness list]

3. Have you ever heard of the Plaintiff, AES-Puerto Rico or its parent company, The AES Corporation?

4. Have any of you, or any close family member, ever applied for employment or been employed by AES-Puerto Rico or its parent company, The AES Corporation?

5. Have you ever heard of the Defendant, ALSTOM Power, Inc. or its parent company, ALSTOM?

6. Have any of you, or any close family member, ever applied for employment or been employed by ALSTOM Power, Inc. or its parent company, ALSTOM?

7. Have any of you ever heard of a company called Environmental Elements Corporation?

8. Have any of you, or any close family member, ever applied for employment or been employed by Environmental Elements Corporation?

9. This case may involve testimony and exhibits that are in the Spanish language. Do any of you speak, understand, or read Spanish?

10. Do you think you would have trouble following testimony that is being translated from Spanish to English?

11. Have any of you ever lived or worked in Puerto Rico?

12. Have any of you, or any close family member, ever applied for employment or been employed by an electricity producing power plant?

13. Have any of you, or any close family member, ever applied for employment or been employed by a supplier or manufacturer of equipment?

14. Do any of you have any graduate degrees other than a high school diploma or bachelor of arts or science degree?

15. Do any of you have any education, training or work experience in any of the following fields?

   Chemistry ☐

   Engineering ☐

   Metallurgy ☐

   Science ☐

   Electricity generation ☐

- 3 -

    Product design or testing ☐

    Product manufacturing/supply ☐

    Environmental ☐

    Finance ☐

16. This case involves a complex piece of equipment supplied to an electricity producing company. Do any of you have or hold strong views about the electricity producing industry?

17. Do any of you have any knowledge about environmentally-friendly coal-fired power plants?

18. Do any of you have any strong views about coal-fired power plants?

19. Have any of you ever made a breach of warranty claim because a product you purchased was defective?

    a. If so, have any of you ever been dissatisfied with the Seller's/Supplier's response to your warranty claim?

    b. Have any of you ever been told by the Seller/Supplier that your warranty claim was not valid?

    c. Have any of you ever had a dispute with a Seller/Supplier of a product related to the warranty of the product?

20. Do you now or have you ever owned your own home?

21. Have you ever studied law, or worked in a business that has close contact with lawyers?

22. Do you have any family members or close friends who are attorneys?

23. Have you ever served in the military? If yes, what branch and rank?

24. Have you, a family member, or close friend ever been employed by or connected in any way with a state or federal law enforcement agency?

25. Have you ever served on a jury before? If yes:

> When and how many times?
>
> Were those civil or criminal cases?
>
> Ever serve as the jury foreperson?

26. Have you ever been involved as plaintiff, defendant or served as a witness in a civil lawsuit before?

> When? Nature of suit?
>
> Plaintiff or defendant?
>
> Outcome of case?
>
> Witness?

27. Have any of you had any experience with the civil or criminal justice system that would prevent you from being objective and fair to both the plaintiff and defendant in this case?

28. Is there any reason why any member of the venire can't sit and listen to the evidence in this case for several days, paying close and careful attention to it? Any reason, whether physical, mental, or other, why any of you can't do that?

29. Is there any reason, whether the Court has mentioned it or not, why any of you feel that you cannot be fair and impartial jurors in this case?

                                        Respectfully submitted,

                                        /s/ John S. Spadaro
                                        John S. Spadaro
                                        Bar No. 3155
                                        MURPHY SPADARO & LANDON
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE 19805
                                        Tel. (302) 472-8100
                                        Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  May 1, 2006                                      Attorneys for AES Puerto Rico, L.P.

**CERTIFICATE OF SERVICE**

On May 1, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Proposed Voir Dire by electronic filing and first class mail, postage prepaid, on:

>Richard R. Wier, Esq.
>Daniel W. Scialpi, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on:

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643

/s/ John S. Spadaro