IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.,          :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 04-1282-JJF
                                :
ALSTOM POWER INC.,              :
                                :
        Defendant.              :

## ORDER

At Wilmington, the 28 day of April 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Alstom Power Inc.'s Motion For Partial Summary Judgment is **DENIED**.

                                              /s/ Joseph J. Farnan
                                          UNITED STATES DISTRICT JUDGE