# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

August 24, 2006

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 King Street
Wilmington, DE 19801

      RE:  **AES Puerto Rico, L.P. v. Alstom Power, Inc.**
            **C.A. No.: 04-1282JJF**

Dear Judge Farnan:

      I serve as local counsel to the plaintiff AES Puerto Rico, L.P. in this matter. As the Court is aware, my co-counsel from the Williams & Connelly firm are actively preparing for trial.

      Because (for our part) the case will be tried exclusively by members of the Williams & Connolly firm, all of whom have been admitted *pro hac vice*, I write to respectfully request that I be excused from the pretrial conference and trial. For ease of reference, I note that under the Court's April 28, 2006 Order the pretrial conference is scheduled for September 14, 2006 at 10:30 a.m., and trial is scheduled to commence on October 16, 2006 at 9:30 a.m.

      I am available to address any questions regarding this request.

                                              Respectfully,

                                              /s/ Chase T. Brockstedt

                                              Chase T. Brockstedt

CTB/hrj
cc:     Daniel D. Williams, Esq. (by e-mail)
         Daniel W. Scialpi, Esq. (by hand delivery)
         James E. Edwards, Esq. (by facsimile)

134468

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY U.S. MAIL**
Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY U.S. MAIL**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

                        Respectfully submitted,

                        /s/ Chase T. Brockstedt
                        Chase T. Brockstedt, No. 3815
                        MURPHY SPADARO & LANDON
                        1011 Centre Road, Suite 210
                        Wilmington, DE 19805
                        Tel. (302) 472-8100
                        Fax (302) 472-8135

Dated: August 24, 2006          Attorneys for AES Puerto Rico, L.P.

134478