# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

August 25, 2006

**BY ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 King Street
Wilmington, DE 19801

      RE:  AES Puerto Rico, L.P. v. Alstom Power, Inc.
           C.A. No.: 04-1282JJF

Dear Judge Farnan:

    On August 24, 2006 I wrote to you asking that I be excused from the pretrial conference scheduled for September 14, 2006 at 10:30 a.m., and trial that is scheduled to commence on October 16, 2006 at 9:30 a.m. I have overlooked the fact that you had already granted John Spadaro's request to be excused from the pretrial conference and trial on May 1, 2006. Please disregard my August 24, 2006 letter, as it is a duplicative request.

    I am available to address any questions regarding this request.

                              Respectfully,

                              /s/ Chase T. Brockstedt

                              Chase T. Brockstedt

CTB/hrj
cc:    Daniel D. Williams, Esq. (by e-mail)
       Daniel W. Scialpi, Esq. (by hand delivery)
       James E. Edwards, Esq. (by facsimile)

134510

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY HAND DELIVERY**
Richard R. Wier, Jr.
Daniel W. Scialpi
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY FACSIMILE**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Respectfully submitted,

/s/ Chase T. Brockstedt
Chase T. Brockstedt, No. 3815
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: August 25, 2006            Attorneys for AES Puerto Rico, L.P.

134478