IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-1282-JJF |
| | ) |
| ALSTOM POWER, INC., | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTAL PROPOSED PRETRIAL ORDER

John S. Spadaro (# 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel (302) 472-8100
Fax (302) 472-8135

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Attorneys for AES Puerto Rico, L.P.

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
Tel (302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643
Tel: (410) 685-1120
Fax: (410) 547-0699

Attorneys for ALSTOM Power Inc.

## TABLE OF CONTENTS

IV.   ISSUES OF FACT REMAINING TO BE LITIGATED ....................................................... 1

    A.   AES-PR's Supplemental List of Issues of Fact To Be Litigated ............................... 1

V.   ISSUES OF LAW REMAINING TO BE LITIGATED ...................................................... 1

    A.   AES-PR's Supplemental List of Issues of Law To Be Litigated .............................. 1

VI.   LIST OF EXHIBITS .................................................................................................................. 3

    A.   AES-PR's Supplemental List of Exhibits ................................................................. 3

    B.   ALSTOM's Supplemental List of Exhibits .............................................................. 5

VIII.   AES-PR'S SUPPLEMENTAL BRIEF STATEMENT OF PROOF ..................................... 6

CONCLUSION ............................................................................................................................. 7

## IV. ISSUES OF FACT REMAINING TO BE LITIGATED

### A. AES-PR's Supplemental List of Issues of Fact To Be Litigated.

29. Whether AES-PR fulfilled the conditions precedent in the accelerated corrosion warranty.

30. Whether EEC's August 2001 Operation and Maintenance manuals permitted AES-PR to alter the procedures in the manuals to meet AES-PR's needs.

31. Whether ALSTOM's and EEC's representations, omissions, and inequitable conduct estop ALSTOM from asserting that AES-PR failed to satisfy any conditions precedent.

32. Whether ALSTOM waived its reliance on any alleged failure to satisfy any conditions precedent based on its or EEC's representations, omissions, and conduct.

32. Whether ALSTOM and EEC prevented or hindered AES-PR's fulfillment of the conditions precedent.

33. Whether enforcement of the conditions precedent would involve an extreme forfeiture and the conditions precedent were immaterial to the Contract.

## V. ISSUES OF LAW REMAINING TO BE LITIGATED

### A. AES-PR's Supplemental List of Issues of Law To Be Litigated.

8. Whether ALSTOM is estopped from asserting that the accelerated corrosion warranty is void on the basis of AES-PR's alleged failure to fulfill conditions precedent.

   Authority: *Bechtel v. Robinson*, 886 F.2d 544, 650 (3d Cir. 1989); *Wilson v. Am. Ins. Co.*, 209 A.2d 902, 903-04 (Del. 1965); *Wolf v. Globe Liquor Co.*, 103 A.2d 774, 776 (Del. 1954).

9. Whether ALSTOM waived any claim that the accelerated corrosion warranty is void on the basis of AES-PR's alleged failure to fulfill conditions precedent.

1

Authority: *Aeroglobal Capital Mgmt. v. Cirrus Indus., Inc.*, 871 A.2d 428, 443 (Del. 2005); *Pepsi-Cola Bottling Co. v. Pepsico*, 297 A.2d 28, 33 (Del. 1972).

10. Whether ALSTOM or EEC prevented or hindered AES-PR's performance of any conditions precedent.

Authority: *Mobile Comm. Corp. v. MCI Comm. Corp.*, 1985 WL 11574, *4 (Del. Ch. Aug. 27, 1985); *Moore Brothers Co. v. Brown & Root, Inc.*, 207 F.3d 717, 725 (4th Cir. 2000); Restatement (Second) of Contracts § 245 cmt. b (1981).

11. Whether ALSTOM can enforce any failure to fulfill a condition precedent to the accelerated corrosion warranty because the forfeiture from that failure is extreme and that condition precedent is immaterial to the Contract.

Authority: Restatement (Second) of Contracts § 229 (1981); *Suburban Transfer Servs., Inc. v. Beech Holding, Inc.*, 716 F.2d 220, 225 n.9 (3d Cir. 1983); *Varel v. Banc One Capital Partners, Inc.*, 55 F.3d 1016, 1017-18 (5th. Cir. 1995); *Jefferson Chemical Co. v. Mobay Chemical Co.*, 267 A.2d 635, 637 (Del. Ch. 1970).

2

## VI. LIST OF EXHIBITS

### A. AES-PR's Supplemental List of Exhibits.

| Exhibit No. | Bates No. | Date | Document | Basis for ALSTOM's objection | Basis for Admission |
|---|---|---|---|---|---|
| P-193 | | | CDS Nozzle Cleaning Log, Unit 1 and Unit 2 | FRE 801/802, 901 FRCP 37(c)(1) | 401/402, 801, 803, 901 |
| P-194 | AESPR 000558-772 | | CDS Nozzle Cleaning Log, Unit 1 and Unit 2 | FRE 801/802, 901 | 401/402, 801, 803, 901 |
| P-195 | AESPR 000518-557 | | CDS Water Sample Log | FRE 801/802, 901 | 401/402, 801, 803, 901 |
| P-196 | HOGN-EMAIL-001063-64 | 7/12/04 | Email chain between Jarvis, Hognefelt and Lindau | FRE 801/802 | 401/402, 801, 803 |
| P-197 | JARV-EMAIL-004420 | 3/30/03 | Coleman e-mail | FRE 401/402, 801/802 | 401/402, 801, 803 |
| P-198 | COLE-EMAIL-002726-28 | 6/9/03 | Coleman e-mail | FRE 401/402, 801, 802 | 401/402, 801, 803 |
| P-199 | JARV-EMAIL-005921-22 | 10/3/02 | Jarvis e-mail | FRE 401/402, 801/802 | 401/402, 801, 803 |
| P-200 | | 11/14/02 | CDS Cold Start-Up Procedures | FRE 401/402, 801/802, 901, 1003(2) FRCP 37(c)(1) | 401/402, 801, 803, 901 |
| P-201 | RICE-EMAIL-000052-55 | 1/28/04 | Email chain between Rice, Tumolo and Fishburn | FRE 401/402, 403, 801/802 | 401/402, 801, 803 |
| P-202 | WARD-EMAIL-005938 | 10/28/02 | Jarvis e-mail | FRE 106, 401/402, 801/803 | 401/402, 801, 803 |
| P-203 | AESPR-133153-188 | | Plant Operating Data | FRE 106, 401/402, 801/902, 901 FRCP 37(c)(1) | 401/402, 801, 803, 901 |

3

| Exhibit No. | Bates No. | Date | Document | Basis for ALSTOM's objection | Basis for Admission |
|---|---|---|---|---|---|
| P-204 | AESPR-133152 | 2002 – 2005 | CDS Reports | FRE 106, 401/402, 801/802, 901 FRCP 37(c)(1) | 401/402, 801, 803, 901 |
| P-205 | AL1-04931-32 | 1/7/03 | E-mail chain between Hognefelt, Wardell and Rothe | FRE 106, 801/802 | 401/402, 801, 803 |
| P-206 | | 9/15/03 | AES/Puerto Rico, Environmental Elements Co. Summary of Modification Work | FRE 401/402, 801/802, 901 | 401/402, 801, 803 |
| P-207 | | 8/29/06 | Spring 2007 Outage; No. 2 Precipitator Rebuild | FRE 401/402, 801/802, 901 FRCP 37(c)(1) | 401/402, 801, 803, 807, 901 |
| P-208 | | 9/6/06 | Patrick Randall letter with attachments | FRE 401/402, 801/802, 901 FRCP 37(c)(1) | 401/402, 801, 803, 807, 901 |

4

B. ALSTOM'S List of Exhibits (Supplemental)

| Exhibit Number | Date | Description | Basis for Admission | Basis for AES-PR Objections [1] |
|---|---|---|---|---|
| D-277 | 5/17/2001 | E-mail re: CDS info | 401, 801(d)(2), 803(6), 807, 901 | Hearsay |
| D-278 | 6/13/2001 | E-mail re: Fwd: CDS info | 401, 801(d)(2), 803(6), 807, 901 | Hearsay |
| D-279 | 1/28/2004 | Letter to AES FWD-Puerto Rico | 401, 801(d)(2), 803(6), 807, 901 | Hearsay |
| D-280 | 10/10/2004 | Letter to AES Puerto Rico | 401, 801(d)(2), 803(6), 807, 901 | Hearsay |
| D-281 | 2/14/2003 | Letter to Larry Copeland | 401, 803(6), 807, 901 | |
| D-282 | 3/27/2003 | Technical Services Report: Hopper Testing | 401, 803(6), 807, 901 | Hearsay; Opinion |
| D-283 | 3/22/2003 | Technical Services Report: Gas Distribution Testing | 401, 803(6), 807, 901 | Hearsay; Opinion |
| D-284 | 4/17/2003 | E-mail re: AES/PR: ESP Rotary Valves | 401, 801(d)(2), 803(6), 807, 901 | |
| D-285 | 5/6/2003 | E-mail re: Unit 2 Rotary Valves | 401, 801(d)(2), 803(6), 807, 901 | |
| D-286 | 5/30/2003 | E-mail re: Response to AES – DFD-157 | 401, 801(d)(2), 803(6), 807, 901 | Hearsay; Foundation |
| D-287 | 6/18/2003 | Letter to Ron McParland | 401, 801(d)(2), 803(6), 807, 901 | Hearsay |
| D-288 | 8/8/2003 | E-mail re Low Load Operation Test | 401, 801(d)(2), 803(6), 807, 901 | |
| D-289 | 6/5/2003 | Solvera Controls Service Report | 401, 803(6), 807, 901 | |
| D-290 | 7/9/2003 | Report: Gas Distribution & Field No. 1 Hopper Catch Improvement | 401, 803(6), 807, 901 | Hearsay; Opinion |
| D-291 | 9/19/2003 | E-mail and Summary of Modification Work | 401, 801(d)(2), 803(6), 807, 901 | |
| D-292 | 2/16/2006 | E-mail re FW Information | 401, 801(d)(2), 803(6), 807, 901 | |

[1] As used in this column, "hearsay" refers to Federal Rules of Evidence 801, 802 and 805; "foundation" refers to Federal Rules of Evidence 602 and 901; and "opinion" refers to Federal Rule of Evidence 701. AES-PR does not concede that ALSTOM's descriptions of the documents on this list are accurate. Objection to "hearsay" includes hearsay within hearsay.

5

## VIII. AES-PR'S BRIEF STATEMENT OF PROOF

**VII.   Supplemental Statement.**

AES-PR will establish that ALSTOM should be equitably estopped from claiming that AES-PR failed to fulfill conditions precedent to the accelerated corrosion warranty based on ALSTOM's and EEC's representations, omissions, and inequitable conduct.

AES-PR will establish that ALSTOM waived enforcement of the conditions precedent to the accelerated corrosion warranty based on ALSTOM's and EEC's representations, omissions, and conduct.

AES-PR will establish that ALSTOM and/or EEC through their representations, omissions, and conduct prevented or hindered AES-PR from fulfilling conditions precedent to the accelerated corrosion warranty.

AES-PR will establish that the forfeiture caused by any enforcement of the conditions precedent against AES-PR would be extreme.  AES-PR will also establish that any unexcused non-performance of a condition precedent was immaterial to the Contract.

## CONCLUSION

This order shall supplement the May 1, 2006 Proposed Pretrial Order submitted by the parties and shall control the subsequent course of this action unless modified by the Court to prevent manifest injustice.

_____/s/_____  
John S. Spadaro (# 3155)  
MURPHY SPADARO & LANDON  
1011 Centre Road, Suite 210  
Wilmington, DE 19805  
Tel (302) 472-8100  
Fax (302) 472-8135  

Dane H. Butswinkas  
R. Hackney Wiegmann  
Daniel D. Williams  
Ann N. Sagerson  
James L. Tuxbury  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Tel. (202) 434-5000  
Fax (202) 434-5029  

Attorneys for AES Puerto Rico, L.P.

Dated: September 11, 2006

_____/s/_____  
Richard R. Wier, Jr. (#716)  
Daniel W. Scialpi (#4146)  
RICHARD R. WIER, JR., P.A.  
Two Mill Road, Suite 200  
Wilmington, DE 19806  
Tel (302) 888-3222  

John Anthony Wolf  
James E. Edwards, Jr.  
Anthony F. Vittoria  
Michael A. Schollaert  
OBER, KALER, GRIMES & SHRIVER  
A Professional Corporation  
120 East Baltimore Street  
Baltimore, MD 21202-1643  
Tel: (410) 685-1120  
Fax: (410) 547-0699  

Attorneys for ALSTOM Power Inc.

SO ORDERED this _____ day of September, 2006

_____  
United States District Judge

7