# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

September 27, 2006

**Via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   AES Puerto Rico, L.P. v. ALSTOM Power, Inc.
      C.A. No. 04-1282 JJF

Dear Judge Farnan:

I write on behalf of my client, ALSTOM Power Inc., and request the Court's guidance on two matters. We have discussed these matters with counsel for AES Puerto Rico, L.P., and counsel concur in our communication with the Court on these matters.

First, we inquire as to when the Court would like to receive a complete set of the proposed exhibits from the parties so that we can get those to Your Honor prior to the trial, which begins October 16, 2006. Counsel are currently engaged in discussions about some of the proffered exhibits that have resulted in relatively minor changes to the exhibits exchanged prior to the Pretrial Conference. We expect to complete the work on the exhibits by the end of next week.

Second, Your Honor will recall that the parties intend to project exhibits on a screen for jury viewing. We inquire as to whether the parties would be permitted to highlight portions of exhibits after they are published to the jury. For example, if a document is on the screen, the proponent of the exhibit may highlight or pull out a portion of that particular page so that the jury and/or the witness could review that particular portion of the document. Both parties believe that would be appropriate.

      We appreciate the Court's consideration of these preliminary questions, and the Court's response will dictate our course of action. We would be prepared to discuss this with the Court or the Court's designee this week if that is the Court's desire.

                                    Respectfully yours,

                                      Richard R. Wier, Jr. (#716)

RRWJr:jt

cc:    John Anthony Wolf, Esq.
        James E. Edwards., Jr., Esq.
        Dane H. Butswinkas, Esq.
        Daniel D. Williams, Esq.
        Clerk of the Court