IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF AES PUERTO RICO, L.P.'s MOTION TO STRIKE ALSTOM POWER, INC.'S PROPOSED VOIR DIRE QUESTION NO. 2

Plaintiff AES Puerto Rico, L.P. ("AES-PR") objects to ALSTOM Power, Inc.'s ("ALSTOM") proposed Voir Dire Question No. 2 because it misleadingly suggests that AES-PR's ultimate parent company is located in a foreign country and neglects to mention that ALSTOM Power, Inc. is a subsidiary of ALSTOM, a company headquartered in Paris that is partially owned by the French government.

ALSTOM proposes the following voir dire question:

Do you, or any relative or close friend, have a personal acquaintance or do any business with any of the parties to this case? The parties are AES Puerto Rico, L.P., of Delaware and Puerto Rico and ALSTOM Power Inc. of Delaware and Connecticut. The partners that compose AES Puerto Rico, L.P. are AES Puerto Rico, Inc. of the Cayman Islands and AES Monroe Holdings, B.V. of the Netherlands.

ALSTOM Proposed Voir Dire Question No. 2 (May 1, 2006) (emphasis added). AES-PR objects to the part of the question that is underlined, as a gratuitous attempt to prejudice the jury against AES-PR by portraying it as a foreign-owned company. ALSTOM's tactic is particularly egregious because it omits from its voir dire question ALSTOM's own foreign ownership.

- 2 -

Although ALSTOM's proposed voir dire question identifies AES-PR's overseas partners, it neglects to mention that those overseas partners are indirectly held wholly owned subsidiaries of The AES Corporation, a Delaware corporation with its headquarters in Virginia.

Conversely, although ALSTOM requests that the Court highlight AES-PR's foreign ties, it purposefully ignores that ALSTOM Power, Inc. itself is a subsidiary of "ALSTOM" a company headquartered in Paris that is partially owned by the French government. *See* Jarvis Dep. 23-24 (Attached at Tab A).

AES-PR does not believe that either party's corporate affiliation needs to be disclosed during voir dire. However, if the Court is inclined to identify corporate affiliates during voir dire, AES-PR respectfully requests that the Court explain that AES-PR's ultimate parent company is The AES Corporation of Delaware and Virginia, and that ALSTOM Power, Inc.'s ultimate parent company is ALSTOM, a Paris, France-based company owned in part by the French government.

                                          Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated: October 2, 2006

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Attorneys for AES Puerto Rico, L.P.

## CERTIFICATE OF SERVICE

On October 2, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Motion to Strike ALSTOM Power, Inc.'s Proposed Voir Dire Question No. 2 by electronic filing and first class mail, postage prepaid, on:

>Richard R. Weir, Esq.
>Daniel W. Scialpi, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on:

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643

/s/ John S. Spadaro