IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | Civ. No. 04-1282-JJF |

**[Proposed] ORDER**

Upon consideration of the Motion of AES Puerto Rico L.P. to Strike ALSTOM Power Inc.'s Proposed Voir Dire Question No. 2, it is this ____ day of October 2006, hereby

**ORDERED** that Defendant's Proposed Voir Dire Question No. 2 is hereby stricken.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE