IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES-PR PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*    *    *    *    *    *    *

## NOTICE OF FILING PAPER DOCUMENTS

In connection with its Motion *In Limine* on Evidentiary Matters, ALSTOM Power Inc. ("ALSTOM"), defendant, has submitted to the Court for review copies of the proposed Exhibits to which ALSTOM has objection. Those proposed Exhibits include P-6, P-32, P-68, P-73, P-83, P-102, P-114, P-118, P-120, P-123, P-125, P-126, P-127, P-129, P-130, P-131, P-135, P-136, P-137, P-138, P-139, P-140, P-149, P-150, P-151, P-154, P-179, P-185, P-200, P-207 and P-208.

Respectfully submitted,

ALSTOM POWER INC.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699

I HEREBY CERTIFY that, on this 2nd day of October, 2006, a copy of the foregoing Notice of Filing Paper Documents was filed with the Court using CM/ECF. A copy of the Motion was hand-delivered to John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805. In addition, courtesy copies were served, via first-class mail, upon Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)