IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING PAPER DOCUMENTS

In connection with the Objections of Plaintiff AES Puerto Rico, L.P. to Certain of Defendant Alstom Power, Inc.'s Proposed Trial Exhibits and Notice of Lodging (Docket No. 147), plaintiff has submitted to the Court for review copies of the proposed Objections to which AES Puerto Rico, L.P. has objection. Those proposed Exhibits included D-2, D-3, D-5, D-6, D-7, D-8, D-9, D-10, D-15, D-16, D-17, D-18, D-20, D-23, D-24, D-27, D-30, D-34, D-37, D-40, D-42, D-45, D-47, D-49, D-52, D-56, D-59, D-75, D-78, D-79, D-93, D-95, D-98, D-113, D-115, D-120, D-121, D-129, D-131, D-132, D-133, D-135, D-138, D-139, D-140, D-141, D-143, D-144, D-147, D-148, D-168, D-169, D-170, D-171, D-172, D-173, D-174, D-175, D-176, D-177, D-178, D-179, D-180, D-181, D-182, D-183, D-190, D-191, D-194, D-226, D-227, D-228, D-229, D-230, D-231, D-232, D-233, D-234, D-235, D-236, D-237, D-238, D-239, D-240, D-241, D-242, D-243, D-244, D-245, D-249, D-253, D-255, D-268, D-271, D-282, D-283, and D-290.

135721

        Respectfully submitted,

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

October 3, 2006        Attorneys for plaintiff AES Puerto Rico, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY FACSIMILE**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

                                                             Respectfully submitted,

                                                             /s/ Chase T. Brockstedt
                                                             Chase T. Brockstedt, No. 3815
                                                             MURPHY SPADARO & LANDON
                                                             1011 Centre Road, Suite 210
                                                             Wilmington, DE 19805
                                                             Tel. (302) 472-8100
                                                             Fax (302) 472-8135

Dated: October 3, 2006          Attorneys for AES Puerto Rico, L.P.

135718