**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. ) | Civ. No. 04-1282-JJF |

### *DAUBERT* MOTION OF PLAINTIFF AES PUERTO RICO, L.P. TO EXCLUDE CERTAIN TESTIMONY OF EXPERT WITNESSES PROFFERED BY DEFENDANT ALSTOM POWER INC.

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and its progeny, plaintiff AES Puerto Rico L.P. ("AES-PR") moves to exclude certain testimony of the following expert witnesses proffered by defendant ALSTOM Power Inc. ("ALSTOM"): Ronald Ballinger, Sc.D., Marlin Anderson, Ph.D., Otakar Jonas, Ph.D., and Joseph Mair, CPA. In support of its motion, AES-PR relies upon its Memorandum of Points and Authorities in Support of this Motion.

AES-PR respectfully requests that the Court grant this Motion and exclude from trial the testimony identified in the accompanying memorandum from Dr. Ballinger, Dr. Anderson, Dr. Jonas, and Mr. Mair.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | |
| Dane H. Butswinkas | /s/ John S. Spadaro |
| R. Hackney Wiegmann | John S. Spadaro (Bar No. 3155) |
| Daniel D. Williams | MURPHY SPADARO & LANDON |
| Ann N. Sagerson | 1011 Centre Road, Suite 210 |
| James L. Tuxbury | Wilmington, DE 19805 |
| WILLIAMS & CONNOLLY LLP | Tel. (302) 472-8100 |
| 725 Twelfth Street, N.W. | Fax (302) 472-8135 |
| Washington, D.C. 20005 | |
| Tel. (202) 434-5000 | |
| Fax (202) 434-5029 | |
| | |
| Dated: October 2, 2006 | Attorneys for AES Puerto Rico, L.P. |

2

**CERTIFICATE OF SERVICE**

On October 2, 2006, Plaintiff served the foregoing *Daubert* Motion of Plaintiff AES Puerto Rico, L.P. To Exclude Certain Testimony of Expert Witnesses Proffered by Defendant Alstom Power Inc. by electronic filing and first class mail, postage prepaid, on:

>Richard R. Wier, Esq.
>Daniel W. Scialpi, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643


/s/ John S. Spadaro