IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., <br><br> Plaintiff, <br> v. <br><br> ALSTOM POWER, INC., <br><br> Defendant. | Civ. No. 04-1282-JJF |

**[Proposed] ORDER**

Upon consideration of the *Daubert* Motion of Plaintiff AES Puerto Rico, L.P. ("AES-PR") to Exclude Certain Testimony of Expert Witnesses Proffered by Defendant ALSTOM Power Inc. ("ALSTOM"), it is this ____ day of October 2006, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendant's expert, Dr. Ronald Ballinger, is precluded from offering any testimony at trial regarding the operation and maintenance of the Circulating Dry Scrubber ("CDS") or Electrostatic Precipitator ("ESP") at the AES-PR plant; it is further,

**ORDERED** that Defendant's expert, Dr. Marlin Anderson, is precluded from offering any testimony at trial regarding the operation and maintenance of the CDS at the AES-PR plant or from offering any testimony regarding the rights and obligations of the parties under the Contract at issue in this case; it is further,

**ORDERED** that Defendant's expert, Dr. Otakar Jonas, is precluded from offering any testimony at trial regarding the operational capabilities of the CDS at the AES-PR plant and from offering any testimony regarding AES-PR's damages claims; and it is further

**ORDERED** that Defendant's expert, Joseph Mair, is precluded from offering any testimony at trial.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE