# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P.,       ) | |
|                  ) | |
|      Plaintiff,     ) | |
|    v.             ) | Civ. No. 04-1282-JJF |
|                  ) | |
| ALSTOM POWER, INC.,     ) | |
|                  ) | |
|      Defendant.   ) | |

**APPENDIX TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF AES PUERTO RICO, L.P.'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF EXPERT WITNESSES PROFFERED BY DEFENDANT ALSTOM POWER INC.**

### (Pages A001 through A196)

John S. Spadaro
Bar No. 3155
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel (302) 472-8100
Fax (302) 472-8135

OF COUNSEL:

Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  October 2, 2006                        Attorneys for AES Puerto Rico, L.P.

## INDEX

Dr. Ronald Ballinger deposition transcript excerpts (4/11/06) ........................ A001
**[pp. 1, 30-33, 52, 135-136, 215, 221-222, 225, 228-229, 321, 383, 392, 425]**

   Exhibit No. 2:  Expert Report of Dr. Ronald Ballinger (3/20/06)................ A019

Dr. Marlin Anderson deposition transcript excerpts (4/12/06)........................ A056
**[pp. 1, 23, 72-73, 160-161, 186, 294, 297, 332]**

   Exhibit No. 1:  Expert Report of Dr. Marlin Anderson (3/20/06)................ A066

Dr. Otakar Jonas deposition transcript excerpts (4/07/06)................................ A090
**[pp. 1, 32, 38-41, 44, 66, 229-230, 290-291, 329]**

   Exhibit No. 1:  Expert Report of Dr. Otakar Jonas (3/20/06) ..................... A103

Excerpt Contract No. W419-44-C0001 (2/24/98).............................................. A158

Excerpt from Specification for Circulating Dry Scrubber (5/10/01)................ A163

Excerpt from Specification for Electrostatic Precipitator (5/10/01) ................ A168

Joseph Mair, CPA, deposition transcript excerpts (4/06/06)............................ A173
**[pp. 1, 45-46, 55, 58, 65, 96]**

   Exhibit No. 1:  Expert Report of Joseph Mair, CPA (3/20/06) ................... A180

**Ronald Ballinger**

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4      - - - - - - - - - - - - - - - - - - X

5    AES PUERTO RICO,      )

6    L.P.,              )  No. 04-1282-JJF

7         Plaintiff,    )

8      vs.           )

9    ALSTOM POWER, INC.,  )

10        Defendant.   )

11    - - - - - - - - - - - - - - - - - - - - X

12

13          Videotaped Deposition of

14        Ronald George Ballinger, ScD

15        Tuesday, April 11, 2006

16         Baltimore, Maryland

17

18

19

20    Pages 1 - 427         ORIGINAL

21    Job No.: 173880

22    Reported by: Deborah Larson Hommer, RPR

**Ronald Ballinger**

1    for the plant?

2         MR. VITTORIA:  Objection to form.

3         THE WITNESS:  I would have to

4    assume that there's a combination of those in

5    other plants.  I don't know specifically.

6         BY MR. WILLIAMS:

7         Q.    In the U.S., do you know if there

8    are any others?

9         MR. VITTORIA:  Objection.

10         THE WITNESS:  I would assume that

11    there are other plants in the U.S. that have

12    them as well.

13         BY MR. WILLIAMS:

14         Q.    You don't know of any?

15         A.    I couldn't identify one on a map.

16         Q.    Do you know how many there are?

17         MR. VITTORIA:  Objection.

18         THE WITNESS:  No.

19         BY MR. WILLIAMS:

20         Q.    Have you ever done any research on

21    CDS or ESP technology?

22         MR. VITTORIA:  Objection to form.

**A002**

**Ronald Ballinger**

Page 31

1                    THE WITNESS:  No.

2                    BY MR. WILLIAMS:

3          Q.    Now, do you do consulting work in

4     addition to your work as a professor at MIT?

5          A.    Yes, I do.

6          Q.    What sort of consulting work do you

7     do?

8          A.    Highly variable.  I wouldn't even

9     venture a guess at the range.  But it's

10    generally -- generally with the power

11    industry.  More specifically, I would say

12    50 percent or so with the nuclear power

13    industry, but the other 50 percent is very,

14    very widely -- airplane crashes -- everything

15    from airplane crashes to broken ladders.

16         Q.    Putting aside your work with

17    respect to the AES Puerto Rico facility, have

18    you ever done consulting work with respect to

19    CDS technology before?

20         A.    No.

21         Q.    Have you ever done consulting work

22    with respect to ESP technology before?

A003

**Ronald Ballinger**

Page 32

1        A.    No.

2        Q.    And have you done any work with

3    respect to CDS or ESP technology subsequent to

4    your beginning the work on the AES Puerto Rico

5    project --

6                MR. VITTORIA:   Objection to form.

7                BY MR. WILLIAMS:

8        Q.    -- for facilities other than the

9    AES Puerto Rico project?

10               MR. VITTORIA:   Objection to form.

11               THE WITNESS:   No.

12               BY MR. WILLIAMS:

13       Q.    Now, you did look at the CDS

14   equipment at the AES Puerto Rico facility,

15   correct?

16       A.    Yes, I visited.

17       Q.    And you've studied it now?

18               MR. VITTORIA:   Objection to form.

19               THE WITNESS:   To the extent that I

20   need to.

21               BY MR. WILLIAMS:

22       Q.    What do you mean by that?

A004

**Ronald Ballinger**

Page 33

1      A.    Performing specific tasks, and so

2    to the extent that I can understand what's

3    going on to perform the task, I look at it.  I

4    can't claim that I'm an expert at CDS or ESP

5    technology by any stretch of the imagination.

6      Q.    You say that you recently saw the

7    equipment at the AES Puerto Rico facility?

8      A.    One of the plants.

9      Q.    When was that?

10     A.    Oh, it would have been the last day

11   or so of March, the first day or so of April.

12   I don't know the specific dates.  I don't

13   remember exactly.

14     Q.    Had you seen the equipment at the

15   AES Puerto Rico facility prior to March of

16   this year?

17     A.    Only in pictures.

18     Q.    What were the pictures that you had

19   seen?

20     A.    The -- there was a previous

21   visit -- now I forget the dates -- by Altran

22   personnel, which is the company that I work

**Esquire Deposition Services**
DC 1-800-441-3376        MD 1-800-539-6398        VA 1-800-752-8979

**Ronald Ballinger**

Page 52

1    the AES Puerto Rico facility?

2         A.    Not at all.   I have no idea.

3         Q.    Do you know if all of the swirl

4    plates in use at the AES Puerto Rico facility

5    permit the same quantity of water to travel

6    through them, say, per minute?

7              MR. VITTORIA:   Objection to form.

8              THE WITNESS:  I don't.

9              BY MR. WILLIAMS:

10        Q.    And you testified that normally

11   four spray nozzles operate at one time; is

12   that right?

13        A.    That's my understanding, at full

14   power.

15        Q.    How is their operation controlled?

16        A.    How is there operation controlled?

17   There is a control system.  Beyond that,

18   that's what I know.

19        Q.    Now, your report discusses valves

20   with respect to the spray nozzles; is that

21   right?

22        A.    Oh, the -- you want me to describe

**A006**

**Ronald Ballinger**

1    form.

2            THE WITNESS:  Because this was my

3    report, and I asked them to do things.  They

4    did things.  So they worked under my

5    direction, and I asked them to do things.

6            BY MR. WILLIAMS:

7        Q.    What did you ask Mr. McKrell to do?

8        A.    It would generally be things like,

9    we need to get this report, or we need to do

10   that or we need to do that.  He was the

11   interface.  He was the interface primarily

12   between Altran and Ober Kaler.

13       Q.    How about Dr. Kalmanovitch?

14           MR. VITTORIA:  Objection to form.

15           THE WITNESS:  How about?  What do

16   you mean?

17           BY MR. WILLIAMS:

18       Q.    What was his role?

19       A.    His role was twofold.  I used him

20   to -- because he was familiar -- more familiar

21   with power plants, I used him to crunch data

22   for me, do data analysis, provide the initial

**A007**

**Ronald Ballinger**

Page 136

1    filter, if you will, to reduce some of the

2    data to tractable form.

3        Q.    What do you mean by provide the

4    initial filter?

5        A.    The data that was -- the plant data

6    that was provided was very extensive.  Two

7    sheets, individual files for each day for days

8    and days and days.  So the total file size was

9    36 gigabytes, a lot of data.

10           It was also in a form where there

11   was one file for each -- one set for each day

12   for each plant.  And I needed to be able to

13   plot it as a function of time over a period of

14   a year or more.  And so what David

15   Kalmanovitch did was we got together and I

16   said, we need this, we need this, we need

17   this, and we need those files appended so that

18   I can actually plot them without one day at a

19   time, if you will.

20           And so he took the data files and,

21   with some help of a computer programmer, wrote

22   an Excel spreadsheet, a little macro for the

**A008**

**Ronald Ballinger**

Page 215

1    part, here in the front.

2        Q.    Now, you don't purport to be an

3    expert on broomstick tests for CDSs?

4        A.    No, but I can read.

5        Q.    And you don't purport to have any

6    expertise on CDS spray nozzle cleaning

7    procedures, correct?

8        A.    That would be correct.

9        Q.    But you did read about these topics

10   in the manuals, and that's the basis for your

11   testimony?

12            MR. VITTORIA:   Objection.

13   Mischaracterizes the testimony.   Objection to

14   the form.

15            THE WITNESS:   The basis would be,

16   in part, reading the manuals and then talking

17   with people.

18            BY MR. WILLIAMS:

19       Q.    Which people?

20       A.    Talked to people at the plant.

21       Q.    Which people at the plant did you

22   speak with?

**A009**

Ronald Ballinger

Page 221

1    there is more water flow going in there, well,

2    that water is excess to the amount necessary

3    to reduce the temperature.

4              And since the temperature was the

5    same at the outlet -- it was still at 155 --

6    that meant the water had to remain in there.

7    It wasn't effective -- that's one explanation.

8    It wasn't effective and not necessary for

9    reducing the temperature, so it remained as

10   water and got carried over into the ESP.

11        Q.    Prior to your work for this

12   March 2006 report, had you ever done an

13   analysis of CDS spray water flow and CDS inlet

14   temperature?

15             MR. VITTORIA:  Objection to form.

16             THE WITNESS:  For what?  For this

17   plant?

18             BY MR. WILLIAMS:

19        Q.    For any plant in the world.

20        A.    No.

21        Q.    On what do you base your conclusion

22   that there was poor nozzle maintenance prior

A010

**Ronald Ballinger**

1    to July 2003?

2         MR. VITTORIA:  Objection.  Asked

3    and answered.

4         THE WITNESS:  Well, in written --

5    written documents; in particular, I can think

6    of one or two.  John Toher's documents.

7    Also -- that's the primary -- that's one that

8    I can -- that immediately comes to mind.  But

9    there were others.

10        E-mail communications about people

11   not -- that -- the broomstick test not

12   really -- coming up with wet ash on the

13   broomstick, which you're not supposed to have,

14   and then having them say that that's okay.

15        So those kinds of general --

16   general communications yield -- lead one to

17   say -- to believe that the nozzles were not

18   functioning properly for at least some times.

19   And if that's a continuous thing, which it

20   was, then that leads you to believe that the

21   maintenance wasn't exactly perfect.

22        BY MR. WILLIAMS:

**A011**

**Ronald Ballinger**

Page 225

1      Q.    Explain what your basis is.

2      A.    The basis is the fact that there

3  were communications and instances where people

4  would say in documents that there's -- the

5  nozzles are not functioning right, the

6  broomstick tests are not -- are showing wet

7  ash.  That's an indication that the -- that

8  nozzles are not -- are not performing -- not

9  performing properly.

10      Q.    Do you know the dates of any of the

11  documents to which you're referring concerning

12  wet ash on broomsticks or e-mails from

13  Mr. Toher?

14          MR. VITTORIA:  Objection to the

15  form of the question.

16          THE WITNESS:  I don't have them

17  memorized, but they're -- we could find them

18  pretty easily, I think.

19          BY MR. WILLIAMS:

20      Q.    Are they referenced in the

21  beginning of your report?

22      A.    Certainly the documents which I

**A012**

**Ronald Ballinger**

Page 228

1      A.    Well, if a nozzle is not

2    functioning properly, then it's not atomizing.

3    If it's not atomizing, you're getting water in

4    the CDS and there's a possibility that that

5    water gets carried over into the ESP.

6          Q.    Do you know if, by design, the CDS

7    was built with some tolerance such that

8    imperfect nozzle spray patterns would not

9    cause accelerated corrosion?

10              MR. VITTORIA:  Objection.

11              THE WITNESS:  I have no idea.

12              BY MR. WILLIAMS:

13        Q.    Because you don't know about how

14    CDS are designed, right?

15              MR. VITTORIA:  Objection.

16    Argumentative.

17              THE WITNESS:  You're putting words

18    in my mouth, which is not right.

19              BY MR. WILLIAMS:

20        Q.    Well, why don't you just explain

21    what's right.

22        A.    I know a little bit about what CDSs

**A013**

**Ronald Ballinger**

1    do in their function, and I learned enough, as

2    part of this work, to understand a little bit.

3    But I'm not an expert in CDS design.  That is

4    true.  And so I would not know the exact

5    design margin that's associated with water

6    going into -- going into the CDS.

7         Q.   Do you see on page 8 you list a set

8    of additional opinions?

9         A.   Yes.

10        Q.   Do you see your first additional

11   opinion is that you could find little or no

12   statistical correlation between opacity and

13   the chloride content of the CDS spray water?

14        A.   Yes.

15        Q.   Do you have scientific expertise in

16   opacity measurement?

17        A.   None.

18        Q.   On what did you base your

19   conclusion that there is little or no

20   statistical correlation between opacity and

21   the chloride content of the CDS spray water?

22        A.   The data.

A014

Ronald Ballinger

1    desired effect, just goes merrily along.

2            So it's possible that that could

3    happen.

4            BY MR. WILLIAMS:

5        Q.    Did you examine how the control

6    system works for the CDS spray water system at

7    the AES Puerto Rico facility?

8        A.    No.  I'm not a control system guy.

9        Q.    And you don't know whether the

10   system does average the temperature of several

11   thermocouples or not?

12       A.    I believe I --

13           MR. VITTORIA:  Objection.

14           THE WITNESS:  I believe I read

15   that.

16           BY MR. WILLIAMS:

17       Q.    Where do you believe you read that?

18       A.    It would have been most likely in

19   the -- in the -- in the -- what is it?  The

20   environmental -- the ESP manual, CDS ESP

21   manuals.

22       Q.    Did you rely on that information

**A015**

**Ronald Ballinger**

Page 383

```
 1              BY MR. WILLIAMS:

 2        Q.    And one could expect air and

 3    leakage if the ESP wasn't properly insulated;

 4    is that right?

 5              MR. VITTORIA:  Objection.  Calls

 6    for speculation.

 7              BY MR. WILLIAMS:

 8        Q.    In your expert opinion, is one

 9    thing that could cause --

10        A.    I am not an expert on ESPs.

11        Q.    Okay.  Let's move on.

12        A.    Okay.

13        Q.    Now, the EEC operation and

14    maintenance manual doesn't actually say

15    operate at 30 degrees above approach ever,

16    correct?

17        A.    I think, if it doesn't say it, it's

18    in so many words it says it because I know the

19    word "30 degrees" is in there.  Now, in what

20    sentence and in what context -- the word

21    "30 degrees" is certainly in there.

22        Q.    In the August -- I'm sorry.  In the
```

**A016**

**Ronald Ballinger**

1    this conclusion; is that right?

2            MR. VITTORIA:   Objection.

3    Objection to the characterization.   Objection

4    to the form of the question.

5            THE WITNESS:   I don't get the

6    connection between density and inches.   That's

7    all.

8            BY MR. VITTORIA:

9        Q.    And you said you were speaking out

10   of school.   Does that refer to the fact that

11   you're not a CDS expert?

12       A.    That's right.   I'm not CDS expert.

13       Q.    So you don't have an expert opinion

14   as to Mr. Toher's conclusion with respect to

15   operation of the CDS?

16       A.    I don't have -- I don't have a

17   conclusion with respect to Mr. Toher's

18   conclusion with respect to what he is defining

19   as bed density.

20       Q.    Do you see conclusion number 3?   It

21   says, "I do not believe the cause of corrosion

22   in the ESPs was an improper spray pattern from

**A017**

Page 425

1          CERTIFICATE OF NOTARY PUBLIC

2

3      I, Deborah Larson Hommer, RPR, the officer

4    before whom the foregoing deposition was

5    taken, do hereby certify that the witness

6    whose testimony appears in the foregoing

7    deposition was duly sworn by me; that the

8    testimony of said witness was taken by me in

9    stenotype and thereafter reduced to

10   typewriting under my direction; that said

11   deposition is a true record of the testimony

12   given by said witness; that I am neither

13   counsel for, related to, nor employed by any

14   of the parties to the action in which this

15   deposition was taken; and, further, that I am

16   not a relative or employee of any attorney or

17   counsel employed by the parties hereto, nor

18   financially or otherwise interested in the

19   outcome of the action.

                    *Deborah L. Hommer*

20                  Notary Public in and for

                    the State of Maryland

21   My Commission Expires:

     July 01, 2008

22

A018

# Expert Witness Disclosures - AES Puerto Rico v. ALSTOM

## Report No. 11-0542-00-LR-001

Prepared for:

## Ober, Kaler, Grimes & Shriver

**March 20, 2006**

_KCBall_    3/20/06
Ronald Ballinger, Ph.D.    Date



EXHIBIT
Ballinger 2

Altran Solutions 451 D Street Boston, MA 02210  PH: 617•204•1000 │ FAX: 617•204•1010

**A019**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

# TABLE OF CONTENTS

Cover Page................................................................................................................1
Table of Contents......................................................................................................2
List of Figures...........................................................................................................2

1.0   INTRODUCTION ............................................................................................4
2.0   DATA AND INFORMATION CONSIDERED ...............................................4
3.0   OPINIONS........................................................................................................7
   3.1.   Immediate Cause ......................................................................................7
   3.2.   Root Cause ................................................................................................7
   3.3.   Additional Opinions..................................................................................8
4.0   SUMMARY OF ANALYSIS AND SUPPORT FOR OPINIONS ...................9
   4.1.   Dewpoint Corrosion..................................................................................9
   4.2.   Root Cause-Operational Considerations..................................................10
   4.3.   Detailed Operating Procedures and Plant Data Analysis ........................10
   4.4.   The Role of Chloride ...............................................................................12
   4.5.   Time Period Over Which Degradation Occurred ....................................13
5.0   REFERENCES ................................................................................................14
6.0   QUALIFICATIONS ......................................................................................166
7.0   PUBLICATIONS ...........................................................................................222
8.0   PRIOR TESTIMONY ....................................................................................299
9.0   COMPENSATION .........................................................................................299

**ATTACHMENTS**

Attachment 1 – Report Figures (8 pages)

# List of Figures

Figure 1.  Plot of opacity, CDS inlet temperature, CDS outlet temperature and CDS valve position vs time for Unit #2 (January 2003 to 2004).  Only full power points are plotted.......................... A-2
Figure 2.  Plot of Unit 2 CDS valve position and CDS inlet temperature as a function of time for the the year 2003. Only full power points plotted. ......................................................... A-3
Figure 3.  Plot of CDS spray valve position vs. CDS inlet temperature for Unit #2. Only full power data plotted. ...................................................................................................... A-4
Figure 4.  Photographs showing poor nozzle installation and clogging. ........................................ A-5
Figure 5.  CDS spray water chloride concentration and opacity as a function of time for the period October 15, 2003 to January 29, 2004.............................................................................. A-6
Figure 6.  Opacity vs. chloride concentration for Unit #1 over the period October 15, 2003 to January 29, 2004. ............................................................................................................................... A-7

**A020**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

Figure 7.  Expanded plot of Unit 2 CDS valve position and CDS inlet temperature as a function of
time for the period July-November 2003. Only full power points plotted. ............................. A-8

**A021**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

## 1.0    INTRODUCTION

Altran Solutions Corporation (formerly Altran Corporation) was initially contracted to perform an assessment of the cause of degradation of carbon steel electrostatic precipitator (ESP) collecting plates. These plates were removed from Unit #2 of AES Puerto Rico's power generation plant in Guayama, Puerto Rico (the "Plant"). The cause of the degradation was determined to be from corrosion in a wet acid environment/dewpoint corrosion. Altran Solutions Corporation was then asked to expand the investigation to determine the most probable root cause of the wet acid environment that was the cause of the degradation and respond to certain opinions expressed by experts engaged by AES Puerto Rico, L. P. ("AES-PR"), the owner of the Plant. This report summarizes the findings of Altran's investigation.

The author was the supervising member of a team of scientists at Altran Solutions Corporation. Opinions detailed in this report have been derived from either personal investigation or the evaluation of work performed by the Altran investigation team. The author has reviewed all of the documents provided for the investigation and the opinions set forth below are those of the author.

## 2.0    DATA AND INFORMATION CONSIDERED

As part of this investigation the following documents were reviewed:
1. Deposition of Paul Stinson, February 9, 2006.
2. Deposition of Elias Sostre, January 20, 2006, including exhibits.
3. Expert Report for John Toher, February 26, 2006.
4. Expert Report of Richard R. Lundt, February 24, 2006.
5. Duke/Fluor Daniel Carribean S.E. Circulating Fluidized Bed Boiler and Appurtances, Scope of Supply and Technical Requirements, Materials, Equipment, Facilities and Documents. May 10, 2001.
6. Boiler Water Injection Procedure, AES PR Nov 2005.
7. Boiler Water Injection Test on 9/3/05 Preliminary Report, September 20, 2005.
8. Complaint AES P.R. L.P. Plaintiff v. ALSTOM Power Inc. Civ. No. 04-1282 U.S. District Court, Delaware, September 20, 2004.
9. Plaintiff's Response to ALSTOM Power Inc. First Set of Interrogatories, May 14, 2005.
10. Plaintiff's Response to ALSTOM Power Inc. Second Set of Interrogatories, November 21, 2005.
11. Plaintiff's Responses to ALSTOM Power Inc.'s First Set of Requests for Admission. November 28, 2005.
12. Duke/Fluor Daniel Carribean S.E. Circulating Fluidized Dry Scrubber Flue Gas Cleaning System, Scope of Supply and Technical Requirements, Materials, Equipment, Facilities and Documents. May 10, 2001.
13. Excess Emissions Reports (Bates AESPR 136107 – 136178).
14. Email from Gary Mattice to Fred Campbell *et alia*. Subject: Demonstration Procedure/EEC # E977 with Attachment – CDS Restart October 3, 2002.
15. Email from Time Maidenford to Charlie Lyda (Duke/Fluor Daniel), Subject: CDS and ESP Procedures with attachments, October 27, 2002.
16. EEC Operation and Maintenance Manuals Volumes 1, 2 and 3.

4

**A022**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

17. EEC Operation and Maintenance Manuals Volume 8, Section 12, August 2001.
18. Opacity, $NO_x$ and $SO_x$ Deviations above Permit Levels.
19. Daily Opacity Report Units 1 and 2, 2002 through December 2004.
20. Excess Emissions Report 2003.
21. Control Room Logs.
22. EEC Training Manuals (Copy of G. Bates), September 2001.
23. AES Unit 1 and Unit 2 Performance Logs, October 2002 through November 2005.
24. GE Betz Metallurgical Laboratory Report, January 21, 2005.
25. Altran Corporation Letter Report 11-0256-00-LR-001, September 9, 2004.
26. Microbeam Technologies, Inc. "Analysis of ESP Plate Corrosion", Report No. 721, February 2004.
27. ALSTOM Power Inc. ESP Collectors Corrosion Report, June 15, 2004, Report MSE 04-R-12.
28. Email from Paul Stinson to E. Sostra, Subject: Opacity, September 24, 2003.
29. Email from Al Dyer to Paul Stinson, Subject: Opacity, October 3, 2003.
30. Email from John Toher to Bill Vanhooser, Subject: AES-PR/Maintenance with attachment, May 7 2001.
31. Email from Leif Lindau to Bill Jarvis et alia, Subject: AES/PR:  CDS Inlet Conditions, effect (sic) of ash recirculation.  February 4, 2004.
32. Email from Bill Jarvis to Karl Hognefelt, Subject: AES/PR:  Chloride Content in Fly Ash, with attachments, February 3, 2004.
33. Email from Paul Stinson to Al Dyer, Subject: ESP Corrosion at AES-PR, November 24, 2003.
34. Email from Al Depaoli to Tracy Jarvis, Subject: CDS Causing Corrosion? January 19, 2004.
35. Email from Al Dyer to Tracy Jarvis, Subject: Your Help is Needed, January 12, 2004.
36. Emails from John Toher to Csaba Little, Subject: Water Nozzles, May 19, 2004, May 26, 2004, and July 1, 2004.
37. Email from Csaba Little to Puerto Rico Leaders, Subject: Precipitator Work – inlet temp/acid dew pt, December 23, 2003.
38. Email from Paul Stinson to Elias Sostre, Subject:  Opacity, September 23, 2003.
39. Email from Paul Stinson to Karl Hognefelt, Subject: Distillations of water, January 28, 2004 (with attachments).
40. Email from Paul Stinson to Puerto Rico Leaders, Puerto Rico Lead Operator, Subject: Report on Opacity, January 2, 2004.
41. Email from Bill Jarvis to Karl Hogenfelt, Subject:  AES/PR Chloride Content in Fly Ash, February 3, 2004 (with attachments).
42. Email from Elias Sostre to Paul Stinson *et alia*, Subject: Unit 1 ESP Inspection, January 11, 2004.
43. Email from Ernest Pagaduan to Puerto Rico People, Subject: U1 force Outage, January 11, 2004.
44. Email from Mel Esmacher (GE Infrastructure) to Robert Hargrave (GE Infrastructure), Subject:  ESP Issues at AES, January 13, 2004.
45. Email from Bill Jarvis to Thomas Wardell et alia, Subject:  CDS/ESP Corrosion, January 13, 2004.

**A023**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

46. Email from Leif Lindau to Stefan Ahman *et alia*, Subject: CDS/ESP Corrosion – Again, January 17. 2004.
47. Email from Bill Jarvis to Thomas Wardell *et alia*, Subject: Report on Opacity, date illegible, Bates Nos. W-017-01923 through W-017-01929.
48. Email from Leif Landau to Karl Hogenfelt, Subject: CDS/ESP Corrosion, January 27, 2004.
49. Email from Paul Stinson to WeiLi Yu *et alia*, Subject: Missing Attachment, January 30, 2004.
50. Email from Bill Jarvis to Karl Hogenfelt *et alia*, Subject: AES/PR CDS Inlet Conditions, February 3, 2004.
51. Email from Al Dyer to Karl Hogenfelt *et alia*, Subject: Report on Opacity, February 10, 2004.
52. Email from John Toher to Csaba Little, Subject: March 09 Trip Report, March 16, 2004.
53. Email from John Toher to Csaba Little, Subject: March 09 Trip Report, March 21, 2004.
54. Letter to William Jarvis from Al Dyer, June 21, 2004.
55. Letter from William Jarvis to Al Dyer, July 2, 2004.
56. ALSTOM Memorandum from Karl Hogenfelt to Nils Bringfors, Subject: Puerto Rico Experience, February 19, 2004.
57. U1 and U2 FA Reinjection Pressure spreadsheets.
58. Draft Report of November 14, 2003 "Experience Sharing Report".
59. Letters from IJM Consulting (John Toher) to Csaba Kiss, Paul Stinson.
60. Letter to Larry Copeland, Duke/Fluor Daniel from Stewart Ferguson, AES Puerto Rico, Subject: Environmental Compliance, December 12, 2002, with attachments.
61. Log Book of Lead Operator Elias Sostre, August 1, 2003 through November 8, 2005.
62. Qualification Book Boiler Area, Bates Nos. AESPR-085375 through AESPR-085379.
63. Request for Capital Expenditure Approval, Bates Nos. AESPR-006865 through AESPR-006871, February 8, 2004.
64. AES – ABB- DFD Meeting Minutes, February 10 and 11, 2000.
65. CDS Start Up Procedure 3/11/04, Bates Nos. AESPR-085855 through AESPR-085858.
66. CDS Make-up Water Log Book.
67. Paul Stinson "Notes from Conversation with Terry Storbeck, Black Hills Power", December 2003.
68. Paul Stinson, Progress Report 2, September 26, 2003.
69. Various Calculations (No author or dates), Bates Nos. AESPR 007339 through AESPR 007345.
70. DCS Logs 9/19/02 through November 10, 2004.
71. Review of photographs, video, and sketches taken during inspection of Unit 1 ESP, October 2005 by Dr. Kalmanovitch (Altran Solutions) and Dr. Anderson (Apco Services).
72. FL Smidth handwritten status notes on status of repairs to Unit 2 ESP November 27, 2003 (Bates Nos. FLS-0078 through FLS-0082 and photographs.

6

**A024**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001

## 3.0    OPINIONS

The following are the author's opinions regarding the immediate cause of ESP degradation and the most probable root cause of the corrosive environment that was the cause of the ESP degradation:

### 3.1.   Immediate Cause

1.  The immediate cause of the ESP degradation was the presence of a corrosive environment consisting of an aqueous solution containing sulfuric ($H_2SO_4$) and hydrochloric (HCl) acid.

2.  The damage most probably occurred after March, 2003 for Unit #2 and after September, 2003 for Unit #1. These dates correspond to inspections for the respective Units where no significant degradation was observed. The damage on the Unit #2 plates was first observed during a November 2003 inspection and for Unit #1 during a January, 2004 inspection. Since the type of degradation that occurred would have been essentially impossible to miss (perforated plates with corrosion product debris present) the conclusion is that the period of accelerated corrosion occurred after these inspections.

3.  The cause of the wet acid environment was most probably the operation of the ESP at a temperature below the dewpoint for the conditions in the ESP and otherwise uncontrolled migration of moisture from the Circulating Dry Scrubber (CDS) to the ESP.

### 3.2.   Root Cause

The Altran team conducted an extensive analysis of operational and maintenance data from both units. As a result of this analysis, the following conclusions were drawn regarding the higher level root cause of the aggressive environment in the ESP:

1.  AES-PR operated the Plant in such a way that excess water was injected into the CDS beyond that necessary to reduce the CDS outlet temperature to the desired value.

2.  Due to inadequate operation and maintenance, the water injection (CDS spray) gradually became incapable of providing proper atomization. As a result of this situation, a significant fraction of the water was not vaporized. The excess water carried over into the ESP where it provided for an aggressive wet environment that resulted in accelerated corrosion.

3.  When the CDS spray nozzles malfunctioned due to improper maintenance, the environment within the CDS became inhomogeneous in that there were most likely regions where the unevaporated water existed. The temperature measuring system was then rendered incapable of providing an accurate determination of

7

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

conditions in the CDS and the relationship between temperature and CDS spray flow was lost – most likely resulting in a "call" for increased spray water flow, which would introduce even more moisture into the system. As described in item 5 below, these increasingly moist conditions would have been further exacerbated beginning in July/August, 2003 when the CDS inlet temperature increased above 280°F.

4. Once the aggressive environment was established, corrosion rates would have been as high as the order inches/year. This corrosion rate was capable of complete perforation of the 0.040 inch ESP plates within months.

## 3.3. Additional Opinions

In addition to the opinions provided above, the detailed analysis of the operating and maintenance data from the Plant has resulted in the following additional opinions:

1. The author could find little or no statistical correlation between opacity and the chloride content of the CDS spray water.

2. The system was capable of, and did, operate within the required specifications once the initial operational issues were addressed.

3. The Operations and Maintenance Manuals ("O&M Manuals) for the equipment and other Plant documentation contained repeated cautions regarding operation of the Plant under conditions where the ESP environment dropped below the dewpoint. The O&M Manuals contained procedures which, if followed, would have minimized the risk that the ESP environment would drop below the dewpoint. Yet there was clear evidence that wet conditions were occurring, including, particularly, observation of "snowballing" on the ESP electrodes and observation of wet ash in the CDS (September 2003) prior to the inspections in November 2003 and January 2004 of Unit #2 and #1, respectively.

4. There was clear evidence of poor maintenance of the CDS spray nozzles, in spite of cautions in the O&M Manuals that maintenance of these items was critical to the proper operation of the CDS spray system. After the discovery of the corrosion, both AES-PR and its consultant, John Toher, observed maintenance practices that would result in the nozzles spraying unatomized water. As a further example, Plant inspection by Altran Solutions staff revealed nozzle flange attachment bolts missing. Improper attachment would allow for the introduction of air into the system which would compromise the operation of the system.

5. Analysis of the Plant data for the period from January 1, 2003, to December 31, 2003 indicated a steady increase (with periods of approximately constant temperature) in the CDS inlet temperature from approximately 260°F to approximately 285-290°F. In the July/August timeframe, there are a significant number of cases where the temperature exceeded 280°F, which is the CDS inlet operating parameter specified by the equipment supplier in its Operating and

8

**A026**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001

Maintenance Manuals. At the same time the CDS outlet temperature remained essentially constant at just over 150°F. Analysis of the relationship between CDS inlet temperature and CDS valve position (the lower the valve position the higher the CDS spray flow into the CDS) showed that, once the CDS inlet temperature exceeded 280°F, the linear relationship between CDS inlet temperature and CDS valve position was lost. There were many cases where, for the same temperature and load conditions (gas flow volume), the valve position varied from approximately 20% open to 0% open. For the same amount of energy being removed from the system both, cannot be true. Instead, this is a clear indication that excess water was being injected into the CDS beyond that necessary to cool the system. The excess water would not have evaporated and would have been carried over to the ESP. Proper operation and maintenance of these systems by AES-PR would have identified and corrected this problem.

6.  Ash re-injection, while not increasing the total amount of chloride in the system, would increase the average chloride content in the CDS. This would require, according to the O&M Manuals, an increase in the CDS outlet temperature. This increase was not implemented and would thus have increased the risk of moisture in the ESP.

## 4.0    SUMMARY OF ANALYSIS AND SUPPORT FOR OPINIONS

### 4.1.    Dewpoint Corrosion

Acid dewpoint corrosion has been recognized as a significant issue for the degradation of mild steel since the 1940s. The causes and characteristics of this form of corrosion are well documented [1-4]. Briefly, the combustion process produces products that can include water vapor, sulfur oxides ($SO_2$ and $SO_3$), hydrochloric gas (HCl), and nitrogen oxides ($NO_x$). While most of these products are removed through the use of various forms of "scrubber" systems, it is possible for residual amounts of these products to exist in the gas stream down stream of the scrubber systems. As long as the gas stream remains dry (above the dewpoint) this is not a problem, and particulates are cleaned up in the electrostatic precipitator. However, if the temperature in the system drops below the dewpoint of water, condensation will occur and any residual sulphur oxide and hydrogen chloride gases can be dissolved to form $H_2SO_4$ and HCl, both of which are corrosive to the mild steel ESP plates. The condensation and presence of water is significant because corrosion, of the type observed in the ESP, cannot occur without the presence of an aqueous phase (water).

In the absence of other condensable gasses, the dewpoint is simply the point where water vapor begins to condense from the atmosphere. When other condensable gases, such as $SO_3$, $SO_2$, HCl, or $NO_2$ are present, the dewpoint will differ from the water dewpoint. This lower dewpoint is sometimes referred to as the "acid dewpoint". For the concentrations of the above gases present in the Plant in question, the deviation of the dewpoint has been well characterized [5-6]. However, an important point is that, with the exception of $NO_2$, the water dewpoint will be above the dewpoint of the other gases

9

A027

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

unless their concentrations in the gas are abnormally high. Thus, when the water dewpoint is reached, the acids will be dissolved in the condensing water, thereby accelerating the rate of corrosion. The dissolved acid can either collect as a film on Plant surfaces or be incorporated into the ash which will also collect on surfaces. The concentration of $H_2SO_4$ in the condensed film can exceed 40 wt% [1]. In any case, the resulting environment will consist of a wet acid containing environment. This environment is extremely corrosive to mild steel [1,3,7]. Corrosion rates in excess of 0.1-0.35 inches/year are possible [1,3,7]. The addition of HCl to the environment can result in an additional factor of at least 2 over that for $H_2SO_4$ alone [1].

Another important factor is the effect of water vapor concentration on the dewpoint. As the water vapor partial pressure in the atmosphere increases, so does the dewpoint. Thus, for cases where excess water is present locally in the gas phase (e.g. due to malfunctioning spray systems), the local dewpoint can exceed the dewpoint based on average water vapor pressure.

In the case at hand, the presence of accelerated corrosion, consumption within months, coupled with the forensic evidence, establishes conclusively that a wet environment containing acid had to exist when the corrosion occurred. Thus, it is my opinion that the system was operated below the dewpoint and/or that other moisture carried over from the CDS to the ESP and was not evaporated. Moreover, the corrosion rates would have been high enough to cause the observed damage even absent the presence of HCl in the system. That is, the same damage would have occurred even if the fuel had been chloride free and the CDS spray water had also been chloride free.

## 4.2.  Root Cause-Operational Considerations

Altran Solutions conducted a detailed examination of the operational and maintenance data for the Plant. Combined with the results of an on-site inspection, that examination allowed me to assess how it was possible for the dewpoint to have been breached leading to wet conditions in the ESP. The investigation was divided into two phases: (1) detailed analysis of Plant data and its compliance with recommended operating procedures as specified in the O&M Manuals; and (2) the results of an on-site inspection.

## 4.3.  Detailed Operating Procedures and Plant Data Analysis

The author, after examination of the O&M Manuals, as well as other documents listed in Section 2 of this document, has concluded that these documents were extremely clear regarding the requirements necessary for the prevention of accelerated corrosion of the ESP. The requirement for margin with respect to the dewpoint is mentioned on multiple occasions. This and other related topics are thoroughly discussed in Volume 1, Section 9. In this section it is clearly stated that the CDS outlet temperature must be controlled to limit the approach temperature to 30°F or greater. Moreover, the effect of chloride content in the CDS spray water is also clearly discussed. For the range of chloride concentrations expected (1100-4300 ppm) the recommended CDS outlet temperature scales from 156-176°F [8]. Stressed in the O&M Manuals is the necessity for keeping

10

**A028**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001

the CDS spray system functioning properly, including frequent inspection and cleaning (and replacement if necessary) of the spray nozzles. The nozzle manufacturer provided maintenance and inspection procedures in the O&M Manuals [9]. If followed, these procedures in the O&M Manuals would be effective in reducing the risk of corrosion in the ESP.

Altran Solutions obtained Plant data from both units over the period October 2002-November 2004. A complete list of the data reviewed is presented in Section 2 of this disclosure. The critical period for this analysis was the period from the beginning of March 2003 to the end of January 2004. Figures 1-3 show selected results of this analysis for Unit #2. The results were similar for Unit #1. Figure 1 shows opacity, CDS inlet, outlet temperature and CDS spray valve position vs. time for this period. Figures 2 and 3 plot selected variables in more detail. It is important to remember that the lower the CDS spray valve position value the higher the spray flow into the CDS. Figure 2 focuses on CDS valve position and inlet temperature for this time period while Figure 3 plots CDS valve position as a function of CDS inlet temperature during this period. Only data points for full power operation are plotted; i.e. gas flow rates greater than 600 acfm. The data shows a steady, but incremental, increase in the CDS inlet temperature during the year. At the same time, the CDS outlet temperature (ESP inlet temperature) remains essentially constant. During this period, the chloride content of the CDS spray water would have been expected to have varied between 1,200-4,000 ppm which, according to the O&M Manuals, should have resulted in a concurrent adjustment of the CDS outlet temperature to assure margin to the dewpoint. Figure 2 shows more detail regarding the relationship between CDS valve position and CDS inlet temperature. Beginning in July 2003, as the CDS inlet temperature increased and then went beyond 280°F, the operating parameter reflected in the supplier's O & M Manuals, a high degree of variability in the CDS valve position is observed. Figure 3 amplifies the relationship between CDS valve position and CDS inlet temperature.

Also plotted in Figure 3 is a best fit relationship between the CDS valve position and temperature. The amount of energy required for the reduction of the CDS gas temperature to the desired outlet temperature will be directly proportional to the CDS inlet temperature for a constant outlet temperature. The temperature reduction is achieved through the evaporation of the spray water. However, after about July 2003, an inconsistency is observed. Figure 3 shows that more than one CDS valve position apparently existed for the same CDS inlet temperature and constant CDS outlet temperature. Since the spray water flow rate is proportional to the CDS valve position, fully closed resulting in maximum flow (approximately 172 gpm), there is an estimated discrepancy of approximately 30 gpm from the actual measured flow at full power during these times. This represents an approximately 20% water excess beyond that necessary to achieve the CDS outlet temperature. Because the CDS outlet temperature remained constant even as the flow of water increased, the excess water would not have been vaporized and would then have carried over to the ESP. That this carryover of moisture occurred in this period of time is shown in observations noted by ALSTOM's Karl Hogenfelt when he inspected the inside of the Unit 2 ESP on September 23, 2003.

11

A029

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

The most likely explanation for the carryover of wet ash can be traced to malfunctioning and poorly maintained nozzles. In this case, incomplete atomization would lead to incomplete (lower efficiency) vaporization, which would have resulted in a call from the control system for more CDS spray flow for the same CDS outlet temperature. Complete atomization of the CDS spray is essential for the removal of energy from the gas stream thus lowering the temperature. A fine mist allows for the heat (energy) to gain access to the water. For a given power generation rate, the amount of combustion generated gases will be a constant. The flow rate of gases through the system will thus also be a constant. For steady state conditions, the throughput of gas in the CDS will be a constant and hence the energy content of the stream. The residence time in the system will also be approximately constant. This means that the amount of time that a volume of gas will be in contact with the CDS spray will also be a constant. The amount of energy delivered to the spray water will thus depend on the time (a constant) and the area over which the energy is transferred (the surface area of the spray droplets). For a given volume of water, the finer the droplet size the higher the surface area. Hence, a fine droplet size results in a larger amount of surface area through which to transfer the energy. This will result in more efficient energy transfer and thus a more effective temperature reduction.

People in the desert southwest are very familiar with this process. One way to cool the surrounding air is to use a fine water mist. The fine mist cools the local air by evaporation. However, if the misting system malfunctions, the cooling effect disappears. In the case of the CDS spray, as the droplet size becomes larger, there will come a point at which the amount of time available will simply be too short to allow complete evaporation. When this occurs there will be excess water in the system and the temperature reduction will be limited. If the nozzles are not functioning properly then larger water droplets will be present and incomplete evaporization will occur. The un-evaporated spray water then would be carried over to the ESP. Maintenance records indicate that nozzle maintenance was not consistent and frequent malfunctioning occurred. Additional anecdotal confirmation was obtained during the Plant visit. Figure 4 shows a series of photos showing the nozzle(s) and the installation. Clogging was observed and the flange at the installation point was attached with only a single (out of four) nuts being tightened. This was observed on all installed nozzles of Units #1 and 2 during an onsite visit by Altran Solutions in October 2005. Additionally, the O&M Manuals calls for frequent cleaning and other maintenance of spray nozzles and verification of spray pattern using the "broomstick" test. Maintenance logs and other evidence indicate that nozzle inspection and testing was not performed at appropriate frequencies and that AES-PR did not understand how to interpret the "broomstick" test, thus interfering with its ability to diagnose and correct malfunctioning nozzles

### 4.4. The Role of Chloride

The O&M Manuals called for the operator to adjust the margin to the dewpoint as a function of chloride concentration in the CDS spray water. According to the O&M Manuals, CDS outlet temperature should be adjusted in a range between 156 to 176°F for chloride concentration in the CDS spray water ranging from 1,100 to 4,300 ppm, respectively. AES failed to measure the chloride content of the CDS spray water

A030

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

regularly until late September, 2003. Figure 5 shows the CDS spray water chloride concentration and opacity as a function of time for the period October 15, 2003 to January 29, 2004.

While the chloride content of the CDS spray water varied from approximately 1100-4000 ppm during this period of time, the data do not indicate that AES-PR operators made any attempt to adjust the CDS outlet temperature accordingly. Failure to make these adjustments would have caused an increased risk of corrosion during high chloride conditions. An increase in chloride content of the CDS spray water would results in an increase in the acid dewpoint. As pointed out above, the O&M Manuals direct the operator to increase the CDS outlet temperature as the CDS spray water chloride content increased. Based on the O&M Manuals, a reasonable course of action would have been to increase the CDS outlet temperature in linear fashion from 156° to 176°F as the chloride content increased from 1100 to the 4,300 ppm upper limit. This would correspond to an approximate 1°F increase in CDS outlet (ESP inlet) temperature for each 150 ppm increase in CDS spray water chloride concentration.

With respect to an effect of chloride concentration in the CDS spray on the opacity of the Plant, we could find no correlation between these variables. Figure 6 shows the opacity for Unit #1 plotted as a function of CDS water chloride concentration. No statistically significant correlation exists.

With respect to the effect of fly ash re-injection from the ESP to the CFB, which began in July, 2003, this would have had two significant results: (1) The fly-ash would have had a different consistency (particle size distribution, chemistry, water absorption characteristics) than the ash being produced directly from coal combustion. This would have effected the evaporation rate of the CDS spray water that would be absorbed by the ash. (2) While the overall chloride loading of the system would not have changed, the average concentration of chloride in the CDS would have been elevated. In order to evaporate the water absorbed by the re-injected ash, a higher temperature would be required. The net effect of these results would have been to require a higher CDS outlet temperature in order to minimize the risk of moisture remaining in the ash, which, if not dried, would result in increased corrosion. An increase in the CDS outlet temperature would be required as stated in the O&M Manuals.

**4.5.    Time Period Over Which Degradation Occurred**

As pointed out above, for wet acid conditions the corrosion rates for mild steel can be in the range 0.1-0.35"/year. The ESP plates on this Plant were approximately 0.04" thick. Thus, under even the most "benign" set of wet acid conditions, perforation of the ESP plates could have occurred in less than three months. The question then arises – over what period of time did the degradation of the ESP plates occur? In order to estimate this we observe the following:

1.    We know that inspections by Plant and other personnel took place in September 2003 and March 2003 for Units 1 and 2 respectively. During these inspections, excessive corrosion was not observed. If we contend, as the AES-PR does, that the

A031

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

corrosion damage took place over the entire period of operation of the Plant – approximately 1 year from the time of turn-over – then this would mean that, at least for Unit 1, approximately two thirds of the corrosion would have taken place prior to the inspection in September 2003. During the inspection in January 2004, where the corrosion damage was found, this damage was accompanied by the presence of large amounts of obvious corrosion products. Yet, no mention is made, in the results of the September, 2003 inspection of corrosion products being present. This contradicts the contention that two-thirds of the corrosion already had taken place in September, 2003.

2. All of the parties, in effect, agree that the corrosion damage was due to a wet acid condition [10-13]. Given that corrosion rates of 0.1-0.35 inches/year are possible, and if as has been contended, the corrosion took place on a continuous basis, how is this possible given the above observation? For that to be the case, either the corrosion rates are wrong, the inspection was in error, or the corrosion damage occurred over a much shorter period of time. It is my opinion that the corrosion took place in a wet acid environment, most probably during the period July 2003 to the time when the damage was observed.

It has been pointed out earlier that during the period July-December 2003 the CDS valve position exhibited anomalous behavior. Figure 7 shows an expanded plot of the CDS valve position data for the period July-November(15) 2003 for Unit 1. From this data, it is clear that the behavior of the CDS spray system was not "normal". If we assume that normal valve position was approximately 23% then any other position lower than this would have resulted in excess water being introduced into the CDS. The data indicates that this likely occurred frequently during this period. Examination of the data for periods prior to this date indicate that valve behavior was much more consistent, with an extremely small number of deviations of the type which began to occur in July 2003. The conclusion from this is that, when the CDS inlet temperature exceeded 280°F, the anticipated operating parameter, excess water was being injected. Since the CDS outlet temperature remained essentially constant during this period, this excess water was then carried over to the ESP and was responsible for the wet acid environment that caused the damage. This explanation is consistent with both the inspection observations and the range of corrosion rates that would be expected for these conditions.

## 5.0   REFERENCES

1. Holmes, D. R., editor, "Dewpoint Corrosion", Institute of Corrosion Science and Technology, Ellis Horwood, Ltd, 1985.
2. Huijbregts, W. M. M., Leferink, R. G. I, "Latest advances in the understanding of dewpoint corrosion: corrosion and stress corrosion cracking in combustion gas and condensates", Anti-Corrosion Methods and Materials, Vol. 51, No. 3, 2004, pp. 173-188
3. Uhlig's Corrosion Handbook, Second Edition, John Wiley & Sons, Inc., 2000, page 520.
4. Metal Corrosion in the Atmosphere, A Symposium presented at the Seventh Annual Meeting for American Society for Testing and Materials, Boston, Mass., 25-30 June, 1967, ASTM Special Technical Publication No. 435, p. 360.
5. Kiang, Y. "Predicting Dewpoint of Acid Gases", Chemical Engineering, Feb. 1981, p. 127.

**A032**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

6. Verhoff, F. H., Banchero, J.,"Predicting Dewpoints of Flu Gases", Chemical Engineering Progress: Insulation Practice, Vol. 70, No. 8, 1974, pp. 71-72.
7. Whitman, R., Russell, R., Ind. Eng. Chem., 17, 348 (1925)
8. Section 4.1 of Environmental Elements Corporation's O&M Volume 1, August 2001 issue.
9. Section 14 of Environmental Elements Corporation's O&M Volume 8, August 2001 issue.
10. GE Betz Metallurgical Laboratory Report, January 21, 2005.
11. Altran Corporation Letter Report 11-0256-00-LR-001, September 9, 2004.
12. Microbeam Technologies, Inc. "Analysis of ESP Plate Corrosion", Report No. 721, February 2004.
13. ALSTOM Power, ESP Collectors Corrosion Report, June 15, 2004, Report MSE 04-R-12.

15

**A033**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

## 6.0   QUALIFICATIONS

### PROFESSOR RONALD GEORGE BALLINGER

65 Burnham Road                         Massachusetts Institute of Technology
Andover, MA  01810                      185 Albany Street, NW22-117
(978) 475-1226                          Cambridge, MA 02139
E-Mail: hvymet@mit.edu                  (617) 253-05118, FAX (617) 253-0807

| | |
|---|---|
| **TITLE** | Professor, Departments of Nuclear Science and Engineering and Materials Science and Engineering, Massachusetts Institute of Technology (Promoted from Associate Professor effective 6/1/2005). |
| **EDUCATION** | MASSACHUSETTS INSTITUTE OF TECHNOLOGY |
| | Sc.D. degree in Nuclear Materials Engineering titled "Corrosion Fatigue of Nickel Base Alloys for Nuclear Applications," February 1982. |
| | S.M. degree in Materials Science, February, 1978. |
| | S.M. degree in Nuclear Engineering, September 1977. Thesis title:  "The Anisotropic Mechanical Behavior of Zircaloy-2." (Both degrees). |
| | WORCESTER POLYTECHNIC INSTITUTE |
| | S.B. degree in Mechanical Engineering, with high distinction, February, 1975.  Emphasis on Materials Science. |
| **ORGANIZATION AND SOCIETY MEMBERSHIPS** | President, MIT Student Section, American Nuclear Society, 1977-78 |
| | Vice President, MIT Student Section American Nuclear Society, 1976-77 |
| | Member, Tau Beta Pi<br>Associate Member, Sigma XI<br>Member, Pi Tau Sigma<br>Member, American Nuclear Society<br>Member, American Society for Metals<br>Member, National Association of Corrosion Engineers<br>Member, American Society for Testing and Materials |
| **AWARDS AND** | 1971-72 CRC Engineering Science Achievement Award, Worcester |

**A034**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

**PRIZES**             Polytechnic Institute

Metallurgy and Materials Science Prize, 1973, Sponsored by the Boston Section of the AIME and given in honor of Professor Morris Cohen

1975 George Eastman Award for Outstanding Graduate Class of 1975, Worcester Polytechnic Institute

1985 MIT American Nuclear Society Outstanding Professor Award

1985 MIT Graduate Student Council Teaching Award

1988 Carl Richard Soderberg Professorship in Power Engineering

2003 MIT Joel & Ruth Spira Award for Outstanding Teaching

**PATENTS**            Patent Number 4785142, Issued 11/15/88.
European Patent Number 0285952, Issued 3/1/92

Title: "Superconductor Cable".

Patent is for a new high strength, Low Coefficient Expansion (COE) alloy for use as a structural material for $Nb_3Sn$ superconducting cables. The use of this new alloy will allow higher current carrying capability by the superconductor and, thus, higher fields and/or smaller hardware. The new alloy also has use in high temperature gas turbine engine applications.

**RESEARCH**           Mechanical behavior of structural materials and environmental degradation of materials with emphasis on corrosion, corrosion fatigue and stress corrosion cracking behavior in high temperature aqueous systems including:(1) irradiation assisted stress corrosion cracking in Water Reactor Systems, (2) stress corrosion cracking in Pressurized Water Reactor steam generator materials, (3) high temperature materials for advanced reactor systems. Environmental degradation, processing, conditioning, and storage of metallic uranium nuclear fuel. The modeling of high temperature aqueous chemistry in cracks and crevices including the effect of radiolysis on irradiation assisted stress corrosion cracking. High temperature aqueous electrochemical analytical and measurement techniques including in-core aqueous chemistry. Environmental degradation of aircraft structural materials.

Advanced fatigue and fracture mechanics techniques and analysis. Relationships between structure, properties and performance. Failure analysis, life prediction and extension of engineering components.

**A035**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

Material performance at low temperatures for superconducting and structural applications.

Development of advanced reactor systems including gas cooled, liquid metal cooled, and alternative fueled light water reactors. Specialized materials development for advanced reactor systems. Fuel performance modeling. Reactor engineering for advanced concept systems, Turbo-machinery development for direct and indirect cycle Brayton systems.

**PROFESSIONAL**
**EXPERIENCE**

Professor, Departments of Nuclear Science and Engineering and Materials Science and Engineering, MIT Effective June 1, 2005.

Associate Professor, Departments of Nuclear Engineering and Materials Science and Engineering, MIT. 1987-June, 2005.

Assistant Professor, Department of Nuclear Engineering and Materials Science and Engineering, MIT. 1982 - 1987.

Member, International Cyclic Crack Growth Review Group 1982-1985

Member, International Cooperative Working Group on Irradiation Assisted Stress Corrosion Cracking. 1985-1992

Entropy Ltd., South Great Road, Lincoln, MA. Consultant on Nuclear Fuel Performance Modeling. 1978 -1985

Chairman, SPEAR Fuel Rod Reliability Code Workshop, Lincoln, MA, September 25 and 26, 1980.

Session co-chairman, International Conference on Environmental Cracking of metals, Kohler, WI, Oct. 2-7, 1988.

Workshop Host, International Working Group on Irradiation Assisted Stress Corrosion Cracking, Cambridge, MA, April 10-13, 1989.

U. S. Department of Energy, Independent Technical Assessment Team for Dry Storage of N-Reactor Fuel. Jan. 1994-Sept. 1994

U. S. Department of Energy Technical Assistance Group (TAG) for Disposition of N-Reactor Fuel, Jan.1995-2001

U. S. Department of State Technical Advisory Committee on Conditioning of North Korean Reactor (DPRK) Fuel    , Jan. 1995-2003

**A036**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001

U. S. Department of Energy Technical Advisory Committee on Disposition of Savannah River Reactor Site Metallic Fuel. Jan.-Aug. 1996

U. S. Department of Energy Technical Advisory Committee on Disposition of metallic fuel stored at INEL. June 1996-2002

Member, Executive Committee-Materials Science and Technology Division, American Nuclear Society, 1999-Present

Advisory Committee on Reactor Safeguards: Member, *Ad Hoc* Subcommittee on a Differing Professional Opinion: Voltage-Based Repair Criteria, September-December 2000.

Secretary/Treasurer, Materials Science and Technology Division, American Nuclear Society, 2003-2004

Vice Chair/Chair Elect, Materials Science and Technology Division, American Nuclear Society, 2004-2005

Member, Department of Energy Independent Technology Review Group (ITRG) for the Design Features and Technology Uncertainties for the Next Generation Nuclear Plant, 2003-2004.

Member, Department of Energy Technical Review Group for Power Conversion Technology Assessment for the Next Generation Nuclear Plant, 2004.

Member, Idaho National Laboratory Materials Review Board, 2003-Present

Member, International Cooperative Group on Environmentally Assisted Cracking of Light Water Reactor Materials, 2003-Present

**MILITARY SERVICE**     U.S. Naval Nuclear Power Program: Most Advanced rating, E-6. Served as Engineering Watch Supervisor on an operating nuclear submarine. Three years as instructor and Leading Petty Officer, M-Division at the SIC Naval Reactor Prototype.

**BACKGROUND**     Born and raised in West Hartford, Connecticut.

**REFERENCES**     Furnished upon request.

**A037**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

**Professor R.G. Ballinger**

**Professor of**
**Nuclear Science and Engineering and**
**Materials Science and Engineering**
**Massachusetts Institute of Technology**

S.B. Mechanical Engineering, Worcester Polytechnic Institute, 1975
S.M. Nuclear Engineering, Massachusetts Institute of Technology, 1977
S.M. Materials Science, Massachusetts Institute of Technology, 1978
Sc.D. Nuclear Materials Engineering, Massachusetts Institute of Technology, 1982

Ronald G. Ballinger is a Professor of Nuclear Science and Engineering and Materials Science and Engineering (Promotion effective June 1, 2005). Professor Ballinger is also Head of the H.H. Uhlig Corrosion Laboratory in the Department of Materials Science and Engineering at MIT. Professor Ballinger is active in the teaching of graduate and undergraduate subjects in reactor design, corrosion engineering, chemistry, mechanical behavior and physical metallurgy.

Professor Ballinger served for 8 years in the nuclear navy before attending college. After receiving his B.S. in Mechanical Engineering from Worcester Polytechnic Institute in 1975 he did his graduate work at MIT. He received his S.M. in Nuclear Engineering in 1977 and in Materials Science in 1978. He received his Sc.D. in Nuclear Materials Engineering in 1982 with a thesis entitled "Corrosion Fatigue of Nickel Base Alloys for Nuclear Applications." After receiving his Sc.D. he joined the faculty with a joint appointment as an Assistant Professor in the Nuclear Engineering and Materials Science and Engineering Departments. He was promoted to Associate Professor in 1987 and received tenure in 1989. He has been promoted to Full Professor, effective June 1, 2005.

Professor Ballinger's areas of specialization are materials selection and engineering of nuclear engineering systems and environmental degradation and life assessment of these systems. Specific areas of active research are as follows: (1) environmental effects on material behavior, (2) physical metallurgical and electrochemical aspects of environmentally assisted cracking in aqueous systems, (3) stress corrosion cracking and hydrogen embrittlement in Light Water Reactor systems, (4) failure analysis of engineering structures, (5) the effect of radiation on aqueous chemistry, (6) experimental fatigue and fracture mechanics, (7) degradation of materials properties and their effects on component life, (8) nuclear fuel performance including, gas reactor coated particle fuel and environmental degradation, processing, and storage of metallic uranium fuel, and (9) materials development for advanced reactor and fusion systems including, supercritical water, supercritical $CO_2$, liquid metal, high temperature gas reactor and cryogenic structural applications.

Professor Ballinger has taught the MIT Nuclear Science and Engineering Department's courses related to fuel development and performance since his joining the faculty. He currently teaches these courses as well as corrosion and chemistry courses in the Department of Materials Science and Engineering.

A038

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

Professor Ballinger spent his sabbatical leave at the EPRI where he participated in the organization and implementation of a new program to improve steam generator reliability. In this capacity he organized and conducted one of the first workshops that brought together the world experts in the area of stress corrosion cracking in alloy 600 to discuss the state of our current knowledge in this area and to make recommendations for future research.

Professor Ballinger has authored or co-authored more than 100 scientific publications and is a member of several professional societies including the National Association of Corrosion Engineers, The American Society for Metals, The Electrochemical Society, The American Nuclear Society, and the American Society for Testing and Materials. Professor is currently Vice Chair/Chair-Elect of the Materials Science and Technology Division of the American Nuclear Society.

Professor Ballinger is a member of the International Cooperative Group on Environmentally Assisted Cracking of Light Water Reactor Materials (ICG-EAC). The ICG-EAC is charged with the development of methodology for understanding of Light Water Reactor (LWR) materials.

Professor Ballinger has served or is serving on several DOE committees dealing with the stabilization, processing and disposition of metallic uranium fuel from the production reactors as well as from research reactors including teams to evaluate options for the Hanford, Savannah River, and INEL sites. He also is, or has been, a member of several DOE committees to evaluate advanced reactor options and materials for these options. These committees include: (1) the DOE Independent Technical Review Group (ITRG): Design Features and Technology Uncertainties for the Next Generation Nuclear Plant. The ITRG was tasked with evaluating options for the Next Generation Nuclear Plant (NGNP), (2) The DOE Power Conversion Unit Study Committee tasked with evaluation options for the NGNP power conversion unit, and (3) the Idaho National Laboratory Materials Review Board.

Professor Ballinger has consults in the nuclear industry in the areas of environmental degradation of materials and failure root cause and analysis. In recent years his focus has been in the steam generator reliability area. Professor Ballinger has been active in the analysis on steam generator tubing failures throughout the industry and has represented the utility as a consultant at the NRC. R&D efforts in his research laboratory have included the development of stress corrosion crack initiation and growth data for actual steam generator tubing under prototypic environmental conditions.

In the regulatory area Professor Ballinger has participated as a voting member of the Advisory Committee on Reactor Safeguards in the area of environmental degradation of steam generator materials and the safety implications of this degradation as a member of the *Ad Hoc* Subcommittee on a Differing Professional Opinion: Voltage-Based Repair Criteria during the September-December 2000 time period. In this capacity Professor Ballinger provided expert input in the steam generator degradation area and gained valuable working experience with the ACRS members and staff.

**A039**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

## 7.0 PUBLICATIONS

R. G. Ballinger, W. G. Dobson, R. R. Biederman, "Oxidation Reaction Kinetics of Zircaloy-2 in an Unlimited Steam Environment," *J. Nuc. Materials*, 62, 2, 3, November 1976.

W. G. Dobson, R. R. Biederman, R. G. Ballinger, "Zircaloy-4 Oxidation in Steam under Transient Oxidizing Conditions," ASTM, STP 663, 1977.

R. G. Ballinger, and R. M. N. Pelloux, "The Anisotropic Mechanical Behavior of Zircaloy-2," Third International Conference on Mechanical Behavior of Materials, Cambridge UK, August 1979, Vol. 2, pp 685-695.

G. S. Was, H. H. Tischner, E. L. Hall, R. M. Latanision, R. G. Ballinger, and R. M. N. Pelloux, "Effects of Heat Treatment on Segregation and Precipitation of Trace Elements in Inconel 600," presented by Environmental Fracture Session 1, Fall Meeting of TMS-AIME, Milwaukee, September 1979.

R. G. Ballinger and R. M. N. Pelloux, "The Effect of Anisotropy on the Mechanical Behavior of Zircaloy-2," *J. Nucl. Materials*, 97, No. 3, April 1981.

R. G. Ballinger, R. Christensen, R. Eilbert, S. Oldberg, E. Rumble, and G. S. Was, "Clad Failure Modeling Progress," Fifth International Conference on Zirconium in the Nuclear Industry, August 1980.

R. G. Ballinger, R. M. Latanision, W. C. Moshier, and R. M. N. Pelloux, "The Role of Uncertainty in the Measurement of Crack Length by Compliance Techniques," International Conference on Subcritical Crack Growth, Freiberg (W. Ger.), May 13-15, 1981, pp 261-285.

R. G. Ballinger et al., "Fission Gas Release and Fuel Reliability at Extended Burnup" Topical Meeting on LWR Extended Burnup, Fuel Performance and Utilization, Williamsburg, VA, April 4-8, 1982, pp 4-35.

C. K. Sheeks, W. C. Moshier, R. G. Ballinger, R. M. Latanision, and R. M. Pelloux, "Fatigue Crack Growth of Alloys X-750 and 600 in Simulated PWR and BWR Environment," International Symposium on Environmental Degradation of Materials in Nuclear Power Systems, Myrtle Beach, S.C., August 22-25, 1983.

R. G. Ballinger, W. C. Moshier, K. N. Siebein, and R. M. Latanision, "A Study of the Thermal Aging Behavior in Alloy 600 Tubing," 9th International Congress on Metallic Corrosion, Toronto, Canada, June 3-7, 1984, pp 265-273

C. K. Sheeks, R. G. Ballinger, R. M. Latanision, "Fatigue Crack Growth of Inconel Alloy X-750 in Simulated PWR and BWR Environments," 9th International Congress on Metallic Corrosion, Toronto, Canada, June 3-7, 1984, pp 310-316.

R. G. Ballinger, G. E. Lucas, and R. M. Pelloux, "The Effect of Plastic Strain on the Evolution of Crystallographic Texture in Zircaloy-2," *J. Nucl. Materials*, 126 (1984), pp 53-69

**A040**