**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

R. G. Ballinger, J. W. Prybylowski, and C. K. Elliott, "Effect of Processing History and Chemistry on the Structure of Nickel Base Superalloys," Second International Symposium on Environmental Degradation of Materials in Nuclear Power Systems - Water Reactors, Monterey, CA, Sept. 9-12, 1985.

R.G. Ballinger, and J. W. Prybylowski, "An Overview of Advanced High Strength Nickel Base Alloys for LWR Applications," EPRI Workshop on Advanced High Strength Materials for LWR Internal Applications, Clearwater Beach, FL, March 12-13, 1986.

J. W. Prybylowski, R. G. Ballinger, "The Influence of Microstructures on Environmentally Assisted Cracking of Alloy 718," Corrosion '86, Houston, TX, March 17-21, 1986.

R. G. Ballinger, et. al. "Low Coefficient of Expansion Structural Materials Development for Conductor Applications," 9th Annual Cryogenic Structural Materials Workshop, Reno, NV, October 6-8, 1986.

J. W. Prybylowski, R. G. Ballinger, "The Influence of Microstructure on Environmentally Assisted Cracking of Alloy 718", *Corrosion*, 43, No.2 (1987), pp 111-117.

J. L. Martin, R. G. Ballinger, et al., "Tensile, Fatigue and Fracture Toughness Properties of a New Low Coefficient of Expansion Cryogenic Structural Alloy, Incoloy 9XA," Int'l Conf. on Cryogenic Materials and Cryogenic Engineering, St. Charles, IL, June 14-18, 1987.

M. Morra, R. G. Ballinger, et al., "Incoloy 9XA, A New Low Coefficient of Thermal Expansion Sheathing Alloy of Use in ICCS Magnets," Int'l Conf. on Cryogenic Materials and Cryogenic Engineering, St. Charles, IL, June 14-15, 1987.

M. M. Steeves, et. al., "The US-DPC. A Poloidal Coil Test Insert for the Japanese Demonstration Poloidal Coil Test Facility," Tenth Int'l Conf. on Magnet Technology, September 21-25, 1987, Boston, MA.

I. S. Hwang, R. G. Ballinger, K. Hosoya, "High Temperature Electrochemistry of Precipitation Hardened Nickel Base Alloys in Aqueous Systems," 172nd Mtg. of the Electrochemical Society, Honolulu, HI, October 18-23, 1987.

J. W. Prybylowski, R. G. Ballinger, and C. Elliott, "Quantitative Analytical Electron Microscopy of Multiphase Alloys," *J. Electron Microscopy Technique*, 11, 1988.

K. Hosoya, R. Ballinger, J. Prybylowski, I.S. Hwang, "The Role of Microstructure in Environmentally Assisted Cracking of Nickel-Base Alloys," *Corrosion*, 44, 1988, pp 838-853.

M. J. Driscoll, et. al., "The MIT In-Pile Loops for Coolant Chemistry and Corrosion Studies," 1988 JAIF Int'l. Conf. on Water Chemistry in Nuclear Power Plant, April 19-22, 1988, Tokyo, Japan.

A041

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

R. G. Ballinger, C. S. Elliott, and I. S. Hwang, "Corrosion Fatigue of Alloy X-750 in Aqueous Environments," Int'l. Conf. on Environment Induced Cracking of Metals, October 2-7, 1988, Kohler, WI

H. Becker, and R. G. Ballinger, "316LN Forgings for Alcator C-Mod; Metallurgical and Design Considerations," 11th Cryogenic Structural Materials Workshop, Colorado Springs, CO, October 18-19, 1988.

I. S. Hwang, R. G. Ballinger, and K. Hosoya, Electrochemistry of Multiphase Nickel-Base Alloys-in Aqueous Systems," J. Electrochemical Society, Vol. 136, No. 7, 1989

Morra, M, R.G. Ballinger, and I.S. Hwang, "The Relationship Between Processing, Sturcture, and Properties of a New High Strength, Low Coefficient of Expansion Alloy for Cryogenic Service," 1989 TMS Annual Meeting, Las Vegas, NV, February 27 - March 2, 1989.

S. C. Luckhardt, et al. "Measurements of Neutron and Gamma Ray Emission Rates and Calorimetry in Electrochemical Cells Having Palladium Cathodes," APS Meeting Baltimore, MD, June 1, 1989.

O. K. Harling, et al. "Engineering Activities at the MIT Research Reactor in Support of Power Reactor Technology." 1989 ANS Reactor Operations Topical Meeting, Charlotte, NC, August 6-9, 1989.

M. Steeves, et. al., "Progress in the Manufacture of the U.S. DPC Test Coil." IEEE Transactions on Magnetics, Vol. 25, No. 2(1989)

D. Albagli et. al., "Measurement of Neutron and Gamma Ray Emission Rates, Other Fusion Products, and Power in Electrochemicasl Cells Having Palladium Cathodes, "J. of Fusion Energy, Vol. 9, No. 2(1990), pp. 133-148.

K Kumar, I.S. Hwang, R.G. Ballinger, C.R. Dauwalter, A. Stecyk, "Analysis of Palladium Cathodes Used for Heavy Water Electrolysis," Fusion Technology, Vol. 19, No. 1(1991), pp. 178-187.

R.L. Tobler, R.P. Reed, I.S. Hwang, M.M. Morra, R.G. Ballinger, H. Nakajima, S. Shimamoto, "Charpy Impact Tests Near Absolute Zero", Journal of Testing & Evaluation, Vol. 19, No. 1(1991), pp 34-40.

I.S. Hwang and R.G. Ballinger, "A Multi-frequency A.C. Potential Drop Technique for the Detection of Small Cracks", J. Meas. Science and Technology, 3 (1992), pp 62-74.

I.S. Hwang, M.M. Morra, R.G. Ballinger, H. Nakajima, S.Shimamoto, and R.L. Tobler, "Charpy Absorbed Energy and $J_{IC}$ As Measures of Cryogenic Fracture Toughness", Journal of Testing and Evaluation, JTEVA, Vol. 20, No. 4, July 1992, pp. 248-258.

A. Turnbull, R. Ballinger, I. Hwang, M. Morra, M. Psaila-Dombrowski. " Hydrogen Treanport in Nickel Base Alloys". Metallurgical Transactions, In Press.

**A042**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

M. Morra, R. Ballinger, I Hwang, "Incoloy 908, A New Low Coefficient of Expansion Alloy For High Strength Cryogenic Applications-Physical Metallurgy". Metallurgical Transactions, In Press.

M.M. Morra, I.S. Hwang, R.G. Ballinger, M.M. Steeves and M.O. Hoenig, "Effect of Cold Work and Heat Treatment on the 4°K Tensile, Fatigue and Fracture Toughness Properties of Incoloy 908", 11th International Conference on Magnet technology (MT-11), Tsukuba, Japan, Aug. 28-Sept. 1, 1989.

A. Turnbull, R.G. Ballinger, I.S. Hwang, and R.M. Gates, "The Influence of Microstructure on Hydrogen Transport in Nickel-Base Alloys", Proceedings of the Fourth International Conference on The Effect of Hydrogen on The Behavior of Materials, Jackson Lake Lodge, Moran, Wyoming, September 12-15, 1989, pp 121-132.

M. Psaila-Dombrowski, A. Turnbull, R. Ballinger, "Implications of Crevice Chemistry for Cracking of BWR Recirculating Inlet Safe-Ends", UK Corrosion 90, Surrey, October 29-31, 1990.

O.K. Harling, G.E. Kohse, M.J. Driscoll, and R.G. Ballinger, "In-Pile Facilities for LWR Materials and Chemistry Studies at the MIT Research Reactor", to be presented at the JAIF Intl. Conf. on Water Chemistry in Nuclear Power Plant, Fukui City, Japan, April 22-25, 1991.

T. Oka, R. Ballinger, I Hwang, "Modelling of Hydrogen Assisted Cracking of Ni-Base Alloy X-750 in Water". International Symposium on Environmental Degradation of Materials in Nuclear Power Systems-Water Reactors, Monterey, CA, 8/25-8/31/91.

P. Lidar, R. Ballinger, I Hwang, " The Use of Potential Drop Techniques for the Evaluation of Environmentally Assisted Cracking of Austenitic Alloys". International Symposium on Environmental Degradation of Materials in Nuclear Power Systems-Water Reactors, Monterey, CA, 8/25-8/31/91.

T. Shoji, K. Yamaki, R. Ballinger, I. Hwang, "Grain Boundary Segregation and Intergranular Stress Corrosion Cracking Susceptibility of Austenitic Stainless Steels in High Temperature Water". International Symposium on Environmental Degradation of Materials in Nuclear Power Systems-Water Reactors, Monterey, CA, 8/25-8/31/91.

J. Murphy, R. Ballinger, H. Becker, D. Gwinn, S. Methew, " Turbogenerator Flywheel For Alcator C-Mod", 14th Symposium on Fusion Engineering, San Diego, CA, 10/1-10/3/91.

I. Hwang, R. Ballinger, M. Morra, M. Steeves, " Mechanical Properties of Incoloy 908-An Update", ICMC/CEC 91, Huntsville AL, 4/1/-4/5/91.

I. S. Hwang, R.G. Ballinger, M.M. Morra, B. Tao, and S. Mathew, " Improved Mechanical Properties of Alloy 718 by Anneal and Direct Aging Process for Nuclear Fusion Applications". International Symposium on the Metallurgy and Applications of Superalloys 718, 625 and Various Derivatives, ASM/NACE, June 23-26, 1991, Pisstburgh, PA, pp 621-634.

A043

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

M. Psaila-Dombrowski, A. Turnbull, and R.G. Ballinger, " Modelling the Electrochemistry in Cracks and Crevices in Boiling Water Reactor Environments", Conference on Life Prediction of Corrodible Structures, Cambridge, U.K., September 23-26, 1991.

R.L. Tobler, R.P. Reed, I.S. Hwang, M.M. Morra, R.G. Ballinger, H. Nakajima, S. Shimamoto, "Charpy Impact Tests Near Absolute Zero", Journal of Testing & Evaluation, Vol. 19, No. 1(1991), pp 34-40.

I.S. Hwang and R.G. Ballinger, "A Multi-frequency A.C. Potential Drop Technique for the Detection of Small Cracks", J. Meas. Science and Technology, 3 (1992), pp 62-74.

I.S. Hwang, M.M. Morra, R.G. Ballinger, H. Nakajima, S.Shimamoto, and R.L. Tobler, "Charpy Absorbed Energy and $J_{IC}$ As Measures of Cryogenic Fracture Toughness", Journal of Testing and Evaluation, JTEVA, Vol. 20, No. 4, July 1992, pp. 248-258.

A. Turnbull, R. Ballinger, I. Hwang, M. Morra, M. Psaila-Dombrowski. " Hydrogen Treanport in Nickel Base Alloys". Metallurgical Transactions, Vol. 23A, Dec. 1992., pp 3231-3244.

M. Morra, R. Ballinger, I Hwang, "Incoloy 908, A New Low Coefficient of Expansion Alloy For High Strength Cryogenic Applications-Physical Metallurgy". Metallurgical Transactions, Vol. 23A, Dec. 1992, pp 3177-3192.

Y. Watanabe, R. Ballinger, O. K. Harling, G.E. Kohse, "Effects of Neutron Irradiation on Transpassive Corrosion Behavior of Austenitic Stainless Steels", *Corrosion* 51 (9), (1995): 651-659

C. H. Jang, I. S. Hwang, R. G. Ballinger, M. M. Steeves, " Development of High Toughness Weld for Incoloy 908", Adv. in Cryogenic Eng., Vol. 340B, 1323-1330.

M. M. Morra, S. Nicol, L. Toma, I. S. Hwang, M. M. Steeves, R. G. Ballinger, " Stress Accelerated Grain Boundary Oxidation of Incoloy Alloy 908 in High Temperature Oxygenous Atmospheres", Adv. in Cryogenic Eng., Vol. 340B, 1291-1298.

R. G. Ballinger, A. B. Johnson, Jr., K. A. Simpson, "Kinetic and Thermodynamic Bases to resolve Issues Regarding Conditioning of Uranium Metal Fuels", DOE Spent Nuclear Fuel Chalanges & Initiatives, Salt Lake City, UT, 12/13-12/16/94.

T. Shoji, S. Suzuki, R. Ballinger, "Theoretical Prediction of SCC Growth Behavior-Threshold and Plateau Growth Rate". Seventh International Symposium on Environmental Degradation of Materials in Nuclear Power Systems-Water Reactors, Breckenridge, CO, 8/7-8/10/95, 881-892.

C. H. Jang, D. C. Grundy, R. G. Ballinger, M. M. Steeves, " Characterization of Simulated Production Welds in Alloy 908", Adv. in Cryogenic Eng., In Press.

M. M. Morra, M. M. Steeves, R. G. Ballinger, "The Effects of Oxygen Concentration, Stress, Temperature and Cold Work on the Constant-Load Stress-Rupture Behavior of Incoloy Alloy 908", Adv. in Cryogenic Eng., In Press.

**A044**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001

B. W. Brisson, R. G. Ballinger, A. R. McIlree, "IGSCC Crack Initiation and Growth in Mill Annealed Alloy 600 Tubing in High Temperature Caustic", *Corrosion*, 54 (7), 1998, pp 504-514.

.B. W. Brisson, R. G. Ballinger, A. R. McIlree, "IGSCC Crack Initiation in Mill Annealed Alloy 600 Tubing in High Temperature Caustic", Eighth International Symposium on Environmental Degradation of Materials in Nuclear Power Systems-Water Reactors, Amelia Island, FL, 8/10-8/14/97.

A. Chatelain, B. Anderson, R. G. Ballinger, G. Wikmark, "Enhanced Corrosion of Zirconium-Base Alloys in Proximity to Other Metals: The Shadow Effect", International Topical Meeting on Light Water Reactor Fuel Performance, Park City, UT, 4/10-4/13/2000.

Y. Long, Y. Yuan, R. G. Ballinger, E.E. Pilat, and M. S. Kazimi,, "A Fission Gas Release Model for High Burnup PWR Thoria Fuel," Nuclear Technology,June, 2002

J. Lim, R. Ballinger, "Development of a Facility for Liquid Metal-Structural Material Interaction", ANS Winter Meeting, Washington, DC, November 10-12, 2000.

J. Wang. and R. G. Ballinger, "An Integrated Fuel Performance Model for the Modular Pebble Bed Reactor", ANS Winter Meeting, Reno, NV, November 2001.

J. Wang. and R. G. Ballinger, "A Fracture Mechanics Based Failure Model for TRISO Fuel Particles", ANS Winter Meeting, Reno, NV, November 2001.

J. Lim, P. W. Stahle, R. G. Ballinger, "A Test System for Experimental Studies of Liquid Metal Structural Material Interaction", ANS Winter Meeting, Reno, NV, November 2001.

C. Y. Wang, R. G. Ballinger, P. W. Stahle, E. Demetri, and M. Koronowski, "Turbo Machinery for an Indirect, Closed, Intercooled, Helium Cycle Pebble Bed Reactor System", ANS Winter Meeting, Reno, NV, November 2001.

A. Kadak, et. Al. "The MIT Pebble Bed Reactor", ANS Winter Meeting, Reno, NV, Nov. 12-15, 2001.

Y. Long, Y. Yuan, M. S. Kazimi, and R. G. Ballinger, "A Fission Gas Release Model for High Burnup Thoria Fuel," Trans. ANS, Reno, NV, Nov. 2001.

M. Takayasu, R. G. Ballinger, R. B. Goldfarb, A. A. Squitieri, P. J. Lee, and D. C. Larbalestier "Multifilamentary $Nb_3Sn$ Wires Reacted in Hydrogen Gas Environment", , Presented at CEC-ICMC 2001, I-09A-04, submitted to Advances in Cryogenic Engineering

C. Y. Wang, R. G. Ballinger, P. W. Stahle, E. Demetri, and M. Koronowski, "Design of a Power Conversion System for an Indirect Cycle, Helium Cooled, Pebble Bed Reactor System, HTR-2002, Petten, Netherlands, April 22-24, 2002, pp 164-174.

27

**A045**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

Y. Long, R. G. Ballinger, J. E. Meyer and M. S. Kazimi, "RIA Investigation for High Burnup ThO2-UO2 Fuel," ANS Annual Meeting, Hollywood, FL, June 2002

Y. Long, Y. Yuan, R. G. Ballinger, E.E. Pilat, and M. S. Kazimi,, "A Fission Gas Release Model for High Burnup PWR Thoria Fuel," Nuclear Technology, Vol. 138, No. 3, June, 2002

B. Andersson, M. Limback, G. Wikmark, E. Hauso, T. Johnsen, R. G. Ballinger, and A. C. Nystrand, " Test Reactor Studies of the Shadow Corrosion Phenomena", Zirconium in the Nuclear Industry: Thirteenth International Symposium, ASTM STP 1423, G. D. Moan and P. Rudling, Eds., ASTM International, West Conshohocken, PA 2002, pp. 583-615. **NOTE: This paper was the awarded the John Schemel best paper award.**

J. Lim, R. G. Ballinger, and P. W. Stahle, "Experimental Study of the Corrosion of Fe-Si Alloys in Liquid Pb," ANS Annual Winter Meeting, Washington, DC, November 2002

H. J. Maclean, and R. G. Ballinger, "Silver Migration and Release in Thin Silicon Carbide," ANS Annual Winter Meeting, Washington, DC, November 2002.

C. Wang, R. G. Ballinger, H. C. No, "Dynamic Modeling of Modular Pebble Bed Reactor System," ANS Annual Winter Meeting, Washington, DC, November 2002.

J. Lim, R. G. Ballinger, E. Loewen, "The Effect of Silicon on the Corrosion of Iron in Lead-Bismuth Eutectic", Invited paper for Eleventh International Conference on Nuclear Engineering", ICONE-11, Tokyo, Japan, April 20-23, 2003.

J. Wang, R. G. Ballinger, "The Effect of Design and Uncertainty on Coated Particle Fuel Reliability", ANS Annual Summer Meeting, San Diego, CA June 1-5, 2003

J. Lim, R. G. Ballinger, P. W. Stahle, "Experimental Studies on the Corrosion of Fe-Si, Fe-Cr, and FeOCr-Si Alloys in Pb-Bi Eutectic", ANS Annual Summer Meeting, San Diego, CA June 1-5, 2003.

J. Lim, R. G. Ballinger, P. W. Stahle, "Fe-Cr-Si Alloy Development for Pb-Bi Eutectic Service", Global 2003, New Orleans, LA, November 16-20, 2003.

H. J. Maclean, and R. G. Ballinger, "Silver Migration in SiC: A New Perspective", Global 2003, New Orleans, LA, November 16-20, 2003.

J. Wang, R. G. Ballinger, "An Improved Coated Particle Fuel Failure Model", Global 2003, New Orleans, LA, November 16-20, 2003.

Wang, J., MacLean, H., Ballinger, R. G., "An Integrated Fuel Performance Model for the Modular Pebble Bed Reactor", Nuclear Technology, Vol. 147, No 4, October 2004

**A046**

**Altran Solutions**
**Expert Witness Disclosures 11-0542-00-LR-001**

Ballinger, R. G, and Lim, J. "An Overview of Corrosion Issues for the Design and Operation of lead and Lead-Bismuth Cooled Reactor Systems", Nuclear Technology, Vol. 147, No. 3, September, 2004, pp. 418-435.

Loewen, E. P., Ballinger, R. G., and Lim, J. "Corrosion Studies in Support of a Medium Power Lead Cooled Reactor", Nuclear Technology, Vol. 147, No. 3, September 2004, pp. 436-457.

J. Wang, R. G. Ballinger, J. T. Diecker, "Design Optimization and Analysis of Coated Particle Fuel Using Advanced Fuel Performance Modeling Techniques", Second Topical Meeting on High Temperature Reactors 2004 (HTR-2004), Beijing, China, September 22-24, 2004.

J. Wang, R. G. Ballinger, "Fracture Mechanics Based Coated Particle Fuel Failure Models", Second Topical Meeting on High Temperature Reactors 2004 (HTR-2004), Beijing, China, September 22-24, 2004.

J. Wang, R. G. Ballinger, H. J. MacLean, J. T. Diecker, "TIMCOAT: An Integrated Fuel Performance Model for Coated Particle Duel", Second Topical Meeting on High Temperature Reactors 2004 (HTR-2004), Beijing, China, September 22-24, 2004.

H. J. MacLean, R. G. Ballinger, "Silver Ion ImPlantation and Annealing in CVD Silicon Carbide: The Effect of Temperature on Silver Migration", Second Topical Meeting on High Temperature Reactors 2004 (HTR-2004), Beijing, China, September 22-24, 2004.

C. Wang, R. G. Ballinger, P. W. Stahle, E. Dimetri, M. Koronowski, „Power Conversion System Design for an Indirect Cycle, Helium Cooled Pebble Bed Reactor System", ANS Annual Winter Meeting, Washington, DC November 15-18, 2004.

MacLean, H. J., Ballinger, R. G., Kolaya, L. E., Simonson, S. A., Lewsi, N., and Hanson, M. E., "The Effect of Annealing at 1500°C on Migration and Release of Ion ImPlanted Silver in CVD Silicon Carbide", Journal of Nuclear Materials, In Press.

Books

R. G. Ballinger, The Anisotropic Mechanical Behavior of Zircaloy-2, Garland Publishing Co., Inc., New York, 1979.

**8.0    PRIOR TESTIMONY**

During the last 4 years Professor Ballinger's expert witness involvement has been limited to involvement in arbitrations only. No depositions have been taken and no recorded testimony at hearings has occurred.

**9.0    COMPENSATION**

The hourly rate for this work was $208.00.

**A047**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 1 of 8

# ATTACHMENT 1 – Report Figures

A048

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 2 of 8



**Figure 1. Plot of opacity, CDS inlet temperature, CDS outlet temperature and CDS valve position vs. time for Unit #2 (January 2003 to 2004). Only full power points are plotted.**

A-2

A049

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 3 of 8



**Figure 2. Plot of Unit 2 CDS valve position and CDS inlet temperature as a function of time for the year 2003. Only full power points plotted.**

A050

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 4 of 8



**Figure 3.  Plot of CDS spray valve position vs. CDS inlet temperature for Unit #2.  Only full power data plotted.**

A051

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 5 of 8



**Figure 4.  Photographs showing poor nozzle installation and clogging.**

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 6 of 8



**Figure 5. CDS spray water chloride concentration and opacity as a function of time for the period October 15, 2003 to January 29, 2004.**

A-6

A053

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 7 of 8



**Figure 6.  Opacity vs. chloride concentration for Unit #1 over the period October 15, 2003 to January 29, 2004.**

A054

Altran Solutions
Expert Witness Disclosures 11-0542-00-LR-001
Attachment 1
Page 8 of 8



**Figure 7. Expanded plot of Unit 2 CDS valve position and CDS inlet temperature as a function of time for the period July-November 2003. Only full power points plotted.**

A055

Page 1

1            IN UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4    AES PUERTO RICO, LP,     )

5          Plaintiff,          )

6              v.              ) Case No:   04-1281JJF

7    ALSTOM POWER, INC.,       )

8          Defendant.          )

9              - - - - - - - - - - -

10

11            VIDEOTAPED DEPOSITION OF

12            MARLIN H. ANDERSON, Ph.D.

13

14            Wednesday, April 12, 2006

15

16

17

18

19                      ORIGINAL

20

21    Reported by:  Lori G. Mackenzie, RPR

22    Job No:   173882

**A056**

**Marlin Anderson, Ph.D.**

Page 23

1    you work with circulating dry scrubbers?

2          A.    No.  We did not.  We've worked -- in

3    just going ahead, if I may, and give some

4    history, in terms of, I've worked with fluidized

5    bed combusters through EPRI and with APCO

6    Services.

7                I've also worked with a type of

8    scrubber that is a wet scrubber and I've worked

9    with dry scrubbers in what is called a spray

10   drier.

11               But, this is the first situation

12   where I have worked with a circulating bed dry

13   scrubber.

14         Q.    So, you have not worked with a

15   circulating dry scrubber prior to this

16   engagement?

17         A.    That is correct.

18               MR. VITTORIA:  Try to let her finish

19   her questions before you start.

20               THE WITNESS:  I'm sorry, yes.

21   BY MS. SAGERSON:

22         Q.    And what is a spray drier?

**A057**

**Marlin Anderson, Ph.D.**

Page 72

1      Q.    And are you aware that there is more

2    than one volume?

3      A.    Yes.  I am aware.

4      Q.    Did you review all of the volumes?

5      A.    I reviewed, to my recollection, and

6    this is as I sit here, I can only recall two

7    volumes that I reviewed as far as in bound form.

8      Q.    And if you skip down two sentences,

9    the next sentence reads:  "In order to ensure

10    that the temperature be maintained above these

11    levels, wet bulb temperature measurements were to

12    be made frequently during the early operation of

13    the equipment."

14            Do you see that?

15      A.    Yes.

16      Q.    And what's the basis for that

17    statement?

18      A.    That's based upon, again, the

19    operations and maintenance manual, and what was

20    to be done during the startup phase of the unit,

21    how often they would be taken.

22      Q.    So, you were pulling that

**A058**

**Marlin  Anderson, Ph.D.**

Page 73

1    information out of the O&M manuals that we just

2    discussed?

3          A.    Yes.

4          Q.    And how frequently were wet bulb

5    temperatures to be made during the early

6    operation of the equipment?

7          A.    To the best of my recollection, and

8    this may have, if I had the manuals before me I

9    might alter it some.

10          But, as I recall, it was to be done

11    on a per-shift basis, initially.  And it was to

12    be done at various operating conditions, various

13    loads, that sort of thing, to establish an

14    operating trend.

15          Q.    The next sentence says:  "This was

16    to be done so that operating temperatures for

17    various loads and operating conditions could be

18    established.

19          "Wet bulb temperatures were to be

20    done less frequently once the relationships

21    between load, chloride content, and dewpoint

22    temperatures were established."

**A059**

**Marlin Anderson, Ph.D.**

Page 160

1    Q.    So, it requires a Ph.D. to draw the

2    conclusion that --

3         A.    No.  But, it requires --

4              MR. VITTORIA:  Let her finish the

5    question.

6              THE WITNESS:  Sorry.

7    BY MS. SAGERSON:

8         Q.    Does it require a Ph.D. to draw the

9    conclusion that you need to know the chloride

10   content of the ash in order to set the CDS outlet

11   temperature?

12        A.    Definitely not, no.  But, it does

13   require some knowledge, knowledge that you can

14   gain either through training, or in this case,

15   probably much less education than a Ph.D., maybe

16   even less than a degree in physics at the

17   baccalaureate level.

18              But, it does require some knowledge

19   of the process and how it operates.

20        Q.    What experience do you have with

21   CDSs prior to this engagement?

22        A.    As I've previously answered, this is

A060

**Marlin Anderson, Ph.D.**

Page 161

1    the first circulating dry scrubber that I've

2    worked with.

3         Q.    So, what about your education or

4    experience would permit you to draw an expert

5    conclusion that without knowing the chloride

6    content of the ash samples, it's not possible to

7    determine the correct CDS outlet temperature?

8         A.    The fact that I'm able to read an

9    operation and maintenance manual, and see that,

10   as the chloride content increases, I need to

11   adjust my temperature in order to compensate for

12   that increase in chlorides, and that requires

13   being able to read and follow the instructions in

14   the manual.

15        Q.    Did you find the instructions in the

16   EEC manual to be complicated?

17        A.    I did not.

18        Q.    You reached this determination from

19   reading the EEC manual; is that correct?

20        A.    I'm using that as the basis for

21   making this statement, yes.

22        Q.    What is water conductivity?

Esquire Deposition Services

DC 1-800-441-3376    MD 1-800-539-6398    VA 1-800-752-8979

**Marlin Anderson, Ph.D.**

Page 186

1    that I really can't answer, because I do not know

2    your background or your knowledge, or how you

3    would interpret something that you saw.

4              I do not know whether you've been

5    made aware of that.  So, that's something that I

6    cannot answer that question.

7    BY MS. SAGERSON:

8         Q.     You saw an e-mail correspondence, or

9    some form of correspondence between Mr. Stinson

10   and Mr. Toher, correct?

11        A.     Yes.

12        Q.     And in reading that correspondence,

13   in whatever form it came in, it indicated that

14   AES personnel were not understanding how to

15   interpret the results of the broomstick test; is

16   that correct?

17        A.     That is correct.

18        Q.     Did you just read words on the page

19   that said that?

20        A.     That's basically what I did, yes, I

21   read the words on the page.

22        Q.     Is there anything in particular or

**Esquire Deposition Services**
DC 1-800-441-3376          MD 1-800-539-6398          VA 1-800-752-8979

Marlin Anderson, Ph.D.

Page 294

1              THE WITNESS:  I've never worked with

2     a CDS before, no.  I've work with many

3     precipitators.  And I also have significant

4     knowledge about corrosion and that sort of thing.

5     BY MS. SAGERSON:

6         Q.     The next paragraph it says:  It is

7     my understanding that Core 10 replacement plates

8     were delivered to the plant in the spring of

9     2004.

10             "These plates were stored in an open

11     field at the time of my visit in 2005.  Many of

12     these plates were damaged beyond use due to

13     improper storage and will have to be replaced."

14             What's the basis for that last

15     statement?

16         A.     Observation.  These plates were out

17     in the field.  When you look at them, these

18     plates are roughly 12 feet by 50 feet, very thin

19     steel.

20             They are stacked with the 50 feet in

21     this direction, and in many cases what has

22     happened where they were attached at the top

**A063**

**Marlin Anderson, Ph.D.**

Page 297

1    a layperson's opinion that you're offering?

2              MR. VITTORIA:  Objection to the

3    form.

4              THE WITNESS:  It is my opinion,

5    based upon my reading of the O&M manual and the

6    contract, what was required under the contract in

7    terms of the warranty.

8              And, since I am not a lawyer, I

9    guess, I would have to say that that's a lay

10   opinion, but it's based upon my reading of the

11   contract.

12   BY MS. SAGERSON:

13        Q.    Okay.  We're done with Exhibit 1 for

14   now.

15              (Anderson Exhibit Number 2

16              marked for identification.)

17   BY MS. SAGERSON:

18        Q.    You've been handed what has been

19   marked as Exhibit Number 2.  Once you have had a

20   chance, if you could just briefly flip through

21   it, I will ask you if you recognize this

22   document.

A064

**Marlin Anderson, Ph.D.**

Page 332

```
 1              CERTIFICATE OF COURT REPORTER

 2      STATE OF MARYLAND )

 3      COUNTY OF ANNE ARUNDEL)

 4          I, LORI G. MACKENZIE, the reporter before

 5      whom the foregoing deposition was taken, do

 6      hereby certify that the witness whose testimony

 7      appears in the foregoing deposition was sworn by

 8      me; that the testimony of said witness was taken

 9      by me in machine shorthand and thereafter

10      transcribed by computer-aided transcription; that

11      said deposition is a true record of the testimony

12      given by said witness; that I am neither counsel

13      for, related to, nor employed by any of the

14      parties to the action in which this deposition

15      was taken; and, further, that I am not a relative

16      or employee of any attorney or counsel employed

17      by the parties hereto, or financially or

18      otherwise interested in the outcome of this

19      action.

20              LORI G. MACKENZIE

                Notary Public in and for the

21              State of Maryland

22      My Commission expires August 1, 2009
```

A065



EXHIBIT 1
Anderson
4/12/06  UM

**Evaluation of the Operations and Maintenance of the Air Pollution Control Equipment at the AES Puerto Rico Facility in Guayama, Puerto Rico**

# I. BACKGROUND

Dr. Marlin Anderson, co-owner and president of APCO Services, Incorporated, has been asked by Ober|Kaler to render an opinion concerning the air pollution control equipment associated with two generating units at the AES Puerto Rico facility in Guayama, Puerto Rico. The facility began commercial operation in November, 2002 after initial startup of the units during the late spring and early summer of that year. Excessive corrosion of precipitator internals was discovered in the Unit #2 precipitator in November, 2003 and in the Unit #1 precipitator in January, 2004.

The Guayama facility has two generating units, each capable of generating 226 MW (net). They also provide process steam to nearby manufacturing facilities. Steam is generated by fluidized bed combustors (FBC); the combustors are followed by fluidized heat exchangers (FBHE). The coal used to fire the combustors contains a maximum of 1% sulfur and 0.1% chlorine by weight. Limestone is used in the bed material of the FBC to remove 70-80% of the sulfur oxides from the flue gas. Additional sulfur oxides are removed in the CDS using hydrated lime, $Ca(OH)_2$. The Plant's cooling tower uses secondary waste effluent water from the Puerto Rico Aqueduct and Sewer Authority (PRASA). Water from cooling tower blow-down is processed in a reverse osmosis (RO) system and sidestream softener. The RO reject water and some of the waste water from the softener makes up much of the water used to reduce the temperature of the gas in the circulating dry scrubber (CDS or scrubber) vessel. Reducing gas temperature and increasing the moisture content increases the reaction rate of the sulfur oxide scrubbing. A dense bed of hydrated lime and fly ash is used in the scrubbing vessel to bring the gas into intimate contact with the hydrated lime. The electrostatic precipitator (ESP) following the scrubber removes particulate from the gas stream before the gas exits the stack.

# II. ANALYSIS AND CONCLUSIONS

It is my opinion that the corrosion of the precipitator plates in the ESP was caused by below dew point operation and moisture carryover from the CDS. The corrosion warranty offered with the equipment was based upon operating the CDS and ESP in a prescribed manner with regard to water and coal chloride content. The warranty also required that the equipment be maintained as prescribed in the operations and maintenance manual provided with the equipment (the Operations and Maintenance Manuals or O&M Manuals) and that proper records be maintained.

## A. Precipitator Inlet Temperature

It is critical that the temperature of the flue gas entering the ESP be well above the moisture dew point and that there is no moisture carryover into the ESP. In the presence of moisture, the salts produced by the scrubbing process, as well as residual acids, are very corrosive on the mild steel collecting plates. For that reason, the Operations and

**A066**

Maintenance Manuals from the manufacturer of this equipment contain very specific instructions regarding the operation and maintenance of the equipment to avoid moisture carryover and limit the risk of corrosion.

It is my opinion that AES Puerto Rico (AES) has failed to operate the air pollution control equipment in accordance with the procedures set forth in the Operation and Maintenance Manuals. The Operations and Maintenance Manuals state that the temperature of the gas entering the ESP is dependent upon the chloride content of the CDS cooling water and the chlorine content of the coal. A nominal 30°F approach to adiabatic saturation temperature is to be used for low chloride concentrations with the approach temperature rising to 50°F at the highest allowable concentrations. In order to ensure that the temperature be maintained above these levels, wet bulb temperature measurements were to be made frequently during the early operation of the equipment. This was to be done so that operating temperatures for various loads and operating conditions could be established. Wet bulb temperatures were to be done less frequently once the relationships between load, chloride content and dew point temperatures were established. The Operations and Maintenance Manuals required that these wet bulb temperatures and the operating conditions associated with each measurement be recorded along with other measurements and operating conditions and that these records be properly maintained.

Such records are intended, among other things, to assist the operator in monitoring the on-going operation and maintenance of the equipment. In the event that a claim is made on the warranty, such records also provide the basis for determining whether the operator of the equipment has satisfied its obligation to operate and maintain the equipment in accordance with the procedures set forth in the Operations and Maintenance Manuals. The incomplete records maintained by AES prior to the discovery of the corrosion are not sufficient to demonstrate that it operated and maintained the CDS and ESP in accordance with the procedures in the Manuals.

## B. Wet Bulb Temperature Measurements

The documents and testimony that I have reviewed indicate that an insufficient number of wet bulb temperatures were taken and many of those taken were taken at locations which would not accurately describe the wet bulb temperature at the precipitator inlet. The wet bulb temperature should include the moisture being added to the flue gas stream in the scrubber after the water has evaporated. This means that the wet bulb temperature should be taken at a location between the outlet of the scrubber and the inlet of the precipitator. Taking wet bulb temperatures upstream of the scrubber would yield an artificially low wet bulb temperature, since the moisture added in the scrubber would not be included. Taking wet bulb temperatures downstream of the precipitator, as some AES employees indicated, would also bias the wet bulb temperature toward lower levels, due to the introduction of purge air into the precipitator and in-leakage through rotary air lock valves.

There are records indicating that wet bulb temperatures of 129-131°F were obtained at times, while CDS operating temperatures were 148-150°F. Thus, the operating

2

**A067**

temperature was significantly lower than the 30°F approach to adiabatic saturation temperature minimum required for low chloride concentrations. Some correspondence reviewed indicated that long periods of operation were done at temperatures of 20-25°F approach to adiabatic saturation. Operating the air pollution control equipment (APCE) in this manner was a definite failure to operate in accordance with the O & M Manual.

The EEC design specifications listed a maximum continuous CDS inlet temperature 280°F corresponding to a design flow rate of 911,586 ACFM (actual cubic feet per minute). The calculated flue gas moisture at design inlet conditions was 9.34%. Reducing the gas temperature to 156°F at the exit of the CDS was calculated to increase the moisture content of the gas to 13.5%. This would have led to a wet bulb temperature of approximately 126°F. The average Unit #1 CDS inlet temperature recorded by the DCS at the beginning of 2003 was approximately 265°F. The average inlet temperature steadily increased from 165°F to approximately 285°F by the end of that year. The increase in CDS inlet temperature with time was seen at all loads. This increase in temperature would have required a greater volume of water per volume of flue gas in order to lower the flue gas temperature to a CDS outlet temperature of 150-155°F at which AES was operating. The trend of the CDS spray-water control value position shows a decrease in valve position corresponding to the increase in CDS inlet temperature confirming the increase in water flow needed to cool the gas stream to the desired temperature. The increase in gas moisture would have increased the wet-bulb temperature, which would have decreased the approach to adiabatic saturation temperature. Assuming the mass of gas being treated did not change, approximately 163 GPM of water would have been required to reduce the temperature of the gas from 285°F to 155°F and the approach to adiabatic saturation temperature would have decreased to approximately18°F if the outlet temperature remained constant, well below the temperature values that were specified in the O & M manual.

Because the wet bulb temperature was often taken at the incorrect location, the approach to adiabatic saturation was probably even lower than the 20°-25°F range. As a result, it is my opinion that AES failed to measure the wet bulb temperature correctly and often enough and operated the CDS at temperatures below the 30°F approach temperature. This was done in what apparently was a mistaken attempt to minimize opacity excursions. It was later learned that there was little difference in opacity, if any, between operating at an ESP inlet temperature of 155°F and operating at a temperature of 175°F. Instead, the opacity problem was found to be primarily due to ash re-entraining from the hoppers, air in-leakage through rotary valves in the hoppers, and rapping the collector plates too infrequently.

The chloride content of the ash affects the evaporation rate of the moisture added to the gas stream. This is the reason that, as indicated in the Manuals, the approach to adiabatic saturation temperature must be increased as the chlorides being introduced into the system are increased. The O&M Manuals specify that a higher CDS outlet temperature be used with high chlorides in the ash. Plant personnel were required to take water and ash samples and analyze for chloride levels on a regular basis. These data were to be recorded and records kept. Without these results, it is not possible to determine the

3

**A068**

correct CDS outlet temperature. Data showing a strong correlation between water conductivity and chloride concentration (as suggested in the Manuals) were developed in February 2004 from data taken during the fall of 2003, long after the corrosion problem was discovered. Little data were found that showed the chloride concentration in the precipitator ash. Nevertheless, AES could have collected the data as required in the Operation and Maintenance Manuals but failed to do so and then use the data to set the CDS outlet temperature in the manner prescribed in the Manuals.

## C. Scrubber Spill-Back Nozzles

High volume spill-back atomizing nozzles are used to introduce moisture into the scrubber. These nozzles, when properly maintained, introduce water droplets having a mass median diameter on the order of 100 microns. The scrubber is designed so that the residence time of the gas within the scrubber vessel is long enough to allow for complete evaporation of droplets of this size or less. According to the Operations and Maintenance Manuals, nozzles were to be cleaned and inspected once per shift during initial operation of the scrubber and records kept. Spray patterns were to be observed on a regular basis with nozzle tips and swirl plates being replaced, as needed, to ensure proper spray patterns from the nozzles. Test stands were provided for testing nozzles and spare spray lances were also supplied. Plant personnel were instructed in procedures for testing the nozzles and what indications would indicate an improperly operating nozzle. The "broomstick" test was to be used to determine if nozzles were not performing properly.

The documents that I have reviewed indicate that AES personnel did not understand how to interpret the results of the "broomstick" test. According to these documents, AES personnel viewed the presence of wet ash to be acceptable on many "broomstick" tests. Instead, wet ash would indicate a poorly performing nozzle. The failure to correctly interpret the results of the "broomstick" test would result in a failure to detect and correct problems with poorly performing nozzles, and the documents that I have reviewed indicate that this occurred.

In leakage of tramp air can be very detrimental to both scrubber and precipitator performance. It can also lead to accelerated corrosion due to localized cooling of metal surfaces. For this reason, the Operations & Maintenance Manuals stress that all doors and other penetrations be properly sealed in order to avoid in leakage. During a visit to the plant in October 2005, it was noted that only one bolt and nut was installed on each CDS water lance flanges instead of the three required. This was seen on both units. There are documents in evidence that state that this was a reoccurring practice. Not only was this a possible source for in-leakage, but the potential for a high velocity jet of air hitting the nozzle spray pattern could distort the spray and reduce the evaporation rate in localized regions. This obvious deficiency is evidence of generally poor maintenance practices and violates the requirements in the Manuals.

Operating logs and daily reports recorded several instances where scrubber hoppers and/or air slides were plugged due to moist ash. This would be indicative of over spraying of water or poor atomization of the water being injected. Wet ash in these areas would increase the probability that wet ash or moisture droplets were being carried over

A069

into the precipitator. In either case, this would lead to moist deposits on the precipitator plates and an increase in the rate of corrosion.

## D. Soot Blowing

The Operations and Maintenance Manual also required that the precipitator inlet temperature be increased during soot blowing, since soot blowing increases the moisture content of the flue gas and, thereby, raises the dew point temperature. This increase in operating temperature was to be done automatically through the distributive control system (DCS), or manually by the operator. EEC provided logic to adjust the CDS outlet temperature when soot blowing to ALSTOM, and ALSTOM furnished that logic to Duke/Fluor Daniel, the prime contractor for the Project. The DCS was not in ALSTOM's scope of work. As a result, ALSTOM is not responsible for any failure to incorporate the logic provided by EEC in the DCS. The documents that I have reviewed indicate that AES did not automatically or manually adjust the outlet temperature of the CDS during soot blowing as required in the Operations and Maintenance Manuals. Contrary to the opinions of others, it is my opinion that the additional moisture introduced into the system during soot blowing is sufficient to require that this procedure be followed to minimize the risk of corrosion. While the increase in wet bulb temperature might be only 1.5-2°F at full-load during soot blowing, it could be a factor of 2 higher than this at half-load.

## E. Early Operating Experience

In sum, AES failed to operate and maintain the equipment in accordance with the Operations and Maintenance Manuals supplied with the equipment prior to the discovery of the extensive damage to the precipitator collecting plates. This included failure to measure pertinent operating parameters, failure to maintain proper records, failure to clean and maintain spray nozzles as required, and operating at CDS outlet temperatures lower than those specified for specific operating conditions. The failure to operate and maintain the equipment in accordance with the procedures in the Operations and Maintenance Manuals created a significantly greater risk of corrosion.

During the commissioning period and following the turnover of the units to AES, the plant experienced problems with stack opacity and particulate emissions from the precipitator. Tests indicated high velocities in the hoppers below the collection zones of the precipitator. Also, there was evidence that air was leaking by the seals in the rotary valves isolating the hoppers from the air slides. Additional baffling was added to the hoppers to minimize the gas flow below the collecting plates, and the rotary valves on the fifth and sixth rows of hoppers were replaced by double dump valves.

While these changes improved performance, occasional opacity exceedences continued to occur during normal operations in the summer and fall of 2003. Many of the opacity violations were traced to operational problems such as: startup and shutdown of the CDS system, high hopper levels, TR set trips due to high hopper levels, wet ash in CDS hoppers and other malfunctions. Several theories as to the cause of other opacity violations were put forth. One was that high chlorides were leading to high spark rates, causing tripping of TR sets leading to the opacity spikes. It was further felt that operating

**A070**

at higher temperature might be exacerbating the chloride issue. AES apparently believed that lowering the CDS outlet temperature improved precipitator performance and reduced opacity violations. Both units were operated by AES at approximately 150°F CDS outlet temperature for most of 2003. It is my opinion that, at this temperature, there were extended periods of time when the unit was operating well below 30°F approach to adiabatic saturation temperature, even with moderate chlorides in the ash and flue gas.

During much of this period, fly ash from the precipitator was being re-circulated through the boiler in order to enhance limestone utilization. This had the potential of increasing the chloride content in the ash. The chloride compounds tend to volatize at the FBC temperatures freeing chlorine which reacts with moisture to form hydrochloric acid. The acid will react with lime at lower temperatures to form calcium chloride, but the net effect of this reaction is to increase the chlorine content of the ash. This process continues until a new equilibrium in mass balance is reached. A similar phenomenon is seen with the buildup of alkali metals in cement kilns where the alkali in the kiln dust can be as much as an order of magnitude higher than that seen in the raw feed. Although required to do so in the Operations and Maintenance Manuals, AES also failed to monitor the chloride content of the ash until the fall of 2003, even though EEC and ALSTOM personnel had requested this information on several occasions.

August and September 2003 were months in which a number of the reportable opacity violations were experienced. A review of these data indicate that most violations were short in duration, 1-3 violations within a one-hour period with relatively long periods of acceptable operation between violations. Only two examples were found during these months where the hourly average opacity exceeded the limit. In most cases, the hourly average opacity was well below the 20% limit for the hour in which the violations occurred. As an example, on September 2, there were four six-minute average violations in a period of 24 minutes with the highest average opacity being 35.3%. Prior to this period, the six-minute averages ranged from 8-23%, and after the six-minute average ranged from 6-13%. The hourly average, for the hour in question, was 18% with the hourly averages for the day ranging from 4-18%. Chloride content of the ash or of the cooling water would not vary rapidly enough to generate the isolated incidences of violation.

Data correlating opacity to chloride concentration in the water at 155°F and at 165-171°F show a very limited increase in hourly-average opacity with an increase in chloride content for both temperatures. There was also a limited increase in opacity with temperature. In both cases, however, opacity violations were not seen. The time periods over which the data were obtained were 10/15/2003 to 11/23/2003 for the 155°F results and 12/2/2003 through 1/29/2004 for the 165-171°F results. In both cases, significant scatter was seen in the data. A linear fit indicated that opacity ranged from approximately 0.5% to 3.1% for chlorides ranging from 0-3,500 ppm for the 155°F data and opacity ranged from 1.5%-4.3% for a chloride range of 0-3,000 ppm for the higher temperature data at 165°-171°F. This limited increase in opacity is most likely due to an increase in chloride content, and an increase in concentration of fine particulate corresponding with the increase in chlorides. The increase in opacity associated with the

A071

increase in temperature was most likely due to the approximately 4% increases in volume of gas being treated, due to the increase in temperature. In both cases, however, opacity was well below the 20% limit. Based on these results, it is my opinion that the pollution control equipment was capable of operating as designed at higher temperatures with higher chlorides and could control opacity within the specified limits. This opinion is also based on my analysis of fly ash resistivity.

## F. Ash Resistivity

Fly ash resistivity has a significant impact on precipitator performance. Resistivity has a strong dependence upon chemical composition of the ash, flue gas composition and temperature. Resistivity also influences the voltages and currents obtainable in an electrostatic precipitator. Coal and ash chemistry for an August 15, 2002 coal sample were used to predict resistivity as a function of temperature using a model developed at Southern Research Institute by Dr. Roy Bickelhaupt. These results are presented as an attachment. A moisture concentration of 14% was assumed for the predictions, since this was the moisture level measured during compliance testing. One curve presented in the figure was calculated assuming no $SO_3$ and a second showing the predicted resistivity with a calculated amount of $SO_3$, based upon a correlation between $SO_2$ and $SO_3$. The AES ash should contain little or no $SO_3$. Also, the coal ash chemistry would not be representative of the ash being collected in the precipitators. For that reason, a laboratory measured resistivity curve for cement dust, measured with 14% moisture concentration, is also included in the plot. Cement kiln dust has high calcium content and some other components similar to those one would see in the AES fly ash. Thus, it is my opinion that the resistivity as a function of temperature for the AES ash would be bounded by the upper and lower curves of Figure 2.

7

**A072**

| | |
|---|---|
| O.O.S.<br>2-1 | 40kV  58mA<br>2-2 |
| O.O.S.<br>2-3 | 46kV  12mA<br>2-4 |
| O.O.S.<br>2-5 | 29kV  10mA<br>2-6 |
| 69kV    96mA<br>2-7 | 70kV  189mA<br>2-8 |
| 69kV  664mA<br>2-9 | 69kV  941mA<br>2-10 |
| 69kV  864mA<br>2-11 | 64kV  1137mA<br>2-12 |

All but 2-12 @ kV limits

2-12 @ primary current limit

O.O.S. - Out of Service

Figure 2.  Unit #2 Precipitator Electrical Readings, 10/21/05

The ideal range of resistivity for good electrostatic precipitator performance is $1\text{-}2 \times 10^{10}$ ohm-cm.  Higher resistivity tends to lower precipitator power levels while much lower resistivities have a tendency to increase re-entrainment.  Based upon the data presented in Figure 1, I conclude that increasing the temperature from 150°F to 176°F would have no detrimental affect on electrical conditions and could benefit performance by reducing re-entrainment.

**G.  Observed Performance**

During the site visit in October 2005, Unit #2 was in operation with three of the twelve TR sets out of service.  Opacity was still in the 3-4% range.  Figure 1 is a diagram showing the location of the TR sets that were out of service.  The voltage and current readings for the sets that were in service are also given.  Secondary voltage limits were reduced in order to eliminate sparking on the three inlet fields.  All fields except Field 2-12 were operating at secondary voltage limit, while Field 2-12 was operating at secondary current limit.  None of the fields were sparking.  Opacity was still in the 3-4% range.  The guarantee states that the precipitators should be able to maintain compliance with one field out of service.  In this case, three fields were out of service and power was limited to the three inlet fields of the other chamber with the precipitator still being able to maintain compliance with emission requirements.

The data referred to earlier regarding opacity versus chloride concentration in the water at 165-171°F also give a clear indication that the precipitators are capable of operating as

A073

designed. Both resistivity calculations and electrical data indicate that resistivity is not limiting performance. The above electrical readings were taken after the damage to the plates had occurred. Even with three TR sets out of service and damaged plates in several fields, the precipitator is able to maintain compliance. During the visit an internal inspection of the Unit #1 precipitator indicated that little if any additional corrosion damage had been experienced since the operating temperature had been raised. Based on observations, it is my opinion that the air pollution control equipment is capable of operating as designed.

**H.  AES' Responsibilities**

AES is part of a large corporate family that owns and operates a number of power-generating stations worldwide. AES should have a competent engineering staff capable of understanding the ramifications of operating equipment in a prescribed manner. As required under their contracts, ALSTOM and EEC provided technical advice and training during the startup and commissioning phase of the Puerto Rico plant. However, this did not relieve AES of its responsibility for operating the plant as set forth in the Operations and Maintenance Manuals. There is evidence that key management personnel at the plant failed to read the O & M manuals concerning the operation of the air pollution control equipment and that they failed to participate in the training provided by the equipment supplier. Such failures constitute a breach of industry standard practices when dealing with complex air pollution control equipment.

Based on my experience, operating procedures issued in the field during startup, when troubleshooting in order to determine the source of a problem, do not become standard operating procedure unless such operating procedure are formally approved by all parties involved, including the upper management of the supplier and the changes become part of a revised Operations and Maintenance Manual. That is the case, in part, because most warranties require that the equipment be operated in the prescribed manner as indicated in the Manual.

In this case, there is evidence that commissioning personnel from EEC, when repeatedly requested to do so by AES personnel, provided revised shut-down and start-up procedures for the CDS and refined nozzle cleaning procedures. ALSTOM, in turn, provided several of the procedures generated by EEC to Duke/Fluor Daniel. Based on my experience in the industry, the shut-down and start-up and nozzle cleaning procedures prepared by EEC would not modify the procedures in the Operations and Maintenance Manuals unless they were accepted in writing by Duke/Fluor Daniel on behalf of AES. The documents that I have reviewed do not indicate that Duke/Fluor Daniel ever accepted these procedures or agreed in writing that they would modify the terms of the Operations and Maintenance Manuals.

AES apparently contends in this litigation that it relied on the "Start-Up Procedures" provided by EEC during normal operations of the air pollution control equipment. If that is the case, AES' conduct is a serious violation of industry practice. There are two start-up procedures that were provided by EEC and forwarded by ALSTOM to Duke/Fluor Daniel, both of which are three-page summaries indicating how the CDS should be shut

9

**A074**

down and started under different circumstances. The first is labeled "CDS Re-Start Procedure," and the second is labeled "CDS Cold Start-Up At Low Load." The first procedure is a summary of the steps to be taken to shut down the CDS, and then restart it while it is still warm. The second is a procedure to shut down the CDS and re-start it after it has cooled. There is no indication in either of these documents or any other versions of start-up procedures prepared by EEC that they apply to normal operation of the equipment. In my opinion, no reasonably prudent and experienced operator of a power generating facility would view these shut-down and start-up procedures as modifications to the procedures for normal operation and maintenance of the equipment in the Operations and Maintenance Manuals, including the operation and maintenance procedures in Chapter 9 of the Manuals that are specifically designated to minimize the risk of corrosion. Doing so would be a violation of industry standards. In addition, the start-up and normal operation and maintenance procedures for the equipment are set forth in entirely separate chapters in the Manuals.

Following the discovery of the damage to the Unit #2 precipitator, AES made a hurried decision to order plates to replace the plates in the first four fields of that precipitator and requested delivery on an expedited basis. The original plates were constructed from 18-gauge mild carbon steel. AES decided to order 16-gauge Corten plates. The 16-gauge plates are approximately 25% thicker than the 18-gauge plates. The Corten alloy also is more expensive than the mild steel plate by a factor of 2. Steel is sold by the pound so both of these changes in specification of the new plates increased the per plate cost by a factor of approximately 2.5. AES has not shown that the original collector plates were inadequate. It is my opinion that the specified plates satisfied industry standards and, but for the corrosion, were adequate for their intended purpose. Thus, the replacement plates ordered by AES represent an enhancement. The enhancement represents at least fifty percent (50 %) of the cost of the replacement collector plates.

It is my understanding that Corten replacement plates were delivered to the plant in the spring of 2004. These plates were stored in an open field at the time of my visit in 2005. Many of these plates were damaged beyond use due to improper storage, and will have to be replaced.

## III. SUMMARY OF OPINIONS

In summary, in addition to the analysis and opinions described above, it is my opinion that:

A. AES failed to operate and maintain the equipment in accordance with the Operations and Maintenance Manuals supplied with the equipment prior to the discovery of the extensive damage to the precipitator collecting plates. This included failure to measure pertinent operating parameters, failure to maintain proper records, failure to clean and maintain spray nozzles as required and operating at CDS outlet temperatures lower than those specified for specific operating conditions. Based on its failure to maintain proper records, AES cannot meet its burden of establishing that it operated and maintained the equipment in accordance

**A075**

with the Operations and Maintenance Manuals as a condition of making a claim under the accelerated corrosion warranty. The failure to operate and maintain the equipment in accordance with the Operations and Maintenance Manuals also created a greater risk of corrosion.

B. AES is a sophisticated owner with personnel capable of understanding the consequences of operating the air pollution control equipment in ways that do not correspond to the operating instructions included with the equipment. It is contrary to industry standards for a sophisticated operator of a power generating station to regard field-generated operating procedures or statements made in the field by an employee of a supplier as modifications to the supplier's Operations and Maintenance Manuals. The operating procedures that were issued by EEC during commissioning applied only to nozzle cleaning and shutdown and startup of the equipment. It would be a serious violation of industry standards to regard these documents or statements made in the field by employees of a supplier as modifications of the operations and maintenance procedures for normal operating conditions in the Operations and Maintenance Manuals.

C. Key AES management personnel were not familiar with the Operations and Maintenance Manuals and did not avail themselves of the training provided by the equipment suppliers. This also constitutes a violation of industry standards.

D. The scrubbers and precipitators were capable of performing as designed and as required in order to meet plant emission limits at the temperatures specified to minimize the risk of corrosion when chlorides are present in the water and/or the ash. The corrosion experienced was not due to design deficiencies, but to improper operation and maintenance. As supplied, the precipitator internals would have met the corrosion guarantee if properly operated and maintained.

E. The Corten plates purchased to replace those damaged by corrosion represent a significant enhancement over the original equipment for which AES should not expect compensation. The original plates had a limited life expectancy of which AES should have been aware. Replacing the original plates with plates having a longer life expectancy should be at AES's expense.

This Report is based on analysis of documents and information currently available to the author. I reserve the right to supplement the analysis and opinions set forth above upon receipt of further documents and information in the course of the litigation.

Appended are: a list of materials reviewed in forming my opinions, a list of publications, Marlin Anderson's resume indicating his qualifications and the fee for his services.

*Marlin Anderson* 3-20-06

Marlin Anderson, Ph.D.

11

**A076**



Figure 2.    DUST RESISTIVITY

Sample: AESPR Coal Ash        14.0% H2O
Sample date: 8/15/02          E = 4 kV/cm

DES1

12

A077

**APPENDIX A**
**LIST OF MATERIALS REVIEWED**

**Documents**

· The following documents were reviewed as a part of this investigation:

1. Environmental Elements Corporation, "Operation and Maintenance Manuals," August 2001

2. Duke/Fluor Daniel Carribean S.E., Specifications for Circulating Fluidized Bed Boiler and Appurtances, Circulating Dry Scrubber Flue Gas Cleaning System, and Electrostatic Precipitator (ESP) Flue Gas Cleaning System, May 10, 2001

3. Notes: Rational for Approach Temperature, November 1, 1999.

4. EEC questions for ABB/CE, November 23, 1999

5. B. VanHooser email, "Subject: AESPR: ABBCE & EEC CDS, Vessel Corrosion Re: Bank's Engineer's Report," July 7, 2002

6. AESPR CFB Boiler/CDS/ESP Meeting, February 10-11, 2000

7. Interoffice Memo Meeting Notes-ABB/DFD/AES, February 18, 2000

8. EEC REPORT NO. 7511, 3D Gas Flow Model Study, May, 2000

9. EEC Operation and Maintenance Training for Flue Gas Cleaning System, February 15, 2001

10. AESPR Maintenance and Monitoring Plan Flue Gas Cleaning System, May 4, 2001

11. EEC Facsimile No., Reference: Start-up, July 7, 2002

12. K. Hognefelt Trip Report Memorandum, "Subject: AES Puerto Rico-CDS Startup," July 29, 2002

13. B. VanHooser email, "Subject: RE: AES/PR: CDS Operation Delays," July 30, 2002,

14. Process Improvement, Inc., "Dry Scrubber Application Document", August 8, 2002

15. EEC CDS/ESP Open Issues, Revised September 27, 2002

13

**A078**

16. K. Hognefelt Trip Report Memorandum, "Subject: AES Puerto Rico," October 15, 2002

17. K. Hognefelt Memorandum, "Subject: Summary AES Puerto Rico Trip Report," October 16, 2002

18. DFDC Summary Source Sampling, December 10, 2002

19. R. McParland email, "Subject: RE: AES-PR Air Emissions Testing Results Re: Draft of Conference Call Minutes of 12/18/02 and 12/19/02- Begin Retesting on Jan 3-2003," December 23, 2002

20. AES Letter, "Subject: AES Puerto Rico Performance Acceptance," December 30, 2002

21. Email from T. Coleman, January 8, 2003

22. DFDC Memo, "Subject: Status Report," January 27, 2003

23. W. Jarvis email, "Subject: Emission Testing Update," January 28, 2003

24. Draft copy by T. Hadidsaz, Sr., "Troubleshooting on the Unit One (1) & (2) Boiler Environmental Element Precipitators (P1 & P2)," February 13-22, 2003

25. Mark XXIII Enterprises, Inc. visit, "Subject: AES Puerto Rico," March 4, 2003

26. ALSTOM Technical Services Report, AES-Puerto Rico Gas Distribution Testing Unit 2, March 6-22, 2003

27. ALSTOM Technical Services Report AES-Puerto Rico Precipitator Hopper testing, March 27, 2003

28. GE Betz, Incomplete Water Analysis Report, April 2, 2003

29. Mark XXIII Enterprises, Inc., "Subject: AES-Puerto Rico Gas Distribution Testing Unit 2 EEC Precipitator, March 6-22, 2003," May 22, 2003

30. Notes from May 24-May 26, 2003

31. T. Wardell email, "Subject: CDS/ESP operations", June 10, 2003

32. AES Draft Report, "Gas Distribution & Field No 1 Hopper Catch Improvement, May 29- June 27, 2003," July 9, 2003

33. IJMC Memo, J. Toher, Re: Site Visit Observations, August 14, 2003

34. IJMC Memo, J. Toher, Re: Polishing Scrubber Punch List, August 14, 2003

35. A. Dyer email, "Subject: Controlling Opacity," August 30, 2003

36. P. Stinson, Progress Report I, September 12, 2003

37. D. Stone email, "Subject: RE: ESP, CDS Corrosion Maintenance Plan.doc, September 15, 2003

38. AES CDS/ESP Operation Notes, September 19, 2003

39. E. Pagaduan email, "Subject: FW: Night Shift Outage Report", September 21, 2003

40. K. Hognefelt Trip Report, "Subject: Tuning of AES Puerto Rico CDS & ESP Trip Date 9/22/2003-9/26/2003," September 29, 2003, (pg. 1-5)

41. A. Dyer email, "Subject: RE: Opacity", October 3, 2003

42. K. Hognefelt emails, "Subject: RE: ESP CDS Air Slides," October 8, 2003

43. P. Stinson email, "Subject: RE: ESP CDS Air Slides", October 8, 2003

44. C. Reyes email, "Subject: RE: Opacity", October 14, 2003

45. ALSTOM Analysis Report, October 15, 2003

46. K. Hognefelt email, "Subject: Ash sample ANALYZE," October 16, 2003

47. IJMC Memo, J. Toher, "Re: Polishing Scrubber Punch List," October 27, 2003,

48. IJMC Memo, J. Toher," Re: Site Visit Observations," October 27, 2003

49. P. Stinson email, "RE: Resolution of Opacity Problem," November 3, 2003

50. K. Hognefelt email, "Subject: Unit 2 Precip Pictures," November 20, 2003

51. AES Puerto Rico Field Service Engineering Trip Report, November 25, 2003,

52. K. Hognefelt Trip report, "Subject: Visit to AES Puerto Rico 11/23/03-11/25/03, November 26, 2003

53. AES Letter, "Subject: Summary of the stabilization effort for The Electrostatic precipitator servicing the #2 Boiler," December 3, 2003

**A080**