54. Notes from conversation with T. Storbeck recorded by P. Stinson, December 2003

55. Mark XXIII Enterprises, Inc. AES P.R. Unit 2 ESP Inspection Report, December 7, 2003

56. W. Yu email "Subject: Dew Point," December 30, 2003

57. AES Diagram showing Sneakage and Gas Distribution testing on site

58. W. Yu email, "Subject: Dew Point", December 30, 2003

59. Daily Opacity Report, Unit 1, 2003

60. AES CDS Makeup Water Logs, September 11, 2003-January 9, 2004

61. ENSR Letter to W. Vela, "Subject: Proposal to Conduct Measurements for Moisture and Dew Point at the Guayama Cogeneration Facility", January 7, 2004

62. E. Sostre report, "Subject: Unit 1 Inspection," January 11, 2004

63. E. Pagaduan email, "Subject: Unit 1 forced Outage Update," January 11, 2004

64. A. Dyer email, "Subject: RE: CDS/ESP Corrosion," January 12, 2004

65. M. Esmacher email, "Subject: ESP issues at AES," January 13, 2004

66. W. Jarvis, K. Hognefelt, T. Jarvis emails, "Subject: RE: CDS/ESP Corrosion, January 13, 2004

67. L. Lindau emails, "Subject: RE: CDS/ESP Corrosion-Again", January 16, 2004

68. P. Stinson emails, "Report on Opacity," January 2, 2004

69. P. Stinson email "RE: Opacity Report," January 16, 2004

70. P. Stinson email, "Subject: RE AES/PR: RO Waste Water Injection," January 17, 2004

71. W. Jarvis, L. Lindau, K. Porje, K. Hognefelt, E. Sostre emails, "Subject: RE: Report on Opacity," January 17-20, 2004

72. GE Betz Metallurgical Lab Report, January 21, 2004

73. L. Lindau, K. Hognefelt, M. Borden emails, "Subject: RE: CDS/ESP

16

**A081**

Corrosion," January 27, 2004

74. IJMC Letter, Re: ESP Corrosion, January 28, 2004

75. Boiler Lead Operator Log, March 18, 2003 to February 1, 2004

76. P. Stinson to W. Yu, R. McParland, E. Pagaduan, C. Little, January 30, 2004

77. W. Yu, P. Stinson, J. Toher, emails, "Subject: Missing Attachment", January 30, 2004

78. J. Toher email, "Subject: RE: Missing Attachment February 4, 2004

79. Microbeam Technologies, Inc., Report "Analysis of ESP Corrosion", February, 2004

80. W. Jarvis email, "Subject: RE: CDS Inlet Conditions", February 3, 2004

81. L. Lindau Email, "Subject: RE: CDS Inlet Conditions, effect of ash recirculation," February 4, 2004

82. P. Stinson email, "Subject: Unit 1 Chloride vs Opacity vs CDS temp," February 4, 2004

83. H. Bonilla email, "Subject: RE: CDS nozzles,", February 5, 2004

84. "Request for Capital Expenditure Approval, AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project", February 8, 2004

85. "Request for Capital Expenditure Approval, AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination) Project", February 11, 2004

86. P. Stinson email, "Subject: Results of CDS Survey", February 12, 2004

87. P. Stinson email, "Subject: Results of CDS Survey". February 12, 2004

88. C. Little emails, "Subject: RE: Results of CDS Survey", February 12, 2004

89. ALSTOM Memorandum, "Subject: Puerto Rico Experience," February 19, 2004

90. Email from K. Hognefelt, February 19, 2004

91. IJMC, March 9 Trip Reports, March 12, 2004

92. Email from J. Toher, March 16, 2004

**A082**

93. IJMC Letter to R. Rodiguez, C. Kiss and E. Sostre, Report covers activities and recommendations during the Unit 2 outage between April 25and April 29, 2005 April 30, 2005

94. PowerPoint Presentation, Consumables, Opacity

95. Report Technical Improvements

96. AES Puerto Rico ESP Collectors Corrosion Report, June 15, 2004

97. AES Puerto Rico Letter to William Jarvis, June 22, 2004

98. W. Jarvis emails, "Subject: AES/PR: ESP Collector Plate Corrosion,"

99. ALSTOM Letter to Al Dyer, "Subject: Findings from Investigations into the ESP Corrosion", July 2, 2004

100. ALSTOM Letter to AESPR, Ref: Electrostatic Precipitator Corrosion Operating Logs, July 30, 2004

101. W. Jarvis, D Beers emails, "Subject: AES/PR: Final Draft Altran Report, September 9, 2004

102. Letter Report No. 11-0256-00-LR-001, "Laboratory Condition Assessment of Electrostatic Precipitator (ESP) Collecting Plates Removed from AES Puerto Rico Power Generation Plant in Guayama, Puerto Rico," September 9, 2004

103. IJMC Letter to C. Kiss, Report covers activities and recommendations during the Unit 1 outage between October 4 and October 7, 2004, October 10, 2004

104. J. Toher email, "Subject: March 9 Trip Report," November 11, 2004

105. Deposition of Mr. Elias Sostre, Official Transcript of Proceedings Before the United States District Court for the District of Delaware, January 20, 2006

106. Videotaped Deposition of Gary Bates Taken on Behalf of the Defendant in the United States District Court for the District of Delaware, January 26, 2006

107. Videotaped Deposition of William B. VanHooser in the United States District Court for the District of Delaware, February 7, 2006

108. SAIC Report to Williams & Connolly LLP on behalf of AES Puerto Rico, L.P. prepared by Richard R. Lunt, February 24, 2006, SAIC Reference No: 06-5628-00-8799-101

A083

109.  IJMC Expert Report for John G. Toher, February 26, 2006, p. 1-12

110.  Four Operation and Maintenance Video Tapes from Control Room Library

111.  Boiler Lead Operator Log, March 18, 2003 to February 1, 2004

A084

## APPENDIX B

### LIST OF PUBLICATIONS

Authored or Co-authored by Marlin H. Anderson, Jr.

1. Pilot Demonstration of Fine Particle/High Resistivity Electrostatic Precipitators, E.P.A. Report, U.S. Environmental Protection Agency, Research Triangle Park, Project 4100-1, [1979].
2. Charge Measurements of Individual Particles Exiting Laboratory Precipitators with Positive and Negative Corona at Various Temperatures, Paper presented at ASME Industrial Pollution Control Symposium, J. Appl. Phys., 51, 3632, EPA, [1980].
3. Proof of Concept Testing of ESP Retrofit Technologies for Low and High Resistivity, Fly Ash, EPRI Conference, 3rd Symposium of Environmental Protection Agency (EPA) Transfer and Utilization of Particulate Control Technology, Paper No. 5A1, March 9-13, 1981.
4. Particle Charge Measurements, Report Proceedings of International Conference of Electrostatic Precipitation, EPRI, IGCI, APC Association, October 1981, p. 499-514.
5. Precharger System Evaluations, Report Proceedings of International Conference of Electrostatic Precipitation, Southern Research Institute, October 1981.
6. High Intensity Ionizer Testing and Analysis, Report prepared for Electric Power Research Institute by Southern Research Institute, RP 1456-02, [1982].
7. Aspects of Modeling the Physical Mechanisms in the Electrostatic Precipitator, Report Industrial Pollution Control Symposium, ASME, January 30-February 3, 1983, p. 145-152.
8. Electrostatic Precipitation Test Program at TVA's 20-MW AFBC Pilot Plant, Report, [1986].
9. Review of the Application of Electrostatic Precipitation for Particulate Control of Fluidized-Bed Combustion of Coal/Limestone Mixtures, Report, Electric Power Research Institute, November 28, 1986.

Reports prepared by Marlin H. Anderson, Jr. for Electric Power Research Institute

10. EPRI Technical Report, Skewed Gas Flow Report, EPRI, [2004]
11. EPRI Technical Report, High-Frequency Power Supplies for Electrostatic Precipitators, EPRI, [2004].
12. EPRI Technical Report, Indigo Agglomerator Report, EPRI, July, 2005
13. EPRI Technical Report, State-of-the-Art Power Supplies for Electrostatic Precipitators, EPRI, 2005 update.
14. EPRI Technical Report, Report Preparation for Advanced Power Supply Concepts, EPRI, February 2006, to be published.
15. EPRI Technical Report, Advanced Power Supplies Update Final Report, EPRI, Product ID 1010361, March, 2006.

**A085**

## APPENDIX C

### RESUME OF MARLIN H. ANDERSON, JR.

ADDRESS:    305 Marietta Drive
                   Hopkinsville, Kentucky 42240

PHONE:      (270) 885-5420
FAXSIMILE:  (270) 554-5420
E-MAIL:     apco1@hesenergy.net

### GENERAL INFORMATION

| | |
|---|---|
| Consultant and President | -1984 to present |
| Vice President and General Manager | -1983 to 1984 |
| Senior Physicist and Director of Field Services | -1982 to 1983 |
| Research Physicist | -1978 to 1982 |
| Assistant Professor | -1975 to 1978 |

### EDUCATION

| | |
|---|---|
| B.A. - Physics and Mathematics, Huntingdon College | -1965 |
| M.S. - Physics and Mathematics, Auburn University | -1968 |
| Ph.D. - Physics, Auburn University | -1977 |

### MEMBERSHIPS

Hopkinsville Kiwanis Club
Kappa Mu Epsilon
Sigma Xi
Who's Who in American Colleges and Universities (1965)

### CONSULTANT

As a consultant, Marlin Anderson has provided technical services to industry including: equipment inspection, analysis and optimization of system performance, on-site training programs and courses, and specialty testing. He has been involved in programs for the evaluation of precipitator and fabric filter performance with the application of new technologies including the APS Ionizer, DRI Pre-charger, $NO_x$ catalytic conversion and fluidized-bed combustion. Most recently, he has been involved in helping utilities evaluate options for responding to changes in clean-air legislation. In these studies, the effects of coal switching on ESP performance have been evaluated along with the effects of potential precipitator upgrades. Mathematical modeling has been used as a diagnostic and as a predictive tool in his work. In 1986, he and James D. Parsons formed APCO

A086

Services, Inc., a consulting firm, through which their services are provided. APCO Services performs physical model studies and laboratory resistivity measurements, along with other specialized evaluations. Dr. Anderson has provided expert witness services in litigation involving air pollution control matters.

## VICE PRESIDENT AND GENERAL MANAGER

In this position, he was primarily responsible for the technical services offered by Crestmont Associates, Inc. Dr. Anderson was responsible for the direction of the staff of The Environmental Control Technology Division (ENCOT), which was composed of professionals, technicians and construction workers. He was actively involved in all phases of the business including theoretical analysis of existing performance capabilities, use of mathematical modeling techniques for projection of precipitator performance, inspection of control devices, testing, presentation of findings and recommendations applicable to improved emission control capabilities, scheduling estimating and marketing.

## SENIOR PHYSICIST AND DIRECTOR OF FIELD SERVICES

Dr. Anderson joined Paul and McDonald Associates, Inc. in March, 1982 as a Senior Physicist. In that capacity, he was involved in assisting users of particulate control technology, vendors and architect/engineers in providing effective particulate emission control. This included the evaluation of available particulate control technology for meeting specific needs, evaluation of the impact of different fuel sources on process operation and control device performance, process evaluations and the assessment of appropriate equipment needs.

## RESEARCH PHYSICIST

In 1978, Dr. Anderson joined Southern Research Institute as a Research Physicist in the Institute's Control Device Division. He conducted research dealing with the fundamental mechanisms involved in particulate collection devices such as: electrostatic precipitators, fabric filters and scrubbers. He was involved in the development of a mathematical model of electrostatic precipitator performance and in the measurement of parameters associated with the precipitation process. From 1979 to 1982, he was a Program Manager for projects, which involved the pilot scale evaluation of new particulate control technology.

Dr. Anderson has been involved in the development of techniques and hardware for measuring electric potential distributions in wire duct geometries and for measuring the charge on individual particles charged in an electrostatic precipitator. He has been involved in the field evaluation of the High Intensity Ionizer, electrostatic precipitators, baghouses and a baghouse after a catalytic reactor for $NO_x$ removal. He has had experience in the design of mechanical devices, vacuum equipment and digital electronic circuitry. Dr. Anderson has presented his work at meetings, in published reports and in journal articles.

A087

**APPENDIX D**

FEE FOR SERVICE: $125.00/Hour

**APPENDIX E**

EXPERT TESTIMONY IN PAST FOUR YEARS: None

**A089**

**Otakar Jonas, Ph.D., P.E.**

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3     AES PUERTO RICO, L.P.        *

4            Plaintiff            *

5       v.                        *     CIV. NO. 04-1282-JJF

6     ALSTOM POWER, INC.          *

7            Defendant            *     Pages 1 - 331

8                         - - - - - - - - - - -

9

10

11

12     Videotaped deposition of Otakar Jonas, Ph.D., P.E.

13                    Baltimore, Maryland

14                   Friday, April 7, 2006

15

16

17

18

19

20     Job No. 173878

21     Reported by:  Kathleen R. Turk, RPR-RMR

ORIGINAL

**Otakar Jonas, Ph.D., P.E.**

Page 32

1       A       No.

2       Q       In either litigation or consulting, have

3   you worked on the operation of a CDS?

4       A       In a minor way.

5       Q       What was that minor way?

6       A       Similar to this case, there were wide

7   areas of corrosion somewhere in the, in the

8   equipment.

9               And, also, as editor of that book, it has

10  chapters on scrubbers, a separate chapter on

11  precipitators.  In relation to this, I've done

12  review of, of the cases and, you know, what is

13  corrosion, what are the materials, how, how

14  corrosion occurs, et cetera.

15      Q       Umh-humh.

16              As part of your consulting duties, have

17  you ever been asked to opine on the proper

18  operation of a CDS?

19      A       Not into detail.

20              Not -- not into root cause analysis, but,

21  yes, opacity limits cannot be met, I have looked

**Otakar Jonas, Ph.D., P.E.**

Page 38

1    Q    So you're not going to answer what the

2    name of this plant was?

3    A    That's correct.

4    But the reason for the audit -- often,

5    there is a specific reason of one piece of

6    equipment having problem -- in this case, it was

7    equipment handling water before the boiler.

8    Q    Umh-humh.

9    Did this Kentucky plant have a CDS?

10   A    I don't really remember.

11   Q    Did this Kentucky plant have an ESP?

12   A    I think so.

13   Q    As part of your audit, did you review the

14   operations of the ESP?

15   A    Just is it okay, what's your opacity; if

16   it's okay, that's as far as we go.

17   Q    Umh-humh.

18   In all the water chemistry audits that

19   you've conducted for steam generating equipment

20   that have had an ESP, how many of them -- how many

21   of those audits have involved an ESP that was

A092

**Otakar Jonas, Ph.D., P.E.**

1    having opacity problems?

2        A    The main case was actually not an audit,

3    but it was an EPA-sponsored research project --

4        Q    Umh-humh.

5        A    -- in monitoring particulates by

6    different instruments because we, we have our own

7    instrument to monitor particulates in --

8        Q    Umh-humh.

9        A    -- as they either exit from ESP or from

10   baghouse, from bag filters.

11            So that was a six-months' project at the

12   DuPont Company in Wilmington where this

13   instruments plus EPA standard methods were used --

14       Q    Umh-humh.

15       A    -- to see what can be monitored, how

16   reliably, how accurately.

17       Q    Umh-humh.

18       A    They have -- they had electrostatic

19   device to remove particulates and -- which was

20   before our instrument -- so little malfunctions of

21   this device would be monitored by our, by our

A093

**Otakar Jonas, Ph.D., P.E.**

Page 40

1      ins -- another instrument.

2          Q      Umh-humh.

3          A      So there was -- also, we used our

4      instrument to monitor after precipitators in

5      Delmarva Power & Light, which changed name, I

6      think, maybe back to Delmarva, in -- actually, we

7      monitored before and after the precipitator --

8          Q      Umh-humh.

9          A      -- to determine malfunctions and

10     efficiency of electrostatic precipitator.

11         Q      What do you do when you, when you

12     identify a malfunction in the ESP?

13         A      We -- we do -- we don't do anything.

14             We just tell, tell the customer, and they

15     either have their own specialist or they call a

16     specialist, which I won't call myself a specialist

17     on, on ESP.

18         Q      Okay.  So you're not -- when your

19     monitoring equipment identifies a problem with the

20     ESP, then you tell the client to contact an ESP

21     specialist?

A094

Otakar Jonas, Ph.D., P.E.

Page 41

1      A    Yes.

2           I, I may look at -- we may look at few

3      things.  Main is that the monitoring, especially

4      by opacity, does not really represent what's there

5      as far as particulates.  There have been problems

6      with some of these monitoring methods for decades.

7           So we could ask -- as outsiders, we're

8      not usually allowed to touch any equipment

9      ourselves, so we always go through owner/operator

10     and operators, and we ask to do this, do this.

11          So that's how, how we work, and we would

12     look at things like stickiness of the fly ash, for

13     example, or what's is inside -- is it

14     accumulation, do the hoppers don't work -- but we

15     would just, again, ask the operator for that

16     information.

17     Q    And why would you ask for that

18     information?

19     A    Why?

20     Q    (Nodding head affirmatively.)

21     A    To see why there would be high emission

**Otakar Jonas, Ph.D., P.E.**

Page 44

1          You mentioned prior to that discussion a

2    book that you edited on corrosion that contained

3    chapters on scrubbers and ESP.

4          Who wrote that book?

5    A    Different authors for different chapters.

6    Q    Umh-humh.

7    A    I probably wrote most of the chapters,

8    but they were -- other people write -- wrote other

9    chapters.

10   Q    What was the title of the book?

11   A    State of Knowledge of Low Temperature

12   Corrosion in -- maybe in power plants or whatever

13   things.

14   Q    And when was this book published?

15   A    Probably two years ago.

16   Q    And did you write the chapter on CDS, or

17   on scrubbers, rather?

18   A    No.

19   Q    Did you write the chapter on ESPs?

20   A    No.

21   Q    Do you recall who wrote the chapter on

A096

Otakar Jonas, Ph.D., P.E.

Page 66

1    plant.

2         Are there any other plants besides the

3    Kentucky plant that you did a root cause analysis

4    for?

5        A    Probably, but I don't recall whether they

6    have CDS or don't have CDS or whether they have --

7    since I never worked on, in these audited plants

8    or other plants on problems with pollution control

9    equipment, I -- that's the reason I don't remember

10   whether they had it or not.

11       Q    Right.

12       A    Of course, a coal-fired power plant have

13   to have something.

14       Q    Umh-humh, right.

15            So your water audits, failure analysis,

16   root cause analysis, or litigation never involved

17   looking at problems in a CDS or ESP?

18       A    That's correct.

19       Q    Okay.

20            MR. TUXBURY:  Now's probably a good

21   time for a bathroom break.

A097

**Otakar Jonas, Ph.D., P.E.**

Page 229

1      A    I looked at time and load data, and I

2   would say it operated most of the time, but there

3   was a period of time, for example, for the blade

4   replacement, I don't recall, was likely around ten

5   days, at least.

6      Q    Umh-humh.

7      A    And there's some shutdowns for a week or

8   so.

9      Q    Okay.

10     A    And, of course, shorter ones.

11     Q    Okay.  Let's go to the next page, 5-5 --

12   I mean, 4-5.

13        The first bullet point, the ESP could

14   have operated at a CDS outlet temperature of one

15   seventy-five that is required to reduce the risk

16   of corrosion and satisfy emissions requirement.

17        What is the source for your data for that

18   opinion?

19     A    Oh, the two references are listed again.

20        One source are this spreadsheet plant

21   data which shows many days of operation at hundred

**Esquire Deposition Services**
DC 1-800-441-3376            MD 1-800-539-6398            VA 1-800-752-8979

**Otakar Jonas, Ph.D., P.E.**

Page 230

1    seventy, hundred seventy-five, and at that same

2    time opacity was okay.

3        Q    Umh-humh.

4        A    And today, later -- this year, last

5    year -- the operating temperature's higher,

6    there's no opacity problems.

7        Q    Do you have any data or do you know

8    anything about what the level of chlorides

9    entering the CDS through the spray water nozzles

10   were when you witnessed temperatures of a hundred

11   and seventy to a hundred and seventy-five degrees?

12       A    Well, in some of these '03, it was

13   certainly -- and, again, I don't have the field

14   data -- but I assume that it was operated as

15   designed with the RO reject being used to control

16   the temperature, to cool the, cool the gas.

17            I assume that today that chloride level

18   is lower.

19       Q    So when you say you witnessed

20   temperatures a hundred and seventy-five, you're

21   just assuming that it was high chlorides at that

A099

**Otakar Jonas, Ph.D., P.E.**

Page 290

1  correctly -- and the other costs, like operating

2  costs, energy costs, can be, can be calculated.

3          I didn't do it, so I, I have no comment

4  there.

5      Q    Umh-humh.

6      A    But it's, it's a huge difference.

7          Why would you in your first complain ask

8  for -- I forgot -- seven million total or -- and

9  then in, in your next complain you ask for forty.

10     Q    Umh-humh.

11     A    And what bothers me most about these

12 costs is that they are just estimates.

13     Q    Umh-humh.

14     A    As I mentioned, the excess solids which

15 need to be disposed of range from three to

16 twenty-three tons per day, so what is your cost

17 for?  Three tons a day or twenty-three tons a day?

18     Q    Umh-humh.

19     A    That's not really spelled in the

20 documents which I have seen.

21     Q    Okay.

**A100**

**Otakar Jonas, Ph.D., P.E.**

Page 291

1    A    So it's not a serious accounting approach

2    to claim.

3    Q    Are you an accountant?

4    A    No.

5    Q    Are you an attorney?

6    A    No -- you know these things -- no, I'm

7    not.

8    Q    Let's go to Page 6-2 -- oh, let's back up

9    a second.

10        So this -- these materials in 6-1 are

11   based on your review of the Complaint, these

12   Interrogatories, all these different cost numbers,

13   and your, your view about the way they fluctuate

14   and, you know, as you just told us?

15   A    Correct.

16   Q    Okay.

17   A    And I, I, I have seen, or I asked for

18   cost of that and that and that --

19   Q    Umh-humh.

20   A    -- in my work, so it's -- whatever I

21   stated is based on that.

**Esquire Deposition Services**

DC 1-800-441-3376        MD 1-800-539-6398        VA 1-800-752-8979

Otakar Jonas, Ph.D., P.E.

Page 329

1              CERTIFICATE OF NOTARY PUBLIC

2          I, Kathleen R. Turk, the officer before whom the

3     foregoing deposition was taken, do hereby certify that

4     the witness whose testimony appears in the foregoing

5     deposition was duly sworn by me; that the testimony of

6     said witness was taken by me in stenotype and thereafter

7     reduced to typewriting under my direction; that said

8     deposition is a true record of the testimony given by

9     said witness; that I am neither counsel for, related to,

10    nor employed by any of the parties to the action in

11    which this deposition was taken; and, further, that I am

12    not a relative or employee of any attorney or counsel

13    employed by the parties hereto, nor financially or

14    otherwise interested in the outcome of the action.

15

16                    _Kathleen R. Turk_

17                    Kathleen R. Turk

18                    Notary Public in and for the

19                    State of Maryland

20    My Commission Expires:

21    March 1, 2007.

A102

** Confidential **
## Subject to Attorney-Client Privilege and Attorney Work-Product Privilege

# AES Puerto Rico, LP v. ALSTOM Power Inc.

Case Number C.A. No. 04-1282-JJF

## March 2006

**Otakar Jonas, P.E., PhD.**
Jonas, Inc.
1113 Faun Road
Wilmington, DE  19803

I am the author of this report.  I reserve the right to alter any part of this report as additional information becomes available.

Otakar Jonas

B:\AESPR\Report.doc

EXHIBIT
Jonas 1

**A103**

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITIES

THIS DOCUMENT WAS PREPARED BY JONAS, INC. NEITHER JONAS, INC., ANY MEMBER OF JONAS, INC., NOR ANY PERSON ACTING ON BEHALF OF ANY OF THEM:

(A)  MAKES ANY WARRANTY OR REPRESENTATION WHATSOEVER, EXPRESS OR IMPLIED, (I) WITH RESPECT TO THE USE OF ANY INFORMATION, APPARATUS, METHOD, PROCESS, OR SIMILAR ITEM DISCLOSED IN THIS DOCUMENT, INCLUDING MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, OR (II) THAT SUCH USE DOES NOT INFRINGE ON OR INTERFERE WITH PRIVATELY OWNED RIGHTS, INCLUDING ANY PARTY'S INTELLECTUAL PROPERTY, OR (III) THAT THIS DOCUMENT IS SUITABLE TO ANY PARTICULAR USER'S CIRCUMSTANCE; OR

(B)  ASSUMES RESPONSIBILITY FOR ANY DAMAGES OR OTHER LIABILITY WHATSOEVER (INCLUDING ANY CONSEQUENTIAL DAMAGES, EVEN IF JONAS, INC. OR ANY JONAS, INC. REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM YOUR SELECTION OR USE OF THIS DOCUMENT OR ANY INFORMATION, APPARATUS, METHOD, PROCESS, OR SIMILAR ITEM DISCLOSED IN THIS DOCUMENT.

**A104**

# CONTENTS

*1* INTRODUCTION .................................................................................................1-1

*2* PLANT DESIGN ................................................................................................2-1

Original Plant Design [75-86, 97].............................................................2-1

Permits [33-39]..........................................................................................2-3

Cooling System [80] ..................................................................................2-3

Zero Liquid Discharge (ZLD) ....................................................................2-3

Changes in Plant Design [60] ...................................................................2-4

Opacity [28, 29].........................................................................................2-5

*3* CHANGING WATER BALANCE .......................................................................3-1

Root Causes of the Coal Pile Runoff Pond Overflow Events [60] ............3-3

Mitigation Efforts .......................................................................................3-4

Problems with Wastewater Disposal to Fly Ash.......................................3-4

*4* ELECTROSTATIC PRECIPITATOR CORROSION ..........................................4-1

Laboratory Investigations [108-110] .........................................................4-2

Conclusions by O. Jonas...........................................................................4-4

*5* NEED FOR NEW WATER TREATMENT ..........................................................5-1

End of 2005 Analysis................................................................................5-1

Justification of Brine Concentrator and Crystallizer [64] ..........................5-3

Conclusions by O. Jonas...........................................................................5-4

*6* COST OF NEW REVERSE OSMOSIS AND CRYSTALLIZER SYSTEMS...........6-1

Conclusions by O. Jonas...........................................................................6-2

*7* CONCLUSIONS ...............................................................................................7-1

*8* REFERENCES ...................................................................................................8-1

   Fluidized Bed Boilers .....................................................................................8-1

   Circulating Dry Scrubber ...............................................................................8-2

   Corrosion and Deposition...............................................................................8-2

   Guidelines ......................................................................................................8-3

   Particle Monitoring .........................................................................................8-3

   Federal Regulations .......................................................................................8-3

   AES-PR References .......................................................................................8-3

      Permits ......................................................................................................8-3

      Zero Liquid Discharge ...............................................................................8-4

      Plant Design, Operation, and Chemistry...................................................8-6

      ESP Inspections and Failure Analysis ......................................................8-8

      Litigation Documents .................................................................................8-8

*A* RESUME OF OTAKAR JONAS...........................................................................A-1

*B* LIST OF LITIGATIONS .......................................................................................B-1

**A106**

# LIST OF FIGURES

Figure 2-1 Plant Water Balance – Normal Daily Average – 100% MCR [80 – August 1, 2000]......................................................................................................2-2

Figure 2-2 AES-PR Continuous Dry Scrubber [4, 97]...............................................2-4

Figure 3-1 AES-PR Current Water Balance and Process Flows – 2005 [69]............3-2

Figure 3-2 AES-PR Proposed Water Balance and Process Flows with Brine Concentrator – Crystallizer Option [69]....................................................................3-2

Figure 3-3 Ash Management Plan – December 2002 [97].......................................3-5

Figure 3-4 Ash Management Plan – Current [97].....................................................3-5

Figure 4-1 Unit 2 ESP – Number of Collecting Plates Requiring Replacement [107]...............4-1

Figure 4-2 Profile of a Collecting Plate from Unit 2 ESP with Locations of the Worst Corrosion [107] ......................................................................................................4-2

**A107**

# LIST OF TABLES

Table 3-1 Options to Feed Brine Concentrator and Crystallizer – Salt Concentration (lb) [69]..................................................................................................................3-3

Table 4-1 Phase Assemblage of Ash Sample – Unit 2 [110] .....................................4-3

Table 4-2 Chemical Composition of Ash Sample – Unit 2 [110] ................................4-3

Table 4-3 Semi-Quantitative Elemental EDS Analysis of 2 Deposit Samples from Unit 1 ESP Collecting Plates (% by weight) [108] .......................................................4-4

Table 5-1 Salts Entering the Plant – Baseline A [69].................................................5-2

Table 5-2 Salts Leaving (Accumulating in) the Plant [69] .........................................5-3

Table 6-1 AES-PR Payments Made or Expected to be Made for Water Treatment [115].........6-2

**A109**

# 1
# INTRODUCTION

---

This report is submitted in the case of *AES Puerto Rico, L.P. (AES-PR) v. ALSTOM Power, Inc.*, Case Number C.A. No. 04-1282-JJF. Chapter 2 is a brief review of plant design and operation, Chapter 3 describes the changing water balance, Chapter 4 covers corrosion of the electrostatic precipitator (ESP), Chapter 5 discusses AES-PR's claimed needs for new water treatment, and Chapter 6, the costs. Conclusions are given in Chapter 7, and there are extensive industry and AES-PR related references in Chapter 8. Author's qualifications and publications for the last ten years are given in Appendix A. There were no litigations during the last four years in which he testified as a technical expert.

The conclusions by the author are based on his experience, industry knowledge and experience [1-30], regulations and AES-PR permits [31-39], related AES-PR documents [40-110], and related litigation documents [111-117].

**A111**

# 2
# PLANT DESIGN

---

## Original Plant Design [75-86, 97]

AES Puerto Rico (AES-PR) is a 454.3 MW (net) coal fired cogeneration facility near Guayama, Puerto Rico [80]. The plant sells electricity to the Puerto Rico Electric Energy Authority and steam to an industrial customer. The plant requires approximately 6.1 MGD of water. Of this amount, 4.8 MGD is obtained from the PRASA Guayama wastewater treatment plant. The remaining water is obtained from a combination of other treated sources, surface water, and well water.

The **water systems at AES-PR** (Figure 2-1) have two primary functions. The Boiler Makeup Water System is used for producing pure water which can be converted to steam in the coal-fired boilers. The steam's heat is then converted to mechanical energy in the steam turbine-generator unit, which produces electrical power. Not all of the steam's heat can be converted into usable energy; some of the heat is rejected in the steam surface condenser, where the steam exhausted from the turbine is condensed back into pure water (condensate), for re-use in the cycle. The heat rejected from the system is absorbed in the plant's Cooling System [80].

In the **original plant design**, all stormwater at the power plant site was intended to be managed by means of AES-PR's two on-site storm water runoff ponds that are part of the plant's zero liquid discharge system. In particular, the design included a 1.3 million gallon site storm water pond that collects runoff from roads, parking areas, and the administration building area, and a Coal Pile Runoff Pond with a capacity of 10,730,000 gallons with a 60-mil synthetic liner. The Coal Pile Runoff Pond was designed to handle runoff from a 100 year, 24 hour storm event, and this pond captures runoff from the coal pile, the limestone dome area, the manufactured aggregate (hardened coal ash product) area, and gravel areas/roads near these locations. The Coal Pile Runoff Pond water was to be used as one of the sources of makeup water for the plant's cooling water system.

*Plant Design*



Figure 2-1
Plant Water Balance – Normal Daily Average – 100% MCR [80 – August 1, 2000]

A114

*Plant Design*

## Permits [33-39]

The flue gas impurity limits and specification of aqueous discharges are covered by EPA permits which also include equipment descriptions [36, 39]. The related flue gas monitoring parameters include $SO_2$ and opacity. In the original design, the liquid discharges are zero with the wastewater disposal through its use in the CDS and in the ash rock production [80].

## Cooling System [80]

When steam is condensed in the plant's steam condenser, excess heat is rejected to the plant's cooling system, which functions primarily by evaporating water. In the cooling tower, which uses secondary waste effluent water from PRASA, approximately 1,000 BTU's of heat are removed from the system for every pound of water which is evaporated. The AES-PR cooling system is not noticeably different than systems utilizing fresh water makeup, although the system requires a relatively large chlorination system. Chlorination is used to insure that the water is disinfected and safe for re-use, and also to control microbiological growth which can foul the system, causing a loss in efficiency. The water is also chemically treated in order to prevent corrosion and/or scale build-up.

When the water in the cooling system evaporates, the impurities are left behind. These impurities eventually concentrate in the system, and if left untreated, will cause harmful scale build-up, which reduces efficiency. The cooling system uses three major pieces of equipment in order to remove these impurities from the system. A side stream softener is used to reduce scale forming impurities, such as calcium, magnesium, and silica. In this unit, softening chemicals, such as caustic soda, soda ash, and magnesium oxide are used to precipitate, or remove these impurities. Filters are installed to mechanically trap small particulate matter which escapes the side stream softener. Finally, a reverse osmosis system is used to remove and concentrate dissolved solids.

Most of the water which is treated in the side stream softener and filters is returned to the cooling tower for re-use. Some of the treated water, RO reject water, and the wastewater from the sidestream softener and the filters is used in the ash processing and flue gas desulfurization systems. Miscellaneous plant waste water streams, such as boiler blowdown, demineralization wastewater, coal pile run-off, wash water, etc., are recycled directly to the cooling tower.

## Zero Liquid Discharge (ZLD)

Until 2004, zero liquid discharge was achieved by AES-PR since all of the plant's wastewater streams were reused in either the cooling system, ash handling system, or pollution control system. The excess heat in the ash system and pollution control systems causes the remaining wastewater to evaporate, leaving any solid impurities behind with the ash. These systems are designed to operate on very poor quality water. Therefore, it was possible to effectively re-use the final wastewater from the other plant processes in these systems.

**A115**

*Plant Design*

As can be seen in Figure 2-1, the original design wastewater disposal is using 250 gpm in Flue Gas Cleaning (CDS – circulating dry scrubber) (Figure 2-2) and 32 gpm in the Ash Rock Production.



**Figure 2-2**
**AES-PR Continuous Dry Scrubber [4, 97]**

## Changes in Plant Design [60]

Since discovering the ESP corrosion problem, AES-PR has made a number of modifications to plant operations, including the installation of a new RO system in 2004 at what is said to be a cost of $1.9 million. Additionally, high rainfall during the 2005 tropical storm season have caused approximately 31 overflow events from the Coal Pile Runoff Pond. As a result, AES-PR contends that it is in the process of finalizing an extensive redesign of the plant's water management systems pursuant to which it will install additional equipment to manage plant water with high total dissolved solids (TDS) or mineral salt content. AES-PR contends that this process may require 18 to 24 months to complete. In the meantime, AES-PR contends that it plans to implement a boiler steam injection system to provide interim water management control. AES-PR has advised the Environmental Protection Agency that the capital costs to install the additional equipment, namely a brine concentrator and a crystallizer to manage high TDS water, are expected to range from approximately $4.75 million to $10 million.

## Opacity [28, 29]

Opacity is the measurement of the degree to which particulate emissions reduce (due to absorption, reflection, and scattering) the intensity of transmitted photopic light and obscure the view of an object through ambient air, an effluent gas stream or an optical medium of a given pathlength. Instruments used to measure opacity are transmissometers with a specific light source, detector, lenses, mirrors, and other optical components [28]. The transmissometer passes light through a particulate-laden effluent stream and measures in situ, the optical transmittance of that light within a specified wavelength region.

The measurement of opacity is routinely used to monitor particulate emissions, however, it is not a direct measurement of the concentration of particles in the flue gas. In addition to detecting particles, the opacity measurement is effected by the presence of oil mist and the humidity of the flue gas. One EPA report [28] cites the problems inherent in the use of opacity monitors, including poor sampling system design, dirty windows due to film buildup on the surface, and interferences from water droplets and high $NO_2$.

The sloughage of particles from the surfaces of the ducts and stack has been observed to cause wide variations in particle concentration and can result in errors in the opacity measurement. EPA testing [29] at a Dupont incinerator in Wilmington, DE revealed that there were wide variations in the particle concentration in the stack, even under steady incinerator operating conditions. During the testing, large plumes of particles were observed periodically in the flue gas and a thick coating (2 to 3 inches) of particles was observed on the inside diameter of the stack. When these plumes occur, the high concentration of particles causes some particles to be blocked by other particles in the opacity meter's light beam, resulting in a measured particle concentration that is lower than the actual concentration.

# *3*
# CHANGING WATER BALANCE

---

AES-PR has been experiencing changes in the utility and chemistry of the water sources, return condensate, and waste streams. There have also been problems with wastewater disposal (also see Chapter 5). The main changes in the water balance include: large quantity of coal pile runoff, decreasing purity of PRASA water, more boiler makeup (low condensate return) and more regenerant waste, higher use of water treatment chemicals, and wastewater disposal to Ash Rock Production. There is also a concern about fouling of the reverse osmosis membranes and fouling of the condenser.

There has been a large number of studies of the changing water balance [40-70, 80, 94] with one more extensive sampling campaign [94], but the final solution has not yet been reached. Even before the plant operation, various scenarios were evaluated and modeled [64, 80]. For example, the August 1, 2000 BetzDearborn report [80 p.1] states "The purpose of this report is to recommend appropriate water treatment system programs for the following two different conditions: (1) peak plant load using the currently available plant water sources, and (2) peak plant load using PRASA effluent under the **expected worst case water chemistry conditions**." Obviously, these studies failed to identify the "worst case" scenario. They approved the original design and use of the water treatment equipment and the CDS-ESP.

The 2005 water balance shown in Figure 3-1 can be compared to one of the contemplated water balances (Figure 3-2) with brine concentrator and crystallizer treating 89 gpm of demineralizer wastewater plus coal pile runoff pond water plus reverse osmosis wastewater. In Figure 3-2, there is no wastewater disposal into the Ash Rock Production. So, regardless of the use of the RO wastewater for CDS injection, there has to be zero liquid discharge treatment for these high solids streams (see Table 3-1).

A119

*Changing Water Balance*



**Figure 3-1**
**AES-PR Current Water Balance and Process Flows – 2005 [69]**



**Figure 3-2**
**AES-PR Proposed Water Balance and Process Flows with Brine Concentrator – Crystallizer Option [69]**

3-2

**A120**