*Changing Water Balance*

**Table 3-1**
**Options to Feed Brine Concentrator and Crystallizer – Salt Concentration (lb) [69]**

|  | Demin WW | Coal Pond | Combined Direct Injection Brine Feed | | SSD | Solids Co to BC/CRYZ |
|---|---|---|---|---|---|---|
| Flow, gpm | 21 | -0.3 | 44 | | 45 | 89 |
| Flow, MM#/day | 0.3 | -0.3 | 0.5 | | 0.5 | 1.1 |
| Conductivity, mmhos | 19,200 | 34,950 | 54,150 | | N/A | N/A |
| TDS as ppm | 11,904 | 21,669 | 33,573 | | N/A | N/A |
| Potassium, lb/day | 2 | 195 | 197 | | 419 | 616 |
| Nitrate, lb/day | 0 | 41 | 41 | | 814 | 855 |
| Calcium, lb/day | 5 | 102 | 107 | | 176 | 283 |
| Magnesium, as lb/day | 0 | 9 | 9 | | 13 | 22 |
| Sodium, lb/day | 885 | 1,994 | 2,879 | | 8,910 | 11,789 |
| Chloride, lb/day | 991 | 2,030 | 3,021 | | 6,464 | 9,485 |
| Bicarbonate, lb/day | 310 | 36 | 346 | | 171 | 517 |
| Carbonate, lb/day | 0 | 0 | 0 | | 0 | 0 |
| Sulfate, lb/day | 328 | 2,356 | 2,684 | | 9,639 | 12,323 |
| Phosphate, lb/day | 0 | 5 | 5 | | 6 | 11 |
| Silica, lb/day | 6 | 9 | 15 | | 64 | 79 |
| Total salts, Lb | 2,527 | 6,777 | 9,304 | | 26,676 | 35,980 |
| Total salts, Ton | 1.26 | 3.39 | 4.65 | | 13.34 | 17.99 |
| % of Total | 7 | 19 | 26 | | 74 | 100.0 |

## Root Causes of the Coal Pile Runoff Pond Overflow Events [60]

*According to A. Dyer, the president of AES-PR:*

The current situation of intermittent overflows from the Coal Pile Runoff Pond can be traced back to a flaw in the original plant design. RO reject water from the cooling water system was intended to be injected into the circulating dry scrubber (CDS) system, where the water would evaporate and the salts would be deposited into the fly ash which would be processed into a manufactured aggregate. Unfortunately, it became apparent that this approach to management of brine wastewater would not work when excessive corrosion was discovered in the collector plates of the electrostatic precipitator (ESP) which receives the flue gases from the CDS system. The corrosion problem in the ESP was traced to the injected RO water. As a result, AES-PR was forced to manage the brine wastewater by primarily using it in the manufactured aggregate operations.

Initially, AES-PR cut back on the amount of RO reject water going into the CDS system until this practice was abandoned in September 2004. However, infiltration or drainage of RO reject water in the storm water runoff from the manufactured aggregate area has, over time, considerably raised the conductivity of the Coal Pile Runoff Pond water. The current levels of conductivity in the Coal Pile Runoff Pond make it unsuitable for use as a source of cooling water for the plant. Difficulties arose during the 2005 tropical storm season in which precipitation levels have outstripped evaporative loss from the Coal Pile Runoff Pond and the manufactured aggregate process has been unable to absorb all of the RO reject water, resulting in additional runoff to the Coal Pile Runoff Pond. *Retyped from Reference 60.*

*Changing Water Balance*

## Mitigation Efforts

In September 2004, AES-PR completed the replacement of the original RO system with a new one consisting of a replacement sidestream RO unit supplemented by a second stage desalination RO unit. AES-PR contends that the new RO system was installed at a cost of $1.9 million, and that there are ongoing annual operation and maintenance costs of $500,000.

The cooling water system blowdown water is now processed by the new RO system into two streams of water: (i) a clean water stream that is used as make-up water for the CDS system and (ii) heavily concentrated brine wastewater. The new RO system generates a concentrated brine stream ranging from 45 gallons per minute (gpm) to 75 gpm, and as noted above, this water is currently used in the manufactured aggregate operations. AES-PR intended that the high levels of TDS in the RO reject water would be removed from the plant as part of the manufactured aggregate product.

Although the water level in the Coal Pile Runoff Pond has already begun to abate with the onset of dry weather, AES-PR contends that it is pursing engineering solutions designed to ultimately empty the water in the Coal Pile Runoff Pond, so that it may once again only handle runoff water and can be used as one of the plant's sources of water.

## Problems with Wastewater Disposal to Fly Ash

AES-PR planned to use ash rock production as a major disposal site for excess wastewater (see Chapter 2). Ash management became a problem, which currently relates to the wastewater balance. AES-PR's problems with ash management are likely related to the limited markets for the ash rock that AES-PR did not foresee when it developed its ash management plant in late 2002. This is illustrated in Figure 3-3 and Figure 3-4 and in the quoted section from Article [4] below.

According to Reference 4: *"Finally, perhaps the biggest challenge facing the Puerto Rico plant is ash management. AES had previously contracted with a company in the Bahamas to take the manufactured aggregate for beneficial reuse markets in the U.S. and the Caribbean Basin. However, the marketing effort has not kept pace with ash production, so the plant has taken charge of the issue and is now directly marketing the aggregate and working to demonstrate reuse options on the island."*

AES-PR's problems with ash rock sales and the related impact on its ash management plan are likely market driven; AES-PR apparently cannot find markets for the ash rock it is currently producing. Such problems are unrelated to the CDS or ESP or the wastewater generated by the new RO system.



**Figure 3-3**
**Ash Management Plan – December 2002 [97]**



**Figure 3-4**
**Ash Management Plan – Current [97]**

# 4
# ELECTROSTATIC PRECIPITATOR CORROSION

Severe general corrosion occurred in the electrostatic precipitators (ESP), supplied by EEC, of AES-PR Units 1 and 2 sometime during the 2003-2004 time period. No corrosion was reported in Unit 1 in September 2003 when the ESP was cleaned and in Unit 2 in May 2003. The corrosion was discovered in Unit 2 during the November 8 to December 1, 2003 outage [106, 107]. Subsequent inspection of the Unit 1 ESP during the January 12-21, 2004 outage found less extensive damage.

In Unit 2, the corrosion was confined to the carbon steel collecting plates in the first four mechanical fields, 400 through 430. Figure 4-1 shows the number of damaged collecting plates in the Unit 2 ESP [107]. The profile of a collecting plate with the locations of the worst corrosion in shown in Figure 4-2.



**Figure 4-1**
**Unit 2 ESP – Number of Collecting Plates Requiring Replacement [107]**

*Electrostatic Precipitator Corrosion*



**Figure 4-2**
**Profile of a Collecting Plate from Unit 2 ESP with Locations of the Worst Corrosion [107]**

**Other Observations** [98, 100, 106-108]:

The temperature of the flue gas in Unit 1 ESP was about 140°F and the acid dew point was determined to be around 130°F [108], which is not a high enough temperature margin. The circulating dry scrubber (CDS) outlet temperature was as low as 140°F as early as 2002 and most of the time was 150 to 170°F [95].

- 420 C and D hoppers had plugged and filled the east side of the third mechanical field with ash up to approximately 6 feet into the field.

- Penthouse accumulated 3-4" of flyash on the floor and most horizontal surfaces including the TR Air Switches on the precipitator roof. This was caused by dirty flue gas leaking into the penthouse pressurization system. Blanking plates were to be installed in the piping at the entry to the blower filter enclosure.

- Dirty, completely blinded filters on the blow system were replaced but did not help. These filters should be inspected/changed on a monthly basis. Low pressure in the penthouse can lead to inleakage of water during rainy weather and can cause damage to components in the penthouse.

- In September 2003, there were major ash build up "snow balls" of up to 5-6 inches in diameter on some of the DE spikes. Most of them were located in the upper part of the ESP and concentrated to a couple of rows in most fields [107].

- According to [108], the CDS injection water chloride concentration was 2000–3000 ppm.

## Laboratory Investigations [108-110]

There were three similar laboratory investigations, which documented the collecting plate corrosion and analyzed the corrosion products. Report [110] on Unit 2 ESP also presents the collecting plate steel analysis (conforming to AISI SAE 1010 carbon steel) and it gives the composition of an ash sample (Table 4-1 and Table 4-2).

4-2

**A126**

**Table 4-1**
**Phase Assemblage of Ash Sample – Unit 2 [110]**

| Phase | Percent (%) |
|---|---|
| Quartz | 10.4 |
| Iron Oxide | 0.5 |
| Calcium Oxide | 25.9 |
| Aluminum Oxide | 4.2 |
| Aluminosilicates | 7.0 |
| Calcium Aluminosilicates | 0.5 |
| Calcium Sulfate | 0.5 |
| Calcium Derived | 15.1 |
| Unclassified | 34.0 |

**Table 4-2**
**Chemical Composition of Ash Sample – Unit 2 [110]**

| Component | Percent (%) |
|---|---|
| Silicon Oxide | 28.2 |
| Aluminum Oxide | 16.1 |
| Ferric Oxide | 1.7 |
| Titanium Oxide | 0.2 |
| Phosphourus Pentoxide | 0.4 |
| Calcium Oxide | 33.7 |
| Magnesium Oxide | 0.6 |
| Sodium Oxide | 1.2 |
| Potassium Oxide | 0.7 |
| Sulfur Trioxide | 15.7 |
| Barium Oxide | 0.4 |
| Chromium Oxide | 0.2 |
| Chlorine Oxide | 0.9 |

*Electrostatic Precipitator Corrosion*

An example of the chemical composition of the deposits on the collecting plates is given in Table 4-3 [108]. It should be noted that the sulfur is much higher than the chlorine concentration.

**Table 4-3**
**Semi-Quantitative Elemental EDS Analysis of 2 Deposit Samples from Unit 1 ESP**
**Collecting Plates (% by weight) [108]**

| Element | Sample A | Sample B |
|---------|----------|----------|
| Calcium | 24.5 | 29.3 |
| Iron | 22.0 | 18.6 |
| Silicon | 21.8 | 22.1 |
| Aluminum | 11.6 | 12.6 |
| Sulfur | 12.3 | 9.7 |
| Sodium | 4.5 | 2.5 |
| Potassium | 2.0 | 2.1 |
| Titanium | 0.6 | 1.0 |
| Chlorine | --- | 1.2 |
| Magnesium | 0.7 | 0.9 |

## Conclusions by O. Jonas

The following are the conclusions based on authoritative industry publications [1, 2, 20-24], the findings expressed in [106-110], and the author's experience:

- There is an agreement, supported by corrosion knowledge, that the corrodent(s) were present as concentrated aqueous solutions. This means that the temperature of the corroded collecting plates was too low.

- It is my opinion that the root cause of the ESP corrosion was operation at a low flue gas temperature, which allowed acid sulfates with some chloride to be present in the corroded zone as a concentrated aqueous solution.

- The corrosion was caused by acid sulfate with the sulfur detected in the corrosion product at much higher concentration than chloride.

- Because the corrosion was localized on the collector plates in the middle zone of the ESPs, there were likely contributing factors such as temperature stratification, air inleakages, and accumulation of fly ash (dirty ESP). There is also a possibility of corrosion during the inactive periods because the ESP was not under layup protection.

- The ESP could have operated at a CDS outlet temperature of 175°F that is required to reduce the risk of corrosion and satisfy emissions requirements [86, 95].

- At the proper ESP gas temperature, there would be no corrosion with or without injection of salty water with ~3500 ppm Cl⁻. The temperature, equally distributed through the ESP, has to be above the hydration point of the fly ash mineral mixture and well (20-40°F) above the dew point of the flue gas. This has been recognized by the industry [20-24] and acknowledged by AES-PR [43]. The supplier's Operations and Maintenance Manual contained procedures to ensure that the ESP would be operated at temperatures required to minimize the risk of corrosion [86].

A130

# 5
# NEED FOR NEW WATER TREATMENT

There are multiple and interrelated reasons why AES-PR is contemplating installation of new water treatment equipment to continue to satisfy the permit condition of zero liquid discharge (ZLD). Even if AES-PR had not installed the new RO system, it would still have encountered wastewater disposal problems and been forced to install the new water treatment equipment that is now being contemplated. Other needs include operating reliability and cost.

In its own assessment [70], AES-PR listed the needs for **operational reliability**:

- Boiler feedwater (canal) suspended solids
- ESP plate corrosion
- Condenser fouling and heat loss

The BFW critical points were listed as:

- Media filter capacity during rainy season
- Solution = additional filter capacity or better use of existing filter capacity
- Condensate return from Phillips is critical to total BFW flow
- Use of BFW filtered water for CDS

In addition to the major reasons cited by AES-PR for the new water treatment, there have been needs to reduce silica in the cooling water, increase the sidestream softener load from 800 gpm to 1500 gpm, and reduce fine suspended solids to improve water purification equipment performance (softening and fouling of RO membranes).

There have been a large number of studies aimed at the determination of the water treatment needs and design, based on the changing water balance [64, 68-70, 80]. These studies span the time from the original plant design to late in 2005.

Most of these studies were not supported by good plant and water analysis data and they recommended that such data be obtained [64, 71]. In late 2005, some pertinent data were generated by the Environmental Sales Group (ESG) [94].

### End of 2005 Analysis

The plant has not been in TDS/salt balance since the operational changes to remove the original sidestream RO reject water from injection to the CDS. Approximately 23 ton per day of dry

*Need for New Water Treatment*

solids comes in with the various water sources and the operating chemicals such as caustic, soda ash, and acid. In terms of inlet salt loading, PRASA contributes 44%, purchased chemicals contribute 36%, while the coal pond, if drained over one year, would contribute 15% due to the high conductivity of the accumulated water [69].

Salts can leave the plant via the new SSRO reject water as spray to the ash rock, and as wet sludge in the sidestream clarifier. The current plant balance estimates 59% of the inlet salts are in the new SSRO reject at 45 gpm, and 10% of the salts are in the clarifier sludge. The remaining 4.5 ton per day is accumulating causing the conductivity of the coal pond and ash rock runoff to increase over time (Table 5-1, Table 5-2) [69].

**Table 5-1**
**Salts Entering the Plant – Baseline A [69]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Flow, gpm | 2,781 | 1,200 | 138 | N/A | 23 |  |
| Flow, MM#/day | 33.4 | 14.4 | 1.7 | N/A | 0.28 |  |
| Conductivity, mmhos | 1,132 | 147 | 603 | N/A | 34,950 | N/A |
| TDS as ppm | 702 | 91 | 374 | N/A | N/A |  |
| Potassium, lb/day | 261 | 13 | 1.2 | 0 | 195 | 470 |
| Nitrate, lb/day | 1,670 | N/A | N/A | 0 | 41 | 1,711 |
| Calcium, lb/day | 1,369 | 144 | 53 | 0 | 102 | 1,668 |
| Magnesium, as lb/day | 501 | 62 | 25 | 0 | 9 | 597 |
| Sodium, lb/day | 4,008 | 164 | 94 | 4,810 | 1,994 | 11,070 |
| Chloride, lb/day | 4,642 | 159 | 58 | 1,873 | 2,030 | 8,762 |
| Bicarbonate, lb/day | 3,908 | 418 | 240 | 0 | 36 | 4,602 |
| Carbonate, lb/day | 0 | 0 | 0 | 2,587 | 0 | 2,587 |
| Sulfate, lb/day | 2,371 | 159 | 71 | 6,959 | 2,356 | 11,916 |
| Phosphate, lb/day | 200 | 3 | 0 | 0 | 5 | 208 |
| Silica, lb/day | 935 | 317 | 53 | 0 | 9 | 1,314 |
| Total salts, Lb | 19,865 | 1,439 | 595 | 16,229 | 6,777 | 44,905 |
| Total salts, Ton | 9.93 | 0.72 | 0.30 | 8.11 | 3.39 |  |
| % of Total | 44 | 3 | 1 | 36 | 15 | 100.0 |

*Need for New Water Treatment*

**Table 5-2**
**Salts Leaving (Accumulating in) the Plant [69]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Flow, gpm | 700 | 45 | 190,000 | | | |
| Flow, MM#/day | 8.4 | 0.5 | 2,281.8 | | | |
| Conductivity, mmhos | | | | | | |
| TDS as ppm | | | | | | |
| Potassium, lb/day | 0 | 419 | 0.0 | 419 | | 51 |
| Nitrate, lb/day | 0 | 814 | 0 | 814 | | 897 |
| Calcium, lb/day | 1,550 | 176 | 0 | 1,726 | | -58 |
| Magnesium, as lb/day | 242 | 13 | 0 | 255 | | 342 |
| Sodium, lb/day | 0 | 8,910 | 0 | 8,910 | | 2,160 |
| Chloride, lb/day | 0 | 6,464 | 0 | 6,464 | | 2,298 |
| Bicarbonate, lb/day | 0 | 171 | 4,779 | 4,950 | | -348 |
| Carbonate, lb/day | 2,203 | 0 | 0 | 2,203 | | 384 |
| Sulfate, lb/day | 0 | 9,639 | 0 | 9,639 | | 2,277 |
| Phosphate, lb/day | 193 | 6 | 0 | 199 | | 9 |
| Silica, lb/day | 277 | 64 | 0 | 341 | | 973 |
| Total salts, Lb | 4,465 | 26,676 | 4,779 | 35,920 | | 8,985 |
| Total salts, Ton | 2.23 | 13.34 | 2.39 | 17.96 | | |
| % of Total | 12 | 74 | 13 | 100 | | N/A |

## Justification of Brine Concentrator and Crystallizer [64]

In 2004, AES-PR chose to reconfigure the system and it installed a new two-stage RO system to provide additional treatment to the CDS water supply. The addition of the new RO system was not required in order to operate the CDS at temperatures high enough to reduce the risk of corrosion and control emissions within required limits. Based on advice of its consultants, AES-PR transferred resulting brine to the Manufacturing Aggregate dust suppression system, ash conditioning, and Pug Mill. This reconfiguration was only marginally successful and created a problem since the storm water run-off carried the salts to the storm water ponds and Coal Pile Pond, originally designed to supply the 1M Make-up Water Pond that is the source of the Cooling Tower make-up. Over time, this cycle created an accumulation of solids/salts in the ponds increasing their concentrations, reducing the evaporation rates, and forcing us to reduce the reuse of the pond water for Cooling Tower make-up. As a result, the pond water levels increased and now are at the maximum allowable points. One of the ponds has already overflowed during high intense precipitation events affection the ZLD condition.

To achieve the ZLD condition, AES-PR considered the installation of equipment to remove solids and to convert RO reject containing high concentration of solids into a dry solid. A brine concentrator/crystallizer process generates a solid dry waste and produces high quality condensate that can be in the demineralized system for boiler make-up and as a back-up for the CDS water supply. AES-PR apparently contemplates that brine will no longer be used in the Manufacturing Aggregate process, returning back the Storm Water and Coal Pile Ponds to the Original operation design and allowing increase the water reuse for Cooling Tower -Makeup.

*Need for New Water Treatment*

## Conclusions by O. Jonas

The design of the CDS-ESP system per the specifications prepared by Duke/Fluor Daniels for AES-PR could satisfy emissions requirements without increased risk of corrosion if operated correctly [75-84].

AES-PR chose to add the second RO to produce CDS injection water (and water for other uses). To the extent that this decision contributed to the need for a brine concentrator/crystallizer, it is AES-PR's responsibility. The addition of the second RO was not required for continued operation of the CDS.

Brine concentrator and crystallizer are needed because there is more wastewater and TDS than AES-PR originally considered [69], including:

- Coal pile runoff
- Waste water not used in the ash rock production
- Boiler blowdown
- Higher boiler makeup system use and waste water requirements because of the lost return condensate
- High cooling tower makeup and waste water flow because of high solids in PRASA water
- Some liquid waste disposal means, such as ash rock production, are not fully available.

Brine concentration and crystallization are not needed because of the corrosion of the ESPs and the original design use of the cooling tower RO brine in the CDS.

The current water balance is different from the original water balance, having higher volume and TDS of the discharges and requiring a brine concentrator/crystallizer. According to [69], there is a TDS accumulation of 4.5 to 23 tons per day. Even if AES-PR had not chosen to install the second RO and continued to use the reject water from the original RO as CDS injection water, AES-PR would have had more wastewater and TDS than it originally considered, and it would have been required to consider installing a brine concentrator and crystallizer. Thus, AES-PR's decision to install the second RO was not the primary cause of wastewater disposal problems and is not the primary reason that it now needs a brine concentrator and crystallizer.

# 6

# COST OF NEW REVERSE OSMOSIS AND CRYSTALLIZER SYSTEMS

As discussed in Chapters 2 through 5 and concluded in Chapter 7, the new water treatment equipment (second RO system for cooling tower blowdown treatment, brine concentrator, and crystallizer) is not needed because of the ESP corrosion. It is needed because of the changing water balance with higher volume and higher TDS of wastewater. With the developing perception and knowledge of the water balance came the changing costs of the new water treatment equipment. AES-PR has provided a large number of studies and cost estimates [43, 47-49, 58, 64, 68-70, 80]. In the 9/20/04 AES-PR complaint [111], the entire corrosion-related claim is for $5.9 million. In AES-PR Answer to Interrogatory No. 10, dated May 16, 2005, the total cost of the new water treatment equipment is said to be $8,636,559.12. In the AES-PR Supplemental Answer to Interrogatory No. 10, dated January 17, 2006, the cost for that same equipment and for the interim injection of wastewater into the boiler is now estimated to be $34,307,120.12 [115].

In the AES-PR 11/17/05 letter to EPA [60], the cost of the second RO is stated as $1.9 million, cost of brine concentrator and crystallizer is $4.7-10 million, operation and maintenance cost for RO is $0.5 million/year, and the operation and maintenance cost for RO, brine concentrator, and crystallizer is stated to be $1.5 million/year.

The estimated costs for new water treatment equipment (second RO system for cooling tower blowdown treatment, brine concentrator, and crystallizer) and for the interim cost for injection of high-chloride water into the boiler are vague and speculative because the technical basis for the processes described and the new designs and costs have not yet been properly established. The cost proposals produced to date by AES-PR from GE Betz and Environmental Service Group, Inc. (ESG) are all estimates and recommend a determination of the actual water balances [64, 71]. GE Betz/RCC cost for brine concentrator and crystallizer $3.25 and $3.5 million (two options) [42] and ESG cost $2.59 million [41]. It is my opinion that the far greater estimated costs for this same equipment in AES-PR Answer to Interrogatory No. 10, dated January 17, 2006, and the estimated costs for interim measures for injection of high-chloride water into the boiler are excessive.

*Cost of New Reverse Osmosis and Crystallizer Systems*

**Table 6-1**
**AES-PR Payments Made or Expected to be Made for Water Treatment [115]**

| Vendor | Date | Amount ($) | Reason of Payment |
|---|---|---|---|
| Various | 02/06/04 – 03/31/05 | 1,786,559.12 | Reverse osmosis system capital cost |
| ChemTreat, Others | Ongoing | 877,154 | Operation and maintenance of reverse osmosis system (Based on $100,000/yr and 10% discount rate) |
| Various | 2005/2006 | 50,000 (est.) | Boiler water injection project installation |
| Drummond | 24 months | 7,568,000 (est.) | O&M cost for injection of high-chloride water into the boiler |
| Various | 24 months | 220,752 (est.) | CDS clean water supplement |
| Various | 24 months | 1,314,000 (est.) | Other water supply changes |
| Various | To begin 2006 | 512,000 (est.) | Crystallizer – engineering, permits, relocation |
| To Be Determined | 2006 | 7,000,000 (est.) | Crystallizer – procurement |
| To Be Determined | 2006/2007 | 7,000,000 (est.) | Cyrstallizer – construction |
| To Be Determined | 2006 | 1,400,000 | Crystallizer – construction/procurement contingency (10%) |
| Various | Ongoing | 6,578,655 (est.) | Crystallizer – O&M costs (est. $750,000/yr, including 650 kW/h and 10% discount rate) |
| | Total: | $34,307,120.12 | |

## Conclusions by O. Jonas

a.  The claim that new cooling tower side stream water treatment is needed is false, based on the wrong claim about the effects of the chemistry (high Cl⁻) of the original RO reject water injected into the CDS (before ESP). The CDSs and ESPs were able to operate according to the original design specifications, CDS water flow and chemistry and operating temperature.

b.  The proposed zero liquid discharge equipment and operation is not related to any flaw in design of the CDS or ESP. It is related to the high volume of wastewater caused by coal pile runoff [60, 93], high solids in PRASA water, problems with ash rock production, etc. [4, 69].

c.  The primary responsibility for design deficiencies related to the disposal of wastewater and satisfying the ZLD at the AES-PR plant is with the design engineer Duke/Fluor Daniels and AES-PR, which specified the design conditions [75-79, 82, 83]. The deficiencies should have been found during the design review by AES-PR and D/FD and during the commissioning.

d.  The estimated costs for new water treatment equipment (second RO system for cooling tower blowdown treatment, brine concentrator, and crystallizer) and for interim cost for

injection of high-chloride water into the boiler are vague and speculative because the technical basis for the process described and the new designs and costs have not yet been properly established. The cost proposals produced to date by AES-PR from GE Betz and Environmental Service Group, Inc. (ESG) are all estimates and recommend a determination of the actual water balances [64, 71] (GE Betz/RCC cost for brine concentrator and crystallizer $3.25 and $3.5 million (two options) [42] and ESG cost $2.59 million [41]). It is my opinion that the far greater estimated costs for this same equipment in AES-PR Answer to Interrogatory No. 10, dated January 17, 2006, and the estimated costs for interim measures for injection of high-chloride water into the boiler are excessive.

# 7
## CONCLUSIONS

These Conclusions are pertinent to the AES-PR claims [111-115] related to the corrosion of ESPs and AES-PR's claimed need for new water treatment systems (2nd RO, brine concentrator, and crystallizer).

1.  The AES-PR claims against Alstom Power Inc. are not justified for the following reasons:

    a.  The two-year warranty of the ESPs should be void because the ESPs were not operated according to specifications [82, 83] and operating instructions [86]. Specifically, the CDS gas temperature was as low as 140°F and frequently was only ~150°F, well below the 175°F specified [95]. This allowed the corrosive substances in the flue gas and on the ESP collector plate surfaces to become concentrated aqueous solutions and very corrosive.

    b.  The claim that new cooling tower side stream water treatment is needed is false, based on the wrong claim about the effects of the chemistry (high Cl-) of the original RO reject water injected into the CDS (before ESP). The CDSs and ESPs were able to operate according to the original design specifications, CDS water flow and chemistry and operating temperature.

    c.  The proposed zero liquid discharge equipment and operation is not related to any flaw in design of the CDS or ESP. It is related to the high volume of wastewater caused by coal pile runoff [60, 93], high solids in PRASA water, problems with ash rock production and marketing, and other wastewater problems for which AES-PR and the designer of the AES-PR plant failed to adequately prepare [4, 69].

    d.  The primary responsibility for design deficiencies relating to the disposal of wastewater and satisfying the ZLD at the AES-PR plant is with the design engineer Duke/Fluor Daniels and AES-PR, which specified the design conditions [75-79, 82, 83]. The deficiencies should have been found during the design review by D/FD and AES-PR and during the commissioning. Also, the water balance was reviewed by AES-PR and others prior to the plant operation and the design was found satisfactory [64, 80].

    e.  The estimated costs for new water treatment equipment (second RO system for cooling tower blowdown treatment, brine concentrator, and crystallizer) and for interim cost for injection of high-chloride water into the boiler are vague and speculative because the technical basis for the process described and the new designs and costs have not yet been properly established. The cost proposals produced to date by AES-PR from GE Betz and Environmental Service Group, Inc. (ESG) are all estimates and recommend a determination of the actual water balances [64, 71] (GE Betz/RCC cost for brine

7-1

**A139**

*Conclusions*

concentrator and crystallizer $3.25 and $3.5 million (two options) [42] and ESG cost $2.59 million [41]). It is my opinion that the far greater estimated costs for this same equipment in AES-PR Answer to Interrogatory No. 10, dated January 17, 2006, and the estimated costs for interim measures for injection of high-chloride water into the boiler are excessive.

2. It is my opinion that the root cause of the ESP corrosion was operation at a low flue gas temperature, which allowed acid sulfates with some chloride to be present in the corroded zone as a concentrated aqueous solution. The corrosion was caused by acid sulfate which was detected in the corrosion product at much higher concentration than chloride. Because the corrosion was localized on the collector plates in the middle zone of the ESPs, there were likely contributing factors such as temperature stratification, air inleakages, and accumulation of fly ash (dirty ESP). There is also a possibility of corrosion during the frequent inactive periods because the ESP was not under layup protection.

There is an agreement, supported by corrosion knowledge, that the corrodent(s) were present as concentrated aqueous solutions [20-24, 106-110].

The ESP temperature of 175°F is achievable, as shown in [95].

At the proper ESP temperature, there would be no corrosion with or without injection of salty water with ~3500 ppm Cl⁻. The temperature, equally distributed through the ESP, has to be above the hydration point of the fly ash mineral mixture and well above the dew point.

3. The addition of the second RO to produce CDS injection water (and water for possible other uses) was AES's choice (without a review by Alstom). The consequential need for a brine concentrator/crystallizer is an AES-PR burden.

4. Brine concentrator and crystallizer are needed because there is more waste water than originally considered [69], including:

- Coal pile runoff
- Waste water not used in the ash rock production
- Boiler blowdown
- Higher boiler makeup system use and waste water requirements because of the loss return
- High cooling tower makeup and waste water flow because of high solids in PRASA water

Brine concentration and crystallization are not needed because of the corrosion of the ESPs and the original design use of the cooling tower RO brine in the CDS.

The current water balance is different from the original water balance, having higher volume and TDS of the discharges and requiring a brine concentrator/crystallizer. According to [69], there is a TDS accumulation of 4.5 to 23 tons per day.

7-2

**A140**

5.  AES-PR data [95, 98, 100] show that the air pollution control equipment achieved $SO_2$ concentration and opacity in the flue gas well below the EPA limits and that there was not significant differences for the time before and after the 2004 installation of the second RO for cooling water side stream treatment and CDS injection.

Occasional spikes in opacity occurred before and after the 2004 change of CDS water source [98, 100]. Opacity is caused by particles and water droplets in the flue gas and its measurements are often prone to errors [see Chapter 2, 98, 100]. It is used because there is no other practical monitoring method. There is evidence of errors in the measurement of opacity at the AES-PR plant.

# *8*
# REFERENCES

## Fluidized Bed Boilers

1.  *Steam: Its Generation and Use, 40th ed.*, The Babcock & Wilcox Company, 1992.

2.  J. Singer, Ed., *Combustion: Fossil Power Systems*. Combustion Engineering, Windsor, CT, 1991.

3.  J. Kitto. "Air Pollution Control for Industrial Boiler Systems." *ABMA Industrial Boiler Systems Conference*. 1996.

4.  J. Makansi. "CFBs Anchor Premier Approach to Extracting Value from Solid Fuels." *Power*, March 2005. (Description of AES-PR)

5.  S. Kavidass, G. Anderson, and G. Norton, Jr. "Why Build a Circulating Fluidized Bed Boiler to Generate Steam and Electric Power." *Power-Gen Asia*, 2000.

6.  M. Maryamchik and D. Wietzke. "B&W IR-CFB Boiler Operating Experience: Update and Design." *Power-Gen International*, 1999.

7.  Entropy, Inc. *Coal-Fired Fluidized Bed Boiler Emission Test: Texas-New Mexico Power Company Unit 2*. Prepared for U.S. Environmental Protection Agency under Contract No. 68D20163, Work Assignment No. I-34. June 15, 1994.

8.  D. Mahr, ed. *Recent Fluidized Bed Projects*. International Joint Power Generation Conference, 1992.

9.  M. Friedman, T. Heller, and T. Boyd. "Operational Data from 110 MWe Nucla CFB." *Fluidized Bed Combustion*, ASME 1991.

10. A. Manaker, J. Fishbaugher, H. Vroom. "Project Overview for the 160-MW AFBC Demonstration Plant at Tennessee Valley Authority's (TVA) Shawnee Fossil Plant Reservation." *Fluidized Bed Combustion*, ASME 1991.

11. B. Imsdahl, D. Steen, A. Welte, and G. Brown. "Montana-Dakota Utilities Co.: 25,000 Hours of Successful AFBC Operation." *Fluidized Bed Combustion*, ASME 1991.

12. D. Wilhelm and D. Simbeck. "The California FBC Boiler Story: A Status Report." *Presented at Council of Industrial Boiler Owners (CIBO) 6th Annual FBC Conference*. December 1990.

*References*

13. J. Makansi. "Fluidized-bed Technology Expands Options for Solid-Fuel Firing." *Power*, June 1990.

14. *Riley Circofluid: Primary Features of the Circofluid Steam Generator.* Deutsche Babcock, AG Product Literature.

## Circulating Dry Scrubber

15. D. Johnson. "The Chemistry and Corrosion Environment of Dry Scrubbers." Omega Atomizers. 2004.

16. H. Huang, J. Allen, et. al. *Spray-Dryer Flue-Gas-Cleaning System Handbook.* U. S. Department of Energy. Publication No. ANL/ESD-7. Energy Systems Division, Argonne National Laboratory. 1988.

17. U.S. Environmental Protection Agency. *Flue Gas Desulfurization – Spray Dryer Process.* Sulfur Oxides Control Technology Series. EPA 625-8-82-009. 1982.

18. Air Pollution Training Institute. "Lesson 7: Dry Scrubbing Systems." *Training Course SI412C Wet Scrubber Plant Review.* U.S. Environmental Protection Agency.

19. Air Pollution Training Institute. "Lesson 9: Flue Gas Desulfurization (Acid Gas Removal) Systems." *Training Course SI412C Wet Scrubber Plant Review.* U.S. Environmental Protection Agency.

## Corrosion and Deposition

20. A. Horvath. *Handbook of Aqueous Electrolyte Solutions: Physical Properties, Estimation, and Correlation Methods.* Halsted Press. New York. 1985.

21. O. Jonas and B. Syrett, ed. *Low Temperature Corrosion Problems in Fossil Power Plants – State of Knowledge.* EPRI, Palo Alto, CA: December 2003. 1004924.

22. H. Rosenberg and J. Beavers. "Chapter 18: Flue Gas Desulfurization System." *Low Temperature Corrosion Problems in Fossil Power Plants – State of Knowledge.* EPRI, Palo Alto, CA: December 2003. 1004924.

23. H. Rosenberg and J. Beavers. "Chapter 19: Flue Gas Ducts and Stacks." *Low Temperature Corrosion Problems in Fossil Power Plants – State of Knowledge.* EPRI, Palo Alto, CA: December 2003. 1004924.

24. J. Radway. *Corrosion and Deposits from Combustion Gases.* Hemisphere Publishing Corporation, New York. 1985.

**A144**

## Guidelines

25. O. Jonas and A. Aschoff. *Guidelines on Cycle Chemistry for Fluidized-Bed Combustion Plants.* EPRI. Palo Alto, CA: September 1993. TR-102976.

26. A. Aschoff, B. Dooley, and O. Jonas. "Guidelines on Cycle Water Chemistry for Fluidized-Bed Combustion Power Plants." *Presented at 54th Int'l Water Conf.* October 1993.

## Particle Monitoring

27. O. Jonas. "New In-line, On-line Instrument for Monitoring of Particulates in Flue Gas." *International Joint Power Generation Conference.* Baltimore, August 23-26, 1998 and O. Jonas. "New Continuous In-line Instrument for Monitoring of Particulates." *Presented at the 4th Incipient Failure Detection Conference: Predictive Maintenance for the '90s,* EPRI, Philadelphia, PA, Oct. 15-17, 1990.

28. *Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications.* ASTM International. West Conshohocken, PA. D6216-98. 1998 and *An Operator's Guide to Eliminating Bias in CEM Systems.* Environmental Protection Agency Office of Air Quality Planning and Standards. Research Triangle Park, NC. EPA-430/R-94-016. November 1994.

29. *Evaluation of Particulate Matter Continuous Emission Monitoring Systems.* Environmental Protection Agency Office of Air Quality Planning and Standards. Research Triangle Park, NC. EPA-454/R-00-040a. September 2000.

30. Demonstration of Jonas, Inc. Particle Monitor at the Department of Energy's Morgantown Energy Technology Center (October 1995) and at Southern Research Institute in Wilsonville, AL (September 1997).

## Federal Regulations

31. *Standards of Performance for Electric Utility Steam Generating Units, Industrial – Commercial – Institutional Steam Generating Units, and Small Industrial – Commercial – Institutions Steam Generating Units: Final Rule.* 40 CFR Part 60. 7/1/99 edition and 2/27/06 edition.

## AES-PR References

### Permits

32. Authorization to Discharge Under the National Pollutant Discharge Elimination System. NPDES Permit No. PR0025445. November 6, 1989. AES-G-08-246-020789.

*References*

33. M. Vazquez, L. Rodriquez, and H. Martinez. Authorization of Emission Source. Commonwealth of Puerto Rico. Letter to S. Slusser. January 26, 1999. AES-G-08-246-020694.

34. W. Muszynski. *Prevention of Significant Deterioration of Air Quality (PSD) Permit for the Proposed AES Puerto Rico Cogeneration Plant (AES-PRCP) – Administrative Permit Modification.* U.S. EPA Letter to S. Slusser. October 29, 2001. AES-G-08-246-020558.

35. Commonwealth of Puerto Rico Department of Natural and Environmental Resources. *Franchise for the Good Use of the Waters of Puerto Rico.* Franchise Number: RO-06-10-99-PFI-70380. August 6, 2003. AES-G-08-246-020507.

36. R. Delgado. Permit to Operate for the Treatment System of Used Waters without Discharge to a Body of Water by Certification. Case Num C-AG-01-30-0006. Environmental Quality Board. August 7, 2003. AES-G-08-246-020729.

37. C. Reyes. Proposed Administrative Changes to the PSD Permit. Letter to K. Eng, U.S. EPA. August 12, 2003. AES-G-08-246-020552.

38. AES Puerto Rico Letter. Proposed Administrative Changes to the PSD Permit. Letter to K. Eng, U.S. EPA. April 19, 2004. AES-G-08-246-020548.

39. U.S. EPA. Second Revision to the Final Prevention of Significant Deterioration of Air Quality (PSD) Permit for AES-PRCP – Administrative Permit Modification. Letter to C. Reyes. 2004. AES-G-08-246-020516.

### Zero Liquid Discharge

40. K. Monroe. Proposal No. 01-011301RO – Surface Water Filtration. Environmental Service Group, Inc. Letter to C. Alequin. January 13, 2004.

41. K. Monroe. *Budget Proposal – Brine Concentrator and Crystallizer System.* Environmental Sales Group, Inc. Letter to C. Alequin. January 19, 2004.

42. T. Lehmann, E. Etienne, and E. Hanson. *Water Treatment Equipment Proposal.* Revision 5 GE Betz. February 5, 2004. AESPR 021339.

43. *AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination Project – Request for Capital Expenditure Approval.* February 8, 2004. AESPR 006865. AES2-04-00088.

44. *AES Puerto Rico Water Treatment Modification (ESP Corrosion Elimination Project – Request for Capital Expenditure Approval.* February 11, 2004. AESPR 006934. AES2-04-00102.

45. K. Monroe. "Re: RO Specs." Email to T. Jarvis. March 23, 2004.

46. K. Monroe. Proposal No. 05-020201RO. Environmental Sales Group (ESG), Inc. Letter to F. Rodriguez. February 2, 2005.

47. K. Monroe. *Budget Proposal: Evaporator/Crystallizer.* Environmental Sales Group (ESG), Inc. March 30, 2005. AESPR-194054.

48. D. Ciszewski. *Budget Proposal to Supply a MVR Crystallizer System and an Alternate Option for a Brine Concentration and Crystallizer System.* GE Ionics, Inc. RCC Proposal No. 05-3828. May 30, 2005. AESPR-207176.

49. C. Cole. "Re: Information of Crystallizer." Email to G. Siberon. June 20, 2005. AESR-252724.

50. A. Dyer. "Re: AES Puerto Rico II Preliminary Analysis." Email to D. Sundstrom. July 20, 2005. AESPR-194936.

51. G. Siberon. *Project Justification: Brine Concentrator/Crystallizer.* AES Puerto Rico. July 23, 2005. AESPR-251639.

52. E. Etienne. *Water Balance & Engineering Assessment Proposal.* GE Water & Process Technologies. Proposal to A. Dyer. August 10, 2005. AESPR-208210.

53. E. Etienne. *Water Balance & Engineering Assessment Proposal (Revision).* GE Water and Process Technologies. August 12, 2005. AESPR-252688.

54. K. Monroe. *Cooling Tower Blowdown RO System Evaluation.* Environmental Sales Group, Inc. Letter to C. Alequin. August 15, 2005.

55. AES Engineering/Business Development & Commercial Dept. *Crystallizer Project: Back-up Documentation Submitted to GE.* August 15, 2005. AESPR 033940.

56. E. Etienne. *Problem Discussion Summary – Presentation.* GE Infrastructure. September 2, 2005. AESPR-075570.

57. AES Puerto Rico. *Boiler Water Injection Test on 9/3/05 Preliminary Report.* September 20, 2005. AESPR-323919.

58. D. Ciszewski. *Budget Proposal to Supply a MVR Brine Concentrator and Steam Crystalizer System for AES Puerto Rico Power Station.* GE RCC Proposal No. 05-3828. September 30, 2005. AESPR-186637.

59. D. Sundstrom. Re: GE Presentation. Email to C. Alequin. October 12, 2005. AESPR-186524.

60. A. Dyer. *Coal Pile Runoff Pond – Overflow Events.* AES Letter to C. O'Neill, U.S. EPA. November 17, 2005. AES-G-13-391-038131.

61. AES. *Boiler Water Injection Procedure. Rev. 1.* November 2005. AESPR-321302.

*References*

62. P. Randall. *Aquatech Sample Brine Concentrator Specification*. December 21, 2005. AES-G-13-376-036807.

63. P. Randall. *Zero Liquid Discharge (ZLD) Solutions*. Aquatech Proposal to C. Alequin. December 29, 2005. AES-G-13-376-036783.

64. AES Engineering/Business Development & Commercial Dept. *Crystallizer Project: Improvements to Zero Liquid Discharge Water Treatment and Recycling System*. 2005. AESPR 033780.

65. *Water Treatment*. Power Point Presentation. AESPR-075584.

66. *AES Puerto Rico Zero Liquid Discharge (ZLD)*. AESPR-083470.

67. *Model of the Mass Balances and Salts for ZLD Alternatives Study*. AESPR-210521.

68. *Preliminary Model of the Mass Balances and Salts for ZLD Alternatives Study*. AESPR-075561.

69. *Water and TDS Balances with Options to Achieve ZLD*. October 11, 2005. AESPR-186610.

70. *Water Systems Optimization*. AESPR-176414.

71. E. Etienne. *Water Balance & Engineering Assessment Proposal*. GE Infrastructure, Water & Process Technologies letter to A. Dyer of AES Puerto Rico, LP. August 12, 2005. AESPR033811.

72.

73.

74.

## Plant Design, Operation, and Chemistry

75. *Agreement for Engineering, Procurement, and Construction Services Between AES Puerto Rico, L.P. and Duke/Fluor Daniel Caribbean S.P*. April 3, 1996.

76. *Contract No. W419-44-C0001 between Duke/Fluor Daniel Caribbean S.E. and Combustion Engineering, Inc.* February 24, 1998.

77. Duke Fluor Daniel. *Design Book*. Revision 3. August 26, 1998.

78. Duke/Fluor Daniel. *Sidestream Treatment for Cooling Tower*. Specification No. 367400-0-SP-4-TW-1. March 31, 2000. DFD-CH-0180-001517.

79. Duke/Fluor Daniel. *Makeup Water Treatment System*. Specification No. 367400-0-SP-4-TW-2. April 6, 2000. DFD-CH-0180-001678.

A148

80. F. Lichtner. *Water Management Report (Revision 8)*. BetzDearbron. August 1, 2000. AES-G-11-348-035770.

81. Duke/Fluor Daniel. General Project Requirements – Major Equipment. Revision 5. Specification No. 367-0-SP-4-00-1. January 18, 2001. W-017-00823.

82. Duke/Fluor Daniel. *Circulating Dry Scrubber Flue Gas Cleaning System*. Revision 2. Specification No. W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.03-0001. May 10, 2001. AES2-10-00805.

83. Duke/Fluor Daniel. *Electrostatic Precipitator (ESP) Flue Gas Cleaning System*. Specification No. W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.02-0002. Revision 2. May 10, 2001. AESPR 021845. AES2-10-00962.

84. Duke/Fluor Daniel. *Circulating Fluidized Bed Boiler and Appurtenances*. Specification No.: W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.00-0001. Revision 2. May 10, 2001. W-017-00586.

85. Duke/Fluor Daniel. Scope of Work. Revision 2. May 10, 2001. W-017-00557.

86. Environmental Elements Corp. *Air Pollution Control System (Desulphurization & Particulate Control) Operation and Maintenance Manual*. DFDC PO. Number 3674004SB0001. EEC M.O. Number 420584. August 2001 Issue. EEC-05971.

87. E. Etienne. *Summary of Service Activities*. Report to T. Jarvis. March 18, 2003. AESPR-211568.

88. T. O'Connor. "Certificate of Analysis: Sample of Water taken at AES, Guayama, PR on March 20, 2005 and Received from R. Klumb on April 5, 2005." ChemTreat, Inc. April 6, 2005. AESPR-207628.

89. R. Klumb. "4/5/05 Meeting Summary." ChemTreat, Inc. April 8, 2005. AESPR-193906.

90. G. Siberon. *AES PR Environmental Monthly Reports* for June 2005 (AESPR-219524), July 2005 (AESPR-219398), August 2005 (AESPR-218935), and September 2005 (AESPR-218295).

91. T. O'Connor. "Certificate of Analysis – Coal Pile Runoff Pond Analysis." ChemTreat, Inc. July 15, 2005. AESPR-208429.

92. P. Stinson. "Re: Example of Water Balance." Email to C. Alequin and D. Stone. September 9, 2005. AESPR-188024.

93. T. O'Connor. "Certificate of Analysis – Coal Pile Runoff Pond Analysis." ChemTreat, Inc. September 23, 2005. AESPR-207507.

94. 2005 Data provided by Environmental Sales Corporation.

95. *Continuous Emissions Monitoring System (CEMS)* data for 9/19/02 to 11/10/04 on CD.

96. *AES-PR Offsites Cooling Water Supply System Scope of Services*. DFD-CH-500G-001393.

*References*

97.  *A. Dyer. Presentation for NAE Budget Review Meeting. Somerset New York. September 14-15, 2005. AESPR-218539.*

98.  Commissioning Log – 10/3/02 through 11/4/02.

99.  K. Monroe. "Re:  RO Specs." Email to T. Jarvis. March 3, 2004.

100.   Control Room Log Pages 6/29/02 (AES-WC-05-0807), 10/3/02 (AES-WC-05-0931), 11/4/02 (AES-WC-05-0990), 9/4/03 (AESPR 004462 and AES2-11-01319)

101.   P. Stinson. "Unit 1 Chloride vs. Opacity vs. CDS Temp." Email to Puerto Rico Leads and Puerto Rico Lead Operator. February 4, 2004. AESPR-241065.

102.

103.

104.

105.

## ESP Inspections and Failure Analysis

106.   R. Hoch. *Field Service Engineering Trip Report:  Unit 2 Electrostatic Precipitator.* Hoch Technical Services. November 25, 2003. AESPR 136621.

107.   K. Hognefelt. *Trip Report: Visit to AES Puerto Rico 11/23/03 – 11/15/03.* Alstom Power Environment. KNOX-001-00261, also: K. Hognefelt. *Trip Report:  Tuning of AES Puerto Rico CDS & ESP.* Alstom Power Equipment. AESPR 080033.

108.   E. Etienne. *Metallurgical Lab Report: Unit 1 Electrostatic Precipitator.* Report No. 2004-0023. GE Betz. January 21, 2004. AESPR 007494. AES2-04-00652.

109.   F. Gabrielli, M. Borden, K. Johnson. *ESP Collectors Corrosion Report.* MSE 04-R-12. June 15, 1004. AESPR 000239, AES2-04-01110.

110.   R. Ballinger, D. Kalmanovitch, T. McKrell, and W. McBrine. *Laboratory Condition Assessment of Electrostatic Precipitator (ESP) Collecting Plates Removed from AES Puerto Rico Power Generation Plant in Guayama, Puerto Rico.* Altran Corporation. Letter Report No. 11-0256-00-LR-001. September 9. 2004.

## Litigation Documents

111.   AES Puerto Rico, L.P. v. Alstom Power, Inc. Civ. No. 04-1282. *Complaint.* September 20, 2004.

112.   *Plaintiff's Responses to Alstom Power, Inc.'s First Set of Interrogatories.* May 16, 2005

113.    *Plaintiff's Responses to Alstom Power, Inc.'s Second Set of Interrogatories*. November 28, 2005.

114.    *Plaintiff's Reponses to Alstom Power's First Set of Requests for Admission*. November 28, 2005.

115.    *Plaintiff's Supplemental Responses to Alstom Power Inc.'s Interrogatory No. 10.* January 17, 2006.

116.    J. McDonald. *Assessment of the Technical and Commercial Reasonableness of the Solution AES Puerto Rico Implemented to Stop Continued Corrosion of the ESPs at AES Puerto Rico Total Energy Project.* February 26, 2006.

117.    *Oral Deposition of T. Jarvis.* March 2, 2006.

# *A*
# RESUME OF OTAKAR JONAS

**SUMMARY**: Over thirty years experience in corrosion, steam generation, water chemistry, materials engineering, instrumentation, teaching, research and development, and troubleshooting. Industrial, government, university, small business.

| | | |
|---|---|---|
| Consultant/President | 1983 on | Jonas, Inc., Wilmington, DE |
| Senior Engineer | 1970-1983 | Westinghouse Elec. Corp. STGD, PA |
| Exchange Scholar | 1969-1970 | Lehigh University, Bethlehem, PA |
| | | Fracture Mechanics, Stress Corrosion, Fatigue |
| Assistant Professor | 1964-1969 | Czech Technical University, |
| of Material Science | | Prague, Czechoslovakia |
| Manager, QC/QA | l962-1964 | Czech Shipbuilding Company |
| Senior Engineer | 1959-1961 | Czech Shipbuilding Company |

## EDUCATION

| | | |
|---|---|---|
| Czech Tech. University | 1957 | B.S. Engineering |
| Slovak Tech. University | 1958 | M.Sc. Engineering |
| Czech Tech. University | 1960-1962 | Systems Engineering |
| Lehigh University | 1969-1970 | Fracture Mechanics, Corrosion |
| Czech Tech. University | 1994 | Ph.D. Power Engineering |

## PROFESSIONAL AFFILIATIONS

Past Chairman and current member of the ASME Research and Technology Committee on Water and Steam in Thermal Power Systems

ASTM (American Society for Testing & Materials) Committee E8 on Fatigue and Fracture, and the Committee D19 on Water

NACE (National Association of Corrosion Engineers), past Chairman of the Task Group T-7H-7 on Deaerator Corrosion

IAPWS (International Association for Properties of Water and Steam), past Secretary of WG IV.

| | |
|---|---|
| License: | Professional Engineer - Corrosion |
| Publications: | over 170 published papers and reports |
| Patents: | 4 patents issued |
| Awards: | IR-100 (Industrial R&D) for On-line Steam Analyzer |
| | ASME Committee Award |

*Resume of Otakar Jonas*

## SPECIFIC EXPERIENCE

<u>Research and Development</u> - Development and evaluation of new materials, research of material properties and corrosion, water and steam chemistry, molecular modeling, condensation, analytical and other instrumentation, particle monitoring, icing, and basic research related to mechanical properties and corrosion of metals. Project manager, principal investigator, cognizant engineer, and consultant (to EPRI, utility and industrial companies and architect-engineers).

<u>Corrosion and Water Chemistry</u> - Research of stress corrosion and corrosion fatigue at Lehigh Univ. At Westinghouse, responsible for corrosion testing of steam turbine and other materials. Developed testing methodology and design concepts for corrosion prevention. Worked with most major U.S. electric utilities, numerous industrial companies, instrumentation and chemical vendors, architect-engineers, and chemical consultants on corrosion problems, water and steam chemistry and instrumentation. Responsible for chemistry specifications, coordination of system and component design and operation, system material selection, design reviews, and troubleshooting. Project Manager and Principal Investigator on twelve EPRI (Electric Power Research Institute) projects and three U.S. Department of Energy projects. Surveys of industry practices and problems. Steam cycle audits.

<u>Steam System Design and Operation</u> - In connection with corrosion and failure analysis, reviewed system and component design and operation of over one hundred utility and industrial, nuclear and fossil, power systems. Participated in material selection (condensers, heaters, turbines, etc.). Analyzed operation of condensate polishing and makeup systems, boilers, turbines, auxiliaries, etc., work on life extension projects.

<u>Failure and Root Cause Analysis</u> - Performed and directed failure analysis of mechanical, creep, fatigue, and corrosion failures. Included was fracture mechanics analysis of cracks and residual life predictions. Root cause analysis of corrosion, deposition, and MW loss problems.

<u>Other R&D and Product Development</u> - Inventor of Particle Flow and Icing Monitors and principal investigator in product development (SBIR U.S. Departments of Transportation and Energy). Evaluated weld-repaired rotors.

<u>Training, Lectures, and Workshops</u> - Teaching at the Universities of Alberta, Wisconsin, Illinois, Center for Professional Advancement, and elsewhere. In-house training on Water Chemistry and Corrosion Control, Boiler Tube Failure Reduction, Steam Turbines, etc.

<u>Administration and Supervision:</u>      Company President
Administration and planning of research projects
Supervising laboratory and field work
QC Manager of a group of twenty engineers

<u>Litigations and Insurance Claims</u> - Technical expert in preparation of several litigations. Expert witness. Root cause and cost analysis related to insurance.

A-2

**A154**

## O. JONAS PUBLICATIONS FROM LAST 10 YEARS

1. O. Jonas. "Copper Deposition and MW Loss Problem." *Presented at a Utility Meeting on Copper Deposition*. Salt Lake City, April 1996.
2. O. Jonas. "Alert: Erosion-Corrosion of Feedwater and Wet Steam Piping." *Power*. Feb 1996.
3. O. Jonas and I. Jiricek. "Transport of Impurities in Steam Cycles." *Presented at Chemistry of Power Cycles*. Prague, Czech Republic, September 1996.
4. I. Jiricek and O. Jonas. "Steam Chemistry and Turbine Corrosion." *Presented at Chemistry of Power Cycles*. Prague, Czech Republic, September 1996.
5. O. Jonas. et al. "Copper Deposition and MW Loss Problem Solutions." *Presented at the 57th Int'l Water Conference*, Pittsburgh, October 1996.
6. O. Jonas and B. Dooley. "Steam Chemistry and its Effects on Turbine Deposits and Corrosion." *Presented at the 57th International Water Conference*, Pittsburgh, Oct. 1996.
7. O. Jonas. "Molecular Modeling of Corrosive Environments in Cracks." *Effects of the Environment on the Initiation of Crack Growth*, ASTM STP 1298. American Soc. for Testing and Materials, 1997.
8. O. Jonas and B. Dooley. "Major Turbine Problems Related to Steam Chemistry: R&D, Root Causes, and Solutions." *Presented at 5th International Conference on Cycle Chemistry in Fossil Plants*. EPRI, Charlotte, NC, June 10-12, 1997.
9. O. Jonas. *QA/QC of Sampling and Analytical Procedures*. Jonas, Inc. Report. Sept. 1997.
10. O. Jonas. *Reduction of Feedwater Iron by Minimizing Oxygen Scavengers*. Jonas, Inc. Report. October 1997.
11. M. Stastny, O. Jonas, et al. "Behaviour of Chemicals in the Steam Flow through Phase Transition Zone of Turbines and its Mathematical Modeling." *Skoda Review*. January 1998.
12. O. Jonas. "Environmental Effects on LP Turbine Corrosion." *Presented at Specialist Workshop on Corrosion of LP Turbine Blades and Disks*. EPRI, Palo Alto, CA: Feb. 1998.
13. O. Jonas. "Condensation in Steam Turbines - New Theory and Data." *International Joint Power Generation Conference*. Baltimore, MD, August 23-26, 1998.
14. O. Jonas. "New In-line, On-line Instrument for Monitoring of Particulates in Flue Gas." *International Joint Power Generation Conference*. Baltimore, August 23-26, 1998.
15. T.I. Petrova, et al. "Perspective Methods for the Study of Deposition in Steam Turbines." *Second International Symposium on Energy Environment & Economics*. Kazan 1998.
16. O. Jonas. "Cycle Chemical Transport and Selection of Water Treatment." *Fossil Plant Cycle Chemistry Control Workshop*. CEA - Halifax, Oct. 5 and Edmonton, Oct. 7, 1998.
17. O. Jonas. "Erosion-Corrosion and Cavitation in Power Plants." *Fossil Plant Cycle Chemistry Control Workshop*. CEA - Halifax, Oct. 5 and Edmonton, Oct. 7, 1998.
18. O. Jonas. *Water Chemistry Guidelines for Combined Cycle Units*. Jonas, Inc. Report. December 1998.
19. O. Jonas and L. Machemer. *EPRI ChemExpert - Cycle Chemistry Advisor for Fossil Power Plants*. Software and User's Manual. EPRI, Palo Alto, CA: Dec. 1998. CM-1112136.
20. O. Jonas. *Steam, Chemistry, and Corrosion in the Phase Transition Zone of Steam Turbines*. EPRI. Palo Alto, CA: February 1999. TR-108184.
21. O. Jonas and L. Machemer. *Manual for EPRI ChemExpert - Cycle Chemistry Advisor for Fossil Power Plants*. EPRI. Palo Alto, CA, 1999.
22. O. Jonas and R. B. Dooley. "Impurity Concentration Processes in Steam Turbines." *3rd Int'l VGB/EPRI Conference on Steam Chemistry*, Freiburg, Germany, June 22-25, 1999.
23. O. Jonas. "Nitrogen Sparging and Blanketing of Water Storage Tanks." *Materials Performance*. April 2000.
24. O. Jonas. "Water Chemistry and Corrosion Control in Combined Cycles." *Presentation to the HRSG Users Group*, Cincinnati, OH. April 2000.

*Resume of Otakar Jonas*

25.  O. Jonas. "Effective Cycle Chemistry Control." *Power Station Chemistry 2000 Conference*. May 15-16, Queensland, Australia.
26.  O. Jonas. "Corrosion and Deposition Problems in Steam Cycles." *Power Station Chemistry 2000 Conference*.  May 15-16, Queensland, Australia.
27.  O. Jonas, L. Machemer, and B. Dooley. "EPRI ChemExpert: Cycle Chemistry Advisor for Fossil Power Plants." *EPRI 6th International Conference on Cycle Chemistry in Fossil Plants*. June 27-29, 2000, Columbus, Ohio.
28.  O. Jonas, W. Steltz, and B. Dooley. "Steam Turbine Efficiency and Corrosion:  Effects of Surface Finish, Deposits, and Moisture." *EPRI - 6th International Conference on Cycle Chemistry in Fossil Plants*. June 27-29, 2000. Columbus, Ohio.
29.  O. Jonas and L. Machemer. "Particulate Probe Answers Water Content Questions for Alabama Gas Pipeline." *Oil and Gas Journal*, September 18, 2000.
30.  O. Jonas. "Understanding Steam Cycle Chemistry." *Power*. September/October 2000.
31.  O. Jonas. "Current Water Treatment Practices - Utility and Industrial Steam Systems." *Materials Performance*. October 2000.
32.  O. Jonas and J. Mancini. "Steam Turbine Problems and Their Field Monitoring". *Materials Performance*.  March 2001.
33.  O. Jonas. "Safety Issues in Fossil Utility and Industrial Steam Systems". *Materials Performance*. May 2001.
34.  O. Jonas. *Steam Turbine Efficiency and Corrosion:  Effects of Surface Finish, Deposits, and Moisture*.  EPRI, Palo Alto, CA.  Technical Report 1003997.  October 2001.
35.  O. Jonas. "Corrosion and Water Chemistry Problems in Steam Systems - Root Causes and Solutions".  *Materials Performance*.  December 2001.
36.  O. Jonas and J. Mancini. "Field Monitoring of Steam Turbine Corrosion Problems." *Energy-Tech*. October 2002.
37.  O. Jonas. "Safety Issues in Fossil Utility and Industrial Steam Systems." *Steam Digest* (Department of Energy), 2002.
38.  O. Jonas. "Monitoring of Steam Plants." *Materials Performance*. April 2003.
39.  O. Jonas. "Safety Issues in Fossil Utility and Industrial Steam Systems." *Energy Pulse*.  April 2003.
40.  O. Jonas and L. Machemer. "Cycle Chemistry Commissioning." *Presented at EPRI's 7th International Conference on Cycle Chemistry in Fossil Plants*. Houston, TX. June 2003.
41.  O. Jonas. "Water Chemistry and Corrosion - Missing Knowledge." Presented at EPRI's 7th International Conference on Cycle Chemistry in Fossil Plants. Houston, TX. June 2003.
42.  O. Jonas. "Steam Turbine Corrosion:  Stress - Environment - Material." Presented at 2003 EPRI Materials and Corrosion Conference.  November 2003.
43.  *Low Temperature Corrosion Problems in Fossil Power Plants – State of Knowledge*. EPRI, Palo Alto, CA: December 2003. 1004924.
44.  O. Jonas and L. Machemer. "Tight Control of Cycle Chemistry Key to Successful Commissioning." *Combined Cycle Journal*, First Quarter 2004.
45.  O. Jonas and L. Machemer. "Cycle Chemistry Commissioning Deserves Its Own Strategy." *Power*, April 2004.
46.  L. Machemer and O. Jonas. "Monitoring of Geothermal Steam Moisture Separator Efficiency." *Geothermics*. To Be Published October 2004.
47.  O. Jonas. *Stress Corrosion Cracking in PWR and BWR Component Cooling Water Systems*. EPRI, Palo Alto, CA: To Be Published in 2004.

**A156**

# *B*
# LIST OF LITIGATIONS

None

B-1

## SIGNATURE DOCUMENT

### CONTRACT NO. W419-44-C0001

THIS CONTRACT IS entered into, effective as of **February 24, 1998** by and between **Duke/Fluor Daniel Caribbean S.E.** (hereinafter referred to as "Duke/Fluor Daniel Caribbean S.E." or "DFDC")

whose address is:      Duke/Fluor Daniel Caribbean S.E.
                       P.O. Box 1011
                       Charlotte, NC  28201-1011

and Combustion Engineering, Inc. (hereinafter referred to as "Contractor" or "ABBCE"),
whose address is:                      LICENSE NUMBER    TBD

                       ABB Combustion Engineering Systems
                       Combustion Engineering, Inc.
                       P.O. Box 500
                       2000 Day Hill Road
                       Windsor, CT  06095-0500

In consideration of the agreements herein contained, the parties hereto contract and agree as follows:

### ARTICLE  1.0            CONTRACT DOCUMENTS

This Contract shall consist of this Signature Document and the following documents, and the exhibits, drawings, specifications and documents referred to therein, all of which by this reference are incorporated herein and made a part of this Contract:

        DEFINITION OF TERMS
        PART I    -    SCOPE OF WORK
        PART II   -    COMMERCIAL TERMS
        PART III  -    GENERAL TERMS

Said Contract sets forth the entire Contract and agreement between the parties pertaining to the Work and supersedes all inquiries, proposals, agreements, negotiations and commitments, whether written or oral, prior to the date of execution of this Contract, pertaining to said Work of this Contract.  The provisions of this Contract may be changed only by a writing executed by Duke/Fluor Daniel Caribbean S.E. and Contractor.  Trade custom and trade usage are superseded by this Contract and shall not be applicable in the interpretation of performance of this Contract.

### ARTICLE  2.0            PRECEDENCE

In cases of express conflict between PARTS of the Contract, specifications, drawings or exhibits, the order of precedence shall be as follows:

        -    Signature Document
        -    Definition of Terms
        -    PARTS I AND II
        -    PART III

                                        **ALDEC05 - 01491**

In the event of an express conflict between the documents listed above, or between any other documents which are a part of the Contract, Contractor shall notify DFDC immediately and shall comply with DFDC's resolution of the conflict.

**A158**

**ARTICLE   3.0          SCOPE OF WORK**

Except as otherwise expressly provided elsewhere in this Contract, Contractor shall supply all services, things, and items of expense necessary to perform, and shall perform, the Work generally described as:

**Design, Manufacture, Supply, Delivery, Erection, and Startup Assistance of the Circulating Fluidized Bed Boilers, Circulating Dry Scrubber Flue Gas Desulfurization Systems, and Electrostatic Precipitators.**

said work being more particularly described in PART I - SCOPE OF WORK (herein referred to as "Work"), for and in connection with the

AES PUERTO RICO TOTAL ENERGY PROJECT

said Work to be performed on a site to be designated by Duke/Fluor Daniel Caribbean S.E. at or in the vicinity of Guayama, Puerto Rico.

Contractor acknowledges that Contractor's Work done under this Contract is part of Duke/Fluor Daniel Caribbean S.E's obligation to AES Puerto Rico L.P. (hereinafter referred to as "Owner") under the Engineering, Procurement and Construction Services Agreement between AES Puerto Rico L.P and Duke/Fluor Daniel Caribbean S.E. dated effective as of April 3, 1996 (the "EPC Contract"). Contractor hereby agrees to assume full responsibility for all its obligations under this Contract between ABBCE and DFDC.

**ARTICLE   4.0          CONTRACT PRICE**

Contractor's full compensation for full and complete performance by Contractor of all the Work and compliance with all terms and conditions of this Contract shall be as set forth in PART II - COMMERCIAL TERMS.

**ARTICLE   5.0          CAPTIONS**

Titles and captions used in this Contract are for convenience only and shall not be used in the interpretation of any of the provisions of this Contract.

IN WITNESS WHEREOF, the parties hereto have executed this Contract on the day and year below written, but effective as of the day and year first set forth above.

COMBUSTION ENGINEERING, INC.                    DUKE/FLUOR DANIEL CARIBBEAN S.E.

BY: _____               BY: _____

TITLE: _____               TITLE: _PRESIDENT_

DATE: _2/24/98_                            DATE: _2/24/98_

ALDEC05 - 01492

A159