**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---

AES PUERTO RICO, L.P.,         )
                                        )
             Plaintiff,         )
               v.               )     Civ. No. 04-1282-JJF
                                          )
ALSTOM POWER, INC.,        )
                                        )
            Defendant.     )

---

**MOTIONS IN LIMINE ON EVIDENTIARY MATTERS OF
PLAINTIFF AES PUERTO RICO, L.P.**

Pursuant to Federal Rules of Evidence 401, 402, and 403, Plaintiff AES Puerto Rico, L.P. ("AES-PR") hereby moves for entry of an order precluding any evidence, examination, or argument concerning: (1) the alleged dumping in the Dominican Republic of coal ash originating from the AES-PR facility; (2) the assertion by defendant ALSTOM Power, Inc. ("ALSTOM") that its subcontractor, Environmental Elements Corporation ("EEC"), and not ALSTOM, is responsible for AES-PR's damages; (3) expert testimony based on *ex parte* communications with AES-PR personnel; (4) ALSTOM's assumption of risk defense; and (5) evidence of the monetary value of AES-PR's settlement of litigation with its general contractor, Duke Fluor Daniel Caribbean, S.E. ("D/FD").  In support of its motions, Plaintiff relies upon its Memorandum of Points and Authorities in Support of its Motions in Limine on Evidentiary Matters.

Plaintiff respectfully requests that the Court grant this Motion and preclude from trial any evidence, examination, or argument concerning the issues identified in this motion and the supporting memorandum.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

Dated:  October 2, 2006

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Attorneys for AES Puerto Rico, L.P.

## CERTIFICATE OF SERVICE

On October 2, 2006, Plaintiff served the foregoing Motions In Limine on

Evidentiary Matters of Plaintiff AES Puerto Rico, L.P. by electronic filing and first class mail,

postage prepaid, on:

> Richard R. Wier, Esq.
> Daniel W. Scialpi, Esq.
> Two Mill Road
> Suite 200
> Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on

> James E. Edwards, Esq.
> Anthony Vittoria, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643