IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P.,<br><br>        Plaintiff,<br>v.<br><br>ALSTOM POWER, INC.,<br><br>        Defendant. | Civ. No. 04-1282-JJF |

### [Proposed] ORDER

Upon consideration of the Motion in Limine on Evidentiary Matters of Plaintiff AES Puerto Rico L.P. ("AES-PR"), it is this ____ day of October 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that ALSTOM Power Inc ("ALSTOM") is precluded from making any inquiry or presenting any evidence at trial regarding the alleged improper disposal in the Dominican Republic of coal ash from the AES-PR plant; and it is further,

**ORDERED** that ALSTOM is precluded from presenting evidence or argument at trial suggesting that EEC, and not ALSTOM, is to blame for any alleged design deficiencies in the equipment at the AES-PR facility; that ALSTOM was forced to contract with EEC; and that AES-PR should have to recover any proven damages from EEC; and it is further,

**ORDERED** ALSTOM is precluded from eliciting any testimony from its expert witnesses based in whole or in part on evidence obtained from *ex parte* communications with AES-PR personnel; and it is further

**ORDERED** that ALSTOM is precluded from arguing or asserting that AES-PR "assumed the risk" of corrosion; and it is further

**ORDERED** that ALSTOM is precluded from presenting evidence of the monetary value of AES-PR's settlement with Duke Fluor Daniel Caribbean, S.E.

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE