IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES-PR PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*

**APPENDIX OF EXHIBITS AND AUTHORITIES IN SUPPORT OF ALSTOM'S
OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* ON EVIDENTIARY MATTERS**

ALSTOM Power Inc. ("ALSTOM"), defendant, by its counsel, pursuant to the direction of the Court, hereby submits this Appendix of Exhibits and Authorities in Support of its Opposition to Plaintiff's Motion *In Limine* on Evidentiary Matters.

Respectfully submitted,

ALSTOM POWER INC.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699

## TABLE OF CONTENTS

| Description | Appendix Page Numbers |
|---|---|
| **Exhibits** | |
| Expert Report of Dr. Marlin Anderson | B 001 to B 024 |
| Expert Report of Dr. Ronald Ballinger | B 025 to B 061 |
| D-102 02/03/2004 E-mail re: CDS Nozzles | B 062 |
| D-168 Photo: Lance Entrance to CDS with Water Piping | B 063 |
| D-170 Photo: Close-up of Lance Entrance to CDS | B 064 |
| D-171 Photo: Close-up of Lance Entrance to CDS | B 065 |
| D-079 Release and Settlement Agreement | B 066 to B 096 |
| D-098 Weekly report from 1/25/04 through 1/31/04 | B 097 to B 100 |
| D-113 02/15/2004 E-mail re: RV: NEW Water Treatment Investment at AES-PR (Urgent) | B 101 to 107 |
| P-192 02/08/2004 Capital Project chart | B 108 to B 112 |
| Plaintiff's Supplemental Answers to Alstom Power Inc.'s Interrogatory No. 10 | B 113 to B 117 |
| **Cases** | |
| *Bullen v. Chaffinch*, 336 F.Supp.2d 342 (D. Del. 2004) | B 111 to B 130 |
| *Coleman v. Home Depot, Inc.*, 306 F.3d 1333 (3d Cir. 2002) | B 131 to B 136 |
| *Hill v. Shell Oil Co.*, 209 F.Supp.2d 876 (N.D.Ill. 2002) | B 137 to B 149 |
| *Rideley Invest. Co. v. Croll*, 192 A.2d 925 (Del. 1963) | B 150 to B 153 |
| *Wood-Hopkins Contracting Co. v. Masonry Contractors, Inc.*, 235 S.2d 548 (Fla. App. 1970) | B 154 to B 159 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of October, 2006, a copy of the foregoing Appendix of Exhibits and Authorities in Support of its Opposition to Plaintiff's Motion *In Limine* on Evidentiary Matters was filed with the Court using CM/ECF. A copy of the Motion was hand-delivered to John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805. In addition, courtesy copies were served, via electronic mail, upon Dane Butswinkas, Esquire and Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)