IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*       \*       \*       \*       \*       \*       \*

**ALSTOM POWER INC.'S OPPOSITION TO AES PUERTO RICO, L.P.'S
MOTION TO STRIKE PROPOSED VOIR DIRE QUESTION NO. 2**

ALSTOM Power Inc. ("ALSTOM"), defendant, submits this Opposition to the motion by AES Puerto Rico, L.P. ("AES-PR"), plaintiff, to strike proposed Voir Dire Question No. 2. ALSTOM's Proposed Voir Dire Question No. 2 is a query that simply serves to determine whether or not prospective jurors are familiar with the corporate entities involved in the litigation. The question is phrased as follows:

> Do you, or any relative or close friend, have a personal acquaintance or do any business with any of the parties to this case? The parties are AES Puerto Rico, L.P. of Delaware and Puerto Rico and ALSTOM Power Inc. of Delaware and Connecticut. The partners that compose AES Puerto Rico, L.P. are AES Puerto Rico, Inc. of the Cayman Islands and AES Monroe Holdings, B.V. of the Netherlands.

The question is appropriate, and the references to the parties are complete and accurate.

AES-PR has objected to the query on the basis that it "misleadingly suggests that AES-PR's ultimate parent company is located in foreign country ..." (AES-PR Motion to Strike, at 1). AES-PR's apparent concern is that the jury may be prejudiced against the company based on reference to the geographic location of its limited partners. The voir dire question, however, does not raise corporate ownership nor seek to prejudice the jury with false or irrelevant information. Rather, ALSTOM's description of AES-PR is proper. Indeed, the language regarding the partnership and its constituent

partners is borrowed directly from AES-PR's own Complaint.  AES-PR, when identifying the parties to this litigation, explained that:

> [AES-PR's] partners are two foreign corporations, AES Puerto Rico, Inc. and AES Monroe Holdings, B.V.  AES Puerto Rico, Inc. is a corporation incorporated in Cayman with its principal place of business in Cayman.  AES Monroe Holdings, B.V. is a corporation incorporated in the Netherlands with its principal place of business in the Netherlands.

(*See* Compl., at ¶ 5.)  Thus, ALSTOM's voir dire question simply identifies AES-PR as it has identified itself.  Accordingly, the question is neither misleading nor prejudicial and should not be stricken.

AES-PR's request that ALSTOM be identified as a company with foreign ownership also should be denied because corporate ownership, unlike the constituents of a partnership, is not a valid inquiry.[1]  Indeed, while AES-PR's previous filings have identified its partners, ALSTOM has been exclusively referred to, both by ALSTOM and AES-PR, as a Delaware corporation, with its principal place of business in Connecticut.  Compl. at ¶ 6.  The Motion to Strike fails to identify any legitimate reason why reference to the company should be changed at this point in the litigation.

Accordingly, ALSTOM respectfully requests that the Court issue an Order denying AES-PR's Motion to Strike.

Respectfully submitted,

ALSTOM POWER INC.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware  19806
(302) 888-3222

---

[1] Moreover, AES-PR's reference to ownership by the French government is incorrect.  As AES-PR's Motion explains, ALSTOM Power Inc. is an American subsidiary of ALSTOM, a French company.  (*See* Motion, at 2.)  Neither ALSTOM Power Inc. nor ALSTOM, its corporate parent are, as alleged, owned in any part by the French government.  While the French government at one time had an interest in the parent company, that interest has been sold.

        John Anthony Wolf
        James E. Edwards, Jr.
        Anthony F. Vittoria
        Michael A. Schollaert
        OBER, KALER, GRIMES & SHRIVER
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland  21202-1643
        (410) 685-1120
        Fax:  (410) 547-0699

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 9th day of October, 2006, a copy of ALSTOM Power Inc.'s foregoing Opposition To AES Puerto Rico, L.P.'s Motion To Strike Proposed Voir Dire Question No. 2 was filed with the Court using CM/ECF.  A copy of the Motion was hand-delivered to John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.  In addition, courtesy copies were served, via electronic mail, upon Dane Butswinkas, Esquire and Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C.  20005.

        /s/ Richard R. Weir, Jr.
        Richard R. Wier, Jr. (#716)