IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES-PR PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of Plaintiff's Motion to Strike, Defendant's Opposition, and any other argument, it is hereby ORDERED, on this __ day of October 2006, that Plaintiff's Motion to Strike Defendant's Proposed Voir Dire Instruction No. 2 is hereby DENIED.

**ORDERED**, this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware

cc:    John S. Spadaro, Esquire
       Richard R. Wier, Jr., Esquire