IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES-PR PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING PAPER DOCUMENTS

In connection with its Opposition to Daubert Motion of AES Puerto Rico, LP to Exclude Certain Expert Witness Testimony at Trial, ALSTOM Power Inc. ("ALSTOM"), defendant, has submitted to the Court for review a copy of its Appendix and Authorities in Support of ALSTOM's Opposition.

Respectfully submitted,

ALSTOM POWER INC.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware  19806
(302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120
Fax:  (410) 547-0699

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on this 9th day of October, 2006, a copy of the foregoing Notice of Filing Paper Documents was filed with the Court using CM/ECF. A copy of the Appendix was hand-delivered to John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805. In addition, courtesy copies were served, via electronic mail, upon Dane Butswinkas, Esquire and Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

                                        /s/ Richard R. Weir, Jr.
                                        Richard R. Wier, Jr. (#716)