# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282-JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## [Proposed] ORDER

Upon consideration of Defendant ALSTOM Power, Inc.'s Motions *In Limine* On Evidentiary Matters Nos. 1-9, and Plaintiff AES Puerto Rico, L.P.'s Opposition thereto, it is this \_\_\_\_ day of October 2006, hereby

**ORDERED** that the motions are **DENIED.**

_____
Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE