# Laboratory Condition Assesment of Electrostatic Precipitator (ESP) Collecting Plates Removed from AES Puerto Rico Power Generation Plant in Guayama, Puerto Rico

## Letter Report No. 11-0256-00-LR-001

Prepared for:

## TASC Consulting Services, L.L.C.

## September 9, 2004

_RBall_    9/13/04

Ronald Ballinger, Ph.D.    Date

_David C_    9/10/04

David Kalmanovitch, Ph.D.    Date

_Tom J. McKrell_    9/9/04

Thomas McKrell, Ph.D.    Date

_William M. Brine_    9/9/04

William M. Brine, P.E.    Date

EXHIBIT

_Ballinger 1_

4-14-04    DWT

B.047

ALTRAN 000001

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

# TABLE OF CONTENTS

Cover Page.................................................................................................................1
Table of Contents........................................................................................................2
List of Figures............................................................................................................2
List of Tables..............................................................................................................3

1.0    INTRODUCTION ...........................................................................................4

2.0    INPUT .............................................................................................................4

3.0    METHODOLOGY ...........................................................................................4
    3.1.    Visual/Stereoscopic Examination and Photodocumentation ........................5
    3.2.    Metallurgical Examination ............................................................................5
    3.3.    Scanning Electron Microscopy (SEM) and Energy Dispersive X-ray Spectroscopy (EDS) 5
    3.4.    Analytical Chemical Analysis of ESP Plate Material ...................................5
    3.5.    Analytical Chemical Analysis of Powder taken from between ESP Plates .........5

4.0    RESULTS AND DISCUSSION .......................................................................6
    4.1.    Visual/Stereoscopic Examination and Photodocumentation ........................6
    4.2.    Metallurgical Examination ............................................................................6
    4.3.    Scanning Electron Microscopy (SEM) and Energy Dispersive X-ray Spectroscopy (EDS) 6
    4.4.    Analytical Chemical Analysis of Collecting Plate Material..........................7
    4.5.    Analytical Chemical Analysis of Powder Taken from Between ESP Collector Plates.........7

5.0    CONCLUSIONS ...............................................................................................9

6.0    RECOMMENDATIONS...................................................................................9

7.0    REFERENCES .................................................................................................9

**ATTACHMENTS**

Attachment 1 – Report Figures (18 pages)
Attachment 2 – References (10 pages)

## List of Figures

Figure 1.  As Received Packaging of Sample Lot 1 (Altran ID 11-0256-00-1).....................................2
Figure 2. As Received Packaging of Sample Lot 2 (Altran ID 11-0256-00-2)......................................2
Figure 3. As Received Packaging of Sample Lot 3 (Altran ID 11-0256-00-3)......................................3
Figure 4.  As Received Packaging of the Powder taken from between the ESP Plates (Altran ID 11-0256-00-5) ......................................................................................................................................3
Figure 5. As Received Condition of Sample from Sample Lot 1 (Altran ID 11-0256-00-1).....................4
Figure 6. As Received Condition of Sample a from Sample Lot 2 (Altran ID 11-0256-00-2a) ..............4
Figure 7. As Received Condition of Sample b from Sample Lot 2 (Altran ID 11-0256-00-2b)...........5
Figure 8. As Received Condition of Sample a from Sample Lot 3 (Altran ID 11-0256-00-3a) ...........5
Figure 9. As Received Condition of Sample b from Sample Lot 3 (Altran ID 11-0256-00-3b)............6
Figure 10. As Received Condition of Sample c from Sample Lot 3 (Altran ID 11-0256-00-3c) ........6
Figure 11. Stereomicroscopic Image of Sample 3..................................................................................7

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

Figure 12. Stereomicroscopic Image of Sample 3 ....................................................................... 7
Figure 13. Stereomicroscopic Image of Sample 3 ....................................................................... 8
Figure 14. Stereomicroscopic Image of Sample 3 ....................................................................... 8
Figure 15. Mounted and Ground Cross Section of an ESP Plate Sample ................................... 9
Figure 16. Unetched Polished ESP Plate Sample ........................................................................ 9
Figure 17. Same as Figure 16 Except Sample Has Been Etched ............................................... 10
Figure 18. Image of Area Approximated by Box in Figure 17 ................................................... 10
Figure 19. SEM Image of an ESP Plate Sample ........................................................................ 11
Figure 20. EDS Spectrum Obtained over a 1 mm$^2$ Area on the Surface of an ESP Plate ................. 11
Figure 21. SEM Image of an ESP Plate ..................................................................................... 12
Figure 22. EDS Spectrum of Location 1 in Figure 21 ............................................................... 12
Figure 23. SEM Image an ESP Plate .......................................................................................... 13
Figure 24. EDS Spectrum of Location 2 in Figure 23 ............................................................... 13
Figure 25. SEM Image an ESP Plate .......................................................................................... 14
Figure 26. EDS Spectrum of Location 3 in Figure 25 ............................................................... 14
Figure 27. SEM Image of a Mounted and Polished Cross Sectioned ESP Plate Specimen ................ 15
Figure 28. EDS Spectrum Taken at Location 1 (mounting material) of Figure 27 .......................... 15
Figure 29. EDS Spectrum Taken at Location 2 of Figure 27 ..................................................... 16
Figure 30. EDS Spectrum Taken at Location 3 of Figure 27 ..................................................... 16
Figure 31. EDS Spectrum Taken at Location 4 of Figure 27 ..................................................... 17
Figure 32. EDS Spectrum Taken at Location 5 of Figure 27 ..................................................... 17
Figure 33. EDS Spectrum Taken at Location 6 of Figure 27 ..................................................... 18
Figure 34.  Section Loss v. Exposure Time for Carbon Steel Exposed to Various Environment
        Types, Reference [5] .................................................................................................... 18

# List of Tables

Table 1. Analytical Chemical Analysis of the Three ESP Plate Sample Lots and Also that for AISI-
        SAE 1010 ...................................................................................................................... 7
Table 2. Phase Assemblage of Ash Sample ................................................................................. 8
Table 3. Chemical Composition of Ash Sample .......................................................................... 8

B.049

ALTRAN 000003

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

## 1.0   INTRODUCTION

Altran Corporation performed a laboratory assessment of Unit 2 electrostatic precipitator (ESP) collecting plate samples and powder removed from between ESP plates of the AES Puerto Rico power generation plant in Guayama, Puerto Rico. These samples were provided by TASC Consulting Services, who had received the samples from ALSTOM Power [1]. The objective of this analysis was to perform laboratory tests and examinations useful in determining the plate degradation mechanism.

## 2.0   INPUT

Altran received three sample lots of ESP plates from Unit 2 and a powder sample taken from between the ESP plates from TASC Consulting Services. The exact orientation of the plates in service was unknown. However, it is known that the plates were vertical in service. Figures 1-4, of Appendix 1, show the as received packaging and Altran's sample designation for these materials.

The following background information is known:

- The first Unit 2 collecting plates were delivered to the plant in April 2001 and the plant began initial operation in April 4, 2002 [2]. Therefore, some collecting plates were on site for as long as approximately 12 months prior to initial operation.
- These ESP plates were removed from service sometime before February 2004 [1]. Accordingly, the plates analyzed had been in service for approximately 22 months.
- No corrosion of the collecting plates was observed during an inspection of the Unit 2 ESP in October 2002 [2].
- The plate material is AISI-SAE 1010 carbon steel and is 0.040 inches thick [3].
- Drawing S999 of Reference 4 specifies the influent and effluent gas properties for a variety of operating conditions. A range of values are given in this drawing, representative values are provided below:
  - Influent temperature range from approximately 158 to 176 °F and effluent from 146 to 166 °F
  - Approximate absolute pressure of 27.6 in Hg
  - Approximate chemistry of 70% nitrogen (N), 5% oxygen ($O_2$), 12% carbon dioxide ($CO_2$), 13% water ($H_2O$), 8 ppm sulfur dioxide ($SO_2$), and 5 ppm hydrogen chloride (HCl),

## 3.0   METHODOLOGY

The following analytical and assessment techniques were used to evaluate the collecting plates and powder:
- Visual/Stereoscopic Examination and Photodocumentation
- Metallurgical Examination
- Scanning Electron Microscopy (SEM) and Energy Dispersive X-ray Spectroscopy (EDS)
- Analytical Chemical Analysis of ESP Plate Material
- Analytical Chemical Analysis of Powder removed from between ESP Plates

Altran Corporation
Letter Report 11-0256-00-LR-001

### 3.1. Visual/Stereoscopic Examination and Photodocumentation

Altran's investigation of the as received ESP collecting plates involved direct visual examination and, when appropriate, stereomicroscopic examination of the samples' outer surfaces.

### 3.2. Metallurgical Examination

Two specimens, each approximately ½ inch square, were cut from a sample of each of the three sample lots. These specimens were then metallurgically mounted to allow for examination of two normal cross-sectional edges. To examine the microstructure the samples were etched using a 2% nital solution after final polishing. Metallurgical preparation of the samples also allowed for measurement of remaining thickness and documentation of the sample surface profiles at the plane of the mount.

### 3.3. Scanning Electron Microscopy (SEM) and Energy Dispersive X-ray Spectroscopy (EDS)

Similar to the visual and stereomicroscopic examination, the samples' as received outer surfaces and cross sections were examined with a scanning electron microscope (SEM) and energy dispersive X-ray spectroscopy (EDS). SEM offers the advantage of resolving features that are not resolvable by optical means, because of its increased magnification and depth of field. Energy dispersive X-ray spectroscopy (EDS) identifies the elements present within a sampled area, elements lighter than boron are not detected (beryllium, lithium, helium, and hydrogen). In addition to analyzing the surface EDS was also performed on the mounted and polished cross sectioned specimens. In this way the chemical composition of the scale present on the plate surfaces was investigated with distance from the intact metal surface.

### 3.4. Analytical Chemical Analysis of ESP Plate Material

Analytical chemical analysis of a sample from each of the three sample lots was performed. This analysis allows for comparison of three plate lots and also to the requirements of AISI-SAE 1010.

### 3.5. Analytical Chemical Analysis of Powder taken from between ESP Plates

A powder sample (ash) was submitted for characterization using a technique called scanning electron microscopy point count (SEMPC). This technique provides complete chemical composition data (from energy dispersive spectroscopy) of over 200 random points. The chemical composition data from each point is then processed through a computer program to determine if the composition corresponds to one of forty species common in coal utilization systems. This technique has been used successfully to establish corrosion and deposition processes. Additionally, unburned carbon analysis

Altran Corporation
Letter Report 11-0256-00-LR-001

was also performed on the powder sample. This information can provide useful information on the control of the combustion process prior to the ESP.

## 4.0   RESULTS AND DISCUSSION

Attachment 1 contains all of the figures that are discussed in this section.

### 4.1.   Visual/Stereoscopic Examination and Photodocumentation

Figures 5 - 10 show the as received condition of the collecting plates. Figures 11 – 14 show stereomicroscope digital photo images documenting the as received state of a collecting plate. These images show the plates to be uniformly covered with a red, brown, white, and black adherent scale. Additionally, areas of the plates have also been perforated.

As the samples were on-site for approximately one year prior to service it is possible that this damage may have occurred during this time. However, the observed amount of material loss is much higher than what would be expected for carbon steel in similar marine atmospheres, Figure 34, where average corrosion rates on the order of 2 mils per year (mpy) are representative for carbon steel after the first year of exposure [5 and 6]. If the perforations resulted from uniform material loss on both sides of the plate this loss would represent a corrosion rate of 20 mpy, i.e. 0.020 inches loss on each side divided by one year of service. Additionally, it is unlikely that this damage occurred during on-site storage because no corrosion of the collecting plates was observed during an inspection of the Unit 2 ESP in October 2002 [2].

### 4.2.   Metallurgical Examination

Figure 15 shows the ground and mounted cross section of an ESP plate sample. The area shown is representative of the other mounted samples. Figure 15 shows the sample to have an approximate remaining thickness of 11 mil or 0.011 inches, and that the plate has experienced fairly uniform loss of material. Figure 16 is a higher magnification image of a typical unetched cross section, and clearly shows the extent of the adherent scale that has formed on the surface of the plate. Figures 17 and 18 show the same area as Figure 16 after etching to reveal the microstructure. A ferritic microstructure with carbide precipitates was observed. This microstructure is consistent with that of carbon steel.

### 4.3.   Scanning Electron Microscopy (SEM) and Energy Dispersive X-ray Spectroscopy (EDS)

The results of SEM and EDS analysis performed on the surface of an ESP plate are shown in Figures 19 - 26. EDS acquired over a large area, Figure 20, showed large iron (Fe) and oxygen (O) peaks. This is consistent with the composition of corrosion

B.052            ALTRAN 000006

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

products of steels in aqueous solutions, i.e. various iron oxides. Peaks for sodium (Na), aluminum (Al), silicon (Si), sulfur (S), chlorine (Cl), potassium (K), and calcium (Ca) were also observed, and these are consistent with the composition of the ash. EDS analysis performed on smaller areas, Figures 22, 24, and 26, showed predominately iron oxide corrosion products.

Figure 27 shows an SEM image of a sectioned and mounted plate sample. Shown are the mounting material, scale, and unaffected plate metal. EDS spectra were acquired at six locations. The first location, labeled as EDS 1 in Figure 27, shows a strong peak for carbon, Figure 28, as is expected for the plastic mounting material. The EDS spectra of the other locations, Figures 29 to 33, show the scale to be composed of iron oxides. Figure 29 shows elements associated with the ash and mounting material and Figures 31 and 33 peaks for carbon (C) associated with the mounting material. This is not unexpected as ash is anticipated to be present on the outer surface and mount material is expected to permeate through pores in the scale.

### 4.4. Analytical Chemical Analysis of Collecting Plate Material

Table 1 provides the results of the analytical chemical analysis of the three ESP plate sample lots. The three sample lots are shown to be similar to one another and to conform to the requirements of AISI-SAE 1010.

**Table 1. Analytical Chemical Analysis of the Three ESP Plate Sample Lots and Also that for AISI-SAE 1010**

| Sample | C | Mn | P | S | Si | Cu | Cr | Al | Fe |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.12 | 0.51 | 0.006 | 0.009 | <0.01 | 0.02 | 0.02 | 0.07 | Balance |
| 2 | 0.11 | 0.52 | 0.008 | 0.009 | <0.01 | 0.01 | 0.02 | 0.05 | Balance |
| 3 | 0.10 | 0.51 | 0.010 | 0.007 | <0.01 | 0.01 | 0.02 | 0.04 | Balance |
| AISI-SAE 1010 | 0.08-0.13 | 0.30-0.60 | 0.040 max | 0.050 max | --- | --- | --- | --- | Balance |

Note: C – carbon, Mn – manganese, P – phosphorous, S – sulfur, Si – silicon, Cu – copper, Cr – chromium, Al – aluminum, and Fe – iron.

### 4.5. Analytical Chemical Analysis of Powder Taken from Between ESP Collector Plates

Table 2 lists the results of the analysis. The major phases observed were quartz, calcium oxide (lime), calcium derived, calcium sulfate (anhydrite), aluminosilicates, aluminum oxide and unclassified. The quartz, iron oxide, aluminosilicates, aluminum oxide were derived from the coal. The calcium oxide, calcium sulfate, calcium derived phases were derived from the limestone and sulfur oxide. The unclassified phase comprises the points where the chemistry does not correspond to the 40 phases searched for in the SEMPC routine. Investigation of the chemical composition data of the unclassified

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

points indicated that they were predominantly calcium rich with some degree of sulfation (insufficient sulfur to classify as calcium sulfate). There was no evidence of corrosion products such as iron sulfates, iron chlorides, alkali iron trisulfates, etc. in the ash sample provided.

In addition to the phase assemblage the SEMPC analysis provides information on the chemical composition of the ash, Table 3, silicon oxide, calcium oxide, aluminum oxide, and sulfur trioxide. It is accepted practice to present the EDS with the elements in their highest oxidative state.

**Table 2. Phase Assemblage of Ash Sample**

| Phase | Volume % |
|-------|----------|
| Quartz | 10.4 |
| Iron Oxide | 0.5 |
| Calcium Oxide | 25.9 |
| Aluminum Oxide | 4.2 |
| Aluminosilicates | 7.0 |
| Calcium Aluminosilicates | 0.5 |
| Calcium Sulfate | 0.5 |
| Calcium Derived | 15.1 |
| Unclassified | 34.0 |

**Table 3. Chemical Composition of Ash Sample**

| Component | Weight % |
|-----------|----------|
| Silicon Oxide | 28.2 |
| Aluminum Oxide | 16.1 |
| Ferric Oxide | 1.7 |
| Titanium Oxide | 0.2 |
| Phosphorus Pentoxide | 0.4 |
| Calcium Oxide | 33.7 |
| Magnesium Oxide | 0.6 |
| Sodium Oxide | 1.2 |
| Potassium Oxide | 0.7 |
| Sulfur Trioxide | 15.7 |
| Barium Oxide | 0.4 |
| Chromium Oxide | 0.2 |
| Chlorine Oxide | 0.9 |

In addition to the SEMPC analysis the ash was subjected to a carbon analysis to establish the level of unburned carbon in the sample. This analysis is important as it can provide

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

valuable insight into the combustion process and the potential for post boiler localized combustion. The level of carbon in the as-received sample was 6.08 wt %.

## 5.0  CONCLUSIONS

Analysis of the ESP collecting plates and powder removed from between the ESP plates showed that:

- The microstructure of the plate material was ferritic with distributed carbide precipitates, consistent with a carbon steel. Chemical analysis of the plate material showed conformance to AISI-SAE 1010.
- Extensive uniform corrosion of the plates has occurred.
- The operating environment of the ESP is expected to be dry, corrosion of the plates in a dry operating environment would not be expected. Therefore, it can be concluded that the plates examined were subjected to a wet environment.
- It is unlikely that the corrosion damage occurred during the pre operation on-site storage of the plates, because as shown in Figure 34 the corrosion rate would have to much greater than that expected [5&6] and because no corrosion was observed during a October 2002 inspection of the ESP [2].
- Chemical analysis confirms the scale on the outside of the plates to be an iron oxide corrosion product. This type of oxide is typical of that expected for corrosion with sulfuric acid.
- Constituents found in the ash, such as chlorine oxide (0.9 wt % measured), can increase corrosion rates in a wet/water film environment.

## 6.0  RECOMMENDATIONS

- Further investigation of operating configuration can provide insight into the reasons for the excessive degree of corrosion observed.
- Examination of other components, upstream and downstream from the ESP, is recommended.

## 7.0  REFERENCES

1) Copy of Record of Sample Receipt from ALSTOM Power to TASC Consulting Services, L.L.C., received by Thomas McKrell of Altran Corporation from Ruth Marino of TASC Consulting Services, L.L.C., on August 26, 2004. (See Attachment 2 for copy)

2) "Technical Report 11-025-00-LR-001," Letter from William VanHooser of BVH Emission Control, Inc. to Thomas McKrell of Altran Corporation, dated August 27, 2004. (See Attachment 2 for copy)

**Altran Corporation**
**Letter Report 11-0256-00-LR-001**

3) "AES-PR ESP Collecting Plates Material Certification Sheets," Letter from William VanHooser of Environmental Elements Corporation to Thomas McKrell of Altran Corporation, dated August 26, 2004. (See Attachment 2 for copy)

4) "Air Pollution Control System (Desulphurization and Particulate Control) Operation and Maintenance Manual, AES Puerto Rico, L. Partnership (AES-PR), AES-PR Total Energy Project, Guayama, Puerto Rico," Volume 1, Appendix O Process Flow Diagrams, Contract No. Drawing S999Environmental Elements Corp., August 2001 Issue.

5) Uhlig's Corrosion Handbook, Second Edition, John Wiley & Sons, Inc., 2000, page 520.

6) Metal Corrosion in the Atmosphere, A Symposium presented at the Seventh Annual Meeting for American Society for Testing and Materials, Boston, Mass., 25-30 June, 1967, ASTM Special Technical Publication No. 435, p. 360.

ALTRAN 000010

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 1 of 18

# ATTACHMENT 1 – Report Figures

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 2 of 18

**As Received Sample Labeling – (Altran's sample ID has been added in red.)**



**Figure 1.  As Received Packaging of Sample Lot 1 (Altran ID 11-0256-00-1)**



**Figure 2. As Received Packaging of Sample Lot 2 (Altran ID 11-0256-00-2)**

**B.058**

**ALTRAN 000012**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 3 of 18



**Figure 3. As Received Packaging of Sample Lot 3 (Altran ID 11-0256-00-3)**



**Figure 4.  As Received Packaging of the Powder taken from between the ESP Plates
(Altran ID 11-0256-00-5)**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 5 of 18



**Figure 7. As Received Condition of Sample b from Sample Lot 2 (Altran ID 11-0256-00-2b)**



**Figure 8. As Received Condition of Sample a from Sample Lot 3 (Altran ID 11-0256-00-3a)**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 4 of 18

## As Received Samples



**Figure 5. As Received Condition of Sample from Sample Lot 1 (Altran ID 11-0256-00-1)**



**Figure 6. As Received Condition of Sample a from Sample Lot 2 (Altran ID 11-0256-00-2a)**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 6 of 18



**Figure 9. As Received Condition of Sample b from Sample Lot 3 (Altran ID 11-0256-00-3b)**



**Figure 10. As Received Condition of Sample c from Sample Lot 3 (Altran ID 11-0256-00-3c)**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 7 of 18

## Stereomicroscopy of As Received Sample 3



**Figure 11. Stereomicroscopic Image of Sample 3**



**Figure 12. Stereomicroscopic Image of Sample 3**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 8 of 18



**Figure 13. Stereomicroscopic Image of Sample 3**



**Figure 14. Stereomicroscopic Image of Sample 3**

B.064              **ALTRAN 000018**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 9 of 18

## Metallurgical Analysis



**Figure 15. Mounted and Ground Cross Section of an ESP Plate Sample**





**Figure 16. Unetched Polished ESP Plate Sample**

B.065        ALTRAN 000019

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 10 of 18



**Figure 17. Same as Figure 16 Except Sample Has Been Etched**



**Figure 18. Image of Area Approximated by Box in Figure 17**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 11 of 18

## SEM/EDS Analysis



Figure 19. SEM Image of an ESP Plate Sample



Figure 20. EDS Spectrum Obtained over a 1 mm² Area on the Surface of an ESP Plate

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 12 of 18



**Figure 21. SEM Image of an ESP Plate**



**Figure 22. EDS Spectrum of Location 1 in Figure 21**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 13 of 18



**Figure 23. SEM Image an ESP Plate**



**Figure 24. EDS Spectrum of Location 2 in Figure 23**

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 14 of 18



**Figure 25. SEM Image an ESP Plate**



**Figure 26. EDS Spectrum of Location 3 in Figure 25**

14          B.070          ALTRAN 000024

Altran Corporation
Letter Report 11-0256-00-LR-001
Attachment 1 Report Figures
Page 15 of 18



**Figure 27. SEM Image of a Mounted and Polished Cross Sectioned ESP Plate Specimen**



**Figure 28. EDS Spectrum Taken at Location 1 (mounting material) of Figure 27**