| From: | VanHooser, Bill <wbvanhooser@eec1.com> |
|---|---|
| Sent: | Thursday, November 14, 2002 3:00 PM |
| To: | Fred Campbell/USWIN01/Power/ALSTOM@GA; Gary Mattice/USWIN01/Power/ALSTOM@GA; William M Jarvis/USWIN01/Power/ALSTOM@GA; Tim Maidenford/USWIN01/Power/ALSTOM@GA; Ron McParland <ron.mcparland@aes.com>; Gary Bates <gary.bates@aes.com> |
| Cc: | William M Jarvis/USWIN01/Power/ALSTOM@GA; Titus, Joe <JTitus@eec1.com>; Kimberl, Rob <rbkimberl@eec1.com> |
| Subject: | AES-PR |
| Attach: | SOW_Hydrated Lime System Modification_rev1.doc; Controls Concept_Hydrated Lime System Modification_rev1.doc; CDS_Startup_Rev9.doc |

Gentlemen,

I will be returning home on Friday, and it does not appear that I will be here Monday for the re-start. I had assumed that I would and expected to meet with you prior to my departure to discuss open issues and outstanding punch list items. I am attaching the latest procedures which should be used by the operators when Unit 1 and 2 CDS are brought into service.

Additionally, I am attaching a couple of files that describe the changes that we propose to make on the lime system. I have forwarded this information to Bill Jarvis at Alstom, but I wanted to be sure you got it so we could discuss before I leave the plant. Fundamentally, we recommend eliminating the weigh belts and use the existing variable speed rotary feeders. There will be two feeders on each unit and the capacity of each exceeds that of the existing weighbelt. You will be able to run them individually or together. We intend to reuse the load cells and reprogram them so that you will have a more reliable method of determining when material has stopped flowing. Finally, we will supply and install a hood on the intermediate bin to improve the venting and eliminate pluggage. We await your approval before starting the modification. Most of the critical work can be done while the units are on line.

I will be at the plant all day on Friday, and if there is a convenient time to get together, please let me know (410-336-6562 cell).

Regards,
Bill VanHooser
Project Manager
410-336-6562 (cell)
<<SOW_Hydrated Lime System Modification_rev1.doc>> <<Controls Concept_Hydrated Lime System Modification_rev1.doc>>
<<CDS_Startup_Rev9.doc>>
- SOW_Hydrated Lime System Modification_rev1.doc - Controls Concept_Hydrated Lime System Modification_rev1.doc - CDS_Startup_Rev9.doc

CAMP-EMAIL-011007

PLAINTIFF'S
EXHIBIT
P-42

B.152



ENVIRONMENTAL ELEMENTS CORPORATION

11/14/02

## CDS COLD START-UP

## PRELIMINARY STEPS TO CDS START-UP

- Ash levels in the 1st (400 Row) ESP hoppers should ideally be at hi-hi level, but ash levels that indicate no alarms are acceptable also.  There should be no Low-Low Alarms
- Shortly after the ID Fan is put into service, start hydrated lime feed system in Manual with an Output of 100% to lime feeder
- ESP airlocks A, B, C, & D in rows 410 through 450 should be in Manual and ON as soon as lime feeder has started running.
- ESP Dosing Valves 400 A, B, C, & D should be in Auto and closed.
- Clean all water nozzles and valve in four (4) nozzles.
- ESP rappers should be operating in Program #5
- Water pump set-up:
  - Operating pump in Manual / Stand-by pump in Auto
  - Temp Control Valve (TV-106) in Manual w/ 50% Output
  - By-pass Valve in Auto and open
  - Supply Isolation Flow Valve (FV-201) in Auto and closed
  - Return Isolation Flow Valve (FV-210) in Auto and closed
- Stack observer should be in position to get visual indication of stack opacity
- Measure wet bulb temperature at 100-125 MW load.
- Approximately one (1) hour prior to startup, divert ash from all hoppers in rows 430, 440 and 450.  Steps are as follows:
  - Close ALL airlocks in rows 410 and 420

**EEC**

ENVIRONMENTAL ELEMENTS CORPORATION

11/14/02

- · Open ALL diverter valves
- · Start ALL airlocks in rows 430, 440 and 450 and allow to run for a minimum of one (1) hour
- ESP airlocks A, B, C, & D in rows 430, 440 and 450 should be in Manual and OFF as soon as coal firing begins.

## CDS START-UP

- Flue gas flow rate at CDS inlet should be ≥ 400,000 ACFM
- As soon as Flue Gas temperature at the CDS inlet reaches 220°F, the CDS should be put into service as quickly as possible.
- Close ALL airlocks in rows 430, 440 and 450.
- Close ALL diverter valves
- Confirm that lime feeder is operating in Manual with 100% output
- Open All ESP Dosing Valves (Row 400) and bring CDS bed dP to 1.25-1.50". Recommended output to accomplish this is as follows:
  A-D = 25-35%
- Put Dosing Valves (400 A-D) in Auto. This will allow SetPoint Tracking to control CDS dP automatically based on boiler load
- Start Water pump as soon as CDS bed dp reaches 1.0"
- As soon as water pump starts, put Water Control Valve in manual with an output of 20-30%.
- As soon as CDS outlet gas temp has fallen to 165°F, put Temp Control Valve in Auto w/ SP = the higher of 152°F or 30°F approach to saturation.
- <u>*DO NOT ALLOW CDS OUTLET FLUE GAS TEMPERATURE TO FALL BELOW 145°F*</u>



ENVIRONMENTAL ELEMENTS CORPORATION

11/14/02

- Return the operating water pump to Auto. Return the hydrated lime feed system to Auto with a setpoint of 0.01 lb/MBtu.

- Return Airlocks A, B, C and D in rows 430 through 450 to service, individually (one at a time).  If the magnitude or frequency of opacity spikes become objectionable, then turn the airlocks in these rows off.  Airlocks should not be run continuously until they can do so without violating opacity limits.  If high level alarms come in, ash can be momentarily diverted until it is possible to run the airlocks continuously.

- As soon as the CDS bed differential pressure and CDS outlet flue gas temperature have stabilized, it will be necessary to clean all operating water nozzles within 8 hours.  <u>This must not be delayed.</u>



Linda P. Rothe
(Phone: +001 860-285-9713)
11/14/2002 04:20 PM

To: rbkimberl@eec1.com, jtitus@eec1.com
cc: William M Jarvis/USWIN01/Power/ALSTOM@GA,
    wbvanhooser@eec1.com
Subject: AES-PR

Rob/Joe,

Below message has been received from Bill Vanhooser working at site in support of stabilization of EEC supplied equipment. This notification follows our Project Manager's advisement on yesterday 11/13/02 that AES is intending to re-start the CDS on Monday, 11/18/02 and it is his view that EEC site support for this event is important.

It is Alstom's position that EEC's decision to remove site personnel at this critical juncture based on the recorded failure of EEC's equipment to operate in a consistently reliable fashion, is not a viable option and could result in inadequate site support. We fail to see the removal of EEC personnel prior to such a significant activity as prudent on your part. It is Alstom's intention to hold EEC responsible for any and all corrective actions necessary to correct any and all nonconformances and or defects in the work.

EEC is reminded that the statusing of punch list items presented yesterday is required tomorrow, 11/15/02.

Linda

———————————— Forwarded by Linda P. Rothe/USWIN01/Power/ALSTOM on 11/14/2002 04:16 PM ————————————

ALSTOM  "VanHooser, Bill" <wbvanhooser@eec1.com>
        11/14/2002 10:33 AM

To:     William M Jarvis/USWIN01/Power/ALSTOM@GA, Linda P. Rothe/USWIN01/Power/ALSTOM@GA
cc:     "Titus, Joe" <JTitus@eec1.com>, "Kimberl, Rob" <rbkimberl@eec1.com>
Subject: AES-PR

Security Level:?  Internal

Bill / Linda,

I have been instructed to return immediately to the office in Baltimore. I have an airline reservation to depart this Friday evening (tomorrow).

I plan to meet with AES today or tomorrow morning to go over any outstanding issues or questions they have.

If you have any questions, you can reach me on my cell phone or contact Joe Titus in our home office.

Regards,
Bill VanHooser
410-336-6562 (cell)

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not open any attachments hereto, disclose the contents of this e-mail or the attachments if any thereto, to another person, use it for any purpose or store or copy

API 0675653

B.156





"VanHooser, Bill"
<wbvanhooser@eec1.co
m>

11/19/2002 04:10 PM

To:  Thomas L. Wardell/USWIN01/Power/ALSTOM@GA, Linda P.
      Rothe/USWIN01/Power/ALSTOM@GA
cc:  "Titus, Joe" <JTitus@eec1.com>, "Kimberl, Rob"
      <rbkimberl@eec1.com>
Subject: CDS / ESP Outstanding Items

Please refer to EEC comments on the attached document, and call me if you
have any questions.

Regards,
Bill VanHooser

    <<alstompunchlist_eec comments.doc>>

 - alstompunchlist_eec comments.doc

API 0675735

PLAINTIFF'S
EXHIBIT
P-44

B.157

# CDS / ESP Outstanding Items

9 November 2002

## 1. Opacity Spikes.

- Start-up and normal operating procedures for the CDS and ESP have been modified countless times without attaining consistent reliable operation. Stack opacity spikes exceeding the maximum permissible levels continue. A number of these philosophies have been implemented in the DCS control logic for automatic operation, but considerable manual operator intervention and attention is required and operating procedures outside of the prescribed procedures are required to correct opacity spikes. It is likely that mechanical modifications will be required to correct this situation – the solution may be additional air-slides for ash diversion from the ESP ash hoppers closest to the ESP gas outlet etc.

*Response: While EEC does not understand the root cause of the opacity issue, one of the symptoms appears to be flyash rolling out of the hoppers and bypassing the treatment zone. This observation has been made, even during periods of diverting ash. Mitigation of this rolling ash should curtail the opacity events.*

## 2. Operation Coverage Post 100 Hour Reliability Test

- With the CDS & ESP equipment in its current state, it requires continuous expert monitoring and manual manipulation by the operators both locally and remotely from the main unit control room to remain in compliance with the stack opacity and SO2 emission limits. This requires at least one process knowledgeable person present in the control room, and one equipment knowledgeable person in the field at all times. EEC has not demonstrated that the CDS/ESP is reliably operable. EEC personnel are required to continue on site until reliable operation can be consistently obtained.

*Response: The statement that the CDS/ESP is not "reliably operable" is false. During the most recent 100 hour performance test, the system was run with minimal input by EEC. The statement that the equipment requires process and equipment knowledgeable personnel is true, just as it is for every piece of equipment at the site. This is why the operators have been trained, and re-trained, in the operation and maintenance of the equipment.*

## 3. ID Fan Inlet Dcut Design Deficiency.

- The duct design and construction of the ID Inlet duct does not meet the specification units. EEC to advise how this will be corrected and a time schedule.

*Response: A drawing showing the modifications to the outlet ductwork has already been submitted. EEC is currently working with a vendor to have the design implemented. We have also been told by Alstom not to do anything at this time due to site issues.*

API 0675736

### 4. Hydrated Lime Storage and Feed System – Gravimetric & Bypass Volumetric Feeder

- To date the Hydrated lime feed system has not been successfully commissioned. The manufacturer's representative was on site for several weeks in attempts to commission the system. This system could not be commissioned due to design, equipment selection, and configuration problems.
- The feed system needs to be redesigned to accomplish reliable accurately metered feed rate control. This requires Mechanical, Electrical and Controls modification.
- The intermediate weigh bin vent line repeatedly plugs. This is a generic problem as it exists on both units.

**Response:** *EEC agrees that the system is not functioning as intended and has proposed a solution to the problem. This solution has been presented to AES and Alstom. We are working with a subcontractor to perform the modifications at the site. Once we have a response from the subcontractor, we will pass this information on to Alstom and AES.*

### 5. Unit 1 Hydrated Lime Storage Silo Damage

- The walls of the silo buckled inwards in the area of the sidewall supports. EEC advised that Talboa Tank had been subcontracted to complete this repair. No action has been taken.
- EEC to provide a time schedule for correcting this design deficiency.

**Response:** *EEC is awaiting a notice to proceed from Alstom. Once received, the subcontractor is prepared to start the work. Each unit will take approximately one week to complete.*

### 6. Medium Air Pressure Blower Capacity

- The medium pressure blowers cannot maintain design outlet pressure when supplying fluidization air for its design consumers i.e. Hydrated Lime Storage Silo and Weigh Bin, Ash Disposal Silos and First Row ESP Ash Hoppers.
- The blower capacity needs to be increased to suite the requirements of the consumers.

**Response:** *The medium pressure blower capacity is more than adequate. The system includes flow control valves that were not set up properly during construction. Once the system is balanced properly, there is suitable margin.*

### 7. ESP Hopper Outlet Rotary Valve Failures

- Rotary valves continue to bind up causing severe mechanical damage to the rotor shaft and drive.
- Replacement vanes are required to replace the damaged vanes.
- Root cause needs to be identified and corrected.

**Response:** *We do not know what is causing the problems we are experiencing. Here are the facts: a) initial group of failures was caused by construction debris; b) there was additional construction debris that had to be removed from the bottom of the high*

API 0675737

*voltage frames during the recent outage when the boiler tubes were replaced; c) the trip current was originally set too high in the MCC; d) some of the recent damage was caused by aggressive "rodding" through the hopper poke holes with a curved pipe; e) some of the recent failures occurred as a result of improper repair procedure (broken welds due to improper repair procedure to bent shaft and failure to properly align and tension chains after installing smaller sprockets); f) the ash that is collected in the hoppers will not cause damage to the rotary feeders. Based on the above facts, EEC does not believe the damage is covered under warranty.*

### 8. ESP Hopper Outlet Rotary Valve Leakage
- It is suspected that the existing type rotary valves leak by more than what is considered suitable for the current application
- The leak-by of the current valves at the operating pressures (- 35 "H2O) needs to verified and if excessive, then replacements suitable for the application need to be supplied, such as the type with adjustable wear shoes.

*Response: The leakage across the rotary valves was believed to be the source of the opacity spikes witnessed during initial commissioning. This turned out to be a red herring and not a factor. The supplied valves are suitable for the application. As an aside, the valves do not operate at a differential of 35" $H_2O$.*

### 9. Silo Level Monitoring Probe Replacement
- The current level probes used on the Hydrated Lime Silo, Ash Disposal Bins and the ESP ash hoppers have proven to be very unreliable.
- These probes fail indicating product with no product present, and also fail the opposite way, indicating no presence of product when product is present.
- Reliable level probes are required.

*Response: There have been three reported failures of these level probes, out of the 84 provided on this project. This cannot be classified as "very unreliable". No change is required.*

### 10. ESP Transformer / Rectifier Contactor Failure - Design
- As per Alstom TIR # 1146 , the contactors used in the TR set controllers have failed prematurely and the remaining ones show signs of immanent failure.
- One of the failed contactors was inspected and it was found that the securing method for the stationary contacts was poorly designed and leads to poor electrical contact and resultant overheating.
- Replacement contactors suitable for the application are required.

*Response: The contactors were manufactured by ABB and appear to have a design flaw. We are talking with the manufacturer about replacements and will advise ASAP.*

API 0675738

B.160

## 11. TR Set High Current cable terminations

- One of the TR Set Controllers electrical isolators failed, and it was found that the root cause is most likely the poor termination arrangement of the cabling.
- The cabling used is a multi strand trailing type cable used for its flexibility -- using screw type terminals for the termination of this type of cable is unsuitable - compression terminal lugs are required for this type of cable.
- This was discussed with EEC's Mr. Rich Hoch, and he agreed that these terminations should be redone with the appropriate termination lugs.

*Response:  We believe the failures were caused by the faulty contactors and not the cabling or its termination.*

## 12. CDS Water Injection Nozzle Tip Fouling

- Currently the CDS water injection nozzles require manual cleaning at intervals of typically 4 ~ 8 hours due to ash build up.
- This accumulation of ash adversely affects the nozzle atomization and spray pattern which often results in water streams wetting the ash, plugging the CDS bottom ash hopper and ash disposal system.
- This frequent nozzle cleaning is done using AES and Alstom labor.
- Nozzles incorporating self clearing and or cleaning arrangement are required.

*Response:  The cleaning intervals are consistent with the O&M manuals provided to AES and Alstom over a year ago.  The issues that are referred to above were primarily due to incorrect signals back into the CDS causing overcooling conditions.  This has been resolved and we have not had a reoccurrence of these issues.  AES labor is used for cleaning as they are responsible for maintenance and operation of the equipment.  Alstom, or AES, can make enhancements to the system as they see fit if they believe it will improve their O&M practices and will not affect the operation of the equipment.*

## 13. Unit 2 ESP Rapper Panel Repairs

- The failed rapper controls on Unit 2 require replacement parts and repair.

**The system was investigated by EEC personnel and a replacement part was installed. The system is working correctly now.  This is an example of where plant personnel should be out doing this work, operating and maintaining the equipment.**

## 14. CDS Water Injection -- Pressure Gauge Replacement

- The pressure gauges on the CDS Water injection system have failed as a result of overpressure and pulsation.
- Replacement pressure gauges with suitable overpressure and pulsation protection are required for this system.

*Response: The range of the gauges is two times the operating pressure for both the supply and return service, which is per the manufacturer's instructions.  Pulsation may be caused by improper sequence in valving a nozzle in or out.  The Manufacturer*

API 0675739

*supplies small throttling devices known as Pulsation Dampeners for this purpose.
Please advise if you would like us to pursue this enhancement.*

In addition to the above responses, EEC has inspected the insulation and lagging on our equipment, and has verified the following:

1. Not all equipment is completely insulated and lagged. After 6 months of periodic service, this may have resulted in corrosion that is not covered by our Warranty.
2. Some of the insulation that was not covered by lagging has been damaged and should be replaced.
3. There are areas of the insulation and lagging that do not comply with EEC drawings and specifications. Specifically: a) the stiffeners on the ESP, CDS and ductwork are not completely covered with 4" of insulation; b) in some locations flue stops are missing or installed improperly; c) Doors, poke holes test ports and other extensions are not insulated or lagged; d) some of the discharge chutes below the hopper airlocks are not insulated or lagged; e) some of the air slides are not insulated or lagged

The above issues invalidate the corrosion warranty we provided on the equipment. Alstom will be formally notified, under separate cover, that the corrosion warranty is no longer in effect.

API 0675740

B.162



December 11, 2002

*cc: Pam Moynagh*
*Bill Jarvis*
*Linda Chen*
*Tom Wardell*
*Ed Budewell*

Linda Rothe
ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095

Dear Linda,

Pursuant to our last correspondence dated December 6 2002, please find enclosed the Corrosion Warranty Nullification.

This Corrosion Warranty Nullification is a result of Alstom not following proper protocol and the specifications given by Environmental Elements Corporation. The specifics are outlined in the attached.

In the interim EEC shall continue to pursue its remaining commitments regarding outstanding warranty items; lime silo fix, lime feed fix and the ID fan duct reinforcement. The warranty period shall be in effect through November 8, 2003.

Regards,

*Joe Titus*

Joe Titus
Business Unit Manager

3700 KOPPERS STREET • BALTIMORE, MD 21227 • TEL: 410.368.7000 • www.eec1.com • Certified to ISO 9001:2000, with design

API 0675691



PLAINTIFF'S
EXHIBIT
P-45



API 0675692

B.164

THIS CORROSION WARRANTY NULLIFICATION is made and entered into as of the 6th day of December 2002, by Environmental Elements Corporation ("EEC"), to Alstom Power, Inc, ("Alstom") in connection with the Project, AES Puerto Rico, (" Project").

WHEREAS, EEC entered into a subcontractor agreement with Alstom to provide certain services in connection with the installation of a flue gas cleaning system for AES in Puerto Rico and;

WHEREAS, EEC contracted to warrant equipment against corrosion, conditioned upon Alstom proper operation and maintenance in accordance with EEC's specified parameters and;

WHEREAS, EEC has inspected the unit and found proper operation and maintenance was not in accordance and compliance with specifications, and;

WHEREAS, the Corrosion Warranty is thereby nullified for reasons presented below;

1.  Alstom Power is not in compliance with EEC's drawings and specifications for insulation and lagging. Specification for Insulation and Lagging (420584-A29), Section 6.4.1.7 states "The Insulation Contractor must cover all exposed insulation to protect it from damage from the weather."

2.  Other areas not in compliance are:
    - The stiffeners on the ESP, CDS and ductwork are not completely covered with 4" of insulation;
    - In some locations flue stops are missing or installed improperly;
    - Doors, poke holes test ports and other extensions are not insulated or lagged;
    - Some of the discharge chutes below the hopper airlocks are not insulated or lagged; e) some of the air slides are not insulated or lagged

    Alstom was notified of this non-conformance in a letter from EEC dated 4/10/02.

3.  There is a requirement of Alstom per the EEC O&M Manual, Volume 1, Tab 9, Page 9-9, paragraph 1, to check the baseline thickness of the CDS Vessel walls. This requirement was not completed.

THEREFORE, EEC has nullified the Corrosion Warranty based on the foregoing and following contractual stipulations:
    - Specification for Insulation and Lagging (420584-A29), Section 6.4.1.7 states "The Insulation Contractor must cover all exposed insulation to protect it from damage from the weather

    - Per the terms of the Contract (50730 IO 1), Article 5, Page 8, 2nd paragraph specifically states: "Seller's corrosion guarantee is conditioned upon operation and maintenance of the system in accordance with Seller's Operation and Maintenance Manuals,......".



**William M Jarvis**
(Phone: +1-860-285-9059)
01/09/2003 11:46 AM

To:  Linda P. Rothe/USWIN01/Power/ALSTOM@GA, Gary
     Mattice/USFSY/AAP-TEMP, TigerTColeman@aol.com, Ron
     Gratton/USFSY/AAP-TEMP
cc:  Thomas J. Kehoe/USWIN01/Power/ALSTOM@GA, Pamela
     Moynagh/USWIN01/Power/ALSTOM@GA, Thomas L.
     Wardell/USWIN01/Power/ALSTOM@GA, John C.
     Packard/USWIN01/Power/ALSTOM@GA, Linda S.
     Chen/USWIN01/Power/ALSTOM@GA, Gary
     Mattice/USFSY/AAP-TEMP@GA

Subject: Re: AES-PR EEC Nonconformances 🗎

Linda,

Below are my comments to EEC's letter. This will need some further input from Gary Mattice, Tom
Coleman, and Ron Gratton before it can go out.

1) EEC continues to attribute the opacity problem to "issues outside of EEC scope" yet EEC has failed to
identify and/or provide a viable basis for so called external influences on the ESP operation. Until such
time that EEC can provide concrete evidence to support this allegation, we consider that the cause of the
opacity excursions originates from the much more plausible occurrence of gas bypassing the ESP
collecting plates. As such this is clearly within EEC's scope of responsibility.

It is fact that sufficient ash can not be removed from the system as designed by EEC through the overflow
in the first row of ESP hoppers. There is no other means to remove ash from the ESP except up the
stack. Ash therefore accumulates in the ESP and must be evacuated from the system by manually
diverting ash from the back hoppers to the ash bins. This method of operation was developed by
ALSTOM commissioning staff to enable the system to function, however, this is not in accordance with the
design and requires constant operator intervention.

By EEC's own admission (J.Titus to L. Rothe 11/08/02), the excessive emissions that are causing the
opacity spikes result from dust traveling along the bottom of the ESP; ash is also picked up out of the
collection hoppers by the gas and migrates downstream to the back hoppers. EEC further states that
rapping the collector plates exacerbates the problem. This conclusion was based on observations made
by EEC while the ESP was in operation. EEC advises that baffles will prevent this "rolling" of the ash from
occurring and implies that this will resolve the opacity spikes.

The 3D Gas Flow Model Study performed by EEC as part of the base scope of supply further supports
this. The results of this testing show that some of the highest gas velocities occur at the inlet to the ESP
just above the hoppers. This would be conducive to the conditions cited by Mr. Titus.

Earlier EEC advised (J. Titus to L. Rothe 11/6/02) that although they have concluded that gas baffles in
the ESP will resolve the opacity excursions, they believe the cause is related to unknown ash or gas
characteristics. In a telephone conversation with EEC on 11/1/02, EEC indicated that they strongly
suspected that the opacity was due to high concentrations of extremely fine ash particles (10 -12 microns)
in the rear ESP fields. They assert that these particles are hard to collect in an ESP. Analysis has since
shown this not to be the case; particle size is fairly constant throughout the ESP and in the range of 30
microns. These are well within the norms for ESP operation.

In conclusion the resolution of this emissions issue is solely EEC's responsibility. Due to the gravity of the
impact of these opacity excursions on AES, and EEC's refusal to act on resolution, ALSTOM has
proceeded to implement the baffles in accordance with EEC's advisement. ALSTOM will recover incurred
costs from EEC in accordance with the contract terms.

2) The position taken by EEC is categorically incorrect. The CDS/ESP has required the constant
attention of ALSTOM commissioning staff to keep the system operating within the air permit. EEC revised
the operation procedures continuously up until the last day they were on site. As a result of these
continuos changes, operations staff had difficulty becoming familiar with the operations of the equipment

API 0672596

B.166

PENGAD 800-531-6989

PLAINTIFF'S
EXHIBIT
P–51

supplied by EEC . {Gary Mattice can add his thoughts this as he was closer to the situation.}

3) EEC must provide a detailed execution plan and their erection supervisor must be on site to coordinate/supervise the corrective work to bring the ID Inlet duct into compliance with the specification.

4) The rotary feeders provided as a bypass system by EEC, and now utilized as the main feed, can not meet the required feed rates. As supplied, the valve delivers more than the guaranteed lime flow and can not be reduced below this rate. EEC must first demonstrate that the existing rotary valve can control to the required feed rate prior to modifying the primary feeder.

5) EEC requests that the hydrated lime tanks be at low-low level to rectify this non-conformance. Logistics will not permit the lime feed to operate in this mode. The plant can not remain in compliance with the air permit without hydrated lime feed. As such this work will have to be performed during a plant outage and will therefore will require that EEC work around the clock to complete. Again EEC must submit a detailed execution plan and their erection supervisor must be on site to coordinate/supervise the work.

6) We are perplexed as to why EEC did not field adjust the manual control valves while they were on site and observed the valves full open. That EEC would wait until the issue is raised as a requirement for acceptance is indicative of the poor quality of EEC support. In addition EEC has supplied ball valves which in our experience are not suitable for regulating flow. ALSTOM will attempt to "balance" the system and considers this item open until such time that it is proven that the blowers are adequate.

7) We agree with EEC that the repair procedure for the rotary valves was inadequate. These emergency repairs were required to enable the plant to continue to operate. However the shafts on other valves have continued to fail. We believe there is a design deficiency in the valves. As such ALSTOM and AES have proceeded to implement a program to rectify this deficiency. ALSTOM will recover incurred costs from EEC in accordance with the contract terms. This item will remain open until such time that the failures have ceased.

8) Need input from T. Coleman. G. Mattice, Ron Gratton.

9) T. Coleman will pursue details with AES electrical engineer and advise by email.

10) See 9.

11) EEC is correct that one nozzle was identified as defective during the early stages of commissioning however EEC has yet to supply a replacement nozzle. Since then additional defects have been uncovered. ALSTOM will forward the nozzles to EEC for replacement.

12) Need input from T. Coleman.

13) ?? N/A

14) EEC to provide an execution plan for revising the handrail to comply with contract requirements.

15) ALSTOM (T. Coleman please transmit with a letter) will forward only the internals from the quick disconnect fittings as the balance of the fittings are required to operate the facility. Along with this ALSTOM will forward a water sample to EEC. In the interim EEC is required to provide guidance on the safety of operating without the internals installed.

16) T. Coleman: Except of the Valvcon actuator these seem to be a duplication. If not please define here for convenience of those not on Power Solve.

EEC to provide a time schedule for replacement of the Valvcon Actuator.

API 0672597

B.167

17) T. Coleman to provide details on the heater failure.

18) T. Coleman to provide details.

19) The CDS/ESP operated for less than 6 months and 500 hours (Gary can you verify this number) under conditions where only a very limited amount of insulation was not completed. This is not a basis for EEC's total rejection of their corrosion guarantee and is not accepted by ALSTOM.

EEC's tactic is a blatantly obvious attempt to position themselves to avoid the known consequences of the high potential for corrosion due to operation of the CDS at lower than design outlet temperature. In accordance with the parameters established by EEC, the CDS continues to operate with an outlet temperature some 15 degrees Fahrenheit below the design value. EEC advised during the design phase that control of this temperature was critical to corrosion prevention.

Base measurements of the casing metal thickness are not required as previously stated by EEC. Thickness readings will be taken during the scheduled outage in June. This data will be compared to the design and manufacturing tolerances to determine the amount of loss due to corrosion.

By copy to Gary, Tom, and Ron (if you are out there) please provide your comments and forward to Linda and me via email. We need to repond to EEC in a timely manner so your quick attention to this will be appreciated. Thanks, Bill

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not open any attachments hereto, disclose the contents of this e-mail or the attachments if any thereto, to another person, use it for any purpose or store or copy the information in any medium.

API 0672598

B.168

# ALSTOM

| Power

April 17, 2003

Environmental Elements Corp.
3700 Koppers St.
PO Box 1318
Baltimore MD
21203
    Attn: Mr. Joe Titus

Reference:  AES Puerto Rico Project
            ALSTOM PO No. 50730 IO (the "Contract")
            ALSTOM letters (via e-mail) dated March 27, 2003, April 4, 2003, and April 11, 2003
            EEC letters (via e-mail) dated April 14, 2003 and April 17, 2003

Dear Mr. Titus:

Further to our previous notifications to Environmental Elements Corp. ("EEC"), your equipment is
defective, has failed to meet its performance guarantees, fails to conform to your warranties, and is in fact
causing a delay in acceptance of the entire plant.

Your letter dated April 14 requests that ALSTOM Power Inc. ("ALSTOM") waive its rights in regards to
several matters, many unrelated to the current issue, before EEC will honor its obligations under the
Contract.  It proposes conditions which are wholly unacceptable to ALSTOM, and which are rejected.

Please consider this letter to be notice to EEC that ALSTOM considers EEC to be in breach of its
warranty, its performance guarantees, and the Contract.

Without limitation to any other right or remedy, ALSTOM will proceed to correct the deficiencies in
EEC's equipment.  All costs resulting from or related to EEC's failure will be charged to EEC, in
accordance with the Contract.


Linda P. Rothe
Project Procurement Manager
ALSTOM Power Inc.

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9166

PLAINTIFF'S
EXHIBIT
P-60

PENGAD 800-631-6989



# ALSTOM

| Power

May 29, 2003
LM07

Ms. Nina M. Durante, Senior Surety Counsel
Liberty Bond Services
450 Plymouth Road, Suite 400
Plymouth Meeting, PA   19462-164

B.L.Y.

MAY 3 0 2003

SURETY LAW DEPT.

Reference:  AES Puerto Rico Project
            ALSTOM PO No. 50730 IO (the "Contract")
            EEC letter dated May 16, 2003

Dear Ms Durante,

We refer to EEC's May 16,2003 letter written in response to our letter No LM03 dated May 9, 2003 to Liberty Mutual and must point out that based on EEC's comments contained therein, it is clearly evident that EEC is not properly and/or adequately informed of the actual conditions underlying the issues with their equipment.

First and foremost the system provided by EEC has failed to meet the PM Emission Guarantees.  EEC fails to recognize and continues to neglect the seriousness of this failure to meet Performance Guarantees. This has resulted in significant financial impact to ALSTOM for which we seek payment of full damages under the terms of the contract and applicable law.  Due to EEC's continual avoidance, denial of responsibility, and abandonment of the work, ALSTOM has been forced to rectify EEC's multitude of deficiencies in order to mitigate our damages.

Using the numbering convention established in AES' April 23, 2003 letter and referenced in EEC's May 16, 2003 letter, we clarify EEC's misconceptions and/or lack of understanding as follows:

1) It is gratifying to see that EEC acknowledges the requirement that the system must operate in automatic mode.  ALSTOM has made no modifications to the last revision of EEC operating procedures. If this is incorrect, EEC must advise which of the 9 formal revisions to the operating procedures should be followed.  EEC would then be required to demonstrate that the system can indeed operate for sustained periods in this mode while meeting all of the permitted emission values. AES advises that the system currently requires constant manual intervention by the operators.

We know of no operation instability in the CFB boilers.

2) In accordance with EEC's final published operating procedures, the diverter valves are to be operated as required to eliminate high levels in the hoppers and/or opacity spikes.  The diverter valves are indeed operated in this mode, however both of the conditions precedent for operating these valves occur frequently.  A review of the voluminous correspondence on this issue will show that EEC is aware of the underlying problems necessitating this frequent operation.  That is, ash is not removed from the CDS/ESP system through the overflow pipes in the hoppers below the first collection field in the ESP as designed but migrates to downstream ash hoppers.  Consequently ash accumulates in the downstream

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095



PLAINTIFF'S
EXHIBIT

P-61

L-009145

B.170

hoppers where the only means to eliminate the ash is through the diverter valves or through the stack as opacity violations. The frequency of operation of these diverter valves is increasingly proportional to increased operating load. This is a long standing problem which EEC has failed to address. (Please refer to item 5 below for additional information.)

As EEC notes the valves are not designed for this frequency of use. Due to EEC's failure to act to resolve the underlying causes of the problem, ALSTOM is currently addressing the excessive wear on these valves. All costs incurred are to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

3) EEC has failed to grasp the point of AES's letter. The point raised in EEC's letter is not in contention as it has not been tested. The fact is, the CDS/ESP can not be ramped from 50% to 100% load without exceeding emissions even with all TR's in service. We believe that this is due to ash which has fallen out of the gas stream and accumulated on horizontal surfaces during low load operation being re-entrained in the gas stream as load is increased.

ALSTOM continues to investigate this and advises that all costs associated with the investigation and rectification of this deficiency are to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

4) Once again we know of no instability in the CFB boiler operation. The issue referred to by AES is the inability of the bed ash inventory to be maintained in the CDS at 50% load. At 50% load the CDS bed is depleted in a matter of hours. This prevents operation of the CDS at 50% load. In accordance with the specification the CDS must be capable of operating between 50% and 100% load.

ALSTOM is currently investigating and evaluating the cost of various means to address this deficiency. All costs associated with this investigation and rectification are to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

5) This is related to item 4 above in that ash inventory can not be maintained in the CDS/ESP. Please also refer to item 2 above. We agree with EEC's statement that the ash should not have to be continually eliminated through the diverter valves; this is confirmation that the system supplied by EEC can not function as designed.

ALSTOM continues to investigate the root cause of this inventory control issue and strongly suspects that this is related to air flow distribution at the inlet to the ESP. Recent testing has shown that the design provided by EEC does not meet the Performance Guarantee criteria for air flow distribution. Extremely high velocity exists in several areas downstream of the ESP flow distribution devices. We believe this to be fundamental to many of the performance deficiencies with EEC supplied equipment.

ALSTOM believes that additional flow correction devices may be needed to eliminate high velocity at the inlet of the ESP. In order to gain a better understanding of the parameters influencing this poor distribution of gas, ALSTOM intends to re-perform the model study originally performed by EEC under the contract. All costs associated with this model study, investigation and subsequent modification of the gas flow distribution devices are to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

6) In accordance with the numerous logic design changes provided by EEC's Mr. VanHooser, extensive programming modifications were implemented in the Distributed Control System. Many of these were made obsolete with subsequent revisions to the EEC operating procedures. AES has requested that the DCS be reprogrammed to eliminate this extraneous logic. The cost of the DCS programming engineer to revise the logic will be to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

7) Please note that it was in fact EEC who designed gas baffles to address the distribution problems in the ESP. EEC assured that these baffles would correct the ESP performance deficiencies. ALSTOM installed these baffles in Unit 1 ESP on EEC's behalf and has previously invoiced EEC for the material and labor cost associated with this modification. Since operation on Unit 1 showed no improvement in ESP performance, the baffles were not installed on unit 2. AES requests that the final configuration of gas baffles and/or flow correction devices be installed in both units.

As noted in item 5 above, ALSTOM will continue to pursue modifications to the gas flow distribution required to meet EEC's Performance Guarantees. Any modifications required to the flow distribution devices within the ESP are to the account of EEC for which we will look to Liberty Mutual for reimbursement of these backcharges.

8) We can understand that EEC is not familiar with the notation of the ESP electrical equipment problems used by AES, however EEC is fully aware of the problems. This AES punchlist notation refers to the numerous failures of the TR controllers and circuit breakers, as well as the overheated insulation on the cabinet wiring, and the resulting internal fires in the equipment supplied by EEC. This equipment continues to fail.

Due to EEC's failure to respond to these long outstanding problems, ALSTOM has hired a consultant to investigate and resolve these issues. All costs associated with this investigation and rectification are to EEC's account for which we will look to Liberty Mutual for reimbursement of these backcharges.

The above does not encompass the full extent of the deficiencies with EEC supplied equipment. Additional outstanding issues are listed below which are wholly to EEC's account for which we will look to Liberty Mutual for reimbursement of backcharges:

1) ID Inlet Duct fails to meet specified structural design criteria.

2) Hydrated lime tank and supporting steel structure has deformed due to inadequate structural design.

3) Hydrated Lime Feed System damaged as a result of deflection in item No. 2.

4) Hydrated Lime Feed System design deficiencies prevent operation of the system.

5) Platforms, Stairs, and Handrail design does not meet OSHA requirements.

6) ESP Hopper Rotary Air Lock Valves have excessive leakage resulting in violation of emission permit.

7) Rapper Control System is not properly functioning.

8) Backcharges for correction of EEC non- conformances during erection and commissioning.

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095

L-009147

B.172

9) Replacement parts that EEC refused to supply under warranty.

We are extremely disappointed by EEC's continued apathy towards these non-conformances and furthermore are astounded by EEC's arrogant opinion regarding their performance to date.  We believe that your independent investigation will confirm that EEC has failed to act in good faith and in a manner consistent with the contract requirements to resolve issues with the equipment in their scope of supply.

As the consequences of delay in meeting Performance Guarantees are substantial, and there are significant backcharges associated with the corrective actions required to resolve the aforementioned deficiencies, we urge Liberty Mutual to become familiar with the issues.   Please advise if you require any further details.

ALSTOM is making every effort to mitigate the cost, however we welcome any suggestions Liberty Mutual may offer on means to further mitigate the loss.

Sincerely,

Linda P. Rothe
Project Procurement Manager

cc: Environmental Elements Corp.
    3700 Koppers St.
    PO Box 1318
    Baltimore  MD   21203
    Attn: John L. Sams

    William Jarvis
    Thomas Liggett

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095

L-009148

B.173

*Linda, DO NOT SEND*

**Thomas L. Wardell**
(Phone: +860-285-4696)
06/10/2003 08:06 AM

To: William M Jarvis/USWIN01/Power/ALSTOM@GA
cc: Bruce W. Wilhelm/USWIN01/Power/ALSTOM@GA, Linda P. Rothe/USWIN01/Power/ALSTOM@GA
Subject: CDS/ESP operations

Tom C.'s summary statement below is a possible important element in why the EEC system has been so troublesome.  I believe the entire message Tom has prepared, with some clean up, should be sent to LM. **No** Comments?

1.  It showed the ESP  can catch the material in the 1st 2 fields with clean almost potable water.  But it wasn't designed to operate with this water supply.
—— Forwarded by Thomas L. Wardell/USWIN01/Power/ALSTOM on 06/10/03 07:58 AM ——

**Thomas Coleman**
(Phone: +1-787- 866 6045)
06/09/03 03:14 AM

To: William M Jarvis/USWIN01/Power/ALSTOM
cc: Gary Mattice/USFSY/AAP-TEMP@GA, Thomas L. Wardell/USWIN01/Power/ALSTOM, Iqbal F. Abdullally/USWIN01/Power/ALSTOM@GA, Bruce W. Wilhelm/USWIN01/Power/ALSTOM@GA
Subject: CDS/ESP operations

Bill,

Here is a SOE of what happened last week with the CDS/ESP.

6/3/03 1430 hrs-  Rapping sequence was changed to a modified program 1 that was very aggressive with rapping the 1st 3 fields, no changes were made to the last 3 fields.  This was done by a Forry controller rep that we hired to assist with rapping issues.  Some of the changes were taking the rest time to min from max, a timing change on the repeat timer, and chaging ACG grouping.  The 5th and 6th field rotary valves VFD were at 10 Hz.  ESP performance was doing very well, opacity 1-3% with an occasional spike to 8%.

6/3/03 approx. 1500 hrs-  Unknown to Alstom, AES had planned on taking the clarifier O/S to repair a design issue with some internal piping arrangement.   This meant that the RO reject water and clarifier water was not available and filtered water was used as CDS cooling water make-up.  RO reject water has an abundance of dissolved solids and clarifier has some as well.

6/3/03 1715-1800hrs-  Dosing valve positions went from 40% open down to 30% open, T/R showed no sparking and opacity problems began at around 1900 hours.  There was also a high level in one of the 6th field rotary valve hopper.  Operations struggled through the night and had 1 exceedance.  Also in this time period, load was reduced to 200 Mws for a short period of time.

6/4/03 0700 hours-  Opacity was all over the place, sometimes going to 50%.  After some investigation and troubleshooting, it was found that there was no ash being collected in the last 3-4 fields due to it being collected in the 1st 2 fields, as it should by design.  The only solution was to leave the last 2 field Rvs and knifegates closed to let ash build up in the hopper.  During the troubleshooting, it was observed that all RVs in the 3-6th field were causing "clouding" in the hopper and possibly re-entrainment, even with the VFDs and rotor cup plates in on the last 2 fields.  Gave instructions for operators not to run RVs unless they had high levels in them and once the alarm cleared to shut them down.  This was difficult to do due to the I/O plexer giving erroneous readings (this needs further troubleshooting to see why so many of these have failed).

Opacily was not manageable without doing this and PM testing was postponed.

RV pocket inserts were installed on the 6th field RVs.

API 0672660

B.174

PLAINTIFF'S
EXHIBIT
P – 6 2

6/5/03 approx. 1200 hrs- It was discovered that the water supply had been changed, and with that, it explained the reason for the better collection of ash in the 1st 2 fields, the reduced spark rate and less material making it to the back-end. This was conveyed to AES and DFD as the reason for the opacity and not the changing of the rapping sequence.

6/6/03- Unit tripped due to AES electrical supervisor de-energizing a bus (for PM cleaning) that had some service water and CW pump discharge valves on it, this loss of disharge valve, caused the T/G to trip on no CW pump running and high TG backpressure. The common back-up pump did not start as it should have to prevent this.

During unit restart, it was observed through the installed viewports that the perf. swing sheet is swing 4-6" with just the air flow and very little ash loading.

CDS was placed in service with no opacity issues at all and was able to sustain bed, even though we weren't at low load for very long. Unit was ramped in 10 Mws increments with no opacity (back 2 rows were left O/S) until high levels were achieved.

Operators were given instructions to do the best that they could to keep levels in the ESP last 2 fields.

6/8/03 2400 hrs- Water supply was changed back to the RO and clarifier mix, spark rates returned and opacity dropped to 0-2% at 0200 hrs 6/9/03 and has been there ever since. CDS outlet temp, is running 153 deg f, dosing valves in the mid 30s on % output. Instructions have been given to run RVs at a speed that will allow the high level alarm to come in and out in order to maintain a seal on the RVs.

Conclusion:

There were alot of good things that came out of this, timing was poor!

1. It showed the ESP can catch the material in the 1st 2 fields with clean almost potable water. But it wasn't designed to operate with this water supply.

2. This filtered water supply would allow us to run higher temps on CDS outlet and also run higher DP, which helps to clean the sidewalls of the CDS, also allowed load ramping without opacity as long as the last 2 fields RVs were left O/S.

Still interpreting data on whether or not hydrated lime consumption was affected.

Some kind of level control in the last 2 fields would be a possible solution to the sealing issue.

Ash was diverted manually out of the 410s (2nd field) depending on bed DP and dosing valve output (26-30%).

Rapping sequence can be modified and tested.

That all for now

Tom

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not open any attachments hereto, disclose the contents of this e-mail or the attachments if any thereto, to another person, use it for any purpose or store or copy the information in any medium.


CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are

API 0672661

B.175

not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

API 0672662

B.176

| | |
|---|---|
| **From:** | William M Jarvis |
| **Sent:** | Thursday, November 20, 2003 12:43 PM |
| **To:** | Linda P. Rothe |
| **Cc:** | Thomas J. Kehoe |
| **Subject:** | AESPR: ESP Collector Plate Wastage |

Linda,

Under separate e-mail I just forwarded some photos of the wastage found today on the unit 2 ESP collector plates. Please send a letter to EEC & LM advising the conditions we have found and notifying that we hold them responsible for the repairs under their corrosion warranty. Neither the full extent of the problem nor the cost to rectify have been determined.

Request that EEC and LM immediately advise the availability of replacement collector panels.

Thanks,
Bill

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

JANN-EMAIL-037371


PLAINTIFF'S
EXHIBIT
P-74

JANN_EMAIL-037371

B.177

**Hucks, Frank**

| | |
|---|---|
| **From:** | linda.p.rothe@power.alstom.com |
| **Sent:** | Friday, November 21, 2003 9:46 AM |
| **To:** | Hucks, Frank(LBS); beersman24@yahoo.com |
| **Cc:** | william.m.jarvis@power.alstom.com |
| **Subject:** | Unit 2 Precip Pictures |

    

ESP east door  ESP east side  ESP east side  ESP east side  ESP east side
t1.JPG (202 KB sr door g.JPG (st door d .JPG st door e.JPG (st door m.JPG (

Frank/Dreu,

Attached are pictures of  the conditions we have found relative to deterioration of
collector panels in the unit #2 precipitator.  ALSTOM presents this as the responsibility
of EEC/Liberty Bond Services for repair and replacement either as equipment non-
conformance or under their
corrosion warranty provisions.    Neither the full extent of the problem
nor the cost to rectify have been determined.  This information will be forwarded upon
receipt.

We estimate that a total of 150 pieces of collector plate material is immediately required
to support this outage and request you advise today the availability of same.

As you are aware, the unit 2 outage is scheduled to conclude by month's end.  Please
advise immediately the availability of replacement collector panels.

(See attached file: ESP east door #1.JPG) (See attached file: ESP east side 1sr door g.JPG)
(See attached file: ESP east side 1st door d .JPG) (See attached file: ESP east side 1st
door e.JPG) (See attached file: ESP east side 1st door m.JPG)

Linda

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged.
If you are not a named recipient, please notify the sender immediately and do not open any
attachments hereto, disclose the contents of this e-mail or the attachments if any
thereto, to another person, use it for any purpose or store or copy the information in any
medium.

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged.
If you are not a named recipient, please notify the sender immediately and do not disclose
the contents to another person, use it for any purpose or store or copy the information in
any medium.

PLAINTIFF'S
EXHIBIT
P-75

B.178

LPI-00815

DEC 12 2003 14:36 FR LIBERTY BOND SVC      6108284684 TO 12122449514      P.07/08

# ALSTOM

| Power

RECEIVED
DEC 1 : 2003
SURETY LAW DEPT

December 11, 2003
LM 18

Liberty Mutual Insurance Company
Liberty Bond Services
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA  19462

Attn:  Mr. Frank Hucks,
         Senior Surety Counsel

Subject:    Accelerated Corrosion Warranty Claim
            AES Puerto Rico Project

Reference: Performance and Payment Bond No. 17-002-963 ("Bond")
           ALSTOM Purchase Order 50730 IO
           AES Puerto Rico Letter, A. Dyer to W. Jarvis dated November 24, 2003

Dear Frank:

Pursuant to my electronic message of 11/21/03, attached find AES's formal claim for accelerated corrosion in the ESP. This claim is presented to you under the warranty provisions of the referenced purchase order.  Please respond by 12/16/03 with your plan for remedy.

Sincerely,

Linda P. Rothe
Project Procurement Manager
ALSTOM Power Inc.

W. Jarvis
T. Kehoe

PLAINTIFF'S
EXHIBIT
P-80

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713
Fax: (860) 285-4645

B.179

L1-001760

JAN 14 2004 13:10 FR LIBERTY BOND SVC     6108284684 TO 12122449514     P.02/03

# ALSTOM

| Power

January 13, 2004
LM 18a

RECEIVED

JAN 14 2004

SURETY LAW DEPT

Liberty Mutual Insurance Company
Liberty Bond Services
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA  19462

Attn: Mr. Frank Hucks,
     Senior Surety Counsel

Subject:   Accelerated Corrosion Warranty Claim
          AES Puerto Rico Project

Reference: Performance and Payment Bond No. 17-002-963 ("Bond")
          ALSTOM Purchase Order 50730 IO
          AES Puerto Rico Letter, A. Dyer to W. Jarvis dated November 24, 2003

Dear Frank:

AES performed an inspection on Unit 1 ESP on Sunday January 10, 2004.  Corrosion is evident in this unit however it appears to be less that was discovered in Unit 2 in November.  Please note that we consider this a warranty item for EEC and as such hereby give notice

This report is based on a preliminary inspection that was done in the ESP   12/11 by AES.  The majority of the damage is located at the west side of the ESP.   What follows is from the report:

" West side

First Mechanical field – the leading edge (Electrical field 1) couldn't be inspected very well but we saw that at least two of the panels were corroded and loose. In the trailing edge (Electrical field 2) we found very little corrosion, especially at the bottom of the plates and in some of the edges. There is no major damage in this field.

Second mechanical field – in the leading edge of this field, which is the electrical field 3, we were unable to inspect it due to the baffle that is installed in front of it. In the trailing edge (Electrical field 4) the damage exists mostly on the stabilizing edges of the last panel and concentrated at the creased area of the stabilizer. This is section with the most damage. The damage seems to be as high as 30 feet and towards the center of the ESP. one big chunk of panel was found laying in the walkway.

Third mechanical field – the leading edge (Electrical field 5) has the same damage characteristics as the Electrical field 4, however not as extensive and most damage are occurring at the center of the ESP.  On the trailing edge (Electrical field 6) the damage is concentrated towards the center of the ESP; most of the damage is at the stabilizing edges of the last two panels on each of the collecting plates. Damage is at a lesser degree than the preceding compartments.

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713
Fax: (860) 285-4645



PLAINTIFF'S
EXHIBIT
P – 88

L1-001751

B.180

JAN 14 2004 13:10 FR LIBERTY BOND SVC    6108284684 TO 12122449514    P.03/03

Fourth mechanical field – The leading edge (Electrical field 7) has the same characteristics of last field trailing edge (Electrical field 6). On the trailing edge (Electrical field 8) there is no obvious damage in this section. The panels were solid to touch.

Fifth mechanical field – the leading edge (Electrical field 9) has a baffle installed in front of it. However, from what we could see, there is no damage in this section and in the remaining fields of the ESP in the west side.

**East side**

First mechanical field – this complete section looks in very stable condition as far as we are able to see. Panels look and feel sturdy. There are no signs of corrosion.

Second mechanical field – In the leading edge (Electrical field 3) has a baffle installed in front of it, but base on what we could see there is no damage in this section. The trailing edge (Electrical field 4) looks in good condition, but there are some signs of panels decreasing in thickness. The deterioration is concentrated towards the center of the ESP.

Third Mechanical field – This entire mechanical field (Electrical fields 5 and 6) present the same characteristics than the previous mechanical field.

Fourth Mechanical field – There were no major findings in this entire field (Electrical fields 7 and 8). The plates look strong and there are no signs of corrosion. The fields look very good from this point and back."

You are encouraged to inspect the ESP while it is down over the next week. Let me know of your intentions to do so.

Sincerely,

Linda P. Rothe
Project Procurement Manager
ALSTOM Power Inc.

W.Jarvis
T. Kehoe

**B.181**

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713
Fax: (860) 285-4645

**L1-001752**

From:       Bruce D. Buchholz
Sent:       Tuesday, January 20, 2004 9:58 AM
To:         Werner Lieberherr
Cc:         William M Jarvis; Ray Hickey
Subject:    AES puerto Rico - Briefing on potential issue



Werner,

There is a potetial major issue on the horizon at Puerto Rico that I want to advise you of as it may end up with AES elevating the issue to Paris to be sure that their problem is getting the right management attention. I might suggets a phone call from either you or Philippe Souile to AES to let them know that you and/or PS are aware and have monitored the situation. This would be an attempt to head off a phone call wherein the ALSTOM executive contacted is less informed.

Summary:

Inspections on Unit 2 ESP during the outage in November '02 revealed extensive corrosion on the ESP collector plates. Approximately 20% of the plates were corroded. AES hired FSL (mainly ex-EEC em employees) to perform remedial work to return the unit to service. At this time AES also notified AP that they considered this a warranty issue. We immediately passed the notification on to EEC's and Liberty Mutual (EEC's bonding company). AES also ordered replacement collector plates (upgraded material to corten) from FSL.

EUB Windsor asked Karl Hognefelt from ECS Knoxville to inspect Unit 2 to review the problem during the Nov. outage. He felt this was the worst case of corrosion he had seen in his 25+ year career. It was strongly suspected that the corrosion resulted from the chlorides in the Circulating Dry Scrubber makeup water. The chlorides originate from the RO brine water which was the specified design source for the makeup water. Karl has continued to work with AES to set a test protocol to determine "safe" operating levels of chlorides. He has studied the daily reports from AES and is consulting with numerous experts within ALSTOM on the issue.

In the meantime, Unit 1 was forced off line last week for an unrelated reason. Inspections of Unit 1 precipator shows that the same corrosion conditions exist albeit to a lesser extent.

AES views this as extremely serious as it is a potential to shut down the plant and cause potential intervention by the lenders. Upto this point AES has asked us only to support them in finding the root cause and propose technical fix. To this end this why we engaged the ECS experts and our project team is keeping close contact with AES's site manager. AES has undertaken the actual restoration work directly. However we expect that these costs will be claimed under warranty and we will have to pursue EEC's bond to recover our outlays.

AES is currently pursuing means to eliminate the RO blowdown stream from the CDS makeup. They are considering applying for emergency relief to the "zero discharge" permit. Injecting in the boiler (not a good idea). Installing a water treatment facility to treat the chlorides ($5MM - $10MM).

JARV-EMAIL-065149

PLAINTIFF'S
EXHIBIT
P-95

JARV_EMAIL-065149

B.182

We continue to evaluate within ALSTOM and investigate alternative operating procedures.

I believe that AES is looking to ALSTOM to take a more active role in restoring the ESP and/or installing the water treatment facility.

Background

EEC came with the project when DFD awarded. EEC equipment is specified in the permit.

The use of RO brine was part of the design.

There is specified limits in the spec.

EEC provided the operating instructions at site. We now believe that these did not address the Chloride levels.

We have since found that chlorides have a big effect on the ESP performance.

We have a 24 month corrosion warranty which was passed on from EEC.

EEC has been non-repsonsive to AES issues for well over a year. Recall EEC is basically out of business.

We have a $14MM performance bond with Liberty Mutual.

Before the week is out our Project Manager will write a letter to AES summarizing what we know and what we are doing. However I suggest a pre-emptive communication from ALSTOM Sr. Management as well.

Please contact me or Bill Jarvis (project manager) for further clarification & discussion,

Bruce

CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.

JARV-EMAIL-065150

JARV_EMAIL-065150

B.183

# ALSTOM

| Power

2-2 Drew
Please review
+ discuss with me.

Frank

RECEIVED
FEB 0 2 2004
SURETY LAW DEPT

January 29, 2004
LM20

Liberty Mutual Insurance Company
Liberty Bond Services
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462

Attn: Mr Frank Hucks,
      Senior Surety Counsel

Subject: Environmental Elements Corporation – Correction of Non-Conformances
         AES Puerto Rico Project  Alstom Invoices:
         1)  (CS-04-301)   $ 1,568,530.02
         2)  (CS-04-302)       73,879.49
         3)  (CS-04-303)      121,996.81
         4)  (CS-03-051)       53,843.00

Reference: Performance and Payment Bond No. 17-002-963 ("Bond")
           ALSTOM Purchase Order 50730 IO

Dear Frank:

Attached find the subject invoices submitted for costs accumulated in correction of Environmental
Elements non-conformances identified in our previous transmittals.

Sincerely,

Linda P. Rothe
Project Procurement Manager
ALSTOM Power Inc.

Copy + send to
Drew Beers

W.Jarvis
T. Kehoe

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713
Fax: (860) 285-4645



PLAINTIFF'S
EXHIBIT
P-100

B.184

L-011053

# ALSTOM

| Power Environment
| Utility Boiler Business

## INVOICE

**EEC**
3700 Kopper Street
P.O. Box 1318
Baltimore, MD 21203

Attn: Mr. Bill Van Hoeser

| Date: | January 29, 2004 |
| Invoice No.: | CS-04-301 |
| Your Ref. No.: | P.O. 5073010 |
| Due Date: | Upon Receipt |
| Our Ref. No.: | 65005497 |
| Page 1 of 1 | |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **AES Puerto Rico Project** | | |
| **PCC** | **DESCRIPTION** | |
| 205 | AES Invoice – API-001 Precipitator Curtains | Consulting Services - Unit 2 | 92,935.28 |
| | | ESP Curtains Fabrications | 219,250.00 |
| | | Precip Curtains Labor | 140,777.21 |
| | | Nov. 2003 Outage | 26,403.89 |
| | | Scaffold Services | 21,450.00 |
| | | Sum | 500,816.38 |
| 205 | Material | Collecting Plates | 925,120.00 |
| | | Material Total | 925,120.00 |
| | | Total Labor & Material | 1,425,936.38 |
| INDIRECT OVERHEAD COST (PER SECTION 18 OF PURCHASE ORDER) | 10% | 142,593.64 |
| TOTAL AMOUNT DUE THIS INVOICE UPON RECEIPT | | US $ 1,568,530.02 |
| Interest @ 4% per month will be assessed | | |

Please Note: There are outstanding invoices which we have not received.
These invoices will be billed as soon as we receive them.

ALSTOM Power Inc
Power Boilers

Kalila R. T. Quow
Senior Financial Analyst

| Payment shall be required via wire transfer to the following account: | |
|---|---|
| Bank: | Bank One |
| Accountee: | ALSTOM Power Inc. |
| Account No.: | 57-54710 |
| ABA Number: | 071000013 |
| Notes: | Please reference our invoice no. |

2000 Day Hill Road
Windsor, CT 06095
Tel: 860-285-5082
Fax: 860-285-4645



PLAINTIFF'S
EXHIBIT
P-101
PENGAD 800-631-6989

L-011054

B.185

# ALSTOM

**MEMORANDUM**

**Power Environment**
Environmental Control Systems

**To:    NILS BRINGFORS**

**cc: STEFAN AHMAN
LARS-ERIK JOHANSSON**

**From:  KARL HOGNEFELT**

**Date:  2/19/2004**

**Subject: PUERTO RICO EXPERIENCE**

For your information I will list some of the problems experienced at the AES Puerto Rica plant with the CDS and ESP equipment. The plant was originally started summer of 2002. There are two CFB boilers each 250 MW. The APC equipment was supplied by EEC and CDS scrubber is of Lurgi type with a huge ESP to collect the ash.

1.  Corrosion
    There is major corrosion on the ESP internals, especially on unit two. The Collecting plates are most damaged and many have to be replaced soon. Some of the plates in Unit 2 ESP were cut-out and braced temporarily at the last stop they had. The corrosion is worst at the lower half of the plates where the ash is attached to the plate for longer time. The corrosion seems to be worst in the front half of the ESP. These ESP's have top rapping and low acceleration at the bottom of the collecting plate. The ash collected will remain on the plate surface longer time where there is lower acceleration. This can be one reason why we see more corrosion at the lower part of the plates.

2.  Water quality
    The makeup water quality used for the CDS does also have an influence on the corrosion noted. There is high chloride content in the water and this was specified from the beginning. EEC and the customer did not fully understand what effect this can have on the CDS and the ESP. They were for long time running with 3000ppm chloride and first noted a lot of sparking in the ESP resulting in opacity problems. They have now realized that the chloride water is a part of the corrosion and are now mixing the water to get lower CL content. Currently they are operating with 5- 600ppm chloride water and this makes the ESP operating much better even if there is many damaged collecting plates.

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power Environment
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 20 00
Fax: +33 1 47 55 25 62



AL1-05620

B.186

**MEMORANDUM**

**Power Environment**
Environmental Control Systems

3. Operating Temperature

AES has been operating the CDS with a gas temperature of 150°F (65.5°C) all the time up till when the corrosion was found in the ESP in November. I had questioned the low operating temperature many times and directed a warning for corrosion at low temperatures. After the inspection in November I once again asked them to increase the operating temperature and told them the corrosion was part a result of low gas temperature. Now they have increased the temperature to 170°F (77°C) and I have suggested to go further up but the customer are afraid of opacity spikes from the ESP. The original Operation Manual specifies that the operating temperature should be 176°F (80°C) when they use "high" chloride water for the CDS. If the customer in the future will use the "high" chloride water I think it is required to further increase the gas temperature to avoid corrosion in the ESP.

4. ESP Rapping

With the very high ash loading into the ESP it is very important to run the rapping very frequent and with highest intensity to avoid major ash built up on the collecting plates. There were much more problems with opacity spikes in the beginning when the rapping was set to low frequencies. Also the rapping of the DE frames need to be effective. In these ESP's I have seen big "snow balls" (4-5" diameter) on the peaks of the RDE electrodes, that is a result of not enough rapping on the DE system.

5. The gas interlock

The gas interlocks at the hopper discharge is a must to prevent back flow of collected ash. Either an effective slow rotating rotary valve or a double damp valve must be included to prevent back flow. These ESP's has had many problems with no rotary feeder in the first field hoppers and leaking rotary feeders with low capacity in the other hoppers. They had to run the feeders in the last field intermittent to reduce the back flow that caused opacity spikes. Later all feeders in the three last fields were replaced with double damp valves that seem to work better.

**AL1-05621**

6. Gas distribution

The gas distribution was bad with sneakage into the hoppers under the fields. There had not been any check of the gas distribution before start-up and it was later confirmed that there were much higher flow in the lower part of the ESP and real high velocities from the first field hoppers. There were no hopper baffles from the beginning but this was added later at high expenses. There are three gas distribution baffles with

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power Environment
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 20 00
Fax: +33 1 47 55 25 62

**MEMORANDUM**

**Power Environment**

Environmental Control Systems

the first designed as " kick-out channels" to separate the heaviest ash before it enters the ESP. The lower part of the last screen was designed with hinges to allow ash to flow by at the bottom. The result of this was that the hinged screen opened up at the bottom by the gas flow. Chains were applied to restrict the movement of this screen.

7. Insulation
It is very important that the ESP has hopper heating and good insulation to prevent corrosion when the process is operated close to dew point.

8. Ash discharge system
The ash discharge system was designed so the ash leaving the re-circulating system was always discharged from the first field hopper overflow. This results in an increasing amount of fine ash in the re-circulated ash as all ash from the backend hoppers always were directed back to the CDS. The operations implemented a dumping procedure once a day to get rid of the real fines in the recirculated ash. Future designs should allow for discharge of ash from all fields.

AL1-05622

1409 Centerpoint Blvd.
Knoxville, TN (USA) 37932-1962
Tel : 865 693-7550
Fax: 865 694-5203
www.power.alstom.com

ALSTOM Power Environment
Head Office 25 Avenue Kleber
75116 Paris (France)
Tel: +33 1 47 55 20 00
Fax: +33 1 47 55 25 62

# ALSTOM

Power

February 27, 2004
LM 24

TASC Consulting Services, L.L.C.
224 West 35th Street, Suite 610
New York, NY   10001

Attention: Mr. Dreu Beers

Subject:    Corrective Measures Performed by ALSTOM on behalf of Liberty Mutual Insurance Company

Reference: Performance and Payment Bond No. 17-002-963 ("Bond") –
          TASC Consulting Services, L.L.C. letter, Dreu Beers to L. Rothe dated February 19, 2004

Dear Dreu:

We will not debate the fact that Liberty Mutual failed to act in good faith under the terms of the bond and further failed to reimburse ALSTOM in timely fashion for work ALSTOM was forced to perform due to failure of your Principal to act in accordance with the terms and conditions of the contract. The documentation will show the facts.

At best your previous request that ALSTOM resubmit duplicate details of our claims is disingenuous. We will give you the benefit of doubt and assume that you did not understand the details previously provided with our invoices. We will respond here in general to the questions posed in your letter of February 19, 2004, however, we believe a meeting is the best means to provide you with an understanding of the complete scope of work and costs incurred. As such we invite you to meet with us on March 2, 2004 in our Windsor offices to review the invoices in detail.

For convenience our response will follow the numbering convention established in your letter.

1)    These invoices are for work performed on behalf of EEC during the construction phase to conform their equipment to the requirements of the specification. Notification of each non-conformance was provided to EEC at the time of occurrence and invoices with all backup information were sent to EEC for payment. We believe that EEC has an obligation to provide these invoices and backup to Liberty Mutual, however in the interest of cooperation and expediency, we have retrieved these from our files and send herewith to you directly. The package attached is transmitted under a copy of cover letter dated March 21, 2003, L. Rothe to

B.189

LP1-00529

PLAINTIFF'S
EXHIBIT
P-108

PENGAD 800-631-6989

**Page 2**

W. B. Van Hooser and is missing invoices numbered 113 (TIR 503) and 139 (TIR 504). ALSTOM will forward as soon as we are able to locate. For these particular charges, the cost of the work performed will be treated as a backcharge under the terms of the contract. Although somewhat more than expected, this is the type of minor work that is common with complex engineered project work. This work involved very little support from our home office.

ALSTOM takes exception to your comment that this claim is paid in full and insists that Liberty Mutual remit the balance due with interest without further delay.

2) This invoice is for work subcontracted by ALSTOM to conduct gas flow distribution field-testing that was not performed by EEC as required by the Contract. Because EEC failed to perform the required work and abandoned the project, ALSTOM was forced to hire experts to complete EEC requirements. All subcontractor invoices and backup were provided with the invoice to Liberty Mutual. (LM10, LM09)

ALSTOM takes exception to your analysis of the value of the claim and insists that Liberty Mutual remit the balance due with interest without further delay.

3) This invoice is principally for replacement of the rotary air lock valves but also includes costs incurred to subcontract experts to investigate the electrical control failures. Our further review of this invoice shows that the cost of the infrared scanning of the control cabinets has not been invoiced to you. This will be invoiced to you in the near future.

A review of the correspondence will show that EEC in fact agreed that the rotary valves were a source of the opacity problems that delayed acceptance of the equipment but refused to supply replacements. ALSTOM was forced to take over execution of the work in its entirety.

ALSTOM takes exception to your analysis of the value of the claim and insists that Liberty Mutual remit the balance due with interest without further delay.

4) This invoice is for work subcontracted by ALSTOM to perform further gas flow distribution testing as well as installation of gas flow control devices not provided by EEC as required under the Contract. The invoice additionally contains charges for further costs associated with the failed electrical controls. We fail to understand your comments. The subcontracted rates and charges are well within the construction industry norms.

ALSTOM takes exception to your analysis of the value of the claim and insists that Liberty Mutual remit the balance due with interest without further delay.

5) ALSTOM vehemently objects to your rejection of interest costs incurred. We will pursue recovery of this cost to the full extent available to us under equity and law.

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713

LP1-00530

B.189a

6) This invoice is for replacement of failed electrical control equipment. TASC is well aware of the circumstances regarding these failures having had engineers on site to investigate this on two occasions. TASC confirmed in June 2003 that the controls had failed due to overheating and had to be replaced. TASC inspected the controls in November 2003 and concurred with the replacement scope as determined with AES plant personnel.

To now deny liability for this claim after the fact is appalling and constitutes unfair practice.

AES was forced to procure the controls in order to continue operation of the plant. This control equipment is a proprietary design of EEC. Since EEC abandoned the work, it is incumbent upon Liberty Mutual to assume the warranty responsibility of EEC.

ALSTOM takes exception to your analysis of the value of the claim and insists that Liberty Mutual remit the balance due with interest without further delay.

7) Due to breech of contract by EEC, ALSTOM looks to Liberty Mutual to assume responsibility for warranty under the bond obligations. The material purchased by AES is required to maintain operation of the plant. This material is designed and manufactured by EEC. It is the responsibility of Liberty Mutual under the Bond to resolve with their Principal.

8) This invoice is for subcontracted work required to conform the hydrated lime silo, ID Fan Inlet Duct and hand rail to the specifications. The need to perform this structural work was previously reviewed with Liberty Mutual and TASC. The summary spreadsheet was omitted for which we apologize and during further analysis, have discovered and corrected an error and revised it to reflect the corrected value of $123,085.81. This revised invoice is submitted herewith accompanied by the appropriate spreadsheet. Please review the invoice and advise any questions so that we can be prepared to answer these during our meeting on Tuesday, March 2, 2004.

ALSTOM is preparing and will submit an invoice for work performed on Unit 2 during November 2003. We intend to have this ready for your review on March 2, 2004.

Items 2 through 8 has required extensive work by ALSTOM including home office, engineering, purchasing and project management. This work was necessitated as a result of deficiencies in equipment supplied by EEC and due to breech of contract and abandonment of the work by EEC. ALSTOM was forced to fulfill the contractual obligations of EEC on behalf of Libety Mutual in order to mitigate further damage to AES and/or ALSTOM.

B.189b

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713

LP1-00531

**Page 4**

ALSTOM has worked diligently to communicate notices of non-conformances allowing Liberty Mutual an opportunity to respond as required to support corrective actions. ALSTOM continues to incur damages as a result of Liberty Mutual's delay in remittance of reimbursement to which we are entitled. I look forward to your upcoming visit and the ability to answer any additional questions or provide further clarification where needed.

We trust that this meeting will result in immediate processing of the long outstanding ALSTOM claims.

Very Truly Yours

Linda P. Rothe
Project Procurement Manager

Cc: Liberty Bond Services
(with copy of Revised Invoice 303, spreadsheet and a copy of 3/31/03, L. Rothe to W. B. Van Hooser)
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462
Liberty Mutual Insurance Company
Attention: Mr. Frank Hucks,
Senior Surety Counsel

William Jarvis
Thomas Kehoe

B.189c

ALSTOM Power Inc.
2000 Day Hill Road
Windsor, CT 06095
Tel: (860) 285-9713