# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

October 10, 2006

**BY ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      RE:   AES Puerto Rico, L.P. v. Alstom Power, Inc.
             C.A. No.: 04-1282JJF

Dear Dr. Dalleo:

      On Monday, October 9, 2006, my office was unsuccessful in its repeated attempts to file the *Appendix to Memorandum of Plaintiff AES Puerto Rico, L.P. in Opposition to Alstom Power, Inc.'s Motions in Limine Nos. 1-9*. The *Memorandum of Plaintiff AES Puerto Rico, L.P. in Opposition to Alstom Power, Inc.'s Motions in Limine Nos. 1-9* was successfully filed on Monday, October 9, 2006 and can be found at docket no. 178. Several attempts were made to file and upload the Appendix; however, during each attempt my office received a message which stated "warning, page expired."

      This morning we contacted the Clerk's office regarding this issue and were told that our inability to file the opposition stemmed from a change in the length of time permitted during a particular filing session. Due to the large size of the appendix (despite being divided into several parts to comply with the Court's administrative procedures) the filing session repeatedly "timed out." Accordingly, we have filed the Appendix today at docket 179. We have also prepared the attached Request to Change Filing Date for the Court's approval.

      In short, plaintiff AES Puerto Rico, L.P. respectfully requests that the subject Appendix be deemed filed on Monday, October 9, 2006. I am available to address this matter at the Court's convenience.

                                    Respectfully,

                                    /s/Chase T. Brockstedt

                                  Chase T. Brockstedt

CTB/hrj
cc:   Daniel D. Williams, Esq.
       Richard R. Wier, Esq.
       Anthony F. Vittoria, Esq.

135980

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 04-1282JJF |
| ) | |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## AES PUERTO RICO, L.P.'S REQUEST TO CHANGE FILING DATE

Plaintiff AES Puerto Rico, L.P. ("AES") respectfully requests a change in the filing date for the following submission:

| Document No. | Title |
|---|---|
| 179 | **Appendix to Memorandum of Plaintiff AES Puerto Rico, L.P. in Opposition to Alstom Power, Inc.'s Motions in Limine Nos. 1-9** |

Specifically, AES ask that this opposition, e-filed on October 10, 2006, be deemed as filed on *October 9, 2006.*

The grounds for this request are set forth in the accompanying Certification of Chase T. Brockstedt, filed contemporaneously herewith. As shown by that certification, AES made several attempts to file this document on October 9, 2006, but were unable to do so because (as AES later learned) the there was a change in the length of time permitted during a particular filing session.

WHEREFORE plaintiff AES Puerto Rico, L.P. respectfully requests that the subject document be deemed filed as of October 9, 2006.

135980

        Respectfully submitted,

        MURPHY SPADARO & LANDON

        /s/ Chase T. Brockstedt
        Chase T. Brockstedt
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

October 10, 2006

135980

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282JJF |

### CERTIFICATION OF CHASE T. BROCKSTEDT

Chase T. Brockstedt certifies, under penalty of perjury, as follows:

1. I am an attorney admitted to the Bar of the Supreme Court of the State of Delaware, and counsel of record for AES Puerto Rico, L.P. herein.

2. AES Puerto Rico, L.P. has today filed herein, at document no. 179, its "Appendix to Memorandum of Plaintiff AES Puerto Rico, L.P. in Opposition to Alstom Power, Inc.'s Motions in Limine Nos. 1-9 " (the "Appendix").

3. AES Puerto Rico, L.P. made several unsuccessful attempts to e-file the Opposition on October 9, 2006. Attempted filings at 8:23 p.m., 8:32 p.m., 8:39 p.m., 8:43 p.m., 8:51 p.m. and 9:05 p.m. were each unsuccessful, resulting only in a system message stating that an "warning, page expired."

4. On October 10, 2006, my office learned from Court personnel that our inability to make the subject filing on October 9, 2006 was due to a change in the length of time permitted in a particular filing session. Due to the large size of the appendix (despite being broken down in several parts to comply with the Court's administrative procedures) the filing session repeatedly "timed out."

135980

5. In light of the technical difficulties encountered in the course of AES Puerto Rico, L.P.'s efforts to e-file the Appendix on October 9, 2006, AES Puerto Rico, L.P. has applied to the Court for a change in the document's filing date from October 10, 2006 to October 9, 2006.

/s/ Chase T. Brockstedt

135980

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> ALSTOM POWER, INC., )<br>  )<br>    Defendant. )<br>  ) | Civ. No. 04-1282JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard R. Wier, Jr.
Two Mill Road, Suite 200
Wilmington, DE 19806

**BY FACSIMILE**
Anthony F. Vittoria
James E. Edwards
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

                                               Respectfully submitted,

                                               /s/ Chase T. Brockstedt
                                               Chase T. Brockstedt, No. 3815
                                               MURPHY SPADARO & LANDON
                                               1011 Centre Road, Suite 210
                                               Wilmington, DE 19805
                                               Tel. (302) 472-8100
                                               Fax (302) 472-8135

Dated: October 10, 2006                      Attorneys for AES Puerto Rico, L.P.

135980