```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| AES PUERTO RICO, L.P., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 04-1282-JJF |
| | : |
| ALSTOM POWER, INC., | : |
| | : |
|     Defendants. | : |

**TRIAL MANAGEMENT ORDER**

Trial in this matter will commence on **Monday, October 16, 2006, at 9:30 a.m.** The Court has reviewed the Proposed Pretrial Order, specifically the witness and exhibit lists submitted by each side and issues of fact to be litigated. Based on this review, the Court has determined that the following schedule and procedures will allow for an efficient and fair presentation of each party's case.

    1. **Time**

        (a) Plaintiff is allocated twenty-two (22) hours in court trial time for opening statement, direct and cross examinations, and argument on evidence issues.

        (b) Defendant is allocated twenty-two (22) hours in court trial time for opening statement, direct and cross examinations, and argument on evidence issues.

        (c) Closing arguments are not included in the time allocations.

        (d) The trial schedule is as follows:

Monday, October 16, 2006    - 9:30 a.m. to 12:30 p.m.

```
                                    - 1:30 p.m. to 4:30 p.m.
Tuesday, October 17, 2006           - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Wednesday, October 18, 2006         - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Thursday, October 19, 2006          - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Friday, October 20, 2006            - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Monday, October 23, 2006            - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Tuesday, October 24, 2006           - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Wednesday, October 25, 2006         - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:30 p.m.
Thursday, October 26, 2006          - 9:30 a.m. to 12:30 p.m.
                                    - 1:30 p.m. to 4:00 p.m.
                                    - 4:15 p.m. Jury Instruction
                                                Conference
Friday, October 27, 2006            - 9:30 a.m. Closing Arguments
```

  2. **Witnesses**

    In accordance with Fed. R. Civ. P. 611 (a) the examination of witnesses will be conducted as follows:

    (a) Counsel shall not offer testimony or exhibits that are duplicative or cumulative.

    (b) Each witness is subject to direct, cross and

re-direct examination.  No further examination is permitted.

    (c) Rebuttal witnesses will be permitted only if:

    (i) called by a party with the burden of proof and noticed in the Pre-trial Order.

    (ii) such a witness is necessary to avoid an injustice and cause is established.

    (d) One lawyer per party is permitted to examine a witness.

    3. **Jury Instructions**

On or before **Monday, October 23, 2006**, parties shall submit Joint Proposed Jury Instructions and Verdict Form, on disk in WordPerfect Format.

Where differences between the parties exist, the submissions must outline each party's proposal.

    4. **Courtroom Demeanor**

    (a) Counsel may use the podium at his or her discretion.

    (b) The Court does not conduct sidebar conferences.  If a matter needs to be addressed outside the hearing of the jury, counsel shall bring it to the Court's attention at the conclusion of the trial day.

    (c) Counsel should avoid requesting "read backs" by the Court Reporter; however, if a read back is believed necessary, counsel shall address the request to the Court.

    (d) Counsel shall stand whenever the jury enters

or exits the courtroom.

  (e) Counsel shall stand whenever he or she speaks in the courtroom.

  (f) Food and beverages, other than the water provided by the Court, are not permitted in the Courtroom at any time.

October 11, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE