IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALSTOM POWER, INC., )<br>)<br>Defendant. )<br>) | Civ. No. 04-1282-JJF |

## NOTICE OF FILING PAPER TRANSCRIPTS

On this date Plaintiff AES Puerto Rico, L.P. has filed Plaintiff AES Puerto Rico, L.P.'s Deposition Designations. Pursuant to the Court's instruction at the pretrial conference in this matter, Plaintiff is lodging with the Court annotated paper copies of the deposition transcripts for: Frank Gabrielli; Linda Rothe; Karl Hognefelt; Raymond Hickey; Timothy Maidenford; Thomas Coleman; William Jarvis 30(b)(6); and William Jarvis.

Respectfully submitted,

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

October 12, 2006

## CERTIFICATE OF SERVICE

On October 12, 2006, Plaintiff served AES Puerto Rico L.P.'s Notice of Filing Paper Transcripts by first class mail, postage prepaid, on:

>Richard R. Wier, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and by e-mail on:

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643


/s/ John S. Spadaro