IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALSTOM POWER, INC., ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 04-1282-JJF |

## PLAINTIFF AES PUERTO RICO, L.P.'S DEPOSITION DESIGNATIONS

Pursuant to this Court's instruction at the September 14, 2006 pretrial conference in this matter, attached at Tab A please find Plaintiff AES Puerto Rico, L.P.'s ("AES-PR") charts of deposition designations, Defendant ALSTOM Power Inc.'s ("ALSTOM") objections and counter-designations, AES-PR's objections to ALSTOM's counter-designations, and AES-PR's rebuttal designations for the following individuals: Frank Gabrielli; Linda Rothe; Karl Hognefelt; Raymond Hickey; Timothy Maidenford; Thomas Coleman; William Jarvis 30(b)(6); and William Jarvis. Plaintiff is lodging with the Court annotated copies of the deposition transcripts.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: October 12, 2006                    Attorneys for AES Puerto Rico, L.P.

- 2 -

## CERTIFICATE OF SERVICE

On October 12, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Deposition Designations by first class mail, postage prepaid, on:

> Richard R. Wier, Esq.
> Two Mill Road
> Suite 200
> Wilmington, Delaware 19806

and by e-mail on:

> James E. Edwards, Esq.
> Anthony Vittoria, Esq.
> Ober, Kaler, Grimes & Shriver
> 120 East Baltimore Street
> Baltimore, Maryland 21202-1643


/s/ John S. Spadaro