# Tab A

## Plaintiff's Designations

### Deponent's Name: Linda Rothe

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 6:23-7:2 | | | | | |
| 8:4-7 | | | | | |
| 8:17-9:1 | | | | | |
| 9:9-10:10 | | | | | |
| 11:8-20 | | | | | |
| 15:7-19 | | | | | |
| 20:7-9 | | | | | |
| 20:10-21:12 | Objection to 20:22 - 21:4 Objection to Form (FRE 611(a)) | | | | |
| 22:2-6 | | | | | |
| 22:13-23 | | | | | |
| 26:1-24 | | | | | |
| 27:5-24 | | | | | |
| 31:14-21 | | | | | |
| | | 39:3-6 | | | |
| | | 41:9-10, 12-16 | | | |
| 54:7-55:11 | | | | 42:16-19, 21-24 43:1-5 | |
| 55:15-24 | | | | | |
| 61:3-6 | Insurance (FRE 411) | | | | |
| 63:5-16 | | | | | |
| 63:21-64:4 | Objection to the line of questioning because of lack of authenticity of the document. Refer to line 64:5-10 (FRE 901) | | | | |

## Plaintiff's Designations

### Deponent's Name: Linda Rothe

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 64:16-67:5 | Objection to 65:2 - 67:5 Hearsay within Hearsay, Best Evidence and Cumulative (FRE 611(a), 802, 805, 1004) | | | | |
| 71:12-21 | | | | | |
| 72:2-73:10 | Objection to 72:2-16 Best Evidence and Cumulative (FRE 1004 and 611(a)); Objection to 72:17 - 73:10 Irrelevant (FRE 402) | | | | |
| 73:11-16 | | | | | |
| 76:13-20 | | | | | |
| 77:1-78:15 | Objection to 77:1-17 Hearsay within Hearsay, Best Evidence and Cumulative (FRE 611(a), 802, 805, 1004) | 76:21-23 | | | |
| 78:19-79:6 | | | | | |
| 79:7-80:11 | | | | | |
| 80:15-19 | | | | | |
| 80:23-81:6 | | | | | |
| 81:7-83:9 | Objection to 82:8-20 Objection to Form (FRE 611(a)) | | | | |
| 83:19-84:10 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 84:14-22 | | | | | |
| 84:23-85:7 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |

## Plaintiff's Designations

Deponent's Name: Linda Rothe

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 93:3-94:9 | Hearsay within Hearsay (FRE 802 and 805) | 86:8-11 | | | |
| 95:10-18 | Hearsay within Hearsay, Best Evidence and Cumulative (FRE 611(a), 802, 805, 1004) | | | | |
| 95:19-96:4 | | | | | |
| 103:13-21 | | | | | |
| 105:24-107:20 | | | | | |
| 108:15-20 | | | | | |
| 109:6-23 | | | | | |
| 110:4-15 | | | | | |
| 110:16-112:16 | | | | | |
| 113:1-115:14 | | | | | |
| 115:24-116:10 | | | | | |
| 117:4-19 | Objection to 117:16-19, Objection to Form (FRE 611(a)) | | | | |
| 117:22-119:8 | Objection to 117:22-24, Objection to Form (FRE 611(a)); Objection to 118:19 - 199:8 Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 121:9-16 | | | | | |
| 121:19-122:2 | | | | | |
| 122:9-22 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | 122:23-24 | FRE 401 & FRE 402 | | |

## Plaintiff's Designations

Deponent's Name: Linda Rothe

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 123:9-124:12 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | 123:1-7 | FRE 401 & FRE 402 | | |
| 124:15-125:20 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 129:8-16 | | | | | |
| 129:22-130:18 | | | | | |
| 136:22-137:7 | | | | | |
| 138:17-139:24 | Objection to 138:17 - 139:14 Hearsay within Hearsay, Best Evidence and Cumulative (FRE 611(a), 802, 805, 1004); Objection to 139:17-24 Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 140:4-20 | Objection to 140:4-12 Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 140:23-142:15 | Objection to 141:13-24 Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 146:10-24 | | | | | |
| 147:24-148:13 | | | | | |
| 150:7-151:1 | Best Evidence and Cumulative (FRE 1004 and 611(a)) | | | | |
| 151:15-152:14 | | | | | |

## Plaintiff's Designations

Deponent's Name: Linda Rothe

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 156:1-160:21 | Insurance (FRE 411); In addition, Objection to 157:13-20 Objection to Form (FRE 611(a)) | | | | |
| 162:17-165:13 | Insurance (FRE 411) | | | | |
| 169:16-170:19 | Insurance (FRE 411) | | | | |
| 172:14-173:12 | Insurance (FRE 411) | | | | |
| 173:19-23 | Insurance (FRE 411) | | | | |
| 174:11-175:5 | Objection to the line of questioning because of lack of authenticity of the document. Refer to line 175:6-10 and 206:6-9 (FRE 901) | | | | |
| 176:2-21 | Objection to the line of questioning because of lack of authenticity of the document. Subject to Motion in Limine. Refer to line 176-15, 177:2-8 and 205:14 - 206:9 (FRE 901) | | | | |
| 176:24-177:1 | Objection to the line of questioning because of lack of authenticity of the document. (FRE 901) | | | | |
| 177:9-19 | Objection to the line of questioning because of lack of authenticity of the document. (FRE 901) | | | | |

**Plaintiff's Designations**

**Deponent's Name: Linda Rothe**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 180:15-182:18 | Insurance (FRE 411) | | | | |
| 183:5-184:15 | Insurance (FRE 411) | | | | |
| 184:20-185:6 | Insurance (FRE 411) | | | | |
| 195:14-196:8 | Objection to the line of questioning because of lack of authenticity of the document. Subject to Motion in Limine. Refer to line 196:19-24, 205:7-10, 206:6-9 (FRE 901) | | | | |
| 198:24-199:6 | | | | | |
| 199:9-200:7 | | | | | |

## Plaintiff's Designations

Deponent's Name: Karl Hognefelt

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 7:3-8 | | | | | |
| 8:7-15 | | | | | |
| 8:25-9:9 | | | | | |
| 10:25-11:2 | | | | | |
| 11:23-12:10 | | | | | |
| 12:17-19 | | | | | |
| 13:2-16 | | | | | |
| 14:18-23 | | | | | |
| 15:5-11 | | | | | |
| 16:25-19:2 | | | | | |
| 50:12-18 | Irrelevant (FRE 402) | 50:8-11 | | | |
| 54:19-55:4 | | | | | |
| 58:17-59:25 | | | | | |
| 66:7-14 | | | | | |
| 72:23-73:24 | | | | | |
| 78:1-25 | | | | | |
| 81:7-83:17 | | | | | |
| 94:13-16 | | | | | |
| 94:17-95:7 | | | | | |
| 97:18-98:16 | | | | | |
| 99:3-25 | | | | | |
| 100:15-25 | | 101:10-16 | | | |
| 102:18-103:20 | | | | | |
| 111:23-112:7 | | | | | |
| 112:18-113:17 | | | | | |
| 115:15-19 | | | | | |
| 116:1-8 | | | | | |

**Plaintiff's Designations**

**Deponent's Name: Karl Hognefelt**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 117:15-119:22 | Objection to 118:-119:3 Form of Question (FRE 611(a)) | | | | |
| 120:1-3 | | 120:5-11 | | | |
| 123:7-124:4 | | | | | |
| 125:5-16 | | | | | |
| 126:10-127:7 | | | | | |
| 127:19-128:1 | Objection to 127:19 - 128:1 Form of Question (FRE 611(a)) | | | | |
| 128:3-129:20 | Objection to 128:7 - 129:12 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 132:14-19 | | | | | |
| 133:22-134:5 | | | | | |
| 134:23-135:19 | Objection to 134:23 - 135:8 Form of Question (FRE 611(a)) | | | | |
| 136:11-23 | | | | | |
| | | 138:19-25 | FRE 611(b) (Outside scope of direct) | | |
| | | 139:1-3 | FRE 611(b) (Outside scope of direct) | | |
| 140:2-8 | | | | | |
| 140:9-141:15 | | | | | |
| 141:16-142:10 | | | | | |
| | | 143:20-25 | | | |
| | | 144:1-17, 20-25 | | | |
| | | 145:1-2 | | | |