## Plaintiff's Designations

Deponent's Name: Karl Hognefelt

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 146:3-12 | | | | 145:4-12 | |
| 165:5-10 | | | | | |
| 167:17-168:17 | | 168:18-23 | | | |
| | | | | 168:24-25 | Irrelevant and lack of personal knowledge FRE 402, FRE 602 |
| | | | | 169:3-5 | Irrelevant and lack of personal knowledge FRE 402, FRE 602 |
| 175:21-24 | | | | | |
| 176:9-21 | | | | | |
| 177:2-13 | Objection to 177:5-9 Form of Question (FRE 611(a)) | | | | |
| | | 181:15-19, 22-25 | | | |
| | | 182:1-2 | | 182:4-13 | Form of the question: Compound FRE 611(a) |
| 184:9-185:14 | | | | | |
| 186:20-187:10 | | | | | |
| 187:14-23 | Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 189:14-190:6 | Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 197:1-24 | | | | | |
| 199:11-200:2 | Objection to 199:11 - 199:16 Form of Question (FRE 611(a)) | | | | |

## Plaintiff's Designations

### Deponent's Name: Karl Hognefelt

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 200:3-16 | | | | | |
| | | 215:17-25 | | | |
| | | 216:1-25 | | | |
| 218:20-219:3 | Form of the Question (FRE 611(a)) | 217:1-4 | | | |
| 219:7-20 | | | | | |
| 219:24-224:6 | | | | | |
| 226:7-227:4 | | | | | |
| 229:3-230:2 | | | | | |
| 230:6-15 | Irrelevant (FRE 402) | | | | |
| 232:19-233:18 | | | | | |
| 233:21-235:1 | | | | | |
| 235:9-236:11 | | | | | |
| 238:13-20 | | 238:21-24 | | | |
| 240:24-241:9 | | | | | |
| 243:3-244:7 | | | | | |
| 250:20-251:4 | | | | | |
| 256:15-257:11 | Move to Strike 257:1-2 (FRE 611(a)); Objection to 257:5-11 Form of the Question (FRE 611(a)) | | | | |
| 259:12-261:20 | | 262:23-25 | | | |
| | | 263:1-14 | | | |
| 263:16-22 | | | As to 263:2-5, FRE 401 & FRE 402 (Objection is not evidence) | | |

**Deponent's Name: Karl Hognefelt**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 267:19-268:2 | Liability Insurance (FRE 411), Irrelevant (FRE 402) | | | | |
| 269:5-19 | Liability Insurance (FRE 411), Irrelevant (FRE 402) | | | | |
| 270:3-7 | Liability Insurance (FRE 411), Irrelevant (FRE 402) | | | | |
| 270:18-25 | Liability Insurance (FRE 411), Irrelevant (FRE 402) | | | | |

**Plaintiff's Designations**

**Deponent's Name: Ray Hickey**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 4:1-4:4 | | | | | |
| 5:2 - 5:7 | | | | | |
| 7:2-4 | | | | | |
| 9:12-15 | | | | | |
| 10:21-23 | | | | | |
| 12:16-17 | | | | | |
| 13:19-25 | | | | | |
| 14:9-24 | | | | | |
| 21:2-6 | | | | | |
| 21:16-22:2 | | | | | |
| 23:6-14 | | | | | |
| 36:20 - 37:6 | | | | | |
| 38:24-39:9 | | | | | |
| 40:3-8 | | | | | |
| 40:18-41:4 | | | | | |
| 41:11-14 | | | | | |
| | | 48:22-25 | | | |
| 54:17-24 | Irrelevant (FRE 402) | 49:1-8 | | | |
| 103:23-104:8 | | | | | |
| 104:17-105:12 | | | | | |
| 105:16-107:20 | Objection to 106:7-107:5 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 108:1-7 | Objection to 110:3 - 14 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 109:14-110:14 | | | | | |

Plaintiff's Designations

Deponent's Name: Ray Hickey

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 111:2-12 | Objection to 111:2-12 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 112:1-12 | Objection to 112:4-12 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 117:20-118:1 | | | | | |
| 118:16-18 | | | | | |
| 119:2-9 | Objection to 119:2-9 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 119:13 -24 | Irrelevant (FRE 402) | | | | |
| 121:5 - 123:16 | Irrelevant (FRE 402) | | | | |
| 125:7 - 11 | Irrelevant (FRE 402) | | | | |

Plaintiff's Designations

Deponent's Name: Tim Maidenford

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 5:16 – 6:4 | | | | | |
| 7:22 – 8:9 | | | | | |
| 8:18-25 | | | | | |
| 10:3-11 | | | | | |
| 11:8-15 | | | | | |
| 11:24-12:3 | | | | | |
| 20:4-7 | | | | | |
| 20:19-21:3 | | | | | |
| 38:17-39:7 | | | | | |
| 49:6-13 | | | | | |
| 49:18-49:23 | | | | | |
| 50:11 – 53:1 | Objection to 51:8-18 as Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 54:1-55:1 | Objection to 54:9-23 as Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 55:7-56:1 | Objection to 55:7-16 as Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 57:16-58:10 | Objection to 58:1-10 as Hearsay within Hearsay (FRE 802 and 805) | | | | |
| 65:25-66:17 | | | | | |
| 67:4-12 | | | | | |
| 67:18-24 | | | | | |
| 69:7-14 | | | | | |
| 69:17-70:1 | | | | | |
| 70:19-71:3 | | | | | |
| | | 71:4-11, 25 | | | |

Deponent's Name: Tim Maidenford

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 71:15-24 | | | | | |
| | | 72:1-10 | | | |
| | | | | 72:11-20 | Lack of personal knowledge FRE 602 |
| 72:21-73:8 | | | | | |
| | | 197:17-25 198:1-3 | | | |

**Plaintiff's Designations**

**Deponent's Name: Tom Coleman**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 4:1-9 | | | | | |
| 6:4-7:1 | | | | | |
| 7:14-25 | | | | | |
| 12:22-13:14 | | | | | |
| 14:1-14 | | 18:25 | | | |
| | | 19:1-25 | | | |
| 20:4-9 | | 20:1-3 | | | |
| 20:20-23 | Objection to 20:20-23 Calls for Legal Opinion of Lay Witness (FRE 701) | | | | |
| 21:1-2, 5 | Objection to 21:1-5 Calls for Legal Opinion of Lay Witness (FRE 701) | | | | |
| 22:4-7 | | | | | |
| 25:1-5 | | 25:6-11 | | | |
| 25:12-22 | | | | | |
| 44:16-20 | | 44:21-25 | | | |
| | | 45:1-3 | | 45:4-8 | |
| | | 46:13-25 | | | |
| | | 47:1-15 | | | |

## Plaintiff's Designations

Deponent's Name: Tom Coleman

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 47:21-48:6 | Objection to 47:21 - 48:3 Calls for Legal Opinion of Lay Witness (FRE 701) | | | | |
| 48:12-16 | | | | | |
| 48:22-49:1 | | | | | |
| | | 54:5-25 | | | |
| | | 55:1-20 | | | |
| 57:8-58:2 | | | | | |
| 59:12-60:2 | | | | | |
| | | 60:3-11 | | | |
| 68:5-22 | Objection to 68:17-22 Calls for Legal Opinion of Lay Witness (FRE 701) | | | 60:14-19, 22-24 | Incomplete 60:25-61:3, Should be included pursuant to FRCP 32(a)(4) |
| | | 80:8-11 | | | |
| 82:21-84:22 | | | | | |
| 85:4-9 | | | | | |
| 85:23-86:6 | Objection to 85:25 - 86:6 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 86:24-87:9 | Objection to 86:24 - 87:9 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | 93:14-25 | | | |
| | | 94:1-2 | | | |

**Plaintiff's Designations**

**Deponent's Name: Tom Coleman**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 94:15-95:8 | | | | | |
| 95:23-96:12 | | | | | |
| 96:16-98:13 | | | | | |
| 100:25-101:10 | Objection 100:25 - 101:10 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 102:2-104:5 | Objection 102:2 - 103:3 and 103:22 - 104:5 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 105:5-106:4 | Objection 105:5 - 106:4 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 106:13-107:8 | Objection 106:21 - 107:4 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 119:2-18 | Objection to 119:16 - 119:19 Calls for legal Opinion of Lay Witness (FRE 701) | | | | |
| 119:21-120:10 | Objection to 119:16-119:19, 119:21 - 120:7 Calls for legal Opinion of Lay Witness (FRE 701) | | | | |