# Plaintiff's Designations

Deponent's Name: Tom Coleman

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 94:15-95:8 | | | | | |
| 95:23-96:12 | | | | | |
| 96:16-98:13 | | | | | |
| 100:25-101:10 | Objection 100:25 - 101:10 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 102:2-104:5 | Objection 102:2 - 103:3 and 103:22 - 104:5 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 105:5-106:4 | Objection 105:5 - 106:4 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 106:13-107:8 | Objection 106:21 - 107:4 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 119:2-18 | Objection to 119:16 - 119:19 Calls for legal Opinion of Lay Witness (FRE 701) | | | | |
| 119:21-120:10 | Objection to 119:16-119:19, 119:21 - 120:7 Calls for legal Opinion of Lay Witness (FRE 701) | | | | |

## Plaintiff's Designations

Deponent's Name: Tom Coleman

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 121:3-6 | Objection to 121:3-6 Calls for legal Opinion of Lay Witness (FRE 701) | | | | |
| 121:9-24 | Objection to 121:9-10 Calls for Legal Opinion of Lay Witness (FRE 701) | | | | |
| 122:7 | | | | | |
| 124:19-125:3 | | | | | |
| 128:21-25 | | | | | |
| | | 133:3-16 | FRE 611(b) | | |
| | | 137:5-25 | FRE 611(b) (outside scope of direct) | | |
| | | 138:1-25 | FRE 611(b) (outside scope of direct) | | |
| | | 139:1-25 | FRE 611(b) (outside scope of direct) | | |
| | | 140:1-13 | FRE 611(b) (outside scope of direct) | | |
| | | 145:1-4, 6-25 | FRE 611(b) (outside scope of direct) | | |
| | | 146:1 | FRE 611(b) (outside scope of direct) | | |

Plaintiff's Designations

Deponent's Name: Bill Jarvis 30(b)(6)

| Plaintiff's Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 4:21-23 | | | | | |
| 6:12-7:2 | | | | | |
| 7:25-8:16 | | | | | |
| 8:19-25 | | | | | |
| 9:7-10:1 | | | | | |
| 10:16-11:3 | | | | | |
| | | 11:4-18 | | | Objection to 13:14-16 Testimony of Counsel, Lack of Oath, Foundation; Objection to 13:23-25 FRE 603, FRE 611(a) Form of Question |
| | | | | 13:14-16, 23-25 | |
| 14:12-15:21 | | | | 14:1 | FRE 603, FRE 611(a) |
| 17:11-18:22 | | | | | |
| 20:7-22:21 | | | | | |
| 26:3-27:4 | | Liability Insurance (FRE 411) | | | |
| 27:16-17 | | Liability Insurance (FRE 411) | . | | |
| 29:12-14 | | Liability Insurance (FRE 411) | | | |
| 29:17-24 | | Liability Insurance (FRE 411) | | | |

## Plaintiff's Designations
### Deponent's Name: Bill Jarvis

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 6:21 – 8:18 | | 8:19-23 | | 8:24 | |
| 9:23 – 10:23 | | | | | |
| 14:17-15:1 | | | | | |
| 16:2-20 | | | | | |
| 16:24-17:2 | | | | | |
| 17:3 – 17:15 | | | | | |
| 18:3 – 18:11 | | | | | |
| 18:12-20:1 | Objection to 19:1-8, 19:12-16 Lack of Foundation, Testimony by Counsel (FRE 603, 611(a)); Objection to 19:20-25 Objection to Form (FRE 611(a)) | | | | |
| 20:4-11 | Irrelevant (FRE 402) | | | | |
| 20:14-21:12 | Irrelevant (FRE 402) | | | | |
| 21:15 | Irrelevant (FRE 402) | | | | |
| 21:25-22:13 | Objection to Entire Designation as Irrelevant (FRE 402); Objection to 21:25 – 22:2 Lack of Foundation, Testimony by Counsel (FRE 603, 611(a)) | | | | |
| 22:16-24:6 | Objection to 22:16 – 23:3, 23:16 – 24:6 Irrelevant (FRE 402) | | | | |
| 24:9-11 | Irrelevant (FRE 402) | | | | |

**Plaintiff's Designations**

**Deponent's Name: Bill Jarvis**

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 24:14-16 | Irrelevant (FRE 402) | | | | |
| 26:8-22 | Objection to 26:8-19 Irrelevant | 26:23-24 | | | |
| 27:2-11 | | 27:12-16 | | 27:17-22 | Outside scope of "cross," Irrelevant FRE 402, 611(c) |
| 30:5-20 | | | | | |
| 30:23-31:11 | | | | | |
| 34:10-37:14 | | | | | |
| 41:3-42:17 | Move to Strike Counsel's Testimony on 41:22-24, 42:6-11 (FRE 603, 611(a)) | | | | |
| 42:20-21 | | | | | |
| 45:3-45:14 | | 43:8-11, 14-16 | | 43:2-3, 6-7 | |
| 45:25-46:15 | | | | | |
| 48:12-49:19 | Objection to 48:22-49:6; Best Evidence Rule (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 49:22-50:8 | | | | | |
| 56:7-57:20 | Objection to 56:20 - 57:4; Best Evidence Rule (FRE 1004) and Cumulative (FRE 611(a)) | | | | |

## Plaintiff's Designations

Deponent's Name: Bill Jarvis

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 58:21-61:11 | Objection to 59:9-22; Best Evidence Rule (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 61:17-62:1 | | | | | |
| 62:4-17 | | | | | |
| 62:18-24 | | | | | |
| 63:2-9 | | | | | |
| 65:17-67:8 | Objection to 67:7-8 Lack of Foundation, EEC never took a position on the corrosion (FRE 603, FRE 611(a)) | | | | |
| 67:11-14 | Lack of Foundation - EEC never took a position on the corrosion (FRE 603, FRE 611(a)) | | | | |
| 68:17-69:8 | | | | | |
| 71:14-74:3 | | | | | |
| 74:4-14 | | | | | |
| 74:17-18 | | | | | |
| 78:20-80:2 | | 80:3-17 | | | |
| 82:11-83:3 | | | | | |
| 84:1-85:1 | Objection to 84:14 - 85:1, Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | 85:2-25 86:1-5, 8-18 | | | |

## Plaintiff's Designations

Deponent's Name: Bill Jarvis

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 91:3-91:14 | | 88:4-17 | | 86:19-25 | Objection to Form: Compound FRE 611(a) |
| 93:23-94:10 | Irrelevant (402) | | | | |
| 94:15-21 | Irrelevant (402) | | | | |
| 94:23-95:23 | | | | | |
| 96:6-97:8 | | | | | |
| 100:12-100:24 | | | | | |
| 102:21-103:17 | | | | | |
| 103:18-24 | | | | | |
| 104:12-105:4 | | | | | |
| 113:1-114:3 | | | | | |
| | | 114:17-25 | FRE 801, 802, 602 (no personal knowledge see 114:14-16) | | |
| | | 115:1-4, 9-18 | FRE 801, 802, 602 (no personal knowledge see 114:14-16) | 115:5-8, 19, 23-24 | Objection to 115:19-24, Lack of personal knowledge FRE 602 |
| | | 116:5-11 | FRE 401, 402, 801, 802, 602 (no personal knowledge see 114:14-16) | 116:12-15 | |
| 116:16-117:16 | | | | | |
| 118:12-120:9 | | | | | |
| 122:4-11 | | | | | |

**Plaintiff's Designations**

**Deponent's Name: Bill Jarvis**

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 122:16-123:12 | | 122:12-15 | | | |
| 123:22-124:6 | | | | | |
| 124:15-20 | Objection to 124:15 - 20 Best Evidence (1004) and Cumulative (FRE 611(a)) | | | | |
| 125:14-126:2 | Objection to 125:14 0 126:2 Best Evidence (1004) and Cumulative (FRE 611(a)) | | | | |
| 127:10-128:13 | | | | | |
| 128:16-129:22 | | | | | |
| 132:20-132:25 | | | | | |
| 136:11-136:24 | | 135:23-25 136:3-7 | | | |
| 139:11-140:20 | Irrelevant (402) | | | | |
| 140:21-142:3 | Move to Strike Counsel's Testimony at 140:22-141:5 (FRE 603 and 611(a)) | | | | |
| 142:23-143:4 | | | | | |
| 147:1-147:20 | | | | | |
| 148:10-15 | Liability Insurance (FRE 411) | | | | |
| 149:1-20 | Liability Insurance (FRE 411) | | | | |
| 149:22-150:21 | Liability Insurance (FRE 411) | | | | |
| 156:11-156:21 | | | | | |

Plaintiff's Designations

Deponent's Name: Bill Jarvis

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 156:22-24 | | | | | |
| 157:3-157:19 | | | | | |
| 157:20-158:20 | | | | | |
| 159:23-160:6 | | | | | |
| 163:4-164:21 | | | | | |
| 164:24-165:6 | | | | | |
| 165:9-166:2 | | | | | |
| 166:5-11 | | | | | |
| 168:21-169:23 | Objection to 169:14-23 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 170:20-171:21 | | | | | |
| 173:9-174:12 | | | | | |
| 177:20-178:19 | Objection to 178:10-19 Best Evidence (FRE 1004) and Cumulative (FRE 611(a)) | | | | |
| 179:2-12 | | | | | |
| 181:16-181:19 | | | | | |
| 183:7-9 | Liability Insurance (FRE 411) | | | | |
| 183:13-184:20 | Liability Insurance (FRE 411) | | | | |
| 187:1-187:19 | | | | | |
| 188:1-188:21 | | | | | |
| 189:8-189:14 | | | | | |
| 189:23-190:18 | | | | | |
| 192:3-193:8 | | | | | |
| 193:12-194:15 | | | | | |

**Plaintiff's Designations**

**Deponent's Name: Bill Jarvis**

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 194:23-196:4 | | | | | |
| 196:7-197:4 | | | | | |
| 199:18-200:22 | | | | | |
| 205:2-5 | | | | | |
| 207:1-4 | Objection to 207:1-4 Irrelevant what witness was | | | | |
| | | 207:5-16 | | | |
| | | | | 207:24-25 208:1-3, 6-7 | |
| 209:3-210:1 | | 208:8-10, 12-20 | FRE 801, 802, 602 (no personal knowledge see 207:24 - 208:10) | | |
| 211:5-7 | | | | | |
| 212:25-213:6 | | | | | |
| | | 213:7-10, 14-18 | | | |
| 217:13 - 219:2 | Liability Insurance (FRE 411) | | | | |
| | | 226:25 | FRE 801, 802 and 602 (no personal knowledge see 227:13-16) | 226:16-19, 22-24 | Irrelevant FRE 402 |
| | | 227:1-25 | FRE 801, 802 and 602 (no personal knowledge see 227:13-16) | | |
| | | 228:1-6 | FRE 801, 802 and 602 (no personal knowledge see 227:13-16) | 228:7-14 | |

**Plaintiff's Designations**

Deponent's Name: Bill Jarvis

| Plaintiff's Deposition Designations | Defendant's Objections to Plaintiff's Designations | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter-Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 234:1-234:20 | | | | | |
| 246:20-247:23 | Liability Insurance (FRE 411) | | | | |
| 248:2-11 | Liability Insurance (FRE 411) | | | | |
| 248:18-21 | Liability Insurance (FRE 411) | | | | |
| 249:17-251:13 | Liability Insurance (FRE 411) | | | | |
| 251:22 – 253:10 | Liability Insurance (FRE 411) | | | | |
| 253:21-254:4 | Liability Insurance (FRE 411) | | | | |
| 255:13-256:5 | Liability Insurance (FRE 411) | | | | |
| 266:21 – 267:6 | Liability Insurance (FRE 411) | | | | |
| 269:14-270:25 | Liability Insurance (FRE 411) | | | | |