# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.***

**DANIEL W. SCIALPI**

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

*ALSO ADMITTED IN PA

RWier@Wierlaw.com
DScialpi@Wierlaw.com

October 13, 2006

**VIA E-FILING/HAND DELIVERY**
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

RE: <u>Request For Permission To Have Laptop Computer in Courtroom 4B</u>

Dear Ms. Krett:

We are scheduled to appear in a trial/proceeding in Courtroom 4B commencing on October 16, 2006 and concluding on October 30, 2006. We respectfully request permission to bring two laptops, 10' x 7.5' projection screen, 8300 Epson projector, 6 x 17" LCD monitors, 1, Fender amplifier, 1 x inline court director, 2 x VGA switches, 1 x VGA DA, 3 x Extron DA, 1 x DaLite projection stand, 1 x Wolfvision document presenter, 2 x trial tech tables(19" x 60"), 2 x docking stations, and all necessary cables to Courtroom 4B to assist in preparation and/or presentation during the trial/proceeding. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Finally, in preparation for the commencement of trial, we seek permission to bring the foregoing equipment into Courtroom 4B on Friday, October 13, 2006. We have enclosed a copy of the Order to effectuate same.

As always, thank you for your courtesies and cooperation concerning this matter.

Very truly yours,

/s/ Richard R. Wier, Jr.

Richard R. Wier, Jr.

cc:   David Thomas, United States Marshal
      Keith Ash, Chief Court Security Officer