IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES-PR PUERTO RICO, L.P. | * | |
|     Plaintiff | * | |
|     v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
|     Defendant | * | |

\*    \*    \*    \*    \*    \*    \*

**ALSTOM POWER INC.'S DEPOSITION DESIGNATIONS**

In connection with the upcoming trial in this case and pursuant to the instruction by the Court, ALSTOM Power Inc. ("ALSTOM"), defendant, submits the attached chart of the parties' designations and objections for the following depositions: Gary Bates, Allan Dyer, Allan Dyer 30(b)(6) (January 18, 2006), Allan Dyer 30(b)(6) (March 9, 2006), Tracy Jarvis, Ronald McParland, Elias Sostre, Paul Stinson, David Stone 30(b)(6), Doug Tomlin.

Respectfully submitted,

ALSTOM POWER INC.

/s/ Richard R. Weir, Jr.
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302) 888-3222

John Anthony Wolf
James E. Edwards, Jr.
Anthony F. Vittoria
Michael A. Schollaert
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Fax: (410) 547-0699

2

I HEREBY CERTIFY that, on this 13th day of October, 2006, a copy of the foregoing ALSTOM Power Inc.s' Deposition Designations was filed with the Court using CM/ECF.  A copy of the Motion was hand-delivered to John S. Spadaro, Esquire, Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.  In addition, courtesy copies were served, via electronic mail, upon Daniel D. Williams, Esquire, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

        /s/ Richard R. Weir, Jr.
        Richard R. Wier, Jr. (#716)