**Designations and objections to AES-PR Witness Deposition Testimony**

**Deponent's Name: Gary Bates**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 16:18-22 | |
| 16:   23-25 | | | |
| 17:   1-2 | | | |
| | | 17:3-5 | |
| 19:   6-14 | | | |
| | | 19:15-25 | |
| | | 20:1-6 | |
| 35:   8-12, 14-17, 24-25 | | | |
| | | 35:18-23 | |
| 36:   1, 5, 22-25 | | | |
| | | 36:6-13, 16-21 | |
| | | 37:1-4 | |
| 37:   5-6, 8-13, 15-17, 20-21 | As to 37:12-13, 15-17, 20, FRE 403 | | |
| 38:    20-22 | | | |
| | | 38:7-10 (Included per FRCP 32(a)(4)) | |
| 48:   20-25 | | | |
| 49:   1-4 | | | |
| | | 49:11-23 (Included per FRCP 32(a)(4)) | |
| 50:   10-13 | | | |
| | | 50:24-25 | |
| | | 51:1-13 | |
| 51:   14-19, 21-22, 25 | | | |
| 52:   1-6, 9-16, 19-25 | As to 52:13, FRE 401 & FRE 402 | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 53:   1-3, 5-6 | | | |
| 65:   2-4, 6-11, 13-14 | | | |
| | | 65:19-25 (Included per FRCP 32(a)(4)) | |
| | | 66:1-10 (Included per FRCP 32(a)(4)) | |
| 80:   22-24 | | | |
| | | 80:25 (Included per FRCP 32(a)(4)) | |
| 81:   1-4 | | | |
| 82:   13-19 | | | |
| 84:   17-23 | | | |
| 85:   4-14 | | | |
| 86:   6-7, 9-16, 18-21, 24-25 | | | |
| 87:   1-4 | | | |
| | | 87:5-9 (Included per FRCP 32(a)(4)) | |
| 95:   23-25 | | | |
| 96:   1-16, 23-25 | | | |
| | | 96:17-19, 22 (Included per FRCP 32(a)(4)) | |
| 97:   1-7, 9-13 | | | |
| | | 97:14-25 (Included per FRCP 32(a)(4)) | |
| | | 98:1, 4-7, 10-23 (Included per FRCP 32(a)(4)) | |
| 99:   7-25 | | | |
| 100:   1-2, 5-9 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
|  |  | 100:10-15, 17-25 (Included per FRCP 32(a)(4)) |  |
|  |  | 101:1, 3-6, 9-11 (Included per FRCP 32(a)(4)) |  |
| 101:   12-17 |  |  |  |
|  |  | 102:5-8, 12-17, 24-25 (Included per FRCP 32(a)(4)) |  |
|  |  | 103:1-3 (Included per FRCP 32(a)(4)) |  |
| 105:   9-10, 13-21 |  |  |  |
|  |  | 116:23-25 |  |
|  |  | 117:1-10 |  |
|  |  | 123:25 |  |
|  |  | 124:1, 3-6 |  |
|  |  | 126:18-25 |  |
|  |  | 127:1-21 |  |
| 133:   23-25 |  |  |  |
| 134:   1-3, 5-8, 11-12 |  |  |  |
| 136:   13-25 |  |  |  |
| 137:   1-24 |  |  |  |
|  |  | 140:3-7, 9 (Included per FRCP 32(a)(4)) |  |
| 142:   11-13, 16-19, 22 |  |  |  |
|  |  | 142:23-25 (Included per FRCP 32(a)(4)) |  |
|  |  | 143:2-3 (Included per FRCP 32(a)(4)) |  |
| 143:   4-25 |  |  |  |
| 144:   1-25 |  |  |  |
| 145:   1-2, 5-9, 13 |  |  |  |
|  |  | 145:11 |  |
| 146:   2-3, 5-8 |  |  |  |
| 151:   1-5, 7-10, 12-17 |  |  |  |

| ALSTOM's Designations | | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|---|
| | | | 151:18, 20-22 (Included per FRCP 32(a)(4)) | |
| 158: | 2-8, 10-13, 16-22, 24-25 | | | |
| 159: | 1-12, 14-17, 19-25 | | | |
| 160: | 1-24 | | | |
| 162: | 19-25 | | | |
| 163: | 1-2, 4-5 | | | |
| | | | 163:13-16, 19-25 | |
| | | | 164:1 | |
| 164: | 12-14 | | | |
| 165: | 7-8, 10-25 | | | |
| 166: | 1-5, 16-25 | | | |
| 167: | 1-5, 9-19, 21-25 | | | |
| | | | 168:1-14, 16-18 | |
| 169: | 20-22, 24-25 | | | |
| 174: | 25 | | | |
| 175: | 1-4 | | | |
| 176: | 17-22, 24-25 | | | |
| 177: | 1-7, 9-13, 19-21, 24-25 | | | |
| 178: | 1-2, 5-7 | | | |
| 184: | 15-25 | | | |
| 185: | 1-2, 4-6 | | | |
| 200: | 23-24 | | | |
| 201: | 1-3, 5, 11-14 | | | |
| | | | 203:5-8 | |

**Deponent's Name: Alan Dyer**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 6:5-10 | |
| 7:  19-21, 24-25 | | | |
| 8:  1-4, 7-9 | | | |
| | | 8:11, 15-19, 21-25 | |
| | | 9:1-3 | |
| | | 13:3-6 | |
| 15:  21-23 | | | |
| 16:  1-2 | | | |
| 20:  5-16, 19-22 | | | |
| | | 21:7-11, 18-24 | Objection to 21:7-11 Move to Strike as Non-Responsive FRE 403 and 611(a) |
| | | 26:24-25 | |
| | | 27:1-4 | |
| 27:  5-11 | | | |
| 39:  5-8, 11-16, 19-21 | As to 39:6-8, 11-13, FRE 401, FRE 402, & FRE 602 (no personal knowledge) | | |
| | | 39:23-25 (Included per FRCP 32(a)(4)) | |
| | | 40:1-2 (Included per FRCP 32(a)(4)) | |
| 44:  6-10, 13-17, 20-22 | | | |
| | | 45:6-25 | |
| | | 46:1-9, 20-23 | |
| | | 47:2-9 | |
| | | 49:2-4, 8-11 | |
| 49:  17-24 | As to 49:17-19, FRE 401, FRE 402, & FRE 403 | | |
| 50:  3-11, 14-16 | | | |
| 51:  10-11, 14-25 | | | |
| 52:  1-3, 6-8 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| *54:*  *21-25* | | | |
| *55:*  *1-4, 13-17, 21-23* | | | |
| 56:  *1-24,* 25 | | | |
| 57:  1, 4-14, 17-24 | | | |
| 58:  1-13 | | | |
| 73:  23-25 | | | |
| 74:  1-2 | | | |
| | | 75:21-22 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403 and 611(a) |
| | | 76:2-6 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403 and 611(a) |
| | | 79:18-21, 25 | |
| | | 80:1-3, 17-19, 23-24 | Objection, Move to Strike 80:17-19 and 23-24 as Non-Responsive FRE 403 and 611(a) |
| 86:  2-8 | | | |
| 103:  19-22 | | | |
| 104:  1-8 | | | |
| 105:  12-15 | | | |
| 109:  12-25 | | | |
| 110:  1-21, 24-25 | | | |
| 111:  3-8, 11-19, 22-25 | | | |
| 112:  1-10 | | | |
| 118:  6-9, 12-15, *22,* 23-25 | | | |
| | | 118:17-21 (Included per FRCP 32(a)(4)) | |
| 119:  1, 4-6 | | | |
| | | 119:8-22 | |
| 120:  5-6, 9-18, 23-25 | | | |
| 121:  3-6, 9-25 | | | |
| 123:  9-12, 15-19 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 123:20-21 (Included per FRCP 32(a)(4)) | |
| | | 124:2-11 (Included per FRCP 32(a)(4)) | |
| 125:   16-20, 24-25 | | | |
| 126:   1-2 | | | |
| 128:   19-25 | | | |
| 129:   1, 5-25 | | | |
| 130:   1-6, 9-22 | | | |
| 131:   1-4, 16-20, 24-25 | | | |
| 132:   1-3, 6-15, 18-25 | | | |
| 133:   1-4, 8-10 | | | |
| | | 134:2-3, 7-8, 23-25 (Included per FRCP 32(a)(4)) | |
| | | 135:1-7 (Included per FRCP 32(a)(4)) | |
| 135:   8-10, 13-16 | | | |
| 138:   8-19, 22-24 | | | |
| 141:   25 | | | |
| 142:   1-3, 6-8 | | | |
| | | 172:22-24 | |
| | | 173:4, 6, 10-11, 13-15 | |
| 188:   5-9, 13-14 | | | |
| *189:*   23-25 | | 189:12-14, 19-22 (Included per FRCP 32(a)(4)) | |
| *190:*   *1-2* | | | |
| 239:   11-15, 18-20 | FRE 602 (no personal knowledge), FRE 801, & FRE 802 | | |
| 242:   22-25 | | | |
| 243:   1-7 | | | |
| 249:   14-18, 22-25 | | | |
| 250:   1-8, 14-25 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 251:  1-12, 15-22 | | | |
| 252:  1-5, *20*-21 | | | |
| | | 252:7-12 (Included per FRCP 32(a)(4)) | |
| 253:  1-2 | | | |
| | | 266:9-14 (Included per FRCP 32(a)(4)) | |
| | | 267:14-16, 20-24 (Included per FRCP 32(a)(4)) | |
| 268:  1-4, 8-18 | | | |
| | | 268:19-25 (Included per FRCP 32(a)(4)) | |
| 269:  1-25 | | | |
| 270:  1-9 | | 270:16-21 | Opinion by Lay Witness FRE 701 |
| | | 270:22-23 (Included per FRCP 32(a)(4)) | |
| | | 271:4-5 (Included per FRCP 32(a)(4)) | |
| | | 271:7-8, 12-14 | Lack of Personal Knowledge FRE 602 |
| | | 293:19-25 | |
| | | 294:5-6, 8-12, 23-25 | |
| | | 295:1-3, 7, 12-19 | |

**Deponent's Name: Alan Dyer 30(b)(6) 1-18-06**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 65:16-18 | |
| | | 73:17-20, 24-25 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 74:1-3, 13-16, 24-25 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 75:2, 7-14 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 79:9-25 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 80:1-3 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 81:3-4, 9-12 | |
| | | 82:3-9 | |
| | | 85:15-25 (Included per FRCP 32(a)(4)) | |
| 86:  20-21, 24-25 | | | |
| 87:  1-2 | | | |
| | | 87:4-5, 9-15, 17-25 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| 88:  8-11, 14-18 | | | |
| *88:*  *24-25* | | 88:20-23 (Included per FRCP 32(a)(4)) | |
| *89:*  *1-7, 19-22* | | 89:24-25 (Included per FRCP 32(a)(4)) | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 90:4-5, 14-15, 19-21 (Included per FRCP 32(a)(4)) | |
| | | 91:13-15, 19-24 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 92:2-4, 11-14 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| 92:  15-20, 24-25 | | | |
| 93:  1 | | | |
| | | 93:25 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 94:1-13 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| | | 99:11-13, 17-23 | Objection, Move to Strike as Non-Response FRE 403, 611(a) |
| 101:  7-10, 14-15, *16*, 22-25 | | | |
| 102:  1-4 | | | |
| 103:  22-24 | | | |
| | | 103:25 (Included per FRCP 32(a)(4)) | |
| | | 104:1-8, 16-18 (Included per FRCP 32(a)(4)) | |
| 104:  19-25 | As to 104:19-23, FRE 401 & FRE 402 | | |
| 105:  1-8, 11-12 | | | |
| | | 106:16-25 (Included per FRCP 32(a)(4)) | Best Evidence and Cumulative FRE 403 and 611(a) |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 107:1-2, 6-8 (Included per FRCP 32(a)(4)) | Best Evidence and Cumulative FRE 403 and 611(a) |
| 108:   7-12, 15-21 | | | |
| 109:   11-14, 20-21 | | | |
| | | 109:23-25 (Included per FRCP 32(a)(4)) | |
| | | 110:1-8 (Included per FRCP 32(a)(4)) | |
| 124:   16-19 | | | |
| 125:   16-18, 21-24 | | | |
| 126:   1-21 | As to 126:14-21, FRE 401 & FRE 402 | | |
| 127:   1-10, 15-18 | As to 127:1-2, FRE 401 & FRE 402 | | |
| 128:   10-16, 19-25 | | | |
| 129:   1-4, 7-15, 21-24 | | | |
| 130:   1-4, 7-11 | | | |
| 131:   13-25 | | | |
| 132:   1-5, 8-16, 23-25 | | | |
| 133:   1, 4-7 | | | |
| 138:   19-25 | | | |
| 139:   1-4, 7-10 | | | |
| | | 139:11-13, 15-17 (Included per FRCP 32(a)(4)) | |
| 144:   21-25 | | | |
| | | 151:15-23 | |
| 152:   23-24 | | | |
| 153:   3-8 | | | |
| 154:   1-6, *25* | | | |
| *155:   1* | | 154:7-9, 13-14, 18-21 (Included per FRCP 32(a)(4)) | |
| 162:   25 | | | |
| 163:   1-4 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 163:5-23 (Included per FRCP 32(a)(4)) | |
| | | 167:15-18, 23-25 | Objection to 167:15-18 Form of the Question<br><br>Objection and move to Strike 167:23-25 as Non-Responsive FRE 403 and 611(a) |
| | | 168:1-11 | Objection and move to Strike as Non-Responsive FRE 403 and 611(a) |
| 169:    16-25 | | | |
| 170:    1-5, *8-9, 14* | | | |
| | | 170:6-7, 16-25 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive; Hearsay; Lack of Personal Knowledge FRE 403, 602, 611(a), 802 |
| | | 171:1 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive; Hearsay; Lack of Personal Knowledge FRE 403, 602, 611(a), 802 |
| 171:    9-14 | | | |
| 174:    23-25 | | | |
| 175:    1-4, 8-12, 15-16 | | | |
| | | 175:18-24 (Included per FRCP 32(a)(4)) | Lack of Personal Knowledge FRE 602 |
| 176:    18-25 | | | |
| 177:    1-23 | | | |
| 178:    1-6, 14-16 | | | |
| | | 178:8-11 (Included per FRCP 32(a)(4)) | Lack of Personal Knowledge FRE 602 |
| 183:    10-15, 24-25 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 184:   1-2, 6-12, 24-25 | | | |
| 185:   1-6, 10-11 | | | |
| *186:   21-25* | | | |
| *187:   1-7, 22-24* | | | |
| 188:   *4-5,* 17-19, 23-25 | | | |
| 189:   1-16, 24-25 | As to 189:16, 24-25, FRE 401, FRE 402, & FRE 403 | | |
| 190:   1-6, 16-23 | As to 190:1-6, FRE 401, FRE 402, & FRE 403 | | |
| 191:   2-19, 24-25 | | | |
| 192:   1-8, *11-25* | As to 192:15-16 FRE 401, FRE 402, & FRE 403 | | |
| *193:   1-9* | | | |
| 194:   17-25 | | | |
| 195:   1-23 | | | |
| | | 223:22-25 | |
| 224:   1-3, 7-25 | | | |
| | | 224:5-6 (Included per FRCP 32(a)(4)) | Move to Strike Testimony by Counsel; Lack of Foundation FRE 603, 611(a) |
| | | 225:1-10 | |
| 230:   24-25 | | | |
| 231:   1-3, 8-11 | | | |
| 232:   8-11, 14-18 | | | |
| 235:   16-25 | | | |
| 236:   1-2, 16-22 | | | |
| | | 240:11-25 | |
| *241:*   *12-22* | | 241:1-11 | |
| 242:   10-25 | | | |
| 243:   1-4, 8-13 | | | |
| 246:   21-23 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 247:  7-22 | As to 247:15-16, FRE 401 & FRE 402. As to 247:21-22, FRE 401, FRE 402, FRE 403, & FRE 501 | | |
| 248:  8-10, 14-17, 22-24 | As to 248:8-10, 15-17, 22-24, FRE 401, FRE 402, FRE 403, & FRE 501 | | |
| 249:  1-5, 9-13, 17-25 | | | |
| 250:  1-10, 13-17, 21-25 | | | |
| 251:  1-8, 24-25 | | | |
| 252:  1-3, 15-25 | As to 252:23-25, FRE 401, FRE 402, & FRE 403 | | |
| | | 252:4-5, 9-14 (Included per FRCP 32(a)(4)) | |
| 253:  11-15, 18-21 | As to 253:11-12, FRE 401, FRE 402, & FRE 403 | | |

**Deponent's Name: Alan Dyer 30(b)(6) 3-9-06**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 11:  1-4 | | | |
| | | 12:3-11<br>(Included per FRCP 32(a)(4)) | |
| 13:  18-25 | | | |
| 14:  1-4 | | | |
| 17:  16-19, 22-25 | | | |
| 18:  1-3 | | | |
| 19:  6-11, 19-22 | | | |
| 20:  1-16, 19-25 | | | |
| 21:  3-16 | | | |
| | | 22:21-25 | |
| | | 23:1-3 | |
| 25:  5-12, 19-25 | | | |
| 26:  1-16 | | | |
| | | 27:1-11<br>(Included per FRCP 32(a)(4)) | |
| 27:  12-23 | | | |
| 28:  14-24 | | | |
| 29:  3-14 | | | |
| | | 30:11-19<br>(Included per FRCP 32(a)(4)) | |
| 31:  10-22 | | | |
| 32:  1-18 | | | |
| 33:  22-24 | | | |
| 34:  3-9 | | | |
| | | 36:23-25 | |
| | | 37:1-13, 17, 19-25 | |
| | | 38:1-3, 11-13, 17-18 | Objection to 38:11-13 and 38:17-18 – Form of the question:  Leading FRE 611(c) |
| 43:  4-11 | | | |
| | | 43: 16-25 | Irrelevant FRE 402 |
| | | 44:1-4 | Irrelevant FRE 402 |

**Deponent's Name: Tracy Jarvis**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 7:10-11 | |
| | | 8:17-25 | |
| | | 9:1-3 | |
| | | 11:4-19 | |
| | | 13:12-25 | |
| | | 14:1-25 | |
| | | 15:1-9 | |
| 17: 19-24 | | | |
| 64: 14-25 | | | |
| 65: 1-4, *5-8* | | | |
| 68: 8-22 | | | |
| | | 68:23-25 | |
| | | 69:1-3, 19-21 | |
| | | 70:5-6 | |
| 70: 7-16 | | | |
| 71: 1-14, *15-18* | | | |
| 83: 12-21, *22-25* | | | |
| *84:* *1-6* | | | |
| 87: 12-14, 17-25 | | | |
| 88: 1-4, 7-12, 15-18, 21-25 | | | |
| 89: 1-4 | | | |
| 90: 15-25 | | | |
| 91: 1-11 | | | |
| 97: 15-25 | | | |
| 98: 1-8, *18-25* | | | |
| *99:* *1-2, 4* | | 98:9-17 | |
| 101: 2-13, *14-18* | | | |
| 111: 7-18, *19-23* | | | |
| 116: 2-17 | | | |
| | | 119:22-25 | |
| | | 120:7-13, 20-25 | |
| | | 121:1-6 | |
| 121: 19-22, 24-25 | | | |
| 122: 1-3, 6-8, 19-25 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 123:   1-4, *5-10,* 18-21 | | | |
| 130:   5-22 | | | |
| 139:   17-21 | | | |
| 140:   4-10, 13-14 | | | |
| 141:   21-25 | | | |
| 142:   1-6 | | | |
| 148:   5-11, 14-17 | | | |
| 149:   25 | | | |
| 150:   1-4, 7-10, 13-16, 19 | | | |
| 158:   25 | | | |
| 159:   1, 5-6 | | | |
| 161:   18-25 | | | |
| 162:   1-10 | | | |
| 163:   25 | | | |
| 164:   1-2, 6-25 | | | |
| 165:   1-13, 18-25 | | | |
| 166:   1-4, 9-12 | | | |
| | | 166:5-8 | |
| 174:   14-25 | | | |
| 175:   1-7 | | | |
| 176:   7-9, 13-14 | | | |
| 177:   12-25 | | | |
| 178:   1-4 | | | |
| 180:   12-20 | | | |
| | | 180:21-23, 25 | |
| | | 181:1-12 | |
| 181:   13-17, 20-24 | | | |
| 182:   4-10 | | | |
| 183:   15-17, 23-25 | | | |
| 184:   1-5 | | | |

**Deponent's Name: Ron McParland**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 12:   10-11, 14-17 | | | |
| | | 12:19-22 (Included per FRCP 32(a)(4)) | |
| | | 13:1, 5-8 (Included per FRCP 32(a)(4)) | |
| | | 18:9-12, 14-15 | |
| | | 19:5-9 | |
| | | 19:18-19, 22 (Included per FRCP 32(a)(4)) | |
| | | 20:1, 3, 6-7 (Included per FRCP 32(a)(4)) | |
| | | 27:13-18 | |
| | | 28:18-22 | |
| | | 29:2-3, 5-7 | |
| | | 30:11-14 | |
| | | 34:2-12, 17-22 | |
| | | 35:1-2 | |
| | | 37:3-10, 21-22 | |
| | | 38:1-8 | |
| | | 45:13-15, 18-20, 22 | |
| | | 46:1-7 | |
| | | 48:19-22 | |
| | | 57:16-18, 20-22 | |
| | | 58:1 | |
| 61:   16-21 | | | |
| | | 63:17-21 | |
| | | 64:8-21 | |
| | | 65:1-5 | |
| 81:   12-22 | | | |
| 82:   1-6 | | | |
| 83:   16-22 | | | |
| 84:   1-2, 5-17 | | | |
| 85:   5-6, 9-13, 16-22 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 86:    1-3, 6-10, 13-21 | | | |
| 87:    3-4, 6-8, 11-15, 18-22 | As to 87:8, 11, FRE 401, FRE 402 | | |
| 88:    1-5, 7-9 | | | |
| | | 93:17-19, 21-22 (Included per FRCP 32(a)(4)) | |
| | | 96:13-19, 21-22 (Included per FRCP 32(a)(4)) | |
| | | 97:1, 3-4, 6, 10, 12-14, 18, 21-22 (Included per FRCP 32(a)(4)) | |
| 98:    1-3, 5-7, 9-22 | | | |
| 99:    1-10, 12-22 | | | |
| 100:    1-8 | | | |
| | | 103:4-5, 8-10, 12-19 (Included per FRCP 32(a)(4)) | |
| 106:    17-20 | | | |
| 107:    1-13 | | | |
| | | 144:17-18, 22 | |
| | | 145:1, 3-4 | |
| 145:    6-7, 9-22 | | | |
| 146:    1-3, 5-11, 14-22 | | | |
| 147:    1-6, 9-17, 19-22 | | | |
| 148:    1-3, 6-22 | | | |
| 149:    1-18, 20-22 | | | |
| 150:    1-18, 21-22 | | | |

| ALSTOM's Designations | | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|---|
| 151: | 1-2, 4-12, 15-18, 21-22 | As to 151:10-12, 15-18, 21-22, FRE 602 (no personal knowledge, *see* 151:10 - 152:13) | | |
| 152: | 1-9, 12-22 | As to 152:1, 6-9, 12-13, FRE 602 (no personal knowledge, *see* 151:10 - 152:13) | | |
| 153: | 1-18, 21-22 | | | |
| 154: | 1-4, 7-12, 15-22 | | | |
| 155: | 1-22 | | | |
| 156: | 3-4 | | | |
| 157: | 4-7 | | | |
| 158: | 18-22 | | | |
| 159: | 1-22 | | | |
| 160: | 1-11, 14-22 | | | |
| 161: | 1-7, 9-16, 18-22 | | | |
| 162: | 1-22 | | | |
| 163: | 1-16, 18-22 | | | |
| 164: | 3-14, 17-20, 22 | | | |
| 165: | 1-22 | As to 165:17-22, FRE 401, FRE 402, FRE 602 (no personal knowledge, *see* 165:20 - 166:5, 167:16-17) | | |
| 166: | 1-22 | FRE 602 (no personal knowledge, *see* 165:20 - 166:5, 167:16-17) | | |
| 167: | 1-9, 12-19, 22 | As to 167:1-6, 7-14, 16-19, 22, FRE 602 (no personal knowledge, *see* 165:20 - 166:5, 167:16-17) | | |
| 168: | 1-3, 6-11, 14-17, 20-22 | | | |
| 169: | 1-22 | As to 169:11-22, FRE 602 (no personal knowledge, *see* 165:20 - 166:5, 167:16-17) | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 170:  1-6, 8-22 | As to 170:1-9, FRE 602  (no personal knowledge, *see* 169:16-19) | | |
| 171:  1-22 | | | |
| 172:  1-6, 8-10, 13 | | | |
| 183:  3-22 | | | |
| 184:  1-10, 13-22 | | | |
| 185:  1, 9-11 | | | |
| 199:  20-22 | | | |
| 200:  1-14, 17 (Ending with the phrase "I believe it is.") | | 200:17-22 (Included per FRCP 32(a)(4)) | |
| 201:  1-3, 6-12, 15-22 | | | |
| 202:  1-2, 5-6 | | | |
| 209:  18-22 | | | |
| 210:  1-7, 10-22 | | | |
| 211:  1-8, 10-21 | | | |
| 212:  1-22 | | | |
| 213:  1-22 | | | |
| 214:  1-5, 8-10 | | | |
| | | 217:8-22 | |
| | | 218:1-2 | |
| *218:  3, 5-6* | | | |
| | | 236:3-14, 17-20, 22 | |
| *237:  8-9, 11-14* | | 237:1-2, 4-6 | |

**Deponent's Name: Elias Sostre**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 13:22-25 | |
| | | 14:1-20 | |
| | | 17:2-24 | |
| | | 18:2-13 | |
| 18:  15-23 | | | |
| 19:  2-6, 10-25 | | | |
| 20:  1-18 | | | |
| | | 22:23-24 | |
| | | 23:5-10, 12-13, 20-23 (Included per FRCP 32(a)(4)) | |
| 37:  6-25 | | | |
| 38:  1-8, 12-18 | | | |
| 43:  18-25 | | | |
| 44:  1 | | | |
| 47:  3-4, 7-9, 20-21 | | | |
| | | 47:11-12 (Included per FRCP 32(a)(4)) | |
| 48:  12-13 | | | |
| | | 72:18-19, 23, 25 (Included per FRCP 32(a)(4)) | |
| | | 73:1-25 (Included per FRCP 32(a)(4)) | |
| | | 74:1-5, 22-23 (Included per FRCP 32(a)(4)) | |
| 74:  6-13, 17 | | | |
| | | 75:2-3 (Included per FRCP 32(a)(4)) | |
| | | 80:4-14, 17-20 | |
| 82:  4-5, 8-15, 18-25 | | | |
| 83:  1, *11-16,* 17-25 | | | |
| 84:  1-5, 8-13, 16-20, 23-25 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 85:  1-6, 15-25 | | | |
| 86:  1-8 | | | |
| | | 89:20-25 | Hearsay FRE 802 |
| | | 90:1-7 | Hearsay FRE 802 |
| 91:  16-18, 22-25 | FRE 403 (confusion as to temporal scope of question) | | |
| 92:  1 | FRE 403 | | |
| | | 92:9-10, 15-17 (Included per FRCP 32(a)(4)) | |
| 94:  7-9, 12-19 | | | |
| 95:  1-7 | | | |
| 102:  18-20, 23-24 | | | |
| 103:  1-6, 10-12 | | | |
| | | 103:14-16, 21-25 | |
| | | 104:2-3, 7-9, 11-15 (Included per FRCP 32(a)(4)) | |
| 106:  18-21, 24-25 | | | |
| 107:  1-2, 10-13 | | | |
| 109:  16-20 | FRE 602 (no personal knowledge *see* 109:21-24) | | |
| | | 109:21-24 (Included per FRCP 32(a)(4)) | |
| 120:  1-9, 20-25 | As to 120:7-9, FRE 401 | | |
| 121:  1-2 | | | |
| | | 133:7-8, 21-23 (Included per FRCP 32(a)(4)) | |
| 133:  24-25 | | | |
| 134:  1-25 | | | |
| 135:  1-7 | | | |
| | | 137:15-16, 20-22, 24-25 (Included per FRCP 32(a)(4)) | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 138:1-4 (Included per FRCP 32(a)(4)) | |
| | | 140:8-20 (Included per FRCP 32(a)(4)) | |
| 157:   6-16, 19-22 | | | |
| 158:   1-6, 23-24 | As to 158:23-24 FRE 403 | | |
| | | 158:7-8, 13-16 (Included per FRCP 32(a)(4)) | |
| | | 159:9-10, 16-18 (Included per FRCP 32(a)(4)) | |
| 159:   19-25 | | | |
| 160:   1-3, 6-14, 17-24 | As to 160:21-24, FRE 403 | | |
| 161:   3-5 | FRE 403 | | |
| | | 165:2-3, 7-11, 20-25 (Included per FRCP 32(a)(4)) | |
| 165:   12-19 | | | |
| 166:   7-23 | | | |
| 167:   2-3, 17-19, 22-23 | | | |
| | | 167:6-11 (Included per FRCP 32(a)(4)) | |
| 168:   2-5, 9-10 | FRE 403 | | |
| | | 172:1-2, 7-9 | |
| 174:   12-13, 18-24 | | | |
| 175:   3-6, 23-25 | | | |
| 176:   1-4, 7-10, 22-25 | | | |
| 177:   1-18, 21-24 | | | |
| | | 177:25 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403, 611(a) |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 178:1-5 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403, 611(a) |
| 178:   11-15, 21-25 | | | |
| 179:   1-8 | | | |
| | | 179:15-25 | |
| | | 180:10-12, 16-19, 21-23 | |
| | | 181:17-25 | |
| *182:   2-6, 9-10* | | 182:1 | |
| 183:   3-13 | | | |
| | | 193:19-23 | |
| | | 218:4-9 (Included per FRCP 32(a)(4)) | |
| 218:   20-23 | | | |
| 219:   1-7, 11-17, 20-25 | | | |
| 220:   3-5 | | | |
| | | 248:13-20, 25 | Objection to Form: Leading FRE 611(c) |
| | | 249:2-10 | Objection because of Previous Improper Question FRE 611(c) |

**Deponent's Name: Paul Stinson**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 40: 21-24 | | | |
| 41: 1-23 | | | |
| 42: 3-8, 11-17, 19-21, 24 | | | |
| 45: 1-2, 5-13, 15-23 | As to 45: 1-2, 5-11, FRE 401, FRE 403, & FRE 602 (no personal knowledge *see* 43:23 - 44:24) | | |
| 46: 1-2 | | | |
| | | 47: 18-24 (Included per FRCP 32(a)(4)) | |
| | | 48: 1-7, 9-11 (Included per FRCP 32(a)(4)) | |
| | | 49: 7-9, 11, 13-15 | |
| 77: 14-24 | | | |
| 78: 1-3 | | | |
| | | 79:21-24 | |
| | | 80:1-12 | |
| 81: 2-18, *19-24* | | | |
| 82: *2*, 24 | | | |
| 83: 1-18, *19-23* | | | |
| 85: 9-24 | | | |
| 86: 1-4 | | | |
| 87: 5-15 | | | |
| 90: 23-24 | | | |
| | | 92:2-14 | Opinion Testimony by Lay Witness – refer to 105:23 – 106:7 FRE 701 |
| | | 93:17-24 | Opinion Testimony by Lay Witness – refer to 105:23 – 106:7 FRE 701 |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 94:1, 4-9, 12-18 | Opinion Testimony by Lay Witness – refer to 105:23 – 106:7 FRE 701 |
| 104:   8-10, 13-21, 24 | | | |
| 105:   1-3, 23-24 | | | |
| 106:   4-7 | | | |
| | | 110:14-20 | |
| | | 121:10-24 (Included per FRCP 32(a)(4)) | |
| | | 122:3-8 (Included per FRCP 32(a)(4)) | |
| 122:   9-22 | | | |
| | | 138:19-24 (Included per FRCP 32(a)(4)) | |
| | | 139:1 (Included per FRCP 32(a)(4)) | |
| 139:   2-24 | | | |
| 140:   1-18, 22-24 | | | |
| 141:   1-11, 15-24 | | | |
| 142:   1-16, | | | |
| | | 145:11-13, 17-24 (Included per FRCP 32(a)(4)) | |
| | | 146:1-3 (Included per FRCP 32(a)(4)) | |
| 146:   19-24 | | | |
| 147:   1-3 | | | |
| 148:   4-9, 12-16, 19-20 | As to 148:14-16, 19-20, FRE 602 (no personal knowledge *see* 13:6-8, 148:19-20) | | |
| | | 149:5-9 (Included per FRCP 32(a)(4)) | Lack of Personal Knowledge FRE 602 |
| 157:   20-22 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 158:  2-9 | | | |
| 162:  12-24 | | | |
| 163:  1-2, 5-8, 15-17, 19-21, 24 | | | |
| 164:  1-10, 13-14 | | | |
| | | 165:1-13 (Included per FRCP 32(a)(4)) | |
| 166:  3-24 | | | |
| 167:  1-3, 5-24 | | | |
| 168:  1-22 | | | |
| 169:  1-11, 14-18, 20-24 | | | |
| 170:  1-8, 11-17, 19-24 | | | |
| 171:  1-5, 14-24 | | | |
| 172:  1-6, 8-24 | | | |
| 173:  1-4, 7-24 | | | |
| 174:  1, 4-16, 19-21 | | | |
| | | 174:22-24 (Included per FRCP 32(a)(4)) | Lack of Personal Knowledge FRE 602 and 802 |
| | | 175:2-24 (Included per FRCP 32(a)(4)) | Lack of Personal Knowledge FRE 602 and 802 |
| | | 176:1-5, 9-17, 20-24 (Included per FRCP 32(a)(4)) | |
| | | 177:1-4 (Included per FRCP 32(a)(4)) | |
| 177:  5-24 | | | |
| 178:  1-9, 14-24 | | | |
| 179:  1-24 | | | |
| 180:  1-10, 12-24 | | | |
| 181:  1, 13 (starting with "The plant . . .")-17, 19-24 | | 181:13 (Included per FRCP 32(a)(4)) | |
| 182:  1-2 | | | |
| 184:  5-8, 12-24 | As to 184:12-15, 19-23, FRE 401 | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 185:   1-3 | | | |
| | | 185:4-5, 10-17, 23-24 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403 and 611(a) |
| | | 186:1-9 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403 and 611(a) |
| | | 188:4-7, 11-17 (Included per FRCP 32(a)(4)) | |
| 193:   24 | | | |
| 194:   1-2, 5-12, 14-24 | | | |
| 195:   1-11, 14-23 | As to 195:10-11, FRE 401 | | |
| | | 195:24 (Included per FRCP 32(a)(4)) | |
| | | 196:1-3, 7-14, 22-24 (Included per FRCP 32(a)(4)) | |
| | | 197:1-7 (Included per FRCP 32(a)(4)) | |
| | | 200:20-23 (Included per FRCP 32(a)(4)) | |
| | | 201:1-8, 10-18 (Included per FRCP 32(a)(4)) | |
| 203:   15-17, 20-23 | | | |
| 206:   11-24 | | | |
| 207:   1-12 | | | |
| 208:   10-24 | | | |
| 209:   1-24 | | | |
| 210:   1-6, 10-19, 22-23 | | | |
| 215:   15-21, 23 | | | |
| 216:   2-13, 16-24 | | | |
| 217    1-24 | | | |
| 218:   1-5, 15-24 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 219:   1-3, 5-24 | | | |
| 220:   1-3 | | | |
| 221:   15-18, 20-21 | | | |
| | | 222:4-7 (Included per FRCP 32(a)(4)) | |
| 223:   20-24 | | | |
| 224:   1-11, 13-24 | | | |
| 225:   1-24 | | | |
| 226:   1-11, 15-23 | | | |
| 227:   6-9 | | | |
| 230:   1-24 | As to 230:17-24, FRE 801 & FRE 802 As to 230: 22-24, FRE 602 (no personal knowledge *see* 230:22 - 231:11) | | |
| 231:   3-5 | FRE 602 (no personal knowledge see 230:22 - 231:11), FRE 801, & FRE 802 | | |
| | | 233:13-21 (Included per FRCP 32(a)(4)) | |
| 234:   9-12, 15-24 | | | |
| 235:   1-2, 4-7 | | | |
| 238:   15-19 | | | |
| 239:   9-11, 14-21, 23-24 | | | |
| 240:   1-3 | | | |
| 241:   9-24 | | | |
| 242:   1-24 | | | |
| 243:   1-4, 7-16 | | | |
| 245:   3-6, 8-24 | | | |
| 246:   2-9 | | | |
| | | 259:16-24 | |
| | | 260:1-3, 5-7 | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 264:10-13, 17-24 | Opinion Testimony by Lay Witness – refer to 105:23 – 106:7 FRE 701 |
| | | 265:1-14 | Opinion Testimony by Lay Witness – refer to 105:23 – 106:7 FRE 701 |

**Deponent's Name: David Stone 30(b)(6)**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 22:18-21 | |
| | | 23:1-25 | |
| | | 24:1-8 | |
| 29:   5-8, 12-17, 21-24 | | | |
| 30:   1-4, 7-10, 13-22 | As to 30:2-22, FRE 403 | | |
| 31:   1-7, 12-20 | FRE 403 | | |
| 32:   1-6 | FRE 403 | | |
| | FRE 403 | | |
| | | 33:11-15, 19-21, 23-25 (Included per FRCP 32(a)(4)) | |
| | | 34:1-3, 18-25 (Included per FRCP 32(a)(4)) | |
| 35:   17-25 | | | |
| 36:   1-2, 13-23 | | | |
| 37:   1-6, 9-22 | | | |
| 38:   1-25 | | | |
| 39:   1-2, 3-6, 15-21 | | | |
| 40:   11-13, 16-25 | | | |
| 41:   1-15, 18-21 | | | |
| 50:   14-24 | As to 50:22-24, FRE 401, FRE 402, & FRE 403 | | |
| 51:   3-5, 6-23 | | | |
| | | 52:5-7, 12-15 (Included per FRCP 32(a)(4)) | |
| 53:   1-5, 8-14 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 54:  7-13, 16-25 | | | |
| 55:  1-2, 5-23 | | | |
| 56:  5-7 | | | |
| 57:  18-20, 23-25 | | | |
| 58:  1-7, 11-13 | | | |
| 59:  7-22 | | | |
| 60:  1-3 | | | |
| 62:  8-11, 15-21 | FRE 602 (no personal knowledge *see* 59:13-16; 62:8-21) | | |
| 66:  1-5, 9-11 | | | |
| | | 66:20-24 (Included per FRCP 32(a)(4)) | |
| 67:  15-25 | | | |
| 68:  4-7, 10-22 | | | |
| 69:  1-8, 12-22 | | | |
| 70:  1-8, 11-19, *20-23* | | | |
| *71:*  2-6 | | | |
| 72:  2-4, 8-13, 17-25 | As to 72:23-25, FRE 602 (no personal knowledge *see* 72:23 - 73:2) | | |
| 73:  1-18, 21-25 | FRE 602  (no personal knowledge *see* 72:23 - 73:2) | | |
| 74:  1-21 | FRE 602  (no personal knowledge *see* 72:23 - 73:2) | | |
| 75:  1-8, 17-20 | As to 75:1-4, FRE 602  (no personal knowledge *see* 72:23 - 73:2) | | |
| 76:  18-22 | | | |
| 77:  1-13, 16-25 | | | |
| 78:  1-6 | | | |
| 79:  9-11, 15-19 | | | |
| 90:  21-24 | FRE 602 (outside scope of Rule 30(b)(6) notice) | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 91:    4-8, 11-17, 22-25 | As to 91:11-17, FRE 602 (outside scope of Rule 30(b)(6) notice) | | |
| 92:    1-2, 5-7 | | | |
| 110:    21-24 | | | |
| 111:    3-10 | | | |
| | | 134:21-22 (Included per FRCP 32(a)(4)) | |
| | | 135:2-4 (Included per FRCP 32(a)(4)) | |
| 136:    5-9 | | | |
| 145:    *7-17,* 18-25 | | | |
| 146:    1-2, 5-7, 19-25 | | | |
| 147:    1-2, 5-7 | | | |
| 149:    21-24 | FRE 602 (no personal knowledge *see* 4:7-8; calls for legal conclusion) | | |
| 150:    3-11, 14-24 | FRE 602 (no personal knowledge *see* 4:7-8; calls for legal conclusion) | | |
| 151:    3-5 | FRE 602 (no personal knowledge *see* 4:7-8; calls for legal conclusion) | | |
| 152:    18-19, 23-25 | | | |
| | | 153:1-3 (Included per FRCP 32(a)(4)) | |
| 153:    16-20, 24-25 | | | |
| 154:    1-2 | | | |
| 163:    4-9, 12-25 | | | |
| 164:    1-16 | | | |
| 169:    6-7, 10-13 | | | |
| | | 169:15-25 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403, 611(a) |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 170:1-3 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403, 611(a) |
| 190:  19-21, 24-25 | | | |
| 191:  1-8, 14-17 | | | |
| | | 191:9-13 (Included per FRCP 32(a)(4)) | |
| 207:  18-21, 24-25 | | | |
| 208:  1-3 | | | |
| 209:  9-16 | | | |
| 212:  14-25 | | | |
| 218:  6-9, 12-13 | | | |
| | | 218:15, 19, 23 (Included per FRCP 32(a)(4)) | |
| *220:  1-25* | | | |
| *221:  1-6, 9-16, 19-25* | | | |
| *222:  1-6* | | | |
| 227:  12-15, 18-25 | | | |
| 228:  1-4 | | | |
| 232:  6-21, 24-25 | | | |
| 233:  1-12 | | | |
| | | 257:4-12 (Included per FRCP 32(a)(4)) | |
| 269:  20-23 | | | |
| 270:  1-17 | | | |
| 272:  5-9, 13-20 | | | |
| 309:  10-15, 20-25 | | | |
| 325:  2-11, 14-23 | | | |
| 326:  9-11, 14-18 | | | |
| | | 327:9-20 (Included per FRCP 32(a)(4)) | Objection, Move to Strike as Non-Responsive FRE 403, 611(a) |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 332:   22-25 | | | |
| 333:   4-8 | | | |
| 334:   12-15, 18-20 | | | |
| 336:   10-20, 24-25 | | | |
| 337:   1 | | | |
| 343:   1-2, 5-8, 24-25 | | | |
| 344:   1-4, 13-15, 18-22 | | | |
| | | 350:16-18, 22-24 (Included per FRCP 32(a)(4)) | Objection to Form: Leading FRE 611(c) |
| | | 351:2-20, 24-25 | Hearsay FRE 802<br><br>In addition, Objection as to Form (Leading) to 351:18-20, 24-25 FRE 611(c) |
| | | 352:1-3 | Hearsay, Objection as to Form (Leading) FRE 611(c) and 802 |
| | | 355:8-10, 14-16 (Included per FRCP 32(a)(4)) | Hearsay FRE 802 |
| 366:   1-11, 16-21 | FRE 401, FRE 402, FRE 403 | | |
| 368:   20-25 | FRE 401, FRE 402, FRE 403 | | |
| 369:   1-6, 9-14, *15-16,* 17-25 | As to 369:1-14, FRE 401, FRE 402, FRE 403 As to 369:15-16, FRE 401, FRE 402, FRE 403, FRE 601, FRE 602- | | |
| 370:   1-19, 22-24 | As to 370:14-24, FRE 401, FRE 402, FRE 403 | | |

**Deponent Name:  Doug Tomlin**

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| | | 5:15-18 | Irrelevant FRE 402 |
| | | 7:3-4 | Irrelevant FRE 402 |
| | | 8:3-5 | Irrelevant FRE 402 |
| | | 12:2-7 | |
| 23:   17-24 | | | |
| 24:   1-3, 6, 13-15, 17-20, 23 | | | |
| 29:   10-12, 15-24 | | | |
| | | 30:11-19 | Lack of personal knowledge – refer to 28:21 – 24, 29:10 – 24 FRE 602 |
| | | 31:3-7 | Lack of personal knowledge – refer to 28:21 – 24, 29:10 – 24 FRE 602 |
| | | 36:11-14, 16-25 | Irrelevant FRE 402 |
| | | 37:1-25 | Irrelevant FRE 402 |
| | | 38:1-8 | Irrelevant FRE 402 |
| | | 43:24-25 (Included per FRCP 32(a)(4)) | |
| | | 44:1-8 (Included per FRCP 32(a)(4)) | |
| | | 46:2-5, 11-13, 16-18 (Included per FRCP 32(a)(4)) | |
| 47:   24-25 | | | |
| 48:   3-4, 8-9, 12-25 | | | |
| | | 50:3-11 (Included per FRCP 32(a)(4)) | |
| 50:   12-19, 22-25 | As to 50:18-10, 22, FRE 403 | | |
| 51:   3-6, 15-17, 20-23 | | | |
| 52:   1-5, 24-25 | | | |
| 53:   1 | | | |

| ALSTOM's Designations | | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|---|
| 73: | 4-6, 8-13, 17-20 | FRE 602 (no personal knowledge, *see* 63:21 - 64:2) | | |
| | | | 80:25 | |
| | | | 81:1-24 | |
| 83: | 12-17, 20-22, 24 | As to 83: 16-17, 21-24, FRE 401, FRE 402, & FRE 403 | | |
| 91: | 16-18, 21-25 | | | |
| 92: | 1 | | | |
| 102: | 24-25 | | | |
| 103: | 1, 4-7, 10-13, 16-23 | As to 103: 11-16, FRE 403 | | |
| *104:* | *1* | | | |
| | | | 113:21-25 (Included per FRCP 32(a)(4)) | |
| | | | 114:1-2 (Included per FRCP 32(a)(4)) | |
| 114: | 3-4, 7-8, 10-20 | | | |
| 115: | 13-23 | | | |
| | | | 121:9-10, 25 | |
| | | | 122:1-11 | |
| 125: | 14-16, 18-22 | | | |
| | | | 126:4-5, 8-11 (Included per FRCP 32(a)(4)) | |
| 126: | 19-20, 23-25 | | | |
| 127: | 1-2 | | | |
| 129: | 15-24 | | | |
| | | | 137:17-19, 22-25 | |
| | | | 138:1-25 | |
| | | | 139: 1-4, 7-9, 12-19 | Lack of personal knowledge; Opinion by lay witness FRE 602 701 |
| 163: | 7-13 | | | |
| 164: | 19-21, 24 | | | |

| ALSTOM's Designations | AES-PR's Objections to ALSTOM's Designations | AES-PR's Counter-Designations | ALSTOM's Objection to AESPR's Counter-Designations |
|---|---|---|---|
| 165:  5-10 | | | |
| 176:  18-25 | | | |
| 177:  1-5, 7-9, 12-14, 17 | | | |