IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, L.P.,<br><br>        Plaintiff,<br>v.<br><br>ALSTOM POWER, INC.,<br><br>        Defendant. | Civ. No. 04-1282-JJF |

## PLAINTIFF AES PUERTO RICO, L.P.'S DEPOSITION DESIGNATIONS FOR FRANK GABRIELLI

Pursuant to this Court's instruction at the September 14, 2006 pretrial conference in this matter, attached at Tab A please find Plaintiff AES Puerto Rico, L.P.'s ("AES-PR") chart of deposition designations, Defendant ALSTOM Power Inc.'s ("ALSTOM") objections and counter-designations, AES-PR's objections to ALSTOM's counter-designations, and AES-PR's rebuttal designations for the following individual: Frank Gabrielli. Plaintiff lodged an annotated copy of the deposition transcript with the Court on Thursday, October 12, 2006.

Respectfully submitted,

OF COUNSEL:
Dane H. Butswinkas
R. Hackney Wiegmann
Daniel D. Williams
Ann N. Sagerson
James L. Tuxbury
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029

/s/ John S. Spadaro
John S. Spadaro (Bar No. 3155)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel. (302) 472-8100
Fax (302) 472-8135

Dated: October 13, 2006

Attorneys for AES Puerto Rico, L.P.

- 2 -

## CERTIFICATE OF SERVICE

On October 13, 2006, Plaintiff served Plaintiff AES Puerto Rico, L.P.'s Deposition Designations for Frank Gabrielli by hand delivery on:

>Richard R. Wier, Esq.
>Two Mill Road
>Suite 200
>Wilmington, Delaware 19806

and by e-mail and first class mail, postage prepaid, on:

>James E. Edwards, Esq.
>Anthony Vittoria, Esq.
>Ober, Kaler, Grimes & Shriver
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643

/s/ John S. Spadaro