# Tab A

Plaintiff's Designations

Deponent's Name: Frank Gabrielli

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 4:23-5:7 | | | | | |
| 6:11-6:20 | | | | | |
| 7:5-7:14 | | | | | |
| 11:2-5 | | | | | |
| 11:10-12 | | | | | |
| 12:7-11 | | | | | |
| 37:8-16 | | | | | |
| 56:23 – 57:15 | Objection to 56:23 – 57:8 Form of the Question (FRE 611(a)) | | | | |
| 66:11-14 | Hearsay (FRE 802) | | | | |
| 70:5-17 | | | | | |
| 71:9-73:14 | | | | | |
| 76:15-77:7 | | | | | |
| 77:10-20 | | | | | |
| 81:11-24 | Best Evidence (FRE 1004); Cumulative (FRE 611(a)); Hearsay within Hearsay (FRE 802, 805) | | | | |
| 85:19-20 | | | | | |
| 86:1-7 | | 95:12-24 | | | |
| | | 96:1-4, 7-10, 16-21 | | 97:7-10, 12-16 | |
| 137:9-138:12 | | | | | |
| | | 138:13-14, 16-20 | | | |
| 138:21-23 | | | | | |
| 139:6-11 | | | | | |
| 142:24-144:8 | | | | | |

**Plaintiff's Designations**

**Deponent's Name: Frank Gabrielli**

| Plaintiff's Designations | Defendant's Objections | Defendant's Counter-Designations | Plaintiff's Objections to Defendant's Counter Designations | Plaintiff's Rebuttal Designations | Defendant's Objections to Plaintiff's Rebuttal Designations |
|---|---|---|---|---|---|
| 152:5-13 | Objection to 152:9 – 13 Form of the Question (FRE 611(a)) | | | | |
| 152:16-153:3 | Form of the Question (FRE 611(a)) | | | | |
| 153:7-11 | Form of the Question (FRE 611(a)) | | | | |
| 202:14-203:1 | | 203:2-3, 5-15 | | | |
| 203:16-20 | | | | | |
| 203:23-204:6 | | | | | |
| 204:9-17 | | 233:12-13, 16-24 | | 233:15 | |
| | | 234:2-16 | | | |
| 234:17-235:14 | Objection to 234:17 – 235:3 Form of the Question (FRE 611(a)) | | | | |
| 235:17-236:5 | | 242:21-24 | FRE 611(c) (leading) | | |
| | | 243:1-2, 5-6, 9-20, 23-24 | As to 243:1-2, 5-9, 18-24, FRE 611(c) (leading) | | |
| | | 244:1-4 | FRE 611(c) | | |