LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

ANN N. SAGERSON
(202) 434-5494
asagerson@wc.com

(202) 434-5000
FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 13, 2006

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

    Re: **Request For Permission To Have Laptop Computer in Courtroom 4B**

Dear Ms. Krett:

  We are scheduled to appear in a trial in Courtroom 4B commencing on Monday, October 16th and ending on Friday, October 27th and request permission to bring 3 laptops, 1 external hard drive, 3 power supplies, 2 mice, 1 wireless remote mouse, 1 small flash drive, and 1 Verizon wireless card to Courtroom 4B to assist in preparation and/or presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

              Sincerely,

              Ann N. Sagerson

cc: David Thomas, United States Marshal
  Keith Ash, Chief Court Security Officer