IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 3 laptops, 1 external hard, drive, 3 power supplies, 2 mice, 1 wireless remote mouse, 1 small flash drive, 1 verizon wireless card for proceedings commencing on October 16, 2006 and ending on October 27, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Dane Butswinkas | Christine Flinton |
| Hack Wiegmann | Celeste Laramie |
| Dan Williams | Michael Una |
| Ann Sagerson | |

_____          _____
DATE                                                         JOSEPH J. FARNAN, JR.
                                                                    United States District Court Judge