IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO | ) |
| POSSESS AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING COURT | ) |
| PROCEEDINGS IN COURTROOM 4B | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |
| | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptops, 10' x 7.5' projection screen, 8300 Epson projector, 6 x 17" LCD monitors, 1 Fender amplifier, 1 x inline court director, 2 x VGA switches, 1 x VGA DA, 3 x Extron DA, 1 x DaLite projection stand, 1 x Wolfvision document presenter, 2 x trial tech tables (19" x 60"), 2 x docking stations, and all necessary cables for proceedings commencing on October 16, 2006 and ending on October 30, 2006. Counsel shall comply with the inspection provisions of the United States Marshal. For purposes of preparation for the beginning of trial, counsel and staff may begin bringing the foregoing equipment into Courtroom 4B on Friday, October 13, 2006.

| | |
|---|---|
| John Wolf | James Edwards |
| Anthony Vittoria | Richard Wier |
| Fred Ordway | Mandy Bennett |

10/13/06
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge