IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 3 laptops, 1 external hard, drive, 3 power supplies, 2 mice, 1 wireless remote mouse, 1 small flash drive, 1 verizon wireless card for proceedings commencing on October 16, 2006 and ending on October 27, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

| Dane Butswinkas | Christine Flinton |
|---|---|
| Hack Wiegmann | Celeste Laramie |
| Dan Williams | Michael Una |
| Ann Sagerson |  |

_October 13 2006_
DATE

_Joseph J. Farnan_
JOSEPH J. FARNAN, JR.
United States District Court Judge