# RICHARD R. WIER, JR., P.A.

**RICHARD R. WIER, JR.***

**DANIEL W. SCIALPI**

*ALSO ADMITTED IN PA

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

October 17, 2006

**VIA E-FILE/HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Alstom Power, Inc.**
                **C.A. No. 04-1282 JJF**

Dear Judge Farnan:

    As you know, trial has commenced, as of yesterday, in connection with the above referenced matter. At this time, I would like to respectfully request that we be permitted to reserve Room 2204 for October 17, 2006 and Room 4204 for the week of October 23, 2006 through and including October 27, 2006.

    As always, thank you for your continued courtesies and cooperation concerning this matter.

                                                        Very truly yours,

                                                         Richard R. Wier, Jr. (#716)

RRWjr:jt

    cc:    John Wolf, Esq.
            James Edwards, Esq.
            John Spadaro, Esq.
            Daniel Williams, Esq.