```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF DELAWARE

AES PUERTO RICO, L.P.,              :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :   Civil Action No. 04-1282-JJF
                                    :
ALSTOM POWER, INC.,                 :
                                    :
         Defendants.                :
```

ORDER

WHEREAS, Defendant has filed several Motions *In Limine* raising nine evidentiary matters (D.I. 152), as well as a Supplemental Brief In Support Of Its Motion In Limine (D.I. 170) relating to the first Motion, which where discussed in Open Court on October 16, 2006 and October 17, 2006;

IT IS HEREBY ORDERED that:

Defendant's First Motion, seeking the exclusion of evidence of late-produced documents and unidentified witnesses, is **DENIED** except as to Plaintiff's Exhibits 207, 208 and 209. Moreover, the referenced witnesses may not give technical testimony about equipment.

Defendant's Second Motion, seeking the exclusion from evidence of expert testimony not included in Plaintiff's expert reports, is **DENIED**.

Defendant's Third Motion, seeking the exclusion from evidence of any reference to Liberty Mutual Insurance Company or the Performance Bond it issued, is **DENIED**.

Defendant's Fourth Motion, seeking the exclusion from evidence of the Joint Defense Agreement proffered by Plaintiff as a proposed exhibit, is **GRANTED**, with leave for Plaintiff to make specific applications.

Defendant's Fifth Motion, seeking the exclusion of William Van Hooser's deposition as direct evidence, is **GRANTED** and Mr. Van Hooser is to testify live.

Defendant's Sixth Motion, seeking the exclusion of evidence or oral statements allegedly supporting Plaintiff's "equitable estoppel" defense, is taken under advisement. The parties are granted leave to submit arguments on this issue.

Defendant's Seventh Motion, seeking the exclusion of evidence of alleged oral modifications of operational manuals by non-party employees, is **GRANTED**, with leave for Plaintiff to make specific applications.

Defendant's Eighth Motion, seeking the exclusion of evidence of, or reference to, unrelated and inapplicable warranties, is **DENIED**.

Defendant's Ninth Motion, seeking the exclusion of untrustworthy exhibits, is **GRANTED** as to Plaintiff's Exhibits 68, 131, 140 and 179.

October 17, 2006

_____
UNITED STATES DISTRICT JUDGE