IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AES PUERTO RICO, LP | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 04-1282 (JJF) |
| ALSTROM POWER, INC., | : |
|     Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 7 to 9 jurors in the above entitled case on October 16, 2006 through October 19, 2006.

October 30, 2006
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE