IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AES PUERTO RICO, L.P. | * | |
| Plaintiff | * | |
| v. | * | C.A. No. 04-1282-JJF |
| ALSTOM POWER INC. | * | |
| Defendant | * | |

\*      \*      \*      \*      \*      \*      \*

**STIPULATION OF ACCORD AND SATISFACTION
AND DISMISSAL WITH PREJUDICE**

Plaintiff, AES Puerto Rico, L.P., having reached an accord and satisfaction with Defendant, ALSTOM Power Inc., hereby files this stipulation of dismissal with prejudice of the above-referenced case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

AES Puerto Rico, L.P.                                   ALSTOM Power Inc.


_____/s/_____                  _____/s/_____
John S. Spadaro, Esquire (#3155)                  Richard R. Wier, Jr. (#716)
MURPHY SPADARO & LANDON              RICHARD R. WIER, JR., P.A.
1011 Centre Road, Suite 210                           Two Mill Road, Suite 200
Wilmington, Delaware 19805                          Wilmington, Delaware 19806
Tel. (302) 472-8100                                            Tel. (302) 888-3222
Fax. (302) 472-8135                                           Fax. (302) 888-3225

Dane H. Butswinkas, Esquire                         John Anthony Wolf
Daniel D. Williams, Esquire                            James E. Edwards, Jr.
WILLIAMS & CONNOLLY LLP                     OBER, KALER, GRIMES & SHRIVER, P.C.
725 Twelfth Street, N.W.                                  120 East Baltimore Street
Washington, D.C. 20005                                  Baltimore, Maryland 21202-1643
Tel. (202) 434-5000                                           (410) 685-1120
Fax. (202) 434-5029                                          Fax: (410) 547-0699


Dated: December 1, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of December, 2006, a copy of the foregoing Stipulation of Accord and Satisfaction and Dismissal with Prejudice was served, via electronic filing and first-class mail, postage prepaid, on:

>Richard R. Wier, Jr. (#716)
>RICHARD R. WIER, JR., P.A.
>Two Mill Road, Suite 200
>Wilmington, Delaware 19806
>Tel. (302) 888-3222
>Fax. (302) 888-3225
>
>John Anthony Wolf
>James E. Edwards, Jr.
>OBER, KALER, GRIMES & SHRIVER, P.C.
>120 East Baltimore Street
>Baltimore, Maryland 21202-1643
>(410) 685-1120
>Fax: (410) 547-0699

_____/s/_____
John S. Spadaro, Esq.